**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 20-30663-5-mcr |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | |

# MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE* OF RUSSELL W. ROTEN

Brett L. Messinger ("Movant"), a partner with the law firm of Duane Morris LLP, and a member in good standing of the Bar of the New York, admitted to practice before this Court, moves the admission *pro hac vice* of Russell W. Roten, a partner with my firm, pursuant to Local Bankruptcy Rules 2090-1(b) and 9003-1, to act as counsel for Certain Underwriters at Lloyd's, London and London Market Insurers . (collectively, "London Market Insurers"), in the above captioned bankruptcy case and any related adversary proceedings.

Mr. Roten is a member of the bar of the State of California, and has been admitted to practice in all of the federal districts of California, North Carolina, Washington, the District of Columbia and the Third, Fourth and Ninth Circuit Courts of Appeal.

Mr. Roten is a member in good standing in all of the jurisdictions and/or a member, and is not subject to any pending disciplinary proceedings in any jurisdiction. *See* attached Exhibit A, which is a true and correct copy of Mr. Roten's California Certificate of Good Standing.

DM3\6930544.1

WHEREFORE, the undersigned respectfully request that the Court will enter an Order admitting Russell W. Roten.

Dated:  July 20, 2020

DUANE MORRIS LLP

_/s/ Brett L. Messinger_
Brett L. Messinger (NY #3987542)
30 South 17th Street
Philadelphia, PA  19013-4196
Telephone:    (215) 979-1000
Facsimile:     (215) 979-1020
Email: blmessinger@duanemorris.com

*Attorneys for London Market Insurers*

## **CERTIFICATION OF RUSSELL W. ROTEN**

I certify that I am eligible for admission to this Court. I am a member in good standing of the bar in the State of California and have been admitted in all of the federal districts of California, North Carolina, Washington, the District of Columbia, and the Third, Fourth and Ninth Circuit Courts of Appeal.

I certify that I am a member in good standing in all of said jurisdictions at all times and am not subject to any pending disciplinary proceedings in any jurisdiction. I also certify that I am generally familiar with the local rules for the U.S. Bankruptcy Court, Northern District of New York.

Dated: July 20, 2020               DUANE MORRIS LLP

/s/ Russell W. Roten
Russell W. Roten
Duane Morris LLP
865 S. Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: 213.689.7400
Facsimile: 213.689.7401
JKahane@duanemorris.com

*Attorneys for London Market Insurers*