UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In re: | Case No. 20-30663-5-mcr |
|---|---|
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | |

**FILED**

JUL 22 2020

OFFICE OF THE BANKRUPTCY CLERK
SYRACUSE, NY

## ORDER GRANTING MOTION FOR ADMISSION OF RUSSELL W. ROTEN TO PRACTICE, *PRO HAC VICE*,

Upon the motion of Brett L. Messinger ("Motion") to admit Russell W. Roten, *pro hac vice*, to represent London Market Insurers (as that term is defined in the Motion), and upon the movant's certification that the movant is a member in good standing of the bar of the State of California, and all of the federal districts of California, North Carolina, Washington and the District of Columbia, it is hereby:

ORDERED, that Russell W. Roten, Esquire, is admitted to practice, *pro hac vice*, before this Court for the purposes of representing London Market Insurers in the above-captioned action and any related adversary proceedings.

Dated: July 22, 2020

_____
Honorable Margaret Cangilos-Ruiz
United States Bankruptcy Chief Judge