**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION**

---

In re:

The Roman Catholic Diocese of Syracuse, New York,

            Debtor.

**Case No.: 20-30663
Chapter 11**

---

**NOTICE OF APPEARANCE AND REQUEST FOR
NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for Hartford Fire Insurance Company ("Hartford"), pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of the Bankruptcy Code, demand that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect to seek to affect in any way of the Hartford's rights or interests.

Dated:  October 8, 2020

        Yours, etc.

        Sam A. Elbadawi, Esq.
        Bar Roll No.:  501411
        **SUGARMAN LAW FIRM, LLP**
        *Local Counsel for Hartford Fire Insurance Company*
        Office and Post Office Address
        211 West Jefferson Street, Suite 20
        Syracuse, New York  13202
        Telephone:  (315) 474-2943
        selbadawi@sugarmanlaw.com

        James P. Ruggeri (*pro hac vice* forthcoming)
        Joshua D. Weinberg (*pro hac vice* forthcoming)
        Michele Backus Konigsberg (*pro hac vice* forthcoming)
        *Attorneys for Hartford Fire Insurance Company*
        Shipman & Goodwin LLP
        1875 K Street, NW, Suite 600
        Washington, DC 20003
        Tel: (202) 469-7750
        Fax:  (202) 469-7751
        E-mail:  jruggeri@goodwin.com
                 jweinberg@goodwin.com
                 mbackus@goodwin.com