**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

_____

In re:

The Roman Catholic Diocese of Syracuse, New York,

Debtor.

**Case No.: 20-30663**
**Chapter 11**

_____

**NOTICE OF APPEARANCE AND REQUEST FOR**
**NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that the undersigned appears for Hartford Fire Insurance Company ("Hartford"), pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of the Bankruptcy Code, demand that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether

written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affect to seek to affect in any way of the Hartford's rights or interests.

Dated: October 13, 2020

Yours, etc.

*/s/ Nicole U. Marmanillo*

Nicole U. Marmanillo, Esq.
Bar Roll No.: 700929
**SUGARMAN LAW FIRM, LLP**
*Local Counsel for Hartford Fire Insurance Company*
Office and Post Office Address
211 West Jefferson Street, Suite 20
Syracuse, New York 13202
Telephone: (315) 474-2943
nmarmanillo@sugarmanlaw.com

James P. Ruggeri (*pro hac vice* forthcoming)
Joshua D. Weinberg (*pro hac vice* forthcoming)
Michele Backus Konigsberg (*pro hac vice* forthcoming)
*Attorneys for Hartford Fire Insurance Company*
Shipman & Goodwin LLP
1875 K Street, NW, Suite 600
Washington, DC 20003
Tel: (202) 469-7750
Fax: (202) 469-7751
E-mail: jruggeri@goodwin.com
  jweinberg@goodwin.com
  mbackus@goodwin.com