**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION**

In re:

The Roman Catholic Diocese of Syracuse,
New York,

                Debtor.

Case No. 20-30663-5-mcr

Chapter 11

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**
**PLEASE TAKE NOTICE** that the undersigned appears for:

(1)      Certain Underwriters at Lloyd's, London, subscribing to Policy Nos. L73-05-17-01, SL3107/SLC5115, SL3551/SLC5577, SL4008/SLC5995, and ISL3352/ICO 5202;

(2)      Catalina Worthing Insurance Ltd *f/k/a* HFPI (as Part VII transferee of Excess Insurance Company Ltd and/or London & Edinburgh Insurance Company Ltd as successor to London & Edinburgh General Insurance Company Ltd);

(3)      RiverStone Insurance (UK) Limited (formerly known as Dai Tokyo Insurance Company (UK) Limited) of 161-163 Preston Road, Brighton, East Sussex, BN1 6AU with Company Number 01167327 (RIUK) on its own behalf and as successor in interest to Markel International Insurance Company Limited ("Markel") (formerly Terra Nova Insurance Company Limited) under the terms of a transfer under Part VII Financial Services and Markets Act 2000 with effect from 31 March 2017;

(4)      Tenecom Limited as successor in interest to Sompo Japan Nipponkoa Insurance Company of Europe Ltd. (formerly known as The Yasuda Fire & Marine Company of Europe Ltd);

(5)      Harper Insurance Limited *f/k/a* Turegum Insurance Company;

(6)      Dominion Insurance Company Ltd.;

(7)      Assicurazioni Generali S.p.A.; and

(8) River Thames Insurance Company Limited (as successor in interest to Unionamerica Insurance Company Limited (on its own behalf and in turn as successor in interest to certain business of St. Paul Travelers Insurance Company Limited (*f/k/a* St. Katherine Insurance Company Limited, St. Katherine Insurance Company Plc, and St. Paul International Insurance Company Limited))), erroneously referred to in the Adversary Proceeding as Travelers Insurance Company Limited;

pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and § 1109(b) of the Bankruptcy Code, demand that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex otherwise which affect to seek to affect in any way of the London Market Insurers' rights or interests.

Dated: March 3, 2021                                   Respectfully submitted,

*/s/ Robert E. Sweeney Jr.*
Robert E. Sweeney Jr.
Clyde & Co US LLP
55 W. Monroe Street, Suite 3000
Chicago, IL 60603
Telephone: (312) 635 - 6978
Facsimile: (312) 635 – 6950
Email: Robert.Sweeney@clydeco.us

*Attorneys for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

2