**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**SYRACUSE DIVISION**

In re:

The Roman Catholic Diocese of
Syracuse, New York

Debtor.

Case No.: 20-30663-5-mcr

Chapter 11

**NOTICE OF APPEARANCE AND**
**REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTE** that the undersigned appears for defendant Swiss Re America Corporation as Administrator for 21st Century Centennial Insurance Company, formerly known as Colonial Penn Insurance Company ("Colonial Penn"), pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 2002(g) and 2002(h), 9007 and 9010(b) and §1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned pursuant to Bankruptcy Rule 2002(g) at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, request, complaint or demand, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise which affect or seek to affect in any way the defendant Swiss Re America Corporation as

Administrator for 21st Century Centennial Insurance Company's, formerly known as Colonial Penn Insurance Company ("Colonial Penn"), rights or interests.

Dated: March 3, 2021

Respectfully submitted,

<u>/s/ Judith Treger Shelton</u>
Judith Treger Shelton
Kenney Shelton Liptak Nowak LLP
233 Franklin Street
Buffalo, New York 14202
Phone: (716) 853-3801
JTShelton@kslnlaw.com

*Attorney for defendant Swiss Re America Corporation as Administrator for 21st Century Centennial Insurance Company, formerly known as Colonial Penn Insurance Company ("Colonial Penn")*