Stuart I. Gordon, Esq.
Rivkin Radler LLP
926 RXR Plaza
Uniondale, New York 11556-0926
Phone: (516) 357-3000
Fax: (516) 357-3333

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:

                Chapter 11

THE ROMAN CATHOLIC DIOCESE OF
SYRACUSE, NEW YORK,         Case No. 20-30663-5-MCR

         Debtor.

-------------------------------------------------------------X

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS BY RIVKIN RADLER LLP

  PLEASE TAKE NOTICE that Rivkin Radler LLP ("Rivkin Radler") hereby appears as attorneys for Utica Mutual Insurance Company in the above bankruptcy proceeding. Pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rivkin Radler requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given and served upon Rivkin Radler at the offices, addresses and telephone numbers set forth below, and that Rivkin Radler be added to the mailing matrix on file with the Clerk of the Bankruptcy Court as follows:

        Stuart I. Gordon, Esq.
        Rivkin Radler LLP
        926 RXR Plaza
        Uniondale, NY 11556-0926
        Phone: (516) 357-3055
        Fax: (516) 357-3333
        Email: stuart.gordon@rivkin.com

  PLEASE TAKE NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules

1

specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of reorganization transmitted or conveyed by mail delivery, telephone, telegraph, telecopier, telex or otherwise, which affects the above-captioned debtor, property of such debtor, or other parties.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance and Request for Service of Papers (the "Notice") nor any later appearance, pleading, proof of claim, claim or suit shall constitute a waiver of (i) the right to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) the right to trial by jury in any proceeding related to this case or any case, controversy, or proceeding related to this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (iv) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this notice, (v) an election of remedy, (vi) any other rights, claims, actions, defenses, setoffs, or recoupments as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: Uniondale New York
       March 4, 2021

                        RIVKIN RADLER LLP
                        Attorneys for Utica Mutual Insurance Company

                        By: /s/ *Stuart I. Gordon*
                            STUART I. GORDON, ESQ.
                            926 RXR Plaza
                            Uniondale, New York 11556-0926
                            (516) 357-3055