**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------- X
In re:                                              :
                                                    :     Case No. 20-30663-5-mcr
The Roman Catholic Diocese of                       :
Syracuse, New York                                  :     Chapter 11
                                                    :
                                                    :     Judge Margaret M. Cangilos-Ruiz
            Debtor.                                 :
                                                    X
----------------------------------------------------

## MOTION FOR ADMISSION *PRO HAC VICE* OF ANNETTE P. ROLAIN

Nicole U. Marmanillo ("Movant"), an attorney with the law firm of Sugarman Law Firm, LLP, and a member in good standing of the Bar in the State of New York, admitted to practice before this Court, moves the admission *pro hac* vice of Annette P. Rolain, an associate with the firm Shipman and Goodwin, LLP, pursuant to Local Bankruptcy Rule 2014-2(b)(1), to act as counsel for Hartford Fire Insurance Company in the above captioned bankruptcy case and any related adversary proceedings.

Ms. Rolain is a member of the bars of the District of Columbia and the Commonwealth of Virginia and has been admitted to practice in the United States Court of Federal Claims.

Ms. Rolain is a member in good standing in all of the referenced jurisdictions and is not subject to any pending disciplinary proceedings in any jurisdiction. Attached as **Exhibit A** is a true and correct copy of Ms. Rolain's certificate of good standing for the District of Columbia. Due to the Covid-19 pandemic, the District of Columbia bar is currently not offering original certificates.

WHEREFORE, the undersigned respectfully requests that the Court will enter an Order admitting Ms. Rolain.

Dated: March 8, 2021

Respectfully Submitted,

By: _____
Nicole U. Marmanillo
Bar Roll No.: 700929
SUGARMAN LAW FIRM, LLP
211 West Jefferson Street
Syracuse, NY 13202
Telephone: (315) 362-8967
Email: nmarmanillo@sugarmanlaw.com

*Attorney for Hartford Fire Insurance Company*

## **CERTIFICATION OF ANNETTE P. ROLAIN**

I certify that I am eligible for admission *pro hac vice* to this Court. I am a member of good standing of the bars of the District of Columbia and the Commonwealth of Virginia and have been admitted to practice in the United States Court of Federal Claims.

I certify that I am a member in good standing in all of said jurisdictions at all times and am not subject to any pending disciplinary proceedings in any jurisdiction. I also certify that I am generally familiar with the local rules of the U.S. Bankruptcy Court for the Northern District of New York.

Dated: March 5, 2021

Respectfully Submitted,

By: /s/ Annette P. Rolain
Annette P. Rolain
SHIPMAN AND GOODWIN LLP
1875 K St NW
Washington, DC 20006
Telephone: (202) 469-7750
Email: arolain@goodwin.com

*Attorney for Hartford Fire Insurance Company*

# EXHIBIT A



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Annette Rolain*

was duly qualified and admitted on July 22, 2019 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 5, 2021.

JULIO A. CASTILLO
Clerk of the Court

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

In re:	:
	:	Case No. 20-30663-5-mcr
	:
The Roman Catholic Diocese of	:	Chapter 11
Syracuse, New York	:
	:	Judge Margaret M. Cangilos-Ruiz
	:
Debtor.	:
	X

-------------------------------------------------------

### ORDER OF ADMISSION *PRO HAC VICE* OF ANNETTE P. ROLAIN

Upon consideration of the motion seeking admission pro hac vice of Annette P. Rolain to represent Hartford Fire Insurance Company in the above captioned chapter 11 case before the United States Bankruptcy Court for the Northern District of New York as is more fully set forth in the motion ("Motion"), and the Court having jurisdiction to consider the motion and the relief requested therein, and upon the Motion and all of the proceeds had before the Court, and after due deliberation and sufficient cause appearing therefore, it is hereby:

ORDERED, that Attorney Annette P. Rolain is permitted to appear pro hac vice as counsel to Hartford Fire Insurance Company in the above-captioned chapter 11 case and any related adversary proceedings.