**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re: | : |
|  | : |
| The Roman Catholic Diocese of Syracuse, New York, | : Chapter 11 |
|  | : |
| Debtor. | : Case No. 20-30633 |
|  | : |
|  | : |
|  | : |

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS,**
**AND RESERVATION OF RIGHTS**

 **PLEASE TAKE NOTICE** that **Excelsior Insurance Company** ("Excelsior") and **General Insurance Company of America** ("General Insurance"), by and through their undersigned counsel, **Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.** and **Choate, Hall & Stewart LLP**, hereby appear pursuant to section 1109(b) of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), and Rules 2002 3017(a), 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and respectfully request that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the following:

Nancy D. Adams, Esq.
Grady R. Campion, Esq.
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
Tel.:  (617) 542-6000
Fax:  (617) 542-2241
ndadams@mintz.com
grcampion@mintz.com

1

Douglas R. Gooding, Esq.
Jonathan D. Marshall, Esq.
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Tel.:  (617) 248-5000
Fax:  (617) 248-4000
dgooding@choate.com
jmarshall@choate.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy Code and Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, statement of affairs, operating reports, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier services, hand delivery, telephone, electronic mail, facsimile transmission, or otherwise filed or made in regard to the above-captioned matter.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive the rights of Excelsior or General Insurance:  (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in the non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law, and a *de novo* review by a federal district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) to assert or maintain any

other rights, claims, actions, defenses, setoffs, or recoupments to which Excelsior or General Insurance is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, filing this notice is not intended as, and shall not be, consent by Excelsior or General Insurance to the entry of final orders or judgments in any case, proceeding, matter, or controversy, if it is determined that the Court, absent consent of Excelsior or General Insurance, cannot enter final orders or judgments in any such case, proceeding, matter, or controversy, as applicable, consistent with Article III of the United States Constitution.

Dated:  March 10, 2021

**MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.**

Nancy D. Adams (*pro hac vice* forthcoming)
Grady R. Campion
One Financial Center
Boston, MA 02111
Tel:  (617) 542-6000
Fax:  (617) 542-2241
ndadams@mintz.com
grcampion@mintz.com

-and-

**CHOATE, HALL & STEWART LLP**
Douglas R. Gooding (*pro hac vice* forthcoming)
Jonathan D. Marshall (*pro hac vice* forthcoming)
Two International Place
Boston, MA 02110
Tel.:  (617) 248-5000
Fax:  (617) 248-4000
dgooding@choate.com
jmarshall@choate.com

*Counsel for Excelsior Insurance Company and
General Insurance Company of America*