**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse, New York,<br><br>Debtor. | Chapter 11<br><br>**Case No. 20-30663-5-mcr** |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, Jillian G. Dennehy, Esq., appears for TIG Insurance Company, North River Insurance Company, and U.S. Fire Insurance Company, Interested Parties in the above-referenced case, and pursuant to Rules 2002(g), 2002(i), and 9007, requests, unless otherwise directed by the Court, that all notices that are required to be given in this case or in any related adversary proceeding, and all papers that are required to be served in this case be given to and served upon the undersigned, at the office, telephone and facsimile number set forth below:

> Jillian G. Dennehy, Esq.
> Kennedys CMK LLP
> 120 Mountain View Boulevard
> Basking Ridge, New Jersey 07920
> (T) 908-605-2974; (F) 908-647-8390
> jillian.dennehy@kennedyslaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Code and the Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in this case. This Notice of Appearance and Request for Service of Papers shall not, however, be deemed a submission to the Bankruptcy Court's jurisdiction or a

waiver of the above-named parties in interest's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) to trial by jury in any proceeding triable in this case or any case, controversy, or proceedings related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party in interest is or may be entitled, in law or in equity, by all of which rights, claims, actions, defenses, setoffs, and recoupments that the above-named party in interest expressly reserves.

Dated: March 19, 2021　　　　　　　　　　　　　　Respectfully submitted,
Basking Ridge, New Jersey

**KENNEDYS CMK LLP**

*/s/ Jillian G. Dennehy*
　　Jillian G. Dennehy, Esq.
　　Kennedys CMK LLP
　　120 Mountain View Boulevard
　　Basking Ridge, New Jersey 07920
　　(T) 908-605-2974; (F) 908-647-8390
　　jillian.dennehy@kennedyslaw.com