**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

In re:

THE ROMAN CATHOLIC DIOCESE OF SYRACUSE,
NEW YORK,

          Debtor.

Chapter 11

Case No. 20-30663-5-MCR

### MOTION FOR ADMISSION TO PRACTICE
### *PRO HAC VICE* OF DIRK C. HAARHOFF

Judith Treger Shelton ("Movant"), a partner with the law firm Kenney Shelton Liptak Nowak LLP , and a member in good standing of the Bar of the State of New York and admitted to practice before this Court, moves for the admission *pro hac vice* of Dirk C. Haarhoff, a partner with the law firm Kenney Shelton Liptak Nowak LLP, pursuant to Local Bankruptcy Rules 2090-1(b) and 9003-1, to act as counsel for Swiss Re America Corporation as Administrator for 21st Century Centennial Insurance Company, formerly known as Colonial Penn Insurance Company ("Colonial Penn"), in the above captioned bankruptcy case and any related adversary proceedings.

Mr. Haarhoff is a member of the Bar of the State of New York.  Mr. Haarhoff is a member in good standing in the aforementioned jurisdiction, and is not subject to any pending disciplinary proceedings in any jurisdiction. *See* attached Exhibit A, which is a true and correct copy of Mr. Haarhoff's Certificate of Good Standing from the State of New York.

**WHEREFORE**, I respectfully request that the Court enter an Order admitting Dirk C. Haarhoff to practice, *pro hac vice*, before this Court for the purposes of representing Colonial Penn in the instant matter and any related adversary proceedings.

Dated: Buffalo, New York
      March 19, 2021

Respectfully submitted,

B y : _____

Judith Treger Shelton
Kenney Shelton Liptak Nowak LLP
233 Franklin Street
Buffalo, New York 14202
P: (716) 853-3801
F: (516) 357-3333
Swiss Re America Corporation as
Administrator for 21st Century Centennial
Insurance Company, formerly known as
Colonial Penn Insurance Company
("Colonial Penn")

# EXHIBIT A



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

---

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Dirk Calache Haarhoff

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 18, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on March 5, 2021.

*Clerk of the Court*

CertID-00004109

## CERTIFICATION OF DIRK C. HAARHOFF

I certify that I am eligible for *pro hac vice* admission to this Court.  I am a member in good standing of the bar in the State of New York and have been admitted to practice in the Supreme Court of New York, as well as the Eastern and Southern Districts of New York.

I certify that I am a member in good standing in all of the said jurisdictions at all times and am not subject to any disciplinary proceedings in any jurisdiction.  I also certify that I am generally familiar with the local rules for the U.S. Bankruptcy Court, Northern District of New York.


Dated:   March 19, 2021

KENNEY SHELTON LIPTAK NOWAK LLP

By: _____
Dirk C. Haarhoff
233 Franklin Street
Buffalo, New York 14202
P: (716) 853-3801
F: (516) 357-3333

*Attorneys for Swiss Re America Corporation as Administrator for 21st Century Centennial Insurance Company, formerly known as Colonial Penn Insurance Company ("Colonial Penn")*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

In re:

THE ROMAN CATHOLIC DIOCESE OF SYRACUSE,
NEW YORK,

Debtor.

Chapter 11

Case No. 20-30663-5-MCR

**ORDER GRANTING MOTION FOR LIMITED ADMISSION *PRO HAC VICE* OF**
**DIRK C. HAARHOFF**

Upon consideration of the motion seeking admission *pro hac vice* of Dirk C. Haarhoff,

("Motion") to represent Swiss Re America Corporation as Administrator for 21st Century

Centennial Insurance Company, formerly known as Colonial Penn Insurance Company ("Colonial

Penn") in the above-captioned Chapter 11  case, and any related adversary proceedings before the

United States Bankruptcy Court of the Northern District of New York as is more fully set forth in

the Motion, and the Court having jurisdiction to consider the Motion and the relief requested

therein, and upon the Motion and all of the proceeds has in the Court, and after due deliberation

and sufficient cause appearing therefore, it is ORDERED, that Dirk C. Haarhoff is permitted to

appear pro hac vice as counsel for Colonial Penn in the above-captioned chapter 11 and any related

adversary proceedings.

Dated:     _____                              _____

                                                                        Hon.  Margaret Cangilos-Ruiz