Jillian G. Dennehy, Esq.
Kennedys CMK LLP
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
(T) 908-605-2974
(F) 908-647-8390
jillian.dennehy@kennedyslaw.com

*Attorney for TIG Insurance Co., North River Insurance Co.,
and U.S. Fire Insurance Co.*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
SYRACUSE DIVISION**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse, New York,<br><br>Debtor. | Chapter 11<br><br>**Case No. 20-30663-5-mcr** |

**MOTION FOR ADMISSION TO PRACTICE
*PRO HAC VICE* OF GEORGE R. CALHOUN, V**

Jillian G. Dennehy ("Movant"), an attorney with the law firm of Kennedys CMK LLP, and a member in good standing of the Bar of the State of New York, admitted to practice before this Court, moves for the admission *pro hac vice* of George R. Calhoun, V, a partner with Ifrah PLLC, pursuant to Local Bankruptcy Rules 2014-2(b) and 9003-1, to act as counsel for TIG Insurance Company, North River Insurance Company, and U.S. Fire Insurance Company, in the above captioned bankruptcy case and any related adversary proceedings.  Mr. Calhoun is a member of the bars of the State of Maryland and The District of Columbia and has been admitted to practice in the U.S. District Court for the District of Columbia, U.S. District Court for the District of Maryland, and other U.S. federal district courts and courts of appeal.

Mr. Calhoun is a member in good standing in all of the referenced jurisdictions and/or a member, and is not subject to any pending disciplinary proceedings in any jurisdiction. See attached **Exhibit A**, which is a true and correct copy of Mr. Calhoun's DC Certificate of Good Standing.

WHEREFORE, the undersigned respectfully request that the Court will enter an Order admitting George R. Calhoun.

Dated: April 1, 2021                                                              Respectfully Submitted,

                                                                    /s/ Jillian G. Dennehy
Jillian G. Dennehy, Esq.
Kennedys CMK LLP
120 Mountain View Boulevard
Basking Ridge, New Jersey 07920
(T) 908-605-2974
(F) 908-647-8390
jillian.dennehy@kennedyslaw.com

*Attorney for TIG Insurance Co., North River Insurance Co., and U.S. Fire Insurance Co.*

## **CERTIFICATION OF GEORGE R. CALHOUN, V**

I certify that I am eligible for admission *pro hac vice* to this Court. I am a member of good standing of the bars of the State of Maryland and The District of Columbia and other U.S. federal district courts and courts of appeal.

I certify that I am a member in good standing of all said jurisdictions at all times and am not subject to any pending disciplinary proceedings in any jurisdiction. I also certify that I am generally familiar with the local rules for the U.S. Bankruptcy Court for the Northern District of New York.

Dated:  April 1, 2021                                                   Respectfully submitted,
                                                                        Washington, DC

                                                                        **IFRAH, PLLC**

                                                                        /s/   George R. Calhoun, V
                                                                        George R. Calhoun, V
                                                                        1717 Pennsylvania Avenue, NW, Suite 650
                                                                        Washington, DC  20006
                                                                        202-524-4140 (Tel.)/202-524-4141(Fax)
                                                                        george@ifrahlaw.com

                                                                        *Attorney for TIG Insurance Co., North River Insurance Co., and U.S. Fire Insurance Co.*

# **EXHIBIT A**



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *George R Calhoun, V*

was duly qualified and admitted on October 5, 1998 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 31, 2021.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.