**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

In re:

The Roman Catholic Diocese of Syracuse, New York          Chapter 11

                                                Debtor.          Case No. 20-30663-mcr

-------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

     I hereby certify that on June 30, 2021, I electronically filed the **UTICA MUTUAL INSURANCE COMPANY'S JOINDER IN LONDON MARKET INSURERS' RESPONSE OBJECTING IN PART TO THE DIOCESE'S MOTION FOR ENTRY OF AN ORDER TO APPROVE MEDIATION CONFIDENTIALITY AND A PROPOSED FEE AGREEMENT PURSUANT TO SECTIONS 105(a) AND 363(b) OF THE BANKRUPTCY CODE** with the Clerk of the Bankruptcy Court using the NextGen ECF system, which sent notification of such filing to the following:

Nancy D Adams on behalf of Defendant
Excelsior Insurance Company
ndadams@mintz.com

Nancy D Adams on behalf of Defendant
General Insurance Company of America
ndadams@mintz.com

Nancy D Adams on behalf of Interested
Party Excelsior Insurance Company
ndadams@mintz.com

Nancy D Adams on behalf of Interested
Party General Insurance Company of
America
ndadams@mintz.com

Brian R. Ade on behalf of Interested Party
Hanover Insurance Company
brian.ade@rivkin.com

Bruce Alan Anderson on behalf of Interested
Party Parish Steering Committee
baafiling@eaidaho.com

Jeffrey Robert Anderson on behalf of
Interested Party Certain Personal Injury
Creditors
jeff@andersonadvocates.com
therese@andersonadvocates.com
erin@andersonadvocates.com
taylor@andersonadvocates.com

Sharon Angelino on behalf of Defendant
Unigard Insurance Company
sangelino@goldbergsegalla.com
lcolburn@goldbergsegalla.com

David M Banker on behalf of Defendant
The National Catholic Risk Retention
Group, Inc.
dbanker@mmwr.com

Brian D. Barnas on behalf of Defendant
Merchants Mutual Insurance Company
bdb@hurwitzfine.com
robins@hurwitzfine.com
kathik@hurwitzfine.com

Brian D. Barnas on behalf of Defendant
New York Central Mutual Fire Insurance
Company
bdb@hurwitzfine.com
robins@hurwitzfine.com
kathik@hurwitzfine.com

Brian D. Barnas on behalf of Interested
Party Merchants Mutual Insurance Company
bdb@hurwitzfine.com
robins@hurwitzfine.com
kathik@hurwitzfine.com

Brian D. Barnas on behalf of Interested
Party New York Central Mutual Insurance
Company
bdb@hurwitzfine.com
robins@hurwitzfine.com
kathik@hurwitzfine.com

Sheryl Betance
ecf@cases-cr.stretto-services.com

Michael Boisvert on behalf of Defendant
Hartford Fire Insurance Company
mboisvert@sugarmanlaw.com
lgates@sugarmanlaw.com

Michael Boisvert on behalf of Interested
Party Hartford Fire Insurance Company
mboisvert@sugarmanlaw.com
lgates@sugarmanlaw.com

Meghan M. Breen on behalf of Creditor
KeyBank National Association
mbreen@lemerygreisler.com
phartl@lemerygreisler.com
ksousis@lemerygreisler.com

Jessica Jean Burgasser on behalf of
Interested Party Lamorak Insurance

Company
jburgasser@wlbdeflaw.com

Edwin H. Caldie on behalf of Creditor
Committee Official Committee of
Unsecured Creditors
ed.caldie@stinson.com
jess.rehbein@stinson.com
jayme.masek@stinson.com

George R. Calhoun on behalf of Defendant
National Fire Insurance Company of
Hartford
george@ifrahlaw.com

George R. Calhoun on behalf of Defendant
TIG Insurance Company
george@ifrahlaw.com

George R. Calhoun on behalf of Defendant
U.S. Fire Insurance Company
george@ifrahlaw.com

George R. Calhoun on behalf of Interested
Party North River Insurance Company
george@ifrahlaw.com

George R. Calhoun on behalf of Interested
Party TIG Insurance Company
george@ifrahlaw.com

George R. Calhoun on behalf of Interested
Party U.S. Fire Insurance Company
george@ifrahlaw.com

Grady Reeder Campion on behalf of
Defendant Excelsior Insurance Company
GRCampion@mintz.com
ndadams@mintz.com

Grady Reeder Campion on behalf of
Defendant General Insurance Company of
America
GRCampion@mintz.com
ndadams@mintz.com

Grady Reeder Campion on behalf of
Interested Party Excelsior Insurance
Company
GRCampion@mintz.com
ndadams@mintz.com

Grady Reeder Campion on behalf of
Interested Party General Insurance Company
of America
GRCampion@mintz.com
ndadams@mintz.com

Peter Daniel Cantone on behalf of
Defendant Andover Companies
pcantone@bsawlaw.com
anwilliams@bsawlaw.com

Peter Daniel Cantone on behalf of Interested
Party Andover Companies
pcantone@bsawlaw.com
anwilliams@bsawlaw.com

William D Carson on behalf of Defendant
Hanover Insurance Company
wcarson@steptoe.com

William D Carson on behalf of Defendant
Zurich American Insurance Company
wcarson@steptoe.com

William D Carson on behalf of Interested
Party Hanover Insurance Company
wcarson@steptoe.com

William D Carson on behalf of Interested
Party Providence Washington Insurance
Company
wcarson@steptoe.com

William D Carson on behalf of Interested
Party Zurich American Insuarnce Company
wcarson@steptoe.com

Margaret Flannery Catalano on behalf of
Defendant North River Insurance Company
meg.catalano@kennedyslaw.com

Margaret Flannery Catalano on behalf
of Defendant TIG Insurance Company
meg.catalano@kennedyslaw.com

Margaret Flannery Catalano on behalf of
Defendant U.S. Fire Insurance Company
meg.catalano@kennedyslaw.com

Margaret Flannery Catalano on behalf of
Interested Party North River Insurance
Company
meg.catalano@kennedyslaw.com

Margaret Flannery Catalano on behalf of
Interested Party TIG Insurance Company
meg.catalano@kennedyslaw.com

Margaret Flannery Catalano on behalf of
Interested Party U.S. Fire Insurance
Company
meg.catalano@kennedyslaw.com

Erin Champion on behalf of U.S. Trustee
U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov

Jillian Grace Dennehy on behalf of
Defendant North River Insurance Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of
Defendant TIG Insurance Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of
Defendant U.S. Fire Insurance Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of
Interested Party North River Insurance
Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of
Interested Party TIG Insurance Company
jillian.dennehy@kennedyslaw.com

Jillian Grace Dennehy on behalf of
Interested Party U.S. Fire Insurance
Company
jillian.dennehy@kennedyslaw.com

Michael J. DiSantis on behalf of Defendant
Continental Casualty Company
mdisantis@tresslerllp.com

Michael J. DiSantis on behalf of Defendant
National Fire Insurance Company of
Hartford
mdisantis@tresslerllp.com

Stephen A. Donato on behalf of Debtor The
Roman Catholic Diocese of Syracuse, New
York
sdonato@bsk.com
ayerst@bsk.com;kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Church of St. Andrew the Apostle of
Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com;kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Church of St. Anthony of Padua of
Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Church of St. Daniel of Salina, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Church of St. John the Evangelist of
Binghamton, N.Y.
sdonato@bsk.com

ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Church of St. John the Evangelist of
Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Church of St. Stanislaus of Binghamton,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Church of St. Theresa, the Little Flower of
Jesus and Church of St. Joan of Arc of
Munnsville, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Order Minor Conventuals and St. Mary's
Church of Minoa, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Agnes Catholic Church of Brewerton, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Agnes Church of Utica, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Agnes Roman Catholic Church of Vernon,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Aloysius Center of Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Ambrose Church of Endicott, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Andrew's Church of Binghamton, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Ann's Church of Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Ann's Roman Catholic Church of Hinckley,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Ann's Roman Catholic Church of Manlius,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Anne's Roman Catholic Church of
Whitesboro, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Anthony of Padua Roman Catholic Church
of Chadwicks, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Anthony of Padua Roman Catholic Church
of Utica, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Bartholomew's Roman Catholic Church of
Norwich, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Bernard's R.C. Church of Waterville, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Brigid & St. Joseph Church of Syracuse,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Casimir Roman Catholic Church of
Endicott, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Catherine's Roman Catholic Church of
Binghamton, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Catherine's Roman Catholic Church of
Vernon, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Cecelia's Roman Catholic Church of Solvay,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Charles Church of Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Christopher's Roman Catholic Church of
Binghamton, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Francis X Cabrini Roman Catholic Church
of Pulaski, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Francis Xavier Church of Marcellus, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
George's Church of Utica, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
James Church of Cazenovia, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
James Roman Catholic Church of Johnson
City, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
James Roman Catholic Church of Syracuse,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
John the Baptist Church of Rome, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
John the Evangelist Church of Syracuse,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
John the Evangelist R.C. Church of Pulaski,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
John the Evangelist Roman Catholic
Church, Inc. of New Hartford, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
John's Catholic Society of Utica, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
John's Church of North Bay, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
John's R.C. Church of Camden, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
John's Roman Catholic Church of
Bainbridge, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
John's Roman Catholic Church of Clay of
Liverpool, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
John's Roman Catholic Church of Oswego,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Joseph's Church of Camillus, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Joseph's Church of Lee Center, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Joseph's Church of Liverpool, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Joseph's Church of Oriskany Falls, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Joseph's Church of Oxford, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Joseph's German Catholic Church of
Oneida, Inc. of Madison, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Joseph's Roman Catholic Church of
Binghamton, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Joseph's Roman Catholic Church of Deposit,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Joseph's Roman Catholic Church of
Oswego, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Lawrence Church of Deruyter, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Leo's Catholic Church of Tully, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Leo's Roman Catholic Church of Holland
Patent, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Louis Roman Catholic Church of Oswego,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Malachy's Church of Sherburne, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Margaret's Church of Mattydale, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Margaret's Church, Inc. of Mattydale, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Margaret's Roman Catholic Church of
Homer, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Marks Roman Catholic of Utica, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Mary Star of the Sea of Mexico, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Mary of Mt. Carmel Church of Utica, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Mary of the Snows Church of Otter Lake,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Mary's Church (Cathedral) of Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Mary's Church and St. Mary's Cemetery Association and St. Paul's Church Star Route of Camden, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Mary's Church of Cortland, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Mary's Church of Hamilton, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Mary's Church of Jamesville, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Mary's Church of New York Mills, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Mary's Church of Rome, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Mary's Church of Utica, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Mary's R.C. Church of Pulaski, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Mary's Roman Catholic Church of Clinton, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Mary's Roman Catholic Church of Kirkwood, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Mary's of the Assumption of Oswego, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Matthews Roman Catholic Church of Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Michaels Church of Central Square, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Michaels Roman Catholic Church of Fulton, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Michaels Roman Catholic Church of Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Patrick's Church of Clayville, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Patrick's Church of Forestport, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Patrick's Church of Oneida, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Patrick's Church of Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Patrick's Church of Truxton, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Patrick's R.C. Church and St. Anne's Church of Taberg, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Patrick's R.C. Church of Chittenango, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Patrick's R.C. Church of Nedrow, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Patrick's R.C. Church of Whitney Point, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Patrick's R.C. Church of Williamstown, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Patrick's Roman Catholic Church of Binghamton, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St. Paul's Church Corp. of Binghamton, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Paul's Church of Norwich, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Paul's Church of Rome, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Paul's Church of Whitesboro, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Paul's Roman Catholic Church of Oswego,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Peter's Church of Rome, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Peter's Church of Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Peter's Roman Catholic Church of Clinton,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Peter's Roman Catholic Church of Utica,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Rita' Roman Catholic Church of Chenango
Forks, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Rose of Lima Church of No. Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Stanislaus R.C. Church of Utica, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Stephen Protomartyr Church of Oriskany,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Stephen's Church of Marathon, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Stephen's Roman Catholic Church of
Oswego, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Stephens Slovak Church of Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Theresa Church of Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Theresa's Church of New Berlin, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Thomas Aquinas RC Church of
Binghamton, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Thomas More Foundation, Inc. of Syracuse,
N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Thomas Roman Catholic Church of New
Hartford, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Vincent De Paul Roman Catholic Church of
Vestal, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff St.
Vincent De Paul's Church of Syracuse, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
The Roman Catholic Diocese of Syracuse,
New York
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Transfiguration Church of Rome, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Trustees of Roman Catholic Church St.
Anthony of Padua of Endicott, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Trustees of St. Anthony's Roman Catholic
Church of Cortland, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Trustees of St. Francis and/or St. Mary's
Churches of Durhanville, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Stephen A. Donato on behalf of Plaintiff
Utica Catholic Academy of Utica, N.Y.
sdonato@bsk.com
ayerst@bsk.com
kdoner@bsk.com

Jeffrey A. Dove on behalf of Creditor NBT
Bank, National Association
jdove@barclaydamon.com
avrooman@barclaydamon.com

Adam Ross Durst on behalf of Defendant
Nationwide Insurance Company of America
adurst@goldbergsegalla.com
kallen@goldbergsegalla.com

Jeffrey David Eaton on behalf of Debtor The
Roman Catholic Diocese of Syracuse, New
York
jeaton@bsk.com
tayers@bsk.com
kdoner@bsk.com

Esam Ahmad Elbadawi on behalf of
Defendant Hartford Fire Insurance Company
selbadawi@sugarmanlaw.com
lgates@sugarmanlaw.com
calliger@sugarmanlaw.com

Esam Ahmad Elbadawi on behalf of
Interested Party Hartford Fire Insurance
Company
selbadawi@sugarmanlaw.com
lgates@sugarmanlaw.com
calliger@sugarmanlaw.com

J. Ford Elsaesser on behalf of Interested
Party Parish Steering Committee
felsaesser@eaidaho.com

Peter John Garthwaite on behalf of
Defendant Assicurazioni Generali S.p.A.
peter.garthwaite@clydeco.us
melissa.valdez@clydeco.us

Peter John Garthwaite on behalf of
Defendant Catalina Worthing Insurance Ltd
f/k/a HFPI (as Part VII transferee of Excess
Insurance Company Ltd and/or London &
Edinburgh Insurance Company Ltd as
success to London & Edinburgh General
Insurance Co
peter.garthwaite@clydeco.us
melissa.valdez@clydeco.us

Peter John Garthwaite on behalf of
Defendant Certain London Market
Companies
peter.garthwaite@clydeco.us
melissa.valdez@clydeco.us

Peter John Garthwaite on behalf of
Defendant Certain Underwriters at Lloyd's
London
peter.garthwaite@clydeco.us
melissa.valdez@clydeco.us

Peter John Garthwaite on behalf of
Defendant Dominion Insurance Company
Limited
peter.garthwaite@clydeco.us
melissa.valdez@clydeco.us

Peter John Garthwaite on behalf of
Defendant Harper Insurance Limited
peter.garthwaite@clydeco.us
melissa.valdez@clydeco.us

Peter John Garthwaite on behalf of
Defendant River Thames Insurance
Company Limited (as successor in interest
to Unionamerica Insurance Company
Limited (on its own behalf and in turn as
successor in interest to certain business of
St. Paul
peter.garthwaite@clydeco.us
melissa.valdez@clydeco.us

Peter John Garthwaite on behalf of
Defendant Riverstone Insurance (UK)
Limited (formerly known as Dai Toyko
Insurance Company (UK) Limited)
peter.garthwaite@clydeco.us
melissa.valdez@clydeco.us

Peter John Garthwaite on behalf of
Defendant Tenecom Limited
peter.garthwaite@clydeco.us
melissa.valdez@clydeco.us

Peter John Garthwaite on behalf of
Interested Party Certain London Market
Companies
peter.garthwaite@clydeco.us
melissa.valdez@clydeco.us

Peter John Garthwaite on behalf of
Interested Party Certain Underwrites at
Lloyds, London
peter.garthwaite@clydeco.us
melissa.valdez@clydeco.us

Andrew Glasnovich on behalf of Creditor
Committee Official Committee of
Unsecured Creditors
drew.glasnovich@stinson.com

Andrew Glasnovich on behalf of Creditor
Committee The Official Committee of
Unsecured Creditors
drew.glasnovich@stinson.com

Stuart I. Gordon on behalf of Interested
Party Hanover Insurance Company
stuart.gordon@rivkin.com
matthew.spero@rivkin.com

Stuart I. Gordon on behalf of Interested
Party Interstate Fire and Casualty Company
stuart.gordon@rivkin.com
matthew.spero@rivkin.com

Stuart I. Gordon on behalf of Interested
Party Utica Mutual Insurance Company
stuart.gordon@rivkin.com
matthew.spero@rivkin.com

M. Paul Gorfinkel on behalf of Interested
Party Utica Mutual Insurance Company
paul.gorfinkel@rivkin.com

Dirk C. Haarhoff on behalf of Defendant
Colonial Penn Insurance Company
dchaarhoff@kslnlaw.com

Dirk C. Haarhoff on behalf of Interested
Party Swiss Re America Corporation as
Administrator for 21st Century Insurance
Company fka Colonial Penn Insurance
Company
dchaarhoff@kslnlaw.com

Charles E. Jones on behalf of Interested
Party Interstate Fire and Casualty Company
charles.jones@lawmoss.com

Jeff D. Kahane on behalf of Interested Party
Certain London Market Companies
jkahane@duanemorris.com

Jeff D. Kahane on behalf of Interested Party
Certain Underwrites at Lloyds, London
jkahane@duanemorris.com

Jeff D. Kahane on behalf of Interested Party
London Market Insurers
jkahane@duanemorris.com

Amy Christine Keller on behalf of Creditor
LG DOE VICTIMS
akeller@lglaw.com
sfischer@lglaw.com

Amy Christine Keller on behalf of
Defendant LG 35 Doe
akeller@lglaw.com
sfischer@lglaw.com

Amy Christine Keller on behalf of
Defendant LG 42 Doe
akeller@lglaw.com
sfischer@lglaw.com

Amy Christine Keller on behalf of
Defendant LG 43 Doe
akeller@lglaw.com
sfischer@lglaw.com

Amy Christine Keller on behalf of
Defendant LG 44 Doe
akeller@lglaw.com
sfischer@lglaw.com

Amy Christine Keller on behalf of
Defendant LG 79 Doe
akeller@lglaw.com
sfischer@lglaw.com

Amy Christine Keller on behalf of
Defendant LG 86 Doe
akeller@lglaw.com
sfischer@lglaw.com

Jeffrey Lloyd Kingsley on behalf of
Defendant Nationwide Insurance Company
of America
jkingsley@goldbergsegalla.com
kallen@goldbergsegalla.com

Dan D. Kohane on behalf of Defendant
Merchants Mutual Insurance Company
ddk@hurwitzfine.com
donnab@hurwitzfine.com
kathik@hurwitzfine.com

Dan D. Kohane on behalf of Defendant
Michigan Millers Mutual Insurance
Company
ddk@hurwitzfine.com
donnab@hurwitzfine.com
kathik@hurwitzfine.com

Dan D. Kohane on behalf of Defendant New
York Central Mutual Fire Insurance
Company
ddk@hurwitzfine.com
donnab@hurwitzfine.com
kathik@hurwitzfine.com

Dan D. Kohane on behalf of Interested Party
Merchants Mutual Insurance Company
ddk@hurwitzfine.com
donnab@hurwitzfine.com
kathik@hurwitzfine.com

Dan D. Kohane on behalf of Interested Party
Michigan Millers Insurance Company
ddk@hurwitzfine.com
donnab@hurwitzfine.com
kathik@hurwitzfine.com

Dan D. Kohane on behalf of Interested Party
New York Central Mutual Insurance
Company
ddk@hurwitzfine.com
donnab@hurwitzfine.com
kathik@hurwitzfine.com

Michele B. Konigsberg on behalf of
Interested Party Hartford Fire Insurance
Company
mbackus@goodwin.com

Robert T Kugler on behalf of Attorney
Stinson LLP
robert.kugler@stinson.com
laura.schumm@stinson.com

Robert T. Kugler on behalf of Attorney
Stinson LLP
robert.kugler@stinson.com
laura.schumm@stinson.com

Robert T. Kugler on behalf of Creditor
Committee Official Committee of
Unsecured Creditors
robert.kugler@stinson.com
laura.schumm@stinson.com

Robert T. Kugler on behalf of Interested
Party Certain Personal Injury Creditors
robert.kugler@stinson.com
laura.schumm@stinson.com

Cynthia S. LaFave on behalf of Interested
Party Certain Personal Injury Creditors
CLAFAVE@LWFLEGAL.COM
olena@lwflegal.com

Alisa C. Lacey on behalf of Creditor
Committee Official Committee of
Unsecured Creditors
alisa.lacey@stinson.com

Paul A. Levine on behalf of Creditor
KeyBank National Association
plevine@lemerygreisler.com
phartl@lemerygreisler.com

Lauren Lifland on behalf of Defendant
Continental Casualty Company
Lauren.Lifland@wilmerhale.com
yolande.thompson@wilmerhale.com

Lauren Lifland on behalf of Defendant
National Fire Insurance Company of
Hartford
Lauren.Lifland@wilmerhale.com
yolande.thompson@wilmerhale.com

Lauren Lifland on behalf of Interested Party
Continental Casualty Company
Lauren.Lifland@wilmerhale.com
yolande.thompson@wilmerhale.com

Lauren Lifland on behalf of Interested Party
Continental Insurance Company as
successor by merger to the Firemans
Insurance Company of Newark, New Jersey,
Glenn Falls Insurance Company, and
Fidelity & Casualty Company of New York
Lauren.Lifland@wilmerhale.com
yolande.thompson@wilmerhale.com

Lauren Lifland on behalf of Interested Party
National Fire Insurance Company of
Hartford
Lauren.Lifland@wilmerhale.com
yolande.thompson@wilmerhale.com

Merritt S. Locke on behalf of Creditor
Committee Official Committee of
Unsecured Creditors
mlocke@saunderskahler.com
terri@saunderskahler.com

Timothy Patrick Lyster on behalf of
Interested Party Parish Steering Committee
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
Church of St. Daniel of Salina, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
Church of St. John the Evangelist of
Binghamton, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
Church of St. John the Evangelist of
Syracuse, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
Church of St. Stanislaus of Binghamton,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
Church of St. Theresa, the Little Flower of
Jesus and Church of St. Joan of Arc of
Munnsville, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
Order Minor Conventuals and St. Mary's
Church of Minoa, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Agnes Catholic Church of Brewerton,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Agnes Church of Utica, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Agnes Roman Catholic Church of
Vernon, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Aloysius Center of Syracuse, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Ambrose Church of Endicott, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Andrew's Church of Binghamton, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Ann's Church of Syracuse, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Ann's Roman Catholic Church of
Hinckley, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Ann's Roman Catholic Church of
Manlius, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Anne's Roman Catholic Church of
Whitesboro, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Anthony of Padua Roman Catholic
Church of Chadwicks, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Anthony of Padua Roman Catholic
Church of Utica, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Bartholomew's Roman Catholic Church
of Norwich, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Bernard's R.C. Church of Waterville,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Brigid & St. Joseph Church of Syracuse,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Casimir Roman Catholic Church of
Endicott, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Catherine's Roman Catholic Church of
Binghamton, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Catherine's Roman Catholic Church of
Vernon, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. James Roman Catholic Church of
Johnson City, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Cecelia's Roman Catholic Church of
Solvay, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. James Roman Catholic Church of
Syracuse, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Charles Church of Syracuse, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. John the Baptist Church of Rome, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Christopher's Roman Catholic Church of
Binghamton, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. John the Evangelist Church of Syracuse,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Francis X Cabrini Roman Catholic
Church of Pulaski, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. John the Evangelist R.C. Church of
Pulaski, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Francis Xavier Church of Marcellus,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. John the Evangelist Roman Catholic
Church, Inc. of New Hartford, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. George's Church of Utica, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. John's Catholic Society of Utica, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. James Church of Cazenovia, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. John's Church of North Bay, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. John's R.C. Church of Camden, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. John's Roman Catholic Church of
Bainbridge, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. John's Roman Catholic Church of Clay
of Liverpool, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. John's Roman Catholic Church of
Oswego, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Joseph's Church of Camillus, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Joseph's Church of Lee Center, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Joseph's Church of Liverpool, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Joseph's Church of Oriskany Falls, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Joseph's Church of Oxford, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Joseph's German Catholic Church of
Oneida, Inc. of Madison, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Joseph's Roman Catholic Church of
Binghamton, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Joseph's Roman Catholic Church of
Deposit, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Joseph's Roman Catholic Church of
Oswego, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Lawrence Church of Deruyter, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Leo's Catholic Church of Tully, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Leo's Roman Catholic Church of Holland
Patent, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Louis Roman Catholic Church of
Oswego, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Malachy's Church of Sherburne, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Margaret's Church of Mattydale, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Margaret's Church, Inc. of Mattydale,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Margaret's Roman Catholic Church of
Homer, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Marks Roman Catholic of Utica, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary Star of the Sea of Mexico, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary of Mt. Carmel Church of Utica,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary of the Snows Church of Otter
Lake, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary's Church (Cathedral) of Syracuse,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary's Church and St. Mary's Cemetery
Association and St. Paul's Church Star
Route of Camden, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary's Church of Cortland, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary's Church of Hamilton, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary's Church of Jamesville, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary's Church of New York Mills, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary's Church of Rome, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary's Church of Utica, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary's R.C. Church of Pulaski, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary's Roman Catholic Church of
Clinton, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary's Roman Catholic Church of
Kirkwood, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Mary's of the Assumption of Oswego,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Matthews Roman Catholic Church of
Syracuse, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Michaels Church of Central Square, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Michaels Roman Catholic Church of
Fulton, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Michaels Roman Catholic Church of
Syracuse, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Patrick's Church of Clayville, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Patrick's Church of Forestport, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Patrick's Church of Oneida, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Patrick's Church of Syracuse, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Patrick's Church of Truxton, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Patrick's R.C. Church and St. Anne's
Church of Taberg, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Patrick's R.C. Church of Chittenango,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Patrick's R.C. Church of Nedrow, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Patrick's R.C. Church of Whitney Point,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Patrick's R.C. Church of Williamstown,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Patrick's Roman Catholic Church of
Binghamton, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Paul's Church Corp. of Binghamton,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Paul's Church of Norwich, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Paul's Church of Rome, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Paul's Church of Whitesboro, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Paul's Roman Catholic Church of
Oswego, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Peter's Church of Rome, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Peter's Church of Syracuse, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Peter's Roman Catholic Church of
Clinton, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Peter's Roman Catholic Church of Utica,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Rita' Roman Catholic Church of
Chenango Forks, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Rose of Lima Church of No. Syracuse,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Stanislaus R.C. Church of Utica, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Stephen Protomartyr Church of
Oriskany, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Stephen's Church of Marathon, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Stephen's Roman Catholic Church of
Oswego, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Stephens Slovak Church of Syracuse,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Theresa Church of Syracuse, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Theresa's Church of New Berlin, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Thomas Aquinas RC Church of
Binghamton, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Thomas More Foundation, Inc. of
Syracuse, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Thomas Roman Catholic Church of New
Hartford, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Vincent De Paul Roman Catholic Church
of Vestal, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
St. Vincent De Paul's Church of Syracuse,
N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
Transfiguration Church of Rome, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
Trustees of Roman Catholic Church St.
Anthony of Padua of Endicott, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
Trustees of St. Anthony's Roman Catholic
Church of Cortland, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
Trustees of St. Francis and/or St. Mary's
Churches of Durhanville, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Timothy Patrick Lyster on behalf of Plaintiff
Utica Catholic Academy of Utica, N.Y.
tlyster@woodsoviatt.com
ehousel@woodsoviatt.com

Lauren M. Macksoud on behalf of
Defendant Traveler's Indemnity Company
lauren.macksoud@dentons.com

Lauren M. Macksoud on behalf of
Defendant Traveler's Indemnity Company
lauren.macksoud@dentons.com

Lauren M. Macksoud on behalf of
Defendant Travelers Casualty and Surety
Company
lauren.macksoud@dentons.com

Lauren M. Macksoud on behalf of
Defendant Travelers Insurance Company
Limited
lauren.macksoud@dentons.com

Marianne G. May on behalf of Defendant
Ace Property and Casualty Insurance
marianne.may@clydeco.us

Marianne G. May on behalf of Defendant
Insurance Company of North America
marianne.may@clydeco.us

Marianne G. May on behalf of Defendant
Westchester Fire Insurance Company
marianne.may@clydeco.us

John D. McKenna on behalf of Defendant
Great American Assurance Company
jmckenna@lbcclaw.com

John D. McKenna on behalf of Interested
Party Great American Assurance Company
jmckenna@lbcclaw.com

Peter P. McNamara on behalf of Defendant
Fireman's Fund Insurance Company
peter.mcnamara@rivkin.com

Peter P. McNamara on behalf of Defendant
Interstate Fire & Casualty Company
peter.mcnamara@rivkin.com

Peter P. McNamara on behalf of Defendant
National Surety Corporation
peter.mcnamara@rivkin.com

Peter P. McNamara on behalf of Interested
Party Interstate Fire and Casualty Company
peter.mcnamara@rivkin.com

Stuart S. Mermelstein on behalf of
Interested Party Certain Personal Injury
Creditors
smermelstein@hermanlaw.com

Brett L Messinger on behalf of Interested
Party Certain London Market Companies
BLMessinger@duanemorris.com

Brett L Messinger on behalf of Interested
Party Certain Underwrites at Lloyds,
London
BLMessinger@duanemorris.com

Geoffrey M. Miller on behalf of Defendant
Arrowood Indemnity Company
geoffrey.miller@dentons.com

Geoffrey M. Miller on behalf of Interested
Party Arrowood Indemnity Company
geoffrey.miller@dentons.com

Siobhain P. Minarovich on behalf of
Defendant Fireman's Fund Insurance
Company
Siobhain.Minarovich@rivkin.com

Siobhain P. Minarovich on behalf of
Defendant Interstate Fire & Casualty
Company
Siobhain.Minarovich@rivkin.com

Siobhain P. Minarovich on behalf of
Defendant National Surety Corporation
Siobhain.Minarovich@rivkin.com

Siobhain P. Minarovich on behalf of
Interested Party Interstate Fire and Casualty
Company
Siobhain.Minarovich@rivkin.com

Annette P. Rolain on behalf of Defendant
Hartford Fire Insurance Company
arolain@goodwin.com

Annette P. Rolain on behalf of Interested
Party Hartford Fire Insurance Company
arolain@goodwin.com

Russell W. Roten on behalf of Interested
Party Certain London Market Companies
RWRoten@duanemorris.com

Russell W. Roten on behalf of Interested
Party Certain Underwrites at Lloyds,
London
RWRoten@duanemorris.com

James Pio Ruggeri on behalf of Defendant
Hartford Fire Insurance Company
jruggeri@goodwin.com

James Pio Ruggeri on behalf of Interested
Party Hartford Fire Insurance Company
jruggeri@goodwin.com

Jonathan Schapp on behalf of Defendant
Nationwide Insurance Company of America
jschapp@goldbergsegalla.com
kallen@goldbergsegalla.com
lcolburn@goldbergsegalla.com

Tancred V. Schiavoni on behalf of
Interested Party Century Indemnity
Company, as successor to CCI Insurance
Company, as successor to Insurance
Company of North America and Indemnity
Insurance Company of North America
tschiavoni@omm.com
tancred-schiavoni-9326@ecf.pacerpro.com

Edward Lee Schnitzer on behalf of
Defendant The National Catholic Risk
Retention Group, Inc.
eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com
dfiore@mmwr.com

Edward Lee Schnitzer on behalf of
Interested Party The National Catholic Risk
Retention Group, Inc.
eschnitzer@mmwr.com
edward-schnitzer-0033@ecf.pacerpro.com
dfiore@mmwr.com

Stephen G. Schwarz on behalf of Creditor
Ginger Gersbacher
sschwarz@faraci.com

Stephen G. Schwarz on behalf of Creditor
John Gersbacher
sschwarz@faraci.com

Judith Treger Shelton on behalf of
Defendant Colonial Penn Insurance
Company
JTShelton@kslnlaw.com
pmsteger@kslnlaw.com

Judith Treger Shelton on behalf of Interested
Party Swiss Re America Corporation as
Administrator for 21st Century Insurance
Company fka Colonial Penn Insurance
Company
JTShelton@kslnlaw.com
pmsteger@kslnlaw.com

Jennifer Lynn Smith on behalf of Defendant
Continental Casualty Company
jsmith@tresslerllp.com

Jennifer Lynn Smith on behalf of Defendant
National Fire Insurance Company of
Hartford
jsmith@tresslerllp.com

Jennifer Lynn Smith on behalf of Interested
Party Continental Insurance Company as
successor by merger to the Firemans
Insurance Company of Newark, New Jersey,
Glenn Falls Insurance Company, and
Fidelity & Casualty Company of New York
jsmith@tresslerllp.com

Neil Joseph Smith on behalf of Attorney
Mackenzie Hughes LLP
nsmith@mackenziehughes.com
mallen@mackenziehughes.com

Neil Joseph Smith on behalf of Interested
Party Mackenzie Hughes LLP
nsmith@mackenziehughes.com
mallen@mackenziehughes.com

Catalina J. Sugayan on behalf of Defendant
Certain London Market Companies
catalina.sugayan@clydeco.us
nancy.lima@clydeco.us

Catalina J. Sugayan on behalf of Defendant
Certain Underwriters at Lloyd's London
catalina.sugayan@clydeco.us
nancy.lima@clydeco.us

Catalina J. Sugayan on behalf of Interested
Party Certain London Market Companies
catalina.sugayan@clydeco.us
nancy.lima@clydeco.us

Catalina J. Sugayan on behalf of Interested
Party Certain Underwrites at Lloyds,
London
catalina.sugayan@clydeco.us
nancy.lima@clydeco.us

Charles J. Sullivan on behalf of Debtor The
Roman Catholic Diocese of Syracuse, New
York
csullivan@bsk.com
kdoner@bsk.com;jhunold@bsk.com

Charles J. Sullivan on behalf of Plaintiff The
Roman Catholic Diocese of Syracuse, New
York
csullivan@bsk.com
kdoner@bsk.com;jhunold@bsk.com

Robert E. Sweeney on behalf of Defendant
Assicurazioni Generali S.p.A.
Robert.Sweeney@clydeco.us

Robert E. Sweeney on behalf of Defendant
Catalina Worthing Insurance Ltd f/k/a HFPI
(as Part VII transferee of Excess Insurance
Company Ltd and/or London & Edinburgh
Insurance Company Ltd as success to
London & Edinburgh General Insurance Co
Robert.Sweeney@clydeco.us

Robert E. Sweeney on behalf of Defendant
Certain Underwriters at Lloyd's London
Robert.Sweeney@clydeco.us

Robert E. Sweeney on behalf of Defendant
Dominion Insurance Company Limited
Robert.Sweeney@clydeco.us

Robert E. Sweeney on behalf of Defendant
Harper Insurance Limited
Robert.Sweeney@clydeco.us

Robert E. Sweeney on behalf of Defendant
London & Edinburgh Insurance Company
Limited
Robert.Sweeney@clydeco.us

Robert E. Sweeney on behalf of Defendant
Markel International Insurance Company
Limited
Robert.Sweeney@clydeco.us

Robert E. Sweeney on behalf of Defendant
River Thames Insurance Company Limited
(as successor in interest to Unionamerica
Insurance Company Limited (on its own
behalf and in turn as successor in interest to
certain business of St. Paul
Robert.Sweeney@clydeco.us

Robert E. Sweeney on behalf of Defendant
Riverstone Insurance (UK) Limited
(formerly known as Dai Toyko Insurance
Company (UK) Limited)
Robert.Sweeney@clydeco.us

Robert E. Sweeney on behalf of Defendant
Tenecom Limited
Robert.Sweeney@clydeco.us

Robert E. Sweeney on behalf of Interested
Party Certain London Market Companies
Robert.Sweeney@clydeco.us

Sara C. Temes on behalf of Debtor The
Roman Catholic Diocese of Syracuse, New
York
stemes@bsk.com
kdoner@bsk.com;amasica@bsk.com

Lee Raymond Terry on behalf of Creditor
City of Syracuse
lterry@syrgov.net
JKrupa@syrgov.net

Kathleen Rebecca Thomas on behalf of
Interested Party Certain Personal Injury
Creditors
kat@tlcpc.law

U.S. Trustee
USTPRegion02.UT.ECF@usdoj.gov

Danielle Nicole Valliere on behalf of
Defendant North River Insurance Company
danielle.valliere@kennedyslaw.com

Danielle Nicole Valliere on behalf of
Defendant TIG Insurance Company
danielle.valliere@kennedyslaw.com

Danielle Nicole Valliere on behalf of
Defendant U.S. Fire Insurance Company
danielle.valliere@kennedyslaw.com

Danielle Nicole Valliere on behalf of
Interested Party North River Insurance
Company
danielle.valliere@kennedyslaw.com

Danielle Nicole Valliere on behalf of
Interested Party TIG Insurance Company
danielle.valliere@kennedyslaw.com

Danielle Nicole Valliere on behalf of
Interested Party U.S. Fire Insurance
Company
danielle.valliere@kennedyslaw.com

Stephanie Viscelli on behalf of Creditor
Stanley Law Office
tkogut@stanleylawoffices.com

Grayson T Walter on behalf of Debtor The
Roman Catholic Diocese of Syracuse, New
York
gwalter@bsk.com
cmoran@bsk.com;kdoner@bsk.com

Grayson T Walter on behalf of Plaintiff The
Roman Catholic Diocese of Syracuse, New
York
gwalter@bsk.com
cmoran@bsk.com;kdoner@bsk.com

Jeanette N. Warren on behalf of Creditor
Hinman Howard & Kattell
jwarren@hhk.com
jgleason@hhk.com
bcurtis@hhk.com
lkuzel@hhk.com

Joshua D. Weinberg on behalf of Defendant
Hartford Fire Insurance Company
jweinberg@goodwin.com

Joshua D. Weinberg on behalf of Interested
Party Hartford Fire Insurance Company
jweinberg@goodwin.com

Michael R. Wolford on behalf of Interested
Party Certain Personal Injury Creditors
mwolford@wolfordfirm.com

And, I hereby certify that I have mailed by the United States Postal Service the document

to the following non-NextGen ECF Participants:

The Roman Catholic Diocese of Syracuse, NY
240 East Onondaga Street
Syracuse, New York 13202

Counsel to the Parish Steering Committee
Elsaesser Anderson, Chtd.

27

414 Church Street, Suite 201
P.O. Box 1049
Sandpoint, ID 83864
Attn: J. Ford Elsaesser & Bruce A. Anderson

Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202
Attn: Stephen A. Donato, Esq. and
Charles J. Sullivan, Esq.

Counsel for The Official Committee of
Unsecured Creditors
Stinson LLP
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Attn: Robert Kugler, Esq.

Dated: June 30, 2021

Respectfully submitted,

RIVKIN RADLER LLP

By: *M. Paul Gorfinkel*
_____
Stuart I. Gordon
M. Paul Gorfinkel

926 RXR Plaza
Uniondale, NY 11556-0926
Telephone: (516) 357-3000
Facsimile: (516) 357-3333
Paul.gorfinkel@rivkin.com

*Counsel for Utica Mutual Insurance
Company*