**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK,<br>        Debtor. | Chapter 11<br><br>Case No. 20-30663-5-mcr |

**CERTIFICATE OF SERVICE**

I, Jessica Rehbein, hereby certify that on July 28, 2021, I electronically filed the *Application to Employ Burns Bowen Bair LLP as Special Insurance Counsel for the Official Committee of Unsecured Creditors* [Doc. 604] (the "*Application*") with the Clerk of the Court in the United States Bankruptcy Court – Northern District of New York, using the CM/ECF system which sent notification of such filing to all counsel of record.

I further certify that on July 28, 2021, I caused the *Application* to be served via email to the United States Trustee, Erin Champion, Esq. at erin.champion@usdoj.gov.

Date: July 28, 2021              */s/ Jessica Rehbein*
                                  Jessica Rehbein

CORE/3520516.0002/168462905.1