UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 20-30663<br>)<br>) Chapter 11<br>)<br>)<br>) |
| The Roman Catholic Diocese of Syracuse, New York, | |
| Debtor. | |

# SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Sabrina G. Tu, depose and say that I am employed by Stretto, the claims & noticing agent for the Debtor in the above-captioned case.

On July 30, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on National Catholic Risk Retention Group at 801 Warrenville Rd, Ste 620, Lisle, IL 60532-4348, pursuant to USPS forwarding instructions:

- **Order Approving Mediation Confidentiality and Fee Agreement Pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code** (Docket No. 586)

Furthermore, on August 2, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and on five (5) confidential parties not listed herein, pursuant to USPS forwarding instructions:

- **Notice of Application for Entry of an Order Appointing Mullen Coughlin LLC as Special Counsel to the Diocese** (Docket No. 589)

- **Notice of Application for Entry of an Order Appointing Arete Advisors, LLC as Cybersecurity Consultant to the Diocese** (Docket No. 591)

Dated: August 6, 2021

*/s/ Sabrina G. Tu*
Sabrina G. Tu
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
800.634.7734
Sabrina.Tu@Stretto.com

# **Exhibit A**

Exhibit A
Served Via First-Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| CVA CLAIMANTS | C/O HURLEY, MCKENNA & MERTZ, P.C. | ATTN: CHRISOTPHER T. HURLEY | 20 S CLARK ST | STE 2250 | CHICAGO | IL | 60603-1817 |
| M&T BANK | 250 S CLINTON ST | | | | SYRACUSE | NY | 13202-1352 |
| RUBICON GROUP INC. | 219 MARINEVIEW DR | | | | CHITTENANGO | NY | 13037-4050 |
| TIFFANY LEFEBVRE | 10 TEDS WAY | | | | MORAVIA | NY | 13118-3682 |