So Ordered.

Signed this 6 day of August, 2021.

_____

Wendy A. Kinsella

United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| In re: | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | |

_____

**CASE MANAGEMENT ORDER**

**MATTERS BEFORE JUDGE WENDY A. KINSELLA**

Until further order of the Court, all hearings and conferences in this case and related adversary proceedings will be held at 12:00 noon on the designated calendar day. The hearings and conferences will be held remotely using ZoomGov audio and video technology.

Those who wish to address the Court shall attend the hearings by enabled video using the following link:

https://www.zoomgov.com/j/16178652429?pwd=ZGE3S2J1alU0dXI2N25RbjVPWWxpUT09; Meeting ID: 161 7865 2429; Passcode: Syracuse!5. More information on using ZoomGov is available on the Court's website at the following web address: https://www.nynb.uscourts.gov/public-notices-0 .

Those who wish to listen to the hearings, but not address the Court, shall do so by telephone using the following ZoomGov dial in number: +1-646-828-7666 US (New York); +1-551-285-1373 (US); Telephone Meeting ID: 161 7865 2429; Telephone Passcode: 7250921615.

The audio portion of the hearings will be recorded electronically by the Court and constitute its official record. All persons are strictly prohibited from making any other recording of the proceedings, whether by video, audio, "screenshot," or otherwise.

All those in attendance, whether by video or telephone, must observe the formalities of the courtroom, exercise civility and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate attire and backgrounds for those participants appearing by video.

The Court has determined that use of ZoomGov is mandatory for parties who wish to address the Court. If this requirement creates an undue hardship for any party, that party may contact the Court at (315) 295-1600 at least 48 hours in advance of such hearing and request to address the Court via telephone.

Only Court staff will be permitted in the courtroom – an attorney, party or interested person seeking to appear in person <u>will not</u> be permitted to enter the courtroom.

*Effective immediately.*

###