UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* The Roman Catholic Diocese of Syracuse, New York,<br><br>        Debtor. | Chapter 11<br><br>Case No. 20-30663 (WAK) |

## NOTICE OF MOTION TO DEEM CLAIM TIMELY FILED

PLEASE TAKE NOTICE that a Motion will be made for the relief specified

herein in connection with the above-captioned action as follows:

MOVING PARTY:        J.R., a victim of sexual assault by Catholic clergy

TIME & PLACE:        United States Bankruptcy Court, Northern District of

New York, 100 South Clinton Street, Syracuse, New

York before the Honorable Wendy A. Kinsella, at

12:00 noon on October 14, 2021, via ZoomGov

(pursuant to ECF no. 623).

RELIEF SOUGHT:        To deem claim timely filed.

SUPPORTING PAPERS:  Motion to Deem Claim Timely Filed

Dated: August 16, 2021
       New York, NY

                    **POLLOCK COHEN LLP**

                    By:  */s/ Adam Pollock*
                         Adam Pollock
                         60 Broad St., 24th Floor
                         New York, NY 10004
                         Adam@PollockCohen.com
                         (212) 337-5361
                         NDNY # 516266

**LAW OFFICES OF GARY GREEN**


By: _/s/ Jake Worlow_
    Jake Worlow
    Gary Green
1001 La Harpe Boulevard
Little Rock, AR 72201
(501) 224-7400
jake.worlow@ggreen.com
*(pro hac vice admission to be filed)*

*Attorneys for Claimant JR*