UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT OF
NEW YORK

| | |
|---|---|
| *In re* The Roman Catholic Diocese of Syracuse, New York, <br><br> Debtor. | Chapter 11 <br> Case No. 20-30663 (WAK) |

## <u>NOTICE OF MOTION TO DEEM LATE CLAIM AS TIMELY FILED</u>

PLEASE TAKE NOTICE that a Motion will be made for the relief

specified herein in connection with the above-captioned action as follows:

MOVING PARTY:      L.M., a victim of sexual assault by Catholic clergy

TIME & PLACE:      United States Bankruptcy Court, Northern District

of New York, 100 South Clinton Street, Syracuse,

New York before the Honorable Wendy A. Kinsella,

at 12:00 noon on October 14, 2021, via ZoomGov

(pursuant to ECF no. 623).

RELIEF SOUGHT:      To deem claim timely filed.

SUPPORTING PAPERS:    Motion to Deem Claim Timely Filed,

certificate of service and proposed order

Dated: New York, New York
     August 27, 2021          By: /s/ Seth A. Dymond
                               Seth A. Dymond #518189
                               Belluck & Fox, LLP
                               546 Fifth Avenue, 5th Floor
                               New York, New York 10036
                               Telephone: 212-681-1575
                               Facsimile: 212-681-1574

TO:     ALL COUNSEL OF RECORD