UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse,<br>New York,<br><br>Debtor. | Case No. 20-30663<br><br>Chapter 11<br><br>Judge Wendy A. Kinsella |

**MONTHLY FEE STATEMENT OF BURNS BOWEN BAIR LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF SEPTEMBER 9, 2021 THROUGH SEPTEMBER 30, 2021**

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [ECF No. 117] (the "Interim Compensation Order"), Burns Bowen Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby files this monthly fee statement (the "Monthly Fee Statement") seeking compensation for reasonable and necessary services rendered to the Committee from September 9, 2021 through September 30, 2021 (the "Compensation Period") in the amount of $3,106.00 (80% of $3,882.50).

Burns Bowen Bair LLP's invoice for the Compensation Period, attached hereto as **Exhibit A**, includes the names, titles, billing rates, aggregate hours worked, and a description of services performed for all Burns Bowen Bair LLP's professionals and paraprofessionals who provided services to the Committee during the Compensation Period.

[Signature page follows]

Date: October 20, 2021 /s/ *Timothy W. Burns*

Timothy W. Burns (WI State Bar #1068086)
Jesse J. Bair (WI State Bar #1083779)
10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808
Email:  tburns@bbblawllp.com
Email:  jbair@bbblawllp.com

*Special Insurance Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT A

EXHIBIT A

# Burns Bowen Bair LLP

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.bbblawllp.com

**Official Committee of Unsecured Creditors of
the Diocese of Syracuse, New York**

Issue Date :   10/4/2021
Bill # :   00592
Due Date :  Upon Receipt

**Matter:** Insurance

**Fees**

| Date | Staff | Description | Billable Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/12/2021 | Jesse Bair | Review and respond to correspondence from L. Kugler re BBB's retention and case procedures for professionals (.2); | 0.20 | $625.00 | $125.00 |
| 9/22/2021 | Jesse Bair | Respond to correspondence from C. Arnone re insurance issues in connection with upcoming mediation (.1); | 0.10 | $625.00 | $62.50 |
| 9/23/2021 | Jesse Bair | Participate in telephone conference with C. Arnone re insurance preparations in connection with upcoming mediation (.4); | 0.40 | $625.00 | $250.00 |
| 9/26/2021 | Jesse Bair | Analyze summary of LMI coverage (.2); | 0.20 | $625.00 | $125.00 |
| 9/26/2021 | Jesse Bair | Analyze summary of Newark coverage (.2); | 0.20 | $625.00 | $125.00 |
| 9/26/2021 | Jesse Bair | Preliminary analysis of LMI excess policies in connection with upcoming mediation (.2); | 0.20 | $625.00 | $125.00 |
| 9/26/2021 | Jesse Bair | Draft correspondence to T. Burns re insurance issues in connection with upcoming mediation (.1); | 0.10 | $625.00 | $62.50 |
| 9/27/2021 | Timothy Burns | Participate in conference with J. Bair concerning insurance analysis with respect to upcoming mediation (.2); | 0.20 | $700.00 | $140.00 |
| 9/27/2021 | Timothy Burns | Analyze the LMI excess policies (.8); | 0.80 | $700.00 | $560.00 |
| 9/27/2021 | Timothy Burns | Participate in call with C. Arnone and J. Bair about insurance strategy for upcoming mediation, including particular focus on LMI excess policies (1.5); | 1.50 | $700.00 | $1,050.00 |
| 9/27/2021 | Jesse Bair | Participate in telephone conference with C. Arnone and T. Burns regarding insurance preparations for upcoming mediation, including particular focus on LMI excess policies (1.5); | 1.50 | $625.00 | $937.50 |
| 9/27/2021 | Jesse Bair | Participate in conference with T. Burns regarding insurance analysis in connection with upcoming mediation (.2); | 0.20 | $625.00 | $125.00 |
| 9/27/2021 | Jesse Bair | Continue analyzing case materials regarding LMI excess policies (.1); | 0.10 | $625.00 | $62.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/29/2021 | Timothy Burns | Participate in call with J. Bair, certain state court counsel, and Stinson regarding mediation developments (.1); | 0.10 | $700.00 | $70.00 |
| 9/29/2021 | Jesse Bair | Participate in telephone conference with T. Burns, certain state court counsel, and committee counsel regarding mediation developments (.1); | 0.10 | $625.00 | $62.50 |
| **Fees Subtotal** | | | **5.90** | | **$3,882.50** |

**Staff Summary**

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Jesse Bair | 3.30 | $625.00 | $2,062.50 |
| Timothy Burns | 2.60 | $700.00 | $1,820.00 |

**Total Due This Invoice: $3,882.50**

## **CERTIFICATE OF SERVICE**

I, Jessica Rehbein, hereby certify that on October 20, 2021, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF and that service was emailed to the following parties:

a. The Roman Catholic Diocese of Syracuse, New York, 240 East Onondaga Street, Syracuse, New York 13202

b. Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato

c. Office of the United States Trustee, 10 Broad Street, Room 105, Utica, New York 13501, Attn: Erin P. Champion

Date: October 20, 2021

*/s/ Jessica Rehbein*
Jessica Rehbein