IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

------------------------------------------------- x    Chapter 11
In re:                                            :
                                                  :    Case No. 20-30663-5-wak
THE ROMAN CATHOLIC DIOCESE                        :
OF SYRACUSE, NY                                   :
                                                  :
                                         Debtor.  :
------------------------------------------------- x

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that Brian D. Kent, Esquire, partner of the law firm of Laffey, Bucci & Kent, LLP hereby enters his appearance pursuant to Section 1109(b) of Chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of Certain Personal Injury Creditors, and requests that he be added to the service list in this case and that copies of all notices and pleadings given or filed in this case be served upon him via the NDNY Case Management Electronic Filing System (CM/ECF) or upon the person listed below at the following address and telephone number:

Brian D. Kent, Esquire
Bkent@lbk-law.com
LAFFEY BUCCI & KENT, LLP
3 Columbus Circle, 15th Floor
New York, NY 10019
Ph: (215) 399 – 9255

PLEASE TAKE FURTHER NOTICE that, pursuant to 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007, and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications,

complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the aforementioned and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, telecopier, or otherwise.

The Notice of Appearance and Request for Service of Papers shall not be deemed a submission to the Bankruptcy Court's jurisdiction or a waiver of the above-named party in interest's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or, (4) to any other rights, claims, actions, setoffs, or recoupments to which the above named party in interest is or may be entitled, in law or in equity, by all of which rights, claims, actions, defenses, setoffs, and recoupments that the above-named party in interest expressly reserves.

Dated: December 2, 2021

                                                                                            
_____
Brian D. Kent, Esq.
LAFFEY, BUCCI & KENT, LLP
3 Columbus Circle, 15Fl
New York, NY 10019
Phone: (215) 399-9255
bkent@lbk-law.com

*Attorney for Certain Personal Injury Creditors*