**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No.: 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | |

| | |
|---|---|
| The Roman Catholic Diocese of Syracuse, Church of St. Andrew the Apostle of Syracuse, N.Y. Church of St. Anthony of Padua of Syracuse, N.Y, Church of St. Daniel of Salina, N.Y., Church of St. John the Evangelist of Binghamton, N.Y., Church of St. John the Evangelist of Syracuse, N.Y., Church of St. Stanislaus of Binghamton, N.Y., Church of St. Therese, the Little Flower of Jesus and Church of St. Joan of Arc of Munnsville, N.Y., Order Minor Conventuals and St. Mary's Church of Minoa, N.Y., St. Agnes Catholic Church of Brewerton, N.Y., St. Agnes Church of Utica, N.Y., St. Agnes Roman Catholic Church of Vernon, N.Y., St. Aloysius Center of Syracuse, N.Y., St. Ambrose Church of Endicott, N.Y., St. Andrew's Church of Binghamton, N.Y., St. Ann's Roman Catholic Church of Hinckley, N.Y., St. Ann's Church of Syracuse, N.Y., St. Ann's Roman Catholic Church of Manlius, N.Y., St. Anne's Roman Catholic Church of Whitesboro, N.Y., St. Anthony of Padua Roman Catholic Church of Utica, N.Y., St. Anthony of Padua Roman Catholic Church of Chadwicks, N.Y., St. Bartholomew's Roman Catholic Church of Norwich, N.Y., St. Bernard's R.C. Church of Waterville, N.Y., St. Brigid & St. Joseph Church of Syracuse, N.Y., St. Casimir Roman Catholic Church of Endicott, N.Y., St. Catherine's Roman Catholic Church of Vernon, N.Y., St. Catherine's Roman Catholic Church of Binghamton, N.Y., St. Charles Church of Syracuse, N.Y., St. Cecelia's Roman Catholic Church of Solvay, N.Y., St. Christopher's Roman Catholic Church of Binghamton, N.Y., St. Francis X Cabrini Roman Catholic Church of Pulaski, N.Y., St. George's Church of Utica, N.Y., St. James Church of Cazenovia, N.Y., St. James Roman Catholic Church of Syracuse, N.Y., St. James Roman Catholic Church of Johnson City, N.Y., St. John the Baptist Church of Rome, N.Y., St. John the Evangelist Church of Syracuse, N.Y., St. John the Evangelist Roman Catholic Church, Inc. of New Hartford, N.Y., St. John the Evangelist R.C. Church of Pulaski, N.Y., St. John's Catholic Society of Utica, N.Y., St. John's Church of North Bay, N.Y., St. John's R.C. Church of Camden, N.Y., St. John's Roman Catholic Church of | Adv. Proc. No.: 21-50002 |

Bainbridge, N.Y., St. John's Roman Catholic Church of Clay of Liverpool, N.Y., St. John's Roman Catholic Church of Oswego, N.Y., St. Joseph's Church of Camillus, N.Y., St. Joseph's Church of Oriskany Falls, N.Y., St. Joseph's Church of Lee Center, N.Y., St. Joseph's Church of Liverpool, N.Y., St. Joseph's Church of Oxford, N.Y., St. Joseph's German Catholic Church of Oneida, Inc. of Madison, N.Y., St. Joseph's Roman Catholic Church of Deposit, N.Y., St. Joseph's Roman Catholic Church of Oswego, N.Y., St. Joseph's Roman Catholic Church of Binghamton, N.Y., St. Lawrence Church of Deruyter, N.Y., St. Leo's Catholic Church of Tully, N.Y., St. Leo's Roman Catholic Church of Holland Patent, N.Y., St. Louis Roman Catholic Church of Oswego, N.Y., St. Malachy's Church of Sherburne, N.Y., St. Margaret's Church of Mattydale, N.Y., St. Margaret's Church, Inc. of Mattydale, N.Y., St. Margaret's Roman Catholic Church of Homer, N.Y., St. Marks Roman Catholic of Utica, N.Y., St. Mary of the Snows Church of Otter Lake, N.Y., St. Mary's Church and St. Mary's Cemetery Association and St. Paul's Church Star Route of Camden, N.Y., St. Mary's Church of Cortland, N.Y., St. Mary's Church of Hamilton, N.Y., St. Mary's Church of Jamesville, N.Y., St. Mary's Church of New York Mills, N.Y., St. Mary's Church of Rome, N.Y., St. Mary's Church of Utica, N.Y., St. Mary's Church (Cathedral) of Syracuse, N.Y., St. Mary of Mt. Carmel Church of Utica, N.Y., St. Mary's of the Assumption of Oswego, N.Y., St. Mary's Roman Catholic Church of Clinton, N.Y., St. Mary's R.C. Church of Pulaski, N.Y., St. Mary Star of the Sea of Mexico, N.Y., St. Michaels Church of Central Square, N.Y., St. Michaels Roman Catholic Church of Fulton, N.Y., St. Michaels Roman Catholic Church of Syracuse, N.Y., St. Mary's Roman Catholic Church of Kirkwood, N.Y., St. Matthews Roman Catholic Church of Syracuse, N.Y., St. Patrick's Church of Clayville, N.Y., St. Patrick's Church of Forestport, N.Y., St. Patrick's Church of Oneida, N.Y., St. Patrick's Church of Syracuse, N.Y., St. Patrick's Church of Truxton, N.Y., St. Patrick's R.C. Church of Chittenango, N.Y., St. Patrick's R.C. Church of Nedrow, N.Y., St. Patrick's R.C. Church and St. Anne's Church of Taberg, N.Y., St. Patrick's R.C. Church of Whitney Point, N.Y., St. Patrick's R.C. Church of Williamstown, N.Y., St. Patrick's Roman Catholic Church of Binghamton, N.Y., St. Paul's Church Corp. of Binghamton, N.Y., St. Paul's Church of Norwich, N.Y., St. Paul's Church of Rome, N.Y., St. Paul's Church of Whitesboro, N.Y., St. Paul's Roman Catholic Church of Oswego, N.Y., St. Peter's Church of Rome, N.Y., St. Peter's Church of Syracuse, N.Y., St. Peter's Roman Catholic Church of Clinton, N.Y., St. Peter's Roman Catholic Church of Utica, N.Y., St. Rita's Roman Catholic

Church of Chenango Forks, N.Y., St. Rose of Lima Church of No. Syracuse, N.Y. St. Stanislaus R.C. Church of Utica, N.Y., St. Stephen Protomartyr Church of Oriskany, N.Y., St. Stephen's Church of Marathon, N.Y., St. Stephens Roman Catholic Church of Oswego, N.Y., St. Stephens Slovak Church of Syracuse, N.Y., St. Theresa's Church of New Berlin, N.Y., St. Therese Church of Syracuse, N.Y., St. Thomas Aquinas RC Church of Binghamton, N.Y., St. Thomas More Foundation, Inc. of Syracuse, N.Y., St. Thomas Roman Catholic Church of New Hartford, N.Y., St. Vincent De Paul's Church of Syracuse, N.Y., St. Vincent De Paul Roman Catholic Church of Vestal, N.Y., Transfiguration Church of Rome, N.Y., Trustees of St. Anthony's Roman Catholic Church of Cortland, N.Y., Trustees of St. Francis and/or St. Mary's Churches of Durhanville, N.Y., Trustees of Roman Catholic Church St. Anthony of Padua of Endicott, N.Y., Utica Catholic Academy of Utica, N.Y.,

         Plaintiffs,

         v.

Arrowpoint Capital, Certain Underwriters at Lloyd's, London, Certain London Market Companies, Markel International Insurance Company Limited, CX Reinsurance Company Limited, Tenecom Limited, English & American Insurance Company, London & Edinburgh Insurance Company Limited, Dominion Insurance Company Limited, Travelers Insurance Company Limited, Bermuda Fire and Marine Insurance Company Limited, Mutual Reinsurance Company Limited, Old Mutual International (Guernsey) Limited, Tokio Marine & Nichido Fire Insurance Company Limited, Mitsui Sumitomo Insurance Company (Europe), Limited, Allianz International Insurance Company, Heddington Insurance Company (U.K.) Limited, Assicurazioni Generali S.p.A., Winterthur Swiss Insurance Company, Harper Insurance Limited, Interstate Fire & Casualty Company, Colonial Penn Insurance Company, Catholic Mutual Group, National Catholic Risk Retention Group, Merchants Mutual Insurance Company, Westchester Fire Insurance Company, Aetna Casualty and Surety Company of America, U.S. Fidelity and Guaranty Company, Continental Insurance Company, TIG Insurance Company, Great American Assurance Company, Fireman's Fund Insurance Company, Traveler's Indemnity Company, North River Insurance Company, Insurance Company of North America, Hartford Fire Insurance Company, U.S. Fire Insurance Company, Hanover Insurance Company, National Surety Corporation, Continental Casualty

Company, Excelsior Insurance Company, Royal Globe Insurance Company, Utica Mutual Insurance Company, Providence Washington Insurance Company, Arrowood Indemnity Company, and Travelers Casualty and Surety Company, SPARTA Insurance Company, Ace Property and Casualty Insurance, Traveler's Indemnity Company, Lamorak Insurance Company, Nationwide Insurance Company of America, Zurich American Insurance Company, NGM Insurance Company, Unigard Insurance Company, Andover Companies, New York Central Mutual Fire Insurance Company, Michigan Millers Mutual Insurance Company, General Insurance Company of America, and National Fire Insurance Company of Hartford,

Defendants.

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby respectfully withdraws her appearance as counsel for Continental Insurance Company as successor by merger to the Fireman's Insurance Company of Newark, New Jersey, Glenn Falls Insurance Company, and Fidelity & Casualty Company of New York; Continental Casualty Company; and National Fire Insurance Company of Hartford in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that the undersigned further requests that she be removed from all service lists for these proceedings, including the Court's CM/ECF electronic notification list.

Dated:  January 18, 2022

                                             */s/ Lauren R. Lifland*
                                             Lauren R. Lifland
                                             **WILMER CUTLER PICKERING**
                                             **HALE AND DORR LLP**
                                             7 World Trade Center
                                             250 Greenwich Street
                                             New York, New York 10007
                                             Telephone: (212) 295-6305
                                             lauren.lifland@wilmerhale.com

*Counsel for Continental Insurance Company as successor by merger to the Fireman's Insurance Company of Newark, New Jersey, Glenn Falls Insurance Company, and Fidelity & Casualty Company of New York; Continental Casualty Company; and National Fire Insurance Company of Hartford*

## CERTIFICATE OF SERVICE

      I hereby certify that, on this 18th day of January, 2022, a true and correct copy of the foregoing *Notice of Withdrawal of Appearance* was served upon all counsel of record using the Court's CM/ECF system.

      /s/ Lauren R. Lifland
Lauren R. Lifland
**WILMER CUTLER PICKERING HALE AND DORR LLP**
7 World Trade Center
250 Greenwich Street
New York, New York 10007
Telephone: (212) 295-6305
lauren.lifland@wilmerhale.com

*Counsel for Continental Insurance Company as successor by merger to the Fireman's Insurance Company of Newark, New Jersey, Glenn Falls Insurance Company, and Fidelity & Casualty Company of New York; Continental Casualty Company; and National Fire Insurance Company of Hartford*