UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | Judge Wendy A. Kinsella |

---

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF APRIL 1, 2023 THROUGH APRIL 30, 2023**

---

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [ECF No. 117] (the "Interim Compensation Order"), Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby files this monthly fee statement (the "Monthly Fee Statement") seeking compensation for reasonable and necessary services rendered to the Committee from April 1, 2023 through April 30, 2023 (the "Compensation Period") in the amount of $20,872.00 (80% of $26,090.00) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $1,967.79.

Burns Bair LLP's invoice for the Compensation Period, attached hereto as **Exhibit A**, includes a description of expenses Burns Bair LLP incurred during the Compensation Period in connection with providing services to the Committee.

[Signature page follows]

Date:  May 31, 2023

/s/ *Timothy W. Burns*

Timothy W. Burns (WI State Bar #1068086)
Jesse J. Bair (WI State Bar #1083779)
10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel for the Official
Committee of Unsecured Creditors*

EXHIBIT A

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
the Diocese of Syracuse, New York**

**Issue Date :**    5/5/2023

**Bill # :**    01145

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| <u>Date</u> | <u>Timekeeper</u> | <u>Narrative</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 4/3/2023 | Jesse Bair | Analyze latest version of insurer exposure analysis in preparation for call with Claro (.2); preliminary review of adult claims filed to date (.1); participate in call with Claro re revised insurer exposure analysis to account for new adult claims (.2); | 0.50 | $312.50 |
| 4/4/2023 | Timothy Burns | Conference with J. Bair re case insurance strategy (.2); | 0.20 | $140.00 |
| 4/4/2023 | Jesse Bair | Review Diocese notice of voluntary dismissal re certain parish insurers (.1); correspondence with R. Kulger re same (.1); | 0.20 | $125.00 |
| 4/4/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy (.2); | 0.20 | $125.00 |
| 4/7/2023 | Timothy Burns | Participate in call with state court counsel re insurance and mediation strategy (.2); participate in conference with J. Bair re same (.1); | 0.30 | $210.00 |
| 4/7/2023 | Jesse Bair | Preliminary review of Claro analysis re Adult Abuse Claims and insurer exposure (.2); correspondence with Claro re additional changes needed in connection with same (.1); | 0.30 | $187.50 |
| 4/7/2023 | Jesse Bair | Conference with T. Burns re insurance strategy issues (.1); | 0.10 | $62.50 |
| 4/7/2023 | Jesse Bair | Correspondence with N. Kuenzi re additional analysis needed of adult abuse claims re insurer exposures (.1); | 0.10 | $62.50 |
| 4/10/2023 | Jesse Bair | Participate in call with Stinson and T. Burns re Plan and insurance strategy (.8); follow-up conference with T. Burns re same and next-steps .2); | 1.00 | $625.00 |
| 4/10/2023 | Jesse Bair | Review L. Kugler correspondence re upcoming Committee meeting and mediation session (.1); | 0.10 | $62.50 |
| 4/10/2023 | Timothy Burns | Participate in call with Stinson and J. Bair re Plan and insurance issues (.8); participate in follow-up conference with J. Bair re same and next-steps (.2); | 1.00 | $700.00 |

| Date | Name | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 4/11/2023 | Timothy Burns | Analysis of Plan insurance options and settlement strategies (1.2); call with R. Kugler re same (.4); met with J. Bair re same (.4); work re logistics of mediation (.3); | 2.30 | $1,610.00 |
| 4/11/2023 | Jesse Bair | Participate in conference with T. Burns re Plan insurance options and potential settlement strategies (.4); follow-up correspondence with T. Burns re same and additional case law analysis (.1); | 0.50 | $312.50 |
| 4/12/2023 | Jesse Bair | Participate in conference with T. Burns re consideration of insurance resolution strategy (.1); begin analyzing T. Burns PowerPoint presentation re same (.2); | 0.30 | $187.50 |
| 4/12/2023 | Timothy Burns | Consideration of insurance resolution strategy (.4); call with R. Kugler re same (.1); met with J. Bair re same (.1); prepare PowerPoint re same (.8); email to J. Bair re PowerPoint and meeting re strategy (.1); | 1.50 | $1,050.00 |
| 4/13/2023 | Timothy Burns | Participate in conference with Stinson team and J. Bair re insurance case strategy (.6); participate in post-conference meeting with J. Bair re same and potential next-steps (.1); | 0.70 | $490.00 |
| 4/13/2023 | Jesse Bair | Participate in conference with Stinson team and T. Burns re insurance case strategy (.6); participate in post-conference meeting with T. Burns re same and potential next-steps (.1); | 0.70 | $437.50 |
| 4/13/2023 | Jesse Bair | Review and edit T. Burns PowerPoint presentation re case insurance strategy (.4); | 0.40 | $250.00 |
| 4/14/2023 | Alyssa Turgeon | Create Syracuse mediation prep binder for T. Burns (.5); | 0.50 | $180.00 |
| 4/14/2023 | Jesse Bair | Prepare for Committee and state court counsel meeting (.1); participate in state court counsel and Committee meeting re meditation strategy for insurance purposes (.9); | 1.00 | $625.00 |
| 4/14/2023 | Jesse Bair | Review updated Claro analysis re revised insurer exposure incorporating adult claims (.1); | 0.10 | $62.50 |
| 4/14/2023 | Jesse Bair | Revise insurance overview chart (.1); draft insurance omnibus summary in preparation for upcoming mediation (.3); | 0.40 | $250.00 |
| 4/14/2023 | Nathan Kuenzi | Analyze recently filed adult proofs of claim and assess potential coverage for same (.6); | 0.60 | $252.00 |
| 4/14/2023 | Nathan Kuenzi | Draft summary of potential coverage implicated by adult proofs of claim for J. Bair (.4); | 0.40 | $168.00 |
| 4/14/2023 | Timothy Burns | Participate in state court counsel and Committee meeting re meditation strategy for insurance purposes (.9); | 0.90 | $630.00 |
| 4/16/2023 | Timothy Burns | Reviewed research memo and PowerPoint re potential avenues of recovery against insurers in bankruptcy (.6); | 0.60 | $420.00 |
| 4/17/2023 | Timothy Burns | Travel from Madison to Syracuse for mediation [billed at 1/2 travel rate] (7.9); | 7.90 | $2,765.00 |
| 4/18/2023 | Timothy Burns | Participate in day 1 of mediation session (8.3); | 8.30 | $5,810.00 |
| 4/19/2023 | Timothy Burns | Participate in day 2 of mediation session (5.5); | 5.50 | $3,850.00 |

| 4/19/2023 | Timothy Burns | Return travel to Madison from mediation [billed at 1/2 travel rate] (6.6); | 6.60 | $2,310.00 |
|---|---|---|---|---|
| 4/19/2023 | Jesse Bair | Review and respond to correspondence with T. Burns re settlement status and mediation session outcome (.2); | 0.20 | $125.00 |
| 4/20/2023 | Timothy Burns | Participate in call with J. Bair re settlement status and developments (.1); | 0.10 | $70.00 |
| 4/20/2023 | Jesse Bair | Participate in call with T. Burns re settlement status and developments (.1); | 0.10 | $62.50 |
| 4/21/2023 | Jesse Bair | Analyze the mediator's proposal (.1); review correspondence with R. Kugler and state court counsel re same (.1); | 0.20 | $125.00 |
| 4/22/2023 | Jesse Bair | Review correspondence with state court counsel re mediator's proposal (.1); | 0.10 | $62.50 |
| 4/25/2023 | Timothy Burns | Participate in meeting with state court counsel, the Committee, and Stinson for insurance purposes re mediator's proposal and case next-steps (.6); | 0.60 | $420.00 |
| 4/25/2023 | Jesse Bair | Prepare for state court counsel and Committee meeting (.1); participate in meeting with state court counsel, the Committee, and Stinson for insurance purposes re mediator's proposal and case next-steps (.6); | 0.70 | $437.50 |
| 4/25/2023 | Jesse Bair | Review R. Kugler and state court counsel correspondence re insurer prompt payment requirements (.1); | 0.10 | $62.50 |
| 4/26/2023 | Jesse Bair | Review correspondence from the mediator re acceptance of the mediator's proposal (.1); | 0.10 | $62.50 |
| 4/26/2023 | Timothy Burns | Review correspondence with mediator re acceptance of mediator's proposal (.1); | 0.10 | $70.00 |
| 4/27/2023 | Jesse Bair | Participate in conference with T. Burns re next-steps re case insurance strategy (.1); | 0.10 | $62.50 |
| 4/27/2023 | Timothy Burns | Participate in conference with J. Bair re next-steps re case insurance strategy (.1); | 0.10 | $70.00 |
| 4/28/2023 | Jesse Bair | Correspondence with B. Horn re preparation of BB's fourth interim fee application (.1); | 0.10 | $62.50 |
| 4/29/2023 | Jesse Bair | Review correspondence from the mediator re upcoming insurance mediation session (.1); | 0.10 | $62.50 |
| 4/30/2023 | Jesse Bair | Correspondence with T. Burns re upcoming insurance mediation session (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **46.00** | **$26,090.00** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 4/1/2023 | First Quarter 2023 PACER (Public Access to Court Electronic Records) | $80.90 |
| 4/17/2023 | Delta Airlines, T. Burns (MSN-SYR April 17) | $748.20 |
| 4/17/2023 | Uber, T. Burns (airport to hotel) | $32.73 |
| 4/17/2023 | Hotel, T. Burns (2 nights) | $509.60 |

| 4/17/2023 | Travel meal, T. Burns | $6.01 |
| 4/18/2023 | Travel meal, T. Burns | $6.01 |
| 4/19/2023 | Travel meal, T. Burns | $18.26 |
| 4/19/2023 | Travel meal, T. Burns | $4.63 |
| 4/19/2023 | Travel meal, T. Burns | $18.78 |
| 4/19/2023 | Travel meal, T. Burns | $4.00 |
| 4/19/2023 | Uber, T. Burns (mediation to airport) | $34.47 |
| 4/19/2023 | United Airlines, T. Burns (SYR-MSN April 19) | $504.20 |
| **Total Expenses** | | **$1,967.79** |

## Timekeeper Summary

| **Name** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| Alyssa Turgeon | 0.50 | $360.00 | $180.00 |
| Jesse Bair | 7.80 | $625.00 | $4,875.00 |
| Nathan Kuenzi | 1.00 | $420.00 | $420.00 |
| Timothy Burns | 14.50 | $350.00 | $5,075.00 |
| Timothy Burns | 22.20 | $700.00 | $15,540.00 |

**Total Due This Invoice: $28,057.79**

## <u>CERTIFICATE OF SERVICE</u>

I, Jessica Rehbein, hereby certify that on May 31, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF and that service was emailed to the following parties:

a.  The Roman Catholic Diocese of Syracuse, New York, 240 East Onondaga Street, Syracuse, New York 13202

b.  Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato

c.  Office of the United States Trustee, 10 Broad Street, Room 105, Utica, New York 13501, Attn: Erin P. Champion

Date: May 31, 2023                    */s/ Jessica Rehbein*
                                      Jessica Rehbein