UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse,<br>New York,<br><br>Debtor. | Case No. 20-30663<br><br>Chapter 11<br><br>Judge Wendy A. Kinsella |

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF
MAY 1, 2023 THROUGH MAY 31, 2023**

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [ECF No. 117] (the "Interim Compensation Order"), Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby files this monthly fee statement (the "Monthly Fee Statement") seeking compensation for reasonable and necessary services rendered to the Committee from May 1, 2023 through May 31, 2023 (the "Compensation Period") in the amount of $7,294.00 (80% of $9,117.50).

Burns Bair LLP's invoice for the Compensation Period, attached hereto as **Exhibit A**, includes detailed time entries that describe the services performed by Burns Bair LLP professionals during the Compensation Period and a list of expenses Burns Bair LLP incurred during the Compensation Period in connection with providing services to the Committee.

[Signature page follows]

Date: June 22, 2023 /s/ *Timothy W. Burns*

Timothy W. Burns (WI State Bar #1068086)
Jesse J. Bair (WI State Bar #1083779)
10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel for the Official
Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

I, Jess Rehbein, hereby certify that on June 22, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF and that service was emailed to the following parties:

a. The Roman Catholic Diocese of Syracuse, New York, 240 East Onondaga Street, Syracuse, New York 13202

b. Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato

c. Office of the United States Trustee, 10 Broad Street, Room 105, Utica, New York 13501, Attn: Erin P. Champion

Date:  June 22, 2023

*/s/ Jess Rehbein*
Jess Rehbein

EXHIBIT A

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of the Diocese of Syracuse, New York**

Issue Date : 6/7/2023
Bill # : 01152

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 5/1/2023 | Nathan Kuenzi | Participate in BB team conference re case developments and projects (.1); | 0.10 | $42.00 |
| 5/1/2023 | Leakhena Au | Participate in BB team meeting re case developments and projects (.1); | 0.10 | $42.00 |
| 5/1/2023 | Timothy Burns | Conference with internal team re case assignments and strategy (.1); review correspondence from the mediator re June mediation session (.1); | 0.20 | $140.00 |
| 5/1/2023 | Brian Cawley | Participate in BB team meeting re case developments and projects (.1); | 0.10 | $42.00 |
| 5/1/2023 | Jesse Bair | Participate in BB team conference re case developments and projects (.1); | 0.10 | $62.50 |
| 5/3/2023 | Jesse Bair | Review Mediation Session Directive received from the mediator (.1); review follow-up correspondence with the mediator re same and attendance of particular insurers (.1); | 0.20 | $125.00 |
| 5/4/2023 | Jesse Bair | Review E. Caldie correspondence re non-monetary settlement issues (.1); | 0.10 | $62.50 |
| 5/8/2023 | Timothy Burns | Conference with J. Bair re insurance adversary proceeding issues (.1); participate in supplemental conference with J. Bair re insurance mediation strategy (.3); participate in call with R. Kugler and J. Bair re insurance mediation and litigation strategy (.6); | 1.00 | $700.00 |
| 5/8/2023 | Jesse Bair | Participate in conference with T. Burns re insurance adversary proceeding issues (.1); participate in supplemental conference with T. Burns re insurance mediation strategy (.3); participate in call with R. Kugler and T. Burns re insurance mediation and litigation strategy (.6); | 1.00 | $625.00 |
| 5/9/2023 | Jesse Bair | Analysis re potential next-steps for insurance litigation and settlement strategy (.3); provide instructions to L. Au re preparing presentation summarizing same (.2); | 0.50 | $312.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/9/2023 | Leakhena Au | Draft PowerPoint presentation re insurance litigation and settlement strategy (3.1); | 3.10 | $1,302.00 |
| 5/10/2023 | Jesse Bair | Review and edit BB's fourth interim fee application (.6); | 0.60 | $375.00 |
| 5/10/2023 | Leakhena Au | Continue drafting PowerPoint presentation re insurance litigation and settlement strategy (1.5); | 1.50 | $630.00 |
| 5/11/2023 | Jesse Bair | Correspondence with L. Kugler re BB's fourth interim fee application (.1); | 0.10 | $62.50 |
| 5/15/2023 | Timothy Burns | Participate in conferences with J. Bair re insurance case strategy (.3); participate in call with state court counsel and J. Bair re case insurance strategy (.1); participate in call with state court counsel and J. Bair re Arrowood strategy (.3); additional analysis re Arrowood strategy issues (.1); | 0.80 | $560.00 |
| 5/15/2023 | Jesse Bair | Participate in conferences with T. Burns re insurance case strategy (.3); | 0.30 | $187.50 |
| 5/15/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re case insurance strategy (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Analysis regarding potential Arrowood project (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Participate in conference with T. Burns and state court counsel re Arrowood strategy (.3); | 0.30 | $187.50 |
| 5/16/2023 | Jesse Bair | Correspondence with the mediator re call to discuss insurance issues (.1); | 0.10 | $62.50 |
| 5/16/2023 | Jesse Bair | Review correspondence with L. Kugler re June mediation sessions (.1); | 0.10 | $62.50 |
| 5/16/2023 | Jesse Bair | Participate in conference with T. Burns and L. Au re Arrowood strategy (.1); | 0.10 | $62.50 |
| 5/16/2023 | Leakhena Au | Participate in conference with T. Burns and J. Bair re Arrowood strategy (.1); | 0.10 | $42.00 |
| 5/16/2023 | Timothy Burns | Met with J. Bair and L. Au re Arrowood strategy and assignments (.1); | 0.10 | $70.00 |
| 5/17/2023 | Timothy Burns | Prepare for call with the mediator re case insurance issues (.3); participate in call with the mediator and J. Bair re case insurance issues (.7); | 1.00 | $700.00 |
| 5/17/2023 | Jesse Bair | Review and edit draft PowerPoint presentation re potential insurance litigation and settlement strategies(.6); | 0.60 | $375.00 |
| 5/17/2023 | Jesse Bair | Prepare for call with mediator re case insurance issues (.1); | 0.10 | $62.50 |
| 5/17/2023 | Jesse Bair | Participate in call with the mediator and T. Burns re case insurance issues (.7); | 0.70 | $437.50 |
| 5/23/2023 | Jesse Bair | Correspondence with R. Kugler re call to discuss insurance developments (.1); | 0.10 | $62.50 |
| 5/23/2023 | Timothy Burns | Review correspondence with Stinson and J. Bair re insurance case strategy meeting (.1); additional analysis of insurance litigation strategies in connection with same (.1); | 0.20 | $140.00 |
| 5/24/2023 | Jesse Bair | Review notice of hearing re professional fee applications and correspond with L. Kugler re same (.1); | 0.10 | $62.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 5/25/2023 | Timothy Burns | Prepare for call with Stinson team re case insurance strategy (.1); participate in call with Stinson team and J. Bair re same (.4); | 0.50 | $350.00 |
| 5/25/2023 | Jesse Bair | Prepare for call with Stinson team re case insurance strategy (.1); participate in call with Stinson team and T. Burns re same (.4); | 0.50 | $312.50 |
| 5/26/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy and next-steps (.1); correspondence with J. Murray re call to discuss insurance issues (.1); | 0.20 | $125.00 |
| 5/26/2023 | Timothy Burns | Conference with J. Bair re case insurance strategy (.1); review correspondence re call with Diocese to discuss same (.1); | 0.20 | $140.00 |
| 5/30/2023 | Timothy Burns | Participate in call with J. Bair and state court counsel re case insurance developments (.1); | 0.10 | $70.00 |
| 5/30/2023 | Jesse Bair | Participate in call with T. Burns and state court counsel re case insurance developments (.1); | 0.10 | $62.50 |
| 5/31/2023 | Timothy Burns | Review correspondence from S. Donato re mediation and insurance (.1); met with J. Bair re same (.1); review correspondence with R. Kugler re same (.1); | 0.30 | $210.00 |
| 5/31/2023 | Jesse Bair | Correspondence with the Diocese re call to discuss case insurance issues (.1); | 0.10 | $62.50 |
| 5/31/2023 | Jesse Bair | Correspondence with R. Kugler re insurance case developments (.1); | 0.10 | $62.50 |

**Total Hours and Fees**     **15.70**     **$9,117.50**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian Cawley | 0.10 | $420.00 | $42.00 |
| Jesse Bair | 6.30 | $625.00 | $3,937.50 |
| Leakhena Au | 4.80 | $420.00 | $2,016.00 |
| Nathan Kuenzi | 0.10 | $420.00 | $42.00 |
| Timothy Burns | 4.40 | $700.00 | $3,080.00 |

**Total Due This Invoice: $9,117.50**