So Ordered.

Signed this 19 day of July, 2023.




_____

Wendy A. Kinsella

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Syracuse,
New York,

Debtor.

Case No. 20-30663

Chapter 11

Judge Wendy A. Kinsella

### ORDER APPROVING FOURTH INTERIM APPLICATION OF BURNS BAIR LLP, SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

This matter is before the Court on the *Fourth Interim Application of Burns Bair LLP, Special Insurance Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses*. Based on the record, files, and proceedings in this matter:

**IT IS ORDERED:**

Compensation to Burns Bair LLP in the amount of $344,573.50[1] and reimbursement of expenses in the amount of $10,965.44[2] is ALLOWED.

1. The Debtor may pay Burns Bair LLP the amount allowed under paragraph 1.

### ###

---

[1] This fee amount reflects an agreed-upon $12,500 reduction.
[2] This expense amount reflects an agreed-upon reduction of $3,182, consisting of $266.60 for PACER fees and $2,915.40 for certain airfare costs.