UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re: | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | Judge Wendy A. Kinsella |

---

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF
JUNE 1, 2023 THROUGH JUNE 30, 2023**

---

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [ECF No. 117] (the "Interim Compensation Order"), Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby files this monthly fee statement (the "Monthly Fee Statement") seeking compensation for reasonable and necessary services rendered to the Committee from June 1, 2023 through June 30, 2023 (the "Compensation Period") in the amount of $40,113.20 (80% of $50,141.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $3,617.40.

Burns Bair LLP's invoice for the Compensation Period, attached hereto as **Exhibit A**, includes detailed time entries that describe the services performed by Burns Bair LLP professionals during the Compensation Period and a list of expenses Burns Bair LLP incurred during the Compensation Period in connection with providing services to the Committee.

[Signature page follows]

Date:  July 21, 2023                      /s/ *Timothy W. Burns*
                                          Timothy W. Burns (WI State Bar #1068086)
                                          Jesse J. Bair (WI State Bar #1083779)
                                          10 E. Doty St., Suite 600
                                          Madison, Wisconsin 53703-3392
                                          Telephone: (608) 286-2808
                                          Email:  tburns@burnsbair.com
                                          Email:  jbair@burnsbair.com

                                          *Special Insurance Counsel for the Official*
                                          *Committee of Unsecured Creditors*

EXHIBIT A

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of the Diocese of Syracuse, New York**

Issue Date: 7/20/2023
Bill #: 01166

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 6/1/2023 | Jesse Bair | Prepare for insurance meeting with the Diocese (.1); correspondence with J. Murray and T. Burns re same (.1); | 0.20 | $125.00 |
| 6/6/2023 | Timothy Burns | Participate in call with Stinson team and J. Bair re insurance case developments and next-steps (.2); follow-up analysis in connection with same (.1); | 0.30 | $210.00 |
| 6/6/2023 | Jesse Bair | Listen to voice-message from Diocese counsel re insurance meeting (.1); correspondence with the Diocese re same (.1); | 0.20 | $125.00 |
| 6/6/2023 | Jesse Bair | Participate in call with Stinson team and T. Burns re insurance case developments and next-steps (.2); | 0.20 | $125.00 |
| 6/7/2023 | Jesse Bair | Correspondence with J. Murray re meeting to discuss case insurance issues (.1); | 0.10 | $62.50 |
| 6/7/2023 | Leakhena Au | Review and send follow up research regarding number of occurrences issue (.2); | 0.20 | $84.00 |
| 6/7/2023 | Timothy Burns | Conference with J. Bair re settlement efforts (.1); reviewed correspondence from J. Bair to opposing counsel re same (.1); reviewed additional correspondence re settlement discussions (.1); responded to correspondence re upcoming mediation (.1); | 0.40 | $280.00 |
| 6/10/2023 | Timothy Burns | Reviewed email from L. Kugler re pre-mediation Committee meeting (.1); | 0.10 | $70.00 |
| 6/10/2023 | Jesse Bair | Review L. Kugler correspondence re upcoming Committee meeting (.1); | 0.10 | $62.50 |
| 6/10/2023 | Jesse Bair | Correspondence with L. Kugler re adjourned hearing on next round of Committee interim fee applications (.1); | 0.10 | $62.50 |
| 6/12/2023 | Timothy Burns | Participate in call with R. Kugler re Arrowood issues (.4); post-call with J. Bair re same (.1); | 0.50 | $350.00 |
| 6/12/2023 | Jesse Bair | Participate in conference with T. Burns re Arrowood issues and strategy (.1); additional analysis re strategy in connection with same (.1); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/13/2023 | Timothy Burns | Participate in additional call with R. Kugler re Arrowood strategy (.2); participate in call with J. Bair re same (.1); | 0.30 | $210.00 |
| 6/13/2023 | Jesse Bair | Participate in call with T. Burns re Arrowood strategy (.1); | 0.10 | $62.50 |
| 6/13/2023 | Jesse Bair | Draft revised insurance overview and summary materials for use during upcoming mediation (.6); | 0.60 | $375.00 |
| 6/14/2023 | Jesse Bair | Participate in call with T. Burns re Delaware mandamus proceedings against Arrowood (.2); | 0.20 | $125.00 |
| 6/14/2023 | Jesse Bair | Participate in call with T. Burns re case developments and insurance strategy for upcoming mediation (.2); | 0.20 | $125.00 |
| 6/14/2023 | Timothy Burns | Detailed review of Arrowood materials from writ of mandamus proceeding filed against Arrowood in Delaware and unfair claims practices action filed against Arrowood in North Carolina (2.6); participate in call with J. Bair re re same (.2); participate in call with R. Kugler re insurance developments and call from the Diocese (.2); participate in call with J. Bair re same (.2); work and analysis in connection with Arrowood regulatory issues and supervision of Arrowood by Delaware insurance commissioner (.8); | 4.00 | $2,800.00 |
| 6/15/2023 | Timothy Burns | Participate in call with state court counsel re insurance mediation and case strategy (.2); participate in call with R. Kugler re same (.2); participate in call with J. Bair re same (.1); | 0.50 | $350.00 |
| 6/15/2023 | Jesse Bair | Participate in call with T. Burns re insurance mediation and case strategy (.1); | 0.10 | $62.50 |
| 6/19/2023 | Timothy Burns | Additional analysis in connection with Arrowood regulatory issues and supervision of Arrowood by Delaware insurance commissioner (.3); correspondence with J. Bair and state court counsel re Arrowood claims count (.1); | 0.40 | $280.00 |
| 6/19/2023 | Jesse Bair | Analysis re Arrowood claim count (.1); correspondence with T. Burns re same (.1); | 0.20 | $125.00 |
| 6/20/2023 | Timothy Burns | Participate in conference with J. Bair re mediation strategy and Arrowood issues (.2); | 0.20 | $140.00 |
| 6/20/2023 | Jesse Bair | Participate in conference with T. Burns re mediation strategy and Arrowood issues (.2); | 0.20 | $125.00 |
| 6/20/2023 | Jesse Bair | Additional analysis of insurer exposures in advance of upcoming mediation (.2); correspondence with Stinson team re insurance overview (.1); | 0.30 | $187.50 |
| 6/21/2023 | Timothy Burns | Review and respond to correspondence from Diocese re insurance meeting (.2); participate in call with state court counsel re same (.2); participate in call with R. Kugler re same (.2); | 0.60 | $420.00 |
| 6/21/2023 | Jesse Bair | Review correspondence with the Diocese re meeting to discuss case insurance issues (.1); | 0.10 | $62.50 |
| 6/21/2023 | Jesse Bair | Begin preparations for upcoming mediation (.1); | 0.10 | $62.50 |
| 6/22/2023 | Timothy Burns | Review and acted on correspondence from the Diocese re insurance meeting (.1); review J. Bair's insurance settlement overview (.1); | 0.20 | $140.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/22/2023 | Jesse Bair | Review correspondence with state court counsel re insurance mediation issues (.1); | 0.10 | $62.50 |
| 6/23/2023 | Jesse Bair | Participate in conference with T. Burns re insurance mediation strategy (.1); | 0.10 | $62.50 |
| 6/23/2023 | Jesse Bair | Participate in conference with T. Burns re preparations for upcoming Committee meeting (.1); participate in call with R. Kugler and T. Burns re same and case developments (.2); | 0.30 | $187.50 |
| 6/23/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re mediation strategy (.8); | 0.80 | $500.00 |
| 6/23/2023 | Jesse Bair | Participate in call with the Diocese, parish counsel, T. Burns, and R. Kugler re case insurance issues (.7); participate in post call with R. Kugler and T. Burns re same and next-steps (.4); | 1.10 | $687.50 |
| 6/23/2023 | Timothy Burns | Participate in conference with J. Bair re insurance mediation strategy (.1); participate in additional conference with J. Bair re upcoming Committee meeting (.1); participate in call with J. Bair and R. Kugler re same and case developments (.2); participate in Committee meeting re insurance mediation strategy (.8); participate in call with Debtor and parish counsel re case insurance issues (.7); participate in post call with R. Kugler and J. Bair re insurance next steps (.4); additional insurance analysis in preparation for upcoming mediation (.1); | 2.40 | $1,680.00 |
| 6/24/2023 | Jesse Bair | Analysis re Committee insurance interventions issues (.5); correspondence with L. Au re same and drafting Committee intervention issues (.2); | 0.70 | $437.50 |
| 6/26/2023 | Leakhena Au | Draft Committee motion to intervene in the insurance adversary proceeding (5.1); | 5.10 | $2,142.00 |
| 6/26/2023 | Timothy Burns | Participate in conference with J. Bair re mediation preparations, overall insurance strategy, and next-steps (.3); | 0.30 | $210.00 |
| 6/26/2023 | Jesse Bair | Travel to Syrcause from Madison for mediation [billed at 1/2 travel rate] (7.3); | 7.30 | $2,281.25 |
| 6/26/2023 | Jesse Bair | Participate in conference with T. Burns re mediation preparations, overall insurance strategy, and next-steps (.3); | 0.30 | $187.50 |
| 6/26/2023 | Timothy Burns | Travel to mediation in Syracuse from Madison [billed at 1/2 travel rate] (7.5); | 7.50 | $2,625.00 |
| 6/27/2023 | Nathan Kuenzi | Analysis re coverage and valuation issues in connection with preparing insurance demand letters on TNCRRG and Catholic Mutual (.8); | 0.80 | $336.00 |
| 6/27/2023 | Timothy Burns | Prepare for mediation with J. Bair (.3); participate in full-day mediation session (9.8); | 10.10 | $7,070.00 |
| 6/27/2023 | Jesse Bair | Participate in full-day mediation session (9.8); | 9.80 | $6,125.00 |
| 6/27/2023 | Jesse Bair | Correspondence with Claro re revised insurer claim count (.1); | 0.10 | $62.50 |
| 6/27/2023 | Jesse Bair | Additional analysis re Catholic Mutual exposure (.1); provide instructions to L. Au re drafting Catholic Mutual insurance demands (.2); | 0.30 | $187.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/27/2023 | Jesse Bair | Prepare for day 2 mediation session with T. Burns (.3); | 0.30 | $187.50 |
| 6/27/2023 | Leakhena Au | Draft proposed order for Committee motion to intervene (1.3); | 1.30 | $546.00 |
| 6/28/2023 | Jesse Bair | Participate in day 2 of mediation session (6.8); | 6.80 | $4,250.00 |
| 6/28/2023 | Jesse Bair | Return travel from Syrcause mediation to Madison [billed at 1/2 travel rate] (7.1); | 7.10 | $2,218.75 |
| 6/28/2023 | Alyssa Turgeon | Assist L. Au with drafting insurance demand letters on TNCRRG and Catholic Mutual (1.5); | 1.50 | $540.00 |
| 6/28/2023 | Leakhena Au | Draft insurance demand letters on TNCRRG and Catholic Mutual (4.3); | 4.30 | $1,806.00 |
| 6/28/2023 | Timothy Burns | Participate in day 2 of mediation session (6.8); | 6.80 | $4,760.00 |
| 6/28/2023 | Timothy Burns | Return travel to Madison from Syracuse mediation [billed at 1/2 travel rate] (7.1); | 7.10 | $2,485.00 |
| 6/29/2023 | Jesse Bair | Analyze Claro presentation re CVA claims valuation issues (.2); answer Claro question re Travelers exposure issue (.1); additional analysis re insurer claim count (.1); | 0.40 | $250.00 |
| 6/29/2023 | Jesse Bair | Additional analysis re potential Travelers demand letters (.2); | 0.20 | $125.00 |
| 6/29/2023 | Jesse Bair | Analysis re insurance next-steps in light of recent mediation session outcome (.2); | 0.20 | $125.00 |
| 6/29/2023 | Timothy Burns | Review correspondence with BB team and Claro re claims valuation (.2); review correspondence with BB team re insurance demand letters (.2); review claims data spreadsheet from Claro (.1); | 0.50 | $350.00 |
| 6/30/2023 | Timothy Burns | Exchange correspondence with the mediator re Arrowood issues (.1); | 0.10 | $70.00 |
| 6/30/2023 | Jesse Bair | Review and respond to correspondence with state court counsel re TNCRRG settlement issues (.2); | 0.20 | $125.00 |
| 6/30/2023 | Jesse Bair | Review correspondence with the Committee and state court counsel re mediation and litigation next-steps (.1); | 0.10 | $62.50 |
| 6/30/2023 | Jesse Bair | Review correspondence with the mediator re Arrowood claim monitor issues (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **95.00** | **$50,141.50** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 6/26/2023 | Delta Airlines, T. Burns (MSN-SYR June 26-28) | $1,276.40 |
| 6/26/2023 | Hotel, T. Burns (2 nights) | $521.36 |
| 6/26/2023 | Hotel, J. Bair (2 nights) | $521.36 |
| 6/26/2023 | Travel meal, J. Bair and T. Burns | $73.32 |
| 6/26/2023 | Delta WiFi Onboard, J. Bair | $4.95 |
| 6/26/2023 | Uber, J. Bair (airport to hotel) | $79.53 |
| 6/26/2023 | Travel meal, T. Burns | $9.45 |
| 6/26/2023 | Delta Airlines, J. Bair (MSN-SYR June 26-28) | $1,026.40 |
| 6/28/2023 | Travel meal, T. Burns | $20.94 |
| 6/28/2023 | Travel meal, T. Burns | $21.10 |

| Date | Description | Amount |
|---|---|---|
| 6/28/2023 | Travel meal, J. Bair | $12.00 |
| 6/28/2023 | Travel meal, J. Bair | $20.59 |
| 6/28/2023 | Airport parking, J. Bair | $30.00 |
| **Total Expenses** | | **$3,617.40** |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 1.50 | $360.00 | $540.00 |
| Jesse Bair | 14.40 | $312.50 | $4,500.00 |
| Jesse Bair | 25.10 | $625.00 | $15,687.50 |
| Leakhena Au | 10.90 | $420.00 | $4,578.00 |
| Nathan Kuenzi | 0.80 | $420.00 | $336.00 |
| Timothy Burns | 14.60 | $350.00 | $5,110.00 |
| Timothy Burns | 27.70 | $700.00 | $19,390.00 |

**Total Due This Invoice: $53,758.90**

## **CERTIFICATE OF SERVICE**

I, Jess Rehbein, hereby certify that on July 21, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF and that service was emailed to the following parties:

a. The Roman Catholic Diocese of Syracuse, New York, 240 East Onondaga Street, Syracuse, New York 13202

b. Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato

c. Office of the United States Trustee, 10 Broad Street, Room 105, Utica, New York 13501, Attn: Erin P. Champion

Date:  July 21, 2023               /s/ Jess Rehbein
                                   Jess Rehbein