UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse, New York,<br><br>Debtor. | Case No. 20-30663<br><br>Chapter 11<br><br>Judge Wendy A. Kinsella |

---

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF JULY 1, 2023 THROUGH JULY 31, 2023**

---

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [ECF No. 117] (the "Interim Compensation Order"), Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby files this monthly fee statement (the "Monthly Fee Statement") seeking compensation for reasonable and necessary services rendered to the Committee from July 1, 2023 through July 31, 2023 (the "Compensation Period") in the amount of $33,587.68 (80% of $41,984.60).

Burns Bair LLP's invoice for the Compensation Period, attached hereto as **Exhibit A**, includes detailed time entries that describe the services performed by Burns Bair LLP professionals during the Compensation Period and a list of expenses Burns Bair LLP incurred during the Compensation Period in connection with providing services to the Committee.

[Signature page follows]

| | |
|---|---|
| Date: August 24, 2023 | /s/ *Timothy W. Burns* |
| | Timothy W. Burns (WI State Bar #1068086) |
| | Jesse J. Bair (WI State Bar #1083779) |
| | 10 E. Doty St., Suite 600 |
| | Madison, Wisconsin 53703-3392 |
| | Telephone: (608) 286-2808 |
| | Email: tburns@burnsbair.com |
| | Email: jbair@burnsbair.com |
| | |
| | *Special Insurance Counsel for the Official Committee of Unsecured Creditors* |

EXHIBIT A

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of the Diocese of Syracuse, New York**

**Issue Date:** 8/23/2023
**Bill #:** 01194

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 7/1/2023 | Jesse Bair | Review correspondence from Committee member re insurance and case strategy (.1); | 0.10 | $62.50 |
| 7/5/2023 | Timothy Burns | Reviewed BB emails re assignment and organization of partial summary judgment briefing (.2); | 0.20 | $140.00 |
| 7/5/2023 | Leakhena Au | Draft motion for partial summary judgment on OLT coverage issues (4.3); | 4.30 | $1,806.00 |
| 7/5/2023 | Katie Sticklen | Research updated premises endorsement caselaw in New York for OLT summary judgment motion (2.4); | 2.40 | $907.20 |
| 7/5/2023 | Jesse Bair | Detailed analysis re Travelers' OLT argument and responses to same (.6); provide instructions to L. Au re preparing partial motion for summary judgment on the OLT issue (.3); | 0.90 | $562.50 |
| 7/5/2023 | Jesse Bair | Participate in call with state court counsel re LMI exposure and settlement strategy (.4); conduct supplemental analysis re LMI exposure in response to call (.5); additional correspondence with state court counsel re results of supplemental analysis (.1); | 1.00 | $625.00 |
| 7/6/2023 | Jesse Bair | Analysis re Midland liquidation issues and Guarantee Fund Access (.2); correspondence with state court counsel re same (.1); | 0.30 | $187.50 |
| 7/6/2023 | Katie Sticklen | Continue researching updated premises endorsement caselaw in New York for OLT summary judgment motion (1.0); draft email memorandum summarizing OLT research results (.8); | 1.80 | $680.40 |
| 7/6/2023 | Leakhena Au | Review research findings by K. Sticklen and conduct additional caselaw research on OLT policies in NY (2.6); continue drafting motion for partial summary judgment on OLT policies (4.9); | 7.50 | $3,150.00 |
| 7/6/2023 | Jesse Bair | Participate in detailed conference with T. Burns re LMI strategy, insurance demand letters, and potential summary judgment motions against the insurers (.7); | 0.70 | $437.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/6/2023 | Timothy Burns | Participate in detailed conference with J. Bair re LMI strategy, insurance demand letters, and potential summary judgment motions against the insurers(.7); participate in call with state court counsel re same (.3); participate in post-call with J. Bair re same (.2); review correspondence from BB to state court counsel re Midland analysis (.1); review email analysis of Claro re Travelers' claims (.2); | 1.50 | $1,050.00 |
| 7/6/2023 | Jesse Bair | Participate in supplemental conference with T. Burns re outcome of call with state court counsel and LMI settlement strategy (.2); | 0.20 | $125.00 |
| 7/7/2023 | Alyssa Turgeon | Review and edit motion for partial summary judgment on OLT issue, including completion of cite-check re same (2.0); | 2.00 | $720.00 |
| 7/7/2023 | Leakhena Au | Continue drafting motion for partial summary judgment on OLT coverage (3.2); provide instructions to A. Turgeon and K. Dempski re additional edits needed to same (.3); | 3.50 | $1,470.00 |
| 7/7/2023 | Karen Dempski | Edit motion for partial summary judgment re local court requirements (.3); | 0.30 | $108.00 |
| 7/8/2023 | Leakhena Au | Revise draft partial motion for summary judgment on OLT policies (1.3); | 1.30 | $546.00 |
| 7/10/2023 | Brian Cawley | Analyze coverage details in connection with upcoming insurance demand letters (.3); | 0.30 | $126.00 |
| 7/11/2023 | Brian Cawley | Analyze materials relevant to number of occurrence issue (.7); begin outlining and summarizing number of occurrence issue for upcoming motion for summary judgment re same (2.6); | 3.30 | $1,386.00 |
| 7/11/2023 | Jesse Bair | Participate in call with T. Burns re insurance case updates and next-steps (.1); | 0.10 | $62.50 |
| 7/11/2023 | Jesse Bair | Analysis re number of occurrence issue in connection with Travelers' coverage position (.2); correspondence with B. Cawley re drafting partial summary judgment motion concerning same (.1); | 0.30 | $187.50 |
| 7/11/2023 | Jesse Bair | Analysis re consent to settle issue in connection with LMI/Interstate's coverage position (.2); correspondence with L. Au and B. Cawley re drafting partial summary judgment motion concerning same (.1); | 0.30 | $187.50 |
| 7/11/2023 | Timothy Burns | Participate in call with R. Kugler re case developments (.1); review correspondence from J. Bair re partial summary judgment briefing (.2); participate in call with J. Bair re insurance case update and next-steps (.1); review correspondence from Claro re mediation projects (.1); | 0.50 | $350.00 |
| 7/11/2023 | Leakhena Au | Begin drafting motion for partial summary judgment re consent to settle issue in connection with LMI/Interstate's coverage position (2.0); | 2.00 | $840.00 |
| 7/12/2023 | Leakhena Au | Continue drafting motion for partial summary judgment re consent to settle issue in connection with LMI/Interstate's coverage position (3.1); | 3.10 | $1,302.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/12/2023 | Brian Cawley | Begin drafting motion for partial summary judgment on number of occurrences issue (4.7); | 4.70 | $1,974.00 |
| 7/12/2023 | Timothy Burns | Participate in calls with state court counsel re LMI's recent settlement offer (.3); | 0.20 | $140.00 |
| 7/12/2023 | Jesse Bair | Analysis re LMI's recent mediation offer (.1); | 0.10 | $62.50 |
| 7/13/2023 | Jesse Bair | Prepare for hearing on interim professional fee applications (.2); participate in hearing on interim professional fee applications (.9); | 1.10 | $687.50 |
| 7/13/2023 | Leakhena Au | Continue drafting motion for partial summary judgment re consent to settle issue in connection with LMI/Interstate's coverage position (4.8); | 4.80 | $2,016.00 |
| 7/13/2023 | Brian Cawley | Analysis of LMI/Interstate policy provisions in connection with consent to settlement partial summary judgment motion (.6); | 0.60 | $252.00 |
| 7/13/2023 | Brian Cawley | Supplemental research and analysis of New York case law regarding number of occurrences issue (2.5); | 2.50 | $1,050.00 |
| 7/14/2023 | Brian Cawley | Continue drafting motion for partial summary judgment on number of occurrence issue (2.1); continue analyzing New York case law in connection with same (1.4); | 3.50 | $1,470.00 |
| 7/14/2023 | Jesse Bair | Review L. Kugler correspondence re upcoming Committee meeting (.1); | 0.10 | $62.50 |
| 7/14/2023 | Leakhena Au | Finalize draft partial summary judgment motion on consent to settle in connection with LMI/Interstate (.4); | 0.40 | $168.00 |
| 7/15/2023 | Brian Cawley | Continue drafting motion for partial summary judgment on number of occurrence issue (1.7); | 1.70 | $714.00 |
| 7/17/2023 | Leakhena Au | Draft insurance demand letters re Travelers and LMI/Interstate claims (4.3); | 4.30 | $1,806.00 |
| 7/17/2023 | Nathan Kuenzi | Prepare for conference with J. Bair re insurance demand letters (.1); participate in conference with J. Bair re drafting same (.1); | 0.20 | $84.00 |
| 7/17/2023 | Nathan Kuenzi | Analyze POC allegations and draft Arrowood insurance demand letters (3.6); | 3.60 | $1,512.00 |
| 7/17/2023 | Brian Cawley | Additional drafting of motion for partial summary judgment on number of occurrence issue (4.0); conduct supplemental case law research in connection with same (1.9); | 5.90 | $2,478.00 |
| 7/17/2023 | Jesse Bair | Draft Order approving BB's interim fee application (.1); draft letter to the Court re same and providing requested information (.2); correspondence with L. Kugler re same (.1); | 0.50 | $312.50 |
| 7/17/2023 | Jesse Bair | Continue analysis regarding potential Travelers insurance demands (.4); provide instructions to L. Au re drafting same (.2); | 0.60 | $375.00 |
| 7/17/2023 | Jesse Bair | Analysis re potential Arrowood insurance demands (.7); provide instructions to N. Kuenzi re drafting same (.1); | 0.80 | $500.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/17/2023 | Jesse Bair | Analysis re potential LMI and Interstate insurance demands (.9); correspondence with N. Kuenzi and L. Au re drafting same (.1); answer follow-up questions from L. Au re same (.1); | 1.10 | $687.50 |
| 7/18/2023 | Jesse Bair | Additional analysis re potential supplemental Travelers demand letters (.4); correspondence with L. Au re same (.1); | 0.50 | $312.50 |
| 7/18/2023 | Leakhena Au | Draft additional Travelers insurance demand letters (1.9); | 1.90 | $798.00 |
| 7/19/2023 | Brian Cawley | Additional analysis of Travelers policy provisions in connection with summary judgment motion (.9); additional analysis of case law research in connection with same (2.3); continue drafting partial summary judgment motion on number of occurrences issue (1.7); | 4.90 | $2,058.00 |
| 7/19/2023 | Jesse Bair | Review draft press release re Committee/Diocese Plan (.1); | 0.10 | $62.50 |
| 7/19/2023 | Jesse Bair | Review correspondence with Claro re outstanding data requests in connection with claim valuation and insurer allocation issues (.1); | 0.10 | $62.50 |
| 7/20/2023 | Jesse Bair | Participate in conference with T. Burns re insurance strategy (.2); | 0.20 | $125.00 |
| 7/20/2023 | Jesse Bair | Answer B. Cawley question re number of occurrences summary judgment brief (.1); | 0.10 | $62.50 |
| 7/20/2023 | Timothy Burns | Participate in conference with J. Bair re case insurance strategy (.2); participate in call with state court counsel re same (.1); | 0.30 | $210.00 |
| 7/20/2023 | Brian Cawley | Continue analyzing number of occurrences case law and Travelers policy provisions in connection with summary judgment brief (1.3); finish drafting motion for partial summary judgment on number of occurrences issue (5.4); conference with J. Bair re questions re same (.1); | 6.80 | $2,856.00 |
| 7/24/2023 | Jesse Bair | Participate in conference with Stinson team and state court counsel re case insurance strategy (.6): | 0.60 | $375.00 |
| 7/24/2023 | Timothy Burns | Participate in conference with Stinson team and state court counsel re case insurance strategy (.6): | 0.60 | $420.00 |
| 7/26/2023 | Jesse Bair | Review correspondence with the Committee, Stinson, and state court counsel re issues re Diocesan settlement announcement (.1); | 0.10 | $62.50 |
| 7/27/2023 | Jesse Bair | Review additional correspondence with R. Kugler and state court counsel re Diocesan settlement (.1); | 0.10 | $62.50 |
| 7/27/2023 | Jesse Bair | Participate in call with R. Kugler and E. Caldie re insurance strategy and next-steps re same (.2); | 0.20 | $125.00 |
| 7/28/2023 | Timothy Burns | Participate in detailed call with Stinson team re case strategy, planning, and assignments (.8); | 0.80 | $560.00 |
| 7/29/2023 | Timothy Burns | Reviewed and revised task list from R. Kugler re case management and strategy (.3); | 0.30 | $210.00 |
| 7/31/2023 | Nathan Kuenzi | Analysis of Arrowood information in connection with Rule 2004 requests to Arrowood (.2); | 0.20 | $84.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 7/31/2023 | Brian Cawley | Begin preparing Arrowood Rule 2004 examination requests and topics (.4); | 0.40 | $168.00 |
| **Total Hours and Fees** | | | **92.80** | **$41,984.60** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 2.00 | $360.00 | $720.00 |
| Brian Cawley | 34.60 | $420.00 | $14,532.00 |
| Jesse Bair | 10.20 | $625.00 | $6,375.00 |
| Karen Dempski | 0.30 | $360.00 | $108.00 |
| Katie Sticklen | 4.20 | $378.00 | $1,587.60 |
| Leakhena Au | 33.10 | $420.00 | $13,902.00 |
| Nathan Kuenzi | 4.00 | $420.00 | $1,680.00 |
| Timothy Burns | 4.40 | $700.00 | $3,080.00 |

**Total Due This Invoice: $41,984.60**

# **CERTIFICATE OF SERVICE**

I, Jessica Rehbein, hereby certify that on August 24, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF and that service was emailed to the following parties:

a. The Roman Catholic Diocese of Syracuse, New York, 240 East Onondaga Street, Syracuse, New York 13202

b. Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato

c. Office of the United States Trustee, 10 Broad Street, Room 105, Utica, New York 13501, Attn: Erin P. Champion

Date:  August 24, 2023                           */s/ Jessica Rehbein*
                                                 Jessica Rehbein