UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | Judge Wendy A. Kinsella |

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF AUGUST 1, 2023 THROUGH AUGUST 31, 2023**

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [ECF No. 117] (the "Interim Compensation Order"), Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby files this monthly fee statement (the "Monthly Fee Statement") seeking compensation for reasonable and necessary services rendered to the Committee from August 1, 2023 through August 31, 2023 (the "Compensation Period") in the amount of $21,463.60 (80% of $26,829.50).

Burns Bair LLP's invoice for the Compensation Period, attached hereto as **Exhibit A**, includes detailed time entries that describe the services performed by Burns Bair LLP professionals during the Compensation Period and a list of expenses Burns Bair LLP incurred during the Compensation Period in connection with providing services to the Committee.

[Signature page follows]

Date:  September 27, 2023 /s/ *Timothy W. Burns*
Timothy W. Burns (WI State Bar #1068086)
Jesse J. Bair (WI State Bar #1083779)
10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel for the Official Committee of Unsecured Creditors*

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
the Diocese of Syracuse, New York**

Issue Date : 9/26/2023
Bill # : 01224

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 8/1/2023 | Brian Cawley | Draft 2004 examination request for Arrowood (.5); | 0.50 | $210.00 |
| 8/2/2023 | Brian Cawley | Finizlize Rule 2004 examination request (.4); | 0.40 | $168.00 |
| 8/6/2023 | Timothy Burns | Review and revise 2004 discovery re Arrowood (.8); | 0.80 | $560.00 |
| 8/9/2023 | Brian Cawley | Complie, review, and proof all demand letters (.9); add new language to demand letters (1.0); email J. Bair regarding issues with demand letters (.2); | 2.10 | $882.00 |
| 8/9/2023 | Jesse Bair | Review correspondence from LMI re potential counter offer (.1); | 0.10 | $62.50 |
| 8/9/2023 | Jesse Bair | Correspondence with B. Cawley re needed edits to insurance demand letters (.1); answer follow-up questions from B. Cawley re same (.1); | 0.20 | $125.00 |
| 8/9/2023 | Jesse Bair | Participate in call with Stinson team and T. Burns re re insurance strategy and related assignments (.2); | 0.20 | $125.00 |
| 8/9/2023 | Timothy Burns | Participate in call with Stinson team and J. Bair re insurance strategy and related assignments (.2); | 0.20 | $140.00 |
| 8/14/2023 | Jesse Bair | Review and edit draft Arrowood insurance demands (.3); | 0.30 | $187.50 |
| 8/14/2023 | Jesse Bair | Review and edit draft Travelers insurance demands (.5); | 0.50 | $312.50 |
| 8/14/2023 | Jesse Bair | Review and edit draft LMI and Interstate demand letters (.5); | 0.50 | $312.50 |
| 8/14/2023 | Jesse Bair | Review and edit draft Catholic Mutual and TNCRRG demand letters (.2); | 0.20 | $125.00 |
| 8/14/2023 | Jesse Bair | Correspondence with R. Kugler and E. Caldie re draft insurance demands and next-steps re same (.2); | 0.20 | $125.00 |
| 8/15/2023 | Jesse Bair | Review LMI's supplemental coverage position letter to the Diocese and associated "low or no value" claim attachment (.2); | 0.20 | $125.00 |
| 8/15/2023 | Timothy Burns | Review draft insurance demand letters (.2); | 0.20 | $140.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/16/2023 | Brian Cawley | Correspond with T. Burns regarding motion for partial summary judgment (.2); review and revise draft of motion for partial summary judgment on consent to settle issue (.3); | 0.50 | $210.00 |
| 8/16/2023 | Timothy Burns | Review and revise draft motion for partial summary judgment on consent to settle issue (1.1); email to B. Cawley re same (.1); | 1.20 | $840.00 |
| 8/16/2023 | Timothy Burns | Conference with J. Bair re recent LMI letter, motion to intervene, and insurance demands (.3); | 0.30 | $210.00 |
| 8/16/2023 | Jesse Bair | Analysis re insurance demand issues and potential partial motion to lift the stay (.1); correspondence with R. Kugler re same (.1); | 0.20 | $125.00 |
| 8/16/2023 | Jesse Bair | Correspond with the Diocese re call to discuss case insurance issues (.1); | 0.10 | $62.50 |
| 8/16/2023 | Jesse Bair | Participate in conference with T. Burns re recent LMI letter, motion to intervene, and insurance demands (.3); | 0.30 | $187.50 |
| 8/17/2023 | Brian Cawley | Continue reviewing and revising draft motion for partial summary judgment on consent to settle issue (1.4); | 1.40 | $588.00 |
| 8/17/2023 | Timothy Burns | Participate in conference with Stinson team and J. Bair re case developments, insurance strategy, and next-steps re same (.6); participate in call with the Diocese re insurance adversary proceeding issues (.4); review LMI's supplemental coverage position letter (.2); review multiple emails between BB to state court counsel re insurance demands (.2); review correspondence from R. Kugler re Rule 2004 hearing issues (.1); review email from R. Kugler re mediation stay order (.1); review and revise 2004 motion re Arrowood (.8); | 2.40 | $1,680.00 |
| 8/17/2023 | Jesse Bair | Participate in conference with Stinson team and T. Burns re case developments, insurance strategy, and next-steps re same (.6); | 0.60 | $375.00 |
| 8/17/2023 | Jesse Bair | Participate in call with Diocesan counsel re case insurance issues (.4); | 0.40 | $250.00 |
| 8/17/2023 | Jesse Bair | Review the Diocese's response to LMI supplemental coverage letter (.1); | 0.10 | $62.50 |
| 8/17/2023 | Jesse Bair | Draft correspondence to various state court counsel re draft insurance demands (.6); | 0.60 | $375.00 |
| 8/17/2023 | Jesse Bair | Correspondence with L. Kugler re proposed Rule 2004 exam on Arrowood and proposed hearing date re same (.1); | 0.10 | $62.50 |
| 8/18/2023 | Jesse Bair | Correspondence with R. Kugler re outcome of insurance meeting with Diocesan counsel (.1); | 0.10 | $62.50 |
| 8/18/2023 | Jesse Bair | Prepare for call with R. Kugler re draft insurance demands and Arrowood 2004 issues (.1); participate in call with R. Kugler re same (.3); | 0.40 | $250.00 |
| 8/18/2023 | Jesse Bair | Participate in call with state court counsel re insurance demand issues (.2); follow-up correspondence with state court counsel re same (.2); | 0.40 | $250.00 |
| 8/18/2023 | Jesse Bair | Review correspondence from the mediator re potential mediation with LMI (.1); conference with T. Burns re same (.1); | 0.20 | $125.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 8/18/2023 | Jesse Bair | Review and edit Rule 2004 motion and related discovery topics to Arrowood (1.1); | 1.10 | $687.50 |
| 8/18/2023 | Timothy Burns | Review correspondence from the mediator re proposed LMI mediation session (.2); consider strategy re same (.1); call with R. Kugler re same (.2); participate in call with the mediator re same (.2); met with J. Bair re same (.1); | 0.80 | $560.00 |
| 8/21/2023 | Brian Cawley | Draft Burns declaration to accompany Arrowood 2004 motion (.6); edit and revise Arrowood 2004 motion (.3); correspond with J. Bair regarding 2004 motion edits (.2); | 1.10 | $462.00 |
| 8/21/2023 | Brian Cawley | Continue drafting motion for partial summary judgment on consent to settle issue (1.2); | 1.20 | $504.00 |
| 8/21/2023 | Jesse Bair | Review LMI correspondence to the mediator re settlement proposal and supplemental list of purported "low or no value claims" (.2); | 0.20 | $125.00 |
| 8/21/2023 | Jesse Bair | Review R. Kugler's suggested edits to the Rule 2004 Arrowood discovery requests (.1); | 0.10 | $62.50 |
| 8/21/2023 | Jesse Bair | Provide instructions to B. Cawley re preparing Burns declaration and exhibits to Rule 2004 Arrowood motion (.1); | 0.10 | $62.50 |
| 8/21/2023 | Jesse Bair | Review and edit draft Burns Rule 2004 declaration and exhibits (.2); | 0.20 | $125.00 |
| 8/22/2023 | Jesse Bair | Review and edit draft motion to lift stay to send insurance demand letters (1.0); correspondence with Stinson team re suggested edits to same (.1); | 1.10 | $687.50 |
| 8/22/2023 | Jesse Bair | Participate in call with T. Burns re motion for relief from stay edits (.1); | 0.10 | $62.50 |
| 8/22/2023 | Jesse Bair | Correspondence with R. Kugler re case insurance initiatives (.1); | 0.10 | $62.50 |
| 8/22/2023 | Timothy Burns | Call with J. Bair re motion for relief from stay (.1); brief review of draft motion for relief from stay to file demands (.2); | 0.30 | $210.00 |
| 8/23/2023 | Brian Cawley | Continue drafting motion for partial summary judgment on consent to settle issue (2.2); | 2.20 | $924.00 |
| 8/23/2023 | Timothy Burns | Participate in call with J. Bair re recent mediator correspondence next-steps re case insurance initiatives (.1); | 0.10 | $70.00 |
| 8/23/2023 | Jesse Bair | Review correspondence from the mediator re LMI and Travelers issues (.1); analysis re exposures and other coverage issues re LMI and Travelers in connection with potential response to same (.2); correspondence with R. Kugler re potential response to same (.2); | 0.50 | $312.50 |
| 8/23/2023 | Jesse Bair | Participate in call with T. Burns re recent mediator correspondence next-steps re case insurance initiatives (.1); | 0.10 | $62.50 |
| 8/23/2023 | Jesse Bair | Review and respond to correspondence with Diocesan counsel re case insurance issues (.2); correspondence with R. Kugler re Diocese's position re same (.1); | 0.30 | $187.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 8/23/2023 | Jesse Bair | Prepare for call with state court counsel re insurance demand issues (.1); participate in call with state court counsel re same (.7); correspondence with N. Kuenzi re additional LMI and Interstate demand letters to be prepared (.1); | 0.90 | $562.50 |
| 8/23/2023 | Nathan Kuenzi | Draft additional LMI and Interstate demand letters (1.2); | 1.20 | $504.00 |
| 8/24/2023 | Brian Cawley | Correspond with T. Burns regarding motion for partial summary judgment on consent to settle issue (.2); | 0.20 | $84.00 |
| 8/24/2023 | Jesse Bair | Prepare for weekly insurance strategy call with Stinson team (.1); participate in weekly strategy and case management call with Stinson team re case insurance issues (.3); | 0.40 | $250.00 |
| 8/24/2023 | Timothy Burns | Prepare for weekly insurance strategy call with Stinson team (.1); participate in weekly strategy and case management call with Stinson team re case insurance issues (.3); | 0.40 | $280.00 |
| 8/24/2023 | Brian Cawley | Research case law discussing lack of consent to settle in policy in connection with partial summary judgment motion (1.2); continue drafting motion for partial summary judgment on consent to settle issue (1.2); | 2.40 | $1,008.00 |
| 8/25/2023 | Jesse Bair | Additional analysis re potential response to recent LMI mediation communication (.1); | 0.10 | $62.50 |
| 8/25/2023 | Timothy Burns | Reviewed and responded to communication from R. Kugler re LMI email (.1); | 0.10 | $70.00 |
| 8/26/2023 | Timothy Burns | Email to B. Cawley re briefing assignment re motion for partial summary judgment (.1); | 0.10 | $70.00 |
| 8/28/2023 | Timothy Burns | Participate in call with Stinson team re preparations and strategy for insurance call with the Diocese (.3); participate in call with the Diocese re case insurance issues (1.0); participate in post-call with R. Kugler re same (.3); | 1.60 | $1,120.00 |
| 8/28/2023 | Brian Cawley | Continue drafting motion for partial summary judgment on consent to settle issue (1.3); | 1.30 | $546.00 |
| 8/28/2023 | Jesse Bair | Participate in call with T. Burns re outcome of Diocese insurance meeting (.1); | 0.10 | $62.50 |
| 8/29/2023 | Brian Cawley | Continue drafting motion for partial summary judgment on consent to settle issue (3.2); correspondence with T. Burns re same (.1); proof and finalize motion for partner review (1.2); | 4.50 | $1,890.00 |
| 8/29/2023 | Timothy Burns | Participate in call with R. Kugler re upcoming Committee meeting and case insurance strategy (.3); participate in additional call with R. Kugler and state court counsel re same (.2); prepare for Committee meeting (.3); participate in portion of Committee meeting for insurance purposes (.5); follow up call with R. Kugler re same (.2); correspondence with B. Cawley re draft motion for partial summary judgment (.1); | 1.60 | $1,120.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 8/30/2023 | Brian Cawley | Participate in conferences with T. Burns re motion for partial summary judgment edits (.4); implement partner feedback in to motion (1.2); correspondence with Stinson re draft of motion for partial summary judgment (.2); implement Stinson suggested edits into motion (.3); | 2.10 | $882.00 |
| 8/30/2023 | Timothy Burns | Participate in conferences with B. Cawley re motion for partial summary judgment suggested edits (.4); reviewed and revised same (2.1); participate in calls with R. Kugler re same (.2); review of additional changes to same (.8); participate in additional calls with R. Kugler re motion (.4); participate in calls with state court counsel re same (.3); exchange correspondence with state court counsel re same (.1); | 4.30 | $3,010.00 |
| 8/30/2023 | Jesse Bair | Review correspondence from L. Kugler re outcome of recent status conference hearing (.1); | 0.10 | $62.50 |
| 8/30/2023 | Jesse Bair | Review correspondence from the mediator re October insurance mediation session (.1); | 0.10 | $62.50 |
| 8/31/2023 | Timothy Burns | Participate in conference with Stinson team re case developments, insurance strategy, and next-steps re same (.4); additional analysis of case insurance strategy and next-steps (.6); | 1.00 | $700.00 |

**Total Hours and Fees**      **48.00**      **$26,829.50**

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian Cawley | 19.90 | $420.00 | $8,358.00 |
| Jesse Bair | 11.50 | $625.00 | $7,187.50 |
| Nathan Kuenzi | 1.20 | $420.00 | $504.00 |
| Timothy Burns | 15.40 | $700.00 | $10,780.00 |

**Total Due This Invoice: $26,829.50**

**CERTIFICATE OF SERVICE**

I, Jess Rehbein, hereby certify that on September 27, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF and that service was emailed to the following parties:

a. The Roman Catholic Diocese of Syracuse, New York, 240 East Onondaga Street, Syracuse, New York 13202

b. Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato

c. Office of the United States Trustee, 10 Broad Street, Room 105, Utica, New York 13501, Attn: Erin P. Champion

Date: September 27, 2023                                    */s/ Jess Rehbein*