UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | Judge Wendy A. Kinsella |

## CERTIFICATE OF NO OBJECTION

On August 24, 2023, Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors (the "Committee"), filed the *Monthly Fee Statement of Burns Bowen Bair LLP for Compensation of Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period of July 1, 2023 through July 31, 2023* (the "Monthly Fee Statement") [ECF No. 1377].

The undersigned hereby certifies that:

1. The Monthly Fee Statement was timely served on all interested parties in accordance with the *Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* (the "Interim Compensation Order") [ECF No. 117].

2. By its Monthly Fee Statement, Burns Bair LLP sought compensation for reasonable and necessary services rendered to the Committee from July 1, 2023 through July 31, 2023 (the "Compensation Period") in the amount of $33,587.68 (80% of $41,984.60).

3. The deadline to respond or object to the Monthly Fee Statement was 4:00 p.m. (prevailing Eastern time) on September 7, 2023.

4. Burns Bair LLP submits that no objection to the Monthly Fee Statement has been filed and that the time to file an objection to the Monthly Fee Statement has passed.

5. The unopposed portion of the fees Burns Bair LLP requested in the Monthly Fee Statement is $33,587.68 (80% of $41,984.60).

Date: September 27, 2023

/s/ *Timothy W. Burns*
Timothy W. Burns (WI State Bar #1068086)
Jesse J. Bair (WI State Bar #1083779)
10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel for the Official Committee of Unsecured Creditors*