UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In Re: | Chapter 11 |
| The Roman Catholic Diocese of Syracuse, New York | Case No. 20-30663 |
| Debtor. | |

---

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

---

**PLEASE TAKE NOTICE** that Taylor Stippel of the law firm of Jeff Anderson & Associates, P.A. hereby enters her appearance pursuant to 11 U.S.C. § 1109(b), 11 U.S.C. §§ 101-1330 (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") on behalf of Certain Personal Injury Creditors, and requests that she be added to the service list in this case and that copies of all notices and pleadings given or filed in this case be served upon the person listed below at the following address and telephone number.

Taylor Stippel
Jeff Anderson & Associates, P.A.
366 Jackson Street, Suite 100
St. Paul, MN 55101
Telephone: (651) 227-9990
Facsimile: (651) 297-6543
Email: taylor@andersonadvocates.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearing, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the aforementioned and any other

documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, telex, telecopier, or otherwise.

The Notice of Appearance and Request for Service of Papers shall not be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of the above-named party in interest's rights (1) to have final orders in non-core matters entered only after de novo review by a District Court Judge; (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (3) to have the District court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or, (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party in interest is or may be entitled, in law or in equity, by all of which rights, claims, actions, defenses, setoffs, and recoupments that the above-named party in interest expressly reserves.

Dated: September 27, 2023.                    JEFF ANDERSON & ASSOCIATES, P.A.

/s/Taylor Stippel
Taylor Stippel
366 Jackson Street, Suite 100
St. Paul, MN 55101
Telephone: 651-227-9990
Facsimile: 651-297-6543
Email: mike@andersonadvocates.com

Attorney for Certain Personal Injury Creditors