UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse,<br>New York,<br><br>Debtor. | Case No. 20-30663<br><br>Chapter 11<br><br>Judge Wendy A. Kinsella |

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF
SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [ECF No. 117] (the "Interim Compensation Order"), Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby files this monthly fee statement (the "Monthly Fee Statement") seeking compensation for reasonable and necessary services rendered to the Committee from September 1, 2023 through September 30, 2023 (the "Compensation Period") in the amount of $28,886.80 (80% of $36,108.50), and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $47.77.

Burns Bair LLP's invoice for the Compensation Period, attached hereto as **Exhibit A**, includes detailed time entries that describe the services performed by Burns Bair LLP professionals during the Compensation Period and a list of expenses Burns Bair LLP incurred during the Compensation Period in connection with providing services to the Committee.

[Signature page follows]

Date: October 31, 2023    /s/ *Timothy W. Burns*

Timothy W. Burns (WI State Bar #1068086)
Jesse J. Bair (WI State Bar #1083779)
10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel for the Official Committee of Unsecured Creditors*

# EXHIBIT A



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of the Diocese of Syracuse, New York**

**Issue Date :** 10/30/2023

**Bill # :** 01244

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 9/1/2023 | Timothy Burns | Conference with J. Bair re insurance case developments and ongoing projects (.4); | 0.40 | $280.00 |
| 9/1/2023 | Jesse Bair | Conference with T. Burns re insurance case developments and ongoing projects (.4); | 0.40 | $250.00 |
| 9/1/2023 | Jesse Bair | Review and edit supplemental draft demand letters on LMI/Interstate claims (.2); correspondence with state court counsel re same (.1); | 0.30 | $187.50 |
| 9/6/2023 | Jesse Bair | Participate in call with R. Kugler re finalization of motions to lift stay in order to send insurance demand letters (.3); | 0.30 | $187.50 |
| 9/6/2023 | Timothy Burns | Review correspondence with state court counsel and Committee professionals re motion for relief from stay (.1); | 0.10 | $70.00 |
| 9/7/2023 | Jesse Bair | Correspondence with L. Kugler re Arrowood Rule 2004 motion (.1); | 0.10 | $62.50 |
| 9/12/2023 | Timothy Burns | Review draft correspondence from J. Bair to LMI re mediation issues (.2); responded to same (.1); participate in call with J. Bair re same (.1); review correspondence with R. Kugler re same (.1); review correspondence with J. Bair and Stinson re 2004 exam of Arrowood (.2); | 0.70 | $490.00 |
| 9/12/2023 | Jesse Bair | Analysis re LMI exposure, excess coverage, and high-value LMI claims (.8); draft response to LMI's mediation correspondence re Committee and LMI offers (.7); | 1.50 | $937.50 |
| 9/12/2023 | Jesse Bair | Participate in call with E. Caldie and R. Kugler re case insurance strategy, including consent to settle summary judgment motion (.1); | 0.10 | $62.50 |
| 9/12/2023 | Jesse Bair | Prepare for Committee meeting (.1); participate in Committee meeting re Plan issues for insurance purposes (.9); | 1.00 | $625.00 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 9/12/2023 | Jesse Bair | Participate in call with T. Burns re consent to settle summary judgment motion and LMI mediation correspondence (.1); | 0.10 | $62.50 |
| 9/12/2023 | Jesse Bair | Correspondence with R. Kugler re Arrowood 2004 motion extension request (.1); | 0.10 | $62.50 |
| 9/13/2023 | Jesse Bair | Analysis re insurance case strategy and next-steps (.1); | 0.10 | $62.50 |
| 9/13/2023 | Jesse Bair | Correspondence with R. Kugler re draft Plan (.1); | 0.10 | $62.50 |
| 9/14/2023 | Brian Cawley | Correspond with J. Bair regarding the Committee's draft joinder in support of the lift stay motions (.2); begin drafting the Committee's joinder in support of the motion to lift stay in order to send insurance demands (.6); | 0.80 | $336.00 |
| 9/14/2023 | Timothy Burns | Consideration concerning and email to J. Bair re ongoing case projects (.1); participate in weekly conference with Stinson team re case insurance strategy, status, and next-steps (.5); review BB correspondence re motion for relief joinder briefing (.1); | 0.70 | $490.00 |
| 9/14/2023 | Jesse Bair | Review and edit draft Plan for insurance purposes (2.7); | 2.70 | $1,687.50 |
| 9/14/2023 | Jesse Bair | Participate in weekly conference with Stinson team re case insurance strategy, status, and next-steps (.5); | 0.50 | $312.50 |
| 9/14/2023 | Jesse Bair | Provide instructions to B. Cawley re drafting the Committee's joinder to the motion to lift stay (.1); | 0.10 | $62.50 |
| 9/14/2023 | Jesse Bair | Respond to correspondence from state court counsel re the lift stay motions (.1); | 0.10 | $62.50 |
| 9/15/2023 | Brian Cawley | Continue drafting the Committee's joinder in support of state court counsel's motion to lift the stay in order to send insurance demands (3.8); | 3.80 | $1,596.00 |
| 9/15/2023 | Jesse Bair | Listen to voice-message and call Utica re insurance demands and prior Utica settlement (.1); correspondence with the mediator and state court counsel re same (.1); | 0.20 | $125.00 |
| 9/15/2023 | Jesse Bair | Correspondence with B. Cawley re the Committee's joinder re the state court counsel's motion to lift stay to send insurance demands (.1); | 0.10 | $62.50 |
| 9/18/2023 | Jesse Bair | Participate in conference with T. Burns re case status and insurance action items (.1); | 0.10 | $62.50 |
| 9/18/2023 | Jesse Bair | Review and edit the Committee's joinder to state court counsel's motions for relief from stay to send insurance demand letters (.7); correspondence with Stinson team re same (.1); | 0.80 | $500.00 |
| 9/18/2023 | Jesse Bair | Conference with the mediator re potential TNCRRG settlement (.1); correspondence with Stinson team re same (.1); | 0.20 | $125.00 |
| 9/18/2023 | Karen Dempski | Draft pro hac vice documents for T. Burns and J. Bair (.3); | 0.30 | $108.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/18/2023 | Timothy Burns | Review and respond to correspondence with Stinson re Plan drafting issues (.2); conference with J. Bair re ongoing projects and case insurance strategy (.1); review and revise pro hac vice papers (.2); review the Committee's draft lift stay joinder motion (.2); review correspondence re potential TNCRRG settlement (.2); | 0.90 | $630.00 |
| 9/19/2023 | Jesse Bair | Conference with the mediator re potential TNCRRG settlement (.1); correspondence with R. Kugler re same (.1); | 0.20 | $125.00 |
| 9/19/2023 | Jesse Bair | Review E. Caldie correspondence re current version of draft Plan (.1); | 0.10 | $62.50 |
| 9/19/2023 | Jesse Bair | Correspondence with Utica re settlement status issues (.1); | 0.10 | $62.50 |
| 9/20/2023 | Timothy Burns | Reviewed correspondence with Stinson and TNCRRG re potential settlement (.1); review correspondence with Stinson and the Committee re same (.2); review correspondence with Stinson and the Committee re meeting with Diocese re child protection protocols (.1); | 0.40 | $280.00 |
| 9/20/2023 | Jesse Bair | Participate in call with the mediator re potential TNCRRG settlement (.1); correspondence with R. Kugler and Committee re same (.1); | 0.20 | $125.00 |
| 9/20/2023 | Jesse Bair | Listen to voice-message from R. Kugler re Committee joinder to lift stay motion (.1); | 0.10 | $62.50 |
| 9/21/2023 | Jesse Bair | Review Travelers' motion to lift stay opposition (.2); | 0.20 | $125.00 |
| 9/21/2023 | Jesse Bair | Participate in call with R. Kugler, E. Caldie, and T. Burns re response to Travelers' objections to the motions to lift stay (.4); participate in post-call with T. Burns re follow-up assignments (.1); | 0.50 | $312.50 |
| 9/21/2023 | Jesse Bair | Brief review of the Diocese's response to the lift stay motions (.1); | 0.10 | $62.50 |
| 9/21/2023 | Jesse Bair | Correspondence with K. Jonch-Clausen and N. Kuenzi re lift stay motion assignment (.1); | 0.10 | $62.50 |
| 9/21/2023 | Timothy Burns | Review correspondence from the mediator re potential TNCRRG settlement (.1); participate in call with R. Kugler, E. Caldie, and J. Bair re response to Travelers' opposition to the motion to lift stay (.4); participate in post-call with J. Bair re assignments (.1); | 0.60 | $420.00 |
| 9/21/2023 | Jesse Bair | Review correspondence with state court counsel, the Committee, and Stinson re the TNCRRG settlement (.1); | 0.10 | $62.50 |
| 9/22/2023 | Timothy Burns | Review briefing and outline reply argument re motion for relief (4.8); participate in call with Stinson re same (.3); participate in call with J. Bair re motion for relief from stay reply and ongoing insurance projects (.3); | 5.40 | $3,780.00 |
| 9/22/2023 | Karin Jonch-Clausen | Research caselaw to support the Committee's motion to lift stay reply brief (4.8); | 4.80 | $2,016.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/22/2023 | Karen Dempski | Finalize draft pro hac vice applications for T. Burns and J. Bair (.2); email J. Rehbein re filing with court (.1); | 0.30 | $108.00 |
| 9/22/2023 | Nathan Kuenzi | Analyze motions for relief from stay oppositions filed by LMI and Interstate and review T. Burns comments re same (1.3); | 1.30 | $546.00 |
| 9/22/2023 | Nathan Kuenzi | Begin drafting the Committee's motion to lift stay reply brief (1.0); | 1.00 | $420.00 |
| 9/22/2023 | Jesse Bair | Participate in weekly strategy call with Stinson team re case insurance strategy, status, and next-steps (.3); | 0.30 | $187.50 |
| 9/22/2023 | Jesse Bair | Review and edit pro hac vice application materials (.1); | 0.10 | $62.50 |
| 9/22/2023 | Jesse Bair | Correspondence with state court counsel re lift stay reply brief (.1); | 0.10 | $62.50 |
| 9/23/2023 | Karin Jonch-Clausen | Edit and revise the Committee's motion to lift stay reply brief (1.5); | 1.50 | $630.00 |
| 9/23/2023 | Nathan Kuenzi | Continue drafting the Committee's motion to lift stay reply brief (4.5); | 4.50 | $1,890.00 |
| 9/23/2023 | Nathan Kuenzi | Analyze case law relevant to the Committee's motion to lift stay reply brief (2.3); | 2.30 | $966.00 |
| 9/23/2023 | Karin Jonch-Clausen | Research additional case law in support of the Committee's motion to lift stay reply brief (.5); | 0.50 | $210.00 |
| 9/23/2023 | Timothy Burns | Review correspondence with state court counsel re lift stay reply brief (.1); | 0.10 | $70.00 |
| 9/24/2023 | Timothy Burns | Review and revise current draft of the Committee's lift stay reply brief (1.6); | 1.60 | $1,120.00 |
| 9/24/2023 | Nathan Kuenzi | Draft revised version of the Committee's motion to lift stay reply brief, incorporating T. Burns' suggested edits (2.2); | 2.20 | $924.00 |
| 9/24/2023 | Nathan Kuenzi | Continue researching and analyzing case law relevant to the Committee's lift stay reply brief (2.5); | 2.50 | $1,050.00 |
| 9/24/2023 | Karin Jonch-Clausen | Edit and revise most recent version of the Committee's lift stay reply brief (1.5); | 1.50 | $630.00 |
| 9/24/2023 | Jesse Bair | Review current draft of reply in support of motion to lift stay (.3); review Stinson suggested edits to same (.1); | 0.40 | $250.00 |
| 9/25/2023 | Jesse Bair | Review and edit current version of reply brief in support of lift stay motions (.2); correspondence with state court counsel re same (.1); review and incorporate additional edits received from Stinson re same (.2); | 0.50 | $312.50 |
| 9/25/2023 | Jesse Bair | Participate in call with state court counsel re additional potential edits to the lift stay reply brief (.3); incorporate suggested edits into reply (.2); correspondence with state court counsel re revised version of lift stay reply brief (.1); | 0.60 | $375.00 |
| 9/25/2023 | Jesse Bair | Correspondence with R. Kugler re lift stay oral argument (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 9/25/2023 | Nathan Kuenzi | Research, analyze, and identify key materials for T. Burns for motion for relief from stay hearing preparations (3.3); | 3.30 | $1,386.00 |
| 9/25/2023 | Karin Jonch-Clausen | Research appealability of denials of relief from stay motions (.8); correspondence with T. Burns re same (.2); | 1.00 | $420.00 |
| 9/26/2023 | Timothy Burns | Participate in call with R. Kugler re insurance strategy, including motion to lift stay issues (.3); | 0.30 | $210.00 |
| 9/27/2023 | Timothy Burns | Participate in calls with R. Kugler and state court counsel re hearing preparation for lift stay motions (.4); | 0.40 | $280.00 |
| 9/28/2023 | Timothy Burns | Prepare for hearing on motion for relief from stay (3.5); participate in hearing on motion for relief from stay (1.8); participate in post-hearing call with R. Kugler and J. Bair re same and next-steps re case insurance strategy (.4); | 5.70 | $3,990.00 |
| 9/28/2023 | Jesse Bair | Review L. Kugler correspondence re upcoming LMI/Interstate mediation (.1); | 0.10 | $62.50 |
| 9/28/2023 | Jesse Bair | Prepare for motion for relief from stay hearing (.3); | 0.30 | $187.50 |
| 9/28/2023 | Jesse Bair | Correspondence with R. Kugler re Arrowood Rule 2004 issues (.1); | 0.10 | $62.50 |
| 9/28/2023 | Jesse Bair | Participate in motion for relief from stay hearing (1.8); participate in post-hearing call with R. Kugler and T. Burns re same and next-steps re case insurance strategy (.4); | 2.20 | $1,375.00 |
| 9/28/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re outcome of motion for relief from stay and related insurance issues (.2); | 0.20 | $125.00 |
| 9/28/2023 | Timothy Burns | Participate in call with state court counsel and J. Bair re outcome of motion for relief from stay and related insurance issues (.2); | 0.20 | $140.00 |
| 9/29/2023 | Jesse Bair | Review draft 2004 motion to Interstate re Interstate's inappropriate disclosure of survivor information (.2); review correspondence with Stinson team and the Committee re same (.1); | 0.30 | $187.50 |
| 9/29/2023 | Jesse Bair | Review correspondence with Arrowood and R. Kugler re resolution of the Committee Rule 2004 motion against Arrowood (.1); | 0.10 | $62.50 |
| 9/30/2023 | Timothy Burns | Research and analysis re insurance neutrality issues re Plan drafting (.8); | 0.80 | $560.00 |
| 9/30/2023 | Jesse Bair | Review order granting the Committee's motion to shorten time re the Committee's Interstate 2004 motion (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **66.00** | **$36,108.50** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 9/15/2023 | Wisconsin Certificates of Good Standing for T. Burns and J. Bair re pro hac vice application | $6.09 |

| | | |
|---|---|---:|
| 9/26/2023 | FedEx, pkg. to Saunders Kahler (pro hac vice) | $41.68 |
| **Total Expenses** | | **$47.77** |

## Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| Brian Cawley | Associate | 4.60 | $420.00 | $1,932.00 |
| Jesse Bair | Partner | 16.10 | $625.00 | $10,062.50 |
| Karen Dempski | Paralegal | 0.60 | $360.00 | $216.00 |
| Karin Jonch-Clausen | Associate | 9.30 | $420.00 | $3,906.00 |
| Nathan Kuenzi | Associate | 17.10 | $420.00 | $7,182.00 |
| Timothy Burns | Partner | 18.30 | $700.00 | $12,810.00 |

**Total Due This Invoice: $36,156.27**

# **CERTIFICATE OF SERVICE**

I, Jess Rehbein, hereby certify that on October 31, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF and that service was emailed to the following parties:

a. The Roman Catholic Diocese of Syracuse, New York, 240 East Onondaga Street, Syracuse, New York 13202

b. Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato

c. Office of the United States Trustee, 10 Broad Street, Room 105, Utica, New York 13501, Attn: Erin P. Champion

Date: October 31, 2023                                   */s/ Jess Rehbein*