UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | Judge Wendy A. Kinsella |

**SUMMARY SHEET FOR THE FIFTH INTERIM APPLICATION OF BURNS BAIR LLP, SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | |
|---|---|
| Name of Applicant: | Burns Bair LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | September 7, 2021 [ECF No. 671] |
| Period for which compensation and reimbursement is sought: | March 1, 2023 – July 31, 2023 (the "Compensation Period") |
| Amount of Compensation sought as actual, reasonable and necessary: | $179,728.10 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $9,219.57[1] |
| This is a(n) | ☐ Monthly  ☒ Interim  ☐ Final application |

---

[1] This expense amount reflects a reduction of $80.90 for PACER fees that were included on Burns Bair's invoice for April time.

## SUMMARY OF MONTHLY FEE STATEMENTS FOR COMPENSATION PERIOD

| Date Filed | Period Covered | Requested | | Approved/Unopposed | | Amount Received |
|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | |
| 4/21/2023 [ECF 1253] | 3/1/23 – 3/31/23 | $41,915.60 (80% of $52,394.50) | $3,715.28 | $41,915.60 (80% of $52,394.50) | $3,715.28 | $45,630.88 |
| 5/31/2023 [ECF 1298] | 4/1/23 – 4/30/23 | $20,872.00 (80% of $26,090.00) | $1,967.79 | $20,872.00 (80% of $26,090.00) | $1,967.79 | $22,839.79 |
| 6/22/2023 [ECF 1314] | 5/1/23 – 5/31/23 | $7,294.00 (80% of $9,117.50) | $0 | $7,294.00 (80% of $9,117.50) | $0 | $7,294.00 |
| 7/21/2023 [ECF 1341] | 6/1/23 – 6/30/23 | $40,113.20 (80% of $50,141.50) | $3,617.40 | $40,113.20 (80% of $50,141.50) | $3,617.40 | $43,730.60 |
| 8/24/2023 [ECF 1377] | 7/1/23 – 7/31/23 | $33,587.68 (80% of $41,984.60) | $0 | $33,587.68 (80% of $41,984.60) | $0 | $33,587.68 |
| **Total** | | $143,782.48 (80% of $179,728.10) | $9,300.47 | $143,782.48 (80% of $179,728.10) | $9,300.47[2] | $153,082.95 |

## SUMMARY OF PRIOR INTERIM FEE APPLICATIONS

| Date Filed | Period Covered | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 11/17/21 [ECF 745] | 9/7/21- 9/30/21 | $3,882.50 | $0.00 | $3,882.50 | $0.00 |
| 5/27/22 [ECF 910] | 10/1/21- 2/28/22 | $1,082.50 | $229.70 | $1,082.50 | $229.70 |
| 11/17/22 [ECF 1102] | 3/1/22- 8/31/22 | $16,162.00 | $219.80 | $16,162.00 | $219.80 |
| 5/23/23 [ECF 1281] | 9/1/22 – 2/28/23 | $357,073.50 | $14,147.44 | $344,573.50 | $10,965.44 |
| **Total** | | **$378,200.50** | **$14,596.94** | **$365,700.50** | **$11,414.94** |

## SUMMARY OF PROFESSIONALS

| Name of Professional | Title | Hourly Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Timothy Burns | Partner | $700.00 | 87.60 | $61,320.00 |
| Timothy Burns –Travel Rate | | $350.00 | 42.90 | $15,015.00 |
| Jesse Bair | Partner | $625.00 | 73.40 | $45,875.00 |
| Jesse Bair –Travel Rate | | $312.50 | 28.20 | $8,812.50 |
| Nathan Kuenzi | Associate | $420.00 | 9.50 | $3,990.00 |
| Brian Cawley | Associate | $420.00 | 48.80 | $20,496.00 |
| Leakhena Au | Associate | $420.00 | 50.20 | $21,084.00 |
| Katie Sticklen | Associate | $378.00 | 4.20 | $1,587.60 |
| Karen Dempski | Paralegal | $360.00 | .30 | $108.00 |
| Alyssa Turgeon | Paralegal | $360.00 | 4.00 | $1,440.00 |
| **Total** | | | 349.10 | $179,728.10 |

[2] As noted earlier, the firm is only seeking reimbursement of $9,219.57 in expenses, reflecting a reduction of $80.90 for PACER fees included on its invoice for April time.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | Judge Wendy A. Kinsella |

## FIFTH INTERIM APPLICATION OF BURNS BAIR LLP, SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Pursuant to 11 U.S.C. §§ 327, 330 and 331, Fed Bankr. P. 2016, Local Rule 2016-1, and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [ECF No. 117] (the "Interim Compensation Order"), Burns Bair LLP ("Burns Bair"), special insurance counsel to the Official Committee of Unsecured Creditors (the "Committee"), respectfully submits this fifth interim application for the allowance of compensation and reimbursement of actual and necessary expenses (the "Application") for services performed as counsel to the Committee from March 1, 2023 through July 31, 2023 (the "Compensation Period").

## **JURISDICTION**

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, Fed. R. Bankr. P. 5005. This Application arises under 11 U.S.C. §§ 327, 331, and 330. This Application is filed pursuant to Fed. R. Bankr. P. 2016, Local Rule 2016-1, and the Interim Compensation Order. This is a core proceeding.

## BACKGROUND

2.     On June 19, 2020, The Roman Catholic Diocese of Syracuse filed a voluntary petition for relief under Chapter 11 of Title 11 of the Bankruptcy Code.

3.     On July 9, 2020, the Office of the United States Trustee appointed seven members to the Committee [ECF No. 38].

4.     On July 24, 2021, the Committee selected Burns Bair to serve as special insurance counsel to the Committee.

5.     On July 28, 2021, the Committee filed an application seeking to retain Burns Bair as special insurance counsel to the Committee (the "Employment Application") [ECF No. 604]. On September 7, 2021, the Court granted the Employment Application [ECF No. 671]. A copy of the Court's order granting the Employment Application is attached hereto as **Exhibit A.**

6.     Burns Bair has not received a retainer in connection with this proceeding.

7.     No plan has been confirmed in this case.

## SUMMARY OF SERVICES PROVIDED TO THE COMMITTEE DURING THE COMPENSATION PERIOD

8.     During the Compensation Period, Burns Bair provided legal services to the Committee including, but not limited to: preparing for and participating in multiple in-person and Zoom mediation sessions; continued detailed analysis and legal research regarding New York insurance law with respect to various issues impacting the insurance claims and related strategy; analysis of insurance issues in connection with the Committee/Diocese Plan of Reorganization; analysis regarding Arrowood insolvency issues and strategy in connection with recovering from Arrowood and/or the New York Insurance Guarantee Fund; drafting insurance demand letters; drafting potential motions for summary judgment on various issues, including Travelers' owners, landlords, and tenants (OLT) argument, the number of occurrences issue, and the impact of LMI/Interstate's lack of a consent to settle provision; continued research and assessment regarding

the insurers' purported coverage defenses; presenting to the Committee and state court counsel on insurance issues and strategy; and formulating overall insurance strategy on behalf of the Committee.  In total, during the Compensation Period Burns Bair provided reasonable and valuable services to the Committee in the amount of $179,728.10 and incurred reasonable and necessary expenses in the amount of $9,219.57. Attached hereto as **Exhibit B** is a copy of Burns Bair's itemized invoice for the Compensation Period, which includes a description of the tasks performed, the names of the professionals who worked on the task, the time worked on the task, and the amount charged for the task. Burns Bair submits that its fees and expenses were actual, necessary, and reasonable under the circumstances of this case and should be allowed.

9.      All services performed by Burns Bair were necessary to the administration of this case or were beneficial toward the successful completion of this case at the time such services were rendered. The services were performed in a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed. The amount requested in this Application is reasonable compensation for actual and necessary services rendered by Burns Bair based on the nature, extent, and value of such services, the time spent on such services, and the cost of comparable services other than in cases under Title 11 of the United States Code.

10.     Burns Bair submits that the compensation it seeks is reasonable as compared to the market. Burns Bair has consistently billed at or near the rates it has billed in other committee related representations in diocesan bankruptcy cases. The rates Burns Bair charges are in line with or below the rates charged by similar professionals in diocesan bankruptcy cases.

11.     All services for which Burns Bair requests compensation were performed on behalf of the Committee and not on behalf of any other person. Burns Bair has not entered into any agreement to fix fees or to share compensation as prohibited by 18 U.S.C. § 155 and 11 U.S.C. § 504.

12.     Burns Bair believes that the Debtor has the ability to pay the fees requested herein and those fees and expenses requested by other estate professionals.

## LEGAL BASIS

13.    This Court is authorized to award to professional persons employed by section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered by the … attorney[s] and by any paraprofessional person[s] employed by any such person, and … reimbursement for actual, necessary expenses." 11 U.S.C. § 330. The Court must consider the nature, extent, and value of such services, taking into account all relevant factors to determine whether the request for payment in connection with such services is fair and reasonable. *Id.* The services Burns Bair provided during the Compensation Period were actual, reasonable, and necessary services on behalf of the Committee, and the fees and expenses requested in this Application are fair and reasonable under the circumstances of this case.

## CONCLUSION

WHEREFORE, Burns Bair respectfully requests that the Court enter an order, substantially in the form of **Exhibit C**: (i) granting the Application; (ii) allowing Burns Bair's fees and expenses for the Compensation Period in the amount of $188,947.67; (iii) authorizing and directing the Debtor to pay Burns Bair its allowed fees and expenses; and (iv) granting such other relief as is just and proper.

Date: November 9, 2023

/s/ *Timothy Burns*
Timothy Burns (WI Bar No.1068086)
Jesse Bair (WI Bar No. 1083779)
**Burns Bair LLP**
10 E. Doty Street, Suite 600
Madison, WI 53703
Main: 608-286-2302
Email:     tburns@burnsbair.com
               jbair@burnsbair.com

*Special Insurance Counsel for the Official
Committee of Unsecured Creditors*

<u>**VERIFICATION**</u>

I, Timothy Burns, a partner of the applicant named in the foregoing *Fifth Interim*

*Application of Burns Bair LLP, Special Insurance Counsel to the Official Committee of Unsecured*

*Creditors, for Allowance of Compensation and Reimbursement of Expenses*, declare under penalty

of perjury that the foregoing is true and correct according to the best of my knowledge,

information, and belief.


Date:  November 9, 2023                    */s/ Timothy Burns*_____
                                            Timothy Burns, Esq.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse,<br>New York, | Chapter 11 |
| Debtor. | Judge Wendy A. Kinsella |

**CERTIFICATION OF KEVIN LAWRENCE, TREASURER OF THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, REGARDING FIFTH INTERIM FEE
APPLICATION OF BURNS BAIR LLP**

I, Kevin Lawrence, certify that I have reviewed the *Fifth Interim Application of Burns Bair*

*LLP, Special Insurance Counsel to the Official Committee of Unsecured Creditors, For Allowance*

*of Compensation and Reimbursement of Expenses* filed by Burns Bair LLP, and

Check one:

☑  I do not object to allowance of the application and payment of fees and expenses in full

as the services rendered and fees charged appear reasonable; or

☐ I object to the application and to payment of the fees and expenses in full in the amounts

and for the reasons set forth below:

Date:  November 6, 2023.                                         */s/ Kevin Lawrence*
                                                              Kevin Lawrence
                                                              Treasurer of the Committee

# EXHIBIT A

So Ordered.

Signed this 7 day of September, 2021.

_____

Wendy A. Kinsella

United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | Judge Wendy A. Kinsella |

**ORDER APPROVING EMPLOYMENT OF BURNS BOWEN BAIR LLP AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Based on the Official Committee of Unsecured Creditors' *Application to Employ Burns Bowen Bair LLP as Special Insurance Counsel for the Official Committee of Unsecured Creditors* [ECF No. 604], the *Supplement to Application to Employ Burns Bowen Bair LLP as Special Insurance Counsel for the Official Committee of Unsecured Creditors* [ECF No. 638], and the *Supplemental Declaration of Timothy Burns in Support of the Supplement to Application to Employ Burns Bowen Bair LLP as Special Insurance Counsel for the Official Committee of Unsecured Creditors* [ECF No. 638, Ex. A],

IT IS ORDERED:

1.    The Committee is authorized to employ Burns Bowen Bair LLP as its special insurance counsel pursuant to 11 U.S.C. § 327 of the Bankruptcy Code.

2.    No fee shall be paid to Burns Bowen Bair LLP, including the use of any retainer received for post-petition services, without prior approval of the Court.

###

# EXHIBIT B

# Burns ı Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
the Diocese of Syracuse, New York**

**Issue Date :**       4/3/2023

**Bill # :**            01123

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 3/1/2023 | Jesse Bair | Review correspondence with L. Kugler and state court counsel re upcoming case strategy call (.1); | 0.10 | $62.50 |
| 3/6/2023 | Jesse Bair | Analysis re insurance strategy for upcoming mediation session (.1); conference with T. Burns re same (.1); | 0.20 | $125.00 |
| 3/6/2023 | Timothy Burns | Conference with J. Bair re insurance strategy for upcoming mediation session (.1); | 0.10 | $70.00 |
| 3/7/2023 | Jesse Bair | Review correspondence from E. Caldie re upcoming mediation session (.1); participate in meeting with state court counsel re upcoming mediation session and overall case strategy (.8); | 0.90 | $562.50 |
| 3/9/2023 | Jesse Bair | Review and respond to correspondence with the mediator re upcoming mediation sessions (.2); | 0.20 | $125.00 |
| 3/9/2023 | Jesse Bair | Participate in conference with T. Burns re insurance strategy for upcoming mediation session (.1); | 0.10 | $62.50 |
| 3/9/2023 | Jesse Bair | Participate in conference with T. Burns re potential direction action claims against the Diocese's insurers (.1); | 0.10 | $62.50 |
| 3/9/2023 | Timothy Burns | Meet with J. Bair re mediation preparations (.1); review correspondence from the mediator re upcoming mediation sessions (.1); review additional correspondence from the mediator re mediation session and Arrowood issues (.1); review emails from Stinson re mediation sessions (.1); review and edit memorandum re potential direct claims against the Diocese's insurers (.8); | 1.20 | $840.00 |
| 3/10/2023 | Leakhena Au | Participate in conference with T. Burns re issues in connection with potential direct claims against the Diocese's insurers (.2); | 0.20 | $84.00 |

| | | | | |
|---|---|---|---|---|
| 3/10/2023 | Timothy Burns | Continue detailed review and revisions to draft memorandum re potential direct claims against the Diocese's insurers (3.2); analyze New York case law in connection with same (3.0); conference with L. Au re same (.2); conference with B. Cawley re punitive damages research (.1); review B. Cawley's email memorandum re same (.1); call with J. Bair re potential direct claims against the Diocese's insurers (.1); participate in call with R. Kugler re same (.1); | 6.80 | $4,760.00 |
| 3/10/2023 | Brian Cawley | Discuss research assignment on punitive damages with T. Burns (.1); analysis re procedural requirements for pleading punitive damages in New York (.8); | 0.90 | $378.00 |
| 3/10/2023 | Jesse Bair | Review correspondence with T. Burns and Stinson re potential direct claims against the Diocese's insurers (.1); | 0.10 | $62.50 |
| 3/10/2023 | Jesse Bair | Correspondence with the mediator re April mediation session (.1); | 0.10 | $62.50 |
| 3/11/2023 | Timothy Burns | Review correspondence with the mediator and J. Bair re April mediation session (.1); | 0.10 | $70.00 |
| 3/13/2023 | Timothy Burns | Participate in call with R. Kugler re meeting with state court counsel re potential direct claims against the Diocese's insurers (.2); exchange emails with K. Phillips re same (.1); meet with B. Cawley re creation of PowerPoint presentation re potential claims against the Diocese's insurers (.1); meet with team re ongoing projects and case strategy (.2); | 0.60 | $420.00 |
| 3/13/2023 | Nathan Kuenzi | Participate in team meeting re case strategy and ongoing projects (.2); | 0.20 | $84.00 |
| 3/13/2023 | Leakhena Au | Participate in team meeting re case strategy and ongoing projects (.2); | 0.20 | $84.00 |
| 3/13/2023 | Brian Cawley | Participate in team meeting regarding case status and assignments (.2); | 0.20 | $84.00 |
| 3/13/2023 | Brian Cawley | Analyze draft memorandum re potential direct claims against the Diocese's insurers (.8); create PowerPoint presentation for state court counsel re same and related insurance issues (3.8); | 4.60 | $1,932.00 |
| 3/13/2023 | Jesse Bair | Review and respond to correspondence with the Diocese re upcoming mediation session (.1); | 0.10 | $62.50 |
| 3/13/2023 | Jesse Bair | Conference with internal team re ongoing projects and case strategy (.2); | 0.20 | $125.00 |
| 3/14/2023 | Leakhena Au | Conference with B. Cawley re potential claim for punitive damages against the Diocese's insurers (.2); | 0.20 | $84.00 |
| 3/14/2023 | Brian Cawley | Continue drafting PowerPoint presentation re potential claims against the Diocese's insurers (2.5); research New York law re the recoverability of punitive damages against the Diocese's insurers (2.2); correspond with T. Burns regarding same (.3); discuss punitive damage case law issues with L. Au (.2); draft summary of punitive damages analysis (.6); | 5.80 | $2,436.00 |
| 3/14/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/14/2023 | Jesse Bair | Review correspondence with L. Kugler re upcoming Committee meeting (.1); | 0.10 | $62.50 |
| 3/14/2023 | Jesse Bair | Review correspondence with T. Burns, state court counsel, and Stinson re call to discuss potential direct claims against the Diocese's insurers (.1); | 0.10 | $62.50 |
| 3/14/2023 | Jesse Bair | Review and edit current draft of memorandum re potential direct claims against the Diocese's insurers (.3); | 0.30 | $187.50 |
| 3/14/2023 | Jesse Bair | Review draft PowerPoint presentation for state court counsel re potential direct claims against the Diocese's insurers (.2); review correspondence with T. Burns and B. Cawley re same and recoverability of punitive damages (.1); | 0.30 | $187.50 |
| 3/14/2023 | Timothy Burns | Correspondence with K. Phillips re potential direct claims against the Diocese's insurers (.1); participate in call with K. Phillips re research re same (.2); additional research and email to K. Phillips re same (.1); correspondence with state court counsel re potential claims against the Diocese's insurers (.4); meet with J. Bair re same (.1); participate in call with R. Kugler re same (.1); participate in call with state court counsel re same (.1); meet with B. Cawley re presentation draft (.1); meet with B. Cawley re punitive damages research (.2); follow-up correspondence with B. Cawley re same (.2); participate in additional call with R. Kugler re presentation to state court counsel (.2); | 1.80 | $1,260.00 |
| 3/14/2023 | Leakhena Au | Prepare for call with Stinson regarding potential direct claims against the Diocese's insurers (.3); | 0.30 | $126.00 |
| 3/14/2023 | Leakhena Au | Participate in conference with Stinson to discuss potential direct claims against the Diocese's insurers (.2); follow up on action items from meeting (.1); | 0.30 | $126.00 |
| 3/15/2023 | Jesse Bair | Participate in conference with Stinson team, state court counsel, and T. Burns re case insurance strategy (.7); participate in follow-up call with T. Burns re same(.1); participate in additional call with T. Burns and state court counsel re same (.1); | 0.90 | $562.50 |
| 3/15/2023 | Timothy Burns | Prepare for call with state court counsel and Stinson team re case insurance strategy (.8); participate in call with state court counsel and Stinson team re same (.7); participate in post-call with J. Bair re same (.1); participate in additional call with R. Kugler re same (.1); participate in additional call with state court counsel re same (.1); | 1.80 | $1,260.00 |
| 3/16/2023 | Timothy Burns | Participate in portion of Committee meeting re mediation strategy (.5); | 0.50 | $350.00 |
| 3/16/2023 | Jesse Bair | Participate in Committee meeting re mediation strategy (.6); review correspondence from the Debtor re upcoming mediation (.1); | 0.70 | $437.50 |
| 3/18/2023 | Jesse Bair | Review the Diocese's mediation response letter (.2); | 0.20 | $125.00 |
| 3/19/2023 | Jesse Bair | Draft insurance summary overview for use at upcoming mediation session (1.0); correspondence with Committee member re same (.1); | 1.10 | $687.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/19/2023 | Jesse Bair | Analyze Travelers' exposure on parish claims (.5); | 0.50 | $312.50 |
| 3/19/2023 | Jesse Bair | Analyze Arrowood's exposure on parish claims (.2); | 0.20 | $125.00 |
| 3/19/2023 | Jesse Bair | Draft supplemental insurer exposure summary for use in connection with upcoming mediation (.5); correspondence with Stinson team re same (.1); | 0.60 | $375.00 |
| 3/20/2023 | Jesse Bair | Travel from Madison to Syracuse for mediation [billed at 1/2 travel rate] (7.3); | 7.30 | $2,281.25 |
| 3/20/2023 | Jesse Bair | Participate in conference with T. Burns re insurance mediation strategy (.3); | 0.30 | $187.50 |
| 3/20/2023 | Timothy Burns | Travel from Madison to Syracuse for mediation [billed at 1/2 travel rate] (7.3); | 7.30 | $2,555.00 |
| 3/20/2023 | Timothy Burns | Participate in conference with J. Bair re insurance mediation strategy (.3); | 0.30 | $210.00 |
| 3/21/2023 | Brian Cawley | Analysis re the ability of an injured party to provide notice instead of a policyholder under New York Insurance Law Section 3420 (1.8); draft summary of Section 3420 research (.2); | 2.00 | $840.00 |
| 3/21/2023 | Jesse Bair | Participate in day 1 of mediation session (9.0); | 9.00 | $5,625.00 |
| 3/21/2023 | Jesse Bair | Review B. Cawley email memorandum re notice issues under Section 3420 (.1); | 0.10 | $62.50 |
| 3/21/2023 | Timothy Burns | Participate in day 1 of mediation session (9.0); | 9.00 | $6,300.00 |
| 3/22/2023 | Timothy Burns | Participate in day 2 of mediation session (6.4); | 6.40 | $4,480.00 |
| 3/22/2023 | Timothy Burns | Return travel to Madison from mediation (6.5) [billed at 1/2 travel rate]; | 6.50 | $2,275.00 |
| 3/22/2023 | Jesse Bair | Participate in day 2 of mediation session (6.4); | 6.40 | $4,000.00 |
| 3/22/2023 | Jesse Bair | Return travel to Madison from mediation (6.5) [billed at 1/2 travel rate]; | 6.50 | $2,031.25 |
| 3/23/2023 | Nathan Kuenzi | Participate in team meeting re case status and projects (.2); | 0.20 | $84.00 |
| 3/23/2023 | Leakhena Au | Participate in team meeting re case status and related projects (.2); | 0.20 | $84.00 |
| 3/23/2023 | Nathan Kuenzi | Analyze proofs of claims identified by Catholic Mutual (1.9); | 1.90 | $798.00 |
| 3/23/2023 | Nathan Kuenzi | Draft summary of proofs of claim to inform response to issues raised by Catholic Mutual (.9); | 0.90 | $378.00 |
| 3/23/2023 | Brian Cawley | Participate in team meeting re case status and related projects (.2); | 0.20 | $84.00 |
| 3/23/2023 | Brian Cawley | Additional research re claimant notice requirements under New York Insurance Law Section 3420 (.3); draft summary of research findings (.1); | 0.40 | $168.00 |
| 3/23/2023 | Nathan Kuenzi | Prepare for conference with J. Bair re Catholic Mutual project (.2); participate in discussion with J. Bair re supplemental analysis needed in connection with Catholic Mutual exposure (.2); | 0.40 | $168.00 |
| 3/23/2023 | Timothy Burns | Participate in BB team meeting re case developments and related projects (.2); | 0.20 | $140.00 |
| 3/23/2023 | Jesse Bair | Participate in BB team meeting re case developments and associated projects (.2); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 3/23/2023 | Jesse Bair | Provide instructions to N. Kuenzi re supplemental analysis needed in connection with Catholic Mutual exposure (.2); | 0.20 | $125.00 |
| 3/24/2023 | Timothy Burns | Review B. Cawley email memorandum re Section 3420 notice issues (.1); | 0.10 | $70.00 |
| 3/27/2023 | Jesse Bair | Review correspondence from the mediator re April mediation session (.1); | 0.10 | $62.50 |
| 3/28/2023 | Jesse Bair | Update insurance overview summary in light of most recent mediation session (.2); | 0.20 | $125.00 |
| 3/28/2023 | Jesse Bair | Analyze N. Kuenzi email summary re Catholic Mutual claims and asses potential insurance exposure issues re same (.2); | 0.20 | $125.00 |
| 3/31/2023 | Jesse Bair | Correspondence with L. Kugler re valuation issues re adult abuse claims and insurer exposures re same (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **99.60** | **$52,394.50** |

## EXPENSES

| Date | Description | Amount |
|---|---|---|
| 3/20/2023 | Delta Airlines Wi-Fi, J. Bair | $4.95 |
| 3/20/2023 | Uber, J. Bair and T. Burns (airport to hotel) | $50.10 |
| 3/20/2023 | Hotel, J. Bair (2 nights) | $696.26 |
| 3/20/2023 | Travel meal, J. Bair | $6.89 |
| 3/20/2023 | Hotel, T. Burns (2 nights) | $732.10 |
| 3/20/2023 | Travel meal, T. Burns | $23.56 |
| 3/20/2023 | Travel meal, T. Burns | $18.74 |
| 3/20/2023 | Delta Airlines, J. Bair (MSN-SYR, March 20-23) | $1,036.40 |
| 3/20/2023 | Delta Airlines, T. Burns (MSN-SYR, March 20-23) | $1,036.40 |
| 3/21/2023 | Travel meal, J. Bair | $22.36 |
| 3/22/2023 | Airport parking, J. Bair | $30.00 |
| 3/22/2023 | Airport parking, T. Burns | $30.00 |
| 3/22/2023 | Uber, J. Bair and T. Burns (mediation to airport) | $27.52 |
| **Total Expenses** | | **$3,715.28** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Brian Cawley | 14.10 | $420.00 | $5,922.00 |
| Jesse Bair | 13.80 | $312.50 | $4,312.50 |
| Jesse Bair | 24.00 | $625.00 | $15,000.00 |
| Leakhena Au | 1.40 | $420.00 | $588.00 |
| Nathan Kuenzi | 3.60 | $420.00 | $1,512.00 |
| Timothy Burns | 13.80 | $350.00 | $4,830.00 |
| Timothy Burns | 28.90 | $700.00 | $20,230.00 |

**Total Due This Invoice: $56,109.78**

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

| | |
|---|---|
| **Official Committee of Unsecured Creditors of the Diocese of Syracuse, New York** | **Issue Date :**    5/5/2023<br>**Bill # :**    01145 |

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 4/3/2023 | Jesse Bair | Analyze latest version of insurer exposure analysis in preparation for call with Claro (.2); preliminary review of adult claims filed to date (.1); participate in call with Claro re revised insurer exposure analysis to account for new adult claims (.2); | 0.50 | $312.50 |
| 4/4/2023 | Timothy Burns | Conference with J. Bair re case insurance strategy (.2); | 0.20 | $140.00 |
| 4/4/2023 | Jesse Bair | Review Diocese notice of voluntary dismissal re certain parish insurers (.1); correspondence with R. Kulger re same (.1); | 0.20 | $125.00 |
| 4/4/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy (.2); | 0.20 | $125.00 |
| 4/7/2023 | Timothy Burns | Participate in call with state court counsel re insurance and mediation strategy (.2); participate in conference with J. Bair re same (.1); | 0.30 | $210.00 |
| 4/7/2023 | Jesse Bair | Preliminary review of Claro analysis re Adult Abuse Claims and insurer exposure (.2); correspondence with Claro re additional changes needed in connection with same (.1); | 0.30 | $187.50 |
| 4/7/2023 | Jesse Bair | Conference with T. Burns re insurance strategy issues (.1); | 0.10 | $62.50 |
| 4/7/2023 | Jesse Bair | Correspondence with N. Kuenzi re additional analysis needed of adult abuse claims re insurer exposures (.1); | 0.10 | $62.50 |
| 4/10/2023 | Jesse Bair | Participate in call with Stinson and T. Burns re Plan and insurance strategy (.8); follow-up conference with T. Burns re same and next-steps .2); | 1.00 | $625.00 |
| 4/10/2023 | Jesse Bair | Review L. Kugler correspondence re upcoming Committee meeting and mediation session (.1); | 0.10 | $62.50 |
| 4/10/2023 | Timothy Burns | Participate in call with Stinson and J. Bair re Plan and insurance issues (.8); participate in follow-up conference with J. Bair re same and next-steps (.2); | 1.00 | $700.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/11/2023 | Timothy Burns | Analysis of Plan insurance options and settlement strategies (1.2); call with R. Kugler re same (.4); met with J. Bair re same (.4); work re logistics of mediation (.3); | 2.30 | $1,610.00 |
| 4/11/2023 | Jesse Bair | Participate in conference with T. Burns re Plan insurance options and potential settlement strategies (.4); follow-up correspondence with T. Burns re same and additional case law analysis (.1); | 0.50 | $312.50 |
| 4/12/2023 | Jesse Bair | Participate in conference with T. Burns re consideration of insurance resolution strategy (.1); begin analyzing T. Burns PowerPoint presentation re same (.2); | 0.30 | $187.50 |
| 4/12/2023 | Timothy Burns | Consideration of insurance resolution strategy (.4); call with R. Kugler re same (.1); met with J. Bair re same (.1); prepare PowerPoint re same (.8); email to J. Bair re PowerPoint and meeting re strategy (.1); | 1.50 | $1,050.00 |
| 4/13/2023 | Timothy Burns | Participate in conference with Stinson team and J. Bair re insurance case strategy (.6); participate in post-conference meeting with J. Bair re same and potential next-steps (.1); | 0.70 | $490.00 |
| 4/13/2023 | Jesse Bair | Participate in conference with Stinson team and T. Burns re insurance case strategy (.6); participate in post-conference meeting with T. Burns re same and potential next-steps (.1); | 0.70 | $437.50 |
| 4/13/2023 | Jesse Bair | Review and edit T. Burns PowerPoint presentation re case insurance strategy (.4); | 0.40 | $250.00 |
| 4/14/2023 | Alyssa Turgeon | Create Syracuse mediation prep binder for T. Burns (.5); | 0.50 | $180.00 |
| 4/14/2023 | Jesse Bair | Prepare for Committee and state court counsel meeting (.1); participate in state court counsel and Committee meeting re meditation strategy for insurance purposes (.9); | 1.00 | $625.00 |
| 4/14/2023 | Jesse Bair | Review updated Claro analysis re revised insurer exposure incorporating adult claims (.1); | 0.10 | $62.50 |
| 4/14/2023 | Jesse Bair | Revise insurance overview chart (.1); draft insurance omnibus summary in preparation for upcoming mediation (.3); | 0.40 | $250.00 |
| 4/14/2023 | Nathan Kuenzi | Analyze recently filed adult proofs of claim and assess potential coverage for same (.6); | 0.60 | $252.00 |
| 4/14/2023 | Nathan Kuenzi | Draft summary of potential coverage implicated by adult proofs of claim for J. Bair (.4); | 0.40 | $168.00 |
| 4/14/2023 | Timothy Burns | Participate in state court counsel and Committee meeting re meditation strategy for insurance purposes (.9); | 0.90 | $630.00 |
| 4/16/2023 | Timothy Burns | Reviewed research memo and PowerPoint re potential avenues of recovery against insurers in bankruptcy (.6); | 0.60 | $420.00 |
| 4/17/2023 | Timothy Burns | Travel from Madison to Syracuse for mediation [billed at 1/2 travel rate] (7.9); | 7.90 | $2,765.00 |
| 4/18/2023 | Timothy Burns | Participate in day 1 of mediation session (8.3); | 8.30 | $5,810.00 |
| 4/19/2023 | Timothy Burns | Participate in day 2 of mediation session (5.5); | 5.50 | $3,850.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 4/19/2023 | Timothy Burns | Return travel to Madison from mediation [billed at 1/2 travel rate] (6.6); | 6.60 | $2,310.00 |
| 4/19/2023 | Jesse Bair | Review and respond to correspondence with T. Burns re settlement status and mediation session outcome (.2); | 0.20 | $125.00 |
| 4/20/2023 | Timothy Burns | Participate in call with J. Bair re settlement status and developments (.1); | 0.10 | $70.00 |
| 4/20/2023 | Jesse Bair | Participate in call with T. Burns re settlement status and developments (.1); | 0.10 | $62.50 |
| 4/21/2023 | Jesse Bair | Analyze the mediator's proposal (.1); review correspondence with R. Kugler and state court counsel re same (.1); | 0.20 | $125.00 |
| 4/22/2023 | Jesse Bair | Review correspondence with state court counsel re mediator's proposal (.1); | 0.10 | $62.50 |
| 4/25/2023 | Timothy Burns | Participate in meeting with state court counsel, the Committee, and Stinson for insurance purposes re mediator's proposal and case next-steps (.6); | 0.60 | $420.00 |
| 4/25/2023 | Jesse Bair | Prepare for state court counsel and Committee meeting (.1); participate in meeting with state court counsel, the Committee, and Stinson for insurance purposes re mediator's proposal and case next-steps (.6); | 0.70 | $437.50 |
| 4/25/2023 | Jesse Bair | Review R. Kugler and state court counsel correspondence re insurer prompt payment requirements (.1); | 0.10 | $62.50 |
| 4/26/2023 | Jesse Bair | Review correspondence from the mediator re acceptance of the mediator's proposal (.1); | 0.10 | $62.50 |
| 4/26/2023 | Timothy Burns | Review correspondence with mediator re acceptance of mediator's proposal (.1); | 0.10 | $70.00 |
| 4/27/2023 | Jesse Bair | Participate in conference with T. Burns re next-steps re case insurance strategy (.1); | 0.10 | $62.50 |
| 4/27/2023 | Timothy Burns | Participate in conference with J. Bair re next-steps re case insurance strategy (.1); | 0.10 | $70.00 |
| 4/28/2023 | Jesse Bair | Correspondence with B. Horn re preparation of BB's fourth interim fee application (.1); | 0.10 | $62.50 |
| 4/29/2023 | Jesse Bair | Review correspondence from the mediator re upcoming insurance mediation session (.1); | 0.10 | $62.50 |
| 4/30/2023 | Jesse Bair | Correspondence with T. Burns re upcoming insurance mediation session (.1); | 0.10 | $62.50 |

| **Total Hours and Fees** | | | **46.00** | **$26,090.00** |

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 4/1/2023 | First Quarter 2023 PACER (Public Access to Court Electronic Records) | $80.90 |
| 4/17/2023 | Delta Airlines, T. Burns (MSN-SYR April 17) | $748.20 |
| 4/17/2023 | Uber, T. Burns (airport to hotel) | $32.73 |
| 4/17/2023 | Hotel, T. Burns (2 nights) | $509.60 |

| Date | Description | Amount |
|---|---|---|
| 4/17/2023 | Travel meal, T. Burns | $6.01 |
| 4/18/2023 | Travel meal, T. Burns | $6.01 |
| 4/19/2023 | Travel meal, T. Burns | $18.26 |
| 4/19/2023 | Travel meal, T. Burns | $4.63 |
| 4/19/2023 | Travel meal, T. Burns | $18.78 |
| 4/19/2023 | Travel meal, T. Burns | $4.00 |
| 4/19/2023 | Uber, T. Burns (mediation to airport) | $34.47 |
| 4/19/2023 | United Airlines, T. Burns (SYR-MSN April 19) | $504.20 |
| **Total Expenses** | | **$1,967.79** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 0.50 | $360.00 | $180.00 |
| Jesse Bair | 7.80 | $625.00 | $4,875.00 |
| Nathan Kuenzi | 1.00 | $420.00 | $420.00 |
| Timothy Burns | 14.50 | $350.00 | $5,075.00 |
| Timothy Burns | 22.20 | $700.00 | $15,540.00 |

**Total Due This Invoice: $28,057.79**

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
the Diocese of Syracuse, New York**

**Issue Date :**   6/7/2023

**Bill # :**      01152

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 5/1/2023 | Nathan Kuenzi | Participate in BB team conference re case developments and projects (.1); | 0.10 | $42.00 |
| 5/1/2023 | Leakhena Au | Participate in BB team meeting re case developments and projects (.1); | 0.10 | $42.00 |
| 5/1/2023 | Timothy Burns | Conference with internal team re case assignments and strategy (.1); review correspondence from the mediator re June mediation session (.1); | 0.20 | $140.00 |
| 5/1/2023 | Brian Cawley | Participate in BB team meeting re case developments and projects (.1); | 0.10 | $42.00 |
| 5/1/2023 | Jesse Bair | Participate in BB team conference re case developments and projects (.1); | 0.10 | $62.50 |
| 5/3/2023 | Jesse Bair | Review Mediation Session Directive received from the mediator (.1); review follow-up correspondence with the mediator re same and attendance of particular insurers (.1); | 0.20 | $125.00 |
| 5/4/2023 | Jesse Bair | Review E. Caldie correspondence re non-monetary settlement issues (.1); | 0.10 | $62.50 |
| 5/8/2023 | Timothy Burns | Conference with J. Bair re insurance adversary proceeding issues (.1); participate in supplemental conference with J. Bair re insurance mediation strategy (.3); participate in call with R. Kugler and J. Bair re insurance mediation and litigation strategy (.6); | 1.00 | $700.00 |
| 5/8/2023 | Jesse Bair | Participate in conference with T. Burns re insurance adversary proceeding issues (.1); participate in supplemental conference with T. Burns re insurance mediation strategy (.3); participate in call with R. Kugler and T. Burns re insurance mediation and litigation strategy (.6); | 1.00 | $625.00 |
| 5/9/2023 | Jesse Bair | Analysis re potential next-steps for insurance litigation and settlement strategy (.3); provide instructions to L. Au re preparing presentation summarizing same (.2); | 0.50 | $312.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 5/9/2023 | Leakhena Au | Draft PowerPoint presentation re insurance litigation and settlement strategy (3.1); | 3.10 | $1,302.00 |
| 5/10/2023 | Jesse Bair | Review and edit BB's fourth interim fee application (.6); | 0.60 | $375.00 |
| 5/10/2023 | Leakhena Au | Continue drafting PowerPoint presentation re insurance litigation and settlement strategy (1.5); | 1.50 | $630.00 |
| 5/11/2023 | Jesse Bair | Correspondence with L. Kugler re BB's fourth interim fee application (.1); | 0.10 | $62.50 |
| 5/15/2023 | Timothy Burns | Participate in conferences with J. Bair re insurance case strategy (.3); participate in call with state court counsel and J. Bair re case insurance strategy (.1); participate in call with state court counsel and J. Bair re Arrowood strategy (.3); additional analysis re Arrowood strategy issues (.1); | 0.80 | $560.00 |
| 5/15/2023 | Jesse Bair | Participate in conferences with T. Burns re insurance case strategy (.3); | 0.30 | $187.50 |
| 5/15/2023 | Jesse Bair | Participate in call with state court counsel and T. Burns re case insurance strategy (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Analysis regarding potential Arrowood project (.1); | 0.10 | $62.50 |
| 5/15/2023 | Jesse Bair | Participate in conference with T. Burns and state court counsel re Arrowood strategy (.3); | 0.30 | $187.50 |
| 5/16/2023 | Jesse Bair | Correspondence with the mediator re call to discuss insurance issues (.1); | 0.10 | $62.50 |
| 5/16/2023 | Jesse Bair | Review correspondence with L. Kugler re June mediation sessions (.1); | 0.10 | $62.50 |
| 5/16/2023 | Jesse Bair | Participate in conference with T. Burns and L. Au re Arrowood strategy (.1); | 0.10 | $62.50 |
| 5/16/2023 | Leakhena Au | Participate in conference with T. Burns and J. Bair re Arrowood strategy (.1); | 0.10 | $42.00 |
| 5/16/2023 | Timothy Burns | Met with J. Bair and L. Au re Arrowood strategy and assignments (.1); | 0.10 | $70.00 |
| 5/17/2023 | Timothy Burns | Prepare for call with the mediator re case insurance issues (.3); participate in call with the mediator and J. Bair re case insurance issues (.7); | 1.00 | $700.00 |
| 5/17/2023 | Jesse Bair | Review and edit draft PowerPoint presentation re potential insurance litigation and settlement strategies(.6); | 0.60 | $375.00 |
| 5/17/2023 | Jesse Bair | Prepare for call with mediator re case insurance issues (.1); | 0.10 | $62.50 |
| 5/17/2023 | Jesse Bair | Participate in call with the mediator and T. Burns re case insurance issues (.7); | 0.70 | $437.50 |
| 5/23/2023 | Jesse Bair | Correspondence with R. Kugler re call to discuss insurance developments (.1); | 0.10 | $62.50 |
| 5/23/2023 | Timothy Burns | Review correspondence with Stinson and J. Bair re insurance case strategy meeting (.1); additional analysis of insurance litigation strategies in connection with same (.1); | 0.20 | $140.00 |
| 5/24/2023 | Jesse Bair | Review notice of hearing re professional fee applications and correspond with L. Kugler re same (.1); | 0.10 | $62.50 |

| 5/25/2023 | Timothy Burns | Prepare for call with Stinson team re case insurance strategy (.1); participate in call with Stinson team and J. Bair re same (.4); | 0.50 | $350.00 |
| 5/25/2023 | Jesse Bair | Prepare for call with Stinson team re case insurance strategy (.1); participate in call with Stinson team and T. Burns re same (.4); | 0.50 | $312.50 |
| 5/26/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy and next-steps (.1); correspondence with J. Murray re call to discuss insurance issues (.1); | 0.20 | $125.00 |
| 5/26/2023 | Timothy Burns | Conference with J. Bair re case insurance strategy (.1); review correspondence re call with Diocese to discuss same (.1); | 0.20 | $140.00 |
| 5/30/2023 | Timothy Burns | Participate in call with J. Bair and state court counsel re case insurance developments (.1); | 0.10 | $70.00 |
| 5/30/2023 | Jesse Bair | Participate in call with T. Burns and state court counsel re case insurance developments (.1); | 0.10 | $62.50 |
| 5/31/2023 | Timothy Burns | Review correspondence from S. Donato re mediation and insurance (.1); met with J. Bair re same (.1); review correspondence with R. Kugler re same (.1); | 0.30 | $210.00 |
| 5/31/2023 | Jesse Bair | Correspondence with the Diocese re call to discuss case insurance issues (.1); | 0.10 | $62.50 |
| 5/31/2023 | Jesse Bair | Correspondence with R. Kugler re insurance case developments (.1); | 0.10 | $62.50 |

**Total Hours and Fees** 15.70 **$9,117.50**

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Brian Cawley | 0.10 | $420.00 | $42.00 |
| Jesse Bair | 6.30 | $625.00 | $3,937.50 |
| Leakhena Au | 4.80 | $420.00 | $2,016.00 |
| Nathan Kuenzi | 0.10 | $420.00 | $42.00 |
| Timothy Burns | 4.40 | $700.00 | $3,080.00 |

**Total Due This Invoice: $9,117.50**

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
the Diocese of Syracuse, New York**

**Issue Date :**    7/20/2023

**Bill # :**      01166

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 6/1/2023 | Jesse Bair | Prepare for insurance meeting with the Diocese (.1); correspondence with J. Murray and T. Burns re same (.1); | 0.20 | $125.00 |
| 6/6/2023 | Timothy Burns | Participate in call with Stinson team and J. Bair re insurance case developments and next-steps (.2); follow-up analysis in connection with same (.1); | 0.30 | $210.00 |
| 6/6/2023 | Jesse Bair | Listen to voice-message from Diocese counsel re insurance meeting (.1); correspondence with the Diocese re same (.1); | 0.20 | $125.00 |
| 6/6/2023 | Jesse Bair | Participate in call with Stinson team and T. Burns re insurance case developments and next-steps (.2); | 0.20 | $125.00 |
| 6/7/2023 | Jesse Bair | Correspondence with J. Murray re meeting to discuss case insurance issues (.1); | 0.10 | $62.50 |
| 6/7/2023 | Leakhena Au | Review and send follow up research regarding number of occurrences issue (.2); | 0.20 | $84.00 |
| 6/7/2023 | Timothy Burns | Conference with J. Bair re settlement efforts (.1); reviewed correspondence from J. Bair to opposing counsel re same (.1); reviewed additional correspondence re settlement discussions (.1); responded to correspondence re upcoming mediation (.1); | 0.40 | $280.00 |
| 6/10/2023 | Timothy Burns | Reviewed email from L. Kugler re pre-mediation Committee meeting (.1); | 0.10 | $70.00 |
| 6/10/2023 | Jesse Bair | Review L. Kugler correspondence re upcoming Committee meeting (.1); | 0.10 | $62.50 |
| 6/10/2023 | Jesse Bair | Correspondence with L. Kugler re adjourned hearing on next round of Committee interim fee applications (.1); | 0.10 | $62.50 |
| 6/12/2023 | Timothy Burns | Participate in call with R. Kugler re Arrowood issues (.4); post-call with J. Bair re same (.1); | 0.50 | $350.00 |
| 6/12/2023 | Jesse Bair | Participate in conference with T. Burns re Arrowood issues and strategy (.1); additional analysis re strategy in connection with same (.1); | 0.20 | $125.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/13/2023 | Timothy Burns | Participate in additional call with R. Kugler re Arrowood strategy (.2); participate in call with J. Bair re same (.1); | 0.30 | $210.00 |
| 6/13/2023 | Jesse Bair | Participate in call with T. Burns re Arrowood strategy (.1); | 0.10 | $62.50 |
| 6/13/2023 | Jesse Bair | Draft revised insurance overview and summary materials for use during upcoming mediation (.6); | 0.60 | $375.00 |
| 6/14/2023 | Jesse Bair | Participate in call with T. Burns re Delaware mandamus proceedings against Arrowood (.2); | 0.20 | $125.00 |
| 6/14/2023 | Jesse Bair | Participate in call with T. Burns re case developments and insurance strategy for upcoming mediation (.2); | 0.20 | $125.00 |
| 6/14/2023 | Timothy Burns | Detailed review of Arrowood materials from writ of mandamus proceeding filed against Arrowood in Delaware and unfair claims practices action filed against Arrowood in North Carolina (2.6); participate in call with J. Bair re re same (.2); participate in call with R. Kugler re insurance developments and call from the Diocese (.2); participate in call with J. Bair re same (.2); work and analysis in connection with Arrowood regulatory issues and supervision of Arrowood by Delaware insurance commissioner (.8); | 4.00 | $2,800.00 |
| 6/15/2023 | Timothy Burns | Participate in call with state court counsel re insurance mediation and case strategy (.2); participate in call with R. Kugler re same (.2); participate in call with J. Bair re same (.1); | 0.50 | $350.00 |
| 6/15/2023 | Jesse Bair | Participate in call with T. Burns re insurance mediation and case strategy (.1); | 0.10 | $62.50 |
| 6/19/2023 | Timothy Burns | Additional analysis in connection with Arrowood regulatory issues and supervision of Arrowood by Delaware insurance commissioner (.3); correspondence with J. Bair and state court counsel re Arrowood claims count (.1); | 0.40 | $280.00 |
| 6/19/2023 | Jesse Bair | Analysis re Arrowood claim count (.1); correspondence with T. Burns re same (.1); | 0.20 | $125.00 |
| 6/20/2023 | Timothy Burns | Participate in conference with J. Bair re mediation strategy and Arrowood issues (.2); | 0.20 | $140.00 |
| 6/20/2023 | Jesse Bair | Participate in conference with T. Burns re mediation strategy and Arrowood issues (.2); | 0.20 | $125.00 |
| 6/20/2023 | Jesse Bair | Additional analysis of insurer exposures in advance of upcoming mediation (.2); correspondence with Stinson team re insurance overview (.1); | 0.30 | $187.50 |
| 6/21/2023 | Timothy Burns | Review and respond to correspondence from Diocese re insurance meeting (.2); participate in call with state court counsel re same (.2); participate in call with R. Kugler re same (.2); | 0.60 | $420.00 |
| 6/21/2023 | Jesse Bair | Review correspondence with the Diocese re meeting to discuss case insurance issues (.1); | 0.10 | $62.50 |
| 6/21/2023 | Jesse Bair | Begin preparations for upcoming mediation (.1); | 0.10 | $62.50 |
| 6/22/2023 | Timothy Burns | Review and acted on correspondence from the Diocese re insurance meeting (.1); review J. Bair's insurance settlement overview (.1); | 0.20 | $140.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 6/22/2023 | Jesse Bair | Review correspondence with state court counsel re insurance mediation issues (.1); | 0.10 | $62.50 |
| 6/23/2023 | Jesse Bair | Participate in conference with T. Burns re insurance mediation strategy (.1); | 0.10 | $62.50 |
| 6/23/2023 | Jesse Bair | Participate in conference with T. Burns re preparations for upcoming Committee meeting (.1); participate in call with R. Kugler and T. Burns re same and case developments (.2); | 0.30 | $187.50 |
| 6/23/2023 | Jesse Bair | Participate in Committee meeting for insurance purposes re mediation strategy (.8); | 0.80 | $500.00 |
| 6/23/2023 | Jesse Bair | Participate in call with the Diocese, parish counsel, T. Burns, and R. Kugler re case insurance issues (.7); participate in post call with R. Kugler and T. Burns re same and next-steps (.4); | 1.10 | $687.50 |
| 6/23/2023 | Timothy Burns | Participate in conference with J. Bair re insurance mediation strategy (.1); participate in additional conference with J. Bair re upcoming Committee meeting (.1); participate in call with J. Bair and R. Kugler re same and case developments (.2); participate in Committee meeting re insurance mediation strategy (.8); participate in call with Debtor and parish counsel re case insurance issues (.7); participate in post call with R. Kugler and J. Bair re insurance next steps (.4); additional insurance analysis in preparation for upcoming mediation (.1); | 2.40 | $1,680.00 |
| 6/24/2023 | Jesse Bair | Analysis re Committee insurance interventions issues (.5); correspondence with L. Au re same and drafting Committee intervention issues (.2); | 0.70 | $437.50 |
| 6/26/2023 | Leakhena Au | Draft Committee motion to intervene in the insurance adversary proceeding (5.1); | 5.10 | $2,142.00 |
| 6/26/2023 | Timothy Burns | Participate in conference with J. Bair re mediation preparations, overall insurance strategy, and next-steps (.3); | 0.30 | $210.00 |
| 6/26/2023 | Jesse Bair | Travel to Syrcause from Madison for mediation [billed at 1/2 travel rate] (7.3); | 7.30 | $2,281.25 |
| 6/26/2023 | Jesse Bair | Participate in conference with T. Burns re mediation preparations, overall insurance strategy, and next-steps (.3); | 0.30 | $187.50 |
| 6/26/2023 | Timothy Burns | Travel to mediation in Syracuse from Madison [billed at 1/2 travel rate] (7.5); | 7.50 | $2,625.00 |
| 6/27/2023 | Nathan Kuenzi | Analysis re coverage and valuation issues in connection with preparing insurance demand letters on TNCRRG and Catholic Mutual (.8); | 0.80 | $336.00 |
| 6/27/2023 | Timothy Burns | Prepare for mediation with J. Bair (.3); participate in full-day mediation session (9.8); | 10.10 | $7,070.00 |
| 6/27/2023 | Jesse Bair | Participate in full-day mediation session (9.8); | 9.80 | $6,125.00 |
| 6/27/2023 | Jesse Bair | Correspondence with Claro re revised insurer claim count (.1); | 0.10 | $62.50 |
| 6/27/2023 | Jesse Bair | Additional analysis re Catholic Mutual exposure (.1); provide instructions to L. Au re drafting Catholic Mutual insurance demands (.2); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Fees |
|------|------|-------------|-------|------|
| 6/27/2023 | Jesse Bair | Prepare for day 2 mediation session with T. Burns (.3); | 0.30 | $187.50 |
| 6/27/2023 | Leakhena Au | Draft proposed order for Committee motion to intervene (1.3); | 1.30 | $546.00 |
| 6/28/2023 | Jesse Bair | Participate in day 2 of mediation session (6.8); | 6.80 | $4,250.00 |
| 6/28/2023 | Jesse Bair | Return travel from Syrcause mediation to Madison [billed at 1/2 travel rate] (7.1); | 7.10 | $2,218.75 |
| 6/28/2023 | Alyssa Turgeon | Assist L. Au with drafting insurance demand letters on TNCRRG and Catholic Mutual (1.5); | 1.50 | $540.00 |
| 6/28/2023 | Leakhena Au | Draft insurance demand letters on TNCRRG and Catholic Mutual (4.3); | 4.30 | $1,806.00 |
| 6/28/2023 | Timothy Burns | Participate in day 2 of mediation session (6.8); | 6.80 | $4,760.00 |
| 6/28/2023 | Timothy Burns | Return travel to Madison from Syracuse mediation [billed at 1/2 travel rate] (7.1); | 7.10 | $2,485.00 |
| 6/29/2023 | Jesse Bair | Analyze Claro presentation re CVA claims valuation issues (.2); answer Claro question re Travelers exposure issue (.1); additional analysis re insurer claim count (.1); | 0.40 | $250.00 |
| 6/29/2023 | Jesse Bair | Additional analysis re potential Travelers demand letters (.2); | 0.20 | $125.00 |
| 6/29/2023 | Jesse Bair | Analysis re insurance next-steps in light of recent mediation session outcome (.2); | 0.20 | $125.00 |
| 6/29/2023 | Timothy Burns | Review correspondence with BB team and Claro re claims valuation (.2); review correspondence with BB team re insurance demand letters (.2); review claims data spreadsheet from Claro (.1); | 0.50 | $350.00 |
| 6/30/2023 | Timothy Burns | Exchange correspondence with the mediator re Arrowood issues (.1); | 0.10 | $70.00 |
| 6/30/2023 | Jesse Bair | Review and respond to correspondence with state court counsel re TNCRRG settlement issues (.2); | 0.20 | $125.00 |
| 6/30/2023 | Jesse Bair | Review correspondence with the Committee and state court counsel re mediation and litigation next-steps (.1); | 0.10 | $62.50 |
| 6/30/2023 | Jesse Bair | Review correspondence with the mediator re Arrowood claim monitor issues (.1); | 0.10 | $62.50 |
| **Total Hours and Fees** | | | **95.00** | **$50,141.50** |

## EXPENSES

| Date | Description | Amount |
|------|-------------|--------|
| 6/26/2023 | Delta Airlines, T. Burns (MSN-SYR June 26-28) | $1,276.40 |
| 6/26/2023 | Hotel, T. Burns (2 nights) | $521.36 |
| 6/26/2023 | Hotel, J. Bair (2 nights) | $521.36 |
| 6/26/2023 | Travel meal, J. Bair and T. Burns | $73.32 |
| 6/26/2023 | Delta WiFi Onboard, J. Bair | $4.95 |
| 6/26/2023 | Uber, J. Bair (airport to hotel) | $79.53 |
| 6/26/2023 | Travel meal, T. Burns | $9.45 |
| 6/26/2023 | Delta Airlines, J. Bair (MSN-SYR June 26-28) | $1,026.40 |
| 6/28/2023 | Travel meal, T. Burns | $20.94 |
| 6/28/2023 | Travel meal, T. Burns | $21.10 |

| | | |
|---|---|---|
| 6/28/2023 | Travel meal, J. Bair | $12.00 |
| 6/28/2023 | Travel meal, J. Bair | $20.59 |
| 6/28/2023 | Airport parking, J. Bair | $30.00 |
| **Total Expenses** | | **$3,617.40** |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alyssa Turgeon | 1.50 | $360.00 | $540.00 |
| Jesse Bair | 14.40 | $312.50 | $4,500.00 |
| Jesse Bair | 25.10 | $625.00 | $15,687.50 |
| Leakhena Au | 10.90 | $420.00 | $4,578.00 |
| Nathan Kuenzi | 0.80 | $420.00 | $336.00 |
| Timothy Burns | 14.60 | $350.00 | $5,110.00 |
| Timothy Burns | 27.70 | $700.00 | $19,390.00 |

**Total Due This Invoice: $53,758.90**



10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of
the Diocese of Syracuse, New York**

**Issue Date :**      8/23/2023

**Bill # :**           01194

**Matter:** Insurance

### PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|------|-----------|-----------|-------|--------|
| 7/1/2023 | Jesse Bair | Review correspondence from Committee member re insurance and case strategy (.1); | 0.10 | $62.50 |
| 7/5/2023 | Timothy Burns | Reviewed BB emails re assignment and organization of partial summary judgment briefing (.2); | 0.20 | $140.00 |
| 7/5/2023 | Leakhena Au | Draft motion for partial summary judgment on OLT coverage issues (4.3); | 4.30 | $1,806.00 |
| 7/5/2023 | Katie Sticklen | Research updated premises endorsement caselaw in New York for OLT summary judgment motion (2.4); | 2.40 | $907.20 |
| 7/5/2023 | Jesse Bair | Detailed analysis re Travelers' OLT argument and responses to same (.6); provide instructions to L. Au re preparing partial motion for summary judgment on the OLT issue (.3); | 0.90 | $562.50 |
| 7/5/2023 | Jesse Bair | Participate in call with state court counsel re LMI exposure and settlement strategy (.4); conduct supplemental analysis re LMI exposure in response to call (.5); additional correspondence with state court counsel re results of supplemental analysis (.1); | 1.00 | $625.00 |
| 7/6/2023 | Jesse Bair | Analysis re Midland liquidation issues and Guarantee Fund Access (.2); correspondence with state court counsel re same (.1); | 0.30 | $187.50 |
| 7/6/2023 | Katie Sticklen | Continue researching updated premises endorsement caselaw in New York for OLT summary judgment motion (1.0); draft email memorandum summarizing OLT research results (.8); | 1.80 | $680.40 |
| 7/6/2023 | Leakhena Au | Review research findings by K. Sticklen and conduct additional caselaw research on OLT policies in NY (2.6); continue drafting motion for partial summary judgment on OLT policies (4.9); | 7.50 | $3,150.00 |
| 7/6/2023 | Jesse Bair | Participate in detailed conference with T. Burns re LMI strategy, insurance demand letters, and potential summary judgment motions against the insurers (.7); | 0.70 | $437.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/6/2023 | Timothy Burns | Participate in detailed conference with J. Bair re LMI strategy, insurance demand letters, and potential summary judgment motions against the insurers(.7); participate in call with state court counsel re same (.3); participate in post-call with J. Bair re same (.2); review correspondence from BB to state court counsel re Midland analysis (.1); review email analysis of Claro re Travelers' claims (.2). | 1.50 | $1,050.00 |
| 7/6/2023 | Jesse Bair | Participate in supplemental conference with T. Burns re outcome of call with state court counsel and LMI settlement strategy (.2); | 0.20 | $125.00 |
| 7/7/2023 | Alyssa Turgeon | Review and edit motion for partial summary judgment on OLT issue, including completion of cite-check re same (2.0); | 2.00 | $720.00 |
| 7/7/2023 | Leakhena Au | Continue drafting motion for partial summary judgment on OLT coverage (3.2); provide instructions to A. Turgeon and K. Dempski re additional edits needed to same (.3); | 3.50 | $1,470.00 |
| 7/7/2023 | Karen Dempski | Edit motion for partial summary judgment re local court requirements (.3); | 0.30 | $108.00 |
| 7/8/2023 | Leakhena Au | Revise draft partial motion for summary judgment on OLT policies (1.3); | 1.30 | $546.00 |
| 7/10/2023 | Brian Cawley | Analyze coverage details in connection with upcoming insurance demand letters (.3); | 0.30 | $126.00 |
| 7/11/2023 | Brian Cawley | Analyze materials relevant to number of occurrence issue (.7); begin outlining and summarizing number of occurrence issue for upcoming motion for summary judgment re same (2.6); | 3.30 | $1,386.00 |
| 7/11/2023 | Jesse Bair | Participate in call with T. Burns re insurance case updates and next-steps (.1); | 0.10 | $62.50 |
| 7/11/2023 | Jesse Bair | Analysis re number of occurrence issue in connection with Travelers' coverage position (.2); correspondence with B. Cawley re drafting partial summary judgment motion concerning same (.1); | 0.30 | $187.50 |
| 7/11/2023 | Jesse Bair | Analysis re consent to settle issue in connection with LMI/Interstate's coverage position (.2); correspondence with L. Au and B. Cawley re drafting partial summary judgment motion concerning same (.1); | 0.30 | $187.50 |
| 7/11/2023 | Timothy Burns | Participate in call with R. Kugler re case developments (.1); review correspondence from J. Bair re partial summary judgment briefing (.2); participate in call with J. Bair re insurance case update and next-steps (.1); review correspondence from Claro re mediation projects (.1); | 0.50 | $350.00 |
| 7/11/2023 | Leakhena Au | Begin drafting motion for partial summary judgment re consent to settle issue in connection with LMI/Interstate's coverage position (2.0); | 2.00 | $840.00 |
| 7/12/2023 | Leakhena Au | Continue drafting motion for partial summary judgment re consent to settle issue in connection with LMI/Interstate's coverage position (3.1); | 3.10 | $1,302.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 7/12/2023 | Brian Cawley | Begin drafting motion for partial summary judgment on number of occurrences issue (4.7); | 4.70 | $1,974.00 |
| 7/12/2023 | Timothy Burns | Participate in calls with state court counsel re LMI's recent settlement offer (.3); | 0.20 | $140.00 |
| 7/12/2023 | Jesse Bair | Analysis re LMI's recent mediation offer (.1); | 0.10 | $62.50 |
| 7/13/2023 | Jesse Bair | Prepare for hearing on interim professional fee applications (.2); participate in hearing on interim professional fee applications (.9); | 1.10 | $687.50 |
| 7/13/2023 | Leakhena Au | Continue drafting motion for partial summary judgment re consent to settle issue in connection with LMI/Interstate's coverage position (4.8); | 4.80 | $2,016.00 |
| 7/13/2023 | Brian Cawley | Analysis of LMI/Interstate policy provisions in connection with consent to settlement partial summary judgment motion (.6); | 0.60 | $252.00 |
| 7/13/2023 | Brian Cawley | Supplemental research and analysis of New York case law regarding number of occurrences issue (2.5); | 2.50 | $1,050.00 |
| 7/14/2023 | Brian Cawley | Continue drafting motion for partial summary judgment on number of occurrence issue (2.1); continue analyzing New York case law in connection with same (1.4); | 3.50 | $1,470.00 |
| 7/14/2023 | Jesse Bair | Review L. Kugler correspondence re upcoming Committee meeting (.1); | 0.10 | $62.50 |
| 7/14/2023 | Leakhena Au | Finalize draft partial summary judgment motion on consent to settle in connection with LMI/Interstate (.4); | 0.40 | $168.00 |
| 7/15/2023 | Brian Cawley | Continue drafting motion for partial summary judgment on number of occurrence issue (1.7); | 1.70 | $714.00 |
| 7/17/2023 | Leakhena Au | Draft insurance demand letters re Travelers and LMI/ Interstate claims (4.3); | 4.30 | $1,806.00 |
| 7/17/2023 | Nathan Kuenzi | Prepare for conference with J. Bair re insurance demand letters (.1); participate in conference with J. Bair re drafting same (.1); | 0.20 | $84.00 |
| 7/17/2023 | Nathan Kuenzi | Analyze POC allegations and draft Arrowood insurance demand letters (3.6); | 3.60 | $1,512.00 |
| 7/17/2023 | Brian Cawley | Additional drafting of motion for partial summary judgment on number of occurrence issue (4.0); conduct supplemental case law research in connection with same (1.9); | 5.90 | $2,478.00 |
| 7/17/2023 | Jesse Bair | Draft Order approving BB's interim fee application (.1); draft letter to the Court re same and providing requested information (.2); correspondence with L. Kugler re same (.1); | 0.50 | $312.50 |
| 7/17/2023 | Jesse Bair | Continue analysis regarding potential Travelers insurance demands (.4); provide instructions to L. Au re drafting same (.2); | 0.60 | $375.00 |
| 7/17/2023 | Jesse Bair | Analysis re potential Arrowood insurance demands (.7); provide instructions to N. Kuenzi re drafting same (.1); | 0.80 | $500.00 |

| | | | | |
|---|---|---|---|---|
| 7/17/2023 | Jesse Bair | Analysis re potential LMI and Interstate insurance demands (.9); correspondence with N. Kuenzi and L. Au re drafting same (.1); answer follow-up questions from L. Au re same (.1); | 1.10 | $687.50 |
| 7/18/2023 | Jesse Bair | Additional analysis re potential supplemental Travelers demand letters (.4); correspondence with L. Au re same (.1); | 0.50 | $312.50 |
| 7/18/2023 | Leakhena Au | Draft additional Travelers insurance demand letters (1.9); | 1.90 | $798.00 |
| 7/19/2023 | Brian Cawley | Additional analysis of Travelers policy provisions in connection with summary judgment motion (.9); additional analysis of case law research in connection with same (2.3); continue drafting partial summary judgment motion on number of occurrences issue (1.7); | 4.90 | $2,058.00 |
| 7/19/2023 | Jesse Bair | Review draft press release re Committee/Diocese Plan (.1); | 0.10 | $62.50 |
| 7/19/2023 | Jesse Bair | Review correspondence with Claro re outstanding data requests in connection with claim valuation and insurer allocation issues (.1); | 0.10 | $62.50 |
| 7/20/2023 | Jesse Bair | Participate in conference with T. Burns re insurance strategy (.2); | 0.20 | $125.00 |
| 7/20/2023 | Jesse Bair | Answer B. Cawley question re number of occurrences summary judgment brief (.1); | 0.10 | $62.50 |
| 7/20/2023 | Timothy Burns | Participate in conference with J. Bair re case insurance strategy (.2); participate in call with state court counsel re same (.1); | 0.30 | $210.00 |
| 7/20/2023 | Brian Cawley | Continue analyzing number of occurrences case law and Travelers policy provisions in connection with summary judgment brief (1.3); finish drafting motion for partial summary judgment on number of occurrences issue (5.4); conference with J. Bair re questions re same (.1); | 6.80 | $2,856.00 |
| 7/24/2023 | Jesse Bair | Participate in conference with Stinson team and state court counsel re case insurance strategy (.6): | 0.60 | $375.00 |
| 7/24/2023 | Timothy Burns | Participate in conference with Stinson team and state court counsel re case insurance strategy (.6): | 0.60 | $420.00 |
| 7/26/2023 | Jesse Bair | Review correspondence with the Committee, Stinson, and state court counsel re issues re Diocesan settlement announcement (.1); | 0.10 | $62.50 |
| 7/27/2023 | Jesse Bair | Review additional correspondence with R. Kugler and state court counsel re Diocesan settlement (.1); | 0.10 | $62.50 |
| 7/27/2023 | Jesse Bair | Participate in call with R. Kugler and E. Caldie re insurance strategy and next-steps re same (.2); | 0.20 | $125.00 |
| 7/28/2023 | Timothy Burns | Participate in detailed call with Stinson team re case strategy, planning, and assignments (.8); | 0.80 | $560.00 |
| 7/29/2023 | Timothy Burns | Reviewed and revised task list from R. Kugler re case management and strategy (.3); | 0.30 | $210.00 |
| 7/31/2023 | Nathan Kuenzi | Analysis of Arrowood information in connection with Rule 2004 requests to Arrowood (.2); | 0.20 | $84.00 |

| 7/31/2023 | Brian Cawley | Begin preparing Arrowood Rule 2004 examination requests and topics (.4); | 0.40 | $168.00 |

| **Total Hours and Fees** | | | **92.80** | **$41,984.60** |

## Timekeeper Summary

| <u>Name</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| Alyssa Turgeon | 2.00 | $360.00 | $720.00 |
| Brian Cawley | 34.60 | $420.00 | $14,532.00 |
| Jesse Bair | 10.20 | $625.00 | $6,375.00 |
| Karen Dempski | 0.30 | $360.00 | $108.00 |
| Katie Sticklen | 4.20 | $378.00 | $1,587.60 |
| Leakhena Au | 33.10 | $420.00 | $13,902.00 |
| Nathan Kuenzi | 4.00 | $420.00 | $1,680.00 |
| Timothy Burns | 4.40 | $700.00 | $3,080.00 |

**Total Due This Invoice: $41,984.60**

# EXHIBIT C

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | Judge Wendy A. Kinsella |

### ORDER APPROVING FIFTH INTERIM APPLICATION OF BURNS BAIR LLP, SPECIAL INSURANCE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

This matter is before the Court on the *Fifth Interim Application of Burns Bair LLP, Special Insurance Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses*.  Based on the record, files, and proceedings in this matter:

**IT IS ORDERED:**

1.      Compensation to Burns Bair LLP in the amount of $179,728.10 and reimbursement of expenses in the amount of $9,219.57[1] is ALLOWED.

2.      The Debtor may pay Burns Bair LLP the amount allowed under paragraph 1.

### ###

---

[1] This expense amount reflects a reduction of $80.90 for PACER fees that were included on Burns Bair's invoice for April time.