UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
_____

IN RE:

The Roman Catholic Diocese of Syracuse, NY.

Case No. 20-30663
Chapter 11

Debtor.
_____

### UNITED STATES TRUSTEE'S SUPPLEMENTAL STATEMENT OF OMNIBUS LIMITED OBJECTION REGARDING VOLUNTARY REDUCTIONS IN FEES TO THE INTERIM APPLICATIONS FOR COMPENSANTION AND REIMBURSEMENT OF EXPENSES

TO: THE HONORABLE WENDY A. KINSELLA, UNITED STATES CHIEF BANKRUPTCY JUDGE:

William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), through counsel, respectfully files this supplemental statement of omnibus limited objection regarding voluntary reductions in fees to the interim fee applications (the "Applications") of the retained professionals (collectively, the "Retained Professionals") of the Diocese of Syracuse, N.Y. (the "Debtor") seeking interim compensation and reimbursement of out-of-pocket expenses for the time periods set forth below and defined as to each of the Retained Professionals, as follows:

| ECF Docket No. | Applicant | Fees Requested | Expenses Requested | Total | Application Period | Voluntary Reduction in Fees |
|---|---|---|---|---|---|---|
| 1530 | Bond, Schoeneck & King, PLLC, *Counsel for the Diocese* | $289,443.85 | $5,384.43 | $294,828.28 | 03/1/23-07/31/23 | $3,000 |
| 1529 | Blank Rome, LLP, *Special Counsel for the Diocese* | $59,351.16 | $4,745.91 | $64,097.07 | 03/1/23-07/31/23 | No Objection |
| 1524 | MacKenzie Hughes, LLP *Special Counsel for Diocese* | $84,556.00 | $0.00 | $84,556.00 | 03/01/23-07/31/23 | $2,000 |
| 1522 | Stinson LLP, *Counsel to Official Committee of Unsecured Creditors* | $459,013.00 | $907.36 | $459,920.36 | 03/01/23-07/31/23 | $3,657.50 |
| 1523 | Burns Bair LLP, *Counsel to Official Committee of Unsecured Creditors* | $179,728.10 | $9,219.57 | $188,947.67 | 03/01/23-07/31/23 | $9,000 |

1

| ECF Docket No. | Applicant | Fees Requested | Expenses Requested | Total | Application Period | Voluntary Reduction in Fees |
|---|---|---|---|---|---|---|
| 1527 | Saunders Kahler, L.P.P, *Local Counsel to the Official Committee of Unsecured Creditors* | $1,112.50 | $0.00 | $1,111.50 | 03/1/23-07/31/23 | No Objection |
| 1526 | The Claro Group *Valuation Expert to the Official Committee of Unsecured Creditors* | $34,381.50 | $0.00 | $34,381.50 | 03/01/23-07/31/23 | No Objection |
| 1525 | Berkeley Research Group, LLC *Financial Advisor to the Official Committee of Unsecured Creditors* | $56,481.72 | $0.00 | $56,481.72 | 03/01/23-07/31/23 | No Objection |
| 1528 | The Official Committee of Unsecured Creditors, *Attendance at Mediation* | | $12,900.79 | $12,900.79 | 03/01/23-07/31/23 | No Objection |

1. A hearing on the Applications is scheduled for December 14, 2023, at 1:00 pm.

2. The Retained Professionals filed the Applications on November 9, 2023, as denoted above.

3. The United States Trustee has reviewed the fee applications filed by the following Retained Professionals and has no objections to their applications: Blank Rome, LLP [ECF Doc. No. 1529], Saunders Kahler, LPP [ECF Doc. No. 1527], The Claro Group [ECF Doc. No. 1526] and Berkeley Research Group, LLC [ECF Doc. No. 1525]. In addition, the United States Trustee has no objection to the expenses in the amount of $12,900.79 requested by the Official Committee of Unsecured Creditors [ECF Doc. No. 1528].

4. On December 7, 2023, the United States Trustee filed an Omnibus Objection to the Applications ("UST Objection"), requesting that the Court reduce the allowance of fees to be paid to Bond, Schoeneck & King, PLLC ("BSK"). In addition, the United States Trustee conferred with counsel and raised concerns as outlined in the UST Objection that BSK billed for multiple professionals without sufficient justification, administrative tasks/overhead and vague time entries. In response, BSK has agreed to a $3,000 reduction in fees in satisfaction of all

2

United States Trustee's objections and concerns. Therefore, the fees and expenses to be awarded are $286,443.85 and $5,384.43 respectively, for a total of $291,828.28.

5. In the "UST Objection", he requested that the Court reduce the allowance of fees to be paid to MacKenzie Hughes, LLP ("MacKenzie"). In addition, the United States Trustee discussed with counsel as outlined in the UST Objection that MacKenzie billed in many instances in which two or more professionals appear to perform the same task which should not be compensable. In response, MacKenzie has agreed to a $2,000 reduction in fees in satisfaction of all United States Trustee's objections and concerns. Therefore, the total fees to be awarded are $82,556.00.

6. In the "UST Objection", he requested that the Court reduce the allowance of fees to be paid to Stinson, LLP ("Stinson"). In addition, the United States Trustee conversed with counsel as outlined in the UST Objection that Stinson billed an unusually high percentage of fees attributable to professionals reviewing pleadings or the work product of other professionals and vague time entries. In response, Stinson has agreed to a $3,657.50 reduction in fees in satisfaction of all United States Trustee's objections and concerns. Therefore, the fees and expenses to be awarded are $455,355.50 and $907.36 respectively, for a total of $456,262.86.

7. In the "UST Objection", he requested that the Court reduce the allowance of fees to be paid to Burns Bair LLP, ("Burns"). In addition, the United States Trustee spoke with counsel as outlined in the UST Objection that Burns billed in many instances in which two or more professionals appear to perform the same task as well as certain entries that the United States Trustee has further identified vague and/or excessive, time entries which are simply non-compensable and non-working travel. In response, Burns has agreed to a $9,000 reduction in

fees in satisfaction of all United States Trustee's objections and concerns; Burns has also agreed not to bill for nonworking travel in future applications for compensation. Therefore, the fees and expenses to be awarded are $170,728.10 and $9,219.57 respectively, for a total of $179,947.67.

8.     Based upon this voluntary reduction and information presently available, the United States Trustee has determined that the services performed by the Retained Professionals were necessary and that the fees requested for such services are reasonable.

**WHEREFORE**, the United States Trustee does not object to the entry of an order of this Court approving the Retained Professionals' fees in the reduced amount denoted above.

Dated:  December 13, 2023
       Utica, New York

Respectfully submitted,

**WILLIAM K. HARRINGTON**
**UNITED STATES TRUSTEE FOR REGION 2**

*/s/ Erin P. Champion*
**ERIN P. CHAMPION**
**ASSISTANT UNITED STATES TRUSTEE**
Office of the United States Trustee
10 Broad Street, Room 105
Utica, New York 13501
(315) 793-8191