UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Syracuse,
New York,

Debtor.

Case No. 20-30663

Chapter 11

Judge Wendy A. Kinsella

## CERTIFICATE OF NO OBJECTION

On November 28, 2023, Stinson LLP ("Stinson"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), filed the *Monthly Fee Statement of Stinson LLP for Compensation of Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Month of October 2023* (the "Monthly Fee Statement") [ECF No. 1551].

The undersigned hereby certifies that:

1. The Monthly Fee Statement was timely served on all interested parties in accordance with the *Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* (the "Interim Compensation Order") [ECF No. 117].

2. By its Monthly Fee Statement, Stinson sought compensation for reasonable and necessary services rendered to the Committee from October 1, 2023 through October 31, 2023 (the "Compensation Period") in the amount of $147,374.00 (80% of $184,217.50) and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $189.10[1].

---

[1] The Monthly Fee Statement included a request for fees incurred by Stinson LLP in connection with the Committee's investigation of Interstate's improper disclosure of confidential survivor information. Stinson LLP thus seeks

3. The deadline to respond or object to the Monthly Fee Statement was 4:00 p.m. (prevailing Eastern time) on December 12, 2023.

4. Stinson submits that no objection to the Monthly Fee Statement has been filed and that the time to file an objection to the Monthly Fee Statement has passed.

5. The unopposed portion of the fees Stinson requested in the Monthly Fee Statement is $147,374.00 (80% of $184,217.50)

6. The unopposed portion of expenses Stinson requested in the Monthly Fee Statement is $189.10.

Date: December 13, 2023                    /s/ *Robert T. Kugler*
                                           Robert T. Kugler (MN # 194116)
                                           Edwin H. Caldie (MN # 388930)
                                           **Stinson LLP**
                                           50 South Sixth Street, Suite 2600
                                           Minneapolis, MN 55402
                                           Main: 612-335-1500
                                           Facsimile: 612-335-1657
                                           Email:   robert.kugler@stinson.com
                                                    ed.caldie@stinson.com

                                           *Counsel for the Official Committee of Unsecured Creditors*

---

$91,464.80 (80% of $114,331.00) in fees and $189.10 in expenses from the Diocese, and $55,909.20 (80% of $69,886.50) in fees from Interstate. Stinson LLP, at such time as the fees and expenses detailed in this monthly fee state may be paid, will separately request reimbursement from the Diocese and Interstate for these amounts.

CORE/3520516.0002/185926000.1