UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Syracuse,
New York,

                Debtor.

Case No. 20-30663

Chapter 11

Judge Wendy A. Kinsella

## CERTIFICATE OF NO OBJECTION

On November 28, 2023, Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors (the "Committee"), filed the *Monthly Fee Statement of Burns Bowen Bair LLP for Compensation of Services Rendered and Reimbursement of Expenses Incurred as Counsel to the Official Committee of Unsecured Creditors for the Period of October 1, 2023 through October 31, 2023* (the "Monthly Fee Statement") [ECF No. 1552].

The undersigned hereby certifies that:

1.     The Monthly Fee Statement was timely served on all interested parties in accordance with the *Court's Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* (the "Interim Compensation Order") [ECF No. 117].

2.     By its Monthly Fee Statement, Burns Bair LLP sought compensation for reasonable and necessary services rendered to the Committee from September 1, 2023 through September 30, 2023 (the "Compensation Period") in the amount of $12,205.60 (80% of $15,257.00), and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $39.66.[1]

---

[1] This Monthly Fee Statement included a request for fees incurred by Burns Bair LLP in connection with the Committee's investigation of Interstate's improper disclosure of confidential survivor information. Burns Bair LLP

3. The deadline to respond or object to the Monthly Fee Statement was 4:00 p.m. (prevailing Eastern time) on December 12, 2023.

4. No objection to the Monthly Fee Statement has been filed and that the time to file an objection to the Monthly Fee Statement has passed.

5. The unopposed portion of the fees Burns Bair LLP requested in the Monthly Fee Statement is $12,205.60 (80% of $15,257.00).

6. The unopposed portion of the expenses Burns Bair LLP requested in the Monthly Fee Statement is $39.66.

Date: December 13, 2023	/s/ *Timothy W. Burns*
Timothy W. Burns (WI State Bar #1068086)
Jesse J. Bair (WI State Bar #1083779)
10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808
Email: tburns@burnsbair.com
Email: jbair@burnsbair.com

*Special Insurance Counsel for the Official Committee of Unsecured Creditors*

---

thus seeks $12,205.60 (80% of $15,257.00) in fees and $39.66 in expenses from the Diocese, and $350.00 (80% of $437.50) in fees from Interstate. Burns Bair LLP, at such time as the fees and expenses detailed in this monthly fee state may be paid, will separately request reimbursement from the Diocese and Interstate for these amounts

CORE/3520516.0002/185926099.1