UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | Judge Wendy A. Kinsella |

**MONTHLY FEE STATEMENT OF BURNS BAIR LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS SPECIAL INSURANCE COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD OF NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [ECF No. 117] (the "Interim Compensation Order"), Burns Bair LLP, special insurance counsel for the Official Committee of Unsecured Creditors (the "Committee"), hereby files this monthly fee statement (the "Monthly Fee Statement") seeking compensation for reasonable and necessary services rendered to the Committee from November 1, 2023 through November 30, 2023 (the "Compensation Period") in the amount of $28,389.20 (80% of $35,486.50), and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $1,207.01.

Burns Bair LLP's invoice for the Compensation Period, attached hereto as **Exhibit A**, includes detailed time entries that describe the services performed by Burns Bair LLP professionals during the Compensation Period and a list of expenses Burns Bair LLP incurred during the Compensation Period in connection with providing services to the Committee.

[Signature page follows]

Date:  December 21, 2023 /s/ *Timothy W. Burns*

Timothy W. Burns (WI State Bar #1068086)
Jesse J. Bair (WI State Bar #1083779)
10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
Telephone: (608) 286-2808
Email:  tburns@burnsbair.com
Email:  jbair@burnsbair.com

*Special Insurance Counsel for the Official Committee of Unsecured Creditors*

# Burns | Bair

10 E. Doty St., Suite 600
Madison, Wisconsin 53703-3392
608-286-2302
www.BurnsBair.com

**Official Committee of Unsecured Creditors of the Diocese of Syracuse, New York**

Issue Date : 12/20/2023
Bill # : 01296

**Matter:** Insurance

## PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Narrative | Hours | Amount |
|---|---|---|---|---|
| 11/1/2023 | Timothy Burns | Review correspondence with Stinson and the Committee re claims reviewer candidates (.1); review correspondence with Stinson and the Committee re November 2 hearing (.1); | 0.20 | $140.00 |
| 11/1/2023 | Karin Jonch-Clausen | Prepare additional hearing prep material for T. Burns re LMI's claim objection motion (.4); | 0.40 | $168.00 |
| 11/1/2023 | Jesse Bair | Review additional correspondence from E. Caldie re LMI claim objection hearing and potential claims reviewers (.1); | 0.10 | $62.50 |
| 11/2/2023 | Timothy Burns | Prepare for LMI claim objection hearing (2.9); participate in call with J. Bair re hearing prep issues (.1); participate in motion hearing re LMI's claims objections procedure (2.4); participate in meetings with Stinson team re outcome of same and next-steps (.7); participate in call with J. Bair re same (.1); | 6.20 | $4,340.00 |
| 11/2/2023 | Jesse Bair | Participate in call with T. Burns re preparation and strategy for LMI claim objection hearing (.1); correspondence with T. Burns re LMI claim exposure (.1); attend the LMI claim objection hearing (2.0); participate in call with T. Burns re outcome of the LMI claim objection hearing and next-steps (.1); | 2.30 | $1,437.50 |
| 11/2/2023 | Jesse Bair | Review and edit Burns Bair interim fee application (.6); correspondence with Stinson re same (.1); | 0.70 | $437.50 |
| 11/3/2023 | Jesse Bair | Additional analysis re next-steps for case insurance strategy in light of LMI claim objection hearing outcome (.2); | 0.20 | $125.00 |
| 11/6/2023 | Jesse Bair | Participate in conference with T. Burns re insurance case developments and next-steps (.1); | 0.10 | $62.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/6/2023 | Timothy Burns | Met with J. Bair re insurance case developments and next-steps (.1); | 0.10 | $70.00 |
| 11/7/2023 | Karin Jonch-Clausen | Participate in call with J. Bair, T. Burns and Stinson team regarding next steps (.1); | 0.10 | $42.00 |
| 11/7/2023 | Jesse Bair | Participate in conference with Stinson team and T. Burns re recent case developments, insurance strategy, and ongoing projects (.2); | 0.20 | $125.00 |
| 11/7/2023 | Timothy Burns | Participate in conference with Stinson team and J. Bair re recent case developments, insurance strategy, and ongoing projects (.2); | 0.20 | $140.00 |
| 11/8/2023 | Jesse Bair | Correspond with Stinson team re Arrowood liquidation update (.1); | 0.10 | $62.50 |
| 11/8/2023 | Jesse Bair | Analyze Travelers' recent coverage correspondence and draft response to same (.6); | 0.60 | $375.00 |
| 11/9/2023 | Jesse Bair | Correspondence with Stinson team re impact of Arrowood liquidation on the motion to terminate the mediation stay (.1); | 0.10 | $62.50 |
| 11/9/2023 | Timothy Burns | Review and revise the Committee's response to Travelers' termination of mediation stay motion (.4); conference with J. Bair re same (.2); review correspondence from R. Kugler re settlement offer re insurer (.1); | 0.70 | $490.00 |
| 11/9/2023 | Timothy Burns | Review correspondence with J. Bair and Travelers re Travelers' proposed settlement meeting (.2); review correspondence with J. Bair and Travelers re Travelers' termination of mediation stay motion (.1); | 0.30 | $210.00 |
| 11/9/2023 | Jesse Bair | Review and edit the Committee's opposition to Travelers' motion to terminate the mediation stay (.5); | 0.50 | $312.50 |
| 11/9/2023 | Jesse Bair | Correspondence with Travelers re supplemental mediation session (.1); | 0.10 | $62.50 |
| 11/10/2023 | Timothy Burns | Prepare for settlement meeting with Travelers (.3); met with J. Bair re same (.2); | 0.50 | $350.00 |
| 11/10/2023 | Jesse Bair | Review Travelers' correspondence re upcoming settlement conference (.1); | 0.10 | $62.50 |
| 11/10/2023 | Jesse Bair | Participate in conference with T. Burns re case insurance strategy and Travelers settlement conference (.2); | 0.20 | $125.00 |
| 11/13/2023 | Timothy Burns | Participate in call with R. Kugler re Plan insurance issues (.1); additional analysis re same (.1); | 0.20 | $140.00 |
| 11/13/2023 | Timothy Burns | Participate in call with J. Bair re Travelers settlement conference (.1); | 0.10 | $70.00 |
| 11/13/2023 | Jesse Bair | Review and edit the draft Committee/Debtor Plan for insurance purposes (4.3); | 4.30 | $2,687.50 |
| 11/13/2023 | Jesse Bair | Participate in call with T. Burns re insurance Plan issues (.1); | 0.10 | $62.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/13/2023 | Jesse Bair | Participate in call with T. Burns re Travelers settlement conference (.1); | 0.10 | $62.50 |
| 11/13/2023 | Jesse Bair | Review and respond to correspondence with Travelers re supplemental mediation session (.2); | 0.20 | $125.00 |
| 11/13/2023 | Timothy Burns | Participate in call with J. Bair re insurance Plan issues (.1); | 0.10 | $70.00 |
| 11/14/2023 | Karin Jonch-Clausen | Continue supplemental per-claim analysis of Travelers' POCs in advance of upcoming Travelers mediation (3.2); | 3.20 | $1,344.00 |
| 11/14/2023 | Jesse Bair | Analysis re Travelers exposure, including parish exposure, in connection with formulating revised demand to Travelers (.3); | 0.30 | $187.50 |
| 11/14/2023 | Jesse Bair | Review correspondence with L. Kugler and the Committee re upcoming Committee meeting (.1); | 0.10 | $62.50 |
| 11/14/2023 | Karin Jonch-Clausen | Review J. Bair correspondence re supplemental Travelers analysis needed in connection with upcoming mediation (.2); begin supplemental per-claim analysis of Travelers' POCs in advance of upcoming Travelers mediation (3.4); | 3.60 | $1,512.00 |
| 11/14/2023 | Jesse Bair | Provide instructions to K. Jonch-Clausen re additional Travelers analysis needed in advance of upcoming mediation session (.4); | 0.40 | $250.00 |
| 11/15/2023 | Karin Jonch-Clausen | Continue supplemental per-claim analysis of Travelers' POCs in advance of upcoming Travelers mediation (3.5); | 3.50 | $1,470.00 |
| 11/15/2023 | Jesse Bair | Additional analysis re potential revised demand to Travelers (.2); correspondence with T. Burns re same (.1); correspondence with Stinson team re same (.2); | 0.50 | $312.50 |
| 11/15/2023 | Timothy Burns | Review and respond to J. Bair correspondence re Travelers' settlement analysis and action items (.2): review correspondence from Travelers and J. Bair re settlement meeting (.2); review internal BB emails re prep for meeting with Travelers re settlement (.2); review and analyze Prudential Lines 2nd Circuit opinion in connection with issues concerning resolving matters with insurers (.7); | 1.30 | $910.00 |
| 11/15/2023 | Jesse Bair | Respond to K. Jonch-Clausen question re additional Travelers analysis (.1); | 0.10 | $62.50 |
| 11/16/2023 | Jesse Bair | Draft email memo to the Committee re insurance case update, proposed Travelers counter, and overall insurance strategy (.5); | 0.50 | $312.50 |
| 11/16/2023 | Jesse Bair | Correspondence with L. Kugler re Committee insurance meeting (.1); | 0.10 | $62.50 |
| 11/16/2023 | Jesse Bair | Participate in call with Stinson, state court counsel, and T. Burns re Plan issues and Travelers mediation session (.3); | 0.30 | $187.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/16/2023 | Timothy Burns | Participate in call with state court counsel, Stinson, and J. Bair re insurance Plan issues (.3); participate in additional call with J. Bair re Plan issues and mediation (.2); participate in call with Stinson re Travelers' counter (.2); participate in call with state court counsel re same (.2); review and respond to correspondence from K. Jonch-Clausen re prep for Travelers settlement meeting (.2); | 1.10 | $770.00 |
| 11/16/2023 | Karin Jonch-Clausen | Continue supplemental per-claim analysis of Travelers' POCs in advance of upcoming Travelers mediation (1.7); | 1.70 | $714.00 |
| 11/16/2023 | Jesse Bair | Participate in call with T. Burns re Plan and mediation issues (.2); | 0.20 | $125.00 |
| 11/17/2023 | Jesse Bair | Prepare for upcoming Travelers mediation session, including assessment of Travelers' exposure and Travelers' purported liability defenses to certain claims (.8); | 0.80 | $500.00 |
| 11/17/2023 | Timothy Burns | Participate in call with state court counsel re Travelers' demand (.1); participate in Committee meeting re same (.4); additional analysis re Travelers demand issues (.1); participate in call with J. Bair re counter to Travelers and Travelers' response (.3); | 0.90 | $630.00 |
| 11/17/2023 | Jesse Bair | Correspondence with Travelers re the Committee's revised mediation demand (.1); review Travelers' preliminary response to same (.1); | 0.20 | $125.00 |
| 11/17/2023 | Jesse Bair | Participate in call with L. Kugler re upcoming Travelers' mediation and potential demand to Travelers (.1); participate in additional call with L. Kugler and E. Caldie re same (.1); | 0.20 | $125.00 |
| 11/17/2023 | Jesse Bair | Participate in call with T. Burns re counter to Travelers and strategy for upcoming mediation session (.3); | 0.30 | $187.50 |
| 11/18/2023 | Timothy Burns | Participate in call with J. Bair re Travelers' mediation (.1); | 0.10 | $70.00 |
| 11/18/2023 | Jesse Bair | Provide instructions to K. Jonch-Clausen re additional claim-specific Travelers analysis needed in connection with upcoming mediation (.2); | 0.20 | $125.00 |
| 11/18/2023 | Jesse Bair | Participate in call with T. Burns re Travelers' mediation (.1); | 0.10 | $62.50 |
| 11/18/2023 | Jesse Bair | Draft response to Travelers' recent mediation correspondence (.9); analyze applicable case law in connection with same (.3); | 1.20 | $750.00 |
| 11/19/2023 | Jesse Bair | Review revised version of the draft Debtor/Committee Plan (1.1); correspondence with Stinson team re same (.1); | 1.20 | $750.00 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/19/2023 | Karin Jonch-Clausen | Draft revised summary of supplemental per-claim analysis for use during upcoming Travelers mediation (1.1); | 1.10 | $462.00 |
| 11/19/2023 | Jesse Bair | Brief review re Plan allocation protocol (.1); | 0.10 | $62.50 |
| 11/20/2023 | Jesse Bair | Analyze revised Travelers claims analysis prepared by K. Jonch-Clausen (.2); participate in conference with K. Jonch-Clausen re same and additional edits needed (.2); | 0.40 | $250.00 |
| 11/20/2023 | Karin Jonch-Clausen | Participate in conference with J. Bair re additional edits needed to supplemental per-claim Travelers analysis (.2); | 0.20 | $84.00 |
| 11/20/2023 | Jesse Bair | Correspondence with R. Kugler re upcoming Travelers mediation (.1); | 0.10 | $62.50 |
| 11/20/2023 | Jesse Bair | Conference with T. Burns re Plan issues and Travelers mediation (.2) | 0.20 | $125.00 |
| 11/20/2023 | Timothy Burns | Review correspondence with J. Bair and Stinson re Travelers' settlement meeting (.1); conference with J. Bair re same and Plan issues (.2); | 0.30 | $210.00 |
| 11/20/2023 | Karin Jonch-Clausen | Finalize summary of supplemental per-claim analysis for use during upcoming Travelers mediation (2.2); | 2.20 | $924.00 |
| 11/20/2023 | Timothy Burns | Review correspondence with Stinson and the Committee re post-confirmation trustee (.2); | 0.20 | $140.00 |
| 11/21/2023 | Jesse Bair | Prepare for Travelers mediation (.5); | 0.50 | $312.50 |
| 11/21/2023 | Jesse Bair | Participate in portion of Committee meeting for insurance purposes re Plan issues (.9); | 0.90 | $562.50 |
| 11/21/2023 | Timothy Burns | Conference with J. Bair re outcome of Travelers' mediation and hearing on Travelers' motion to terminate the mediation stay (.2); | 0.20 | $140.00 |
| 11/21/2023 | Jesse Bair | Review further revised version of the Plan (.2); | 0.20 | $125.00 |
| 11/21/2023 | Jesse Bair | Participate in Zoom Travelers mediation (1.9); | 1.90 | $1,187.50 |
| 11/21/2023 | Jesse Bair | Conference with T. Burns re outcome of Travelers mediation and hearing on Travelers' motion to terminate the mediation stay (.2); | 0.20 | $125.00 |
| 11/22/2023 | Timothy Burns | Review and respond to correspondence from J. Bair re litigation with Travelers (.1); | 0.10 | $70.00 |
| 11/22/2023 | Jesse Bair | Review correspondence with Travelers re Plan issues (.1); | 0.10 | $62.50 |
| 11/22/2023 | Jesse Bair | Participate in call with R. Kugler re outcome of Travelers mediation, Plan issues, and strategy for upcoming lift stay motion hearing (.5); correspondence with T. Burns re same (.1); | 0.60 | $375.00 |
| 11/22/2023 | Jesse Bair | Review and assess upcoming case insurance deadlines and projects (.1); | 0.10 | $62.50 |
| 11/22/2023 | Jesse Bair | Review the Diocese's letter to the Court re Plan status (.1); | 0.10 | $62.50 |
| 11/25/2023 | Jesse Bair | Correspondence with R. Kugler re potential resolution of Travelers' mediation termination of stay motion (.1); | 0.10 | $62.50 |

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/25/2023 | Timothy Burns | Review Diocese letter to the Court re submission of Plan (.1); | 0.10 | $70.00 |
| 11/27/2023 | Jesse Bair | Review the Court's text order re hearing on ongoing Plan issues (.1); | 0.10 | $62.50 |
| 11/27/2023 | Jesse Bair | Review Travelers' reply brief in support of its motion to terminate the mediation stay (.2); | 0.20 | $125.00 |
| 11/27/2023 | Karin Jonch-Clausen | Analyze and identify key prep materials for hearing on Travelers' motion to terminate the mediation stay (.8); | 0.80 | $336.00 |
| 11/28/2023 | Jesse Bair | Participate in call with T. Burns re strategy for upcoming hearing on Travelers' motion to terminate the mediation stay (.2); | 0.20 | $125.00 |
| 11/28/2023 | Jesse Bair | Review LMI's joinder in Travelers' motion to terminate the mediation stay (.1); | 0.10 | $62.50 |
| 11/28/2023 | Jesse Bair | Begin preparing for hearing on Travelers' motion to terminate the mediation stay (.4); | 0.40 | $250.00 |
| 11/28/2023 | Jesse Bair | Correspondence with Travelers re call to discuss potential resolution of Travelers' termination of mediation stay motion (.1); | 0.10 | $62.50 |
| 11/28/2023 | Timothy Burns | Participate in call with J. Bair re hearing prep and strategy (.2); participate in call with R. Kugler re same (.2); | 0.40 | $280.00 |
| 11/29/2023 | Timothy Burns | Review correspondence with J. Bair and R. Kugler re outcome of call re potential resolution of Travelers' motion to terminate the mediation stay (.1); | 0.10 | $70.00 |
| 11/29/2023 | Jesse Bair | Prepare for call with Travelers re Travelers' motion to terminate the mediation stay (.1); participate in call with Travelers re same and potential resolution of motion (.3); correspondence with R. Kugler and T. Burns re outcome of call with Travelers (.1); | 0.50 | $312.50 |
| 11/30/2023 | Karin Jonch-Clausen | Analyze B. Cawley correspondence re indemnity policy research (.1); | 0.10 | $42.00 |
| 11/30/2023 | Jesse Bair | Continue preparing for hearing on Travelers' motion to terminate the mediation stay (.9); | 0.90 | $562.50 |
| 11/30/2023 | Brian Cawley | Analyze existing research re indemnity policies under New York law (.4); correspond with K. Jonch-Clausen re same (.1); | 0.50 | $210.00 |
| 11/30/2023 | Karin Jonch-Clausen | Prepare for and discuss research project with T. Burns re LMI's anti-assignment indemnity policy argument in connection with Plan issues (.4); | 0.40 | $168.00 |
| 11/30/2023 | Jesse Bair | Participate in pre-hearing conference with Stinson team re hearing preparation, strategy, and ongoing Plan issues (.3); | 0.30 | $187.50 |

| Date | Name | Description | Hours | Amount |
|---|---|---|---|---|
| 11/30/2023 | Timothy Burns | Attend telephonically status and motion hearing in main case and insurance adversary re Travelers' motion to terminate the mediation stay (1.5); met with K. Jonch-Clausen re research assignment re LMI's anti-assignment indemnity policy argument in connection with Plan issues (.4); participate in call with J. Bair re outcome of hearing and next-steps (.1); | 2.00 | $1,400.00 |
| 11/30/2023 | Jesse Bair | Participate in hearing for insurance purposes re Travelers' motion to terminate the mediation stay, case status conference, and claim objection motion (1.8); participate in post-hearing conference with Stinson re outcome of same and next-steps (.4); participate in call with T. Burns re same (.1); | 2.30 | $1,437.50 |
| 11/30/2023 | Karin Jonch-Clausen | Begin analysis of LMI's anti-assignment indemnity policy argument (.4); | 0.40 | $168.00 |

**Total Hours and Fees**     **60.90**     **$35,486.50**

### EXPENSES

| Date | Description | Amount |
|---|---|---|
| 11/2/2023 | Delta Airlines, T. Burns (MSN-SYR, Nov. 2) | $620.76 |
| 11/2/2023 | Uber, T. Burns (hearing to airport) | $31.07 |
| 11/2/2023 | Uber, T. Burns (airport to hearing) | $33.61 |
| 11/2/2023 | Travel meal, T. Burns | $31.07 |
| 11/28/2023 | Delta Airlines, J. Bair (SYR-MSN, Nov. 30) [cost split with Buffalo matter] | $437.20 |
| 11/30/2023 | Travel meal, J. Bair | $20.98 |
| 11/30/2023 | Airport parking, J. Bair | $15.00 |
| 11/30/2023 | Travel meal, J. Bair | $5.32 |
| 11/30/2023 | Parking in Syracuse for hearing, J. Bair | $12.00 |

**Total Expenses**     **$1,207.01**

### Timekeeper Summary

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| Brian Cawley | Associate | 0.50 | $420.00 | $210.00 |
| Jesse Bair | Partner | 27.30 | $625.00 | $17,062.50 |
| Karin Jonch-Clausen | Associate | 17.70 | $420.00 | $7,434.00 |
| Timothy Burns | Partner | 15.40 | $700.00 | $10,780.00 |

**Total Due This Invoice: $36,693.51**

## CERTIFICATE OF SERVICE

I, Jessica Rehbein, hereby certify that on December 21, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF and that service was emailed to the following parties:

a. The Roman Catholic Diocese of Syracuse, New York, 240 East Onondaga Street, Syracuse, New York 13202

b. Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato

c. Office of the United States Trustee, 10 Broad Street, Room 105, Utica, New York 13501, Attn: Erin P. Champion

Date: December 21, 2023              /s/ Jessica Rehbein