

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**
600 Third Avenue | New York, NY 10016-1915 | **bsk.com**

**STEPHEN A. DONATO, ESQ.**
donatos@bsk.com

Syracuse
P: 315.218.8336
F: 315.218.8436

New York
P: 646.253.2351
F: 646.253.2301

December 28, 2023

<u>**VIA ELECTRONIC FILING**</u>

Honorable Wendy A. Kinsella
United States Bankruptcy Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13202

Re:    *The Roman Catholic Diocese of Syracuse, New York;*
*Chapter 11 Case No. 20-30663*

Dear Judge Kinsella:

I am writing this letter on behalf of The Roman Catholic Diocese of Syracuse, New York (the "<u>Diocese</u>") to advise Your Honor that in accordance with the Court's text order entered on December 7, 2023 [Docket No. 1571] (the "<u>Text Order</u>"), the Diocese, the Official Committee of Unsecured Creditors, and certain other parties including (i) Certain Underwriters at Lloyd's, London and Certain London Market Insurance Companies (collectively, "<u>LMI</u>"); (ii) Fireman's Fund Insurance Company, Interstate Fire & Casualty Company, and National Surety Corporation (collectively, the "<u>Interstate Insurers</u>"); and (iii) Travelers Insurance Company Limited, Travelers Casualty and Surety Company and Traveler's Indemnity Company (collectively, "<u>Travelers</u>"), met and conferred with respect to the Disclosure Statement in Support of Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York dated December 6, 2023 [Docket No. 1566] (the "<u>Disclosure Statement</u>").  As of the date of this letter, other than the parties listed above, no other party contacted the Diocese to meet and confer with respect to the Disclosure Statement approval process as required by the Text Order.

December 28, 2023
Page 2

Subject to the Court's availability, the parties agreed to request that a hearing on the approval of the Disclosure Statement be held on February 6, 2024.  The Diocese and Committee also agreed to file the remaining plan and Disclosure Statement supplements and exhibits on or before January 9, 2024, so that the parties would have an opportunity to review the Disclosure Statement in advance of the hearing.  The parties also agreed that they would continue to meet and confer concerning other issues related to the plan confirmation process in anticipation of the Disclosure Statement hearing in attempts to narrow such issues for the Court.

If the Court is available on February 6, 2024, the Diocese respectively requests that the Court set such date for hearing on the adequacy of the Disclosure Statement.

I appreciate the Court's consideration in this matter.

Respectfully yours,

BOND, SCHOENECK & KING, PLLC

Stephen A. Donato

Enclosures

cc:   Robert Kugler Esq. (via electronic mail)
      Edwin H. Caldie, Esq. (via electronic mail)
      Charles J. Sullivan, Esq. (via electronic mail)
      Grayson T. Walter, Esq, (via electronic mail)