UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Syracuse, New York,

Case No.: 20-30663
Chapter 11

Debtor,

### NOTICE OF FILING OF SECOND PLAN SUPPLEMENT TO JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK DATED DECEMBER 6, 2023 AND DISCLOSURE STATEMENT

**PLEASE TAKE NOTICE** that The Roman Catholic Diocese of Syracuse, New York, the above-captioned debtor and debtor in possession (the "Diocese") hereby files the Second Plan Supplement in accordance with the *Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York Dated December 6, 2023* [Docket No. 1565] (as it may be amended, modified or supplemented from time to time, the "Joint Plan") and the Disclosure Statement [Docket No. 1566] filed in contemporaneously with the Joint Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 6** is the proposed *List of Assumed Contracts and Leases*.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is the *Liquidation Analysis*.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is the *Financial Projections*.

**PLEASE TAKE FURTHER NOTICE** that the Diocese reserves the right to amend any of the Exhibits at any time prior to the Effective Date of the Joint Plan.

17021552.1

Dated: January 9, 2024  Respectfully submitted,
     Syracuse, New York

**BOND, SCHOENECK & KING, PLLC**

By: /s/ Stephen A. Donato
Stephen A. Donato, Esq. (Bar Roll #101522)
Charles J. Sullivan, Esq. (Bar Roll #507717)
Grayson T. Walter, Esq. (Bar Roll #518237)
Office and Post Office Address:
110 West Fayette Street
One Lincoln Center
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
Email: donatos@bsk.com
      sullivc@bsk.com
      walterg@bsk.com

*Counsel to The Roman Catholic Diocese of Syracuse, New York*