## <u>Exhibit 6</u>

### *List of Assumed Contracts and Leases*

| Line No. | Contract For | Contract Term | Contract Number | Contract Party |
|---|---|---|---|---|
| 1 | Payroll Processing | Paid fees thru 6/19/2020 (monthly) | Contract# 41854 | ADP, Inc., PO Box 842875, Boston MA 02284-2875 |
| 2 | Campus MS Office/Azure Roman Catholic Diocese of Syracuse | Paid thru 5/31/2020 (monthly) | | Applied Cloud Systems, 409 Elk Street, Suite 100, PO Box 44, Carnegie PA 15106-0044 |
| 3 | L1 Helpdesk - Support Roman Catholic Diocese of Syracuse | To expire 1/1/2021 (36 months) | | Armory 5, 324 W Water Street, Suite 120, Syracuse NY 13202 |
| 4 | Actuarial & Pension Services | Paid thru 5/31/2020 (monthly) | CATDIO0288 | BPAS Actuarial &amp; Pension Services, 6 Rhoads Drive - Suite 7, Utica NY 13502 |
| 5 | Maintenance & Repair Agreement  Between Roman Catholic Diocese of Syr, Church of Our Lady of Lourdes & Notre Dame Schools | To expire 6/30/22 | | Church of Our Lady Of Lourdes , 2 Barton Ave, Utica NY 13502 |
| 6 | IT - Right Signature | To expire 7/31/2020 (annual) | Cust# 10004714 | Citrix, PO Box 931686, Atlanta GA 31193-1686 |
| 7 | HR - Employee Assistance Plan Roman Catholic Diocese of Syracuse | Paid thru 6/30/2020 (monthly) | | ComPsych (EAP), 455 N Cityront Plaza Drive, 13th - NBC Tower, Chicago IL 60611 |
| 8 | Tribunal CareMaster Marriage Module Roman Catholic Diocese of Syracuse | To expire 6/3/2021 | | Digital Innovation Inc., 302 Dove Court, Forest Hill MD 21050 |
| 9 | Medical & Dental Administrator | ACH claims & fees Paid thru 7/13/2020  (weekly) | Group ID 00033571 | Excellus, PO Box 5266, Binghamton NY 13902-5266 |
| 10 | Cisco - Campus phone & other IT Equip | To expire 7/2/2021 (annual) | Account RCDS | Infinit Technology Solutions, 7037  Fly  Road, East Syracuse NY 13057 |
| 11 | Cybersecurity Training | To expire 4/1/2022 (36 months) | Cust# C-030315 | KnowBe4 Inc, PO Box 392286, Pittsburgh PA 15251-9286 |
| 12 | FSA , Medical, Dental , Vision & Cobra | ACH claims & fees Paid thru 7/7/2020 (weekly) | Customer ID ROMCATH (Medical,Dental,Vision,Cobra) | Lifetime Benefit Solutions Inc, PO Box 4982, Syracuse NY 13221 |
| 13 | ID # DIO137 Diocese of Syracuse - Church (FSA) | ACH claims & fees Paid thru 7/13/2020  (weekly) | | Lifetime Benefit Solutions Inc. Claims Dept, PO Box 211126, Eagan, MN 55121 |
| 14 | Lease - Meraki Enterprise Advanced Security | To expire 10/1/2021 | Acct# 7300852975 | Litchfield Bancorp, Bryan Memorial Plaza - PO Box 335, Washington Depot CT 06794-0335 |
| 15 | Unitrends Backup & Support Renewal Roman Catholic Diocese of Syracuse | To expire 5/1/2021 (36 months) | | Mercury Network, 182 Hillrise Drive, Penfield NY 14526 |
| 16 | Background Checks Roman Catholic Diocese of Syracuse | Paid thru 6/16/2020 (monthly) | | Metrodata, 403 Main Street - Suite 624, Buffalo NY 14203 |
| 17 | Pension 403b | ACH contributions/match Paid thru 7/6/2020  (bi-weekly) | Employer# 506801K | Mutual of America, Linden Oaks Office Park - 360 Linden, Rochester NY 14625 |
| 18 | Fiber Internet & Telepone  Service | Paid thru 6/30/2020 (monthly) | Cust#6352638 | Northland Communications, PO Box 419, Holland Patent NY 13354 |
| 19 | Maintenance & Repair Agreement  Between Roman Catholic Diocese of Syr, Church of Our Lady of Lourdes & Notre Dame Schools | To expire 6/30/22 | | Notre Dame Elementary, 2 Notre Dame Lane, Utica NY 13502 |
| 20 | Greater Binghamton Health Center  - Pastoral Services | To expire 12/31/2024 (48 months) | NYS Contract ID OMH01-C200986-3650343 | Office of Mental Health, 44 Holland Avenue, Albany NY 12229 |
| 21 | Mohawk Valley Psych Center - Pastoral Services | To expire 4/30/2022 (48 months) | NYS Contract ID T200540, Contract ID 51176 | Office of Mental Health, 44 Holland Avenue, Albany NY 12229 |
| 22 | Actuarial Consulting | Paid thru 6/30/2020 (annual) | Client ROMA31 | Oliver Wyman Actuarial Consulting Inc, PO Box 5160 - GPO, New York NY 10087-5160 |
| 23 | Adobe Acrobat License VIP | To expire 12/18/2020 (annual) | Acct# 13694415 | PC Connection Sales Corp , PO BOX  536472, Pittsburgh, PA 15253-5906 |
| 24 | UI Cost Control | Paid thru 9/30/2020 (quarterly) | Cust#01-0005117 | People Systems, PO Box 4816,  Syracuse NY 13221-4816 |
| 25 | Mail / Postage Machine Lease | To expire 1/4/2025 (60 months) | Lease#3311035921 | Pitney Bowes Global Financial Services LLC ,PO Box 371887, Pittsburgh PA 15250-7887 |
| 26 | Equipment - Laptops Lease | To expire 8/15/2022 (36 months) | L303011-000, Cust# 233324 | POS Credit Corporation, PO Box 844803,  Los Angeles CA 90084-4803 |
| 27 | Software Service Quickbooks - Parishes/Schools | Paid thru 7/30/2020 (monthly) | Cust# 387 | Qvinci Software LLC, 1601 South Mopac Expressway, Suite D-350, Austin TX 78746 |
| 28 | Knowledge Sync support Customer RCD | Paid thru 6/30/2020 (annual or as needed) | | Rubicon Group Inc , 121 Morgan Lane, Oneida NY 13421 |
| 29 | Sage Accounting Software Support - Silver | Paid thru 7/30/2020 (annual) | Acct# 4002964963 | Sage Software Inc, 14855 Collections Center Drive, Chicago IL 60693 |
| 30 | LTD and  FMLA | Paid thru 6/30/2020 (monthly) | Client#819942 | Sun Life Financial, PO Box 7247-7188, Philadelphia PA 19170-7188 |

| | | | |
|---|---|---|---|
| 31 | Tax & Accounting Services | Paid thru 6/30/2020 (bi-annually) | Acct#10044860575 | Thomson Reuters (Tax &amp; Accounting)  Inc , 2395 Midway Road, Carrollton, TX 75006 |
| 32 | Docuware Service | To expire 10/1/2022 (60 months) | Cust# TOB9UF2 | Toshiba Business Solutions, PO Box 927, Buffalo, NY 14240-0927 |
| 33 | Copier Lease | To expire 7/1/2021 (48+ months) | Contract# 450-7990563-001 ($58.25) | Toshiba Financial Services , PO Box 070241, Philadelphia, PA 19176-0241 |
| 34 | Copier Lease | To expire 5/1/2023 (48 months) | Contract# 500-0565014-001 ($48.00) | Toshiba Financial Services , PO Box 070241, Philadelphia, PA 19176-0241 |
| 35 | Copier Lease | To expire 1/24/2024 (48+ months) | Contract# 500-0605851-000 ($1514.17) | Toshiba Financial Services ,PO Box 790448, St. Louis, MO 63179-0448 |
| 36 | Copier Lease | To expire per IT - lease extended   (48+ months) | Contract# 500-0477145-000 ($183.00) | Toshiba Financial Services ,PO Box 790448, St. Louis, MO 63179-0448 |
| 37 | Copier Lease | To expire 6/16/2021 (48 months) | Contract# 500-0541040 -005 ($220) | Toshiba Financial Services ,PO Box 790448, St. Louis, MO 63179-0448 |
| 38 | Copier Lease | To expire 2/1/2022 (48 months) | Contract# 500-0541040 -011 ($167) | Toshiba Financial Services ,PO Box 790448, St. Louis, MO 63179-0448 |
| 39 | Copier Lease | To expire 11/15/2021 (48 months) | Contract# 500-0541040 -009 ($349.10) | Toshiba Financial Services ,PO Box 790448, St. Louis, MO 63179-0448 |
| 40 | Wireless Phone Service | Paid thru 6/30/2020 (monthly) | Acct# 680180536-00001 | Verizon Wireless, PO BOX 408, Newark, NJ 07101-0408 |
| 41 | Google Email  Encryption | To expire 2/25/2022 (36 months) | Cust# ROM13202 | Zixcorp, Dept 41359,  PO Box 650823 , Dallas, TX 75265 |