## **Exhibit B**

*Liquidation Analysis*

17021552.1

**Roman Catholic Diocese of Syracuse**
**Case No. 20-30663**
**Liquidation Analysis**
**30-Nov-23**

|  | 30-Nov-23 | Note | Adjustments | Liquidation Value |
|---|---:|:---:|---:|---:|
| **Current Assets** | | | | |
| Cash and Equivalents | $ 913,382 | 1 | $ (34,071) | $ 879,311 |
| Accounts Receivable (Net) | $ 1,744,172 | | $ - | $ 1,744,172 |
| Notes Receivable | $ 2,045,287 | | $ - | $ 2,045,287 |
| Prepaid Expenses | $ 289,108 | | $ - | $ 289,108 |
| Professional Retainers | $ 18,241 | 2 | $ (18,241) | $ - |
| Investments | $ 25,781,767 | 3 | $ (17,102,621) | $ 8,679,146 |
| **Total Current Assets** | $ 30,791,957 | | $ (17,154,933) | $ 13,637,024 |
| | | | | |
| **PROPERTY & EQUIPMENT** | | | | |
| Real Property and Improvements | $ 6,657,750 | 4 | $ (1,857,750) | $ 4,800,000 |
| Machinery and Equipment | $ 573,727 | 5 | $ (573,727) | $ - |
| Furniture, Fixtures and Office Equipment | $ 235,994 | | | $ 235,994 |
| Vehicles | $ 260,870 | | | $ 260,870 |
| Less: Accumulated Depreciation | $ 5,667,000 | 4 | $ (5,667,000) | $ - |
| **TOTAL PROPERTY & EQUIPMENT** | $ 2,061,341 | | $ 3,235,523 | $ 5,296,864 |
| | | | | |
| **Total Assets** | $ 32,853,298 | | $ (13,919,410) | $ 18,933,888 |

Notes:
1 - Restricted funds received from NYS for Drug Ed Program.
2 - Stretto
3 - Investment Balance is reduced by NBT Note ($5,704,832), Key Bank WC Letter of Credit ($5,300,000), Custodial Accounts ($3,824,842), Scholarship Funds ($393,197), School Grants ($768,416), School Subsidies ($629,785), NCRRG Investment ($195,376), Ministry Donations ($211,755) and Other ($74,418).
4 - To adjust to appraised value.
5 - Adjustment to estimated realizable value.