## **EXHIBIT A**

List of Participating Parties

# Parishes

| Parish Corporation Name: | City - Zip |
|---|---|
| St. Agnes Church of Afton, NY | Afton, NY 13730 |
| St. John the Evangelist | Bainbridge, NY 13733 |
| St. Augustine Roman Catholic Church, Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Elizabeth Ann Seton Church of the Town of Clay, NY | Baldwinsville, NY 13027 |
| St. Marys Church of Baldwinsville, NY | Baldwinsville, NY 13027 |
| Church of St. Francis of Assisi (Renamed)-inc as St. Catherine of Siena | Binghamton, NY 13901 |
| St. Mary of the Assumption (combined with St. Mary's Church) | Binghamton, NY 13901 |
| St. Paul's Church, Binghamton, NY | Binghamton, NY 13901 |
| *St. Christopher Roman Catholic Church [Town of Chenango, Broome County]* | *Binghamton, NY 13901* |
| *St. Andrew's Church of Binghamton* | *Binghamton, NY 13903* |
| The Church of Saints John & Andrew | Binghamton, NY 13903 |
| *Church of St. Stanislaus Kostka, Binghamton NY (merged into St. Ann)* | *Binghamton, NY 13905* |
| Church of the Holy Trinity | Binghamton, NY 13905 |
| Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| *St. Joseph's Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann)* | *Binghamton, NY 13905* |
| St. Patrick's Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Thomas Aquinas Church | Binghamton, NY 13905 |
| *St. Catherine of Siena Roman Catholic Church* | *Binghamton,13901* |
| *St. John the Evangelist Church* | *Binghamton,13903* |
| *St. Ann Catholic Church (renamed church of the Holy Trinity)* | *Binghamton13905* |
| St. Joseph 's Church, Boonville, NY | Boonville, NY 13309 |
| St. Agnes Church | Brewerton, NY 13029 |
| Church of St. Francis of Assisi of Bridgeport, NY | Bridgeport, NY 13030 |
| St. John 's Church Society | Camden, NY 13316 |
| St. Joseph's Church of Camillus,NY | Camillus, NY 13031 |
| St. Agatha's Church | Canastota, NY 13032 |
| St. James Church, Cazenovia, NY | Cazenovia, NY 13035 |
| Divine Mercy Parish Roman Catholic Church | Central Square, NY 13036 |
| *Saint Michael's Roman Catholic Church* | *Central Square, NY 13036* |
| *St. Anthony of Padua's Church of Willowvale and Chadwicks* | *Chadwicks, NY 13319* |
| St. Patrick-St. Anthony Church of Chadwicks, New York | Chadwicks, NY 13319 |
| *St. Rita's Roman Catholic Church* | *Chenango Forks, NY 13746* |
| St. Patrick's Church, Chittenango NY | Chittenango, NY 13037 |
| The Church of the Sacred Heart | Cicero, NY 13039 |
| Our Lady of Perpetual Help Roman Catholic Church of Cincinnatus, NY | Cincinnatus, NY 13040 |
| *St. Patrick's Church* | *Clayville, NY 13322* |
| *St. Mary's Church, Cleveland,NY* | *Cleveland, NY 13042* |
| St. Mary's Roman Catholic Church, Clinton | Clinton, NY 13323 |
| The Church of Annunciation | Clinton, NY 13323 |
| St. Bernadette's Church, Constantia, NY | Constantia, NY 13044 |
| St. Anthony 's Church | Cortland, NY 13045 |
| St. Mary's Church of Cortland | Cortland, NY 13045 |
| St. Joseph's Church, Deposit, NY | Deposit, NY 13754 |
| Saint Lawrence Church of DeRuyter, NY | *DeRuyter, NY* |
| Holy Cross Church, DeWitt, NY | DeWitt, NY 13214 |
| *St. Francis Church of Durhamville, NY* | *Durhamville, NY 13054* |
| St. Matthew's Church | E. Syracuse, NY 13057 |
| Our Lady of Good Counsel Church, Endicott, NY | Endicott, NY 13760 |

| Church | Location |
|---|---|
| St. Ambrose | Endicott, NY 13760 |
| St. Anthony of Padua Church | Endicott, NY 13760 |
| *St. Casimir Roman Catholic (Polish) Church of Endicott* | *Endicott, NY 13760* |
| *St. Joseph's Roman Catholic Church, Endicott, NY* | *Endicott, NY 13760* |
| *Church of Christ The King, Endwell , NY* | *Endwell, NY 13760* |
| Church of the Holy Family | Endwell, NY 13760 |
| *Our Lady of Angels Church of Endwell, NY* | *Endwell, NY 13760* |
| *St. Paul's Mission (mission of I.C. Pomep)Unincororated, closed* | Fabius |
| The Church of the Immaculate Conception Fayetteville, NY | Fayetteville, Ny 13066 |
| St. Mary's Church, Florence, Oneida Co. | Florence, NY |
| St. Patrick Mission | Forestport, NY |
| St.Patrick's Church of Forestport | Forestport, NY 13338 |
| Church of the Holy Trinity | Fulton, NY 13069 |
| *Church of the Immaculate Conception of Fulton,NY* | *Fulton, NY 13069* |
| *St. Michael 's Roman Catholic Polish Church* | *Fulton, NY 13069* |
| *The Holy Family Church of Fulton* | *Fulton, NY 13069* |
| Church of the Immaculate Conception | Greene, NY 13778 |
| St. Mary's Church Hamilton, Madison Co., NY | Hamilton, NY 13346 |
| St. John Chrysostom Mission [served area near Forestport] | Hawkinsville, NY |
| *St. Ann Church of Hinckley, NY* | *Hinckley, NY 13352* |
| The Church of St. Leo & St. Ann | Holland Patent, NY 13354 |
| St. Margaret's Catholic Church | Homer, NY 13077 |
| *St Mary's Devotional Chapel-[never inc]* | *Irish Ridge* |
| *St. Mary's Church, Jamesville, NY* | *Jamesville, NY 13078* |
| St. James Roman Catholic Church Lestershire,NY | Johnson City, NY 13790 |
| *The Church of the Blessed Sacrament* | *Johnson City, NY 13790* |
| St. Patrick's Church, Jordan, NY | Jordan, NY 13080 |
| St. Mary's Church, Kirkwood | Kirkwood, NY 13795 |
| *Church of St. Frances Xavier Cabrini* | *Lacona [Pulaski, NY 13142]* |
| St. Joseph's Church | LaFayette, NY 13084 |
| St. Joseph's Church | Lee Center, NY 13363 |
| *Our Lady of the Valley                                        [ Mission]* | *Leonardsville, NY,13364* |
| *St. Francis of Assisi Mission as The Trustees of St. Mary's Church of West Monroe* | *Little France, NY* |
| Epiphany Church - merged IHM SJW | Livepool NY 13088 |
| St. Joseph the Worker Liverpool, Onondaga Co. | Liverpool, NY 13088 |
| Church of Immaculate Heart of Mary | Liverpool, NY 13088 |
| Christ the King Church, Liverpool, NY | Liverpool, NY 13090 |
| Pope John XXIII Roman Catholic Church | Liverpool, NY 13090 |
| *St. John Roman Catholic Church of Clay, NY* | *Liverpool, NY 13090* |
| St. Joseph Church | Lowville, NY |
| Most Holy Rosary Roman Catholic Church of Maine, NY | Maine, NY 13802 |
| St. Ann's  Church | Manlius, NY 13104 |
| St. Stephen's Church | Marathon, NY 13803 |
| St. Francis Xavier's Church | Marcellus, NY 13108 |
| Holy Name Society | Mattydale, NY |
| St. Margaret's Church | Mattydale, NY 13211 |
| St. Jospeh's Church of McGraw, NY- originally titled to St. Mary-Corland | McGraw, NY |
| St. Anne, Mother of Mary Roman Catholic Church Mexico,NY | Mexico, NY 13114 |
| *St.Mary, Star of the Sea Roman Catholic Church of Mexico* | *Mexico, NY 13114* |
| Church of Our Lady of Perpetual Help | Miinetto |

| Church | Location |
|---|---|
| St. Mary's Church of Minoa, NY | Minoa, NY 13116 |
| St. Joan of Arc Church of Morrisville, NY | Morrisville, NY 13408 |
| *Church of the St. Therese the Little Flower of Jesus* | *Munnsville, NY 13409* |
| St. Rose of Lima Church | N. Syracuse, NY 13212 |
| Church of St. Theresa of the Infant Jesus, New Berlin, NY | New Berlin, NY 13411 |
| Church of Our Lady of the Rosary, New Hartford, NY | New Hartford, NY 13413 |
| St. Thomas Roman Catholic Church | New Hartford, NY 13413 |
| St. John the Evangelist Church | New Hartford, NY 13413 |
| *Holy Cross Church* | *New London* |
| *St. Mary's Church of Our Lady of Czestochowa* | *New York Mills, NY 13417* |
| The Church of the Sacred Heart and St. Mary, New York Mills, NY St. Mary's | New York Mills, NY 13417 |
| *St. John's Church    [The original church was SS. Peter & Paul -1843    ]* | *North Bay, NY* |
| *St. Mary' s Church* | *North Brookfield,NY* |
| St. Bartholomew's Italian Catholic Church of Norwich, NY | Norwich, NY 13815 |
| St. Paul's Church of Norwich | Norwich, NY 13815 |
| St. Joseph's German Catholic Church of Oneida | Oneida, NY 13421 |
| St. Patrick's Church of Oneida, NY | Oneida, NY 13421 |
| St. Joseph's Church, Oriskany Falls | Oriskany Falls, NY 13425 |
| *Church of St. Stephen, Protomartyr* | *Oriskany, NY 13424* |
| St. Joseph Mission | Oswego |
| Christ the Good Shepard | Oswego, NY |
| *Church of Saint .Louis, Oswego* | *Oswego, NY 13126* |
| *St. Joseph's Church* | *Oswego, NY 13126* |
| St. Mary's Church of Oswego , NY | Oswego, NY 13126 |
| St. Paul's Church, Oswego, NY | Oswego, NY 13126 |
| St. Peter's Church, Oswego | Oswego, NY 13126 |
| *St. Stephen Roman Catholic Church* | *Oswego, NY 13126* |
| *The Church of Saint John the Evangelist , Oswego, NY* | *Oswego, NY 13126* |
| Our Lady of The Rosary  Church, Hannibal   NY | Oswego, NY 13126 |
| St. Patrick's  Church of Otisco, NY | Otisco, NY 13159 |
| Church of St. Mary of the Snows | Otter Lake, NY 13338 |
| St. Joseph's Church | Oxford, NY 13830 |
| *St. Anne's Church of Parish, NY* | *Parish, NY 13131* |
| St. Stephen's Church | Phoenix, NY 13135 |
| Church of the Immaculate Conc. Pompey Hill, NY | Pompey, NY 13138 |
| Christ Our Light Parish | Pulaski, NY 13142 |
| *St. John the Evangelist Church Pulaski* | *Pulaski, NY 13142* |
| *St. Paul's Mission (mission of I.C. Pomep)Unincororated, closed* | *Redfield* |
| St. Marys-St. Peters Church | Rome |
| Church of St. John the Baptist | Rome, NY 13440 |
| St.  Peter's Church, Rome | Rome, NY 13440 |
| St. Paul's Church, Rome, NY | Rome, NY 13440 |
| The Church of the Transfiguration of the Lord of Rome, NY | Rome, NY 13440 |
| *St. Mary's Church, Rome, NY* | *Rome, NY 13442* |
| St. Joseph Roman Catholic Church, Sanitaria Springs NY | Sanitaria Springs, 13833 |
| Sacred Heart Church of Town of Scriba, Oswego | Scriba, NY 13126 |
| St. Malachy's Church Sherburn, Chenango Co. | Sherburne, NY 13460 |
| St. Helena's | Sherrill, NY 13461 |
| *St. Bridget Roman Catholic Church of Skaneateles Falls, NY* | *Skaneateles Falls, NY* |
| St. Mary of the Lake Roman Catholic Church,Skaneateles,NY | Skaneateles, NY13152 |

| Church | Location |
|---|---|
| *St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton]* | *Solon, NY* |
| St. Cecilia's Church, Solvay, NY | Solvay, NY 13209 |
| St. Marianne Cope Church | Solvay, NY 13209 |
| *Corpus Christi Church of S. Onondaga County of Onondaga,State of NY* | *Syacuse, NY 13159* |
| The Church of Our Lady of Pompei | Syracuse NY 13208 |
| St. Michaels Church | Syracuse NY 13215 |
| Our Lady of Hope | Syracuse, NY |
| *St. Peter's Church of Split Rock* | *Syracuse, NY* |
| St. Joseph (German) Church [FAD 1882] | Syracuse, NY |
| *St. John 's Church, Syracuse, NY* | *Syracuse, NY 13202* |
| St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception | Syracuse, NY 13202 |
| *Holy Trinity Church, Syracuse* | *Syracuse, NY 13203* |
| *St. Peter's Italian Church, Syracuse* | *Syracuse, NY 13203* |
| St. Vincent DePaul's Church | Syracuse, NY 13203 |
| Basilica of the Sacred Heart of Jesus, Syracuse, NY | Syracuse, NY 13204 |
| St. Lucy's Church of Syracuse, NY | Syracuse, NY 13204 |
| St. Patrick' s Church, Geddes | Syracuse, NY 13204 |
| *St. Stephen's Roman Catholic Church* | *Syracuse, NY 13204* |
| *St. Brigid & St. Joseph Church of Syracuse* | *Syracuse, NY 13204* |
| Church of St. Anthony of Padua | Syracuse, NY 13205 |
| St. James' Church, Syracuse, NY | Syracuse, NY 13205 |
| Blessed Sacrament Church,Eastwood, NY | Syracuse, NY 13206 |
| Transfiguration Roman Catholic Church | Syracuse, NY 13206 |
| The Church of the Most Holy Rosary | Syracuse, NY 13207 |
| *Our Lady of Lourdes Church Syracuse, NY* | *Syracuse, NY 13207* |
| Church of Our Lady of Pompei/St. Peters Syracuse   [ OLOP name changed at merger] | Syracuse, NY 13208 |
| Church of the Assumption of the Blessed Virgin Mary | Syracuse, NY 13208 |
| The Church of St. John the Baptist | Syracuse, NY 13208 |
| Church of St. Daniel, Syracuse , NY | Syracuse, NY 13208 |
| Church of Our Lady of Peace [ merged into St. Cecilia's Solvay as St. Marianne Cope] | Syracuse, NY 13209 |
| All Saints Church, Syracuse, NY [new name for St. Therese @ merger with OL Solace] | Syracuse, NY 13210 |
| *Church of St. Andrew the Apostle of Syracuse, NY* | *Syracuse, NY 13210* |
| Church of St. Therese The Little Flower of Jesus, Syracuse | Syracuse, NY 13210 |
| St. Michael's & St. Peter Church, Onondaga Hill | Syracuse, NY 13215 |
| Church of the Holy Family | Syracuse, NY 13219 |
| St. Ann's Church Syracuse, NY [name changed to St. Charles-St. Ann] | Syracuse, NY 13219 |
| The Church of St. Charles, Syracuse | Syracuse, NY 13219 |
| *The Church of Our Lady of Solace [merged into St. Therese to become All Saints]* | *Syracuse, NY 13224* |
| *St. Anne -Glenmore [never inc]* | *Taberg, NY 13471* |
| St. Patrick's Church ,Taberg,NY | Taberg, NY 13471 |
| St. Patrick's Church | Truxton,13158 |
| St. Leo 's Church, Tully, NY | Tully, NY 13159 |
| St. Anthony of Padua Church | Utica NY 13501 |
| Church of St. Francis de Sales, Utica, NY | Utica, NY 13501 |
| Church of the Blessed Sacrament | Utica, NY 13501 |
| St. John's Church and Roman Catholic Society in the City of Utica | Utica, NY 13501 |
| St. Maria di Monte Carmelo | Utica, NY 13501 |
| St. Mary Mt. Carmel- Blessed Sacrament Church | Utica, NY 13501 |
| St. Stanislaus Roman Catholic Church | Utica, NY 13501 |
| St.Mary's Church Utica   (South St.) | Utica, NY 13501 |

| | |
|---|---|
| *St. Agnes Church* | *Utica, NY 13501* |
| Church of Our Lady of Lourdes | Utica, NY 13502 |
| Church of The Sacred Heart | Utica, NY 13502 |
| Holy Trinity Church of Utica, NY | Utica, NY 13502 |
| Mary, Mother of Our Savior Church - new name for OLL | Utica, NY 13502 |
| St. George Roman Catholic Church | Utica, NY 13502 |
| St. Joseph and St. Patrick Church of Utica | Utica, NY 13502 |
| St. Mark's Roman Catholic Church, Utica, NY | Utica, NY 13502 |
| St. Peter's Church, Utica [predecessor St. Peters…Cong. Of Deerfield] | Utica, NY 13502 |
| St. Anthony & St. Agnes Church, Utica, NY | Utica, NY 13504 |
| Vernon Center] | Vernon, NY 13476 |
| St. Mary 's of the Lake, Sylvan Beach, NY | Verona Beach, NY 13162 |
| The Church of Our Lady of Good Counsel | Verona, NY 13478 |
| St. Vincent de Paul Church | Vestal NY 13850 |
| St. Vincent DePaul-Blessed Sacrament Church | Vestal, NY 13850 |
| Our Lady of Sorrows Church, Vestal, NY | Vestal, NY 13851 |
| The Church of Our Lady of Good Counsel | Warners, NY 13164 |
| St. Bernard's Catholic Church of Waterville, Oneida Co. | Waterville, NY 13480 |
| St. Anne's Roman Catholic Church, Whitesboro, NY | Whitesboro, NY 13492 |
| St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro | Whitesboro, NY 13492 |
| The Catholic Community of St. Stephen-St. Patrick [merged into St. Patraick-Whitney Pt. | Whitney Point, 13862 |
| St. Patrick 's Church Williamstown [originally a mission of Parish, later Camden] | Williamstown,NY 13493 |
| Church of Our Lady of Lourdes of Windsor,NY | Windsor,NY 13865 |

# Schools

| | |
|---|---|
| All Saints Catholic School | Endicott |
| Bishop Cunningham High School | Oswego |
| Bishop Grimes Jr./Sr. High School | East Syracuse |
| Bishop Ludden Jr./Sr. High School | Syracuse |
| Cathedral Academy at Pompei | Syracuse |
| Catholic Schools of Broome County | Binghamton |
| Holy Family | Norwich |
| Notre Dame Elementary School | Utica |
| Notre Dame Jr. / Sr. High | Utica |
| Oswego Catholic High School | Oswego |
| Rome Catholic School | Rome |
| Seton Catholic Central | Binghamton |
| Seton Catholic High School | Endicott |
| Trinity Catholic School | Oswego |
| Utica Catholic Academy | Utica |

# Other Catholic Entities

Associated Catholic Charities for Community Development at Broome Co., Inc.
Brady Faith Center
Brady Faith Center
Brady Farm
Brady Market
Camp Nazareth
Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc.

Catholic Charities of the Roman Catholic Diocese of Syracuse

Christopher Community, Inc.

Encompass Health Home, LLC

Heritage Campaign, Inc.

Jail Ministry of Onondaga County, Inc.

Joseph and Elaine Scuderi Foundation, Inc.

Joseph T. O'Keefe Corporation

Lourdes Camp

Newman Foundation of Binghamton

Newman Foundation of Cortland

Project Joseph

Propagation of Faith

Spirtual Renewal Center

St. Thomas More Catholic Campus Ministry

The Clerical Fund of the Roman Catholic Diocese of Syracuse

The Diocese of Syracuse Lay Pension Plan

The Foundation of the Roman Catholic Diocese of Syracuse, Inc.

The Guardian Angel Society

The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. James Church of Lestershire, NY

The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Patrick's Church of Binghamton, NY

The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Thomas Aquinas Church

The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H. McDevitt, L.C.H.S. Foundation Inc.

The St. Thomas Aquinas Fund, Inc.

The Syracuse Catholic Press Association, Inc.

The Syracuse Diocesan Investment Fund

The Syracuse House of Retreats