**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK,<br><br>Debtor. | Case No. 20-30663 (WAK)<br><br>Chapter 11 |

**CATHOLIC MUTUAL RELIEF SOCIETY OF AMERICA'S JOINDER TO CERTAIN OBJECTIONS TO THE DEBTOR'S DISCLOSURE STATEMENT**

Catholic Mutual Relief Society of America ("Catholic Mutual") hereby joins in the objections filed by Certain Underwriters at Lloyd's, London and London Market Companies on January 30, 2024 [Docket No. 1637], Interstate Fire & Casualty Company, Fireman's Fund Insurance Company, and National Surety Corporation on January 30, 2024 [Docket No. 1639], Travelers Insurance Company Limited, Travelers Casualty and Surety Company and Traveler's Indemnity Company on January 30, 2024 [Docket No. 1640], and Westchester Fire Insurance Company and Ace Property and Casualty Insurance on January 30, 2024 [Docket No. 1641] and adopts the objections set forth therein, or any other formal or informal objection, to the Debtor's *Disclosure Statement in Support of Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York* [Docket No. 1566] (the "Disclosure Statement").

For the reasons set forth therein, Catholic Mutual requests that the Court deny approval of the Disclosure Statement.

Dated: February 6, 2024

**ARENTFOX SCHIFF LLP**

*/s/* Brett D. Goodman
Brett D. Goodman, Esq.
(NDNY Bar Roll # 704415)
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019
Phone: (212) 484-3939

SHDOCS:220657341.1

Facsimile: (212) 484-3990
brett.goodman@afslaw.com

-and-

Everett J. Cygal (*pro hac vice pending*)
J. Mark Fisher (*pro hac vice pending*)
Daniel J. Schufreider (*pro hac vice pending*)
Matthew R. Bentley *(pro hac vice pending)*
233 South Wacker Drive, Suite 7100
Chicago, IL 60606
Phone: (312) 258-5500
Facsimile: (312) 258-5600
everett.cygal@afslaw.com
mark.fisher@afslaw.com
daniel.schufreider@afslaw.com
matthew.bentley@afslaw.com

*Counsel for Catholic Mutual Relief Society of America*