

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**OFFICE OF THE CLERK**

CYNTHIA A. PLATT
Clerk of Court

DAWN G. SIMMONS
Chief Deputy

February 15, 2024

Re:  The Roman Catholic Diocese of Syracuse, New York
     Chapter 11 Case No. 20-30663-5-WAK

Dear :

    This letter responds to your request for a status update of the above-reference case. An Official Committee of Unsecured Creditors has been appointed in the case to represent the interests of creditors, such as yourself. That Committee is represented by:

Robert T. Kugler – (612) 335-1500; logan.kugler@stinson.com

Stinson LLP
50 South Sixth Street
Suite 2600
Minneapolis, MN 55402

    Counsel for the Committee should be able to provide you with an update of the status of the case, particularly as relates to survivor-related issues. Additionally, if you have access to a computer, there is a website maintained by Stretto, the Claims Agent appointed in this case, that may provide you with helpful information. https://case.stretto.com/DioceseofSyracuse

Very truly yours,

*Dawn Simmons*

Dawn Simmons
Chief Deputy Clerk

DGS/s
CC:  Stephen A. Donato, Esq. – *Debtor's Counsel*
     Robert T. Kugler, Esq. – *Committee Counsel*
     Erin Champion, Esq. – *Assistant United States Trustee*
Enclosures – Unredacted Documents 1372, 1373, and 1682