UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK,<br><br>                    Debtor. | Case No. 20-30663-5-wak<br><br>Chapter 11<br><br>Hon. Wendy A. Kinsella |

**ORDER GRANTING WESTCHESTER FIRE INSURANCE COMPANY'S REQUEST TO SHORTEN NOTICE PERIOD BY ONE DAY**

Having reviewed Westchester Fire Insurance Company's ("Westchester Fire") request pursuant to Fed. R. Bankr. P. 9006(c)(1), that the time period requirement for filing a motion 21 days before the return date of that motion be shortened by 1 day to permit Westchester Fire to be heard at the next omnibus hearing its motion (the "Motion," Dkt. No. 1686), the request to shorten the notice period of Local Bankruptcy Rule 9013-1(e) by 1 day is here by granted, and it is

ORDERED as follows:

1.      A hearing on the Motion will be conducted on **March 7, 2024** before the Honorable Wendy A. Kinsella, United States Bankruptcy Judge for the Northern District of New York, at the James M. Hanley U.S. Courthouse and Federal Building, 100 Clinton Street, Syracuse, NY 13261.

2.      Applicant must serve a copy of this Order, and all related documents, on all interested parties by e-mail as of the date of this Order.

Syracuse, New York,

_____
HON. WENDY A. KINSELLA
UNITED STATES BANKRUPTCY JUDGE