UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | Chapter 11 |
| Debtor. | Judge Wendy A. Kinsella |

## MONTHLY FEE STATEMENT OF STINSON LLP FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE MONTH OF JANUARY 2024

Pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [ECF No. 117] (the "Interim Compensation Order"), Stinson LLP ("Stinson"), counsel to the Official Committee of Unsecured Creditors (the "Committee"), hereby files this monthly fee statement (the "Monthly Fee Statement") seeking compensation for reasonable and necessary services rendered to the Committee from January 1, 2024 through January 31, 2024 (the "Compensation Period") in the amount of $51,326.40 (80% of $64,158.00)[1] and reimbursement of actual and necessary expenses incurred during the Compensation Period in the amount of $164.00.

Stinson's invoice for the Compensation Period, attached hereto as **Exhibit A**, includes the names, titles, billing rates, aggregate hours worked, and a description of services performed for all Stinson professionals and paraprofessionals who provided services to the Committee during the

---

[1] This Monthly Fee Statement includes a request for fees incurred by Stinson LLP in connection with the Committee's investigation of Interstate's improper disclosure of confidential survivor information (Task Code B500). Stinson LLP thus seeks $46,584.80 (80% of $58,231.00) in fees and $164.00 in expenses from the Diocese, and $4,741.60 (80% of $5,927.00) in fees from Interstate. Stinson LLP, at such time as the fees and expenses detailed in this monthly fee statement may be paid, will separately request reimbursement from the Diocese and Interstate for these amounts.

Compensation Period and a list of expenses Stinson incurred during the Compensation Period in

connection with providing services to the Committee.

Date: February 19, 2024

*/s/ Robert T. Kugler*

Robert T. Kugler (MN # 194116)
Edwin H. Caldie (MN # 388930)
**Stinson LLP**
50 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Main: 612-335-1500
Facsimile: 612-335-1657
Email:     robert.kugler@stinson.com
               ed.caldie@stinson.com

*Counsel for the Official Committee of
Unsecured Creditors*

# **EXHIBIT A**

# STINSON

PO Box 843052
Kansas City, MO 64184-3052
1.800.846.1201

February 19, 2024

Diocese of Syracuse Tort Claimants Committee
N/A
N/A

Invoice No: 43547515
Robert T Kugler

Re:        Diocese of Syracuse
           File No:  3520516.0002

## Invoice Summary

Professional services and disbursements rendered through January 31, 2024

| | |
|---|---:|
| Current Professional Services | $64,158.00 |
| Current Disbursements | $164.00 |
| **Total Current Invoice** | **$64,322.00** |

Additional Information:

Remaining Trust Balance            $100.00

**Stinson LLP**                                                      **Invoice Detail**

File No. 3520516.0002                                                      Page 2
Invoice No: 43547515

| Timekeeper Summary | | | | |
|---|---|---|---|---|
| **Timekeeper** | **Title** | **Rate** | **Hours** | **Amount** |
| Andrew Glasnovich | Partner | 455.00 | 0.80 | 364.00 |
| Christopher Sevedge | Partner | 380.00 | 3.80 | 1,444.00 |
| Edwin H Caldie | Partner | 550.00 | 20.20 | 11,110.00 |
| Robert T Kugler | Partner | 550.00 | 44.50 | 24,475.00 |
| Zachary Hemenway | Partner | 500.00 | 4.30 | 2,150.00 |
| Logan Kugler | Associate | 390.00 | 54.20 | 21,138.00 |
| Logan Kugler | Associate |  | 12.50 | No Charge |
| Jessica Rehbein | Paralegal | 285.00 | 12.20 | 3,477.00 |
| **Current Professional Services** | | | **152.50** | **$64,158.00** |

| Professional Services | | | | |
|---|---|---|---|---|
| **Date** | **Task** | **Description/Timekeeper** | **Hours** | **Amount** |

**B110 - Case Administration**

| Date | Task | Description/Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/03/24 | B110 | Travel to Syracuse for hearings on 1/4 (6.5).<br>Logan Kugler | 6.50 | No Charge |
| 01/05/24 | B110 | Return travel from Syracuse (6.0).<br>Logan Kugler | 6.00 | No Charge |
| **Total B110 - Case Administration** | | | **12.50** | **0.00** |

**B115 - Mediation**

| Date | Task | Description/Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/04/24 | B115 | Prepare for and attend hearing on Travelers motion regarding mediation stay (.5).<br>Robert T Kugler | 0.50 | 275.00 |
| 01/04/24 | B115 | Review emails with Schnitzer regarding settlement (.5).<br>Robert T Kugler | 0.50 | 275.00 |
| 01/05/24 | B115 | Analyze and address issues relating to potential insurer settlements and remaining options for resolution (.3).<br>Edwin H Caldie | 0.30 | 165.00 |
| 01/05/24 | B115 | Review proposed order regarding mediation stay (.4).<br>Robert T Kugler | 0.40 | 220.00 |

**Stinson LLP**                                                                                        **Invoice Detail**

File No. 3520516.0002                                                                                        Page 3
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/05/24 | B115 | Review comments and revisions to proposed order regarding lifting mediation stay (.5). Robert T Kugler | 0.50 | 275.00 |
| 01/05/24 | B115 | Review emails between Donato and Schnitzer regarding 9019 motion (.4). Robert T Kugler | 0.40 | 220.00 |
| 01/06/24 | B115 | Assess order terminating mediation stay (.1). Logan Kugler | 0.10 | 39.00 |
| 01/10/24 | B115 | Analyze communications and issues relating to potential insurer settlements (.3). Edwin H Caldie | 0.30 | 165.00 |
| 01/10/24 | B115 | Evaluate impact of recent order lifting mediation stay and address related questions (.4). Edwin H Caldie | 0.40 | 220.00 |
| 01/10/24 | B115 | Review correspondence with Utica regarding settlement agreement (.4). Robert T Kugler | 0.40 | 220.00 |
| 01/12/24 | B115 | Review revisions to TNCRRG settlement agreement from Debtor (.8). Robert T Kugler | 0.80 | 440.00 |
| 01/12/24 | B115 | Review TNCRRG emails regarding meet and confer regarding settlement agreement (.6). Robert T Kugler | 0.60 | 330.00 |
| 01/14/24 | B115 | Review strategy regarding TNCRRG settlement (.6). Robert T Kugler | 0.60 | 330.00 |
| 01/16/24 | B115 | Prepare for and attend conference call with counsel for TNCRRG and Debtor regarding revisions to settlement agreement (.7). Christopher Sevedge | 0.70 | 266.00 |
| 01/16/24 | B115 | Review correspondence with TNCRRG and Debtor regarding 9019 motion (.5). Robert T Kugler | 0.50 | 275.00 |
| 01/16/24 | B115 | Participate in meeting with National Catholic and Diocese regarding settlement finalization (.3). Logan Kugler | 0.30 | 117.00 |
| 01/16/24 | B115 | Assess status of 9019 motion for National Catholic (.2). Logan Kugler | 0.20 | 78.00 |

**Stinson LLP**                                                        **Invoice Detail**

File No. 3520516.0002                                                          Page 4
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/17/24 | B115 | Review emails with Utica counsel regarding settlement (.6). Robert T Kugler | 0.60 | 330.00 |
| 01/18/24 | B115 | Correspondence with counsel for Utica regarding settlement discussions and with Mr. Caldie regarding same (.4). Christopher Sevedge | 0.40 | 152.00 |
| 01/19/24 | B115 | Review emails with Cygal regarding settlement (.6). Robert T Kugler | 0.60 | 330.00 |
| 01/19/24 | B115 | Review emails with Utica counsel regarding settlement (.4). Robert T Kugler | 0.40 | 220.00 |
| 01/22/24 | B115 | Attend conference call with counsel for Utica and counsel for Diocese regarding template settlement agreement and contemplation of potential revisions to same (.7). Christopher Sevedge | 0.70 | 266.00 |
| 01/22/24 | B115 | Work on analysis of issues raised on settlement call by counsel for Utica (.6). Christopher Sevedge | 0.60 | 228.00 |
| 01/22/24 | B115 | Review status of Utica negotiations (.9). Robert T Kugler | 0.90 | 495.00 |
| 01/23/24 | B115 | Review status of TNCRRG agreement (.5) Robert T Kugler | 0.50 | 275.00 |
| 01/31/24 | B115 | Confer with Committee Chair regarding plan, disclosure statement, and confirmation issues (.6). Edwin H Caldie | 0.60 | 330.00 |

| | | **Total B115 - Mediation** | **12.80** | **6,536.00** |

**B120 - Asset Analysis and Recovery**

| 01/04/24 | B120 | Work session with team concerning global case strategy and insurance issues (.1). Christopher Sevedge | 0.10 | 38.00 |
| 01/04/24 | B120 | Review strategy regarding adv pro regarding coverage issues (.7). | 0.70 | 385.00 |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3520516.0002                                                                    Page 5
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Robert T Kugler | | |
| 01/05/24 | B120 | Review strategy regarding adv proceeding regarding coverage matters (.7). Robert T Kugler | 0.70 | 385.00 |
| 01/09/24 | B120 | Review strategy regarding insurance coverage maximization (.7). Robert T Kugler | 0.70 | 385.00 |
| 01/18/24 | B120 | Work session with team concerning global case strategy and insurance issues (.2). Christopher Sevedge | 0.20 | 76.00 |
| 01/19/24 | B120 | Develop insurance resolution strategy (.8). Robert T Kugler | 0.80 | 440.00 |
| 01/22/24 | B120 | Correspondence with Mr. Kugler and Mr. Caldie regarding call with counsel for Utica on issues pertaining to settlement agreement and adversary proceeding response (.4). Christopher Sevedge | 0.40 | 152.00 |
| 01/26/24 | B120 | Assess status of insurer actions in adversary proceeding and necessary actions as related to confirmation proceedings (.4). Logan Kugler | 0.40 | 156.00 |

**Total B120 - Asset Analysis and Recovery**                                    **4.00**        **2,017.00**

**B150 - Meetings of and Comm. with Creditors**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/02/24 | B150 | Prepare update to Committee website and coordinate posting (.5). Logan Kugler | 0.50 | 195.00 |
| 01/03/24 | B150 | Communicate with committee member regarding case status and outstanding plan issues (.4). Edwin H Caldie | 0.40 | 220.00 |
| 01/03/24 | B150 | Emails to Committee members regarding upcoming hearing (.2). Logan Kugler | 0.20 | 78.00 |
| 01/04/24 | B150 | Prepare for and attend hearing on Committee 2004 motion (.4). | 0.40 | 220.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3520516.0002                                                      Page 6
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | Robert T Kugler | | |
| 01/04/24 | B150 | Telephone conference with bankruptcy team regarding ongoing case issues and strategy (.5). Logan Kugler | 0.50 | 195.00 |
| 01/04/24 | B150 | Email to state court counsel regarding plan status (.2). Logan Kugler | 0.20 | 78.00 |
| 01/04/24 | B150 | Review email to Committee members with update (.1). Logan Kugler | 0.10 | 39.00 |
| 01/04/24 | B150 | Prepare agenda for committee meeting (.3). Jessica Rehbein | 0.30 | 85.50 |
| 01/04/24 | B150 | Analyze notices of continued hearings, calendar hearing dates for team, and update case chart (.2) Jessica Rehbein | 0.20 | 57.00 |
| 01/04/24 | B150 | Revise and update case chart for team strategy call (.1) Jessica Rehbein | 0.10 | 28.50 |
| 01/05/24 | B150 | Draft and circulate case update to survivors' attorneys and address follow-up questions (.7). Edwin H Caldie | 0.70 | 385.00 |
| 01/05/24 | B150 | Review emails with Committee survivors regarding status (.5). Robert T Kugler | 0.50 | 275.00 |
| 01/05/24 | B150 | Email to Committee members regarding next meeting (.1). Logan Kugler | 0.10 | 39.00 |
| 01/08/24 | B150 | Communicate with survivor attorneys regarding case developments, anticipated plan confirmation timing, and claim review mechanics and timing (.3). Edwin H Caldie | 0.30 | 165.00 |
| 01/08/24 | B150 | Telephone conference survivor counsel regarding status (.3). Robert T Kugler | 0.30 | 165.00 |
| 01/09/24 | B150 | Address questions from the Committee regarding the status of ongoing plan negotiations (.3). Edwin H Caldie | 0.30 | 165.00 |
| 01/09/24 | B150 | Provide update to survivors' attorney representing a Committee member (.2). | 0.20 | 110.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3520516.0002                                                    Page 7
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Edwin H Caldie | | |
| 01/09/24 | B150 | Prepare agenda for Committee meeting (.4).<br>Logan Kugler | 0.40 | 156.00 |
| 01/09/24 | B150 | Communications with Committee member regarding fee reimbursement (.1).<br>Logan Kugler | 0.10 | 39.00 |
| 01/09/24 | B150 | Update agenda for team meeting (.1).<br>Jessica Rehbein | 0.10 | 28.50 |
| 01/10/24 | B150 | Prepare for and attend Committee meeting (1.5).<br>Robert T Kugler | 1.50 | 825.00 |
| 01/10/24 | B150 | Attend Committee meeting (1.1).<br>Logan Kugler | 1.10 | 429.00 |
| 01/11/24 | B150 | Telephone conference with team regarding case issues and strategy (.8).<br>Logan Kugler | 0.80 | 312.00 |
| 01/11/24 | B150 | Prepare agenda for team strategy call (.1).<br>Jessica Rehbein | 0.10 | 28.50 |
| 01/11/24 | B150 | Confer with Mr. Kugler and Mr. Caldie regarding global case strategy, outstanding confirmation issues, and update chart (.4).<br>Jessica Rehbein | 0.40 | 114.00 |
| 01/12/24 | B150 | Review communications and respond to questions from creditor representative regarding plan timing issues (.2).<br>Edwin H Caldie | 0.20 | 110.00 |
| 01/12/24 | B150 | Provide update to Committee on the status of plan issues (.3).<br>Edwin H Caldie | 0.30 | 165.00 |
| 01/15/24 | B150 | Address question from survivor counsel on timing for disclosure statement approval and anticipated obstacles to the same (.1).<br>Edwin H Caldie | 0.10 | 55.00 |
| 01/16/24 | B150 | Prepare for, and participate in settlement call with TNCRRG and debtor's counsel (.5).<br>Edwin H Caldie | 0.50 | 275.00 |
| 01/16/24 | B150 | Draft and circulate case update in response to claimant counsel inquiry (.3). | 0.30 | 165.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3520516.0002                                                    Page 8
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Edwin H Caldie | | |
| 01/16/24 | B150 | Telephone conference with Committee member regarding child protection and plan issues (.5). Logan Kugler | 0.50 | 195.00 |
| 01/17/24 | B150 | Review and revise recommended, potential update to survivor website and evaluate issues relating to plan solicitation and related rules (.6). Edwin H Caldie | 0.60 | 330.00 |
| 01/17/24 | B150 | Assess outstanding issues and tasks for addition to case tracking chart and email to Ms. Rehbein regarding same (.2). Logan Kugler | 0.20 | 78.00 |
| 01/17/24 | B150 | Prepare agenda for team strategy call (.1). Jessica Rehbein | 0.10 | 28.50 |
| 01/18/24 | B150 | Address questions regarding child protection and the status of agreed-upon measures (.6). Edwin H Caldie | 0.60 | 330.00 |
| 01/18/24 | B150 | Analyze and address inquiries from state court counsel regarding claim information (1.4). Jessica Rehbein | 1.40 | 399.00 |
| 01/22/24 | B150 | Review emails with Committee members regarding CPP's (.5). Robert T Kugler | 0.50 | 275.00 |
| 01/22/24 | B150 | Assess email from Committee member regarding status of protection protocols (.1). Logan Kugler | 0.10 | 39.00 |
| 01/22/24 | B150 | Review and update task list (.2). Logan Kugler | 0.20 | 78.00 |
| 01/23/24 | B150 | Review emails with Committee members regarding status (.5). Robert T Kugler | 0.50 | 275.00 |
| 01/23/24 | B150 | Review email from Committee member regarding protection protocol issues (.2). Logan Kugler | 0.20 | 78.00 |
| 01/23/24 | B150 | Address claimant inquiry regarding types of claim and treatment under the plan (.5). Logan Kugler | 0.50 | 195.00 |

**Stinson LLP**                                                                                      **Invoice Detail**

File No. 3520516.0002                                                                                        Page 9
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/23/24 | B150 | Address inquiry from state court counsel regarding case status (.3).<br>Logan Kugler | 0.30 | 117.00 |
| 01/23/24 | B150 | Respond to survivor voicemail (.1).<br>Logan Kugler | 0.10 | 39.00 |
| 01/24/24 | B150 | Address inquiry regarding next Committee meeting (.1).<br>Logan Kugler | 0.10 | 39.00 |
| 01/24/24 | B150 | Telephone conference with Syracuse survivor regarding case status (.2).<br>Logan Kugler | 0.20 | 78.00 |
| 01/25/24 | B150 | Telephone conference with state court counsel regarding status (.4).<br>Robert T Kugler | 0.40 | 220.00 |
| 01/25/24 | B150 | Assist with plan for next Committee meeting (.1).<br>Logan Kugler | 0.10 | 39.00 |
| 01/25/24 | B150 | Updates to case issues and tracking chart (.3).<br>Logan Kugler | 0.30 | 117.00 |
| 01/26/24 | B150 | Address questions relating to child protection measures and their impact on the plan confirmation process (.3).<br>Edwin H Caldie | 0.30 | 165.00 |
| 01/26/24 | B150 | Draft email to Committee regarding status (.6).<br>Robert T Kugler | 0.60 | 330.00 |
| 01/26/24 | B150 | Review emails from Committee members regarding Disclosure Statement hearing (.5).<br>Robert T Kugler | 0.50 | 275.00 |
| 01/26/24 | B150 | Case check in call (.5).<br>Logan Kugler | 0.50 | 195.00 |
| 01/26/24 | B150 | Participate in case check in call (.5).<br>Logan Kugler | 0.50 | 195.00 |
| 01/26/24 | B150 | Email with Committee member regarding disclosure statement hearing (.2).<br>Logan Kugler | 0.20 | 78.00 |
| 01/26/24 | B150 | Confer with Mr. Kugler and Mr. Caldie regarding global case strategy and update case chart (.3).<br>Jessica Rehbein | 0.30 | 85.50 |

**Stinson LLP**                                                              **Invoice Detail**

File No. 3520516.0002                                                        **Page 10**
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/29/24 | B150 | Assess emails from state court counsel regarding Disclosure Statement hearing strategy (.4). Robert T Kugler | 0.40 | 220.00 |
| 01/29/24 | B150 | Prepare reply in support of disclosure statement objection, building format and incorporating relevant case law (.7). Logan Kugler | 0.70 | 273.00 |
| 01/29/24 | B150 | Address inquiry regarding claimant's claim (.2). Logan Kugler | 0.20 | 78.00 |
| 01/30/24 | B150 | Address questions from Committee member regarding outstanding discussion points on child protection (.2). Edwin H Caldie | 0.20 | 110.00 |
| 01/30/24 | B150 | Communicate with Committee member regarding concerns over the disclosure statement approval process (.3). Edwin H Caldie | 0.30 | 165.00 |
| 01/30/24 | B150 | Communicate with Committee member regarding concerns over the disclosure statement approval process (.3). Edwin H Caldie | 0.30 | 165.00 |
| 01/30/24 | B150 | Telephone conference with state court counsel regarding status (.4). Robert T Kugler | 0.40 | 220.00 |
| 01/31/24 | B150 | Prepare communication to the Committee regarding recent filings, including disclosure statement objections (.3). Edwin H Caldie | 0.30 | 165.00 |

**Total B150 - Meetings of and Comm. with Creditors**                          **23.80**     **10,871.00**

**B160 - Fee/Employment Applications**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/02/24 | B160 | Prepare monthly fee statement (1.0). Logan Kugler | 1.00 | 390.00 |
| 01/06/24 | B160 | Update to Monthly Fee Statement (.1). Logan Kugler | 0.10 | 39.00 |
| 01/08/24 | B160 | Revise and finalize monthly fee statement (.2). | 0.20 | 57.00 |

**Stinson LLP**                                                                                              **Invoice Detail**

File No. 3520516.0002                                                                                              Page 11
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Jessica Rehbein | | |
| 01/08/24 | B160 | Confirm internally and on the docket that no objections were filed to Stinson and Burns Bair's monthly fee statements, prepare and file Certificate of No Objection, and prepare notice to debtor and Interstate regarding their portion of the fees owed (.3).<br>Jessica Rehbein | 0.30 | 85.50 |
| 01/09/24 | B160 | Review and approve monthly fee statement for December (.2).<br>Logan Kugler | 0.20 | 78.00 |
| 01/10/24 | B160 | Finalize and file December monthly fee statement for Stinson (.2).<br>Jessica Rehbein | 0.20 | 57.00 |
| 01/16/24 | B160 | Address status of committee member reimbursements (.2).<br>Logan Kugler | 0.20 | 78.00 |
| 01/23/24 | B160 | Finalize and file Burns Bair Monthly Fee Statement for December (.1).<br>Jessica Rehbein | 0.10 | 28.50 |
| 01/25/24 | B160 | Evaluate fee payment issues and email to Debtors' counsel regarding same (.4).<br>Logan Kugler | 0.40 | 156.00 |
| 01/25/24 | B160 | Confirm internally and on the docket that no objections had been filed to Stinson's December monthly fee statement, prepare Certificate of No Objection, and file Certificate of No Objection (.2).<br>Jessica Rehbein | 0.20 | 57.00 |
| 01/29/24 | B160 | Address issues related to Diocese overpayment and emails regarding reverting amounts (.4).<br>Logan Kugler | 0.40 | 156.00 |
| 01/31/24 | B160 | Telephone conference with Debtors' counsel regarding fee statement issues (.2).<br>Logan Kugler | 0.20 | 78.00 |

**Total B160 - Fee/Employment Applications**                                          **3.50**          **1,260.00**

**Stinson LLP**                                                      **Invoice Detail**

File No. 3520516.0002                                                      Page 12
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| **B170 - Fee/Employment Objections** | | | | |
| 01/06/24 | B170 | Assess Blank Rome monthly fee statement for November (.1). Logan Kugler | 0.10 | 39.00 |
| **Total B170 - Fee/Employment Objections** | | | **0.10** | **39.00** |
| **B190 - Other Contested Matters** | | | | |
| 01/02/24 | B190 | Review issues regarding privilege and work product (.7). Robert T Kugler | 0.70 | 385.00 |
| 01/02/24 | B190 | Assess updates in related cases for impact on instant case (.3). Logan Kugler | 0.30 | 117.00 |
| 01/02/24 | B190 | Review issues for 1/4 hearing and prepare related information (.4). Logan Kugler | 0.40 | 156.00 |
| 01/22/24 | B190 | Review text order regarding adjournment of SB motion (.2). Robert T Kugler | 0.20 | 110.00 |
| 01/22/24 | B190 | Assess docket entry related to SB continuation (.1). Logan Kugler | 0.10 | 39.00 |
| 01/23/24 | B190 | Evaluate ongoing developments in related Diocesan bankruptcy cases (.5). Logan Kugler | 0.50 | 195.00 |
| 01/29/24 | B190 | Evaluate filing in related cases that could impact developments in instant case (.6). Logan Kugler | 0.60 | 234.00 |
| **Total B190 - Other Contested Matters** | | | **2.80** | **1,236.00** |
| **B310 - Claims Administration and Objections** | | | | |
| 01/08/24 | B310 | Analyze additional claims filed and update claims chart (.5). | 0.50 | 142.50 |

**Stinson LLP**                                                                               **Invoice Detail**

File No. 3520516.0002                                                                                    Page 13
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Jessica Rehbein | | |
| 01/11/24 | B310 | Review correspondence to Donato regarding additional claim (.4).<br>Robert T Kugler | 0.40 | 220.00 |

**Total B310 - Claims Administration and Objections**                                **0.90**        **362.50**

**B320 - Plan/Disclosure Statement Incl. Bus Plan**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/02/24 | B320 | Analyze communications and issues relating to potential insurer settlements (.4).<br>Edwin H Caldie | 0.40 | 220.00 |
| 01/02/24 | B320 | Address questions relating to claim review and timing posed by anticipated tort claim reviewer (.2).<br>Edwin H Caldie | 0.20 | 110.00 |
| 01/02/24 | B320 | Review emails with Donato regarding open issues for confirmation and upcoming hearing (.6).<br>Robert T Kugler | 0.60 | 330.00 |
| 01/02/24 | B320 | Analyze outstanding plan and confirmation issues and tasks and update chart (.3).<br>Jessica Rehbein | 0.30 | 85.50 |
| 01/03/24 | B320 | Evaluate information relating to upcoming hearing on status and confirmation timing issues (.2).<br>Edwin H Caldie | 0.20 | 110.00 |
| 01/03/24 | B320 | Analyze filings and communications by non-settling insurers and evaluate likely plan objections and related strategies (.5).<br>Edwin H Caldie | 0.50 | 275.00 |
| 01/03/24 | B320 | Review and revise Litigation Claimant Agreement from Debtor (.7).<br>Robert T Kugler | 0.70 | 385.00 |
| 01/03/24 | B320 | Review Abuse Claimant Release Agreement (.8).<br>Robert T Kugler | 0.80 | 440.00 |
| 01/03/24 | B320 | Review Debtor revision to Trust Agreement (.8).<br>Robert T Kugler | 0.80 | 440.00 |
| 01/03/24 | B320 | Review Debtor revision to trust Distribution procedures | 0.80 | 440.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3520516.0002                                                    Page 14
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | (.8). Robert T Kugler | | |
| 01/03/24 | B320 | Review edits to plan exhibits and correspond with Mr. Kugler and Mr. Caldie regarding same (.3). Logan Kugler | 0.30 | 117.00 |
| 01/03/24 | B320 | Updates to plan exhibits to conform with plan (1.2). Logan Kugler | 1.20 | 468.00 |
| 01/03/24 | B320 | Email BSK regarding plan exhibits and filing (.1). Logan Kugler | 0.10 | 39.00 |
| 01/03/24 | B320 | Assess emails regarding hearing approach amongst parties (.1). Logan Kugler | 0.10 | 39.00 |
| 01/04/24 | B320 | Evaluate issues relating to confirmation schedule (.3). Edwin H Caldie | 0.30 | 165.00 |
| 01/04/24 | B320 | Prepare information and address questions relating to the hearing on plan and disclosure statement issues (.4). Edwin H Caldie | 0.40 | 220.00 |
| 01/04/24 | B320 | Review emails with Donato regarding hearing matters and updates (.6). Robert T Kugler | 0.60 | 330.00 |
| 01/04/24 | B320 | Prepare for and attend status conference on plan and Disclosure statement (.7). Robert T Kugler | 0.70 | 385.00 |
| 01/04/24 | B320 | Review statement regarding plan supplement file by the debtor (.5). Robert T Kugler | 0.50 | 275.00 |
| 01/04/24 | B320 | Review strategy regarding CPP (.5). Robert T Kugler | 0.50 | 275.00 |
| 01/04/24 | B320 | Review Order and Notice Setting Hearing on Disclosure Statement (.3). Robert T Kugler | 0.30 | 165.00 |
| 01/04/24 | B320 | Assist with preparation for hearing on Disclosure Statement schedule hearing (.3). Logan Kugler | 0.30 | 117.00 |
| 01/04/24 | B320 | Assist with preparation for hearing on CPP issues (.3). Logan Kugler | 0.30 | 117.00 |

**Stinson LLP**                                                        **Invoice Detail**

File No. 3520516.0002                                                        Page 15
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 01/04/24 | B320 | Attend hearing on DS, termination motion, status conferences, etc (1.0). Logan Kugler | 1.00 | 390.00 |
| 01/04/24 | B320 | Confer with Mr. Kugler regarding cpp solution and related communications with Debtor (.4). Logan Kugler | 0.40 | 156.00 |
| 01/04/24 | B320 | Analyze and address strategy related to potential insurer plan and disclosure statement arguments (.3). Logan Kugler | 0.30 | 117.00 |
| 01/04/24 | B320 | Confer with Mr. Kugler regarding hearing results, stay termination, and impact on confirmation (.4). Logan Kugler | 0.40 | 156.00 |
| 01/04/24 | B320 | Attention to plan exhibit filing and impact on hearing (.2). Logan Kugler | 0.20 | 78.00 |
| 01/04/24 | B320 | Analyze order setting hearing on Disclosure Statement, calendar hearing and deadline for team, and add information to case chart (.2). Jessica Rehbein | 0.20 | 57.00 |
| 01/04/24 | B320 | Confer with Mr. Caldie regarding outstanding settlement issues and remaining child protection issues (.3). Jessica Rehbein | 0.30 | 85.50 |
| 01/05/24 | B320 | Review provisions of filed plan relating to claim review and organize related process (.4). Edwin H Caldie | 0.40 | 220.00 |
| 01/05/24 | B320 | Address questions relating to the timing for approval of the disclosure statement (.2). Edwin H Caldie | 0.20 | 110.00 |
| 01/06/24 | B320 | Review Court's order on disclosure statement hearing (.1). Logan Kugler | 0.10 | 39.00 |
| 01/08/24 | B320 | Analyze insurer positions relating to the disclosure statement approval plan confirmation (.3). Edwin H Caldie | 0.30 | 165.00 |
| 01/08/24 | B320 | Evaluate information and Committee positions relating to upcoming hearing on disclosure statement approval (.4). | 0.40 | 220.00 |

**Stinson LLP**                                                                                    **Invoice Detail**

File No. 3520516.0002                                                                              **Page 16**
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Edwin H Caldie | | |
| 01/08/24 | B320 | Analyze outstanding plan and confirmation issues and update chart (.4). Jessica Rehbein | 0.40 | 114.00 |
| 01/09/24 | B320 | Review provisions of filed plan relating to late claim treatment and address related questions (.4). Edwin H Caldie | 0.40 | 220.00 |
| 01/09/24 | B320 | Address questions relating to the timing for confirmation (.3). Edwin H Caldie | 0.30 | 165.00 |
| 01/09/24 | B320 | Review strategy regarding survivor role in confirmation proceeding (.6). Robert T Kugler | 0.60 | 330.00 |
| 01/09/24 | B320 | Review Statement Regarding:(Notice of Filing of Second Plan Supplement to Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York Dated December 6, 2023 and Disclosure Statement) (.9). Robert T Kugler | 0.90 | 495.00 |
| 01/09/24 | B320 | Assess liquidation analysis (.2). Logan Kugler | 0.20 | 78.00 |
| 01/09/24 | B320 | Assess assumption schedule (.2). Logan Kugler | 0.20 | 78.00 |
| 01/09/24 | B320 | Assess cash flow projection (.2). Logan Kugler | 0.20 | 78.00 |
| 01/09/24 | B320 | Analyze timelines and confirmation issues regarding other catholic diocese for implications in instant case (.9). Jessica Rehbein | 0.90 | 256.50 |
| 01/09/24 | B320 | Analyze claims for Medicare implications (1.9). Jessica Rehbein | 1.90 | 541.50 |
| 01/10/24 | B320 | Analyze plan issues and discuss with L. Kugler regarding same (.5). Andrew Glasnovich | 0.50 | 227.50 |
| 01/10/24 | B320 | Analyze and respond to question relating to claim supplementation post-confirmation and provide related information to survivor attorney (.4). | 0.40 | 220.00 |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3520516.0002                                                                      Page 17
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Edwin H Caldie | | |
| 01/10/24 | B320 | Assess issues related to child protection issues and developments in related cases (.4). Logan Kugler | 0.40 | 156.00 |
| 01/10/24 | B320 | Assess insurer arguments bearing on confirmation and disclosure statement (.3). Logan Kugler | 0.30 | 117.00 |
| 01/11/24 | B320 | Review communications and recent filings and address Committee questions regarding the confirmation process (.6). Edwin H Caldie | 0.60 | 330.00 |
| 01/11/24 | B320 | Evaluate issues relating to timing for approval of the disclosure statement and review related requirements for notice and balloting (.4). Edwin H Caldie | 0.40 | 220.00 |
| 01/11/24 | B320 | Review confirmation status and open issues (.6). Robert T Kugler | 0.60 | 330.00 |
| 01/11/24 | B320 | Review liq analysis and financial projections (.8). Robert T Kugler | 0.80 | 440.00 |
| 01/11/24 | B320 | Evaluate issues and strategy related to potential confirmation litigation (.4). Logan Kugler | 0.40 | 156.00 |
| 01/11/24 | B320 | Review assessment of potential Medicare claims (.1). Logan Kugler | 0.10 | 39.00 |
| 01/11/24 | B320 | Evaluate outstanding issues and tasks for completion relevant to disclosure statement hearing (.2). Logan Kugler | 0.20 | 78.00 |
| 01/11/24 | B320 | Analyze claims for potential CMS noticing issues and prepare summary for Mr. Kugler (.4). Jessica Rehbein | 0.40 | 114.00 |
| 01/12/24 | B320 | Assess filings relevant to child protection resolution issues (.7). Logan Kugler | 0.70 | 273.00 |
| 01/12/24 | B320 | Analyze potential disclosure statement/confirmation objections (.7). Logan Kugler | 0.70 | 273.00 |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3520516.0002                                                                    Page 18
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/15/24 | B320 | Evaluate timing issues relating to disclosure statement approval (.3).<br>Edwin H Caldie | 0.30 | 165.00 |
| 01/15/24 | B320 | Analyze strategy and address questions regarding ongoing negotiations with the Debtor on child protection issues (.4).<br>Edwin H Caldie | 0.40 | 220.00 |
| 01/15/24 | B320 | Review emails with Donato regarding CPP open issues (.4).<br>Robert T Kugler | 0.40 | 220.00 |
| 01/15/24 | B320 | Emails with BRG regarding liquidation analysis and projection (.2).<br>Logan Kugler | 0.20 | 78.00 |
| 01/15/24 | B320 | Assess emails regarding TNCRRG settlement and review related edits to settlement agreement (.3).<br>Logan Kugler | 0.30 | 117.00 |
| 01/16/24 | B320 | Review internal memorandum on trust operating and formulation procedures and outline strategy for implementation (.2).<br>Edwin H Caldie | 0.20 | 110.00 |
| 01/16/24 | B320 | Review correspondence with Debtor regarding Solicitation Procedures motion (.3).<br>Robert T Kugler | 0.30 | 165.00 |
| 01/16/24 | B320 | Review Solicitation Procedures motion (.6).<br>Robert T Kugler | 0.60 | 330.00 |
| 01/16/24 | B320 | Review status of TNCRRG settlement motion (.4).<br>Robert T Kugler | 0.40 | 220.00 |
| 01/16/24 | B320 | Initial review of disclosure statement and solicitation procedures motion and email to Debtor regarding same (.8).<br>Logan Kugler | 0.80 | 312.00 |
| 01/16/24 | B320 | Evaluate potential disclosure statement objections (.4).<br>Logan Kugler | 0.40 | 156.00 |
| 01/16/24 | B320 | Analyze and prepare summary of confirmation issues in other diocesesan cases for implications in instant case (.7).<br>Jessica Rehbein | 0.70 | 199.50 |

**Stinson LLP**                                                                 **Invoice Detail**

File No. 3520516.0002                                                              Page 19
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/17/24 | B320 | Telephone conference Sullivan regarding CPP (.4). Robert T Kugler | 0.40 | 220.00 |
| 01/17/24 | B320 | Review developing case law in Diocesan cases relevant to confirmation (.8). Robert T Kugler | 0.80 | 440.00 |
| 01/17/24 | B320 | Address issues related to disclosure statement motion/proposed order (.3). Logan Kugler | 0.30 | 117.00 |
| 01/17/24 | B320 | Analyze notice of disclosure statement hearing and motion for approval of disclosure statement and add deadlines to case chart and calendar (.2). Jessica Rehbein | 0.20 | 57.00 |
| 01/18/24 | B320 | Correspondence with Ms. Smith and Ms. North regarding research and analysis for anticipated upcoming briefing on confirmation with respect to insurance issues (.3). Christopher Sevedge | 0.30 | 114.00 |
| 01/18/24 | B320 | Prepare for, and participate in discussion regarding ongoing opportunities for insurer settlement and evaluate related communications (.3). Edwin H Caldie | 0.30 | 165.00 |
| 01/18/24 | B320 | Evaluate disclosure statement issues and briefing schedule and emails regarding same (.3). Logan Kugler | 0.30 | 117.00 |
| 01/18/24 | B320 | Analyze strategy and timing issues for disclosure statement objections and confer with Mr. Kugler regarding timing (.2). Jessica Rehbein | 0.20 | 57.00 |
| 01/18/24 | B320 | Analyze outstanding confirmation and child protection protocol issues and update chart (.3). Jessica Rehbein | 0.30 | 85.50 |
| 01/18/24 | B320 | Confer with Mr. Kugler regarding timing on disclosure statement objections and committee strategy (.2). Jessica Rehbein | 0.20 | 57.00 |
| 01/19/24 | B320 | Review and evaluate filings and decisions relating to the treatment of insurer rights in the context of plan confirmation in Diocese cases and construct related outline (1.1). | 1.10 | 605.00 |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3520516.0002                                                                    Page 20
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | Edwin H Caldie | | |
| 01/23/24 | B320 | Telephone conference with Diocese counsel regarding CPP status (.4). Robert T Kugler | 0.40 | 220.00 |
| 01/23/24 | B320 | Review analysis of late filed claims provisions (.7) Robert T Kugler | 0.70 | 385.00 |
| 01/23/24 | B320 | Prepare materials for disclosure statement hearing (.2). Logan Kugler | 0.20 | 78.00 |
| 01/24/24 | B320 | Review insurance strategy regarding Disclosure Statement hearing (.8). Robert T Kugler | 0.80 | 440.00 |
| 01/24/24 | B320 | Evaluate solicitation procedures motion (.7). Logan Kugler | 0.70 | 273.00 |
| 01/24/24 | B320 | Assist with strategy for hearing on disclosure statement and dealing with objections (.7). Logan Kugler | 0.70 | 273.00 |
| 01/24/24 | B320 | Assist with child protection protocol resolution (.2). Logan Kugler | 0.20 | 78.00 |
| 01/24/24 | B320 | Analyze outstanding disclosure statement hearing and confirmation issues, and update agenda for team meeting (.4). Jessica Rehbein | 0.40 | 114.00 |
| 01/25/24 | B320 | Prepare outline of draft reply to anticipated insurer objections to the disclosure statement (.8). Edwin H Caldie | 0.80 | 440.00 |
| 01/25/24 | B320 | Review analysis of solicitation procedures motion (.4). Robert T Kugler | 0.40 | 220.00 |
| 01/25/24 | B320 | Detailed review of solicitation procedures motion and provide comments internally regarding potential issues (2.6). Logan Kugler | 2.60 | 1,014.00 |
| 01/25/24 | B320 | Prepare for confirmation objections by reviewing related pleadings and case law (.5). Logan Kugler | 0.50 | 195.00 |
| 01/26/24 | B320 | Work session with team concerning global case strategy and insurance issues (.2). | 0.20 | 76.00 |

**Stinson LLP**                                                             **Invoice Detail**

File No. 3520516.0002                                                        **Page 21**
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| | | Christopher Sevedge | | |
| 01/26/24 | B320 | Work session between Burns Bair & Stinson regarding global case strategy, upcoming hearings, settlement negotiations (.2). <br> Christopher Sevedge | 0.20 | 76.00 |
| 01/26/24 | B320 | Review summary of insurer arguments to date and formulate responsive positions (.5). <br> Edwin H Caldie | 0.50 | 275.00 |
| 01/26/24 | B320 | Meeting with FA regarding confirmation issues (.2). <br> Robert T Kugler | 0.20 | 110.00 |
| 01/26/24 | B320 | Email to Diocese regarding solicitation procedures motion (.3). <br> Logan Kugler | 0.30 | 117.00 |
| 01/26/24 | B320 | Assess R. Kugler email to Committee regarding plan and disclosure statement (.1). <br> Logan Kugler | 0.10 | 39.00 |
| 01/26/24 | B320 | Check in call with BRG regarding liquidation analysis and financial projections in disclosure statement (.2). <br> Logan Kugler | 0.20 | 78.00 |
| 01/26/24 | B320 | Evaluate article related to insurer standing (.1). <br> Logan Kugler | 0.10 | 39.00 |
| 01/29/24 | B320 | Evaluate emails with Stout regarding analysis and questions (.6). <br> Robert T Kugler | 0.60 | 330.00 |
| 01/29/24 | B320 | Confer with Mr. Kugler and Mr. Caldie regarding outstanding confirmation issues and child protection protocol status, and update chart (.4). <br> Jessica Rehbein | 0.40 | 114.00 |
| 01/30/24 | B320 | Evaluate strategy and logistics relating to disclosure statement objections (.4). <br> Edwin H Caldie | 0.40 | 220.00 |
| 01/30/24 | B320 | Review Disclosure Statement objection by United State Trustee (.7). <br> Robert T Kugler | 0.70 | 385.00 |
| 01/30/24 | B320 | Prepare disclosure statement objection summary chart (.4). <br> Logan Kugler | 0.40 | 156.00 |

**Stinson LLP**                                                              **Invoice Detail**

File No. 3520516.0002                                                              Page 22
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/30/24 | B320 | Analyze UST's objection to disclosure statement and update objection summary chart detailing objections and responses for reply (2.4). <br> Logan Kugler | 2.40 | 936.00 |
| 01/30/24 | B320 | Confer with team regarding disclosure statement reply preparation (.1). <br> Logan Kugler | 0.10 | 39.00 |
| 01/30/24 | B320 | Prepare Disclosure Statement reply (4.3). <br> Logan Kugler | 4.30 | 1,677.00 |
| 01/30/24 | B320 | Analyze LMI objection to disclosure statement and update objection summary chart detailing objections and responses for reply (1.8). <br> Logan Kugler | 1.80 | 702.00 |
| 01/30/24 | B320 | Read Interstate's objection to disclosure statement motion (.8). <br> Logan Kugler | 0.80 | 312.00 |
| 01/30/24 | B320 | Read Travelers' objection/joinder to disclosure statement motion (.4). <br> Logan Kugler | 0.40 | 156.00 |
| 01/31/24 | B320 | Telephone conference with L. Kugler on DS objections and strategy for response (.3). <br> Andrew Glasnovich | 0.30 | 136.50 |
| 01/31/24 | B320 | Evaluate insurer objections to approval of the disclosure statement and develop and organize related strategies for response (1.6). <br> Edwin H Caldie | 1.60 | 880.00 |
| 01/31/24 | B320 | Review disclosure statement objection filed by London Market Insurer (1.4). <br> Robert T Kugler | 1.40 | 770.00 |
| 01/31/24 | B320 | Review Disclosure Statement objection filed by Interstate (1.4). <br> Robert T Kugler | 1.40 | 770.00 |
| 01/31/24 | B320 | Review Disclosure Statement objection filed by Ace (1.1). <br> Robert T Kugler | 1.10 | 605.00 |
| 01/31/24 | B320 | Review joinder filed Travelers to London Market Insurer and Interstate Disclosure Statement objection (.3). | 0.30 | 165.00 |

**Stinson LLP**                                                   **Invoice Detail**

File No. 3520516.0002                                               Page 23
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | Robert T Kugler | | |
| 01/31/24 | B320 | Assess strategy regarding Disclosure Statement hearing and confirmation process in light of Disclosure Statement objections (1.4). Robert T Kugler | 1.40 | 770.00 |
| 01/31/24 | B320 | Analyze Travelers objection to DS and update objection summary chart (.8). Logan Kugler | 0.80 | 312.00 |
| 01/31/24 | B320 | Analyze Westchester objection to DS and update objection summary chart (1.6). Logan Kugler | 1.60 | 624.00 |
| 01/31/24 | B320 | Confer with team members regarding disclosure statement objections and reply preparation (1.4). Logan Kugler | 1.40 | 546.00 |
| 01/31/24 | B320 | Analyze Interstate objection to DS and update objection summary chart (3.2). Logan Kugler | 3.20 | 1,248.00 |
| 01/31/24 | B320 | Prepare reply to Disclosure Statement objections (5.8). Logan Kugler | 5.80 | 2,262.00 |
| 01/31/24 | B320 | Prepare binder for Mr. Kugler, Mr. Caldie, and Mr. Kugler for hearing on Disclosure Statement (.4). Jessica Rehbein | 0.40 | 114.00 |
| 01/31/24 | B320 | Research disclosure statement orders and filings in other diocesan cases to aid in disclosure statement objection responses and hearing preparation (.5). Jessica Rehbein | 0.50 | 142.50 |

**Total B320 - Plan/Disclosure Statement Incl. Bus Plan**          **80.70**     **35,909.50**

**B500 - Interstate Disclosure**

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 12/01/23 | B500 | Correspondence relating to the same (.2). Zachary Hemenway | 0.20 | 100.00 |
| 12/01/23 | B500 | Begin drafting outline for informal interview with ISO (.8) Zachary Hemenway | 0.80 | 400.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3520516.0002                                                    Page 24
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|------------------------|-------|--------|
| 01/03/24 | B500 | Review emails with Haskins regarding Interstate disclosure hearing (.3).<br>Robert T Kugler | 0.30 | 165.00 |
| 01/03/24 | B500 | Follow up on deposition scheduling and hearing details (.3).<br>Zachary Hemenway | 0.30 | 150.00 |
| 01/04/24 | B500 | Review strategy regarding Interstate disclosure hearing (.4).<br>Robert T Kugler | 0.40 | 220.00 |
| 01/04/24 | B500 | Review correspondence with Haskins and Allison regarding Interstate disclosure hearing (.5).<br>Robert T Kugler | 0.50 | 275.00 |
| 01/04/24 | B500 | Prepare for and attend status conference on Interstate disclosure issues (.6).<br>Robert T Kugler | 0.60 | 330.00 |
| 01/04/24 | B500 | Assist with preparation for hearing on Interstate disclosure issue (.3).<br>Logan Kugler | 0.30 | 117.00 |
| 01/05/24 | B500 | Review emails regarding bar date order and confidentiality (.4).<br>Robert T Kugler | 0.40 | 220.00 |
| 01/12/24 | B500 | Review communications regarding ongoing investigation and discuss status and next steps with estate claimant representatives (.6).<br>Edwin H Caldie | 0.60 | 330.00 |
| 01/15/24 | B500 | Review emails with Haskins regarding depo regarding Interstate disclosure (.5).<br>Robert T Kugler | 0.50 | 275.00 |
| 01/15/24 | B500 | Evaluate correspondence with ISO counsel (.2).<br>Zachary Hemenway | 0.20 | 100.00 |
| 01/15/24 | B500 | Follow up on deposition planning and scope (.3).<br>Zachary Hemenway | 0.30 | 150.00 |
| 01/16/24 | B500 | Review emails with Haskins regarding Interstate Disclosure (.4).<br>Robert T Kugler | 0.40 | 220.00 |
| 01/17/24 | B500 | Evaluate update on progress with Interstate and provide guidance relating to potential interplay with | 0.30 | 165.00 |

**Stinson LLP**                                                    **Invoice Detail**

File No. 3520516.0002                                                    Page 25
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| | | confirmation timing and issues (.3).<br>Edwin H Caldie | | |
| 01/23/24 | B500 | Telephone conference state court counsel regarding status (.5).<br>Robert T Kugler | 0.50 | 275.00 |
| 01/23/24 | B500 | Review produced documents and identify priorities for call with ISO counsel (.8).<br>Zachary Hemenway | 0.80 | 400.00 |
| 01/23/24 | B500 | Participate in and follow up on call (.5).<br>Zachary Hemenway | 0.50 | 250.00 |
| 01/24/24 | B500 | Review communications regarding ongoing investigation and attempts to obtain information and evaluate potential impact on plan confirmation process (.4).<br>Edwin H Caldie | 0.40 | 220.00 |
| 01/25/24 | B500 | Review emails with Haskins regarding deposition scheduling regarding Interstate Disclosure (.4).<br>Robert T Kugler | 0.40 | 220.00 |
| 01/25/24 | B500 | Evaluate fee payment issues and email to Interstate's counsel regarding same (.4).<br>Logan Kugler | 0.40 | 156.00 |
| 01/26/24 | B500 | Evaluate strategy and timing considerations relating to ongoing investigation (.4).<br>Edwin H Caldie | 0.40 | 220.00 |
| 01/26/24 | B500 | Assess emails related to Interstate investigation (.1).<br>Logan Kugler | 0.10 | 39.00 |
| 01/29/24 | B500 | Analyze strategy regarding Interstate Disclosure of survivor information (.6).<br>Robert T Kugler | 0.60 | 330.00 |
| 01/29/24 | B500 | Evaluate potential next steps for motion (.4).<br>Zachary Hemenway | 0.40 | 200.00 |
| 01/29/24 | B500 | Conference with Mr. Caldie and Mr. Kugler regarding case updates and strategy (.3).<br>Zachary Hemenway | 0.30 | 150.00 |
| 01/29/24 | B500 | Follow up regarding potential next steps for motion (.2).<br>Zachary Hemenway | 0.20 | 100.00 |

**Stinson LLP**                                                                    **Invoice Detail**

File No. 3520516.0002                                                                    **Page 26**
Invoice No: 43547515

| Date | Task | Description/Timekeeper | Hours | Amount |
|------|------|----------------------|-------|--------|
| 01/31/24 | B500 | Evaluate correspondence from ISO counsel and impact of same (.3)<br>Zachary Hemenway | 0.30 | 150.00 |

| **Total B500 - Interstate Disclosure** | | | **11.40** | **5,927.00** |
|---|---|---|---|---|

| **Current Professional Services** | | | **152.50** | **$64,158.00** |
|---|---|---|---|---|

## Task Code Summary

| Task Code | Description | Hours | Amount |
|-----------|-------------|-------|--------|
| B110 | Case Administration | 12.50 | 0.00 |
| B115 | Mediation | 12.80 | 6,536.00 |
| B120 | Asset Analysis and Recovery | 4.00 | 2,017.00 |
| B150 | Meetings of and Comm. with Creditors | 23.80 | 10,871.00 |
| B160 | Fee/Employment Applications | 3.50 | 1,260.00 |
| B170 | Fee/Employment Objections | 0.10 | 39.00 |
| B190 | Other Contested Matters | 2.80 | 1,236.00 |
| B310 | Claims Administration and Objections | 0.90 | 362.50 |
| B320 | Plan/Disclosure Statement Incl. Bus Plan | 80.70 | 35,909.50 |
| B500 | Interstate Disclosure | 11.40 | 5,927.00 |
| **Current Professional Services** | | **152.50** | **$64,158.00** |

## Disbursements

| Date | Description | Amount |
|------|-------------|--------|
| | Relativity Database Charges | 100.00 |
| 01/02/24 | Transcript to J & J Court Transcribers, Inc for Federal Court Expedited on Invoice 2024-00001 | 64.00 |

| **Total Disbursements** | | **$164.00** |
|---|---|---|

## <u>CERTIFICATE OF SERVICE</u>

I, Jess Rehbein, hereby certify that on February 19, 2024, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF and that service was emailed to the following parties:

a. The Roman Catholic Diocese of Syracuse, New York, 240 East Onondaga Street, Syracuse, New York 13202

b. Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato

c. Office of the United States Trustee, 10 Broad Street, Room 105, Utica, New York 13501, Attn: Erin P. Champion

Date: February 19, 2024                     _____/s/ Jess Rehbein_____
                                            Jess Rehbein