So Ordered.

Signed this 21 day of February, 2024.





_____

Wendy A. Kinsella

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:
THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK,

Debtor.

Case No. 20-30663-5-wak

Chapter 11

Hon. Wendy A. Kinsella

**ORDER GRANTING WESTCHESTER FIRE INSURANCE COMPANY'S REQUEST TO SHORTEN NOTICE PERIOD BY ONE DAY**

Having reviewed Westchester Fire Insurance Company's ("Westchester Fire") request pursuant to Fed. R. Bankr. P. 9006(c)(1) and (d), and Local Bankruptcy Rule 9013-5(b), that the time period requirement for filing a motion 21 days before the return date of that motion be shortened by 1 day to permit Westchester Fire to be heard at the next omnibus hearing its motion (the "Motion," Dkt. No. 1686), the request to shorten the notice period of Local Bankruptcy Rule 9013-1(e) by 1 day is here by granted, and it is ORDERED as follows: *JWAK*

1. A hearing on the Motion will be conducted on **March 7, 2024** at 1:00 p.m. before the Honorable Wendy A. Kinsella, United States Bankruptcy Judge for the Northern District of New York, at the James M. Hanley U.S. Courthouse and Federal Building, 100 Clinton Street, Syracuse, NY 13261 or can be accessed telephonically by dialing 888-398-2342 and entering access code: 3187406# . *JWAK*

2. Applicant must serve a copy of this Order, the Motion, a Notice of Hearing containing information for attending the hearing either in-person or telephonically, and all related documents, on all interested parties by e-mail by close of business on February 21, 2024. ~~as of the date of this Order.~~ *JWAK*

###