Lauren M. Macksoud, Esq.
**DENTONS US LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-5347
Facsimile:  (212) 768-6800
E-mail: lauren.macksoud@dentons.com

*Attorneys for Travelers Insurance Company Limited, Travelers Casualty and Surety Company and Traveler's Indemnity Company*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In Re:<br><br>The Roman Catholic Diocese Of Syracuse, New York,<br><br>                                      Debtor. | Case No. 20-30663-5-wak<br><br>Chapter 11 |

**TRAVELERS INSURANCE COMPANY LIMITED, TRAVELERS CASUALTY AND SURETY COMPANY, AND TRAVELER'S INDEMNITY COMPANY'S JOINDER IN WESTCHESTER FIRE INSURANCE COMPANY'S MOTION TO COMPEL PARISH STEERING COMMITTEE AND ITS LAW FIRMS TO MAKE MANDATORY RULE 20019 DISCLOSURES**

    Travelers Insurance Company Limited, Travelers Casualty and Surety Company and Traveler's Indemnity Company ("Travelers"), by and through undersigned counsel, hereby files this joinder (the "Joinder") in Westchester Fire Insurance Company's Motion to Compel "Parish Steering Committee" and Its Law Firms to Make Mandatory Rule 2019 Disclosures [Docket No. 1686] (the "Motion").  Travelers has a direct, material interest in the Parish Steering Committee's and its law firms' compliance with Bankruptcy Rule 2019 as an entity that entered into contracts with certain non-debtor parishes. Travelers joins in the relief requested in the Motion for the reasons stated therein.

Dated: February 23, 2024

        Respectfully submitted,

        /s/ Lauren Macksoud
        Lauren Macksoud
        DENTONS US LLP
        1221 Avenue of the Americas
        New York, New York 10020
        Telephone: (212) 768-5347
        Facsimile:  (212) 768-6800
        E-mail: lauren.macksoud@dentons.com

*Attorneys for Travelers Insurance Company Limited, Travelers Casualty and Surety Company and Traveler's Indemnity Company*