

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK
### OFFICE OF THE CLERK

CYNTHIA A. PLATT
Clerk of Court

DAWN G. SIMMONS
Chief Deputy

February 23, 2024

Re:  The Roman Catholic Diocese of Syracuse, New York
     Case No. 20-30663

Dear

By copy of this letter, I am requesting that debtor's counsel, Stephen Donato, Esq., send to you the Disclosure Statement and confirm that your correct address is on the mailing matrix being maintained by the Claims Agent.

Very truly yours,

Dawn Simmons
Chief Deputy Clerk

DGS/s
CC:  Stephen A. Donato, Esq. – *Debtor's Counsel*
     Robert T. Kugler, Esq. – *Committee Counsel*
     Erin Champion, Esq. – *Assistant United States Trustee*
Enclosures – Unredacted Document 1701