# EXHIBIT 5

**O'Melveny**

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:
0705810-00079

**Redwan Saleh**
D: +1 212 728 5897
rsaleh@omm.com

February 16, 2024

<u>**VIA E-MAIL**</u>

Stephen A. Donato, Esq.

Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202-1355
sdonato@bsk.com

   Re: <u>*In re Diocese of Syracuse, New York*, Case No. 20-30663-5-wak</u>

Dear Stephen:

  Pursuant to Sections C.2, D and J of the Confidentiality Agreement, dated February 9, 2021, we are writing to request that the Diocese of Syracuse withdraw its confidentially designation for document bearing production number DOS_CVA00066386.  The document does not refer to any claimant, trade secret or propriety information or contain any other information seemingly falling within Section 107.

  We will file the document under seal on Tuesday if you do not withdraw you designation, but wanted to write you beforehand in an effort to avoid burdening the Court with a sealing motion and you with having to respond to it.

Sincerely,


 */s/ Redwan Saleh*
Redwan Saleh, Esq.
of O'MELVENY & MYERS LLP