# EXHIBIT 6

**O'Melveny**

O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036-6537

T: +1 212 326 2000
F: +1 212 326 2061
omm.com

File Number:
0705810-00079

**Redwan Saleh**
D: +1 212 728 5897
rsaleh@omm.com

February 8, 2024

**VIA E-MAIL**

Timothy P. Lyster, Esq.
Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, New York 14604
tlyster@woodsoviatt.com

Elsaesser Anderson Chtd.,
J. Ford Elsaesser, Esq.
320 East Neider Avenue, Suite 102
Coeur d'Alene, Idaho 83815
felsaesser@eaidaho.com

Re:    *In re Diocese of Syracuse, New York, Case No. 20-30663-5-wak*

Dear Timothy:

I am writing to you in your capacity as counsel for the Parish of St. Mary's of the Assumption Roman Catholic Church in Oswego, New York ("St. Mary's").

We reiterate our request on behalf of Westchester Fire Insurance Company ("Westchester Fire") that St. Mary's aid and cooperate with Westchester Fire, in securing and giving evidence and obtaining the attendance of witnesses, in the investigation and defense of the claim asserted by the person who filed Proof of Claim No. 169. Among other things, we ask that the parish of St. Mary's aid and cooperate in the identification of a representative of the parish to testify that the alleged perpetrator named in this claim was not an employee of the parish.

Please let us know on Monday whether the parish of St. Mary's will comply, identify a representative witness and cooperate with Westchester Fire in providing a declaration in the next two weeks and secure the attendance of this person or persons at a hearing on the claims objection.

We further ask to meet with the parish council to discuss this claim and how it is treated under the plan proposed by the Tort Committee.

O'Melveny

Sincerely,

  /s/ Redwan Saleh
Redwan Saleh, Esq.
of O'MELVENY & MYERS LLP

4855-7732-7780.1