UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Syracuse, New York,

Debtor.

Case No. 20-30663

Chapter 11

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that, in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [Docket No. 117], Blank Rome LLP has filed the *Monthly Fee Statement of Blank Rome LLP for Compensation for Services Rendered and Reimbursement of Expenses as Special Insurance Counsel to The Roman Catholic Diocese of Syracuse, New York for the Period January 1, 2024 Through January 31, 2024*, a copy of which is attached hereto and hereby served upon you.

Dated: February 29, 2024

BLANK ROME LLP

By:     */s/ James R. Murray*
James R. Murray, Esq.
1825 Eye Street, NW
Washington, D.C. 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201
Emails: jmurray@BlankRome.com

*Special Insurance Counsel for The Roman Catholic Diocese of Syracuse, New York*

17350131.1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Syracuse, New York,

Debtor.

Case No.  20-30663

Chapter 11

# MONTHLY FEE STATEMENT OF BLANK ROME LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL INSURANCE COUNSEL TO THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK FOR THE PERIOD JANUARY 1, 2024 THROUGH JANUARY 31, 2024

| | |
|---|---|
| Name of Applicant: | Blank Rome LLP |
| Authorized to Provide Professional Services to: | The Roman Catholic Diocese of Syracuse, New York, Debtor-In-Possession |
| Date of Retention: | Order entered September 2, 2020 [Docket No. 102] *Nunc Pro Tunc* to June 19, 2020 |
| Period for which compensation and reimbursement is sought: | January 1, 2024 through January 31, 2024 |
| Amount of compensation sought as actual, reasonable and necessary: | 80% of $4,159.98 ($3,327.98) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a:  X  monthly ____ quarterly ____ final application.

This is Blank Rome, LLP's thirty-ninth monthly fee statement in this case.

17350131.1

# BLANKROME

1825 EYE STREET NW  
WASHINGTON, DC 20006-5403  
(202) 420-2200  
FEDERAL TAX ID NO. ■

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF SYRACUSE | INVOICE DATE:    FEBRUARY 21, 2024 |
| THE MOST REVEREND DOUGLAS J. LUCIA, BISHOP OF SYRACUSE | CLIENT ID:    158880 |
| C/O STEPHEN BREEN, CFO | MATTER NUMBER:    158880-00601 03348 |
| 240 EAST ONONDAGA STREET | INVOICE NUMBER:    2176993 |
| SYRACUSE, NY 13202 | |

**REGARDING:** **ROMAN CATHOLIC DIOCESE OF SYRACUSE**  
**INSURANCE COVERAGE**

| DATE | INVOICE | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 06/23/2020 | 1901210 | $2,307.69 | $0.00 | $2,307.69 |
| 09/25/2023 | 2143840 | $12,574.98 | ($10,059.98) | $2,515.00 |
| 10/11/2023 | 2147451 | $9,750.51 | ($7,800.40) | $1,950.11 |
| 11/13/2023 | 2156022 | $3,813.15 | ($3,050.52) | $762.63 |
| 12/11/2023 | 2163672 | $6,739.92 | ($5,391.93) | $1,347.99 |
| 01/19/2024 | 2169138 | $206.25 | $0.00 | $206.25 |

**BALANCE FORWARD**                                                                                               $9,089.67

FOR LEGAL SERVICES RENDERED THROUGH 1/31/24                                         $4,159.98

**CURRENT INVOICE TOTAL**                                                                                      $4,159.98

**TOTAL AMOUNT DUE, INCLUDING BALANCE FORWARD**                            $13,249.65

REMITTANCE

| | ACH/WIRE | Mail |
|---|---|---|
| Bank Name | Citizens Bank | Blank Rome LLP |
| Address: | Philadelphia, PA | Attn: Finance Department |
| Account Title: | Blank Rome LLP | One Logan Square |
| Account Number: | ■ | 130 North 18th St |
| ABA Number: | ■ (Domestic) | Philadelphia, PA 19103-6998 |
| Swift Code | ■ (International) | |
| | To pay by Electronic Funds Transfer, visit www.BlankRome.com/Payments | |

PENNSYLVANIA    NEW YORK    NEW JERSEY    DELAWARE    WASHINGTON, DC    FLORIDA    CALIFORNIA    OHIO    TEXAS    ILLINOIS    SHANGHAI

# BLANKROME

**1825 EYE STREET NW**
**WASHINGTON, DC 20006-5403**
**(202) 420-2200**
**FEDERAL TAX ID NO.** ▮

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF SYRACUSE | INVOICE DATE: FEBRUARY 21, 2024 |
| THE MOST REVEREND DOUGLAS J. LUCIA, BISHOP OF SYRACUSE | CLIENT ID: 158880 |
| | MATTER NUMBER: 158880-00601 |
| C/O STEPHEN BREEN, CFO | INVOICE NUMBER: 2176993 |
| 240 EAST ONONDAGA STREET | PAGE 1 |
| SYRACUSE, NY 13202 | |

**REGARDING:  ROMAN CATHOLIC DIOCESE OF SYRACUSE
                         INSURANCE COVERAGE**

**FOR LEGAL SERVICES RENDERED THROUGH JANUARY 31, 2024**

| DATE | DESCRIPTION | TIMEKEEPER | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/17/24 | STRATEGIZE/DRAFT PROPOSED SUBMISSION FOR ARROWOOD BANKRUPTCY | R. MICHAELSON | 1.00 | 412.50 |
| 01/19/24 | DRAFT/REVISE SUBMISSION FOR ARROWOOD BANKRUPTCY | R. MICHAELSON | 0.70 | 288.75 |
| 01/31/24 | REVIEW INSURER OBJECTIONS IN ORDER TO OUTLINE RESPONSES | J. MURRAY | 2.00 | 1,445.40 |
| 01/31/24 | REVIEW UPDATE RE DISCLOSURE STATEMENT OBJECTION | R. MICHAELSON | 0.10 | 41.25 |
| 01/31/24 | REVIEW/ANALYZE INSURER OBJECTIONS | R. MICHAELSON | 0.70 | 288.75 |
| 01/31/24 | BEGIN DRAFTING RESPONSE TO INSURER OBJECTIONS | R. MICHAELSON | 1.10 | 453.75 |
| 01/31/24 | CONFERENCE WITH DEBTOR BANKRUPTCY COUNSEL REGARDING PLAN DISCLOSURE STATEMENTS BY INSURERS | J. CARTER | 0.70 | 374.22 |
| 01/31/24 | REVIEW OBJECTIONS TO DISCLOSURE STATEMENT | J. CARTER | 0.20 | 106.92 |
| 01/31/24 | EMAIL TO R. MICHAELSON REGARDING HELPING WITH PREPARING RESPONSES TO INSURER OBJECTIONS TO DISCLOSURE STATEMENT | J. CARTER | 0.20 | 106.92 |
| 01/31/24 | PREPARE RESPONSES TO OBJECTIONS TO DISCLOSURE STATEMENTS | J. CARTER | 1.20 | 641.52 |
| | **TOTAL SERVICES** | | | **$4,159.98** |

**CURRENT INVOICE TOTAL**                                                                          **$4,159.98**

**TIME AND FEE SUMMARY**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|

**ROMAN CATHOLIC DIOCESE OF SYRACUSE**  **PAGE 2**
**FILE NUMBER: 158880-00601**  **INVOICE # 2176993**
**FEBRUARY 21, 2024**

| TIMEKEEPER | RATE | HOURS | FEES |
|---|---|---|---|
| JAMES CARTER | 534.60 | 2.30 | 1,229.58 |
| JAMES MURRAY | 722.70 | 2.00 | 1,445.40 |
| ROBYN MICHAELSON | 412.50 | 3.60 | 1,485.00 |
| **TOTALS** | | **7.90** | **$4,159.98** |