UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

The Archdiocese of Saint Paul and
Minneapolis,

Debtor.

Bankruptcy Case No. 15-30125

Chapter 11 Case

**AMENDED**
**VERIFIED STATEMENT OF REPRESENTED PARISHES**
**UNDER BANKRUPTCY RULE 2019**

A group of 118 parishes (the "Represented Parishes") have engaged Mary Jo
Jensen-Carter of Buckley & Jensen and Margo Brownell of Maslon LLP (collectively,
"Parish Counsel") to represent them in connection with the Archdiocese's bankruptcy
and, among other things, efforts by the Represented Parishes to obtain insurance coverage
for claims against the Represented Parishes asserted by individuals for injuries they
suffered as a result of sex abuse by clergy alleged to be associated with the Archdiocese
(the "Claims").

Pursuant to Bankruptcy Rule 2019, the Represented Parishes hereby states as
follows:

1.      As of the date hereof, the Represented Parishes consist of the 118 parishes
listed on the attached Exhibit A.

2.      Pursuant to the terms of a confidential representation agreement between
each of the Represented Parishes and Parish Counsel, Parish Counsel is empowered to act
on behalf of all Represented Parishes in the Debtor's bankruptcy case. Parish Counsel has
specifically been retained to advise and represent the Represented Parishes in resolving
any liability they may have with respect to clergy abuse claims which have been asserted

against the Debtor and/or the Represented Parishes.  In addition, Parish Counsel has been

retained to represent the interests of the Represented Parishes in other financial matters

which may arise in the course of the Debtor's bankruptcy case.

    3.    As of January 16, 2015, the Represented Parishes' unliquidated claims

against the Debtor include: (i) all claims they have for indemnification now or hereafter

arising with respect to the Claims; and (ii) all claims they have for property or funds

owned by the Represented Parishes and in the Debtor's possession or held by the Debtor

in trust for the Represented Parishes as of the filing date including, but not limited to,

certain funds in the General Insurance Fund and the Archdiocese Medical Benefit Plan

("AMBP").  In addition, the Represented Parishes' have an additional financial interest in

the Chapter 11 case in that the Debtor's ongoing operations are partially funded by

assessments from the Represented Parishes.

    4.    As of January 16, 2015, and the Represented Parishes appearance herein,

the Represented Parishes, in their capacity as a collective group being represented by

Parish Counsel, did not own any claims or equity securities of the Debtor except for the

claims described above.  Certain of the Represented Parishes may own individual claims

against the Debtor not described herein.

    VERIFIED this 5th day of May, 2015.

Dated: May 5, 2015                          BUCKLEY & JENSEN

                                            /e/ Mary Jo A. Jensen-Carter
                                            Mary Jo A. Jensen-Carter (#186041)
                                            1257 Gun Club Road
                                            White Bear Lake, MN   55110
                                            Telephone:  (651) 486-7475
                                            maryjo@buckleyjensen.com

                                            Attorneys for Represented Parishes


Dated: May 5, 2015                          MASLON LLP

                                            /e/ Margo S. Brownell
                                            Margo S. Brownell (#0307324)
                                            3300 Wells Fargo Center
                                            90 South Seventh Street
                                            Minneapolis, MN 55402
                                            Telephone:  (612) 672-8393
                                            margo.brownell@maslon.com

                                            Attorneys for Represented Parishes

# EXHIBIT A

# LIST OF PARISHES

| Name of Church | Address |
|---|---|
| All Saints Catholic Church | 19795 Holyoke Avenue, Lakeville, MN 55044 |
| Annunciation Church | 509 West 54th Street, Minneapolis, MN 55419 |
| Ascension | 1723 Bryant Avenue, Minneapolis, MN 55411 |
| Basilica of Saint Mary | P.O. Box 50010, Minneapolis, MN 55405 |
| Church of St. Albert the Great | 2836 - 33rd Avenue S., Minneapolis, MN 55406 |
| Church of Saint Patrick | 1095 DeSoto Street, St. Paul, MN 55130 |
| Church of St. Anne | 200 Hamel Road, P.O. Box 256, Hamel, MN 55340 |
| Church of St. Bernard | 1160 Woodbridge Street, St. Paul, MN 55117 |
| Church of St. Casimir | 934 Geranium Avenue E., St. Paul, MN 55106 |
| Church of St. Genevieve | 7087 Goiffon Road, Centerville, MN 55038 |
| Church of St. Joseph | 8701 - 36th Avenue N., New Hope, MN 55427 |
| Church of St. Joseph's, Miesville | 23955 Nicolai Avenue, Hastings, MN 55033 |
| Church of St. Jude of the Lake | 700 Mahtomedi Avenue, Mahtomedi, MN 55115 |
| Church of St. Mark | 1976 Dayton Avenue, St. Paul, MN 55104 |
| Church of St. Mary | 261 - 8th Street East, St. Paul, MN 55101 |
| Church of St. Matthew of St. Paul | 337 Hurley Avenue E., West St. Paul, MN 55118 |
| Church of St. Michael | 451 - 5th Street SW, Pine Island, MN 55963 |
| Church of St. Michael | 22120 Denmark Avenue, Farmington, MN 55024 |
| Church of St. Michael | 611 - 3rd Street S., Stillwater, MN 55082 |
| Church of St. Michael of St. Paul | 337 Hurley Avenue E., West St. Paul, MN 55118 |
| Church of St. Patrick | 3535 - 72nd Street E., Inver Grove Heights, MN 55076 |
| Church of St. Paul | 749 Main Street S., Zumbrota, MN 55992 |
| Church of St. Peter | 2600 N. Margaret Street, North St. Paul, MN 55109 |
| Church of St. Peter | P.O. Box 50679, Mendota, MN 55150 |
| Church of St. Timothy | 707 - 89th Avenue NE, Blaine, MN 55434 |
| Church of St. Wenceslaus | 215 Main Street E., New Prague, MN 56071 |
| Church of the Ascension | 323 Reform Street N., Norwood Young America, MN 55368 |
| Church of the Assumption | 305 East 77th Street, Richfield, MN 55423 |
| Church of the Assumption | 51 - 7th Street N., St. Paul, MN 55102 |
| Church of the Holy Family | 5900 West Lake Street, St. Louis Park, MN 55416 |

| Church of the Maternity of the Blessed Virgin | 1414 Dale Street North, St. Paul, MN 55117 |
|---|---|
| Church of the Presenation of the Blessed Virgin Mary | 1725 Kennard Street, Maplewood, MN 55109 |
| Church of the Risen Savior | 1501 County Road 42 East, Burnsville, MN 55306 |
| Corpus Christi | 2131 Fairview Avenue N., Roseville, MN 55113 |
| Divine Mercy | 4 Second Avenue Southwest, Faribault, MN 55021 |
| Guardian Angels Church | 215 West Second Street, Chaska, MN 55318 |
| Holy Name of Jesus | 155 County Road 24, Wayzata, MN 55391 |
| Holy Rosary | 2424 - 18th Avenue S., Minneapolis, MN 55404 |
| Holy Spirit | 515 Albert Street S., St. Paul, MN 55116 |
| Holy Trinity Parish | 749 - 6th Avenue S., South St. Paul, MN 55075 |
| Holy Trinity Parish | P.O. Box 275, Goodhue, MN 55027 |
| Immaculate Conception | 4030 Jackson Street NE, Columbia Heights, MN 55421 |
| Lumen Christi Catholic Community | 2055 Bohland Avenue, St. Paul, MN 55116 |
| Mary Mother of the Church | 3333 East Cliff Road, Burnsville, MN 55337 |
| Mary Queen of Peace | 21304 Church Avenue, Rogers, MN 55374 |
| Most Holy Redeemer | 206 Vine Avenue W., Montgomery, MN 56069 |
| Nativity of Mary | 9900 Lyndale Avenue S., Bloomington, MN 55420 |
| Our Lady of Grace | 5071 Eden Avenue, Edina, MN 55436 |
| Our Lady of Guadalupe | 401 Concord Street, St. Paul, MN 55107 |
| Our Lady of Lourdes | 1 Lourdes Place, Minneapolis, MN 55414 |
| Our Lady of Mount Carmel | 701 Fillmore Street, Minneapolis, MN 55413 |
| Our Lady of the Lake | 2385 Commerce Blvd, Mound, MN 55364 |
| Pax Christi | 12100 Pioneer Trail, Eden Prairie, MN 55347 |
| Sacred Heart | 4087 West Broadway, Robinsdale, MN 55422 |
| Sacred Heart Church of St Paul | 840 East 6th Street, St. Paul, MN 55106-4584 |
| Saint Maximilian Kolbe | 204 S. River Street, P.O. Box 470, Delano, MN 55328 |
| Saint Olaf Catholic Church | 215 South 8th Street, Minneapolis, MN 55402 |
| Saints Peter & Paul | 145 Railway Street, P.O. Box 96, Loretto, MN 55357 |
| St. Agnes | 535 Thomas Avenue, St. Paul, MN 55103 |
| St. Albert Catholic Church | 11400 - 57th Street NE, P.O. Box 127, Albertville, MN 55301 |
| St. Alphonsus Church | 7025 Halifax Avenue N., Brooklyn Center, MN 55429 |
| St. Andrew's Church | P.O. Box 261, Elysian, MN 56028 |
| St. Bridget of Sweden | 13060 Lake Blvd, P.O. Box 754, Lindstrom, MN 55045 |
| St. Cecilia | 2357 Bayless Place, St. Paul, MN 55114 |
| St. Edward | 9401 Nesbitt Avenue S., Bloomington, MN 55437 |
| St. Elizabeth Ann Seton | 2035 - 15th Street W., Hastings, MN 55033 |
| St. Frances Cabrini | 1500 Franklin Avenue SE, Minneapolis, MN 55414 |
| St. Francis de Sales | 650 Palace Avenue, St. Paul, MN 55102 |
| St. Francis Xavier | 223 - 19th Street NW, Buffalo, MN 55313 |
| St. Gabriel the Archangel | 6 Interlachen Road, Hopkins, MN 55343 |
| St. Henry's Catholic Church | 1001 East 7th Street, Monticello, MN 55362 |
| St. Hubert Catholic Church | 8201 Main Street, Chanhassen, MN 55317 |
| St. Ignatius | P.O. Box 126, Annandale, MN 55302 |

| | |
|---|---|
| St. Jerome | 380 Roselawn Avenue E., Maplewood, MN 55117 |
| St. Joachim and Anne | 2700 17th Avenue East, Shakopee, MN 55379 |
| St. John Neumann | 4030 Pilot Knob Road, Eagan, MN 55122 |
| St. John the Baptist | 4625 West 125th Street, Savage, MN 55378 |
| St. John the Baptist | 106 Main Street West, Vermillion, MN 55085 |
| St. John the Baptist | 680 Mill Street, Excelsior, MN 55331 |
| St. John the Baptist | 18380 Columbus Street, P.O. Box 201, Dayton, MN 55327 |
| St. John the Baptist | 835 - 2nd Avenue NW, New Brighton, MN 55112 |
| St. John the Church | 313 East 2nd Street, Jordan, MN 55318 |
| St. John Vianney | 789 - 17th Avenue N., South St. Paul, MN 55075 |
| St. John's Church of Little Canada | 380 Little Canada Road, Little Canada, MN 55117 |
| St. Joseph | 41 East 1st Street, Waconia, MN 55387 |
| St. Joseph of the Lakes | 171 Elm Street, Lino Lakes, MN 55014 |
| St. Joseph the Worker | 7180 Hemlock Lane N., Maple Grove, MN 55369 |
| St. Katharine Drexel | 7101 - 143rd Avenue NW, Suite G, Ramsey, MN 55303 |
| St. Lawrence Church | 1203 - 5th Street SE, Minneapolis, MN 55414 |
| St. Margaret Mary | 2323 Zenith Avenue N., Golden Valley, MN 55422 |
| St. Mary of the Lake | 4690 Blad Eagle Avenue, White Bear Lake, MN 55110 |
| St. Mary's - New Trier | 8433 - 239th Street East, Hampton, MN 55031 |
| St. Mary's Catholic Church | P.O. Box 278, Waverly, MN 55390 |
| St. Mary's Catholic Church | 423 - 5th Street S., Stillwater, MN 55082 |
| St. Mathias Church | 23315 Northfield Blvd, Hampton, MN 55031 |
| St. Michael Catholic Church | 11300 Frankfurt Parkway NE, St. Michael, MN 55376 |
| St. Michael's Church | 108 Bullis Street, Kenyon, MN 55946 |
| St. Nicholas | P.O. Box 9, Elko New Market, MN 55020-0009 |
| St. Odilia Church | 3495 Victoria Street N., Shoreview, MN 55126 |
| St. Pascal Baylon | 1757 Conway Street, St. Paul, MN 55106 |
| St. Patrick of Cedar Lake | 24425 Old Highway 13 Blvd, Jordan, MN 55352 |
| St. Patrick Catholic Church | 19921 Nightingale Street NW, Oak Grove, MN 55011 |
| St. Peter's Catholic Church | 1250 South Shore Drive, Forest Lake, MN 55025 |
| St. Pius V Catholic Church | 410 Colvill Street W., Cannon Falls, MN 55009 |
| St. Raphael | 7301 Bass Lake Road, Crystal, MN 55428 |
| St. Richard's Catholic Church | 7540 Penn Avenue S., Richfield, MN 55423 |
| St. Rose of Lima | 2048 Hamline Avenue N., Roseville, MN 55113 |
| St. Thomas Aquinas | 920 Holly Avenue, St. Paul Park, MN 55071 |
| St Thomas More | 1079 Summit Avenue, St. Paul, MN 55105 |
| St. Thomas the Apostle | 20000 County Road 10, Corcoran, MN 55340 |
| St. Timothy's Catholic Church | 8 Oak Avenue N., Maple Lake, MN 55358 |
| St. Vincent de Paul | 9100 - 93rd Avenue N., Brooklyn Park, MN 55445 |
| St. William | 6120 - 5th Street NE, Fridley, MN 55432 |
| The Church of the Holy Cross | 1621 University Ave NE, Minneapolis, MN 55413 |
| The Church of Saint Joseph of West St. Paul | 1154 Seminole Avenue, West St. Paul, MN 55118 |
| The Church of the Blessed Sacrament of St. Paul | 2119 Stillwater Avenue E., St. Paul, MN 55119 |

| The Church of the Nativity of Our Lord | 1900 Wellesley Avenue, St. Paul, MN 55105 |
|---|---|
| Transfiguration | 6133 - 15th Street N., Oakdale, MN 55128 |

CULLEN AND DYKMAN LLP
100 Quentin Roosevelt Boulevard
Garden City, NY 11530
(516) 357-3700
Matthew G. Roseman
Thomas R. Slome
Amanda Tersigni

*Counsel for Certain Parishes and Other Related Entities*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:                                                                   Chapter 11

                                                                         Case No.: 20-12345 (scc)

THE ROMAN CATHOLIC DIOCESE OF
ROCKVILLE CENTRE, NEW YORK,

                          Debtor.

------------------------------------------------------x

## VERIFIED STATEMENT PURSUANT TO RULE 2019
## OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure,

the law firm of Cullen and Dykman LLP ("C&D") files this Verified Statement of C&D's

multiple representations in this case of the interested parties listed on Schedule "A" hereto (the

"Diocesan Entities").

1.        The Diocesan Entities, including as set forth in the Debtor's schedules and

statement of financial affairs, may (a) have claims against the above-captioned debtor (the

"Debtor") as the term claim in defined in title 11 of the United States Code (the "Bankruptcy

Code"), which claims may not yet be known or determined, and may be unmatured, unliquidated

and/or contingent, (b) be a party to certain agreements with the Debtor, (c) be a defendant in

litigation in which the Debtor is also a defendant giving rise to claims by them against the Debtor

including for indemnity, contribution and reimbursement, and (d) have or share an interest in

property of the Debtor, such as insurance policies and proceeds, or property held by the Debtor for them or have claims relating to such property.

2. C&D filed certain proofs of claim for Diocesan Entities, copies of which are available on the Epiq website for the Debtor, which may be accessed through the following link: https://dm.epiq11.com/case/rdrockville/claims

3. The Diocesan Entities do not own any equity securities of the Debtor.

4. The names and addresses of the Diocesan Entities represented by C&D are set forth on Schedule "A." The information contained in Schedule "A" is based upon information provided by the Diocesan Entities and is subject to possible change.

5. C&D was engaged by each of the Diocesan Entities to represent their respective individual interests in connection with the commencement of the Debtor's case at the instance of each of the Diocesan Entities.

6. Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, any rights of any Diocesan Entity to, among other things, assert, file and/or amend its claim(s) in accordance with applicable law and/or any orders entered in this Case, including, without limitation, in respect of filing any proofs of claim.

7. C&D reserves the right to amend and/or supplement this Verified Statement.

8. The undersigned verifies that the foregoing is true and accurate to the best of the undersigned's knowledge, information and belief.

Dated: Garden City, New York
   April 23, 2021

        CULLEN AND DYKMAN LLP

        By: */s/ Thomas R. Slome*
          Matthew G. Roseman
          Thomas R. Slome
          Amanda Tersigni
        Attorneys for the Diocesan Entities
        100 Quentin Roosevelt Boulevard
        Garden City, New York 11530
        (516) 357-3700

Schedule A

St. Gerard Majella R.C. Parish
300 Terryville Road
Port Jefferson, NY  11776

St. John the Evangelist
546 St. John's Place
Riverhead, NY  11901

Sts. Philip and James R.C. Church
1 Carow Place
St. James, NY  11780

Church of Infant Jesus
110 Myrtle Avenue
Port Jefferson, NY  11777

St. Dominic Catholic Church
93 Anstice Street
Oyster Bay, NY  11771

Our Lady of Mount Carmel
495 North Ocean Avenue
Patchogue, NY  11772

Holy Name of Jesus
690 Woodbury Road
Woodbury, NY  11797

Church of the Good Shepard
1370 Grundy Avenue
Holbrook, NY  11741

St. Joseph R.C. Church
130 5th Street
Garden City, NY  11530

St. Margaret of Scotland Church
81 College Road
Selden, NY  11784

Parish of St. Agnes Cathedral
29 Quealy Place
Rockville Centre, NY  11570

St. Patrick's R.C. Church
235 Glen Street
Glen Cove, NY  11542

Holy Family Parish
17 Fordham Avenue
Hicksville, NY  11801

St. Edward the Confessor Church
205 Jackson Avenue
Syosset, NY  11791

St. Andrew R.C. Church
122 Division Street
Sag Harbor, NY  11963

Queen of the Most Holy Rosary R.C. Church
P.O. Box 3035
Bridgehampton, NY  11932

Notre Dame Parish
45 Mayfair Road
New Hyde Park, NY  11040

Church of St. Aidan
505 Willis Avenue
Willison Park, NY  11596

St. Thomas More R.C. Church
115 Kings Highway
Hauppauge, NY  11788

Church of St. Patrick
400 Main Street
Huntington, NY  11743

Mary Immaculate Church
16 Brown's Lane
Bellport, NY  11713

St. Agnes R.C. Church
523 Front Street
Greenport, NY  11944

St. Anthony of Padua R.C. Church
614 Route 25A
Rocky Point, NY  11778

St. Rose of Lima Church
2 Bayview Avenue
Massapequa, NY  11758

St. Catherine of Sienna
33 New Hyde Park Road
Franklin Square, NY  11010

St. Vincent de Paul Parish
1500 de Paul Street
Elmont, NY  11003

St. Joseph R.C. Church
39 N. Carl Avenue
Babylon, NY  11702

St. Matthew R.C. Church
35 North Service Road
Dix Hills, NY  11746

St. Barnabas the Apostle
2320 Bedford Avenue
Belmore, NY  11710

St. Louis de Montfort R.C. Church
75 New York Avenue
Sound Beach, NY  11789

St. Anthony of Padua R.C. Church
20 Cheshire Place
East Northport, NY  11731

St. Anthony's Church
110 Anchor Avenue
Oceanside, NY  11572

St. Patrick's R.C. Church
280 East Main Street
Smithtown, NY  11787

Our Lady of Grace R.C. Church
666 Albin Avenue
West Babylon, NY  11704

Our Lady of Perpetual Help Church
210 S. Wellwood Avenue
Lindenhurst, NY  11757

St. Sylvester R.C. Church
68 Ohio Avenue
Medford, NY  11763

St. Joseph's R.C. Church
59 Church Street
Kings Park, NY  11754

St. James R.C. Church
429 Route 25A
East Setauket, NY  11733

St. John the Baptist Church
1488 North Country Road
Wading River, NY  11792

St. Aloysius Church
592 Middle Neck Road
Great Neck, NY  11023

St. Martha's R.C. Church
546 Greengrove Avenue
Uniondale, NY  11553

St. Hugh of Lincoln R.C. Church
21 East Ninth Street
Huntington Sta., NY  11746

Our Lady of Lourdes
65 Wright Avenue
Malverne, NY  11565

St. James Church
80 Hicksville Road
Seaford, NY  11783

St. William the Abbot R.C. Church
2000 Jackson Avenue
Seaford, NY  11783

Resurrection R.C. Church
50 Granny Road
Farmingville, NY  11738

Roman Catholic Church of Our Lady of Victory
2 Floral Parkway
Floral Park, NY  11001

Maria Regina R.C. Church
3945 Jerusalem Avenue
Seaford, NY  11783

St. Raphael Parish
600 Newbridge Road
East Meadow, NY  11554

Parish of the Holy Cross
95 Old Nichols Road
Nesconset, NY  11767

Our Lady of Mercy Church
500 South Oyster Bay Road
Hicksville, NY  11801

Church of St. Rocco
18 3rd Street
Glen Cove, NY  11512

Our Lady of the Snow
175 Blue Point Avenue
Blue Point, NY  11715

St. Frances Cabrini Church
134 Middle Country Road
Coram, NY  11727

St. Mark's R.C. Church
105 Randall Road
Shoreham, NY  11786

Assumption of the Blessed Virgin Mary R.C. Church
20 Chestnut Street
Centereach, NY  11720

Our Lady of Lourdes
455 Hunter Avenue
West Islip. NY 11795

St. John the Evangelist R.C. Church
25 Ocean Avenue
Center Moriches, NY 11934

St. Christopher's R.C. Church
11 Gale Avenue
Baldwin, NY 11510

Church of St. Paul the Apostle
2534 Cedar Swamp Road
Brookville, NY 11545

St. Gertrude's Church
28 School Street
Bayville, NY 11709

Holy Name of Mary
55 E. Jamaica Avenue
Valley Stream, NY 11580

Our Lady of Poland R.C. Church
35 Maple Street
Southampton, NY 11968

St. Elizabeth of Hungary R.C. Church
175 Wolf Hill Road
Melville, NY 11747

Corpus Christi Parish
155 Garfield Avenue
Mineola, NY 11501

St. Ladislaus R.C. Church
18 Richardson Place
Hempstead, NY 11550

Our Lady of Loretto
104 Greenwich Street
Hempstead, NY 11550

St. Martin of Tours
37 Union Avenue
Amityville, NY 11701

Church of the Blessed Sacrament
201 N Central Avenue
Valley Stream, NY 11580

St. Mary's R.C. Church
1300 Northern Blvd.
Manhasset, NY  11030

St. Peter the Apostle Church
94 Valley Stream Street
Islip Terrace, NY  11752

Our Lady of Hope RC Church
534 Broadway
Carle Place, NY  11514-1712

Our Lady of Miraculous Medal RC Church
c/o St. Hughs of Lincoln RC Church
21 East Ninth Street
Huntington St, NY  11746

St. Francis de Sales Catholic Church
7 Amity Street
Patchogue, NY  11772

St. Raymond of Penyafort
263 Atlantic Avenue
East Rockaway, NY 11518

Our Lady of the Isle
P.O. Box 3027
Shelter Island Heights, NY 11965

St. Jude R.C. Church
89 Overlook Drive
Mastic Beach, NY  11951

Church of St. Mary
20 Harrison Avenue
East Islip, NY  11730

St. Luke's R.C. Church
266 Wicks Road
Brentwood, NY  11717

Basilica Parish of the Sacred Hearts
168 Hill Street
Southampton, NY  11968

St. Patrick's R.C. Church
9 Clinton Avenue
Bay Shore, NY 11706

St. Therese of Lisieux Church
P.O. Box 5027
Montauk, NY 11954

Queen of the Most Holy Rosary R.C. Church
196 W. Centennial Avenue
Roosevelt, NY  11575

St. John Nepomucene
1140 Locust Avenue
Bohemia, NY  11716

Our Lady of the Magnificat Catholic Church
36 Bungalow Lane
Ocean Beach, NY  11770

Our Lady Star of the Sea
210 Pilot Walk
Saltaire, NY  11706

Church of the Most Precious Blood
Dune Walk
Davis Park, Fire Island 11772

 Our Lady of Fatima R.C. Church
6 Cottonwood Road
Port Washington, NY  11050

St. Boniface R.C. Church
631 Elmont Road
Elmont, NY  11003

St. Patrick's R.C. Church
P.O. Box 1117
Southold, New York 11971

Christ the King R.C. Church
2 Indian Head Road
Commack, NY  11725

St. Peter of Alcantara R.C. Church
1327 Port Washington Blvd
Port Washington, NY  11050

Most Holy Trinity Parish
79 Buell Lane
East Hampton, NY

Church of St. Mary
110 Bryant Avenue
Roslyn Harbor, NY  11576

St Frances de Chantal
1309 Wantagh Avenue
Wantagh, NY  11793

Our Holy Redeemer Church
37 S Ocean Avenue
Freeport, NY 11520

Our Lady of Lourdes
855 Carmans Road
Massapequa, NY  11758

Our Lady of Peace R.C. Church
25 Fowler Avenue
Lynbrook, NY 11563

Mission Assistance Corporation
P.O. Box 9023
Rockville Centre, NY  11571

Catholic Charities of the Dioceses of Rockville Centre
90 Cherry Lane
Hicksville, NY  11801

**WESTERMAN BALL EDERER MILLER**
**ZUCKER & SHARFSTEIN, LLP**
John E. Westerman, Esq.
Mickee M. Hennessy, Esq.
William C. Heuer, Esq.
Alison M. Ladd, Esq.
1201 RXR Plaza
Uniondale, New York 11556
Telephone: (516) 622-9200
jwesterman@westermanllp.com
mhennessy@westermanllp.com
wheuer@westermanllp.com
aladd@westermanllp.com

*Attorneys for Certain Diocesan Parishes*
*listed on Exhibit A hereto and the Seminary*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
In re:

THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE
CENTRE, NEW YORK[1],

                              Debtor.
-------------------------------------------------------------------X

Chapter 11

Case No. 20-12345 (SCC)

### VERIFIED STATEMENT PURSUANT TO RULE 2019
### OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to the provisions of Rule 2019 of the Federal Rules of Bankruptcy Procedure,

the law firm of Westerman Ball Ederer Miller Zucker & Sharfstein, LLP ("WBEMZS") files this

Verified Statement of WBEMZS's multiple representations in this case of the Parishes listed on

Exhibit "A" annexed hereto (the "Diocesan Parishes") and the Seminary of the Immaculate

Conception (the "Seminary", and together with the Diocesan Parishes, the "Diocesan

Affiliates").

---

[1]       The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York, the last
four digits of its federal tax identification number are 7437, and its mailing address is 50 North Park Avenue P.O.
Box 9023, Rockville Centre, NY 11571-9023.

1.  The Diocesan Affiliates, including as set forth in the Debtor's schedules and

statement of financial affairs, may (a) have claims against the above-captioned debtor (the

"Debtor") as such term in defined in title 11 of the United States Code (the "Bankruptcy Code"),

which claims may not yet be known or determined, and may be unmatured, unliquidated and/or

contingent, (b) be a party to certain agreements with the Debtor, (c) be a defendant in litigation

in which the Debtor is a defendant, and (d) have or share an interest in property of the Debtor,

such as insurance policies and proceeds, or property held by the Debtor for them.  The Diocesan

Affiliates do not own any equity securities of the Debtor.

2.  The names and addresses of the Diocesan Affiliates represented by WBEMZS are

set forth on Schedule "A."

3.  WBEMZS was engaged by each of the Diocesan Affiliates to represent their

respective individual interests in connection with the commencement of the Debtor's case at the

instance of each of the Diocesan Affiliates.

4.  Nothing contained in this Verified Statement should be construed as a limitation

upon, or waiver of, any rights of any Diocesan Affiliate to, among other things, assert, file and/or

amend its claim(s) in accordance with applicable law and/or any orders entered in this Case,

including, without limitation, in respect of filing any proofs of claim.

5.  WBEMZS reserves the right to amend and/or supplement this Verified

Statement.

6.    The undersigned verifies that this Verified Statement is true and accurate to the

best of the undersigned's knowledge, information and belief.

Dated: Uniondale, New York
       May 4, 2021

WESTERMAN BALL EDERER MILLER
ZUCKER & SHARFSTEIN, LLP


By:    _/s/ Alison M. Ladd_____
       John E. Westerman, Esq.
       Mickee M. Hennessy, Esq.
       William C. Heuer. Esq
       Alison M. Ladd, Esq.
1201 RXR Plaza
Uniondale, New York 11556
(516) 622-9200

*Attorneys for Certain Diocesan Parishes
listed on Exhibit A hereto and the Seminary*

## EXHIBIT "A"

| Diocesan Affiliate | Address |
|---|---|
| St. Killian Parish | 485 Conklin Street<br>Farmingdale, NY 11735 |
| Sacred Heart Church | 720 Merrick Avenue<br>N. Merrick, NY 11566 |
| St. Joseph Parish | 1346 Broadway<br>Hewlett, NY 11557 |
| St. Joachim's Church | 614 Central Avenue<br>Cedarhurst, NY 11516 |
| Our Lady of Good Counsel | 68 Wanswer Avenue<br>Inwood, NY 11096 |
| Saint Martin of Tours | 220 Central Avenue<br>Bethpage, NY 11714 |
| Our Lady Queen of Martyrs R.C. Church | 53 Prospect Road<br>Centerport, NY 11721 |
| St. Lawrence the Martyr Roman Catholic Church | 27 Handsome Avenue<br>Sayville, NY 11782 |
| Saint Philip Neri Church | 344 Main Street<br>Northport, NY 11768 |
| Parish of the Cure of Ars | 2323 Merrick Avenue<br>Merrick, NY 11566 |
| St. Elizabeth Ann Seaton Church | 800 Portion Road<br>Lake Ronkonkoma, NY |
| St. Ignatius Martyr Church | 721 West Broadway<br>Long Beach, NY 11561 |

| Saint Mary of the Isle Church | 315 East Walnut Street<br>Long Beach, NY 11561 |
| --- | --- |
| Our Lady of the Miraculous Medal Church | 75 Parkside Drive<br>Pt. Lookout, NY 11569 |
| St. Ignatius Loyola R.C. Church | 129 Broadway<br>Hicksville, New York 11801 |
| St. Brigid Catholic Church | 85 Post Avenue<br>Westbury, New York 11590 |
| St. Gertrude R.C. Church | 28 School Street<br>Bayville, New York 11709 |
| St. John of God R.C. Church | 84 Carleton Avenue<br>Central Islip, New York 11722 |
| St. Hyacinth R.C. Church | 319 Cedar Swamp Road<br>Glen Head, New York 11542 |
| St. Hedwig's Roman Catholic Church | One Depan Avenue<br>Floral Park, New York 11001 |
| St. Bernard's Roman Catholic Church | 3100 Hempstead Turnpike<br>Levittown, New York 11756 |
| St. Francis of Assisi Church | 29 Clay Pitts Road<br>Greenlawn, New York 11740 |
| St. Boniface Martyr Parish | 145 Glen Avenue<br>Sea Cliff, New York 11579 |
| Holy Spirit Church | 16 South 6th Street<br>New Hyde Park, New York 11040 |
| The Seminary of the Immaculate Conception | 440 West Neck Road<br>Huntington, New York 11743 |

## CERTIFICATE OF SERVICE

I hereby certify on May 4, 2021, the foregoing *Verified Statement Pursuant to Rule 2019*

*of the Federal Rules of Bankruptcy Procedure* was served upon all parties that are registered or

otherwise entitled to receive electronic notices via electronic notification pursuant to the

CM/ECF system for the United States Bankruptcy court for the Southern District of New York in

these chapter 11 cases.


Dated: Uniondale, New York
     May 4, 2021

              **WESTERMAN BALL EDERER MILLER
              ZUCKER & SHARFSTEIN, LLP**


              By:   */s/ Alison M. Ladd*
                    John E. Westerman, Esq.
                    Mickee M. Hennessy, Esq.
                    William C. Heuer. Esq
                    Alison M. Ladd, Esq.
              1201 RXR Plaza
              Uniondale, New York 11556
              (516) 622-9200


              *Attorneys for Certain Diocesan Parishes
              listed on Exhibit A hereto and the Seminary*

MORITT HOCK & HAMROFF LLP
Theresa A. Driscoll
400 Garden City Plaza
Garden City, New York 11530
Telephone: (516) 873-2000
Facsimile: (516) 873-2010

*Attorneys for Certain Diocesan Parishes*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| THE ROMAN CATHOLIC DIOCESE OF ROCKVILLE CENTRE, NEW YORK,[1] | Case No. 20-12345-scc |
| Debtor. | |

## VERIFIED STATEMENT PURSUANT TO RULE 2019
## OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), the law firm of Moritt Hock & Hamroff LLP ("Moritt Hock") hereby files this Verified

Statement of Moritt Hock's multiple representation in this case of the interested parties listed on

Schedule A hereto (the "Parishes").

1.     The Parishes, including as set forth in the Debtor's schedules and statement of

financial affairs, may (a) have claims against the above-captioned debtor (the "Debtor") as such

term is defined in title 11 of the United States Code (the "Bankruptcy Code"), which claims may

not yet be known or determined, and may be unmatured, unliquidated and/or contingent, (b) be a

party to certain agreements with the Debtor, (c) be a defendant in litigation in which the Debtor

is a defendant, and (d) have or share an interest in property of the Debtor, such as insurance

---

[1] The Debtor in this chapter 11 case is The Roman Catholic Diocese of Rockville Centre, New York. The last four
digits of the Debtor's federal tax identification number are 7437 and the Debtor's mailing address is 50 North Park
Avenue, P.O. Box 9023, Rockville Centre, NY 11571-9023.

2637503v1

policies and proceeds, or property held by the Debtor for them or have claims relating to such property.

2.     Moritt Hock filed certain proofs of claim for the Parishes, copies of which are available on the Epiq website for the Debtor, which may be accessed through the following link: https://dm.epiq11.com/case/rdrockville/claims.

3.     The Parishes do not own any equity securities of the Debtor.

4.     Moritt Hock was engaged by each of the Parishes to represent their respective individual interests in connection with the commencement of the Debtor's case at the instance of each of the Parishes.

5.     Nothing contained in this Verified Statement should be construed as a limitation upon, or waiver of, any rights of any Parish to, among other things, assert, file and/or amend its claim(s) in accordance with applicable law and/or any orders entered in this Case, including, without limitation, in respect of filing any proofs of claim.

6.     Moritt Hock reserves the right to amend and/or supplement this Verified Statement.

7.     The undersigned verifies that this Verified Statement is true and accurate to the best of the undersigned's knowledge, information and belief.

Dated: Garden City, New York
       June 25, 2021

                                        MORITT HOCK & HAMROFF LLP

                          By:     /s/ Theresa A. Driscoll
                                  Theresa A. Driscoll
                                  400 Garden City Plaza
                                  Garden City, NY  11530
                                  (516) 880-7243 (telephone)
                                  tdriscoll@moritthock.com

                                  *Attorneys for Certain Diocesan Parishes*

2637503v1                                         2

**SCHEDULE A**

| Parish | Address |
|---|---|
| Our Lady of the Assumption | 1 Molloy Street<br>Copiague, NY 11726 |
| St. Thomas the Apostle Church | 24 Westminster Road<br>West Hempstead, NY 11552 |
| Sacred Heart Church | 282 Long Beach Road<br>Island Park, NY 11558 |
| Saint Anne's R.C. Church | 88 Second Street<br>Brentwood, NY 11717 |
| Church of Saint Anne | 35 Dartmouth Street<br>Garden City, NY 11530 |
| Roman Catholic Church of S.S. Cyril and Methodius | 125 Half Hollow Road<br>Deer Park, NY 11729 |
| St. Rosalie Roman Catholic Church | 31 E. Montauk Highway<br>Hampton Bays, NY 11946 |
| St. Isidore Roman Catholic Church | 622 Pulaski Street<br>Riverhead, NY 11901 |
| Sts. Peter and Paul Roman Catholic Church | 81 Wading River Road,<br>Manorville, NY 11949 |
| St. Pius X RC Church | 1 St. Pius X Court<br>Plainview, NY 11803 |
| St. Joseph the Worker | 510 Narragansett Ave<br>East Patchogue, NY 11772 |

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW MEXICO

In re: Roman Catholic Church of the
Archdiocese of Santa Fe, a New
Mexico Corporation Sole,

                                            Case No. 18-13027-t11

        Debtor.

### VERIFIED RULE 2019 DISCLOSURE

Paul M. Fish, being first sworn, states the following as his declaration pursuant to Bankruptcy Rule 2019:

Modrall, Sperling, Roehl, Harris & Sisk, P.A. ("Modrall"), hereby files this Bankruptcy Rule 2019 Disclosure out of an abundance of caution.

Modrall represents Sons of the Holy Family, Inc., St. Vincent de Paul Council in the Archdiocese of Santa Fe, and The Catholic Foundation of the Archdiocese of Santa Fe. Although these parties in interest are not totally acting "in concert" to some extent they may do so. As a result, Modrall is filing this Rule 2019 Disclosure.

The address of each is as follows:

Sons of the Holy Family, Inc.
410 Randolph Road
Silver Spring, MD 20904

St. Vincent de Paul Council in Archdiocese of Santa Fe
P.O. Box 237 Mountainair, NM 87036

The Catholic Foundation of the Archdiocese of Santa Fe
4333 Pan American Freeway NE, Suite D
Albuquerque, NM 87107

The Sons of the Holy Family, Inc., and St. Vincent de Paul Council filed proofs of claim for indemnity and contribution as Claim Nos. 3 and 5 respectively. Their interests are specified

in those filings. The Archdiocese of Santa Fe Catholic Foundation has been made the subject of a

Motion for a Rule 2004 examination by the Unsecured Creditors Committee.

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.  Executed on July 1, 2019.

_____

Paul M. Fish
P.O. Box 2168
Albuquerque, New Mexico 87103
(505) 848-1800

In accordance with NM LBR 9036-1 and
Fed. R. Civ. P. 5(b)(2)(D), this certifies that
service of the foregoing document was made
this 2nd day of July, 2019, via the
notice transmission facilities of the case
management and electronic filing system
of the Bankruptcy Court.

By: */s/ Paul M. Fish*          .
        Paul M. Fish

*W33212w3455150.doc*

2

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In Re:<br><br>ROMAN CATHOLIC DIOCESE OF HARRISBURG,<br><br>Debtor. | Chapter 11<br><br>Case No:  20-00599 (HWV) |
|---|---|

## VERIFIED STATEMENT PURSUANT TO
## FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019

Damien Nicholas Tancredi, Esquire, of full age, hereby certifies as follows:

1.      I am a Pennsylvania attorney and a shareholder at the law firm Flaster/Greenberg P.C. ("FG").  I am fully familiar with the facts and circumstances set forth herein

2.      This verification is being submitted pursuant to Fed. R. Bankr. P. 2019 and gives notice that FG is representing more than one interested party in the above-captioned bankruptcy case of the Roman Catholic Diocese of Harrisburg (the "Debtor").

3.      Pursuant to Fed. R. Bankr. P. 2019, FG hereby provides notice of its representation of the Clients represented below:

| Name and Address | Nature of Claim or Interest |
|---|---|
| Bishop Ronald W. Gainer, Trustee of the Roman Catholic Diocese of Harrisburg Charitable Trust<br>4800 Union Deposit Road<br>Harrisburg, PA 17111 | Interested Party |
| Bishop Ronald W. Gainer, Trustee of the Roman Catholic Diocese of Harrisburg Real Estate Trust<br>4800 Union Deposit Road<br>Harrisburg, PA 17111 | Interested Party |

8884866 v1

4.    FG holds no claims against nor does it have any interest in the Debtor, and it has
not represented a committee or indenture trustee in this case.

5.    All of the information contained herein is intended solely to comply with
Bankruptcy Rule 2019 and is not intended to be used for any other purpose.  FG and their client
reserve all of their rights, including the right to supplement or amend this statement or the
information contained herein pursuant to Bankruptcy Rule 2019.

6.    The filing of this Verified Statement is without prejudice to any and all rights of
our client and without waiving any such rights including without limitation: client's rights to
have final orders in a non-core matter entered only after *de novo* review by a District Court
Judge; client's rights to trial by jury in any proceeding and any trial on their claims; client's
rights to have the reference withdrawn by the District Court in any matter subject to mandatory
or discretionary withdrawal of abstention to the extent not previously directed; client's rights in
not submitting themselves to the jurisdiction of the Bankruptcy Court; and/or any other rights,
claims, actions, defenses, reclamations, setoffs, or recoupments to which clients are or may be
entitled under any agreement, in law or in equity, all of which rights, claims, actions, defense,
reclamations, setoffs and recoupments the clients expressly reserve and preserve

I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 13, 2022                    */s/ Damien Nicholas Tancredi*
                                         Damien Nicholas Tancredi

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW MEXICO

In re:

**Roman Catholic Church of the Diocese of Gallup**, a
New Mexico corporation sole,

        Debtor.

Jointly administered with:

**Bishop of the Roman Catholic Church of the
Diocese of Gallup**, an Arizona corporation sole,

        Debtor.

This paper applies to:

☒ All Debtors
☐ Specific Debtor

Chapter 11

Case No.  13-13676-t11

Jointly Administered:

Case No. 13-13677-t11

### Statement of Lewis Roca Rothgerber LLP Pursuant to Rule 2019

       Pursuant to Bankruptcy Rule 2019(a), the law firm of Lewis Roca Rothgerber
LLP, a limited liability partnership ("LRR"), submits this statement of representation of
more than one party in this case:

    1.     The name and address of each party represented by LRR is:

    (a)     Catholic Peoples Foundation
               Herb Mosher
               P.O. Box 369
               Gallup, NM 87305

    (b)     Parish Steering Committee of Roman Catholic Church of the
               Diocese of Gallup

               Ruth Ruiz
               Sacred Heart Cathedral
               203 E. Morgan Ave.
               Gallup, NM 87301

Rev. Gilbert Schneider, OFM
Our Lady of the Blessed Sacrament
P.O. Box 70
Ft. Defiance, AZ 86504-0070

Rev. Joachim Blonski
St. Rita
1400 East Owens
Show Low, AZ 85902

Rev. Frank Chacon
St. Mary Church
2100 E. 20th St.
Farmington, NM 87401

In addition, at the request of the Steering Committee, LRR has agreed to represent certain parishes and missions. Those parishes and missions are as follows:

Our Lady of Fatima
P.O. Box 2119
Navajo Rt. 7
Chinle, AZ 85920

St. Isabel
c/o Our Lady of Fatima
P.O. Box 2119
Navajo Rt. 7
Chinle, AZ 85920

Risen Savior Mission
c/o St. Paul Parish
P.O. Box 1374
268 Crownpoint Dr.
Crownpoint, NM 87313

St. Mary of Angels Parish
P.O. Box 819
1915 S. Penrod Lane
Pinetop, AZ 85935

St. Francis of Assisi Parish
P.O. Box 1147
3760 Sandhill Drive
Dulce, NM 87528

St. Joseph Parish
220 W. 2nd Street (Physical Address)
Winslow, AZ 86047

Our Lady of the Light Mission
c/o Our Lady of Sorrows
HC77 Box 13
Cebolleta, NM 87014

     2.     The nature and amount of the claims and the dates of acquisition are:

     (a)     The claims of the Catholic Peoples Foundation arise under various agreements with the Debtor as detailed in Debtor's schedules and statement of financial affairs.

     (b)     To the extent that the parishes have claims, they are detailed in Debtor's schedules.

     3.     LRR has agreed to represent the parties listed above at discounted hourly rates. The Steering Committee will arrange for payment for the parishes that lack the means to retain counsel.

     4.     Other than ordinary lawyer-client retainer letters and similar correspondence, there is no instrument whereby LRR is empowered to act on behalf of these parties.

     5.     The undersigned attorney, who is a partner of LRR, declares under penalty of perjury that the foregoing statement of representation is true and correct.

DATED:  March 4, 2014                 **LEWIS ROCA ROTHGERBER LLP**


By: s/ Robert M. Charles, Jr.
     Robert M. Charles, Jr.
     Susan M. Freeman
*Attorneys for Catholic Peoples Foundation; and*
*Parish Steering Committee of Roman Catholic*
*Church of the Diocese of Gallup*
One South Church Avenue, Suite 700
Tucson, AZ 85701-1611
Tel: 520.629.4427
Fax: 520.879.4705
E-mail: RCharles@LRRLaw.com
       SFreeman@LRRLaw.com

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| In re:<br><br>ROMAN CATHOLIC CHURCH OF THE ARCHDIOCESE OF SANTA FE, a New Mexico corporation sole,<br><br>Debtor. | Chapter 11<br><br>Case No. 18-13027-t11 |

## NOTICE OF FILING BANKRUPTCY RULE 2019 DISCLOSURE

Pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned verifies as follows:

1.    As a result of Debtor's Chapter 11 Bankruptcy filing, Lewis Roca Rothgerber Christie LLP ("LRRC") was engaged to represent the Parish Steering Committee of the Roman Catholic Church of the Archdiocese of Santa Fe ("Steering Committee"). This Steering Committee represents all but a few of the parishes and missions of the Archdiocese, which are listed on **Exhibit 1**, attached and incorporated by this reference. Each of the parishes is a separate New Mexico nonprofit corporation, with legal and beneficial interests in property.

2.    Thereafter in this bankruptcy case, LRRC has been engaged to also represent the Catholic Cemetery Association, a New Mexico nonprofit corporation; The Archdiocese of Santa Fe Deposit and Loan Fund; St. Pius X High School; Archdiocese of Santa Fe Real Estate Trust; and the Archdiocese of Santa Fe Real Estate Corporation.

3.    LRRC does not represent any creditor or group of creditors as a committee in this case, except to the extent that the Parish Steering Committee is a committee appointed by the parishes to advise their collective interests. LRRC is not a fiduciary for any creditor, party in interest, or other entity that is not a party to an engagement agreement with LRRC.

4.    In accordance with Bankruptcy Rule 2019, a list of the names, addresses and "the nature and amount of all disposable economic interests" held in relation to the Debtor by LRRC clients is as follows:

| **Name** | **Address** | **Nature and Amount of Disposable Economic Interests** |
|---|---|---|
| Steering Committee Parishes and Missions of the Archdiocese of Santa Fe | c/o Very Rev. Clarence Maes Our Lady of Sorrows P. O. Box 607 Bernalillo, NM  87004 | Each parish is a separate New Mexico nonprofit corporation, with legal and beneficial interests in property.  Some parishes are allegedly directly liable for claims. |
| The Catholic Cemetery Association | c/o Very Rev. Clarence Maes Our Lady of Sorrows P. O. Box 607 Bernalillo, NM  87004 Tony Salgado, CPA Executive Director of Finance Archdiocese of Santa Fe – Catholic Center 4000 St. Joseph Pl., NW Albuquerque, NM  87120 | Owner and operator of Archdiocese of Santa Fe related cemeteries. |
| St. Pius X High School | Carmen I. Cavnar, Business Manager Barbara Rothweiler, Principal Fr. John Trambley, President St. Pius X High School 4000 St. Joseph Pl., NW Albuquerque, NM  87120 | Owner and operator of the St. Pius X High School. |

| **Name** | **Address** | **Nature and Amount of Disposable Economic Interests** |
|---|---|---|
| The ASF Deposit and Loan Fund | Tony Salgado, CPA<br>Deposit & Loan Trustee and Manager of the Deposit & Loan Trust<br>Archdiocese of Santa Fe – Catholic Center<br>4000 St. Joseph Pl., NW<br>Albuquerque, NM 87120<br><br>Very Rev. John Cannon<br>Chair of the Deposit and Loan Trust<br>c/o San Isidro Parish<br>3552 Agua Fria St.<br>Santa Fe, NM 87507 | Owner of certain bank accounts pursuant to a trust. |
| ASF Real Estate Trust<br>ASF Real Estate Corporation | Tony Salgado, CPA<br>Board Member<br>Archdiocese of Santa Fe – Catholic Center<br>4000 St. Joseph Pl., NW<br>Albuquerque, NM 87120<br><br>Very Rev. Glennon Jones, Vicar General<br><br>Board Member<br>Archdiocese of Santa Fe – Catholic Center<br>4000 St. Joseph Place, NW<br>Albuquerque, NM 87120<br><br>Very Rev. Lambert J. Luna<br>Board Member<br>St. Joseph on the Rio Grande<br>5901 St. Joseph Dr. NW<br>Albuquerque, NM 87120 | Owner of interests in real estate subject to trust. |

5.     LRRC provides the foregoing information to comply with Bankruptcy Rule 2019

and not for any other purpose. LRRC does not make any representation concerning the validity,

amount, allowance, or priority of any claims or interest.  LRRC does not own, nor has LRRC ever owned, any claims against or interests in the Debtor.

6.      Nothing contained in this statement should be construed as a limitation upon, or waiver of, any rights of any client of LRRC.

7.      LRRC reserves the right to amend and/or supplement this statement in accordance with the requirements of Bankruptcy Rule 2019.

DATED:  September 18, 2019             LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: s/ Robert M. Charles, Jr.
        Robert M. Charles, Jr.
*Attorneys for Parish Steering Committee of the*
*Roman Catholic Church of the Archdiocese of*
*Santa Fe*
One South Church Avenue, Suite 2000
Tucson, AZ 85701-1611
Tel: 520.629.4427
Fax: 520.879.4705
E-mail:rcharles@lrrc.com

-4-

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 18, 2019, in accordance with NM LBR 9036-1 and

Fed. R. Civ. P. 5(b)(3), a true copy of the foregoing was served via the Court's CM/ECF

notification facilities to those parties who are registered CM/ECF participants in this case.

s/ filed electronically
Renee L. Creswell

# EXHIBIT 1

## Santa Fe Parishes

| Name | Finance | Telephone | Page |
|------|---------|-----------|------|
| The Cathedral Basilica of St. Francis of Assisi | 75 | 505-982-5619 | 17 |
| Cristo Rey Parish | 72 | 505-983-8528 | 18 |
| San Isidro | 95 | 505-471-0710 | 19 |
| Santa Maria de La Paz Catholic Community | 69 | 505-473-4200 | 20 |
| Shrine of Our Lady of Guadalupe | 73 | 505-983-8868 | 21 |
| St. Anne's | 74 | 505-983-4430 | 22 |
| St. John the Baptist | 76 | 505-983-5034 | 23 |

## Albuquerque Parishes

| Name | Finance Number | Telephone | Page |
|------|----------------|-----------|------|
| Church of the Ascension | 4 | 505-877-8550 | 24 |
| Holy Family | 5 | 505-842-5426 | 25 |
| Holy Ghost | 6 | 505-265-5957 | 26 |
| Immaculate Conception | 7 | 505-247-4271 | 27 |
| Nativity of the Blessed Virgin Mary | 2 | 505-898-5253 | 28 |
| Our Lady of Fatima | 9 | 505-265-5868 | 29 |
| Our Lady of Guadalupe | 10 | 505-345-4596 | 30 |
| Our Lady of Lavang | 38 | 505-275-3079 | 31 |
| Our Lady of the Annunciation | 3 | 505-298-7553 | 32 |
| Our Lady of the Assumption | 8 | 505-256-9818 | 33 |
| Our Lady of the Most Holy Rosary | 11 | 505-836-5011 | 34 |
| Prince of Peace Catholic Community | 65 | 505-856-7657 | 35 |
| Queen of Heaven | 13 | 505-881-1772 | 36 |
| Risen Savior Catholic Community | 99 | 505-821-1571 | 37 |
| Sacred Heart | 14 | 505-242-0561 | 38 |
| Saint John XXIII Catholic Community | 29 | 505-293-0088 | 39 |
| San Felipe de Neri | 22 | 505-243-4628 | 40 |
| San Ignacio | 23 | 505-243-4287 | 41 |
| San Jose | 24 | 505-242-3658 | 42 |
| Sangre de Cristo | 12 | 505-293-2327 | 43 |
| Santuario de San Martin de Porres | 96 | 505-836-4676 | 44 |
| Shrine of St. Bernadette | 16 | 505-298-7557 | 45 |
| Shrine of the Little Flower / St. Therese of the Infant Jesus | 20 | 505-344-8050 | 46 |
| St. Anne | 15 | 505-877-3121 | 47 |
| St. Charles Borromeo | 17 | 505-242-3462 | 48 |
| St. Edwin | 18 | 505-877-2967 | 49 |
| St. Francis Xavier | 19 | 505-243-5201 | 50 |
| St. Joseph on the Rio Grande | 53 | 505-839-7952 | 51 |
| St. Jude Thaddeus | 89 | 505-898-0826 | 52 |
| St. Thomas Aquinas University Parish | 156 | 505-247-1094 | 53 |
| Our Lady of Perpetual Help | NA | 505-256-1539 | 110 |
| Our Lady Queen of Peace Catholic Chapel | NA | None | 110 |

## Parishes Outside of Santa Fe and Albuquerque

| Name | Finance Number | Telephone | Page |
|---|---|---|---|
| Abiquiu - St. Thomas Apostle | 1 | 505-685-4462 | 54 |
| Anton Chico - San Jose | 25 | 575-427-1164 | 55 |
| Arroyo Seco - La Santisima Trinidad | 26 | 575-776-2273 | 56 |
| Belen - Our Lady of Belen | 27 | 505-864-8043 | 57 |
| Bernalillo - Our Lady of Sorrows | 28 | 505-867-5252 | 58 |
| Cerrillos - St. Joseph | 30 | 505-471-1562 | 59 |
| Chama - St. Patrick | 31 | 575-756-2926 | 60 |
| Chimayo - Holy Family | 32 | 505-351-4360 | 61 |
| Cimarron - Immaculate Conception Church | 94 | 575-376-2553 | 62 |
| Clayton - St. Francis Xavier | 33 | 575-374-8894 | 63 |
| Clovis - Our Lady of Guadalupe | 34 | 575-763-4445 | 64 |
| Clovis - Sacred Heart | 35 | 575-763-6947 | 65 |
| Corrales - San Ysidro | 36 | 505-898-1779 | 66 |
| Dixon - St. Anthony | 39 | 505-579-4389 | 67 |
| El Rito - San Juan Nepomuceno | 40 | 575-581-4714 | 68 |
| Española - Sacred Heart | 41 | 505-753-4225 | 69 |
| Fort Sumner - St. Anthony of Padua | 42 | 575-355-2320 | 70 |
| Isleta Pueblo - St. Augustine | 21 | 505-869-3398 | 71 |
| Jemez Pueblo - San Diego Mission | 43 | 575-834-7300 | 72 |
| Jemez Springs - Our Lady of the Assumption | 44 | 575-829-4138 | 73 |
| La Joya - Our Lady of Sorrows | 45 | 505-864-4461 | 74 |
| Las Vegas - Immaculate Conception | 46 | 505-425-7791 | 75 |
| Las Vegas - Our Lady of Sorrows Church | 47 | 505-454-1469 | 76 |
| Los Alamos - Immaculate Heart of Mary | 48 | 505-662-6193 | 77 |
| Los Lunas - San Clemente | 49 | 505-865-7385 | 78 |
| Los Ojos - San Jose | 55 | 575-588-7473 | 79 |
| Mora - St. Gertrude the Great | 52 | 575-387-2336 | 80 |
| Moriarty - Estancia Valley Catholic Parish | 51 | 505-832-6655 | 81 |
| Mountainair - St. Alice | 54 | 505-847-2264 | 82 |
| Pecos - St. Anthony of Padua | 56 | 505-757-6345 | 83 |
| Peña Blanca - Nuestra Señora de Guadalupe | 57 | 505-465-2226 | 84 |
| Peñasco - San Antonio de Padua | 58 | 575-587-2111 | 85 |
| Peralta - Our Lady of Guadalupe | 91 | 505-869-2189 | 86 |
| Pojoaque - Nuestra Senora de Guadalupe | 59 | 505-455-2472 | 87 |
| Portales - St. Helen | 60 | 575-356-4241 | 88 |
| Questa - St. Anthony | 61 | 575-586-0470 | 89 |
| Ranchos de Taos - San Francisco de Asis | 62 | 575-758-2754 | 90 |
| Raton - St. Patrick-St. Joseph | 64 | 575-445-9763 | 91 |
| Ribera, San Miguel del Vado | 90 | 575-421-2780 | 92 |
| Rio Rancho, Church of the Incarnation | 93 | 505-771-8331 | 93 |
| Rio Rancho, St. John Vianney Church | 67 | 505-892-4449 | 94 |
| Rio Rancho, St. Thomas Aquinas | 92 | 505-892-1511 | 95 |
| Roy Mosquero, Holy Family-St. Joseph | 68 | 575-485-9633 | 96 |
| San Juan, Ohkay Owingeh - San Juan Bautista | 70 | 505-852-4179 | 97 |
| Santa Cruz - Holy Cross | 71 | 505-753-3345 | 98 |
| Santa Rosa - St. Rose of Lima | 77 | 575-472-3724 | 99 |
| Socorro - San Miguel | 78 | 575-835-2891 | 100 |
| Springer - St. Joseph | 79 | 575-483-2775 | 101 |
| Taos - Nuestra Señora de Guadalupe | 80 | 575-758-9208 | 102 |
| Tierra Amarilla - Santo Niño | 81 | 575-588-7473 | 103 |
| Tijeras - Holy Child | 82 | 505-281-2297 | 104 |
| Tome - Immaculate Conception | 83 | 505-865-7497 | 105 |
| Tucumcari - St. Anne | 85 | 575-461-2515 | 106 |
| Vaughn - St. Mary | 86 | 575-584-2954 | 107 |
| Villanueva - Our Lady of Guadalupe | 87 | 575-421-2548 | 108 |
| Wagon Mound - Santa Clara | 88 | 575-666-2478 | 109 |

16

## Missions
(Please contact Mother Parish for any information)

| Location | Mission | Mother Parish |
|---|---|---|
| Abeytas | San Antonio | Our Lady of Sorrows, La Joya |
| Abo | San Lorenzo | St. Alice, Mountainair |
| Alamillo | San Antonio | San Miguel, Socorro |
| Albert | San Isidro | Holy Family-St. Joseph, Roy |
| Albuquerque | Our Lady of Mount Carmel | Nativity of the BVM, Albuquerque |
| Albuquerque | San Jose de Los Duranes | San Felipe de Neri, Albuquerque |
| Alcalde | St. Anne | San Juan Bautista, San Juan Pueblo |
| Alcalde | San Antonio | San Juan Bautista, San Juan Pueblo |
| Algodones | San Jose | Our Lady of Sorrows, Bernalillo |
| Alto del Talco | San Santiago | St. Gertrude the Great, Mora |
| Amalia | Santo Niño | St. Anthony, Questa |
| Angel Fire | Holy Angels | Immaculate Conception Church, Cimarron |
| Arroyo Hondo | Nuestra Señora de Dolores | La Santísima Trinidad, Arroyo Seco |
| Aurora | San Antonio | Our Lady of Guadalupe, Villanueva |
| Bernal | Santa Rita | San Miguel del Vado, Ribera |
| Bernalillo | Santuario de San Lorenzo | Our Lady of Sorrows, Bernalillo |
| Black Lake | San Antonio | Immaculate Conception Church, Cimarron |
| Borica | San Isidro | St. Rose of Lima, Santa Rosa |
| Bosque | Cristo Rey | Our Lady of Belen, Belen |
| Buena Vista | El Santo Niño de Atocha | St. Gertrude the Great, Mora |
| Bueyeros | Sacred Heart | Holy Family-St. Joseph, Roy |
| Canjilon | San Juan Nepomuceno | St. Patrick, Chama |
| Cañon | Nuestra Señora de los Dolores | Nuestra Señora de Guadalupe, Taos |
| Cañon | Our Lady of Guadalupe | San Diego Mission, Jemez Pueblo |
| Cañon Plaza | Our Lady of Mount Carmel | San Juan Nepomuceno, El Rito |
| Cañoncito | Nuestra Señora de La Luz | St. Anthony of Padua, Pecos |
| Cañoncito | San Jose | St. Gertrude the Great, Mora |
| Cañoncito | San Lorenzo | Holy Child, Tijeras |
| Cañones | San Miguel Archangel | St. Thomas Apostle, Abiquiu |
| Capulin | Santo Niño | St. Thomas Apostle, Abiquiu |
| Carnuel | Holy Child | Holy Child, Tijeras |
| Casa Colorada | Immaculate Conception | Immaculate Conception, Tome |
| Cebolla | Santo Niño de Atocha | St. Patrick, Chama |
| Cedar Crest | San Antonio | Holy Child, Tijeras |
| Cerro | Nuestra Señora de Guadalupe | St. Anthony, Questa |
| Chacon | San Antonio de Padua | St. Gertrude the Great, Mora |
| Chamisal | Santa Cruz | San Antonio de Padua, Peñasco |
| Chamita | San Pablo | San Juan Bautista, San Juan Pueblo |
| Chililli | San Juan Nepomuceno | Holy Child, Tijeras |
| Cleveland | San Antonio de Padua | St. Gertrude the Great, Mora |
| Cochiti Pueblo | St. Bonaventure | Nuestra Señora de Guadalupe, Peña Blanca |
| Colonias | San Jose | St. Rose of Lima, Santa Rosa |
| Contreras | San Jose | Our Lady of Sorrows, La Joya |
| Cordova | San Antonio | Holy Family, Chimayo |
| Costilla | Sagrado Corazon | St. Anthony, Questa |
| Coyote | San Juan Bautista | St. Thomas Apostle, Abiquiu |
| Cuarteles | La Sangre de Cristo | Holy Cross, Santa Cruz |
| Cuervo | Santo Niño | St. Rose of Lima, Santa Rosa |
| Cundiyo | Santo Domingo | Holy Family, Chimayo |
| Dahlia | Santo Niño de Atocha | San Jose, Anton Chico |
| Des Moines | Our Lady of Guadalupe | St. Francis Xavier, Clayton |
| Dilia | Sacred Heart-San Isidro | San Jose, Anton Chico |

111

| Location | Mission | Mother Parish |
|---|---|---|
| Duran | St. John the Baptist | St. Mary, Vaughn |
| Eagle Nest | St. Mel | Immaculate Conception Church, Cimarron |
| Edgewood | St. Elizabeth Ann Seaton | Estancia Valley Catholic Parish, Moriarity |
| El Carmen | Nuestra Señora de Carmel | St. Gertrude the Great, Mora |
| El Cerrito | Nuestra Señora de Los Desamparados | OL of Guadalupe, Villanueva |
| El Duende | San Francisco | Sacred Heart, Española |
| El Guache | San Antonio | Sacred Heart, Española |
| El Guique | San Rafael | San Juan Bautista, San Juan Pueblo |
| El Llanito | Christ the King | Our Lady of Sorrows Church, Las Vegas |
| El Macho | Nuestra Señora de Guadalupe | St. Anthony of Padua, Pecos |
| El Porvenir | San Antonio | Our Lady of Sorrows Church, Las Vegas |
| El Prado | Santa Teresita de Jesús | Nuestra Señora de Guadalupe, Taos |
| El Pueblo | San Antonio | San Miguel del Vado, Ribera |
| El Rancho | San Antonio de Padua | Nuestra Señora de Guadalupe, Pojoaque |
| El Valle | San Miguel | Holy Family, Chimayo |
| Encino | Our Lady of Guadalupe | St. Mary, Vaughn |
| Ensenada | San Joaquin | San Jose, Los Ojos |
| Escobosa | San Isidro | Holy Child, Tijeras |
| Estaca | San Francisco | San Juan Bautista, San Juan Pueblo |
| Estancia | Sts. Peter and Paul | Estancia Valley Catholic Parish, Moriarity |
| Folsom | St. Joseph | St. Francis Xavier, Clayton |
| Galisteo | Nuestra Señora de Los Remedios | St. Joseph, Cerrillos |
| Gallegos | Immaculate Conception | Holy Family-St. Joseph, Roy |
| Gallina | Nuestra Señora de Guadalupe | St. Thomas Apostle, Abiquiu |
| Gallinas | Santo Niño | Our Lady of Sorrows Church, Las Vegas |
| Glorieta | Nuestra Señora de Guadalupe | St. Anthony of Padua, Pecos |
| Golden | San Francisco de Asis | St. Joseph, Cerrillos |
| Golondrinas | San Acacio | St. Gertrude the Great, Mora |
| Gonzales Ranch | San Isidro & Santa Teresita | Our Lady of Guadalupe, Villanueva |
| Guachupangue | Our Lady of Guadalupe | Sacred Heart, Española |
| Guadalupita | Nuestra Señora de Guadalupe | St. Gertrude the Great, Mora |
| Hernandez | San Jose | Sacred Heart, Española |
| Holman | Immaculate Heart of Mary | St. Gertrude the Great, Mora |
| Jarales | St. Francis Xavier | Our Lady of Belen, Belen |
| Kelly | San Juan Bautista | San Miguel, Socorro |
| La Bajada | San Miguel | Nuestra Señora de Guadalupe, Peña Blanca |
| La Cañada de Los Alamos | Our Lady of Guadalupe | Cristo Rey Parish, Santa Fe |
| La Cienega | San Jose | San Isidro, Santa Fe |
| La Cueva | San Rafael | St. Gertrude the Great, Mora |
| La Loma | San Antonio | Nuestra Señora de Guadalupe, Taos |
| La Madera | Our Lady of Guadalupe | San Juan Nepomuceno, El Rito |
| La Manga | Santo Niño | Our Lady of Sorrows Church, Las Vegas |
| La Mesilla | San Isidro | Holy Cross, Santa Cruz |
| La Petaca | Nuestra Divina Pastora | San Juan Nepomuceno, El Rito |
| La Puebla | Naciemento de Santo Niño Jesús | Holy Cross, Santa Cruz |
| La Puente | St. Michael | San Jose, Los Ojos |
| Lagunita | Our Lady of the Rosary | San Miguel del Vado, Ribera |
| Las Colonias | Santo Niño | St. Anthony of Padua, Pecos |
| Las Colonias | Santo Niño de Atocha | La Santísima Trinidad, Arroyo Seco |
| Las Nutrias | San Isidro | Our Lady of Sorrows, La Joya |
| Las Tablas | San Luis Gonzaga | San Juan Nepomuceno, El Rito |
| Ledoux | San Jose | St. Gertrude the Great, Mora |
| Lemitar | La Sagrada Familia | San Miguel, Socorro |
| Leyba | San Francisco | Our Lady of Guadalupe, Villanueva |
| Llano de San Juan | San Juan Nepomuceno | San Antonio de Padua, Peñasco |
| Los Chavez | Nuestra Señora de Guadalupe | Our Lady of Belen, Belen |

112

| Location | Mission | Mother Parish |
|---|---|---|
| Llano Quemado | Nuestra Señora del Carmen | San Francisco de Asis, Ranchos de Taos |
| Logan | St. Anthony | St. Anne, Tucumcari |
| Los Cordovas | San Ysidro | San Francisco de Asis, Ranchos de Taos |
| Los Hueros | San Juan Bautista | Santa Clara, Wagon Mound |
| Los LeFebres | Nuestro Señor de Esquipula | Santa Clara, Wagon Mound |
| Los Lentes | San Antonio | San Clemente, Los Lunas |
| Los Luceros | Sagrada Familia | San Juan Bautista, San Juan Pueblo |
| Los Montoyas | San Antonio | Our Lady of Sorrows Church, Las Vegas |
| Los Vigiles | Our Lady of Refuge | Immaculate Conception, Las Vegas |
| Lower Rociada | Santo Niño | Our Lady of Sorrows Church, Las Vegas |
| Lucero | Santa Rita | St. Gertrude the Great, Mora |
| Luis Lopez | San Jose | San Miguel, Socorro |
| Lyden | San Jose | St. Anthony, Dixon |
| Maes | San Santiago | Our Lady of Sorrows Church, Las Vegas |
| Magdalena | St. Mary Magdalene | San Miguel, Socorro |
| Manzano | Nuestra Señora de Dolores | St. Alice, Mountainair |
| Maxwell | St. Vincent de Paul | St. Patrick-St. Joseph, Raton |
| Meadowlake | Misión de San Juan Diego | San Clemente, Los Lunas |
| Medanales | San Antonio | St. Thomas Apostle, Abiquiu |
| Melrose | St. Catherine | Sacred Heart, Clovis |
| Mesa de Poleo | Santa Teresa | St. Thomas Apostle, Abiquiu |
| Milagro | Our Lady of Sorrows | St. Rose of Lima, Santa Rosa |
| Monte Aplanado | El Santo Niño de Atocha | St. Gertrude the Great, Mora |
| Montoya | St. Joan of Arc | St. Anne, Tucumcari |
| Moses | Sacred Heart | St. Francis Xavier, Clayton |
| Nambe | Sagrado Corazon de Jesús | Nuestra Señora de Guadalupe, Pojoaque |
| Nambe Pueblo | San Francisco de Asis | Nuestra Señora de Guadalupe, Pojoaque |
| Nara Visa | Sacred Heart | St. Anne, Tucumcari |
| Ocate | Nuestra Señora de Guadalupe | Santa Clara, Wagon Mound |
| Ojo Caliente | St. Mary | San Juan Nepomuceno, El Rito |
| Ojo Feliz | San Isidro | St. Gertrude the Great, Mora |
| Ojo Sarco | Santo Tomas | Holy Family, Chimayo |
| Palo Blanco | Our Lady of Mount Carmel | St. Joseph, Springer |
| Pastura | St. Helen | St. Mary, Vaughn |
| Picuris Pueblo | San Lorenzo | San Antonio de Padua, Peñasco |
| Pilar | Nuestra Señora de Dolores | St. Anthony, Dixon |
| Pinos Wells | San Jose | St. Mary, Vaughn |
| Pintada | Holy Family | St. Rose of Lima, Santa Rosa |
| Placita | Nuestra Señora de la Asuncion | San Antonio de Padua, Peñasco |
| Placitas | San Antonio | Our Lady of Sorrows, Bernalillo |
| Placitas | St. Anthony | San Juan Nepomuceno, El Rito |
| Plaza Blanca | San Antonio | San Jose, Los Ojos |
| Plaza de Arriba | Sangre de Cristo | San Jose, Anton Chico |
| Pojoaque Pueblo | Nuestra Señora de Guadalupe | Nuestra Señora de Guadalupe del Valle de Pojoaque |
| Polvadera | San Lorenzo | San Miguel, Socorro |
| Ponderosa | Santo Toribio | San Diego Mission, Jemez Pueblo |
| Pueblitos | San Isidro | Our Lady of Belen, Belen |
| Puerto de Luna | Our Lady of Refuge | St. Rose of Lima, Santa Rosa |
| Punta de Agua | St. Vincent de Paul | St. Alice, Mountainair |
| Rainsville | Sacred Heart of Jesus | St. Gertrude the Great, Mora |
| Ranchitos | Imaculada Concepcion | Nuestra Señora de Guadalupe, Taos |
| Ranchitos | St. Michael Archangel | San Juan Bautista, San Juan Pueblo |
| Rayado | Holy Child Chapel | Immaculate Conception, Cimarron |
| Red River | St. Edwin | St. Anthony, Questa |
| Riley | Santa Rita | San Miguel, Socorro |
| Rio Chiquito | San Ysidro & Sagrado Corazon | Holy Family, Chimayo |
| Rio en Medio | Our Lady of Sorrows | Shrine of Our Lady of Guadalupe, Santa Fe |

113

| Location | Mission | Mother Parish |
|----------|---------|---------------|
| Rio Lucio | Sagrada Corazon de Jesús | San Antonio de Padua, Peñasco |
| Rodarte | Santa Barbara | San Antonio de Padua, Peñasco |
| Rowe | Sagrada Familia | St. Anthony of Padua, Pecos |
| Sabinal | San Antonio | Our Lady of Sorrows, La Joya |
| Sabinoso | Nuestra Señora de Guadalupe | Holy Family-St. Joseph, Roy |
| San Antonio | San Antonio | San Miguel, Socorro |
| San Antonito | Nuestro Señor de Mapimi | Holy Child, Tijeras |
| San Augustine | San Augustine | Our Lady of Sorrows Church, Las Vegas |
| San Cristobal | San Cristobal | La Santísima Trinidad, Arroyo Seco |
| San Felipe Pueblo | San Felipe | Nuestra Señora de Guadalupe, Peña Blanca |
| San Geronimo | San Geronimo | Our Lady of Sorrows Church, Las Vegas |
| San Idelfonso Pueblo | San Idelfonso | San Juan Bautista, San Juan Pueblo |
| San Ignacio | San Ignacio | Our Lady of Sorrows Church, Las Vegas |
| San Ignacio | San Ignacio | St. Rose of Lima, Santa Rosa |
| San Isidro del Sur | Nuestra Señora de Guadalupe | San Miguel del Vado, Ribera |
| San Isidro Norte | San Isidro Labrador | San Miguel del Vado, Ribera |
| San Jon | Our Lady of Guadalupe | St. Anne, Tucumcari |
| San Jose | San Jose | San Miguel del Vado, Ribera |
| San Juan | San Juan Nepomuceno | San Miguel del Vado, Ribera |
| San Pedro | San Pedro | Holy Cross, Santa Cruz |
| San Ysidro | San Ysidro | San Diego Mission, Jemez Pueblo |
| Sandia Pueblo | St. Anthony | Our Lady of Sorrows, Bernalillo |
| Santa Ana Pueblo | Santa Ana (St. Anthony) | San Diego Mission, Jemez Pueblo |
| Santa Clara Pueblo | Santa Clara | San Juan Bautista, San Juan Pueblo |
| Santo Domingo Pueblo | Santo Domingo | Nuestra Señora de Guadalupe, Peña Blanca |
| Santo Niño | Santo Niño | Holy Cross, Santa Cruz |
| Sapello | Nuestra Señora de Guadalupe | Our Lady of Sorrows, Las Vegas |
| Sedillo | San Isidro | Holy Child, Tijeras |
| Sena | Nuestro Señor Esquipula | Our Lady of Guadalupe, Villanueva |
| Servilleta | St. Anthony | San Juan Nepomuceno, El Rito |
| Sile | Santa Barbara | Nuestra Señora de Guadalupe, Peña Blanca |
| Tajique | San Antonio | Estancia Valley Catholic Parish, Moriarity |
| Talpa | Nuestra Señora de San Juan de Los Lagos | Ranchos de Taos |
| Taos Pueblo | San Geronimo | Nuestra Señora de Guadalupe, Taos |
| Tecolote | Our Lady of Sorrows | Our Lady of Sorrows Church, Las Vegas |
| Tecolotito | Our Lady of Guadalupe | San Jose, Anton Chico |
| Tesuque | San Ysidro | Shrine of Our Lady of Guadalupe, Santa Fe |
| Tesuque Pueblo | San Diego | San Juan Bautista, San Juan Pueblo |
| Texico | San Jose | Our Lady of Guadalupe, Clovis |
| Tinaja | San Isidro | St. Joseph, Springer |
| Torreon | St. Anthony | St. Alice, Mountainair |
| Trampas | San Jose | Holy Family, Chimayo |
| Trementina | San Rafael | Our Lady of Sorrows Church, Las Vegas |
| Tres Piedras | Immaculate Conception | San Juan Nepomuceno, El Rito |
| Truchas | Santo Rosario | Holy Family, Chimayo |
| Trujillo | San Isidro | Our Lady of Sorrows Church, Las Vegas |
| Turquillo | Santa Teresitadel Niño Jesús | St. Gertrude the Great, Mora |
| Upper Rociada | San Jose | Our Lady of Sorrows Church, Las Vegas |
| Upper Town | San Antonio | Immaculate Conception, Las Vegas |
| Vadito | Nuestra Señora de Dolores | San Antonio de Padua, Peñasco |
| Valdez | San Antonio de Padua | La Santísima Trinidad, Arroyo Seco |
| Valencia | Sangre de Cristo | Our Lady of Guadalupe, Peralta |
| Vallecitos | Our Lady of Sorrows | San Juan Nepomuceno, El Rito |
| Variadero | Holy Family | Our Lady of Sorrows Church, Las Vegas |
| Veguita | San Juan | Our Lady of Sorrows, La Joya |

| Velarde | Nuestra Señora de Guadalupe | St. Anthony, Dixon |
| Watrous | Sagrado Corazon | Santa Clara, Wagon Mound |
| White Rock | St. Joseph | Immaculate Heart of Mary, Los Alamos |
| Willard | Our Lady of Sorrows | St. Alice, Mountainair |
| Youngsville | San Pedro | St. Thomas Apostle, Abiquiu |
| Zia Pueblo | Our Lady of the Assumption | San Diego Mission, Jemez Pueblo |

## Shrines

(Please contact Mother Parish for any information)

| Shrine | Mother Parish |
| --- | --- |
| Santuario de Chimayo | Holy Family, Chimayo |
| Shrine of the Little Flower | St.Therese of the Infant Jesus, Albuquerque |
| Shrine of Our Lady of Guadalupe | Shrine of Our Lady of Guadalupe, Santa Fe |
| Shrine of Our Lady of Lourdes | San Juan Baustista, San Juan Pueblo |
| Shrine of St. Bernadette | Shrine of St. Bernadette, Albuquerque |
| Shrine of St. Kateri Tekakwitha | St. Augustine, Isleta Pueblo |

## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: | § | |
| | § | **Case No. 20-10846-MSG** |
| **THE ROMAN CATHOLIC CHURCH** | § | |
| **OF THE ARCHDIOCESE OF NEW** | § | **Section "A"** |
| **ORLEANS,** | § | |
| | § | **Chapter 11** |
| Debtor.[1] | § | |
| | § | |

## AMENDED VERIFIED STATEMENT OF THE APOSTOLATES UNDER BANKRUPTCY RULE 2019

A group of church parishes, schools, nursing homes, senior living facilities, and other community, service agencies and facilities (collectively, the "Apostolates") have engaged Heller, Draper, & Horn, LLC ("Heller Draper") to represent them in connection with The Roman Catholic Church of the Archdiocese of New Orleans' ("Debtor" or "Archdiocese") bankruptcy.

Pursuant to Bankruptcy Rule 2019, the Apostolates hereby state as follows:

1.      Prior to the filing of this Amended Verified Statement, the Apostolates consisted of 183 church parishes, schools, nursing homes, senior living facilities, and other community, service agencies and facilities listed on the attached Exhibit "A".

2.      The Apostolates are incorporated legal entities that possess their own employees, articles of incorporation, EIN numbers, and bank accounts separate from the Archdiocese. Directly or indirectly the Archdiocese or the Archbishop is the sole shareholder, member, or partner of each Apostolate.

---

[1] The last four digits of the Debtor's federal tax identification number are 8966. The Debtor's principal place of business is located at 7887 Walmsley Ave., New Orleans, LA 70125.

3. The Ad Hoc Committee of the Apostolates was formed to address the concerns of the Apostolates, to advance the positions of the Apostolates as a group, and as necessary to defend the legal interests of the Apostolates in the Debtor's chapter 11 case. The Ad Hoc Committee agreed that it is in the best interest of the Apostolates to retain Heller Draper on behalf of all the Apostolates which would save costs and resources and further their interests to participate in this case as a group.

4. Two entities originally part of the Apostolates, Our Lady of Wisdom Facility Corporation and Chateau de Notre Dame Facilities Corporation, were sold earlier this year. As such, they are no longer part of the Apostolates and Heller Draper is filing this Amended 2019 which deletes Our Lady of Wisdom Facility and Chateau de Notre Dame Facilities from the group of Apostolates.

5. The remaining Apostolates, in their capacity as a collective group being represented by Heller Draper, do not own any equity securities of the Debtor.

VERIFIED this 22nd day of September 2023.

Respectfully submitted,

*/s/ Douglas S. Draper*
Douglas S. Draper, La. Bar No. 5073
Leslie A. Collins, La. Bar No. 14891
Greta M. Brouphy, La. Bar No. 26216
**Heller, Draper, & Horn, LLC**
650 Poydras Street, Suite 2500
New Orleans, Louisiana 70130-6103
Telephone: (504) 299-3300
Fax: (504) 299-3399
Email: ddraper@hellerdraper.com
Email: lcollins@hellerdraper.com
Email: gbrouphy@hellerdraper.com
Counsel for the Apostolates

## CERTIFICATE OF SERVICE

     I, Douglas S. Draper, counsel for the Apostolates, do hereby certify that I caused the
above and foregoing to be served on September 22, 2023, via the Court's ECF Notification
System as follows:

- **Christine W. Adams**  cadams@deshazoadams.com
- **A. Brooke Watford Altazan**  baltazan@stewartrobbins.com,
  baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **William Harrell Arata**  billarata@aratalaw.net
- **David Winston Ardoin**  david@amotriallawyers.com, renee@amotriallawyers.com
- **Laura F. Ashley**  lashley@joneswalker.com, laura-ashley-4406@ecf.pacerpro.com
- **John Baay**  jbaay@glllaw.com, myoung@glllaw.com
- **Jerry Beatmann**  jay.beatmann@dentons.com,
  dee.mcgill@dentons.com;sam.alberts@dentons.com
- **Alicia M. Bendana**  abendana@lawla.com, rmichel@lawla.com;seaton@lawla.com
- **Richard A. Bordelon**  rbordelon@denechaudlaw.com
- **Derek T Braslow**  derek@kbaattorneys.com
- **Brandon A. Brown**  bbrown@stewartrobbins.com,
  bbrown@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **Joseph M. Bruno**  jbruno@brunobrunolaw.com, Don@brunobrunolaw.com
- **Steven Bryant**  steven.bryant@lockelord.com
- **Elwood F. Cahill**  ecahill@shergarner.com
- **Andrew William Caine**  acaine@pszjlaw.com
- **Deborah J Campbell**  deborah.campbell@dentons.com
- **Jamie Dodds Cangelosi**  jcangelosi@stewartrobbins.com,
  jcangelosi@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **Linda F Cantor**  lcantor@pszjlaw.com
- **Ryan J Cavanaugh**  ryan@constantllp.com
- **Desiree M. Charbonnet**  desi@charbonnetlawfirm.com
- **William G. Cherbonnier**  wgc@billcherbonnier.com, caludagroupllc@jubileebk.net
- **Everett J. Cygal**  ecygal@schiffhardin.com
- **Scott Edward Delacroix**  scottdelacroixlaw@gmail.com
- **John H. Denenea**  jdenenea@midcitylaw.com, wdominguez@midcitylaw.com
- **Ross J. Donnes**  rdonnes@tcmlawoffice.com
- **Eva J. Dossier**  ejd@stanleyreuter.com
- **Douglas S. Draper**  ddraper@hellerdraper.com, vgamble@hellerdraper.com
- **Christopher F Edmunds**  chrisedmundslaw@gmail.com
- **John Douglas Elrod**  elrodj@gtlaw.com
- **Joseph Mark Fisher**  mfisher@schiffhardin.com

- **Elizabeth J. Futrell**    efutrell@joneswalker.com, mmontiville@joneswalker.com;lisa-futrell-4186@ecf.pacerpro.com
- **Amanda Burnette George**    Amanda.B.George@usdoj.gov
- **Jeremy Gettes**    jgettes@chehardy.com
- **William P. Gibbens**    billy@semmlaw.com, terri@semmlaw.com
- **Soren Erik Gisleson**    sgisleson@hhkc.com, jchauvin@hhkc.com
- **Brodie Glenn**    bglenn@bradleyfirm.com
- **Alan H. Goodman**    alan.goodman@bswllp.com, moorek@bswllp.com
- **Rochelle Guiton**    rochelle@dmillerlaw.com
- **Stephen Haedicke**    stephen@haedickelaw.com
- **Jan Marie Hayden**    jhayden@bakerdonelson.com, ptorres@bakerdonelson.com;jmclemore@bakerdonelson.com
- **Ashley J. Heilprin**    ashley.heilprin@phelps.com
- **Evan Park Howell**    ehowell@ephlaw.com
- **Stephen Michael Huber**    stephen@huberthomaslaw.com
- **Sara Hunkler**    shunkler@ruggerilaw.com
- **Amelia L. Hurt**    amelia.hurt@kellyhart.com
- **Wayne J. Jablonowski**    wjjlaw@bellsouth.net
- **Annette W Jarvis**    jarvisa@gtlaw.com
- **Lillian Jordan**    ljordan@donlinrecano.com, rmapa@donlinrecano.com;nefrecipients@donlinrecano.com;jestrada@donlinrecano.com; fcardona@donlinrecano.com
- **Benjamin Kadden**    bkadden@lawla.com, mnguyen@lawla.com
- **Allison Kingsmill**    akingsmill@joneswalker.com
- **Bradley C. Knapp**    bknapp@lockelord.com, AutoDocket@LockeLord.com
- **Dylan K. Knoll**    dknoll@denechaudlaw.com
- **Omer F. Kuebel**    rkuebel@lockelord.com, Yamille.Harrison@lockelord.com
- **Heather A. LaSalle**    halexis@hinshawlaw.com, lgraff@mcglinchey.com
- **Frank E. Lamothe**    felamothe@lamothefirm.com
- **Julien Guy Lamothe**    jlamothe@lamothefirm.com
- **Mark C. Landry**    mlandry@newmanmathis.com
- **Darryl T. Landwehr**    dtlandwehr@att.net, dtlandwehr@gmail.com
- **Mary S. Langston**    Mary.Langston@usdoj.gov
- **Joseph J Lowenthal**    jlowenthal@joneswalker.com
- **Ryan Luminais**    rluminais@shergarner.com
- **Thomas J. Madigan**    tmadigan@shergarner.com
- **Wayne A. Maiorana**    tmaiorana@newmanmathis.com
- **Wilson Lewis Maloz**    wmaloz@lpwsl.com
- **Robert A. Mathis**    rmathis@newmanmathis.com
- **Donald Andrew Mau**    dmau@meliaslaw.com
- **Patrick Maxcy**    patrick.maxcy@dentons.com
- **Collin Roy Melancon**    collin@mmcdlaw.com
- **Gerald Edward Meunier**    gmeunier@gainsben.com, dmartin@gainsben.com

- **Daniel Adam Meyer**   dmeyer@sssfirm.com
- **Allen C. Miller**   allen.miller@phelps.com
- **Mark Mintz**   mmintz@joneswalker.com, mark-mintz-4822@ecf.pacerpro.com
- **Jack E Morris**   jem@jemorrislaw.com
- **M. Keith Moskowitz**   keith.moskowitz@dentons.com
- **Colleen A Murphy**   murphyc@gtlaw.com
- **Brandon Naquin**   ban@stanleyreuter.com
- **Samantha Oppenheim**   soppenheim@joneswalker.com, samantha-oppenheim-7970@ecf.pacerpro.com
- **Swati Parashar**   sparashar@joneswalker.com
- **Dwight C Paulsen**   tpaulsen@bradleyfirm.com
- **Felecia Y Peavy**   felepeavy@juno.com
- **Nancy Peterman**   petermann@gtlaw.com
- **William S. Robbins**   wrobbins@stewartrobbins.com,
wrobbins@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **Craig Robinson**   craig@rlolegal.com
- **Lacey E Rochester**   lrochester@bakerdonelson.com,
jbowers@bakerdonelson.com;jmclemore@bakerdonelson.com
- **Nicholas Rockforte**   nicholas@onmyside.com
- **Keith A. Rodriguez**   Krodriguez@keithrodriguez.com
- **Samuel M. Rosamond**   srosamond@twpdlaw.com, jgreen@twpdlaw.com
- **Richard A Rozanski**   richard@rarlaw.net
- **David Rubin**   David.Rubin@butlersnow.com
- **Tancred Schiavoni**   tschiavoni@omm.com, nrivera@omm.com
- **Logan E. Schonekas**   logan@huberthomaslaw.com
- **Glenn K. Schreiber**   glenn.schreiber@usdoj.gov,
bonnie.bodenheimer@usdoj.gov;caseview.ecf@usdoj.gov;Vanessa.brown@usdoj.gov
- **Kristi Schubert**   kschubert@lamothefirm.com
- **Stephen P. Scullin**   scullin@carverdarden.com, baradell@carverdarden.com
- **Peter James Segrist**   segrist@carverdarden.com, clary@carverdarden.com
- **Ryan Seidemann**   seidemannr@ag.louisiana.gov
- **Patrick M. Shelby**   rick.shelby@phelps.com, trisha.crombie@phelps.com
- **Nicholas Smeltz**   nsmeltz@stewartrobbins.com,
nsmeltz@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **David M Spector**   dspector@schiffhardin.com
- **Richard C. Stanley**   rcs@stanleyreuter.com
- **Paul Maury Sterbcow**   sterbcow@lksalaw.com
- **Roger Stetter**   rastetter47@yahoo.com
- **Paul Douglas Stewart**   dstewart@stewartrobbins.com,
dstewart@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com
- **Kaylin Storey**   kstorey@truittlaw.com
- **Jameson M. Taylor**   jameson@voorhieslaw.com, germaine@voorhieslaw.com
- **Jefferson R. Tillery**   jtillery@joneswalker.com

- **Richard Trahant**   trahant@trahantlawoffice.com
- **Jack E Truitt**   btruitt@truittlaw.com, jwertz@truittlaw.com
- **Office of the U.S. Trustee**   USTPRegion05.NR.ECF@usdoj.gov
- **R. Patrick Vance**   pvance@joneswalker.com, nwiebelt@joneswalker.com;patrick-vance-7526@ecf.pacerpro.com
- **Richard P Voorhies**   Richard@voorhieslaw.com, tosha@voorhieslaw.com
- **David F. Waguespack**   waguespack@carverdarden.com, docket@carverdarden.com;plaisance@carverdarden.com
- **David E. Walle**   dwalle@bfrob.com, aadams@bfrob.com

New Orleans, Louisiana, this 22nd day of September, 2022.

*/s/ Douglas S. Draper*

Douglas S. Draper