# **EXHIBIT C**

Financial Projections

**The Roman Catholic Diocese of Syracuse, Case # 20-30663**
**Cash Flow Analysis**

|  | Year Ended 6/30/2021 | Year Ended 6/30/2022 | Year Ended 6/30/2023 | Year Ending 6/30/2024[1] | Year Ending 6/30/2025 | Year Ending 6/30/2026 |
|---|---:|---:|---:|---:|---:|---:|
| **Cash Receipts** |  |  |  |  |  |  |
| Accounts Receivable Receipts | 32,896,167 | 31,467,145 | 30,449,198 | 32,330,584 | 33,774,936 | 35,309,489 |
| Hope Appeal Contributions | 3,842,073 | 5,225,312 | 4,973,631 | 4,300,000 | 4,400,000 | 4,500,000 |
| Investment Funding | - | 2,250,000 | 4,650,000 | 2,000,000[2] | - | - |
| McDevitt Foundation Contributions | 594,342 | 1,050,800 | 760,200 | 654,000 | 700,000 | 725,000 |
| Scuderi Foundation Scholarships | 125,000 | 134,000 | 137,000 | 169,000 | 175,000 | 185,000 |
| Bison / Cabrini Foundation | 511,372 | - | 334,540 | 500,000 | 500,000 | 500,000 |
| Affiliation Fees | 317,806 | 335,672 | 360,916 | 386,859 | 400,000 | 410,000 |
| Passthrough | 1,332,345 | 1,995,198 | 1,164,347 | 1,400,000 | 1,450,000 | 1,500,000 |
| Insurance Recoveries | 1,575,830 | 2,812,027 | 2,473,887 | 2,800,000 | 2,500,000 | 2,550,000 |
| Miscellaneous | 3,645 | 3,862 | 89,248 | 5,000 | 5,000 | 5,000 |
| Other Program Contributions | 282,527 | 780,885 | 512,808 | 500,000 | 520,000 | 550,000 |
| **Total Cash Receipts** | 41,481,107 | 46,054,900 | 45,905,775 | 45,045,443 | 44,424,936 | 46,234,489 |
|  |  |  |  |  |  |  |
| **Cash Disbursements** |  |  |  |  |  |  |
| Funding of Trust and Debt Service[3] |  |  |  | TBD | TBD | TBD |
| Payroll and Related Taxes | 5,227,143 | 5,613,671 | 5,380,858 | 5,542,284 | 5,708,553 | 5,879,809 |
| Self Insurance Claims | 21,624,608 | 22,263,522 | 22,810,228 | 22,300,000 | 22,850,000 | 23,450,000 |
| Loan Repayment | 377,538 | 376,991 | 472,975 | 510,000 | 520,000 | 530,000 |
| Maintenance, Utilities and Other | 5,597,400 | 3,901,622 | 4,749,280 | 4,800,000 | 5,000,000 | 5,100,000 |
| Transfers | 8,221,980 | 10,718,701 | 8,744,955 | 8,200,000 | 8,400,000 | 8,700,000 |
| Chapter 11 Professional Fees | 1,569,776 | 3,209,557 | 3,816,199 | 3,400,000 | - | - |
| US Trustee | 272,520 | 284,401 | 297,309 | 300,000 | - | - |
| **Total Disbursements** | 42,890,965 | 46,368,465 | 46,271,804 | 45,052,284 | 42,478,553 | 43,659,809 |
| **Ending Cash** | 922,344 | 608,779 | 242,750 | 235,908 | 2,182,291 | 4,756,971 |

---

[1] For the purpose of this analysis, the Diocese has assumed that the Effective Date of the Plan corresponds with the fiscal year end of the Diocese.
[2] This amount does not include amounts funded from Investments for payment of the contribution of the Diocese to the Trust.
[3] This analysis for the years ending 6/30/2024, 6/30/2025 and 6/30/2026 does not include payments made by the Diocese to the Trust or the corresponding Catholic Family Contributions. In addition, this analysis does not include disbursements for debt service applicable to amounts borrowed, if necessary, by the Diocese to fund the Trust.