UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Syracuse, New York,

Debtor.

Case No. 20-30663

Chapter 11

## NOTICE OF FILING OF REDLINES

**PLEASE TAKE NOTICE** that The Roman Catholic Diocese of Syracuse, New York, the above-captioned debtor and debtor in possession (the "Diocese") hereby files this Notice of Filing of Redlines in support of the *Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York Dated March 5, 2024* [Docket No. 1718] (as it may be amended, modified or supplemented from time to time, the "Joint Plan") and *Disclosure Statement in Support of Amended Joint Plan of Reorganization for The Roman Catholic Diocese of New York Dated March 5, 2024* [Docket No. 1719] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the *Joint Plan Redline*.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is the *Disclosure Statement Redline*.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit C** is the *Litigation Claimant Agreement Redline*.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit D** is the *Abuse Claim Allocation Protocol Redline*.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit E** is the *Publication Notice Redline*.

17403036.1

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit F** is the *Abuse Claim Ballot Redline*.

Dated: March 5, 2024  
      Syracuse, New York

Respectfully submitted,

**BOND, SCHOENECK & KING, PLLC**

By: /s/ Stephen A. Donato  
Stephen A. Donato, Esq. (Bar Roll #101522)  
Charles J. Sullivan, Esq. (Bar Roll #507717)  
Grayson T. Walter, Esq. (Bar Roll #518237)  
Office and Post Office Address:  
110 West Fayette Street  
One Lincoln Center  
Syracuse, New York 13202-1355  
Telephone: (315) 218-8000  
Facsimile: (315) 218-8100  
Email: donatos@bsk.com  
      sullivc@bsk.com  
      walterg@bsk.com

*Counsel to The Roman Catholic Diocese of Syracuse, New York*