**EXHIBIT E**

Publication Notice Redline

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF NEW YORK | |
| In re: )<br> )<br> ) | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, )<br>New York, ) | Chapter 11 |
| )<br>Debtor. )<br>_____ ) | |

**PUBLICATION NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK AND RELATED MATTERS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On March 5, 2024, The Roman Catholic Diocese of Syracuse, New York ("Diocese") filed a disclosure statement (the "Disclosure Statement") and a joint chapter 11 plan of reorganization with the Official Committee of Unsecured Creditors (the "Joint Plan"). The United States Bankruptcy Court for the Northern District of New York (the "Bankruptcy Court") entered an order approving the Disclosure Statement on _____, 2024 (the "Disclosure Statement Order"). A hearing to consider confirmation of the Joint Plan (the "Confirmation Hearing") is scheduled to commence on [_____] at [_____].m. (ET), or as soon thereafter as counsel may appear and be heard, before the Honorable Wendy A. Kinsella, Chief United States Bankruptcy Judge for the Northern District of New York, or such other judge as may be sitting in her stead in the James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, NY 13261.

2. The Confirmation Hearing may be adjourned or continued without further notice except as announced in open court or filed on the Court's docket. The Joint Plan may be modified, if necessary, prior to, during, or as a result of the Confirmation Hearing, without further notice to creditors or other parties in interest, unless such notice is required by the Bankruptcy Code, Bankruptcy Rules, or other applicable law.

3. Pursuant to the Disclosure Statement Order, the deadline for submitting a Ballot voting to accept or reject the Joint Plan is [_____] at [_____].m. (ET) (the "Vote Deadline"). In order for your vote to be counted, your Ballot must be completed and returned in accordance with the instructions provided on the Ballot so that it is received by the Vote Deadline.

4. The Joint Plan provides for the reorganization of the Diocese's financial affairs and for distributions to creditors from the Diocese's assets. The Joint Plan also provides for a Trust to make distributions to holders of Abuse Claims against the Diocese and the Parishes, schools, and Other Catholic Organizations who are Participating Parties under the Joint Plan. If the Joint Plan is confirmed, the Trust will be funded by contributions from the Diocese, the Participating Parties and Settling Insurers, and certain claims against Non-Settling Insurers will

17291325.1
17291325.3

be assigned to the Trust. The confirmation and effectiveness of the Joint Plan are subject to material conditions precedent, some of which may not be satisfied.

    5.    The Joint Plan contemplates releases and injunctions in furtherance of the Joint Plan, including a Channeling Injunction that permanently channels all Abuse Claims against the Diocese and the Participating Parties to the Trust.  A list of the Participating Parties is set forth on *Exhibit* 5*A* attached hereto. The Joint Plan also includes a full release of the Released Parties and their respective property, from among other things, any and all Claims relating to the Diocese, the Participating Parties, the Estate, and the conduct of the Diocese's and the Protected Parties' businesses.  For the specific terms and conditions of all the releases and injunctions in the Joint Plan, and the precise scope of the Claims to be channeled, please review the Joint Plan in its entirety, available at https://case.stretto.com/dioceseofsyracuse.

~~Publication Notice~~

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF NEW YORK**

*In re The Roman Catholic Diocese of Syracuse, New York*
*Case No. 20-30663*

**PLEASE TAKE NOTICE THAT,** on December 6, 2023, The Roman Catholic Diocese of Syracuse, New York ("Diocese") filed a disclosure statement (the "Disclosure Statement") and a joint chapter 11 plan of reorganization with the Official Committee of Unsecured Creditors (the "Joint Plan"). The bankruptcy court approved the Disclosure Statement on _____, 2024. A hearing to consider confirmation of the Joint Plan (the "Confirmation Hearing") is scheduled to commence on [_____] at [_____].m. (ET) The Confirmation Hearing may be adjourned or continued without further notice except as announced in open court or filed on the Court's docket. The deadline to object to confirmation of the Joint Plan is by no later than **fourteen (14) days** prior to the Confirmation Hearing.

The Joint Plan provides for the reorganization of the Diocese's financial affairs and for distributions to creditors from the Diocese's assets. The Joint Plan also provides for a Trust to make distributions to holders of Abuse Claims against the Diocese and the Parishes, schools, and Other Catholic Organizations who are Participating Parties under the Joint Plan. If the Joint Plan is confirmed, the Trust will be funded by contributions from the Diocese, the Participating Parties and Settling Insurers, and certain claims against Non-Settling Insurers will be assigned to the Trust. The confirmation and effectiveness of the Joint Plan are subject to material conditions precedent, some of which may not be satisfied.

The Joint Plan contemplates releases and injunctions in furtherance of the Joint Plan, including a Channeling Injunction that permanently channels all Abuse Claims against the Diocese and the Participating Parties to the Trust. The Joint Plan also includes a full release of the Released Parties and their respective property, from among other things, any and all Claims relating to the Diocese, the Participating Parties, the Estate, and the conduct of the Diocese's and the Protected Parties' businesses. For the specific terms and conditions of all the releases and injunctions in the Joint Plan, and the precise scope of the Claims to be channeled, please review the Joint Plan in its entirety, available at https://case.stretto.com/dioceseofsyracuse.

IF THE JOINT PLAN IS CONFIRMED AND THE EFFECTIVE DATE OCCURS, ALL HOLDERS OF CLAIMS AGAINST THE DIOCESE (INCLUDING, WITHOUT LIMITATION, HOLDERS OF CLAIMS WHO DO NOT VOTE TO ACCEPT OR REJECT THE JOINT PLAN OR WHO ARE NOT ENTITLED TO VOTE) WILL BE BOUND BY THE TERMS OF THE JOINT PLAN AND THE TRANSACTIONS DESCRIBED THEREIN. **IF YOU HOLD CLAIMS AGAINST THE DIOCESE, THE PARISHES, SCHOOLS AND OTHER CATHOLIC ORGANIZATIONS COMPRISING THE PARTICIPATING PARTIES, OR THE SETTLING INSURERS, YOUR RIGHTS MAY BE AFFECTED.**

Copies of the Disclosure Statement, the Joint Plan, and other related documents are available at https://case.stretto.com/dioceseofsyracuse or by calling 855.329.4244.

6. Any objections or responses to the Joint Plan must conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the

1729
17078988.1
17291325.1

Northern District of New York and be filed with the Court and served upon the following parties no later than [_____] at [_____].m. (ET): (i) counsel to the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, NY 13202, Attn: Stephen A. Donato, Charles J. Sullivan, and Grayson T. Walter, (ii) the Office of the United States Trustee for the Northern District of New York, 10 Broad Street, Room 105, Utica, NY 13501, Attn: Erin Champion, (iii) counsel to the Official Committee of Unsecured Creditors, Stinson LLP, Attn. Robert T. Kugler & Edwin H. Caldie, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402, and (iv) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure.

**IF THE JOINT PLAN IS CONFIRMED AND THE EFFECTIVE DATE OCCURS, ALL HOLDERS OF CLAIMS AGAINST THE DIOCESE (INCLUDING, WITHOUT LIMITATION, HOLDERS OF CLAIMS WHO DO NOT VOTE TO ACCEPT OR REJECT THE JOINT PLAN OR WHO ARE NOT ENTITLED TO VOTE) WILL BE BOUND BY THE TERMS OF THE JOINT PLAN AND THE TRANSACTIONS DESCRIBED THEREIN.  IF YOU HOLD CLAIMS AGAINST THE DIOCESE, THE PARISHES, SCHOOLS AND OTHER CATHOLIC ORGANIZATIONS COMPRISING THE PARTICIPATING PARTIES, OR THE SETTLING INSURERS, YOUR RIGHTS MAY BE OF THE JOINT PLAN AND THE TRANSACTIONS DESCRIBED THEREIN.  IF YOU HOLD CLAIMS AGAINST THE DIOCESE, THE PARISHES, SCHOOLS AND OTHER CATHOLIC ORGANIZATIONS COMPRISING THE PARTICIPATING PARTIES, OR THE SETTLING INSURERS, YOUR RIGHTS MAY BE AFFECTED.  THEREFORE, YOU SHOULD READ THE DISCLOSURE STATEMENT, JOINT PLAN, AND RELATED MATERIALS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY.  IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.**

**Copies of the Disclosure Statement, the Joint Plan, and other related documents are available at https://case.stretto.com/dioceseofsyracuse or by calling 855.329.4244.**

Dated: _____, 2024_____
         Syracuse, New York

                                **BOND, SCHOENECK & KING, PLLC**

                                By:    /s/ _____

4

17291325.3
17078388.1
17291325.1

                Stephen A. Donato
                Charles J. Sullivan
                Grayson T. Walter
                Office and Post Office Address:
                110 West Fayette Street
                One Lincoln Center
                Syracuse, New York 13202-1355
                Telephone: (315) 218-8000
                Facsimile: (315) 218-8100
                Email: donatos@bsk.com
                   sullivc@bsk.com
                   walterg@bsk.com

                *Counsel to The Roman Catholic Diocese of Syracuse, New York*

Dated: _____, 2024_____
   Syracuse, New York
                **STINSON LLP**

_____By: /s/ _____
                Robert T. Kugler *(admitted pro hac vice)*
                Edwin H. Caldie *(admitted pro hac vice)*
                50 South Sixth Street
                Minneapolis, Minnesota 55402
                Telephone: (612) 335-1500
                Facsimile: (612) 335-1657
                Email: robert.kugler@stinson.com
                   ed.caldie@stinson.com

                *Counsel to the Official Committee of Unsecured Creditors*

# EXHIBIT A
## List of Participating Parties

## Parishes

| Parish Corporation Name: | City - Zip |
|---|---|
| St. Agnes Church of Afton, NY | Afton, NY 13730 |
| St. John the Evangelist | Bainbridge, NY 13733 |
| St. Augustine Roman Catholic Church, Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Elizabeth Ann Seton Church of the Town of Clay, NY | Baldwinsville, NY 13027 |
| St. Marys Church of Baldwinsville, NY | Baldwinsville, NY 13027 |
| Church of St. Francis of Assisi (Renamed)-inc as St. Catherine of Siena | Binghamton, NY 13901 |
| *St. Christopher Roman Catholic Church [Town of Chenango, Broome County]* | *Binghamton, NY 13901* |
| *St. Catherine of Siena Roman Catholic Church* | *Binghamton,13901* |
| St. Mary of the Assumption (combined with St. Mary's Church) | Binghamton, NY 13901 |
| St. Paul's Church, Binghamton, NY | Binghamton, NY 13901 |
| *St. Andrew's Church of Binghamton* | *Binghamton, NY 13903* |
| The Church of Saints John & Andrew | Binghamton, NY 13903 |
| *St. John the Evangelist Church* | *Binghamton,13903* |
| Church of the Holy Trinity | Binghamton, NY 13905 |
| *Church of St. Stanislaus Kostka, Binghamton NY (merged into St. Ann)* | *Binghamton, NY 13905* |
| *St. Joseph's Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann)* | *Binghamton, NY 13905* |
| *St. Ann Catholic Church (renamed church of the Holy Trinity)* | *Binghamton13905* |
| Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Patrick's Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Thomas Aquinas Church | Binghamton, NY 13905 |
| St. Joseph 's Church, Boonville, NY | Boonville, NY 13309 |
| St. Agnes Church | Brewerton, NY 13029 |
| Church of St. Francis of Assisi of Bridgeport, NY | Bridgeport, NY 13030 |
| St. John 's Church Society | Camden, NY 13316 |
| St. Joseph's Church of Camillus,NY | Camillus, NY 13031 |
| St. Agatha's Church | Canastota, NY 13032 |
| St. James Church, Cazenovia, NY | Cazenovia, NY 13035 |
| Divine Mercy Parish Roman Catholic Church | Central Square, NY 13036 |
| *Saint Michael's Roman Catholic Church* | *Central Square, NY 13036* |
| *St. Anthony of Padua's Church of Willowvale and Chadwicks* | *Chadwicks, NY 13319* |
| St. Patrick-St. Anthony Church of Chadwicks, New York | Chadwicks, NY 13319 |
| *St. Rita's Roman Catholic Church* | *Chenango Forks, NY 13746* |
| St. Patrick's Church, Chittenango NY | Chittenango, NY 13037 |
| Our Lady of Perpetual Help Roman Catholic Church of Cincinnatus, NY | Cincinnatus, NY 13040 |
| The Church of the Sacred Heart | Cicero, NY 13039 |

6

17291325.3
~~17078388.1~~
~~17291325.1~~

| Church | Location |
|---|---|
| St. Patrick's Church | Clayville, NY 13322 |
| St. Mary's Church, Cleveland,NY | Cleveland, NY 13042 |
| St. Mary's Roman Catholic Church, Clinton | Clinton, NY 13323 |
| The Church of Annunciation | Clinton, NY 13323 |
| St. Bernadette's Church, Constantia, NY | Constantia, NY 13044 |
| St. Anthony 's Church | Cortland, NY 13045 |
| St. Mary's Church of Cortland | Cortland, NY 13045 |
| St. Joseph's Church, Deposit, NY | Deposit, NY 13754 |
| Saint Lawrence Church of DeRuyter, NY | DeRuyter, NY |
| Holy Cross Church, DeWitt, NY | DeWitt, NY 13214 |
| St. Francis Church of Durhamville, NY | Durhamville, NY 13054 |
| St. Matthew's Church | E. Syracuse, NY 13057 |
| Our Lady of Good Counsel Church, Endicott, NY | Endicott, NY 13760 |
| St. Ambrose | Endicott, NY 13760 |
| St. Anthony of Padua Church | Endicott, NY 13760 |
| St. Casimir Roman Catholic (Polish) Church of Endicott | Endicott, NY 13760 |
| St. Joseph's Roman Catholic Church, Endicott, NY | Endicott, NY 13760 |
| Church of Christ The King, Endwell , NY | Endwell, NY 13760 |
| Our Lady of Angels Church of Endwell, NY | Endwell, NY 13760 |
| Church of the Holy Family | Endwell, NY 13760 |
| St. Paul's Mission (mission of I.C. Pomep)Unincororated, closed | Fabius |
| The Church of the Immaculate Conception Fayetteville, NY | Fayetteville, Ny 13066 |
| St. Mary's Church, Florence, Oneida Co. | Florence, NY |
| St.Patrick's Church of Forestport | Forestport, NY 13338 |
| The Holy Family Church of Fulton | Fulton, NY 13069 |
| St. Michael 's Roman Catholic Polish Church | Fulton, NY 13069 |
| Church of the Immaculate Conception of Fulton,NY | Fulton, NY 13069 |
| Church of the Holy Trinity | Fulton, NY 13069 |
| Church of the Immaculate Conception | Greene, NY 13778 |
| St. Mary's Church Hamilton, Madison Co., NY | Hamilton, NY 13346 |
| Our Lady of The Rosary Church, Hannibal NY | Oswego, NY 13126 |
| St. John Chrysostom Mission [served area near Forestport] | Hawkinsville, NY |
| St. Ann Church of Hinckley, NY | Hinckley, NY 13352 |
| The Church of St. Leo & St. Ann | Holland Patent, NY 13354 |
| St. Margaret's Catholic Church | Homer, NY 13077 |
| St Mary's Devotional Chapel-[never inc] | Irish Ridge |
| St. Mary's Church, Jamesville, NY | Jamesville, NY 13078 |
| St. James Roman Catholic Church Lestershire,NY | Johnson City, NY 13790 |
| The Church of the Blessed Sacrament | Johnson City, NY 13790 |
| St. Patrick's Church, Jordan, NY | Jordan, NY 13080 |
| St. Mary's Church, Kirkwood | Kirkwood, NY 13795 |
| Church of St. Frances Xavier Cabrini | Lacona [Pulaski, NY 13142] |

17291325.3
~~17078388.1~~
~~17291325.1~~

| Church | Location |
|---|---|
| St. Joseph's Church | LaFayette, NY 13084 |
| St. Joseph's Church | Lee Center, NY 13363 |
| *Our Lady of the Valley                                                                       [ Mission]* | *Leonardsville, NY,13364* |
| *St. Francis of Assisi Mission as The Trustees of St. Mary's Church of West Monroe* | *Little France, NY* |
| Church of Immaculate Heart of Mary | Liverpool, NY 13088 |
| St. Joseph the Worker Liverpool, Onondaga Co. | Liverpool, NY 13088 |
| Christ the King Church, Liverpool, NY | Liverpool, NY 13090 |
| Pope John XXIII Roman Catholic Church | Liverpool, NY 13090 |
| *St. John Roman Catholic Church of Clay, NY* | *Liverpool, NY 13090* |
| Most Holy Rosary Roman Catholic Church of Maine, NY | Maine, NY 13802 |
| St. Ann's Church | Manlius, NY 13104 |
| St. Stephen's Church | Marathon, NY 13803 |
| St. Francis Xavier's Church | Marcellus, NY 13108 |
| St. Margaret's Church | Mattydale, NY 13211 |
| St. Jospeh's Church of McGraw, NY- originally titled to St. Mary-Corland | McGraw, NY |
| *St.Mary, Star of the Sea Roman Catholic Church of Mexico* | *Mexico, NY 13114* |
| St. Anne, Mother of Mary Roman Catholic Church Mexico,NY | Mexico, NY 13114 |
| Church of Our Lady of Perpetual Help | Miinetto |
| St. Mary's Church of Minoa, NY | Minoa, NY 13116 |
| St. Joan of Arc Church of Morrisville, NY | Morrisville, NY 13408 |
| *Church of the St. Therese the Little Flower of Jesus* | *Munnsville, NY 13409* |
| Church of St. Theresa of the Infant Jesus, New Berlin, NY | New Berlin, NY 13411 |
| Church of Our Lady of the Rosary, New Hartford, NY | New Hartford, NY 13413 |
| St. John the Evangelist Church | New Hartford, NY 13413 |
| St. Thomas Roman Catholic Church | New Hartford, NY 13413 |
| *Holy Cross Church* | *New London* |
| The Church of the Sacred Heart and St. Mary, New York Mills, NY St. Mary's | New York Mills, NY 13417 |
| *St. Mary's Church of Our Lady of Czestochowa* | *New York Mills, NY 13417* |
| *St. John's Church    [The original church was SS. Peter & Paul -1843   ]* | *North Bay, NY* |
| *St. Mary' s Church* | *North Brookfield,NY* |
| St. Rose of Lima Church | N. Syracuse, NY 13212 |
| St. Paul's Church of Norwich | Norwich, NY 13815 |
| St. Bartholomew's Italian Catholic Church of Norwich, NY | Norwich, NY 13815 |
| St. Joseph's German Catholic Church of Oneida | Oneida, NY 13421 |
| St. Patrick's Church of Oneida, NY | Oneida, NY 13421 |
|  St. Joseph's Church, Oriskany Falls | Oriskany Falls, NY 13425 |
| *Church of St. Stephen, Protomartyr* | *Oriskany, NY 13424* |
| *Church of Saint .Louis, Oswego* | *Oswego, NY 13126* |
| *St. Joseph's Church* | *Oswego, NY 13126* |
| *The Church of Saint John the Evangelist , Oswego, NY* | *Oswego, NY 13126* |
| *St. Mary's Church of Oswego , NY* | Oswego, NY 13126 |
| St. Paul's Church, Oswego, NY | Oswego, NY 13126 |

17291325.3
~~17078388.1~~
~~17291325.1~~

| | |
|---|---|
| St. Peter's Church, Oswego | Oswego, NY 13126 |
| *St. Stephen Roman Catholic Church* | *Oswego, NY 13126* |
| St. Patrick's Church of Otisco, NY | Otisco, NY 13159 |
| Church of St. Mary of the Snows | Otter Lake, NY 13338 |
| St. Joseph's Church | Oxford, NY 13830 |
| *St. Anne's Church of Parish, NY* | *Parish, NY 13131* |
| St. Stephen's Church | Phoenix, NY 13135 |
| Church of the Immaculate Conc. Pompey Hill, NY | Pompey, NY 13138 |
| Christ Our Light Parish | Pulaski, NY 13142 |
| *St. John the Evangelist Church Pulaski* | *Pulaski, NY 13142* |
| *St. Paul's Mission (mission of I.C. Pomep)Unincororated, closed* | *Redfield* |
| Church of St. John the Baptist | Rome, NY 13440 |
| *St. Mary's Church, Rome, NY* | *Rome, NY 13442* |
| St. Paul's Church, Rome, NY | Rome, NY 13440 |
| St. Peter's Church, Rome | Rome, NY 13440 |
| The Church of the Transfiguration of the Lord of Rome, NY | Rome, NY 13440 |
| St. Joseph Roman Catholic Church, Sanitaria Springs NY | Sanitaria Springs, 13833 |
| Sacred Heart Church of Town of Scriba, Oswego | Scriba, NY 13126 |
| St. Malachy's Church Sherburn, Chenango Co. | Sherburne, NY 13460 |
| St. Helena's | Sherrill, NY 13461 |
| St. Mary of the Lake Roman Catholic Church,Skaneateles,NY | Skaneateles, NY13152 |
| *St. Bridget Roman Catholic Church of Skaneateles Falls, NY* | *Skaneateles Falls, NY* |
| *St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton]* | *Solon, NY* |
| *St. Peter's Church of Split Rock* | *Syracuse, NY* |
| St. Cecilia's Church, Solvay, NY | Solvay, NY 13209 |
| *Corpus Christi Church of S. Onondaga County of Onondaga,State of NY* | |
| St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception | Syracuse, NY 13202 |
| *St. John 's Church, Syracuse, NY* | *Syracuse, NY 13202* |
| *Holy Trinity Church, Syracuse* | *Syracuse, NY 13203* |
| *St. Peter's Italian Church, Syracuse* | *Syracuse, NY 13203* |
| St. Vincent DePaul's Church | Syracuse, NY 13203 |
| Basilica of the Sacred Heart of Jesus, Syracuse, NY | Syracuse, NY 13204 |
| *St. Brigid & St. Joseph Church of Syracuse* | *Syracuse, NY 13204* |
| St. Lucy's Church of Syracuse, NY | Syracuse, NY 13204 |
| St. Patrick' s Church, Geddes | Syracuse, NY 13204 |
| *St. Stephen's Roman Catholic Church* | *Syracuse, NY 13204* |
| Church of St. Anthony of Padua | Syracuse, NY 13205 |
| St. James' Church, Syracuse, NY | Syracuse, NY 13205 |
| Blessed Sacrament Church,Eastwood, NY | Syracuse, NY 13206 |
| Transfiguration Roman Catholic Church | Syracuse, NY 13206 |
| The Church of the Most Holy Rosary | Syracuse, NY 13207 |
| *Our Lady of Lourdes Church Syracuse, NY* | *Syracuse, NY 13207* |

| | |
|---|---|
| Church of the Assumption of the Blessed Virgin Mary | Syracuse, NY 13208 |
| Church of Our Lady of Pompei/St. Peters Syracuse     [ OLOP name changed at merger] | Syracuse, NY 13208 |
| Church of St. Daniel, Syracuse , NY | Syracuse, NY 13208 |
| The Church of St. John the Baptist | Syracuse, NY 13208 |
| St. Joseph (German) Church [FAD 1882] | Syracuse, NY |
| Church of Our Lady of Peace [ merged into St. Cecilia's Solvay as St. Marianne Cope) | Syracuse, NY 13209 |
| *Church of St. Andrew the Apostle of Syracuse, NY* | *Syracuse, NY 13210* |
| All Saints Church, Syracuse, NY [new name for St. Therese @ merger with OL Solace] | Syracuse, NY 13210 |
| Church of St. Therese The Little Flower of Jesus, Syracuse | Syracuse, NY 13210 |
| St. Michael's & St. Peter Church, Onondaga Hill | Syracuse, NY 13215 |
| Church of the Holy Family | Syracuse, NY 13219 |
| St. Ann's Church Syracuse, NY [name changed to St. Charles-St. Ann] | Syracuse, NY 13219 |
| The Church of St. Charles, Syracuse | Syracuse, NY 13219 |
| *The Church of Our Lady of Solace [merged into St. Therese to become All Saints]* | *Syracuse, NY 13224* |
| *St. Anne -Glenmore [never inc]* | *Taberg, NY 13471* |
| St. Patrick's Church ,Taberg,NY | Taberg, NY 13471 |
| St. Patrick's Church | Truxton,13158 |
| St. Leo 's Church, Tully, NY | Tully, NY 13159 |
| *St. Agnes Church* | *Utica, NY 13501* |
| St. John's Church and Roman Catholic Society in the City of Utica | Utica, NY 13501 |
| Church of St. Francis de Sales, Utica, NY | Utica, NY 13501 |
| St.Mary's Church  Utica    (South St.) | Utica, NY 13501 |
| Church of the Blessed Sacrament | Utica, NY 13501 |
| St. Maria di Monte Carmelo | Utica, NY 13501 |
| St. Stanislaus Roman Catholic Church | Utica, NY 13501 |
| Holy Trinity Church of Utica, NY | Utica, NY 13502 |
| Church of Our Lady of Lourdes | Utica, NY 13502 |
| Church of The Sacred Heart | Utica, NY 13502 |
| St. Joseph and St. Patrick Church of  Utica | Utica, NY 13502 |
| St. George Roman Catholic Church | Utica, NY 13502 |
| St. Mark's Roman Catholic Church, Utica, NY | Utica, NY 13502 |
| St. Peter's Church, Utica [predecessor St. Peters…Cong. Of Deerfield] | Utica, NY 13502 |
| St. Anthony & St. Agnes Church, Utica, NY | Utica, NY 13504 |
| St. Mary 's of the Lake, Sylvan Beach, NY | Verona Beach, NY 13162 |
| The Church of the Holy Family [ merger of the Church of St. Catherine-Vernon & St. Agnes-Vernon Center] | Vernon, NY 13476 |
| The Church of Our Lady of Good Counsel | Verona, NY 13478 |
| Our Lady of Sorrows Church, Vestal, NY | Vestal, NY 13851 |
| St. Vincent DePaul-Blessed Sacrament Church | Vestal, NY 13850 |
| The Church of Our Lady of Good Counsel | Warners, NY 13164 |
| St. Bernard's Catholic Church of Waterville, Oneida Co. | Waterville, NY 13480 |
| St. Anne's Roman Catholic Church, Whitesboro, NY | Whitesboro, NY 13492 |
| St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro | Whitesboro, NY 13492 |

10

17291325.3
~~17078388.1~~
~~17291325.1~~

| | |
|---|---|
| The Catholic Community of St. Stephen-St. Patrick [merged into St. Patraick-Whitney Pt. | Whitney Point, 13862 |
| St. Patrick 's Church Williamstown [originally a mission of Parish, later Camden] | Williamstown,NY 13493 |
| Church of Our Lady of Lourdes of Windsor,NY | Windsor,NY 13865 |
| Our Lady of Hope | Syracuse, NY |
| Christ the Good Shepard | Oswego, NY |
| St. Joseph Church | Lowville, NY |
| Holy Name Society | Mattydale, NY |
| St. Patrick Mission | Forestport, NY |

## Schools

| | |
|---|---|
| All Saints Catholic School | Endicott |
| Bishop Grimes Jr./Sr. High School | East Syracuse |
| Bishop Ludden Jr./Sr. High School | Syracuse |
| Blessed Sacrament | Syracuse |
| Cathedral Academy at Pompei | Syracuse |
| Holy Cross School | Dewitt |
| Holy Family School | Syracuse |
| Holy Family | Norwich |
| Immaculate Conception School | Fayetteville |
| Most Holy Rosary School | Syracuse |
| Notre Dame Elementary School | Utica |
| Notre Dame Jr. / Sr. High | Utica |
| Rome Catholic School | Rome |
| Seton Catholic Central | Binghamton |
| St. James Elementary School | Johnson City |
| St. John the Evangelist School | Binghamton |
| St. Margaret's School | Mattydale |
| St. Mary's Academy | Baldwinsville |
| St. Mary's School | Cortland |
| St. Patrick's School | Oneida |
| St. Rose of Lima School | North Syracuse |
| Trinity Catholic School | Oswego |
| St. Stephen's School | Syracuse |
| Bishop Cunningham High School | |
| St. Catherine's Roman Catholic Church School | Binghamton |
| Oswego Catholic High School | Oswego |
| Seton Catholic High School | Endicott |
| St. Anthony of Padua School | Syracuse |
| St. Joseph's School | Utica |
| St. Peter's School | Rome |
| Utica Catholic Academy | |

11

17291325.3
17078388.1
17291325.1

| Catholic Schools of Broome County | |
|---|---|
| St. John the Evangelist School | New Hartford, NY |
| Sacred Heart School | Syracuse, NY |

## Other Catholic Entities

Associated Catholic Charities for Community Development at Broome Co., Inc.

Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc.

Catholic Charities of the Roman Catholic Diocese of Syracuse

Christopher Community, Inc.

Encompass Health Home, LLC

Heritage Campaign, Inc.

Jail Ministry of Onondaga County, Inc.

Joseph and Elaine Scuderi Foundation, Inc.

The Clerical Fund of the Roman Catholic Diocese of Syracuse

The Diocese of Syracuse Lay Pension Plan

The Foundation of the Roman Catholic Diocese of Syracuse, Inc.

The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H. McDevitt, L.C.H.S. Foundation Inc.

The Syracuse Catholic Press Association, Inc.

The Syracuse Diocesan Investment Fund

The Syracuse House of Retreats

The St. Thomas Aquinas Fund, Inc.

Camp Nazareth

Lourdes Camp

17291325.3
17078388.1
17291325.1