**United States Bankruptcy Court
Northern District of New York
All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name:  In re:THE ROMAN CATHOLIC DIOCESE OF SYRACUSE,

Case No.: 20-30663-5-wak

Division:

Adversary Proceeding No. (if applicable):

☒ Adjournment Request[2] for Hearing on Motion at Docket No.:     1686

    Reason for Adjournment Request:  Parties are conferring to resolve issues raised by the Motion

    Original Return Date of Motion:  March 7, 2024

    Number of prior adjournment request that have been made    0

☐ Notification of Withdrawal of ☐ Motion;  ☐ Opposition/Response;  ☐ Other: _____
    at Docket No.: _____

☐ Notification of Settlement of Motion at Docket No.: _____

Date of Hearing:  March 7, 2024

Requested Adjourned Hearing Date:  March 28, 2024

Requesting Attorney's Name, Office Address, Phone and Email Address:
  REDWAN SALEH (NDNY Bar # 701110) (rsaleh@omm.com)
  7 Times Square
  New York, NY 10036
  (212) 326-2000

Consent of All Parties Obtained?    ☒ Yes  ☐ No - *Absent compelling reasons, adjournments will not be granted without the consent of all parties.*

Cc:  Timothy P. Lyster, Esq. (tlyster@woodsoviatt.com)

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior to the Hearing</u>.  When E-Filing, This Form Must Be Linked to the <u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] See www.nynb.uscourts.gov for the form relative to motion dates.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(11/05/2012)