# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF NEW YORK



Chambers of Wendy A. Kinsella
James M. Hanley United States Courthouse
100 South Clinton St.
Syracuse, NY 13261
(315) 295-1600

May 3, 2024

VIA CM/ECF

Re:    In re The Roman Catholic Diocese of Syracuse, New York – Case No. 20-30663 -
Scheduling Order in Connection with the Confirmation Hearing
Scheduled for September 16, 2024 at 10:00 a.m.

To: All CM/ECF Notice Parties:

Following the April 23, 2024 Section 105(a) Conference (the "Conference") on the *Application for Entry of an Order Shortening Time for Notice of the Interstate Insurers' Motion for Entry of a Scheduling Order in Connection with any Confirmation Hearing* (the "Application to Shorten Notice" at Doc. 1756) in connection with *The Interstate Insurers' Motion for Entry of Scheduling Order in Connection with any Confirmation Hearing* (the "Motion" at Doc. 1755), and the Court's issuance of the Order (I) Approving Disclosure Statement; (II) Approving Solicitation Packages and Distribution Procedures; (III) Approving the Form of Ballot and Establishing Procedures for Voting on Plan; (IV) Approving the Form, Manner, and Scope of Confirmation Notices; (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of the Plan; and (VI) Granting Related Relief, the Court sets forth a proposed schedule setting dates and deadlines in connection with the Confirmation Hearing of the *Third Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York* which is set to begin on September 16, 2024 at 10:00 a.m.

The proposed schedule is:

| Event | Date |
|---|---|
| Deadline for Identification of all Proposed Trust Fiduciaries and Submission of Proposed Confirmation Order and all Plan Supplements | 5/22/2024 |
| Deadline to Serve Written Discovery | 5/27/2024 |

| Event (con't) | Date (con't) |
|---|---|
| Deadline to Serve Responses & Objections to Written Discovery 20 days after service of written discovery | 20 days after service of written discovery |
| Deadline for Substantial Completion of Document Production and Service of Privilege Logs (as applicable) | 6/24/2024 |
| Deadline to File Motions re: Written Discovery Disputes | 6/26/2024 |
| Deadline for Identification of Expert Report Topics (excl. Rebuttal Reports) | 7/1/2024 |
| Completion of Fact Discovery | 7/15/2024 |
| Expert Reports Due | 7/15/2024 |
| Deadline for Identification of Rebuttal Experts | 7/25/2024 |
| Rebuttal Expert Reports Due | 8/1/2024 |
| Completion of Expert Depositions | 8/12/2024 |
| Plan Proponents' Brief in Support of Confirmation Due | 8/12/2024 |
| Deadline to File Objections to Plan Confirmation | 8/21/2024 at 5:00 p.m. |
| Initial Telephonic Pre Trial Conference[†] | 8/22/2024 at 1:00 p.m. |
| Deadline to Exchange Deposition Designations and File Motions in Limine | 8/23/2024 |
| Responses to Confirmation Objections / Replies in Support of Confirmation Due | 8/30/2024 |
| Deadline to Exchange Deposition Counter-Designations | 8/30/2024 |
| Responses to Motions in Limine Due; Objections to Counter-Designations Due | 8/30/2024 |
| Deadline to Submit Joint Pretrial Order and Witness and Exhibit Lists[*] | 8/30/2024 |
| Final Telephonic Pretrial Conference[†] | 8/29/2024 at 1:00 p.m. |
| Commencement of Confirmation Hearing | 9/16/2024 at 10:00 a.m. |

---

[*] The parties shall file lists of exhibits (the "Exhibit List") and exchange and present to Chambers an original plus three copies of all exhibits that they intend to introduce at the Confirmation Hearing.  The Debtor and Committee shall identify their exhibits by letter and the first three letters of the respective party's name as the initial identifier (i.e. DEB-A or UCC-A); the United States Trustee, the Insurers and any other party that is not a Plan proponent shall identify their exhibits by number and the first three letters of the respective party's name as the initial identifier (i.e. UST-1 or LMI-1).

[†] The initial and final pre-trial conferences will be telephonic only and may be accessed by dialing (315) 691-0477 and entering Conference ID: 932081324#.

Objections to the proposed schedule will be heard by the Court on May 9, 2024 at 1:00 p.m.  Appearances may be made either in-person at the James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York, or can be accessed telephonically by dialing (888) 398-2342 and entering access code: 3187406#.

Sincerely,

Wendy A. Kinsella