So Ordered.

Signed this 10 day of May, 2024.





_____

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | )<br>)<br>) Chapter 11 |
| Debtor. | )<br>)<br>) |

### ORDER SETTING CONFIRMATION HEARING SCHEDULE FOR THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK

The Court having approved the *Disclosure Statement in Support of Third Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York* (the "Disclosure Statement" at Doc. 1849), and having overruled the objections to the Disclosure Statement, and having scheduled a confirmation hearing for the *Third Amended Joint Plan of Reorganization for The Roman Catholic Diocese of New York* (as may be modified, amended or supplemented, the "Plan") for September 16, 2024 at 10:00 a.m. and continuing thereafter as may

be necessary; and the Court having held a Section 105(a) Conference on May 9, 2024 (the "Conference") in connection with the schedule proposed by the Court at Doc. 1860; and based on the discussion on the record and after due deliberation and sufficient cause having been shown,

IT IS HEREBY ORDERED that the following schedule will govern deadlines for the events listed below:

|    | Event | Date |
|----|-------|------|
| 1  | Deadline for Identification of all Proposed Fact Witnesses and Submission of Proposed Confirmation Order and all Plan Supplements | 5/22/2024 |
| 2  | Deadline to Serve Written Discovery | 5/27/2024 |
| 3  | Deadline to Serve Responses & Objections to Written Discovery 20 days after service of written discovery | 20 days after service of written discovery |
| 4  | Deadline for Substantial Completion of Document Production and Service of Privilege Logs (as applicable) | 6/30/2024 |
| 5  | Deadline to File Motions re: Written Discovery Disputes[1] | 7/8/2024 |
| 6  | Deadline for Identification of Expert Report Topics (excl. Rebuttal Reports) | 7/1/2024 |
| 7  | Completion of Fact Discovery | 7/15/2024 |
| 8  | Expert Reports Due | 7/22/2024 |
| 9  | Deadline for Identification of Rebuttal Experts | 7/26/2024 |
| 10 | Rebuttal Expert Reports Due | 8/1/2024 |
| 11 | Completion of Expert Depositions | 8/12/2024 |
| 12 | Plan Proponents' Brief in Support of Confirmation Due | 8/12/2024 |
| 13 | Deadline to File Objections to Plan Confirmation | 8/21/2024 at 5:00 p.m. |
| 14 | Initial Telephonic Pre Trial Conference[2] | 8/22/2024 at 1:00 p.m. |

---

[1] In the event of a discovery dispute, the parties are directed to confer in good faith in an effort to resolve it. If the parties are unable to resolve the dispute, they must first submit a letter on the docket describing a clear, concise description of the issues in dispute, each party's position on the disputed issues, and the parties' joint availability for an on-the-record telephone conference. The court will then respond as soon as practicable to schedule a telephone conference and provide the parties with call-in information and may adjust the deadline accordingly.

[2] The initial pre-trial conference will be telephonic only and may be accessed by dialing (315) 691-0477 and entering Conference ID: 932081324#.

| 15 | Deadline to Exchange Deposition Designations and File Motions in Limine | 8/23/2024 |
| --- | --- | --- |
| 16 | Final Telephonic Pretrial Conference[3] | 8/29/2024 at 1:00 p.m. |
| 17 | Responses to Confirmation Objections / Replies in Support of Confirmation Due | 8/30/2024 |
| 18 | Deadline to Exchange Deposition Counter-Designations | 8/30/2024 |
| 19 | Responses to Motions in Limine Due | 8/30/2024 |
| 20 | Objections to Counter-Designations Due | 9/3/2024 |
| 21 | Draft Pretrial Order prepared by Debtor to be circulated to all parties | 9/6/2024 at 12:00 p.m. |
| 22 | Deadline to Submit Joint Pretrial Order and Witness and Exhibit Lists[4] | 9/11/2024 at 12:00 p.m. |
| 23 | Commencement of Confirmation Hearing | 9/16/2024 at 10:00 a.m. |

###

---

[3] The final pre-trial conference will be telephonic only and may be accessed by dialing (315) 691-0477 and entering Conference ID: 932081324#.

[4] The parties shall file lists of exhibits (the "Exhibit List") and exchange and present to Chambers an original plus three copies of all exhibits that they intend to introduce at the Confirmation Hearing. The Debtor and Committee shall identify their exhibits by letter and the first three letters of the respective party's name as the initial identifier (i.e. DEB-A or UCC-A); the United States Trustee, the Insurers and any other party that is not a Plan proponent shall identify their exhibits by number and the first three letters of the respective party's name as the initial identifier (i.e. UST-1 or LMI-1).