So Ordered.

Signed this 21 day of June, 2024.





_____

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | ) |
| | ) Chapter 11 |
| Debtor. | ) |
| | ) |

**AMENDED ORDER SETTING CONFIRMATION HEARING SCHEDULE FOR THE THIRD AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK**

On May 10, 2024 the Court entered an *Order Setting Confirmation Hearing Schedule for the Third Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York* (the "Scheduling Order" at Doc. 1880); and the Court having heard oral argument on June 13, 2024 in connection with: (i) the Official Committee of Unsecured Creditor's Letter Request for a Protective Order (Doc. 1958); (ii) the Letter Response of Interstate Fire & Casualty Company and Fireman's Fund Insurance Company ("Interstate"), joined by Travelers

Insurance Company Limited, Travelers Casualty and Surety Company, and Traveler's Indemnity Company ("Travelers"), and Certain Underwriters at Lloyd's London, and London Market Companies ("LMI") (collectively, Interstate, Travelers, and LMI are the "Certain Insurers") (Doc. 1968); (iii) the Letter Request of certain parishes and two High Schools (collectively, the "Parishes") for a conference to resolve pending discovery issues (Doc. 1966); (iv) the Letter Response of the Certain Insurers to the Parishes' Request (Doc. 1975); (v) the Letter Response of Hartford Fire Insurance Company (Doc. 1976); (vi) the Letter Responses of the Roman Catholic Diocese of Syracuse, New York (Doc. 1970 and 1986); (vii) the Letter Request of MacKenzie Hughes, LLP (Doc. 1971); (viii) the Letter Request of Hanover Insurance Company (Doc. 1972); (ix) the Letter Response of LMI (Doc. 1980) and (x) the Letter Response of the Certain Insurers (Doc. 1988) (collectively, the "Discovery Letters"); and the Court having conducted a Conference on the Discovery Letters on June 20, 2024; and in order for the Court to fully address the issues identified in the Discovery Letters as more fully set out on the record, and after due deliberation and sufficient cause having been shown,

IT IS HEREBY ORDERED that the Scheduling Order is amended, and the following schedule will govern deadlines for the events listed below:

|   | Event | Date |
|---|---|---|
| 1 | Deadline for Identification of all Proposed Fact Witnesses and Submission of Proposed Confirmation Order and all Plan Supplements | 5/22/2024 |
| 2 | Deadline to Serve Written Discovery | 5/27/2024 |
| 3 | Deadline to Serve Responses & Objections to Written Discovery 20 days after service of written discovery | 20 days after service of written discovery |
| 4 | Deadline for Substantial Completion of Document Production and Service of Privilege Logs (as applicable) | 6/30/2024 |

| 5 | Deadline to File Motions re: Written Discovery Disputes[1] and briefing on impact of *Truck* 2024 U.S. LEXIS 2483 | 7/11/2024 |
|---|---|---|
| 5a | Oral Argument on Motions re: Written Discovery Disputes | 7/19/2024 at 10:00 a.m. |
| 6 | Deadline for Identification of Expert Report Topics (excl. Rebuttal Reports) | 8/16/2024 |
| 7 | Completion of Fact Discovery | 8/30/2024 |
| 8 | Expert Reports Due | 9/6/2024 |
| 9 | Deadline for Identification of Rebuttal Experts | 9/10/2024 |
| 10 | Rebuttal Expert Reports Due | 9/16/2024 |
| 11 | Completion of Expert Depositions | 9/27/2024 |
| 12 | Plan Proponents' Brief in Support of Confirmation Due | 9/27/2024 |
| 13 | Deadline to File Objections to Plan Confirmation | 10/8/2024 at 5:00 p.m. |
| 14 | Initial Telephonic Pre Trial Conference[2] | 10/9/2024 at 1:00 p.m. |
| 15 | Deadline to Exchange Deposition Designations and File Motions in Limine | 10/10/2024 |
| 16 | Final Telephonic Pretrial Conference[3] | 10/16/2024 at 1:00 p.m. |
| 17 | Responses to Confirmation Objections / Replies in Support of Confirmation Due | 10/17/2024 |
| 18 | Deadline to Exchange Deposition Counter-Designations | 10/17/2024 |
| 19 | Responses to Motions in Limine Due | 10/17/2024 |
| 20 | Objections to Counter-Designations Due | 10/22/2024 |
| 21 | Draft Pretrial Order prepared by Debtor to be circulated to all parties | 10/25/2024 at 12:00 p.m. |
| 22 | Deadline to Submit Joint Pretrial Order and Witness and Exhibit Lists[4] | 10/30/2024 at 12:00 p.m. |

---

[1] In the event of a discovery dispute, the parties are directed to meet and confer in good faith in an effort to resolve it.
[2] The initial pre-trial conference will be telephonic only and may be accessed by dialing (315) 691-0477 and entering Conference ID: 932081324#.
[3] The final pre-trial conference will be telephonic only and may be accessed by dialing (315) 691-0477 and entering Conference ID: 932081324#.
[4] The parties shall file lists of exhibits (the "Exhibit List") and exchange and present to Chambers an original plus three copies of all exhibits that they intend to introduce at the Confirmation Hearing. The Debtor and Committee shall identify their exhibits by letter and the first three letters of the respective party's name as the initial identifier (i.e.

| 23 | Commencement of Confirmation Hearing | 11/4/2024 at 10:00 a.m. |

; and it is further

ORDERED that Debtor is directed to file a Notice of Adjourned Objection Deadline and Confirmation Hearing with the above-referenced dates on the case docket, and post the adjourned dates on the Stretto website.

###

---

DEB-A or UCC-A); the United States Trustee, the Insurers and any other party that is not a Plan proponent shall identify their exhibits by number and the first three letters of the respective party's name as the initial identifier (i.e. UST-1 or LMI-1).