UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse, New York,<br><br>　　　　　　　　　　　Debtor. | Case No. 20-30663<br><br>Chapter 11 |

## NOTICE OF FILING OF REDLINES

**PLEASE TAKE NOTICE** that on September 13, 2024, The Roman Catholic Diocese of Syracuse, New York, the above-captioned debtor and debtor in possession (the "Diocese") filed a *Fourth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York* [Docket No. 2172] (as it may be amended, modified or supplemented from time to time, the "Joint Plan") and *Disclosure Statement in Support of Fourth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of New York* [Docket No. 2173] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is the *Joint Plan Redline*.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is the *Disclosure Statement Redline*.

18380441.v1

Dated: September 13, 2024
     Syracuse, New York                                        BOND, SCHOENECK & KING, PLLC

                                                         By  /s/ Stephen A. Donato
                                                             Stephen A. Donato (Bar Roll #101522)
                                                             Charles J. Sullivan (Bar Roll #507717)
                                                             Sara C. Temes (Bar Roll #514148)
                                                             One Lincoln Center
                                                            Syracuse, NY 13202-1355
                                                            Telephone: (315) 218-8000
                                                            Emails:  sdonato@bsk.com
                                                                             csullivan@bsk.com
                                                                             stemes@bsk.com

                                                 *Attorneys for The Roman Catholic Diocese of Syracuse, New York*