UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | |
| The Roman Catholic Diocese of Syracuse, New York, | ) | Case No. 20-30663 |
| | ) | Chapter 11 |
| Debtor. | ) | |

**NOTICE OF FILING OF PLAN SUPPLEMENT TO THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK DATED SEPTEMBER 13, 2024**

**PLEASE TAKE NOTICE** that on September 13, 2024, The Roman Catholic Diocese of Syracuse, New York, the above-captioned debtor and debtor in possession (the "Diocese") filed a *Fourth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York* [Docket No. 2172] (as it may be amended, modified or supplemented from time to time, the "Joint Plan") and *Disclosure Statement in Support of Fourth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of New York* [Docket No. 2173] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that the Diocese hereby files the Plan Supplement in accordance with the Joint Plan.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit** 1 is the proposed ***Allocation Protocol***.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 2** is the proposed ***Consenting Abuse Claim Release Agreement***.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 3** is the proposed ***Non-Participating Abuse Claim Release Agreement***.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 4** is the proposed ***Trust Agreement***.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 5** is the proposed ***List of Insurance Policies***.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 6** is the proposed ***Child Protection Protocols***.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 7** is the proposed ***List of Assumed Contracts and Leases***.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 8** is the proposed ***Litigation Claimant Agreement***.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 9** is the proposed ***Non-Participating Litigation Claimant Agreement***.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 10** is the proposed ***DOS Trust Note***.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 11** is the proposed ***DOS Trust Security Agreement***.

**PLEASE TAKE FURTHER NOTICE** that the Diocese reserves the right to amend any of the Exhibits at any time prior to the Effective Date of the Joint Plan.

Dated: October 2, 2024
Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By /s/ Stephen A. Donato

Stephen A. Donato (Bar Roll #101522)
Charles J. Sullivan (Bar Roll #507717)
Sara C. Temes (Bar Roll #514148)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Emails: sdonato@bsk.com
csullivan@bsk.com
stemes@bsk.com

*Counsel to The Roman Catholic Diocese of Syracuse, New York*