# <u>EXHIBIT 10</u>

DOS Trust Note

[RESERVED]