# EXHIBIT 11

DOS Trust Security Agreement

[RESERVED]