UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Syracuse, New York,

Debtor.

Case No. 20-30663

Chapter 11

Judge Wendy A. Kinsella

**MONTHLY FEE STATEMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR REIMBURSEMENT OF EXPENSES INCURRED TO ATTEND SEPTEMBER 18, 2024 HEARING**

Pursuant to 11 U.S.C. § 503(b)(3)(F) and the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Members of Official Committees* [ECF No. 117] (the "Interim Compensation Order"), the Official Committee of Unsecured Creditors (the "Committee"), respectfully submits this monthly fee statement (the "Monthly Fee Statement") seeking reimbursement of actual and necessary expenses incurred by the Committee Members in connection with their attendance at the hearing held in Syracuse, New York, on September 18, 2024 for the time period of September 17 through September 19, 2024 ("Compensation Period").

A summary of the Official Committee of Unsecured Creditors' expenses is attached hereto as **Exhibit A**.

Chris Simons ("Mr. Simons") incurred actual and necessary travel expenses in the amount of $1,268.06. Attached hereto as **Exhibit B** is a copy of Mr. Simon's receipts incurred during the Compensation Period.

CORE/3520516.0002/193342169.1

Date: October 16, 2024                  */s/ Robert T. Kugler*

                                          Robert T. Kugler (MN # 194116)
                                          Edwin H. Caldie (MN # 388930)
                                          **Stinson LLP**
                                          50 South Sixth Street, Suite 2600
                                          Minneapolis, MN 55402
                                          Main: 612-335-1500
                                          Facsimile: 612-335-1657
                                          Email:     robert.kugler@stinson.com
                                                                         ed.caldie@stinson.com

                                          *Counsel for the Official Committee of Unsecured Creditors*

CORE/3520516.0002/193342169.1

**EXHIBIT A - SUMMARY OF EXPENSES**

| Date | Expense | Description |
| --- | --- | --- |
| 9/17/2024 | $22.00 | Meal |
| 9/17/2024 | $37.00 | Meal |
| 9/18/2024 | $30.00 | Meal |
| 9/18/2024 | $40.29 | Meal (1/2) |
| 9/19/2024 | $52.20 | Meal |
| 9/17-19/2024 | $773.48 | Hotel |
| 9/17-19/2024 | $313.09 | Round trip mileage to/from Syracuse (478 miles @.655/mile) |
| **TOTAL** | **$1,268.06** | |

## EXHIBIT B – RECEIPTS



MARRIOTT
SYRACUSE DOWNTOWN

Chris Simons

Room Number: 0935
Arrival Date: 09-17-24
Departure Date: 09-19-24
CRS Number:
Rewards No:
Page No: 1 of 1

**INFORMATION INVOICE**
Folio No:

09-23-24

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 09-17-24 | Shaughnessy's | Room# 0935 : CHECK# 0044500 | 22.00 | |
| 09-17-24 | Shaughnessy's | Room# 0935 : CHECK# 0044621 | 37.00 | |
| 09-17-24 | Special Corporate | | 436.05 | |
| 09-17-24 | Sales Tax 8% | | 34.88 | |
| 09-17-24 | Occupancy Tax 7% | | 30.52 | |
| 09-18-24 | Shaughnessy's | Room# 0935 : CHECK# 0044759 | 30.00 | |
| 09-18-24 | Special Corporate | | 236.55 | |
| 09-18-24 | Sales Tax 8% | | 18.92 | |
| 09-18-24 | Occupancy Tax 7% | | 16.56 | |
| 09-19-24 | Eleven Waters Bistro | Room# 0935 : CHECK# 0011727 | 52.20 | |
| 09-19-24 | Visa Card | XXXXXXXXXXXX  XX/XX | | 914.68 |
| | | Total | 914.68 | 914.68 |
| | | Balance | 0.00 | |

100 East Onondaga Street, Syracuse, New York 13202
Tel: 315-474-2424 Fax: 315-424-6093

CORE/3520516.0002/193342169.1



Posted

AAA PARK - HARRISON GRSYRACUSE
09/20/2024

-$38.00
Total Balance:



# CERTIFICATE OF SERVICE

I, Jessica Rehbein, hereby certify that on October 16, 2024, I caused a true and correct copy of the foregoing to be filed with the Clerk of Court using CM/ECF and that service was emailed to the following parties:

a. The Roman Catholic Diocese of Syracuse, New York, 240 East Onondaga Street, Syracuse, New York 13202

b. Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202, Attn: Stephen A. Donato

c. Office of the United States Trustee, 10 Broad Street, Room 105, Utica, New York 13501, Attn: Erin P. Champion

Date: October 16, 2024               */s/ Jessica Rehbein*
                                     Jessica Rehbein