So Ordered.

Signed this 20 day of December, 2024.



_____
Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 20-30663<br>) |
| The Roman Catholic Diocese of Syracuse,<br>New York, | )<br>) Chapter 11<br>) |
| Debtor. | )<br>) |

### ORDER SETTING CONFIRMATION HEARING SCHEDULE FOR THE FIFTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK

The Plan Proponents having filed the *Disclosure Statement in Support of Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York dated November 27, 2024* (the "Disclosure Statement for Fifth Amended Plan" at Doc. 2338) and *Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York dated November 27, 2024* (the "Fifth Amended Plan" or the "Plan" at Doc. 2337); and the Court having overruled the objections to the Disclosure Statement for Fifth Amended Plan,

and having scheduled a confirmation hearing for the Fifth Amended Plan for April 28, 2025 at 10:00 a.m. and continuing thereafter as may be necessary; and after due deliberation and sufficient cause having been shown,

IT IS HEREBY ORDERED that the following schedule will govern deadlines for the events listed below:

|     | Event | Date |
| --- | --- | --- |
| 1 | Deadline for Identification of all Proposed Fact Witnesses and Submission of Plan Supplements | 1/6/2025 |
| 2 | Deadline to Serve Supplemental Written Discovery | 1/6/2025 |
| 2a | Deadline to Serve Responses to Discovery identified in Court Order of December 9, 2024 (Doc. 2358) | 1/14/2025 |
| 3 | Deadline to Serve Responses & Objections to Supplemental Written Discovery | 1/27/2025 |
| 4 | Deadline for Substantial Completion of Document Production and Service of Privilege Logs (as applicable) | 1/17/2025 |
| 5 | Deadline to File Motions re: Written Discovery Disputes[1] | 1/28/2025 |
| 5a | Deadline to File Responses to Motions re: Written Discovery Disputes | 2/3/2025 at 12:00 p.m. |
| 5b | Oral Argument on Motions re: Written Discovery Disputes | 2/6/2025 at 1:00 p.m. |
| 6 | Deadline for Identification of Expert Report Topics (excl. Rebuttal Reports) | 2/6/2025 |
| 7 | Completion of Fact Discovery | 2/28/2025 |
| 8 | Expert Reports Due | 3/7/2025 |
| 9 | Deadline for Identification of Rebuttal Experts | 3/12/2025 |
| 10 | Rebuttal Expert Reports Due | 3/14/2025 |
| 11 | Completion of Expert Depositions | 3/25/2025 |
| 12 | Plan Proponents' Brief in Support of Confirmation Due | 4/4/2025 at 5:00 p.m. |
| 13 | Deadline to File Objections to Plan Confirmation | 4/15/2025 at 5:00 p.m. |

---

[1] In the event of a discovery dispute, the parties are directed to meet and confer in good faith in an effort to resolve it.

| 14 | Intentionally blank | |
| --- | --- | --- |
| 15 | Deadline to Exchange Deposition Designations and File Motions in Limine | 4/17/2025 |
| 16 | Telephonic Pretrial Conference[2] | 4/17/2025 at 1:00 p.m. |
| 17 | Responses to Confirmation Objections / Replies in Support of Confirmation Due | 4/18/2025 |
| 18 | Deadline to Exchange Deposition Counter-Designations | 4/18/2025 |
| 19 | Responses to Motions in Limine Due | 4/18/2025 |
| 20 | Objections to Counter-Designations Due | 4/23/2025 |
| 21 | Draft Pretrial Order prepared by Debtor to be circulated to all parties | 4/23/2025 at 12:00 p.m. |
| 22 | Deadline to Submit Joint Pretrial Order and Witness and Exhibit Lists[3] | 4/25/2025 at 12:00 p.m. |
| 23 | Commencement of Confirmation Hearing | 4/28/2025 at 10:00 a.m. |

; and it is further

ORDERED that Debtor is directed to file a Notice of the Objection Deadline and Confirmation Hearing with the above-referenced dates on the case docket, and post the dates on the Stretto website.

###

---

[2] The final pre-trial conference will be telephonic only and may be accessed by dialing (315) 691-0477 and entering Conference ID: 932081324#.

[3] The parties shall file lists of exhibits (the "Exhibit List") and exchange and present to Chambers an original plus three copies of all exhibits that they intend to introduce at the Confirmation Hearing. The Debtor and Committee shall identify their exhibits by letter and the first three letters of the respective party's name as the initial identifier (i.e. DEB-A or UCC-A); the United States Trustee, the Insurers and any other party that is not a Plan proponent shall identify their exhibits by number and the first three letters of the respective party's name as the initial identifier (i.e. UST-1 or LMI-1).