# **EXHIBIT 1**

Liquidation Analysis

**Roman Catholic Diocese of Syracuse**
**Case No. 20-30663**
**Liquidation Analysis**
**30-Nov-24**

|  | 11/30/2024 | Note | Adjustments | Liquidation Value |
|---|---:|:---:|---:|---:|
| **Current Assets** | | | | |
| Cash and Equivalents | $ 1,023,142 | 1 | $ (55,010) | $ 968,132 |
| Accounts Receivable (Net) | $ 759,476 | | $ - | $ 759,476 |
| Notes Receivable | $ 2,020,186 | | $ - | $ 2,020,186 |
| Prepaid Expenses | $ 288,766 | | $ - | $ 288,766 |
| Professional Retainers | $ 18,241 | 2 | $ (18,241) | $ - |
| Investments | $ 29,293,932 | 3 | $ (19,250,328) | $ 10,043,604 |
| **Total Current Assets** | $ 33,403,743 | | $ (19,323,579) | $ 14,080,164 |
| | | | | |
| **PROPERTY & EQUIPMENT** | | | | |
| Real Property and Improvements | $ 6,657,748 | 4 | $ (1,857,748) | $ 4,800,000 |
| Machinery and Equipment | $ 573,727 | 5 | $ (573,727) | $ - |
| Furniture, Fixtures and Office Equipment | $ 235,994 | 5 | | $ 235,994 |
| Vehicles | $ 275,641 | 5 | | $ 275,641 |
| Less: Accumulated Depreciation | $ 5,852,365 | 4 | $ (5,852,365) | $ - |
| **TOTAL PROPERTY & EQUIPMENT** | $ 1,890,745 | | $ 3,420,890 | $ 5,311,635 |
| | | | | |
| **Total Assets** | $ 35,294,488 | | $ (15,902,689) | $ 19,391,799 |

Notes:
1 - Restricted funds received from NYS for Drug Ed Program.
2 - Stretto
3 - Investment Balance is reduced by NBT Note ($5,480,807), Key Bank WC Letter of Credit ($5,300,000), Custodial Accounts ($6,216,155), Scholarship Funds ($422,614), School Grants ($614,025), School Subsidies ($682,890), NCRRG Investment ($195,376), Ministry Donations ($250,580) and Other ($87,881).
4 - To adjust to appraised value.
5 - Adjustment to estimated realizable value.