# **EXHIBIT 2**

Financial Projections

**Diocese of Syracuse**
**Case # 20-30663**
**Cash Flow Analysis**

|  | Year Ended 6/30/2021 | Year Ended 6/30/2022 | Year Ended 6/30/2023 | Year Ending 6/30/2024 | Year Ending 6/30/2025 | Year Ending 6/30/2026 |
|---|---:|---:|---:|---:|---:|---:|
| **Cash Receipts** | | | | | | |
| Accounts Receivable Receipts | 32,896,167 | 31,467,145 | 30,449,198 | 34,424,041 | 33,774,936 | 35,309,489 |
| Hope Appeal Contributions | 3,842,073 | 5,225,312 | 4,973,631 | 4,179,845 | 4,400,000 | 4,500,000 |
| Investment Funding | - | 2,250,000 | 4,650,000 | 1,500,000 | - | - |
| McDevitt Foundation Contributions | 594,342 | 1,050,800 | 760,200 | 753,606 | 700,000 | 725,000 |
| Scuderi Foundation Scholarships | 125,000 | 134,000 | 137,000 | 164,000 | 175,000 | 185,000 |
| Bison / Cabrini Foundation | 511,372 | - | 334,540 | - | 500,000 | 500,000 |
| Affiliation Fees | 317,806 | 335,672 | 360,916 | 546,859 | 400,000 | 410,000 |
| Passthrough | 1,332,345 | 1,995,198 | 1,164,347 | (671,285) | 1,450,000 | 1,500,000 |
| Insurance Recoveries | 1,575,830 | 2,812,027 | 2,473,887 | 2,705,981 | 2,500,000 | 2,550,000 |
| Miscellaneous | 3,645 | 3,862 | 89,248 | 5,778 | 5,000 | 5,000 |
| Other Program Contributions | 282,527 | 780,885 | 512,808 | 643,241 | 520,000 | 550,000 |
| **Total Cash Receipts** | 41,481,107 | 46,054,900 | 45,905,775 | 44,252,064 | 44,424,936 | 46,234,489 |
| **Cash Disbursements** | | | | | | |
| Payroll and Related Taxes | 5,227,143 | 5,613,671 | 5,380,858 | 5,555,333 | 5,708,553 | 5,879,809 |
| Self Insurance Claims | 21,624,608 | 22,263,522 | 22,810,228 | 21,459,232 | 22,850,000 | 23,450,000 |
| Loan Repayment | 377,538 | 376,991 | 472,975 | 517,792 | 520,000 | 530,000 |
| Maintenance, Utilities and Other | 5,597,400 | 3,901,622 | 4,749,280 | 4,972,558 | 5,000,000 | 5,100,000 |
| Transfers | 8,221,980 | 10,718,701 | 8,744,955 | 6,828,554 | 8,400,000 | 8,700,000 |
| Chapter 11 Professional Fees | 1,569,776 | 3,209,557 | 3,816,199 | 3,111,119 | - | - |
| US Trustee | 272,520 | 284,401 | 297,309 | 312,907 | - | - |
| **Total Disbursements** | 42,890,965 | 46,368,465 | 46,271,804 | 42,757,496 | 42,478,553 | 43,659,809 |
| **Ending Cash** | 922,344 | 608,779 | 242,750 | 1,737,318 | 3,683,701 | 6,258,381 |

This analysis for the years ending 6/30/2024, 6/30/2025 and 6/30/2026 does not include payments made in settlement of CVA claims or the corresponding Catholic Family Contributions. In addition, this analysis does not include debt service applicable to amounts borrowed in settlement of CVA claims applicable to the Roman Catholic Diocese of Syracuse.