So Ordered.

Signed this 24 day of February, 2025.



*Wendy A. Kinsella* (signature)

_____

Wendy A. Kinsella
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse, New York,<br><br>                Debtor. | Case No. 20-30663<br><br>Chapter 11<br><br>Judge Wendy A. Kinsella |

**ORDER GRANTING OFFICIAL COMMITTEE OF UNSECURED CREDITORS'**
**MOTION TO AUTHORIZE STATUS CONFERENCES FOR THE PRESENTATION OF**
**SURVIVOR IMPACT STATEMENTS**

This matter is before the Court on *The Official Committee of Unsecured Creditors' Motion to Authorize Status Conferences for the Presentation of Survivor Impact Statements* (the "Motion") filed by the Official Committee of Unsecured Creditors at Dkt. No. 2447; *London Market Insurers' Opposition to Motion to Authorize Status Conference for the Presentation of Survivor Impact Statements* filed by Certain Underwriters at Lloyd's, London and London Market Companies at Dkt. No. 2491 (the "LMI Opposition"); *Interstate's Opposition to the Official Committee of Unsecure Creditors' Motion to Authorize Status Conferences for the Presentation of Survivor Impact Statements* filed by Interstate Fire & Casualty Company and Firemen's Fund Insurance

Company Interstate's at Dkt. No. 2495 (the "Interstate Opposition" and collectively with the LMI Opposition, the "Oppositions"); and *The Official Committee of Unsecured Creditors' Reply in Support of the Motion to Authorize Status Conferences for the Presentation of Survivor Impact Statements* (the "Reply") filed by the Committee at Dkt. No. 2510.

Based on the Motion and responsive filings, oral argument regarding the Motion on February 13, 2025, and the record of proceedings in this case, for the reasons stated by the Court on the record; and after due deliberation thereon, and good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** in part and denied in part and the Oppositions are **OVERRULED** in part and sustained in part as set forth herein.

2. Pursuant to 11 U.S.C. § 105(a) and (d), the Court will schedule a status conference for the presentation of survivor statements on April 22, 2025 from 10:00 a.m. to 4:00 p.m. prevailing eastern time with a 30-minute break for lunch (the "Conference").

3. The sole purpose of the Conference is to increase engagement and understanding in this chapter 11 case. Any statements made during the Conference, or reporting thereon, shall not be considered evidence in any matter or proceeding in this case or as part of the official record in this case and shall have no evidentiary weight.

4. The Conference shall not be transcribed by a court reporter.

5. Notwithstanding the paragraph 4 of this Order, immediately above, the Court will record the audio of the Conference, which is standard protocol for the Court and necessary for the Court to preside over the Conference, *provided however*, that such recording of the Conference shall not be released or transcribed without further Court order. To the extent the audio recording

of the Conference is later transcribed pursuant to an order of this Court, such transcript shall be sealed pending further Court order.

6. Consistent with the Court's Amended Case Management Order at Dkt. No. 1871, all persons attending the Conference are strictly prohibited from making any recording of the proceeding, including but not limited to, a video recording, an audio recording, photographs of the Conference, or any other transmittal of the Conference.

7. Any media report concerning the statements made at the Conference shall not be considered evidence in any matter or proceeding in this case.

8. The Conference shall include only survivor statements; no parties in interest shall be expected or allowed to comment or respond to the survivor statements.

9. The Committee shall file an agenda for the Conference by April 18, 2025; such agenda should identify only the number of survivor statements being presented, and the estimated time allocated to each statement.

10. Bishop Douglas J. Lucia of the Roman Catholic Diocese of Syracuse, New York shall attend the Conference. Other Diocesan representatives are encouraged to attend.

###