So Ordered.

Signed this 4 day of March, 2025.





_____

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Syracuse,
New York,

Debtor.

Case No. 20-30663

Chapter 11

**SECOND AMENDED ORDER SETTING CONFIRMATION HEARING SCHEDULE
FOR THE FIFTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION
FOR THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK[1]**

The Plan Proponents having filed the *Disclosure Statement in Support of Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York dated November 27, 2024* (the "Disclosure Statement for Fifth Amended Plan" at Doc. 2338) and *Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York dated November 27, 2024* (the "Fifth Amended Plan" or the "Plan" at Doc. 2337); and

---

[1] This Order amends and supersedes the Court's *Order Setting Confirmation Hearing Schedule for the Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York* entered on December 20, 2024 [Dkt. 2397].

the Court having overruled the objections to the Disclosure Statement for Fifth Amended Plan, and having scheduled a confirmation hearing for the Fifth Amended Plan for April 28, 2025 at 10:00 a.m. and continuing thereafter as may be necessary; and on consideration of LMI's[2] *Motion to Extend Certain Expert Witness Deadlines* (the "Motion" at Doc. 2496), and a hearing have been held to consider the relief requested in the Motion; and upon all of the proceedings before the Court, and after due deliberation and sufficient cause having been shown,

IT IS HEREBY ORDERED that the following schedule will govern deadlines for the events listed below:

|  | Event | Date |
|---|---|---|
| 1 | Deadline for Identification of all Proposed Fact Witnesses and Submission of Plan Supplements | 1/6/2025 |
| 2 | Deadline to Serve Supplemental Written Discovery | 1/6/2025 |
| 2a | Deadline to Serve Responses to Discovery identified in Court Order of December 9, 2024 (Doc. 2358) | 1/27/2025 |
| 3 | Deadline to Serve Responses & Objections to Supplemental Written Discovery | 1/27/2025 |
| 4 | Deadline for Substantial Completion of Document Production and Service of Privilege Logs (as applicable) | 1/27/2025 |
| 5 | Deadline to File Motions re: Written Discovery Disputes[3] | 2/4/2025 |
| 5a | Deadline to File Responses to Motions re: Written Discovery Disputes | 2/10/2025 at 12:00 p.m. |
| 5b | Oral Argument on Motions re: Written Discovery Disputes | 2/13/2025 at 1:00 p.m. |
| 6 | Deadline for Identification of Expert Report Topics (excl. Rebuttal Reports) | 2/6/2025 |
| 7 | Completion of Fact Discovery | 2/28/2025 |
| 8 | Expert Reports Due | 3/10/2025 |
| 9 | Deadline for Identification of Rebuttal Experts | 3/14/2025 |
| 10 | Rebuttal Expert Reports Due | 3/17/2025 |

---

[2] Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Motion.
[3] In the event of a discovery dispute, the parties are directed to meet and confer in good faith in an effort to resolve it.

| 11 | Completion of Expert Depositions | 3/28/2025 |
|---|---|---|
| 12 | Plan Proponents' Brief in Support of Confirmation Due | 4/4/2025 at 5:00 p.m. |
| 13 | Deadline to File Objections to Plan Confirmation | 4/15/2025 at 5:00 p.m. |
| 14 | Intentionally blank | |
| 15 | Deadline to Exchange Deposition Designations and File Motions in Limine | 4/17/2025 |
| 16 | Telephonic Pretrial Conference[4] | 4/17/2025 at 1:00 p.m. |
| 17 | Responses to Confirmation Objections / Replies in Support of Confirmation Due | 4/18/2025 |
| 18 | Deadline to Exchange Deposition Counter-Designations | 4/18/2025 |
| 19 | Responses to Motions in Limine Due | 4/18/2025 |
| 20 | Objections to Counter-Designations Due | 4/23/2025 |
| 21 | Draft Pretrial Order prepared by Debtor to be circulated to all parties | 4/23/2025 at 12:00 p.m. |
| 22 | Deadline to Submit Joint Pretrial Order and Witness and Exhibit Lists[5] | 4/25/2025 at 12:00 p.m. |
| 23 | Commencement of Confirmation Hearing | 4/28/2025 at 10:00 a.m. |

###

---

[4] The final pre-trial conference will be telephonic only and may be accessed by dialing (315) 691-0477 and entering Conference ID: 932081324#.

[5] The parties shall file lists of exhibits (the "Exhibit List") and exchange and present to Chambers an original plus three copies of all exhibits that they intend to introduce at the Confirmation Hearing. The Debtor and Committee shall identify their exhibits by letter and the first three letters of the respective party's name as the initial identifier (i.e. DEB-A or UCC-A); the United States Trustee, the Insurers and any other party that is not a Plan proponent shall identify their exhibits by number and the first three letters of the respective party's name as the initial identifier (i.e. UST-1 or LMI-1).

Prepared and presented by:

By: */s/ Harris Winsberg*
Harris B. Winsberg (admitted *pro hac vice*)
Matthew M. Weiss (admitted *pro hac vice*)
Matthew G. Roberts (admitted *pro hac vice*)
**PARKER, HUDSON, RAINER & DOBBS LLP**
303 Peachtree Street NE, Suite 3600
Atlanta, GA 30308
Telephone: (404) 523-5300
Facsimile: (404) 522-8409
hwinsberg@phrd.com
mweiss@phrd.com
mroberts@phrd.com

*-and-*

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
**PARKER, HUDSON, RAINER & DOBBS LLP**
Two N. Riverside Plaza, Suite 1850
Chicago, IL 60606
Telephone: (312) 281-0295
tjacobs@phrd.com
jbucheit@phrd.com

*-and-*

Siobhain P. Minarovich (Bar No. 704462)
**WHITE AND WILLIAMS LLP**
810 Seventh Avenue, Suite 500
New York, NY 10019
Telephone: (212) 631-4415
minarovichs@whiteandwilliams.com

*Counsel for Interstate Fire & Casualty Company and Fireman's Fund Insurance Company*

*-and-*

By: */s/ Catalina Sugayan*\*
Catalina Sugayan (admitted *pro hac vice*)
James Moffitt (admitted *pro hac vice*)
**CLYDE & CO US LLP**
30 S Wacker Drive, Suite 2600
Chicago, IL 60606
Telephone: (312) 635-7000
catalina.sugayan@clydeco.us
james.moffitt@clydeco.us

*-and-*

Russell W. Roten (admitted *pro hac vice*)
Jeff D. Kahane (admitted *pro hac vice*)
Andrew Mina (admitted *pro hac vice*)
Nathan Reinhardt (admitted *pro hac vice*)
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: (213) 689-7400
rwroten@duanemorris.com
jkahane@duanemorris.com
amina@duanemorris.com
nreinhardt@duanemorris.com

*Counsel for Certain Underwriters at Lloyd's, London and Certain London Market Companies*

*-and-*

By: */s/ Lauren Macksoud*\*
Lauren Macksoud (Bar No. 4218491)
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020-1089
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
lauren.macksoud@dentons.com

*Counsel for Travelers Insurance Company Limited, Travelers Casualty and Surety Company and Traveler's Indemnity Company*

*-and-*

By: */s/ Joshua D. Weinberg*\*
Joshua D. Weinberg (Bar No. 704445)
Annette P. Rolain (Bar No. 704493)
**RUGGERI PARKS WEINBERG LLP**
1875 K St. NW, Suite 600
Washington, DC 20006
Telephone: (202) 984-1400
Fax: (202) 984-1401
jweinberg@ruggerilaw.com
arolain@ruggerilaw.com

*-and-*

Michael Boisvert (Bar No. 700029)
**SUGARMAN LAW FIRM, LLP**
211 West Jefferson Street
Syracuse, NY 13202
Telephone: (315) 474-2943
mboisvert@sugarmanlaw.com

*Counsel for Hartford Fire Insurance Company*

Agreed as to Form by:

By: /s/  Brendan M. Sheehan*
Stephen A. Donato (Bar No. 101522)
Charles J. Sullivan (Bar No. 507717)
Grayson T. Walter (Bar No. 518237)
Brendan M. Sheehan (Bar No. 517403)
Sara C. Temes (Bar No. 514148)
**BOND, SCHOENECK & KING, PLLC**
One Lincoln Center
110 West Fayette St.
Syracuse, New York 13202-1355
Telephone: (315) 218-8000
Facsimile: (315) 218-8100
donatos@bsk.com
sullivc@bsk.com
gwalter@bsk.com
stemes@bsk.com

*Counsel to The Roman Catholic Diocese of Syracuse New York*

*-and-*

By: /s/  Robert T. Kugler*
Robert T. Kugler (admitted pro hac vice)
Edwin H. Caldie (admitted pro hac vice)
**STINSON LLP**
50 South Sixth Street
Suite 2600
Minneapolis, Minnesota 55402
robert.kugler@stinson.com
ed.caldie@stinson.com

*Counsel to The Official Committee of Unsecured Creditors*

*-and-*

By: /s/ Timothy P. Lyster*
Timothy P. Lyster (Bar No. 4383543)
**WOODS OVIATT GILMAN LLP**
1900 Bausch & Lomb Place
Rochester, NY 14604
Telephone: (585) 987-2800
Facsimile: (585) 445-2394
tlyster@woodsoviatt.com

*-and-*

J. Ford Elsaesser (admitted pro hac vice)
**ELSAESSER ANDERSON, CHTD.**
414 Church Street, Suite 201

P.O. Box 1049
Sandpoint, Idaho 83864
Telephone: (208) 263-8517
felsaesser@eaidaho.com

*Counsel for the Parishes*