**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse, New York,<br><br><br>Debtor. | Case No. 20-30663 (WAK)<br><br>Chapter 11 |

**DECLARATION OF ALEXA WESTMORELAND REGARDING THE SOLICITATION AND TABULATION OF VOTES ON THE FIFTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE ROMAN CATHOLIC DIOCESE OF SYRACUSE**

I, Alexa Westmoreland, pursuant to 28 U.S.C. § 1746, hereby declare under the penalty of perjury as follows:

1. I am a Director at Stretto, Inc. ("Stretto"), which has offices located at 410 Exchange, Suite 100, Irvine, California 92602. I am over the age of 18 years. I do not have a direct interest in the chapter 11 cases and consider myself to be an impartial party. I am duly authorized to submit this declaration (this "Declaration") on behalf of Stretto.

2. On June 24, 2020, the United States Bankruptcy Court for the Northern District of New York (the "Court") entered the *Order Authorizing the Retention and Appointment of Stretto as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date* [Docket No. 32]. Furthermore, on September 18, 2020, the Court entered the *Order Authorizing the Employment of and Retention of Stretto as Administrative Advisor for the Debtor Nunc Pro Tunc to the Petition Date* [Docket No. 115] (collectively the "Stretto Retention Orders"). Pursuant to the Stretto Retention Orders, Stretto has been assisting The Roman Catholic Diocese of Syracuse, New York (the "Diocese") with, among other things, the service of solicitation materials and tabulation of votes cast to accept or reject the Plan (defined below), distributing required notices to parties in interest, and

receiving, maintaining, docketing, and otherwise administering the proofs of claim filed in the Diocese's chapter 11 case.

3. I submit this Declaration with respect to the solicitation of votes and the tabulation of Ballots cast on the *Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York* [Docket No. 2337], dated November 27, 2024 (as may be amended, supplemented, or modified from time to time, the "Plan")[1]. Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision, and my review of relevant documents. If I were called to testify, I could and would testify competently as to the facts set forth herein.

## Background

4. On December 23, 2024, the Court entered the *Order (I) Approving Disclosure Statement; (II) Approving Solicitation Packages and Distribution Procedures; (III) Approving the Forms of Ballots and Establishing Procedures for Voting on Fifth Amended Joint Plan and Consenting to Third Party Releases; (IV) Approving the Form, Manner, and Scope of Confirmation Notices; (V) Establishing Certain Deadlines in Connection With Approval of the Disclosure Statement and Confirmation of Fifth Amended Joint Plan; and (VI) Granting Related Relief* [Docket No. 2398] (the "Disclosure Statement Order") establishing, among other things, procedures to solicit votes from and tabulate ballots submitted by holders entitled to vote on the Plan (the "Solicitation and Voting Procedures"). Stretto adhered to the Solicitation and Voting Procedures outlined in the Disclosure Statement Order and the ballots, which were distributed to parties entitled to vote on the Plan. I supervised the solicitation and tabulation performed by Stretto's employees.

---

[1] Capitalized terms used but not defined herein have the meanings given to them in the Plan.

2

5. Pursuant to the Disclosure Statement Order, and in accordance with the solicitation procedures and the tabulation rules set forth therein, Stretto worked with the Diocese to solicit votes for the Plan and to tabulate ballots of creditors entitled to vote on the Plan. The Plan designates Claims in Class 1, 2, 4, and 5 (the Secured Claim of NBT Bank, Secured Claim of KeyBank, General Unsecured Claims, and Abuse Claims) (the "Voting Classes") as Impaired and entitled the Holders of such Claims and Interests to vote on the Plan. The Disclosure Statement Order established December 20, 2024, as the Voting Record Date for determining which Holders of Claims or Interests were entitled to receive Solicitation Packages and, where applicable, vote on the Plan.

6. Pursuant to and in accordance with the Disclosure Statement Order, Stretto served the Solicitation Packages (including the Ballots) on Holders of Claims entitled to vote on the Plan by December 30, 2024. A certificate of service evidencing Stretto's service of the foregoing was filed with the Court on January 2, 2025 [Docket No. 2411].

7. In addition to serving the Solicitation Packages on all voting parties, Stretto timely (a) served the Notice of Non-Voting Status on Holders of Administrative Claims, Priority Tax Claims, Non-Tax Priority Claims, Professional Fee Claims, and U.S. Trustee Fee Claims (the "Unclassified Claims"), and holders of Claims in Class 3 (Pass-Through Claims), and Class 6 (Inbound Contribution Claims) are not entitled to vote on the Joint Plan (collectively, the "Non-Voting Classes"); and (b) served the Confirmation Hearing Notice on parties in interest (collectively, the "Non-Voting Packages"). This service is evidenced by the certificate of service filed with the Court [Docket No. 2411].

8. On January 15, 2025, the Publication Notice was published in the North Country Catholic. On January 16, 2025, the Publication Notice was published in The New York Times (National Edition), The Post-Standard, Democrat & Chronicle, The Observer Dispatch, The

3

Binghamton Press and Sun Bulletin, Times Union, The Catholic Sun and The Evangelist. The Proof of Publication, a certificate evidencing the publications of the Publication Notice, was Filed with the Court on January 22, 2025 [Docket No. 2445].

9. Furthermore, free copies of the Disclosure Statement, the Plan, Publication Notice, and all other documents filed in these cases are available at https://case.stretto.com/dioceseofsyracuse.

10. The Disclosure Statement Order established February 28, 2025 at 5:00 p.m. (prevailing Eastern Time) as the deadline by which all Ballots were to have been received by Stretto to be counted as a valid vote to accept or reject the Plans (the "Voting Deadline").

11. Stretto received and tabulated the Ballots as follows:

    a. With respect to hard copy Ballots:

        i. Each returned Ballot was opened and/or inspected at Stretto's offices; and

        ii. Ballots were date-stamped upon receipt.

    b. With respect to Ballots submitted through the online portal:

        i. Encrypted ballot data, date-stamp, and audit trail were created upon submittal; and

        ii. Electronic images of Ballots were created using the submitted ballot data.

    c. All Ballots received were then tabulated by Stretto in accordance with the Solicitation and Voting Procedures approved by the Disclosure Statement Order.

12. For a Ballot to be counted as valid, the Ballot was required to have complied with the Solicitation and Voting Procedures and be received by Stretto on or before the Voting

4

Deadline. Ballots that did not comply with the Solicitation and Voting Procedures were not included in the calculation of votes to accept or reject the Plan.

13. I hereby certify that the results of the voting by holders of Claims in the Voting Classes are as set forth in **Exhibit A** to this Declaration, which is a true and correct copy of the final tabulation of votes.

14. I hereby certify that attached hereto as **Exhibit B** is a detailed voting report of all Ballots submitted to Stretto as of the filing of this Declaration.

15. I hereby certify that attached hereto as **Exhibit C** is a detailed voting report of all non-tabulated Ballots submitted to Stretto as of the filing of this Certification.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Dated: March 21, 2025  */s/ Alexa Westmoreland*
Alexa Westmoreland
Director
Stretto, Inc.

# **Exhibit A**

# **Tabulation Summary**

# Exhibit A
## Tabulation Summary

### Class 1 Ballot Results
### Secured Claim of KeyBank

|  | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 1 | 100.0% | $5,300,000.00 | 100.0% |
| Reject: | 0 | 0.0% | $0.00 | 0.0% |
| Tabulated Ballot Totals: | 1 |  | $5,300,000.00 |  |
| Not Tabulated: | 0 |  | $0.00 |  |

### Class 2 Ballot Results
### Secured Claim of NBT Bank

|  | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 0 | 0.0% | $0.00 | 0.0% |
| Reject: | 0 | 0.0% | $0.00 | 0.0% |
| Tabulated Ballot Totals: | 0 |  | $0.00 |  |
| Not Tabulated: | 0 |  | $0.00 |  |

### Class 4 Ballot Results
### General Unsecured Claims

|  | Count | % | Dollars | % |
|---|---|---|---|---|
| Accept: | 3 | 100.0% | $586.89 | 100.0% |
| Reject: | 0 | 0.0% | $0.00 | 0.0% |
| Tabulated Ballot Totals: | 3 |  | $586.89 |  |
| Not Tabulated: | 2 |  | $664.79 |  |

### Class 5 Ballot Results
### Abuse Claims

|  | Count | % | Dollars | % | Election | Count |
|---|---|---|---|---|---|---|
| Accept: | 324 | 100.0% | $324.00 | 100.0% | Consenting | 324 |
| Reject: | 0 | 0.0% | $0.00 | 0.0% | Non-Participating | 0 |
| Tabulated Ballot Totals: | 324 |  | $324.00 |  |  |  |
| Not Tabulated: | 5 |  | $5.00 |  |  |  |

In re: The Roman Catholic Diocese of Syracuse, New York
Case No. 20-30663 (WAK)

Page 1 of 1

# **Exhibit B**

# **Detailed Report of All Submitted Ballots**



**Exhibit B**
Detailed Report of All Submitted Ballots

| Class | Date Filed | Ballot No. | Name | Voting Amount | Vote on the Plan | Consenting Abuse Claimant | Non-Participating Abuse Claimant |
|---|---|---|---|---|---|---|---|
| Class 5 | 01/13/2025 | 1 | CC418 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/12/2025 | 2 | CC284 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 4 | 01/15/2025 | 3 | J.C. SMITH INC. | $21.64 | Abstain | N/A | N/A |
| Class 5 | 01/15/2025 | 4 | CC004 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/16/2025 | 5 | CC385 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/16/2025 | 6 | CC399 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/20/2025 | 7 | CC016 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/21/2025 | 8 | CC214 | $1.00 | Abstain | Box Unchecked | Box Unchecked |
| Class 4 | 01/22/2025 | 9 | INFINIT TECHNOLOGY SOLUTIONS | $643.15 | Abstain | N/A | N/A |
| Class 5 | 01/22/2025 | 10 | CC035 | $1.00 | Accept the Joint Plan | N/A | N/A |
| Class 5 | 01/21/2025 | 11 | CC405 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/23/2025 | 12 | CC352 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/23/2025 | 13 | CC278 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 4 | 01/23/2025 | 14 | ARMORY 5 | $99.99 | Accept the Joint Plan | N/A | N/A |
| Class 5 | 01/23/2025 | 15 | CC358 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/26/2025 | 16 | CC353 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/27/2025 | 17 | CC007 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/28/2025 | 18 | CC072 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/28/2025 | 19 | CC363 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/28/2025 | 20 | CC356 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/28/2025 | 21 | CC099 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/28/2025 | 22 | CC364 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/28/2025 | 23 | CC340 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/29/2025 | 24 | CC349; CC373 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 01/29/2025 | 25 | CC351 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/01/2025 | 26 | CC257 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/01/2025 | 27 | CC296 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/02/2025 | 28 | CC281 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/03/2025 | 29 | CC038 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 30 | CC304 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 31 | CC333 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/06/2025 | 32 | CC365 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/03/2025 | 33 | CC409 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/03/2025 | 34 | CC408 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/03/2025 | 35 | CC366 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 4 | 02/04/2025 | 36 | ST JOSEPH - OXFORD | $296.60 | Accept the Joint Plan | N/A | N/A |
| Class 5 | 02/04/2025 | 37 | CC430 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/04/2025 | 38 | CC277 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/04/2025 | 39 | CC236 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/04/2025 | 40 | CC348 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 41 | CC049 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 42 | CC042 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 43 | CC065 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 44 | CC043 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 45 | CC310 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 46 | CC269 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 47 | CC300 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 48 | CC302 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 49 | CC403 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 50 | CC045 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 51 | CC044 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 52 | CC066 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/05/2025 | 53 | CC271 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 1 | 02/06/2025 | 54 | KEYBANK, NATIONAL ASSOCIATION | $5,300,000.00 | Accept the Joint Plan | N/A | N/A |
| Class 5 | 02/06/2025 | 55 | CC033 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/06/2025 | 56 | CC279 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/10/2025 | 57 | CC075 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/10/2025 | 58 | CC031 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/11/2025 | 59 | CC079 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/12/2025 | 60 | CC163 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/12/2025 | 61 | CC089 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |



**Exhibit B**
Detailed Report of All Submitted Ballots

| Class | Date Filed | Ballot No. | Name | Voting Amount | Vote on the Plan | Consenting Abuse Claimant | Non-Participating Abuse Claimant |
|---|---|---|---|---|---|---|---|
| Class 5 | 02/10/2025 | 62 | CC219 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/10/2025 | 63 | CC218 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/10/2025 | 64 | CC237; CC410 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/10/2025 | 65 | CC238 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/10/2025 | 66 | CC217 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/10/2025 | 67 | CC267 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/10/2025 | 68 | CC359 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/10/2025 | 69 | CC014; CC024 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/11/2025 | 70 | CC367 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/12/2025 | 71 | CC008; CC242 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/12/2025 | 72 | CC040 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/12/2025 | 73 | CC307 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 74 | CC427 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 75 | CC423 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 76 | CC431 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 77 | CC074 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 78 | CC190 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 79 | CC012 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 80 | CC046 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 81 | CC411 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 82 | CC398 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 83 | CC039 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 84 | CC432 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 85 | CC028 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 86 | CC424 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 87 | CC404 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 88 | CC011 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 89 | CC205 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 90 | CC420 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 91 | CC070 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 92 | CC029 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 93 | CC425 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 94 | CC084 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 95 | CC393 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 96 | CC397 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 97 | CC414 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 98 | CC426 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 99 | CC422 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/13/2025 | 100 | CC023 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/18/2025 | 101 | CC306 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/19/2025 | 102 | CC246 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/19/2025 | 103 | CC152 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 104 | CC263 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 105 | CC389 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 106 | CC388 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 107 | CC260 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 108 | CC145 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 109 | CC139 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 110 | CC142 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 111 | CC134 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/17/2025 | 112 | CC027 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/17/2025 | 113 | CC381 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/19/2025 | 114 | CC060 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/19/2025 | 115 | CC186 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/19/2025 | 116 | CC059 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/19/2025 | 117 | CC416 | $1.00 | Abstain | Box Unchecked | Box Unchecked |
| Class 5 | 02/20/2025 | 118 | CC434 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 119 | CC118 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 120 | CC116 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 121 | CC285 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/21/2025 | 122 | CC315 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |



**Exhibit B**
Detailed Report of All Submitted Ballots

| Class | Date Filed | Ballot No. | Name | Voting Amount | Vote on the Plan | Consenting Abuse Claimant | Non-Participating Abuse Claimant |
|---|---|---|---|---|---|---|---|
| Class 5 | 02/23/2025 | 123 | CC316 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 124 | CC384 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 125 | CC082 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 126 | CC149 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 127 | CC330; CC379 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 128 | CC110 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 129 | CC092 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 130 | CC225 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 131 | CC136 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 132 | CC159 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 133 | CC252 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 134 | CC100 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 135 | CC262 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 136 | CC109 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 137 | CC114 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 138 | CC264 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 139 | CC133 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 140 | CC325; CC376 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 141 | CC104 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 142 | CC123 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 143 | CC176 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 144 | CC127 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 145 | CC108 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 146 | CC106 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 147 | CC157 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 148 | CC125 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 149 | CC228 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 150 | CC147 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 151 | CC080 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 152 | CC224 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 153 | CC180 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 154 | CC227 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 155 | CC097 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 156 | CC250 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 157 | CC148 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 158 | CC144 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 159 | CC095 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 160 | CC241 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 161 | CC199 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 162 | CC198 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 163 | CC201 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 164 | CC197 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 165 | CC313 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 166 | CC255 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 167 | CC153 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 168 | CC318 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 169 | CC211 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 170 | CC154 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 171 | CC212 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 172 | CC292 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 173 | CC158 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 174 | CC249 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 175 | CC113 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 176 | CC248 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 177 | CC111 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 178 | CC308 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 179 | CC245 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 180 | CC162 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 181 | CC311 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 182 | CC131 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 183 | CC083 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |

**Exhibit B**
Detailed Report of All Submitted Ballots

| Class | Date Filed | Ballot No. | Name | Voting Amount | Vote on the Plan | Consenting Abuse Claimant | Non-Participating Abuse Claimant |
|---|---|---|---|---|---|---|---|
| Class 5 | 02/20/2025 | 184 | CC178 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 185 | CC098 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 186 | CC339; CC380 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 187 | CC171 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 188 | CC184 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 189 | CC254 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 190 | CC179 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 191 | CC107 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 192 | CC122 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 193 | CC309 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 194 | CC185 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 195 | CC081 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 196 | CC119 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 197 | CC105 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 198 | CC096 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 199 | CC223 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 200 | CC235 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 201 | CC253 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 202 | CC101 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 203 | CC350 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 204 | CC239 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 205 | CC276 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 206 | CC156; CC394 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 207 | CC146; CC317 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 208 | CC189 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 209 | CC094 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 210 | CC210 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 211 | CC256 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 212 | CC140 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 213 | CC170 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 214 | CC202 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 215 | CC155 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 216 | CC090 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 217 | CC103 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 218 | CC274 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 219 | CC290; CC396 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 220 | CC138 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 221 | CC355; CC395 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 222 | CC132 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 223 | CC261 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 224 | CC021 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 225 | CC128 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 226 | CC259 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 227 | CC265 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 228 | CC102 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 229 | CC294 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 230 | CC214 | $0.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 231 | CC305 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 232 | CC213; CC377 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 233 | CC120 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 234 | CC091 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 235 | CC137 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 236 | CC244 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 237 | CC112 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/20/2025 | 238 | CC150 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 239 | CC195 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 240 | CC048 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 241 | CC077 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 242 | CC270 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 243 | CC076 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 244 | CC207 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |

**Exhibit B**
Detailed Report of All Submitted Ballots

| Class | Date Filed | Ballot No. | Name | Voting Amount | Vote on the Plan | Consenting Abuse Claimant | Non-Participating Abuse Claimant |
|---|---|---|---|---|---|---|---|
| Class 5 | 02/25/2025 | 245 | CC220 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 246 | CC051 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 247 | CC326 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 248 | CC215 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 249 | CC052 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 250 | CC067 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 251 | CC061 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 252 | CC069 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 253 | CC161 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 254 | CC206 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 255 | CC266 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 256 | CC200 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 257 | CC286 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 258 | CC196 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 259 | CC018 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 260 | CC187 | $1.00 | Accept the Joint Plan | N/A | N/A |
| Class 5 | 02/24/2025 | 261 | CC130 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 262 | CC275 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 263 | CC025 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/24/2025 | 264 | CC041 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 265 | CC327 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 266 | CC247 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 267 | CC020 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 268 | CC026 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 269 | CC019 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 270 | CC037 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 271 | CC331 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 272 | CC391 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 273 | CC022 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 274 | CC032 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/25/2025 | 275 | CC036 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 276 | CC160 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 277 | CC174 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 278 | CC173 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 279 | CC413 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 280 | CC047 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 281 | CC230 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 282 | CC191 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 283 | CC013 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 284 | CC321 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 285 | CC129; CC194 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 286 | CC141; CC319 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 287 | CC320 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 288 | CC346 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 289 | CC151 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 290 | CC240 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 291 | CC298 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 292 | CC192 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 293 | CC334 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 294 | CC017 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 295 | CC226 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 296 | CC209 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 297 | CC229 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 298 | CC034 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 299 | CC222 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 300 | CC143 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 301 | CC299 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 302 | CC181; CC193 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 303 | CC347 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 304 | CC175 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 305 | CC172 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |

**Exhibit B**
Detailed Report of All Submitted Ballots

| Class | Date Filed | Ballot No. | Name | Voting Amount | Vote on the Plan | Consenting Abuse Claimant | Non-Participating Abuse Claimant |
|---|---|---|---|---|---|---|---|
| Class 5 | 02/26/2025 | 306 | CC417 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 307 | CC392; CC428; CC429 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/26/2025 | 308 | CC168 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 309 | CC058 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 310 | CC003 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 4 | 02/27/2025 | 311 | CITY OF SYRACUSE | $190.30 | Accept the Joint Plan | N/A | N/A |
| Class 5 | 02/27/2025 | 312 | CC063 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 313 | CC064 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 314 | CC177 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 315 | CC124 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/28/2025 | 316 | CC354 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 317 | CC323 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 318 | CC068 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 319 | CC085 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 320 | CC303; CC332 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 321 | CC165 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 322 | CC088 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 323 | CC231 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 324 | CC322 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 325 | CC328 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 326 | CC166 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 327 | CC234 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 328 | CC164 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 329 | CC233 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 330 | CC086 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/27/2025 | 331 | CC232 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/28/2025 | 332 | CC382 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/28/2025 | 333 | CC115 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |
| Class 5 | 02/28/2025 | 334 | CC402 | $1.00 | Accept the Joint Plan | N/A | N/A |
| Class 5 | 02/28/2025 | 335 | CC402 | $1.00 | Accept the Joint Plan | Box Checked | Box Unchecked |

# Exhibit C

# Detailed Report of Non-Tabulated Ballots



**Exhibit C**
Detailed Report of Non-Tabulated Ballots

| Class | Date Filed | Ballot No. | Name | Voting Amount | Vote on the Plan | Consenting Abuse Claimant | Non-Participating Abuse Claimant | Reason |
|---|---|---|---|---|---|---|---|---|
| Class 4 | 01/15/2025 | 3 | J.C. SMITH INC. | $21.64 | Abstain | N/A | N/A | Ballot does not indicate an acceptance or rejection of the Joint Plan |
| Class 5 | 01/21/2025 | 8 | CC214 | $1.00 | Abstain | Box Unchecked | Box Unchecked | Ballot does not indicate an acceptance or rejection of the Joint Plan |
| Class 4 | 01/22/2025 | 9 | INFINIT TECHNOLOGY SOLUTIONS | $643.15 | Abstain | N/A | N/A | Ballot does not indicate an acceptance or rejection of the Joint Plan |
| Class 5 | 01/22/2025 | 10 | CC035 | $1.00 | Accept the Joint Plan | N/A | N/A | Ballot submitted on behalf of Third Amended Joint Plan |
| Class 5 | 02/19/2025 | 117 | CC416 | $1.00 | Abstain | Box Unchecked | Box Unchecked | Ballot does not indicate an acceptance or rejection of the Joint Plan |
| Class 5 | 02/24/2025 | 260 | CC187 | $1.00 | Accept the Joint Plan | N/A | N/A | Ballot submitted on behalf of Third Amended Joint Plan |
| Class 5 | 02/28/2025 | 334 | CC402 | $1.00 | Accept the Joint Plan | N/A | N/A | Ballot submitted on behalf of Third Amended Joint Plan |