UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| The Roman Catholic Diocese of Syracuse, New York, | ) | Case No. 20-30663 |
| | ) | |
| Debtor. | ) | |

TO: CLERK OF COURT

Please remove Docket No. 2766 from The Roman Catholic Diocese of Syracuse, New York docket as it was filed in error.

Dated:  April 15, 2025
        Syracuse, New York

**BOND, SCHOENECK & KING, PLLC**

By:    /s/ *Andrew S. Rivera*
       Stephen A. Donato
       Charles J. Sullivan
       Grayson T. Walter
       Office and Post Office Address:
       110 West Fayette Street
       One Lincoln Center
       Syracuse, New York 13202-1355
       Telephone: (315) 218-8000
       Facsimile: (315) 218-8100
       Email: donatos@bsk.com
              sullivc@bsk.com
              walterg@bsk.com
              arivera@bsk.com

       *Counsel to The Roman Catholic*
       *Diocese of Syracuse, New York*

21525307.v1