**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse, New York,<br><br>                    Debtor. | **Case No. 20-30663-5-wak**<br><br>Chapter 11<br><br>Hon. Wendy A. Kinsella<br><br>**Hearing Date:** April 28, 2025<br>**Hearing Time**: 10am Eastern Time<br>**Location:** James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, NY 13261 |

**TIG INSURANCE COMPANY, NORTH RIVER INSURANCE COMPANY, AND U.S FIRE INSURANCE COMPANY'S JOINDER IN THE CERTAIN INSURERS' PRELIMINARY OBJECTION TO CONFIRMATION OF THE FIFTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK**

TIG Insurance Company ("TIG"), North River Insurance Company ("North River"), and U.S. Fire Insurance Company ("U.S. Fire") file this joinder in the Certain Insurers' Preliminary Objection to Confirmation of the Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York.  Specifically, TIG, North River and U.S. Fire join in Section I.A., C., D. and E., and Sections II and III of the Objection.

    **KENNEDYS CMK LLP**
    *Attorneys for TIG Insurance Company,*
    *North River Insurance Company, and*
    *U.S. Fire Insurance Company*


    */s/ Jillian G. Dennehy*
    Jillian G. Dennehy, Esq.
    120 Mountain View Boulevard
    Basking Ridge, NJ 07920
    (T) 908-605-2974; (F) 908-647-8390
    jillian.dennehy@kennedyslaw.com

1

**IFRAH LAW PLLC**

George R. Calhoun, Esq. (*pro hac vice*)
1717 Pennsylvania Avenue, NW, Suite 650
Washington, DC 20006
(T) 202-524-4147
george@ifrahlaw.com

Dated:  April 15, 2025