So Ordered.

Signed this 17 day of April, 2025.





_____

Wendy A. Kinsella

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | ) |
| | ) |
| | ) Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, | ) |
| New York, | ) Chapter 11 |
| | ) |
| Debtor. | ) |
| | ) |

### THIRD AMENDED ORDER SETTING CONFIRMATION HEARING SCHEDULE FOR THE FIFTH AMENDED JOINT CHAPTER 11 PLAN OF REORGANIZATION FOR THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK[1]

The Plan Proponents having filed the *Disclosure Statement in Support of Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York dated November 27, 2024* (the "Disclosure Statement for Fifth Amended Plan" at Doc. 2338) and *Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York dated November 27, 2024* (the "Fifth Amended Plan" or the "Plan" at Doc. 2337); and

---

[1] This Order amends and supersedes the Court's *Second Amended Order Setting Confirmation Hearing Schedule for the Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York* entered on March 4, 2025 [Dkt. 2572].

the Court having overruled the objections to the Disclosure Statement for Fifth Amended Plan and having scheduled a confirmation hearing for the Fifth Amended Plan for April 28, 2025 at 10:00 a.m. and continuing thereafter as may be necessary; and a Pretrial Conference having been held on April 17, 2025; and upon all of the proceedings before the Court, and after due deliberation and sufficient cause having been shown,

IT IS HEREBY ORDERED that the following schedule will govern deadlines for the events listed below:

|  | Event | Date |
|---|---|---|
| 15 | Deadline to Exchange Deposition Designations and File Motions in Limine | 4/17/2025 |
| 16 | Intentionally blank | |
| 17 | Responses to Confirmation Objections / Replies in Support of Confirmation Due | 4/18/2025 |
| 18 | Deadline to Exchange Deposition Counter-Designations | 4/21/2025 |
| 19 | Responses to Motions in Limine filed before April 17, 2025 Due | 4/18/2025 |
| 19a | Responses to Motions in Limine filed on April 17, 2025 | 4/21/2025 at 1:00 p.m. |
| 19b | Oral Argument on Motions in Limine (Telephonic Only)[2] | 4/23/2025 at 9:30 a.m. |
| 20 | Objections to Counter-Designations Due | 4/24/2025 |
| 21 | Draft Pretrial Order prepared by Debtor to be circulated to all parties | 4/23/2025 at 12:00 p.m. |
| 22 | Deadline to Submit Joint Pretrial Order and Witness and Exhibit Lists[3] | 4/25/2025 at 12:00 p.m. |
| 23 | Commencement of Confirmation Hearing | 4/28/2025 at 10:00 a.m. |

###

---

[2] Oral argument on Motions in Limine will be telephonic only and may be accessed by dialing (518) 217-2288 and entering Conference ID: 557621352#.

[3] The parties shall file lists of exhibits (the "Exhibit List"), but not the exhibits, and exchange and present to Chambers an original plus three copies of all exhibits that they intend to introduce at the Confirmation Hearing. The Debtor and Committee shall identify their exhibits by letter and the first three letters of the respective party's name as the initial identifier (i.e. DEB-A or UCC-A); the United States Trustee, the Insurers and any other party that is not a Plan proponent shall identify their exhibits by number and the first three letters of the respective party's name as the initial identifier (i.e. UST-1 or LMI-1).