**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse, New York,<br><br>                Debtor. | Case No. 20-30663<br><br>Chapter 11<br><br>Judge Wendy A. Kinsella |

**NOTICE OF AGENDA FOR SURVIVOR IMPACT STATEMENT HEARING**

The Official Committee of Unsecured Creditors (the "**Committee**") respectfully submits this Notice of Agenda for the Presentation of Survivor Statements Scheduled on Tuesday, April 22, 2025 from 10:00 A.M. to 4:00 P.M. Eastern.

**Related Documents:**

1. *The Official Committee of Unsecured Creditors' Motion to Authorize Status Conferences for the Presentation of Survivor Impact Statements*. [Dkt. No. 2447].

2. *Order Granting Official Committee of Unsecured Creditors' Motion to Authorizing Status Conferences for the Presentation of Survivor Impact Statements*. [Dkt. No. 2540].

**Conference Agenda:**

| Time (Eastern) | Survivor Statement |
|---|---|
| 10:00 AM - 10:05 AM | Committee Chair's Introductory Remarks |
| 10:05 AM - 10:20 AM | Survivor Statement No. 1 |
| 10:20 AM - 10:35 AM | Survivor Statement No. 2 |
| 10:35 AM - 10:45 AM | Written Statement No. 1 |
| 10:45 AM - 11:00 AM | Survivor Statement No. 3 |
| 11:00 AM - 11:15 AM | Survivor Statement No. 4 |
| 11:15 AM - 11:25 AM | Written Statement No.2 |
| 11:25 AM - 11:35 AM | *Break* |
| 11:35 AM - 11:50 AM | Survivor Statement No. 5 |
| 11:50 AM - 12:05 PM | Survivor Statement No. 6 |
| 12:05 PM - 12:15 PM | Written Statement No.3 |
| 12:15 PM - 12:25 PM | Written Statement No.4 |
| 12:25 PM - 12:40 PM | Survivor Statement No. 7 |

| Time (Eastern) | Survivor Statement |
|---|---|
| 12:40 PM - 12:55 PM | Survivor Statement No. 8 |
| 12:55 PM - 01:05 PM | Written Statement No.5 |
| 01:05 PM - 01:35 PM | *Lunch Break* |
| 01:35 PM - 01:50 PM | Survivor Statement No. 9 |
| 01:50 PM - 02:05 PM | Survivor Statement No. 10 |
| 02:05 PM - 02:15 PM | Written Statement No.6 |
| 02:15 PM - 02:25 PM | Written Statement No. 7 |
| 02:25 PM - 02:40 PM | Survivor Statement No. 11 |
| 02:40 PM - 02:50 PM | *Break* |
| 02:50 PM - 03:05 PM | Survivor Statement No. 12 |
| 03:05 PM - 03:15 PM | Written Statement No.8 |
| 03:15 PM - 03:25 PM | Written Statement No.9 |
| 03:25 PM - 03:40 PM | Survivor Statement No. 13 |
| 03:40 PM - 04:00 PM | Survivor Statement No. 14 |

Dated: April 18, 2025						Respectfully Submitted,


						/s/   *Edwin H. Caldie*

						Robert T. Kugler *(admitted pro hac vice)*
						Edwin H. Caldie *(admitted pro hac vice)*
						50 South Sixth Street
						Minneapolis, Minnesota 55402
						Telephone: (612) 335-1500
						Facsimile: (612) 335-1657
						Email:	robert.kugler@stinson.com
							ed.caldie@stinson.com


						*Counsel to the Official Committee
						of Unsecured Creditors*