**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-30663-5-WAK |

**MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF MORGAN C. LIPTAK**

Siobhain P. Minarovich ("Movant"), a partner with the law firm White and Williams LLP, and a member in good standing of the Bar of the State of New York and admitted to practice before this Court, moves for the admission *pro hac vice* of Morgan C. Liptak, an associate with the law firm White and Williams LLP, pursuant to Local Bankruptcy Rule 2014-2, to act as counsel for Interstate Fire and Casualty Company ("Interstate") and Fireman's Fund Insurance Company ("Fireman's Fund"), in the above captioned bankruptcy case and any related adversary proceedings.

Ms. Liptak is a member of the Bar of the State of New York (2023) and has been admitted to practice in the United States District Court for the Southern District of New York (2024).

Ms. Liptak is a member in good standing in all of the aforementioned jurisdictions, and is not subject to any pending disciplinary proceedings in any jurisdiction. *See* attached Exhibit A, which is a true and correct copy of Ms. Liptak's New York Certificate of Good Standing.

**WHEREFORE**, the undersigned respectfully requests that the Court enter an Order admitting Morgan C. Liptak to practice, *pro hac vice*, before this Court for the purposes of representing Interstate and Fireman's Fund in the instant matter and any related adversary proceeding.

Dated: New York, New York
April 23, 2025

Respectfully submitted,

By: /s/ ______________________________

Siobhain P. Minarovich
WHITE AND WILLIAMS LLP
810 Seventh Avenue, Suite 500
New York, NY 10019
P: (212) 631-4415
F: (212) 631-1248
minarovichs@whiteandwilliams.com
*Attorneys for Interstate Fire and Casualty Company and Fireman's Fund Insurance Company*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-30663-5-WAK |

**DECLARATION IN SUPPORT OF MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*, OF MORGAN C. LIPTAK**

I, Morgan C. Liptak, request admission, *pro hac vice*, to represent Interstate Fire and Casualty Company ("Interstate") and Fireman's Fund Insurance Company ("Fireman's Fund"), in the above captioned bankruptcy case and any related adversary proceedings.

I am a resident of New York County, New York, and practice law at the offices of White and Williams LLP in New York County, New York.

I certify that I am a member of the Bar of the State of New York (2023) and have been admitted to practice in the United States District Court for the Southern District of New York (2024).

I certify that I am a member in good standing in the aforementioned jurisdictions and am not subject to any pending disciplinary proceedings in any jurisdiction. I also certify that I have never been convicted of a crime, either a felony or misdemeanor.

I also certify that I am generally familiar with the provisions of the Judicial Code (Title 28 U.S.C.), which pertain to the jurisdiction of, and practice in, the United States Bankruptcy Courts; the Bankruptcy Code (Title 11 U.S.C.); the Federal Rules of Bankruptcy Procedure; the Local Rules of the Bankruptcy Court for the Northern District of New York; and the New York Rules of Professional Conduct. I affirm faithful adherence to these rules and responsibilities.

I have submitted the filing fee of $100.00 with this motion for *pro hac vice* admission.

Dated: April 23, 2025

Respectfully submitted,

By:

Morgan Liptak
WHITE AND WILLIAMS LLP
810 Seventh Avenue, Suite 500
New York, NY 10019
P: (646) 766-1352
F: (212) 631-1240
liptakm@whiteandwilliams.com
*Attorney for Interstate Fire and Casualty Company, and Fireman's Fund Insurance Company*

# Appellate Division of the Supreme Court
# of the State of New York
# Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Morgan Catherine Liptak

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 25, 2023**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 16, 2025.

Clerk of the Court

CertID-00226244

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK,<br><br>Debtor. | Chapter 11<br><br>Case No. 20-30663-5-WAK |

**[PROPOSED] ORDER GRANTING ADMISSION TO PRACTICE,**
***PRO HAC VICE*, OF MORGAN C. LIPTAK**

Upon the motion of Morgan C. Liptak ("Movant"), to be admitted, *pro hac vice*, to represent Interstate Fire and Casualty Company ("Interstate") and Fireman's Fund Insurance Company ("Fireman's Fund") in the above captioned bankruptcy case and any related adversary proceedings, and upon the Movant's certification that the Movant is a member in good standing of the bar of the State of New York, it is hereby

ORDERED, that Morgan C. Liptak, is admitted to practice, *pro hac vice*, in the above captioned case and any related adversary proceedings to represent Interstate and Fireman's Fund.