UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | )<br>)<br>) Case No. 20-30663<br>)<br>) Chapter 11<br>)<br>) |
| The Roman Catholic Diocese of Syracuse, New York, | |
| Debtor. | |

# PLAN PROPONENTS' WITNESS LIST FOR CONFIRMATION HEARING

The Roman Catholic Diocese of Syracuse, New York (the "Diocese"), debtor and debtor in possession in the above-captioned chapter 11 case, and the Official Committee of Unsecured Creditors (the "Committee", along with the Diocese, the "Plan Proponents"), by and through their undersigned counsel, and in accordance with the Court's Third Amended Order Setting Confirmation Hearing Schedule for the Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York [Docket No. 2799] (the "Scheduling Order"), hereby identify the following witnesses in support of confirmation of the *Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York* [Docket No. 2337] (as it may be amended, modified or supplemented from time to time, the "Joint Plan"):

1. The Most Reverend Douglas Lucia (Bishop)

2. Danielle Cummings (Chancellor)

3. Stephen Breen (Chief Financial Officer)

4. Professor Tom Baker (*Rebuttal Expert*)

The Plan Proponents reserve the right to amend, modify or supplement this list at any time and for any reason. The Plan Proponents reserve the right to amend the order of witnesses on this

21571621.v1

list at any time and for any reason. The Plan Proponents also reserve the right to call (i) any witness on any other party's witness list, regardless of whether the party removes that witness from its list, (ii) any witness necessary to authenticate documents (to the extent necessary), and (iii) any witness to provide rebuttal or impeachment testimony, as appropriate.

Dated: April 25, 2025
      Syracuse, New York

BOND, SCHOENECK & KING, PLLC

By:      */s/ Stephen A. Donato*
Stephen A. Donato, Esq. (Bar Roll #101522)
Charles J. Sullivan, Esq. (Bar Roll #507717)
Grayson T. Walter, Bar Roll No. 518237
Sara C. Temes, Esq. (Bar Roll #514148)
Brendan M. Sheehan, Esq. (Bar Roll #517403)
Andrew S. Rivera, Esq. (Bar Roll #700712)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Email: sdonato@bsk.com
      csullivan@bsk.com
      walterg@bsk.com
      stemes@bsk.com
      bsheehan@bsk.com
      arivera@bsk.com

*Attorneys for The Roman Catholic Diocese of Syracuse, New York*

2

21571621.v1

STINSON LLP

By:     /s/ Robert T. Kugler
Robert T. Kugler *(admitted pro hac vice)*
Edwin H. Caldie *(admitted pro hac vice)*
Andrew J. Glasnovich *(admitted pro hac vice)*
Logan R. Kugler *(admitted pro hac vice)*
50 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 335-1500
Facsimile: (612) 335-1657
Email: robert.kugler@stinson.com
        ed.caldie@stinson.com
        drew.glasnovich@stinson.com
        logan.kulger@stinson.com

*Counsel to the Official Committee of Unsecured Creditors*

3