| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description | Prod Range | Docket No. |
|---|---|---|---|---|---|---|---|
| DEB-A | | | | | Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York | | 2337 |
| DEB-B | | | | | Disclosure Statement in Support of Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York | | 2338 |
| DEB-C | | | | | Plan Supplement to the Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York, including Exhibits 1-11 | | 2340 |
| DEB-D | | | | | Modified Liquidation Analysis and Financial Projections to Disclosure Statement in Support of Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, New York | | 2430 |
| DEB-E | | | | | Order Directing Mediation and Appointing Mediator | | Adv. 59 |
| DEB-F | | | | | Mediator's Report Dated May 6, 2022 | | 889 |
| DEB-G | | | | | Order on Consent of the Mediation Parties Appointing Additional Mediator | | Adv. 125 |
| DEB-H | | | | | Order on Consent of the Mediation Parties Appointing Additional Mediators | | Adv. 302 |
| DEB-I | | | | | Order Authorizing Retention and Appointment of Stretto as Claims and Noticing Agent *Nunc Pro Tunc* to The Petition Date | | 32 |
| DEB-J | | | | | Order Authorizing the Employment and Retention of Stretto as Administrative Advisor for the Diocese *Nunc Pro Tunc* to the Petition Date | | 115 |

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description | Prod Range | Docket No. |
|---|---|---|---|---|---|---|---|
| DEB-K | | | | | Order (I) Approving Disclosure Statement; (II) Approving Solicitation Packages and Distribution Procedures; (III) Approving the Forms of Ballots and Establishing Procedures for Voting on Fifth Amended Joint Plan and Consenting to Third Party Releases; (IV) Approving the Form, Manner, and Scope of Confiramtion Notices; (V) Establishing Certain Deadlines in Connection With Approval of the Disclosure Statement and Confiramtion of Fifth Amended Joint Plan; and (VI) Granting Related Relief | | 2398 |
| DEB-L | | | Per FRE 803(6) and 902(11) | | Certificate of Service of Alexa Westmoreland, dated January 2, 2025, and Exhibits A-J thereto | | 2411 |
| DEB-M | | | Per FRE 803(6) and 902(11) | | Declaration of Alexa Westmoreland Regarding the Solicitation and Tabulatino of Votes on the Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, dated March 21, 2025, and Exhibits A-C thereto | | 2668 |
| DEB-N | | | Per FRE 803(6) and 902(11) | | Amended Declaration of Alexa Westmoreland Regarding the Solicitation and Tabulation of Votes on the Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse, dated April 14, 2025, and exhibits A-C thereto | | 2767 |
| DEB-O | | | | | Resolution by Written Consent of the Members and Trustees of the Roman Catholic Diocese of Syracuse, New York, Made July 6, 2023 | DOS_General00015808-09 | |

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description | Prod Range | Docket No. |
|---|---|---|---|---|---|---|---|
| DEB-P | | | | | Certification of Resolution Adopted by The Roman Catholic Diocese of Syracuse, New York College of Consultors, Made July 10, 2023 | DOS_General00015806 | |
| DEB-Q | | | | | Certification of Resolution Adopted by The Roman Catholic Diocese of Syracuse, New York Finance Council, Made July 10, 2023 | DOS_General00015807 | |
| DEB-R | | | | | Stipulation and Agreed Order of Plan Proponents and Certain Insurers as to Admissibility of Declarations Submitted by Proposed Trust Fiduciaries, including (i) Declaration of DW Harrow & Associates, LLC, dated January 3, 2025; (ii) Roman Catholic Diocese of Syracuse, New York, United States Bankruptcy Court for the Northern District of New York, Case No. 20-30663 - Document Subponea ("Abuse Claims Reviewer Declaration"), dated January 6, 2025; and (iii) Second Declaration of DW Harrow & Associates, LLC, dated February 5, 2025 | | 2554 |
| DEB-S | | | | | Travelers Insurance Company Limited, Travelers Casualty and Surety Company, Traveler's Indemnity Company and Arrowood Indemnity's Motion to Terminate the Mediation Stay | | Adv. 141 |
| DEB-T | | | | | Travelers Insurance Company Limited, Travelers Casualty and Surety Company and Travelers Indemnity Company's Amended Answers to First Set of Interrogatories by the Roman Catholic Dicoese of Syracuse, New York and the Official Committee of Unsecured Creditors, dated January 27, 2025 | | |

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description | Prod Range | Docket No. |
|---|---|---|---|---|---|---|---|
| DEB-U | | | | | Travelers Insurance Company Limited, Travelers Casualty and Surety Company and Travelers Indemnity Company's Amended Answers to First Requset for Admission by the Roman Catholic Diocese of Syracuse, New York and the Official Committee of Unsecured Creditors, dated January 27, 2025 | | |
| DEB-V | | | | | London Market Insurers' Second Amended Objections and Answers to the Diocese and Committee's First Set of Interrogatories, dated January 27, 2025 | | |
| DEB-W | | | | | London Market Insurers' Second Amended Objections and Responses to the Diocese and Committee's First Request for Admission, dated January 27, 2025 | | |
| DEB-X | | | | | Interstate's First Amended Responses and Objections to the Plan Proponents' First Interrogatories, dated January 27, 2025 | | |
| DEB-Y | | | | | Interstate's Second Amended Responses and Objections to the Plan Proponents' First Requests for Admission, dated January 27, 2025 | | |
| DEB-Z | | | | | London Market Insurers' Objections and Answers to the Official Committee of Unsecured Creditors' Supplemental Interrogatories, dated March 21, 2025 | | |
| DEB-AA | | | | | Interstate's Responses and Objections to the Official Committee of Unsecured Creditors' Supplemental Interrogatories Dated March 6, 2025 | | |
| DEB-BB | | | | | Travelers Insurance Company Limited, Travelers Casualty and Surety Company and Travelers Indemnity Company's Objections and Answers to the Official Committee of Unsecured Creditors' Supplemental Interrogatories, dated March 28, 2025 | | |

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description | Prod Range | Docket No. |
|---|---|---|---|---|---|---|---|
| DEB-CC | | | Per FRE 803(6) and 902(11) | | Declaration of Sheryl Betance Certifying Domestic Records of a Regularly Conducted Activity | | |
| DEB-DD | | | | | Unanimous Written Consent of the Members and Trustees of the Robert L. McDevitt, K.S.G., K.C.H.S. and Catherine H. McDevitt, L.C.H.S. Foundation, Inc | DOS_GENERAL00015810 | |
| DEB-EE | | | | | Future Advance Promissory Note - The Robert L. McDevitt, K.S.G., K.C.H.S. and Catherine H. McDevitt, L.C.H.S. Foundation, Inc. | DOS_GENERAL00015813 | |
| DEB-FF | | | | | Unanimous Written Consent of the Board of Directors and the Members of Heritage Campaign, Inc | DOS_GENERAL00015817 | |
| DEB-GG | | | | | Future Advance Promissory Note - Heritage Campaign, Inc. | DOS_GENERAL00015820 | |
| DEB-HH | | | | | Unanimous Written Consent of the Board of Directors and the Members of Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc | DOS_GENERAL00015824 | |
| DEB-II | | | | | Future Advance Promissory Note - Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc. | DOS_GENERAL00015827 | |
| DEB-JJ | | | | | Unanimous Written Consent of the Board of Directors and the Members of The Foundation of the Roman Catholic Diocese of Syracuse, Inc | DOS_GENERAL00015831 | |
| DEB-KK | | | | | Future Advance Promissory Note - The Foundation of the Roman Catholic Diocese of Syracuse, Inc. | DOS_GENERAL00015835 | |
| DEB-LL | | | | | Unanimous Written Consent of the Board of Directors and the Members of Diocese of Syracuse Saint Thomas Acquinas Fund, Inc | DOS_GENERAL00015839 | |

| Exhibit No. | Marked for Identification | Admitted Into Evidence | Remarks | Witness | Exhibit Description | Prod Range | Docket No. |
|---|---|---|---|---|---|---|---|
| DEB-MM | | | | | Future Advance Promissory Note - Diocese of Syracuse Saint Thomas Acquinas Fund, Inc. | DOS_GENERAL00015842 | |
| DEB-NN | | | | | Updated Cash Flow Analysis, April 24, 2025 | DOS_GENERAL00015846 | |
| DEB-OO | | | | | Expert Report of Professor Tom Baker, dated March 17, 2025 | | |
| | | | | | *Any materials admitted into evidence by any party* | | |