

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**
600 Third Avenue | New York, NY 10016-1915 | **bsk.com**

**STEPHEN A. DONATO, ESQ.**
donatos@bsk.com

Syracuse
P: 315.218.8336
F: 315.218.8436

New York
P: 646.253.2351
F: 646.253.2301

April 26, 2025

**VIA ELECTRONIC FILING**

Honorable Wendy A. Kinsella
United States Bankruptcy Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13202

Re:   *The Roman Catholic Diocese of Syracuse, New York;*
      *Chapter 11 Case No. 20-30663*

Dear Chief Judge Kinsella:

We are pleased to report to the Court that the Excelsior Insurance Company ("Excelsior"), the Diocese, the Participating Parties, and the Committee (collectively, the "Excelsior Settlement Parties") have reached a settlement whereby Excelsior has agreed to pay $1 million to the Trust and, in return, the Diocese, Participating Parties and the Committee have agreed to a release and other provisions requested by Excelsior, all to be more specifically memorialized in the form of a settlement agreement subject to Court approval.

As a settling insurer, Excelsior will not pursue the plan confirmation objection it filed during the plan confirmation proceedings. Likewise, the Diocese and Committee will not pursue or seek rulings as respects Excelsior or the Excelsior Policies during the plan confirmation proceedings and in any pending adversary proceeding. Excelsior does not anticipate participating in next week's confirmation hearing. The Excelsior Settlement Parties wish to extend their collective gratitude to all of the mediators for their efforts which were ultimately successful in bringing about this mediated resolution.

April 26, 2025
Page 2

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Stephen A. Donato*
Stephen A. Donato


Reviewed and Agreed:

STINSON LLP

*/s/ Robert T. Kugler*
Robert T. Kugler


MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.

*/s/ Nancy D. Adams*
Nancy D. Adams

cc:     All ECF notice parties

21575045.v4