

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**
600 Third Avenue | New York, NY 10016-1915 | **bsk.com**

**STEPHEN A. DONATO, ESQ.**
donatos@bsk.com

Syracuse
P: 315.218.8336
F: 315.218.8436

New York
P: 646.253.2351
F: 646.253.2301

April 27, 2025

**VIA ELECTRONIC FILING**

Honorable Wendy A. Kinsella
United States Bankruptcy Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13202

Re:   *The Roman Catholic Diocese of Syracuse, New York;*
       *Chapter 11 Case No. 20-30663*

Dear Chief Judge Kinsella:

We are pleased to report to the Court that TIG Insurance Company ("TIG"), North River Insurance Company ("North River"), and U.S. Fire Insurance Company ("U.S. Fire", and together with TIG and North River, collectively, the "TIG Insurers"), the Diocese, the Participating Parties, and the Committee (collectively, the "TIG Settlement Parties") have reached a settlement whereby the TIG Insurers have agreed to pay $500,000 to the Trust and, in return, the Diocese, Participating Parties and the Committee have agreed to a release and other provisions requested by the TIG Insurers, all to be more specifically memorialized in the form of a settlement agreement subject to Court approval.

As settling insurers, the TIG Insurers will not pursue their plan confirmation objection filed during the plan confirmation proceedings.  Likewise, the Diocese and Committee will not pursue or seek rulings as respects the TIG Insurers or the TIG Insurers' policies during the plan confirmation proceedings and in any pending adversary proceeding. The TIG Insurers do not anticipate participating in next week's confirmation hearing. The TIG Settlement Parties wish to extend their collective gratitude to all of the mediators for their efforts which were ultimately successful in bringing about this mediated resolution.

April 27, 2025
Page 2

Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Stephen A. Donato*
Stephen A. Donato

Reviewed and Agreed:

STINSON LLP

*/s/ Robert T. Kugler*
Robert T. Kugler

KENNEDYS CMK LLP

*/s/ Jillian G. Dennehy*
Jillian G. Dennehy

cc:    All ECF notice parties

21582915.v1