

One Lincoln Center | Syracuse, NY 13202-1355 | **bsk.com**
600 Third Avenue | New York, NY 10016-1915 | **bsk.com**

**STEPHEN A. DONATO, ESQ.**
donatos@bsk.com

Syracuse
P: 315.218.8336
F: 315.218.8436

New York
P: 646.253.2351
F: 646.253.2301

April 27, 2025

**VIA ELECTRONIC FILING**

Honorable Wendy A. Kinsella
United States Bankruptcy Court
Northern District of New York
100 South Clinton Street
Syracuse, New York 13202

Re:     *The Roman Catholic Diocese of Syracuse, New York;*
          *Chapter 11 Case No. 20-30663*

Dear Chief Judge Kinsella:

We are pleased to report to the Court that Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company (collectively, the "Interstate Insurers"), the Diocese, the Participating Parties, and the Committee (collectively with the Interstate Insurers, the "Interstate Settlement Parties") have reached a settlement whereby the Interstate Insurers have agreed to pay $35 million to the Trust and, in return, the Diocese and the Committee have agreed to the same terms as in the Interstate Insurers' settlement agreement pending approval in The Diocese of Rochester's chapter 11 case before the United States Bankruptcy Court for the Western District of New York, Case No. 19-20905 (PRW) [Docket No. 3072], and in The Diocese of Rochester's proposed chapter 11 plan [Docket No. 3026].

As settling insurers, the Interstate Insurers will not pursue the plan confirmation objections, motions *in limine,* and claim objections they filed and/or joined during the plan confirmation proceedings.  Likewise, the Diocese and Committee will not pursue or seek rulings as respects the Interstate Insurers or the Interstate Insurers' policies during the plan confirmation proceedings. Based on this resolution, the Interstate Insurers do not anticipate participating in this week's confirmation hearing but will have an attorney representative present in the courtroom to observe and respond to any questions the Court may have.

The Interstate Settlement Parties wish to extend their collective gratitude to all of the mediators for their efforts which were ultimately successful in bringing about this mediated resolution.

Attorneys At Law | A Professional Limited Liability Company

April 27, 2025
Page 2


Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

*/s/ Stephen A. Donato*
Stephen A. Donato



Reviewed and Agreed:

STINSON LLP

*/s/ Rober T. Kugler*
Rober T. Kugler


PARKER, HUDSON, RAINER & DOBBS LLP

*/s/ Harris B. Winsberg*
Harris B. Winsberg


cc:      All ECF notice parties