So Ordered.

Signed this 2 day of June, 2025.



*Wendy A. Kinsella*

_____

Wendy A. Kinsella
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK**

_____

In re:                                                                          Case No. 20-30663

The Roman Catholic Diocese of                                Chapter 11
Syracuse, New York,

                            Debtor.

_____

**AMENDED CASE MANAGEMENT ORDER
MATTERS BEFORE HONORABLE WENDY A. KINSELLA**

Until further order of the Court, and unless otherwise ordered by the Court, **EFFECTIVE AS OF JUNE 3, 2025,** all hearings and conferences in this case and related adversary proceedings will be held at **1:00 P.M. (ET)** on the designated calendar day unless otherwise directed by the Court, and will be conducted **EITHER** in-person at the James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, New York, **OR** by video via Teams, for which pre-registration is required by 3:00 PM one business day before the hearing. Go to https://www.nynb.uscourts.gov/Remote-Hearing-Appearances. In accordance with the Judicial Conference, telephonic access will not be available for any hearing in which a witness is testifying.

The hearings and conferences will be recorded electronically by the Court and constitute its official record. All persons are strictly prohibited from making any other recording of the proceedings.

All those in attendance, whether in person or via Teams, must observe the formalities of the courtroom, exercise civility and otherwise conduct themselves in a manner consistent with the dignity of the Court.

# # #