So Ordered.

Signed this 7 day of July, 2025.



_____

Wendy A. Kinsella

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Syracuse, New York,

Debtor.

Case No.  20-30663

Chapter 11

The Roman Catholic Diocese of Syracuse, New York, *et al.*,[1]

Plaintiff,

v.

Arrowpoint Capital, *et al.*,

Defendants.

Adv. Proc. No. 21-50002

**ORDER APPROVING
THE FORM AND MANNER OF NOTICE OF THE DIOCESE'S
MOTION TO APPROVE PROPOSED INSURANCE SETTLEMENTS**

Upon the motion [Bankr. Docket No. 2927; Adv. Docket No. 333] (the "<u>Motion</u>") [2] of

The Roman Catholic Diocese of Syracuse, New York (the "<u>Diocese</u>") for entry of an order

---

[1] The Caption has been abbreviated pursuant to Federal Rule of Civil Procedure 10 and Federal Rule of Bankruptcy Procedure 7010.  The full caption in this adversary proceeding is set forth in the Adversary Complaint found at Docket No. 1.

21936749.v3

approving the proposed form and manner of notice of the Diocese's motion to approve certain insurance settlement agreements [Bankr. Docket No. 2946; Adv. Docket No. 340] (the "Settlement Motion"); and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and upon consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it appearing that the relief requested in the Motion is in the best interests of the Diocese, its estate and its creditors; and after due deliberation and sufficient cause appearing therefor;

**IT IS ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Any and all objections to the Motion not otherwise settled or withdrawn are hereby overruled.

3. The form of the Direct Mail Notice to be sent to the Notice Parties and annexed hereto as *Exhibit A* is approved.

4. Pursuant to Fed. R. Bankr. P. 2002 and 11 U.S.C. § 105(a), the Diocese (or Stretto on behalf of the Diocese) is authorized and directed to serve the Direct Mail Notice on Abuse Claimants in the following manner: to the noticing address included on each such Abuse Claimant's proof of claim or Abuse Action complaint, in each case based on the information reflected on Stretto's claim register as of the date that is five business days prior to the date of

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

21936749.v3

service (herein, the "Service Address"); *provided, however*, that if the Service Address for any given Abuse Claimant is the address of such Abuse Claimant's attorney of record in this Chapter 11 Case (including as shown on the Abuse Claimant's proof of claim) or the applicable Abuse Action, then the Diocese (or Stretto on behalf of the Diocese) shall serve the Direct Mail Notice on such Abuse Claimant's attorney only (and not on the Abuse Claimant personally) unless such Abuse Claimant or attorney has notified Stretto that the representation has terminated.

5. The form of the Publication Notice annexed hereto as ***Exhibit B*** is approved.

6. As set forth on the record at the hearing on the Motion, subsequent to the initial filing of the Settlement Motion, the Diocese and the Committee reached agreement on a settlement with Travelers Insurance Company Limited, Travelers Casualty and Surety Company, and Traveler's Indemnity Company (collectively, "Travelers"). The Direct Mail Notice and Publication Notice approved by this Order include notice of the settlement with Travelers and the Settlement Motion is hereby deemed to be amended to include a request to approve such settlement, subject to the parties' negotiation of a definitive settlement agreement and presentation of the same to the Court.

7. The Diocese may file one or more supplements to the Settlement Motion setting forth the proposed form of any Settlement Agreement not included in the initial filing of the Settlement Motion, as well as any revisions or additions to previously filed Settlement Agreements (a "Settlement Motion Supplement"). Within 3 business days of filing a Settlement Motion Supplement, the Diocese shall cause a notice identifying the docket number of such Settlement Motion Supplement and the proposed Settlement Agreements attached thereto to be served upon all parties who have formally appeared in this Chapter 11 Case and requested notice in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure. The notice for any

21936749.v3

Settlement Motion Supplement filed on or before July 25, 2025 shall provide that the Court will consider any Settlement Agreements attached to such Settlement Motion Supplement on August 27, 2025, and that any objections or responses thereto must be filed and served not later than August 15, 2025. The notice for any Settlement Motion Supplement filed after July 25, 2025 shall identify the date of the adjourned hearing on the Settlement Motion at which the Settlement Agreements attached to such Settlement Motion Supplement are scheduled to be presented to the Court (which date, unless the Court orders otherwise, shall be at least 21 days from the date of such notice), and direct that any objections to the Settlement Agreements attached to the Settlement Motion Supplement must be filed at least 7 days prior to such adjourned hearing.

8. The noticing procedures described in the Motion, as supplemented herein, are sufficient to provide adequate notice of the Settlement Motion and are hereby approved in all respects. No additional or further notice of the Settlement Motion beyond that contemplated in the Motion or set forth in this Order is required or necessary. The Diocese shall serve the Direct Mail Notice, and subject to applicable submission schedules cause the Publication Notice to be published, all as described in the Motion, on or before July 15, 2025.

9. Nothing in this Order alters the method of service permitted or required under Fed. R. Bankr. P. 2002 or otherwise for any creditor, stakeholder, or other party-in-interest that is not an Abuse Claimant.

10. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

###

21936749.v3