## **Exhibit B**

Form of Publication Notice

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

*In re The Roman Catholic Diocese of Syracuse, New York*,
**Chapter 11 Case No. 20-30663**

*In re The Roman Catholic Diocese of Syracuse, New York, et al. v. Arrowpoint Capital, et al.*,
**Adversary Proceeding No. 21-ap-50002**

**PLEASE TAKE NOTICE,** that on July 1, 2025, The Roman Catholic Diocese of Syracuse, New York ("Diocese") filed its *Motion for Entry of Orders Pursuant to Sections 363 and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Agreements and Policy Buy-backs with Certain Insurers and Granting Related Relief* ("Settlement Motion").

**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Settlement Motion, the Diocese is seeking entry of orders approving proposed settlement agreements with (i) London Market Insurers, (ii) Catholic Mutual Relief Society of America, (iii) Excelsior Insurance Company, (iv) TIG Insurance Company, North River Insurance Company, and U.S. Fire Insurance Company, (v) Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company, (vi) The National Catholic Risk Retention Group, Inc., (vii) Utica Mutual Insurance Company, (viii) Nationwide Mutual Fire Insurance Company, (ix) Hartford Fire Insurance Company, (x) Hanover Insurance Company, and (xi) Travelers Insurance Company Limited, Travelers Casualty and Surety Company, and Traveler's Indemnity Company (collectively, the "Settling Insurers"), pursuant to which the Settling Insurers would buy back from the Diocese and certain non-debtor related Catholic entities (collectively, the "DOS Entities") (a) all or substantially all policies of insurance and certificates issued to, or subscribed on behalf of or allegedly issued to or subscribed on behalf of, the DOS Entities (the "Policies"), and/or all or substantially all coverage under such Policies (but, solely with respect to Catholic Mutual Relief Society of America and The National Catholic Risk Retention Group, Inc., excluding any "Preserved Coverage" as defined in their respective settlement agreements) along with certain related claims (together with the Policies, the "Subject Property"), in exchange for settlement payments in the aggregate amount of $76,140,000. The transactions contemplated in the proposed settlement agreements are subject to the occurrence of certain conditions precedent, including, without limitation, the confirmation of a chapter 11 plan and the issuance of one or more injunctions enjoining the prosecution of certain claims against the Settling Insurers (as set forth in greater detail immediately below).

**PLEASE TAKE FURTHER NOTICE**, that in connection with the Settlement Motion, the Diocese is seeking to settle and sell, free and clear of all liens, claims, encumbrances, and other interests, the Subject Property. **This "free and clear" sale of the Subject Property contains certain releases, injunctions, and other protective provisions in favor of the Settling Insurers. The sale proposes a Settling Insurer Injunction that permanently enjoins all Persons who have held or asserted, or may in the future hold or assert, any Claims from taking any action, directly or indirectly, for purposes of asserting, enforcing, or attempting to assert or enforce any Barred Claim against the Settling Insurers, their respective Related Persons or Released Parties, or the property or assets of each** (all as defined in the applicable settlement agreements). The Diocese is seeking to fully release any

21936749.v3

Claims against the Settling Insurers or their respective Related Persons or Released Parties arising from or related in any way to the Policies, including all extra-contractual claims. There are additional provisions in the settlement agreements – beyond those set forth in the preceding sentences – which should be reviewed to understand completely the settlement agreements and their effect on your rights

**PLEASE TAKE FURTHER NOTICE,** that a hearing on the Settlement Motion will be held before the Honorable Wendy A. Kinsella, Chief United States Bankruptcy Judge for the Northern District of New York, or such other judge as may be sitting in her stead in the James M. Hanley U.S. Courthouse and Federal Building, 100 South Clinton Street, Syracuse, NY 13261, on **August 27, 2025 at 10:00 A.m.**, which may be continued, as necessary, without further notice except as may be filed on the Court's docket or as otherwise announced by the Court on the record at such hearing. Responses in opposition to the relief requested in the Settlement Motion, if any, must be filed and served upon (i) counsel for the Diocese, Bond, Schoeneck & King, PLLC, One Lincoln Center, Syracuse, New York 13202 (Attn: Stephen A. Donato, Charles J. Sullivan, and Grayson T. Walter); (ii) the Office of the United States Trustee for the Northern District of New York, 10 Broad Street, Room 105, Utica, NY 13501, Attn: Erin Champion; and (iii) counsel to the Official Committee of Unsecured Creditors, Stinson LLP, Attn. Robert T. Kugler & Edwin H. Caldie, 50 South Sixth Street, Suite 2600, Minneapolis, MN 55402, and (iv) those persons who have formally appeared and requested service in this case pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, **on or before August 15, 2025.**

**PLEASE TAKE FURTHER NOTICE**, that the Diocese may file one or more supplements to the Settlement Motion attaching the proposed form of any Settlement Agreement not included in the initial filing of the Settlement Motion, as well as any revisions or additions to previously filed Settlement Agreements. Notice of any Settlement Motion Supplements will be served only upon those parties who have formally appeared in this Chapter 11 Case and requested notice in accordance with Rule 2002 of the Federal Rules of Bankruptcy Procedure.

Copies of the Settlement Motion and any supplements thereto (once filed) may be obtained from the Clerk's Office, United States Bankruptcy Court for the Northern District of New York, Syracuse Division, via the Court's electronic case management system at https://ecf.nynb.uscourts.gov, by visiting https://case.stretto.com/dioceseofsyracuse/docket, by calling 855.329.4244, or by written request to counsel for the Diocese: Bond, Schoeneck & King PLLC, One Lincoln Center, Syracuse, NY 13202, attn: Stephen A. Donato.

IF YOU HAVE (1) A CLAIM AGAINST THE DIOCESE AS TO WHICH INSURANCE COVERAGE IS OR MAY BE AVAILABLE, (2) AN INTEREST IN ANY OF THE DIOCESE'S INSURANCE POLICIES OR CERTIFICATES, OR (3) ANY CLAIMS AGAINST ANY OF THE SETTLING INSURERS RELATING TO THE FOREGOING, **YOUR RIGHTS MAY BE AFFECTED.**