UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | |
| | Case No.  20-30663 (WAK) |
| The Roman Catholic Diocese of Syracuse, New York, | |
| | Chapter 11 |
| Debtor. | |

| | |
|---|---|
| The Roman Catholic Diocese of Syracuse, New York, *et al*.,[1] | |
| | Adv. Proc. No. 21-50002 (WAK) |
| Plaintiff, | |
| v. | |
| Arrowpoint Capital, *et al*., | |
| Defendants. | |

### FIRST SUPPLEMENT TO MOTION FOR
### ENTRY OF ORDERS PURSUANT TO SECTIONS 363 AND 105(A) OF
### THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING
### SETTLEMENT AGREEMENTS AND POLICY BUY-BACKS WITH
### CERTAIN INSURERS AND GRANTING RELATED RELIEF

The Roman Catholic Diocese of Syracuse, New York, by and through its undersigned

counsel, hereby files this supplement to its *Motion for Entry of Orders Pursuant to Sections 363*

*and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Agreements*

*and Policy Buy-Backs With Certain Insurers and Granting Related Relief* [Docket No. 2946] (the

"Settlement Motion")[2] in accordance with paragraph 7 of the Court's *Order Approving the Form*

*and Manner of Notice of the Diocese's Motion to Approve Proposed Insurance Settlements*

[Docket No. 2955].

---

[1] The caption of the adversary proceeding has been abbreviated pursuant to Federal Rule of Civil Procedure 10 and Federal Rule of Bankruptcy Procedure 7010.  The full caption of this adversary proceeding is set forth in the Adversary Complaint found at Adv. Docket No. 1.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Settlement Motion.

Attached as ***Exhibit 1*** is a copy of the Settlement Agreement with the Interstate Insurers which has been updated with completed exhibits/schedules.

Attached as ***Exhibit 2*** is a redline showing the modifications from the Settlement Agreement with the Interstate Insurers that was filed with the Settlement Motion.

Dated: July 25, 2025

BOND, SCHOENECK & KING, PLLC


By */s/ Grayson T. Walter*
Stephen A. Donato (Bar Roll #101522)
Charles J. Sullivan (Bar Roll #507717)
Grayson T. Walter (Bar Roll #518237)
Sara C. Temes (Bar Roll #514148)
Justin S. Krell (Bar Roll #704364)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Fax: (315) 218-8100
Emails:        sdonato@bsk.com
               csullivan@bsk.com
               gwalter@bsk.com
               stemes@bsk.com
               jkrell@bsk.com


*Attorneys for The Roman Catholic Diocese of Syracuse, New York*

22043030.v2

## **Exhibit 1**

Settlement Agreement

22043030.v2

## SETTLEMENT AGREEMENT, RELEASE, AND POLICY BUYBACK

This Settlement Agreement, Release, and Policy Buyback ("**Settlement Agreement**") is hereby made by, and between, and among The Roman Catholic Diocese of Syracuse, New York (the "**Diocese**" as further defined in Section 1.1.29 below), the other Diocese Parties (as defined in Section 1.1.30 below), and Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company (collectively, "**Interstate**").  Interstate, the Diocese, and the other Diocese Parties collectively are the "**Parties**" and each a "**Party**" to this Settlement Agreement.

### RECITALS:

WHEREAS, on June 19, 2020 (the "**Petition Date**"), the Diocese filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of New York (the "**Bankruptcy Court**") pending under Case No. 20-30663 (the "**Bankruptcy Case**");

WHEREAS, certain Persons (as defined in Section 1.1.57 below) have asserted or may hold Claims, including Abuse Claims, against the Diocese Parties (all as defined below);

WHEREAS, Interstate issued, allegedly issued, or may have issued the Diocese Policies (as defined in Section 1.1.31 below) providing certain coverage to the Diocese Parties;

WHEREAS, asserted disputes between the Diocese and Interstate have arisen, and assertable disputes between the Diocese Parties and Interstate may arise in the future, concerning the scope and nature of Interstate's responsibilities, if any, to provide coverage to the Diocese Parties for Abuse Claims under the Diocese Policies (the "**Coverage Claims**");

WHEREAS, on January 15, 2021, the Diocese filed Adversary Proceeding No. 21-50002 (the "**Adversary Proceeding**") against Interstate and certain of the other Settling Insurers, seeking (among other things) declaratory judgment regarding Interstate's obligations under the Diocese Policies;

WHEREAS, the Diocese Parties and Interstate, without any admission of liability or concession of the validity of the positions or arguments advanced by each other, now wish to compromise and resolve fully and finally any and all Coverage Claims and all other disputes between and among them and to release Interstate from any further obligations under the Diocese Policies (excluding from such release the ISO Exception, as and to the extent set forth herein);

WHEREAS, through this Settlement Agreement, the Diocese Parties intend to provide the Interstate Released Parties (each as defined below) with the broadest possible release of all Claims with respect to the Diocese Policies; and

WHEREAS, through this Settlement Agreement, as part of the compromise and resolution of the Coverage Claims, the Diocese Parties and Interstate also wish to effect a sale, pursuant to § 363(b), (f), and (m) of the Bankruptcy Code of the Diocese Policies issued or allegedly issued by Interstate, along with the Extra-Contractual Claims (as defined below) of the Diocese Parties, to provide the Interstate Released Parties with the broadest possible release and buyback with respect

to the Diocese Policies, resulting in the Interstate Released Parties having no obligations now or in the future to the Diocese Parties, or any of their creditors with respect to the Diocese Policies.

NOW, THEREFORE, in consideration of the foregoing recitals and of the mutual covenants contained in this Settlement Agreement, the sufficiency of which is hereby acknowledged, and intending to be legally bound subject to the approval of the Bankruptcy Court pursuant to Section 2 below, the Parties hereby agree as follows:

## 1.       DEFINITIONS

1.1     As used in this Settlement Agreement (as defined above), the following terms shall have the meanings set forth below.

1.1.1   "**Abuse**" means any actual or alleged:

a.        sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, hebephilia, ephebophilia, lascivious behavior, undue familiarity,  or  sexually-related  physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, any other sexual misconduct, or any conduct constituting a sexual offense, incest, or use of a child in a sexual performance (as such terms are defined in the New York Penal Law); or

b.        non-sexual assault, battery, corporal punishment and other non-sexual acts of physical, psychological, mental or emotional abuse, humiliation or intimidation (including physical abuse or bullying without regard to whether such physical abuse or bullying is of a sexual nature), and all other non-sexual tortious behavior of any type whatsoever.

For the avoidance of doubt, "Abuse" also includes (a) any conduct which would constitute (i) a sexual offense as defined in article one hundred thirty of the New York Penal Law, (ii) incest as defined in section 255.27, 255.26 or 255.25 of the New York Penal Law, or (iii) the use of a child in a sexual performance as defined in section 263.05 of the New York Penal Law, or a predecessor statute that prohibited such conduct at the time of the act, or (iv) any offense included in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, and 2260; and (b) sexually-related injuries, including those stemming from the use of photography, video, or digital media.

1.1.2   "**Abuse Claim**" means any Claim that has been or could be asserted against the Diocese or any Participating Party that is attributable to, arises from, is based upon, or results from, in whole or in part, directly, indirectly, or derivatively, Abuse that occurred prior to the Petition Date, including any such Claim that seeks monetary damages or any other relief under any theory of liability, law, or equity whatsoever, including contribution, indemnity, vicarious liability, *respondeat superior*, conspiracy, fraud (including fraud in the inducement), any negligence-based or employment-based theory (including negligent hiring, supervision, retention, or misrepresentation), any other theory based upon misrepresentation, concealment, or unfair practice, public or private nuisance, or any other

theory (including any theory based upon public policy) or any act or failure to act by the Diocese or any Participating Party, or any other Entity for whose acts or failures to act the Diocese or any Participating Party is or was alleged to be responsible.

For the avoidance of doubt, "Abuse Claim" includes (a) all Unknown Abuse Claims, Late-Filed Abuse Claims, Child Abuse Claims (or any other Claim or cause of action described in the CVA) and Adult Abuse Claims (or any other Claim or cause of action described in the ASA) against the Diocese or any Participating Party and (b) any Claim against the Diocese or any Participating Party that is attributable to, arises from, is based upon, relates to, or results from Abuse that, as of the Petition Date is barred by any applicable statute of limitations, and in each case, irrespective of whether (x) such Claims also involve the conduct of Joint Tortfeasors, (y) such Claims arise under, or were revived pursuant to, the CVA, ASA, GMVA, or any future reviver law, statute, or binding precedential decision passed or issued on or after the Bankruptcy Plan Effective Date, or (z) a proof of claim has been Filed or an Abuse Action has been commenced with respect to such Claim.

1.1.3    "**Abuse Claimant**" means the holder of an Abuse Claim, the estate of a deceased individual who held an Abuse Claim, the personal executor or personal representative of the estate of a deceased individual who held an Abuse Claim, or the assignee of any of the foregoing, as the case may be. For the avoidance of doubt, the holder of an Unknown Abuse Claim and/or Late-Filed Abuse Claim is an Abuse Claimant.

1.1.4    "**Abuse Action**" means a lawsuit asserting an Abuse Claim against the Diocese or any Participating Party.

1.1.5    "**Adult Abuse Claim**" means a Claim alleging Abuse perpetrated at a time when the Abuse Claimant was eighteen (18) years of age or older.

1.1.6    "**Adversary Proceeding**" has the meaning set forth in the Recitals.

1.1.7    "**Approval Motion**" means the motion filed in the Bankruptcy Court seeking approval of this Settlement Agreement as described in Section 2 of this Settlement Agreement.

1.1.8    "**Approval Order**" or "**Sale Order**" means the order granting the Approval Motion described in Section 2 of this Settlement Agreement and providing the relief described in Section 2 of this Settlement Agreement.

1.1.9    "**ASA**" means the New York Adult Survivors Act, which was codified in the New York Civil Practice Law & Rules §214-j. The Adult Survivors Act created a one-year window from November 24, 2022 to November 23, 2023 for the revival of previously time-barred civil claims concerning Abuse that occurred after the claimant reached eighteen (18) years of age.

1.1.10   "**Banking Day**" means any day on which banks in both New York City, New York (USA) and Munich, Germany, are open to the public for banking functions.

1.1.11   "**Bankruptcy Case**" has the meaning set forth in the Recitals.

1.1.12 "**Bankruptcy Court**" has the meaning set forth in the Recitals; *provided, however*, that to the extent the reference under N.D.N.Y. L.R. 81.1 is withdrawn with respect to any proceeding arising from or related to the Bankruptcy Case or the Adversary Proceeding, the term "Bankruptcy Court" shall also include the District Court (as defined below).

1.1.13 "**Bankruptcy Plan**" or "**Plan**" refers to the First Modified Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York (and all exhibits thereto) Docket No. [____] and any and all modifications or amendments thereto that are acceptable to Interstate, as approved and confirmed by Final Order of the Bankruptcy Court; it being understood that the proposed First Modified Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York, which is at Docket No. 2924-1, is acceptable to Interstate.

1.1.14 "**Bankruptcy Plan Effective Date**" means the date upon which a Bankruptcy Plan approved by the Bankruptcy Court that contains terms and conditions consistent with those required by this Settlement Agreement becomes effective.

1.1.15 "**Barred Claim**" means a Channeled Claim (specifically including, but not limited to, all Abuse Claims, Medicare Claims, and Extra-Contractual Claims), Non-Participating Abuse Claim, Coverage Claim, Tort Action, Unknown Abuse Claim, Related Insurance Claim, Insurer Contribution Claim, Inbound Contribution Claim, Direct Action Claim, and every other Claim that (a) is under, arises out of, relates (directly or indirectly) to, or connects in any way with an Abuse Claim or any of the Diocese Policies or (b) is otherwise released herein. For the avoidance of doubt, "Barred Claim" includes all Claims exempted from the injunctions (including the Channeling Injunction) set forth in the Plan. For the further avoidance of doubt, ISO Exception claims are not Barred Claims.

1.1.16 "**Cancellation Endorsement**" means the following wording, with which the Diocese Policies shall be endorsed:

CANCELLATION ENDORSEMENT

Contemporaneous with Interstate's buyback of the Diocese Policies, as set forth in the Settlement Agreement, Release, and Policy Buyback made by, between, and among The Diocese of Syracuse, the other Diocese Parties, and Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company, all Coverages provided for under this Policy are hereby cancelled and terminated.

1.1.17 "**Channeled Claim**" means any Abuse Claim, Inbound Contribution Claim, Medicare Claim, Extra-Contractual Claim, or any other Claim against the Diocese or any Protected Party arising from or related in any way to an Abuse Claim or any of the Settling Insurer Policies, whenever and wherever arising or asserted, whether sounding in tort, contract, warranty, or any other theory of law, equity, or admiralty, including without

4

limitation all Claims by way of direct action, subrogation, contribution, indemnity, alter ego, statutory or regulatory action, or otherwise, Claims for exemplary or punitive damages, for attorneys' fees and other expenses, or for any equitable remedy; *provided, however*, that "Channeled Claims" shall not include: (a) a Claim against an individual who perpetrated an act of Abuse; (b) a Claim against any religious order, diocese (other than the Diocese), or archdiocese, unless such Entity is identified as a Participating Party on Schedule 1; (c) a Claim against Ace Property and Casualty Insurance Company, Insurance Company of North America, Westchester Fire Insurance Company, or Colonial Penn Insurance Company; or (d) a Claim exempted from the injunctions set forth in Sections 12.2.1 and 12.3 of the Plan pursuant to Sections 12.2.2.a and 12.2.2.b of the Plan; *provided further*, if any Claim identified in the foregoing proviso also asserts liability against a Protected Party, then such Claim shall be a Channeled Claim as to the Protected Party. For the avoidance of doubt (y) a Channeled Claim includes any Claim against a Protected Party based on allegations that it is an alter ego of a Person that is not a Protected Party or that the Protected Party's corporate veil should be pierced on account of Claims against a Person that is not a Protected Party or based on any other theory under which the legal separateness of any Person and any other Person may be disregarded to impose liability for a claim on either such Person, and (z) a Claim asserted against a Non-Settling Insurer shall not be a Channeled Claim except as otherwise set forth in the Plan. For the further avoidance of doubt, ISO Exception claims are not Channeled Claims.

1.1.18  "**Channeling Injunction**" has the meaning set forth in Section 2.2.2.

1.1.19  "**Child Abuse Claim**" means a Claim alleging Abuse which occurred at a time when the Abuse Claimant was less than eighteen 18 years of age.

1.1.20  "**Claim**" means a "claim" as that term is defined in section 101(5) of the Bankruptcy Code and includes, without limitation: any claim, Action, assertion of right, complaint, cross-complaint, counterclaim, liabilities, obligations, rights, request, allegation, mediation, litigation, direct action, administrative proceeding, cause of action, Lien, encumbrances, indemnity, equitable indemnity, right of subrogation, equitable subrogation, defense, injunctive relief, controversy, contribution, exoneration, covenant, agreement, promise, act, omission, trespass, variance damages, judgment, compensation, set-off, reimbursement, restitution, cost, expense, loss, exposure, execution, attorney's fee, obligation, order, affirmative defense, writ, demand, inquiry, request, directive, obligation, proof of claim in a bankruptcy proceeding or submitted to a trust established pursuant to the Bankruptcy Code, government claim or Action, settlement, and/or liability whatsoever, whether past, present or (to the extent it arises prior to the Effective Date) future, known or unknown, asserted or  unasserted, foreseen or unforeseen, fixed or contingent, matured or unmatured, liquidated or unliquidated, direct, indirect or otherwise consequential, whether in law, equity, admiralty, under the Bankruptcy Code, or otherwise, whether currently known or unknown, whether compromised, settled or reduced to a consent judgment, that may exist now or hereinafter for property damages, compensatory damages (such as loss of consortium, wrongful death, survivorship, proximate, consequential, general and special damages), punitive damages, bodily injury, personal injury, public and private claims, or any other right to relief whether sounding in tort, contract, extracontractual or bad faith, statute, strict liability, equity, nuisance, trespass, statutory

5

violation, wrongful entry or eviction or other eviction or other invasion of the right of private occupancy, and any amounts paid in respect of any judgment, order, decree, settlement, contract, or otherwise.

1.1.21 "**Claims Bar Date**" means April 15, 2021, at 11:59 p.m. (Eastern time), the deadline by which proofs of claim forms for prepetition Claims, including Abuse Claims, were required to be Filed against the Diocese pursuant to the Bankruptcy Court's Order entered on November 6, 2020 [Docket No. 214].

1.1.22 "**Committee**" means the Official Committee of Unsecured Creditors appointed in the Chapter 11 Case by the United States Trustee pursuant to section 1102 of the Bankruptcy Code, as constituted from time to time, but does not mean the members of the Committee in their individual capacities.

1.1.23 "**Conditional Payment**" means any payment made to an Abuse Claimant under the MMSEA, including any payment by a Medicare Advantage Organization (as defined in the MSPA).

1.1.24 "**Consenting Abuse Claim**" means an Abuse Claim held by a Consenting Abuse Claimant.

1.1.25 "**Consenting Abuse Claimant**" means any holder of an Abuse Claim who has consented to having their Claim(s) against the Protected Parties released and enjoined under the Channeling Injunction as set forth in the Plan.

1.1.26 "**Coverage Claims**" has the meaning set forth in the Recitals and further includes any Claim under or relating to the Diocese Policies or the rights and obligations thereunder, or the breach thereof, including any Claim seeking insurance coverage.

1.1.27 "**Covered Party**" means, collectively, the following Persons: (a) the Diocese; (b) the Participating Parties; (c) any other Person that is a "Named Assured" or "named insured" under the Diocese Policies and all other Persons that may claim to be an "Assured," an "Additional Assured," an "insured," an "additional insured," or otherwise entitled to insurance coverage under the Diocese Policies, including any Other Catholic Organization; and (d) with respect to each of the foregoing Persons in clauses (a) through (c), such Persons' predecessors, successors, assigns, subsidiaries, affiliates, current and former officers, directors, principals, equity holders, trustees, members, partners, managers, officials, advisory board members, advisory committee members, employees, agents, volunteers, attorneys, financial advisors, accountants, investment bankers, consultants, representatives, and other professionals, and such Persons' respective heirs, executors, estates, and nominees.

1.1.28 "**CVA**" means New York Child Victim's Act, which was codified in the New York Civil Practice Law & Rules §214-g.  The CVA created a one-year window from August 14, 2019 to August 13, 2020 for the revival of previously time-barred civil claims related to childhood sexual abuse, which was subsequently extended to August 13, 2021.

6

1.1.29 "**Diocese**" means The Roman Catholic Diocese of Syracuse, New York, which is the diocesan corporation formed pursuant to N.Y. Religious Corporation Law § 90, and its bankruptcy estate pursuant to section 541 of the Bankruptcy Code, together with the public juridic person of The Roman Catholic Diocese of Syracuse, New York as now constituted or as it may have been constituted, and their respective predecessors, successors, and assigns.

1.1.30 "**Diocese Parties**" means, collectively, (a) the Diocese; (b) Participating Parties; (c) any (i) Other Catholic Organization and (ii) other Person covered or alleged to be covered under the Diocese Policies, in each of clause (i) and (ii), with respect to which the Diocese has authority to release Claims by a Final Order pursuant to sections 105(a) or 363(f) of the Bankruptcy Code or confirming a chapter 11 plan; and (d) each of their respective Related Persons, including without limitation the past, present, and future holding companies, merged companies, related companies, divisions, and acquired companies of the foregoing Persons.

1.1.31 "**Diocese Policies**" means any and all known and unknown contracts, binders, certificates, or policies of insurance, in effect on or before the Settlement Agreement Effective Date, that were issued, allegedly issued, or may have been issued by Interstate or any of its predecessors or affiliates to or for the benefit of, or that otherwise actually, allegedly, or potentially insure one or more of the Diocese Parties. The "Diocese Policies" include, but are not limited to, those policies set forth on **Schedule 4** hereto.

1.1.32 "**Direct Action Claim**" means any Claim by any Entity against Interstate that is similar or identical to any Abuse Claim, in that it seeks to recover from Interstate damages based on actual or alleged Abuse by the Diocese or a Participating Party, whether arising by contract, in tort or under the laws of any jurisdiction, including any statute that gives a third party a direct cause of action against an insurer.

1.1.33 "**District Court**" means the United States District Court for the Northern District of New York.

1.1.34 "**Entity**" has the meaning ascribed to such term in section 101(15) of the Bankruptcy Code.

1.1.35 "**Estate**" means the estate created in the Bankruptcy Case under sections 301 and 541 of the Bankruptcy Code upon the commencement of the Bankruptcy Case.

1.1.36 "**Estate Causes of Action**" means Claims, including Coverage Claims and Related Insurance Claims, owned, held, or capable of being asserted by or on behalf of the Diocese, its Estate, or any Person asserting currently or in the future by, under, through or on behalf of the Diocese or its Estate, and each of their respective successors or assigns, whether known or unknown, in law, at equity or otherwise, whenever and wherever arising under the laws of any jurisdiction, including actions that arise out of or are based on breach of contract, fraudulent conveyances and transfers, breach of fiduciary duty, breach of duty of loyalty or obedience, legal malpractice, recovery of attorneys' fees, turnover of property and avoidance or recovery actions of the Diocese or its Estate, and all other actions that

7

constitute property of the Estate under section 541 of the Bankruptcy Code that are or may be pursued by a representative of the Estate, including pursuant to section 323 of the Bankruptcy Code, and actions, including avoidance actions, that may be commenced by a representative of the Estate under section 362 or chapter 5 of the Bankruptcy Code, seeking relief in the form of damages (actual and punitive), imposition of a constructive trust, turnover of property, restitution, and declaratory relief with respect thereto or otherwise. Without limiting the generality of the foregoing, Estate Causes of Action further include: (a) Claims that on or after the Petition Date may be exclusively asserted by or on behalf of the Diocese or its Estate under applicable law, or that prior to the Petition Date could have been asserted by the Diocese on its own behalf under applicable law; (b) Claims or theories for recovery or remedies that seek to impose liability for a Claim against the Diocese or any non-debtor based on a theory of liability that is not specific to one or more particular creditors and is generally common to creditors of the Diocese and can be asserted by the Diocese under applicable law; and (c) all other Claims that are property of the Estate under the Bankruptcy Code, including any other form of derivative or vicarious liability for liabilities of the Diocese.

1.1.37 "**Extra-Contractual Claim**" means any Claim against any Interstate Released Party seeking any type of relief, other than coverage or benefits, under or with respect to the Diocese Policies. Extra-Contractual Claims include Claims for compensatory, exemplary, or punitive damages, or attorneys' fees, interests, costs, or any other type of relief, alleging any of the following with respect to (a) any Diocese Policy; (b) any Claim allegedly or actually covered under a Diocese Policy; or (c) the conduct of any Interstate Released Party with respect to (a) or (b): (i) bad faith; (ii) failure to provide insurance coverage under any Diocese Policy, including any failure to investigate or to provide a defense or adequate defense; (iii) failure or refusal to compromise and settle any Claim insured under any Diocese Policy; (iv) failure to act in good faith; (v) violation or breach of any covenant or duty of good faith and fair dealing, whether express, implied, or otherwise; (vi) violation of any state insurance codes, state surplus lines statutes or similar codes or statutes; (vii) violation of any unfair claims practices act or similar statute, regulation or code, including any statute, regulation, or code relating to unlawful, unfair, or fraudulent competition, business, or trade practices, and/or untrue or misleading advertising; (viii) any type of misconduct; or (ix) any other act or omission of any type by any Interstate Released Party for which the claimant seeks relief other than coverage or benefits under a Diocese Policy. "Extra-Contractual Claims" further include all Claims relating to any Interstate Released Party's (x) handling of any Claims under the Diocese Policies, (y) conduct in negotiating this Settlement Agreement and/or the Plan, and (z) conduct in the settlement of any Claims. For the avoidance of doubt, Extra-Contractual Claims of the Diocese Parties are included within the property Interstate is purchasing hereunder. For the further avoidance of doubt, ISO Exception claims are not Extra-Contractual Claims.

1.1.38 "**Final Order**" means an order, judgment, or other decree (including any modification or amendment thereof) that remains in effect and has not been reversed, withdrawn, vacated, or stayed, and as to which the time to appeal or seek review, rehearing, or writ of certiorari has expired or, if such appeal, review, or petition for a writ has been taken, (a) it has been resolved and no longer remains pending, or (b) an appeal or review

has been taken timely but such order has not been stayed and the Parties have mutually agreed in writing that the order from which such appeal or review is taken should be deemed to be a Final Order within the meaning of this Settlement Agreement.

1.1.39 "**GMVA**" means the Gender-Motivated Violence Act, New York City, N.Y. Code §10-1104; Int. 2372-2021.

1.1.40 "**Gatekeeper Injunction**" has the meaning set forth in Section 2.2.4.

1.1.41 "**Inbound Contribution Claim**" means any Claim against the Diocese or a Participating Party for contribution, indemnity, equitable indemnity, subrogation, or equitable subrogation, allocation or reallocation, or reimbursement, or any other indirect or derivative recovery, arising from or related to any Abuse Claim.

1.1.42 "**Insurer Contribution Claim**" means any Claim, most commonly expressed in terms of contribution, indemnity, equitable indemnity, subrogation, equitable subrogation, allocation, reallocation, reimbursement, or any other indirect or derivative recovery against a Settling Insurer, by an insurer (including any Non-Settling Insurer) for the payment of money, where such insurer contends that it has paid more than its equitable or proportionate share of a Claim against a Covered Party.

1.1.43 "**Interests**" means all Claims, "interests" as that term is used in 11 U.S.C. §363, and other rights of any nature, whether at law or in equity, including all interests or other rights under New York or any other applicable law.

1.1.44 "**Interstate Released Party**" means Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company and each of their past and present parents, subsidiaries, affiliates, and divisions solely in their respective capacities as such; each of the foregoing Persons' respective past and present parents, subsidiaries, affiliates, holding companies, merged companies, related companies, divisions, and acquired companies; each of the foregoing Persons' respective past and present directors, officers, shareholders, employees, partners, principals, agents, attorneys, joint ventures, joint venturers, representatives, and claims handling administrators solely in their respective capacities as such; and each of the foregoing Persons' respective predecessors, successors, assignors, and assigns, whether known or unknown, solely in their capacities as such, and all Persons acting on behalf of, by, through, or in concert with them. "Interstate Released Party" further includes the reinsurers and retrocessionaries of Interstate, solely in their capacities as such, with respect to the Diocese Policies.

1.1.45 "**Joint Tortfeasor**" means any Person, other than the Diocese or a Participating Party, who is alleged to be a joint tortfeasor with the Diocese and/or any Participating Party in connection with the Abuse or alleged Abuse giving rise to an Abuse Claim.

1.1.46 "**Late-Filed Abuse Claim**" means an Abuse Claim for which the Abuse Claimant filed a proof of Claim after the Claims Bar Date and/or filed an Abuse Action after the CVA revival window closed.

9

1.1.47  "**Medicare Claims**" means any and all Claims relating to Abuse Claims by the Centers for Medicare & Medicaid Services of the United States Department of Health and Human Services and/or any other agent or successor Entity charged with responsibility for monitoring, assessing, or receiving reports made under MMSEA and pursuing Claims under MSPA, including Conditional Payments, Claims for reimbursement of payments made to Abuse Claimants who recover or receive any distribution from the Trust, and Claims relating to reporting obligations.

1.1.48  "**MMSEA**" means section 111 of the "Medicare, Medicaid, and SCHIP Extension Act of 2007 (P.L. 110-173)" which imposes reporting obligations on those Persons with payment obligations under the MSPA.

1.1.49  "**MSPA**" means 42 U.S.C. §1395y et seq., or any other similar statute or regulation, and any related rules, regulations, or guidance issued in connection therewith or amendments thereto, including the regulations promulgated thereunder, found at 42 C.F.R. §411.1 et seq.

1.1.50  "**Non-Participating Abuse Claim**" means an Abuse Claim held by a Non-Participating Abuse Claimant.

1.1.51  "**Non-Participating Abuse Claimant**" means the holder of an Abuse Claim who affirmatively withholds their consent to having their Claim(s) enjoined under the Channeling Injunction and/or released in the manner set forth in the Plan, and who has not, prior to entry of the Plan Confirmation Order, agreed in writing to provide such consent, to grant such releases, and to be treated as a Consenting Abuse Claimant for all purposes.

1.1.52  "**Non-Settling Insurer**" means any insurer that is not a Settling Insurer.

1.1.53  "**Other Catholic Organization**" means any Person (a) who is, or allegedly is, an insured or assured (as a named insured, additional insured, or otherwise) under any of the Diocese Policies and/or (b) who has actually or allegedly acquired or been assigned the right to make a claim for coverage under any of the Diocese Policies, excluding, however, the Diocese, any Parish or School, the Trust, or any Abuse Claimant.

1.1.54  "**Parishes**" means all past and present parishes of or in the Diocese, or under the authority of the Bishop of the Diocese, in their capacity as public juridic persons, including any current parish of or in any other diocese or archdiocese, or under the authority of another diocesan or archdiocesan bishop that was previously a parish of or in the Diocese, or under the authority of the Bishop of the Diocese, together with each corresponding parish corporation formed pursuant to N.Y. Religious Corporations Law § 90 and their respective predecessors, successors, or assigns.

1.1.55  "**Participating Party**" or "**Diocese Participating Party**" means all Parishes, all Schools, and all Other Catholic Organizations and other Persons listed on **Schedule 1** attached hereto.  Neither the Diocese nor any Settling Insurer is a "Participating Party."

10

1.1.56 "**Parties**" has the meaning set forth in the first paragraph of this Settlement Agreement.

1.1.57 "**Person**" means an individual, any corporation, corporation sole, partnership, association, limited liability company, joint stock company, proprietorship, unincorporated organization, joint venture, trust, estate, executor, legal representative, or any other entity or organization, as well as any federal, international, foreign, state, or local governmental or quasi-governmental entity, body, or political subdivision or any agency, department, board or instrumentality thereof, any other Entity, and any successor in interest, heir executor, administrator, trustee, trustee in bankruptcy, or receiver of any Entity and also has the meaning set forth in section 101(41) of the Bankruptcy Code.  For the avoidance of doubt, an Entity is a "Person", as is each of the Protected Parties.

1.1.58 "**Petition Date**" has the meaning set forth in the Recitals.

1.1.59 "**Plan Confirmation Order**" has the meaning set forth in Section 2.3 of this Settlement Agreement.

1.1.60 "**Protected Parties**" means Interstate, all other Settling Insurers, any Settling Insurer Covered Persons, and the Diocese Parties.  For the avoidance of doubt, the Interstate Released Parties and Interstate's Related Parties are Protected Parties.

1.1.61 "**Related Insurance Claim**" means:

a. all Claims, causes of action and enforceable rights against any Interstate Released Party or any of Interstate's Related Persons, whether sounding in contract, tort, or otherwise, including equity and bad faith, held by the Diocese, any Participating Party, or any Abuse Claimant (whether a Consenting Abuse Claimant or a Non-Participating Abuse Claimant) for any reason related to any Abuse Claim asserted or alleged against the Diocese or any Participating Party (whether a Consenting Abuse Claim or a Non-Participating Abuse Claim), including those for (i) indemnity and payment of any such Abuse Claim; (ii) any failure or refusal to provide insurance coverage for any such Abuse Claim under any Diocese Policy; (iii) any tortious or wrongful claims handling including the failure or refusal to timely compromise and settle any such Abuse Claims against the Diocese or any Participating Party pursuant to any Diocese Policy; (iv) to the extent not otherwise encompassed by section (iii) above, failure or refusal to reasonably settle such Abuse Claims; and (v) the interpretation or enforcement of the terms of any Diocese Policy as it pertains to any of the foregoing;

b. all Extra-Contractual Claims, against any Interstate Released Party or any of Interstate's Related Persons; and

c. all other Claims and causes of action against any Interstate Released Party or any of Interstate's Related Persons that are under, arise out of, relate (directly or indirectly) to, or connect in any way with the Diocese Policies (but excluding any ISO Exception claims).

21612479.v6

1.1.62 "**Related Person**" means, with respect to any Person, such Persons' predecessors, successors, assigns, and present and former shareholders, members, affiliates, subsidiaries, employees, agents, brokers, adjusters, managing agents, claims agents, underwriting agents, administrators, officers, directors, trustees, partners, attorneys, financial advisors, accountants, and consultants, each in their capacities solely as such.

1.1.63 "**School**" means a past or present Catholic school owned by the Diocese or any Participating Party, including those identified as such on **Schedule 1** hereto.

1.1.64 "**Settlement Amount**" means the sum of Thirty-Five Million Dollars and Zero Cents ($35,000,000) to be paid by Interstate after satisfaction of all conditions precedent herein.  The Settlement Amount shall be paid by wire transfer in immediately available US funds to the Trust established by the Plan.

1.1.65 "**Settlement Agreement Effective Date**" means the day following the date on which all of the following have occurred: (a) all Parties have executed this Settlement Agreement; (b) the Approval Order shall have become a Final Order; (c) the Plan Confirmation Order shall have become a Final Order; and (d) the Trust shall have been created pursuant to the Plan.

1.1.66 "**Settling Insurer**" means LMI, Catholic Mutual, Excelsior, TIG, The National Catholic Risk Retention Group, Utica Mutual, Nationwide, Hartford, Hanover (each as defined in the Plan), Interstate, and any other insurer that is party to an insurance settlement agreement with the consent of the Committee and the Diocese.  A Settling Insurer's Related Persons and a Settling Insurer's Released Parties shall receive the benefits and protections afforded to a Settling Insurer under the Plan, and Interstate's Related Persons and Interstate's Released Parties shall receive the benefits and protections afforded to Interstate under this Agreement; *provided*, *however*, that if such Related Person is a Related Person by virtue of being a predecessor, successor, and assign of a Settling Insurer, such Related Person shall only receive the benefits and protections afforded to a Settling Insurer under the Plan (or, as applicable, afforded to Interstate under this Agreement) to the extent that: (a) such predecessor's liability was assumed by the Settling Insurer, and not independent of the liability of such Settling Insurer; and (b) such successor's or assign's liability is derivative of the liability of the Settling Insurer and not independent of the liability of the Settling Insurer.

1.1.67 "**Settling Insurer Policies**" means, collectively, (a) the Diocese Policies and (b) all other insurance policies (or coverage parts of those policies) that are canceled, settled, or sold back to a Settling Insurer pursuant to one or more insurance settlement agreements with the Settling Insurers.

1.1.68 "**Settling Insurer Covered Person**" means any Person that has or may have a Claim to insurance coverage under a Settling Insurer Policy.

1.1.69 "**Sexual Abuse Exclusion**" means the insurance policy exclusion in substantially the form set forth in **Exhibit C** hereto.

1.1.70 "**Supplemental Injunction**" or "**Settling Insurer Injunction**" has the meaning set forth in Section 2.2.3 of this Settlement Agreement.

1.1.71 "**Time-Bar Exclusion**" means the insurance policy exclusion in substantially the form set forth in **Exhibit D** hereto.

1.1.72 "**Tort Action**" means any lawsuit brought by any Abuse Claimant as plaintiff against any Person seeking judgment and/or damages relating in any way to alleged Abuse, including, without limitation, any Abuse Action.

1.1.73 "**Tort Defendant**" means any Person who is named as a defendant in any Tort Action.

1.1.74 "**Trust**" means any trust to be established pursuant to the Plan to which the Channeled Claims are channeled.

1.1.75 "**Trust Documents**" means the agreement establishing the Trust and its exhibits and attachments, any trust distribution or claims resolution procedures or protocols, instruments, and other documents that are reasonably necessary or desirable in order to implement the provisions of the Plan that relate to the creation, administration, and funding of the Trust.

1.1.76 "**Trustee**" means the individual appointed by the Bankruptcy Court to act as the initial trustee of the Trust pursuant to the terms of the Trust Documents, along with any successor trustee appointed in accordance with the Trust Documents.

1.1.77 "**Unknown Abuse Claim**" means any Claim asserted against the Diocese and/or a Participating Party, or otherwise presented to the Trust based upon Abuse that occurred prior to the Petition Date and which is not (a) filed with the Bankruptcy Court by the Claims Bar Date, (b) a timely Abuse Action commenced on or before the Bankruptcy Plan Effective Date, or (c) otherwise deemed timely filed as of the Bankruptcy Plan Effective Date pursuant to the Plan or by order of the Bankruptcy Court. For the avoidance of doubt and notwithstanding anything to the contrary herein, "Unknown Abuse Claim" includes Abuse Claims that are revived pursuant to any law, statute, or binding precedential decision passed or issued on or after the Bankruptcy Plan Effective Date.

1.1.78 "**Unknown Claims Representative**" means Michael R. Hogan, in his capacity as the "Unknown Claims Representative" (as defined and set forth in the *Order Approving Employment and Retention of Michael R. Hogan as Unknown Claims Representative* [Dkt. No. 2484]), or any duly appointed successor.

1.1    Capitalized terms not defined in this Section 1 or elsewhere in this Settlement Agreement shall have the meanings given to them in the Bankruptcy Code or the Plan.

## 2.    THE BANKRUPTCY CASE AND PLAN OF REORGANIZATION

2.1    On or before July 1, 2025, the Diocese shall file a motion in the Bankruptcy Court (the "**Approval Motion**") that seeks the entry of an order in substantially the form attached as

**Exhibit A** to this Settlement Agreement, or otherwise in form and substance acceptable to Interstate in its sole discretion (the "**Approval Order**"), that: (a) approves this Settlement Agreement, including Interstate's buyback of the Diocese Policies and the Extra-Contractual Claims of the Diocese Parties free and clear of all Interests, and otherwise authorizes the Parties to undertake the settlement and the transactions contemplated by this Settlement Agreement, in each case pursuant to sections 363(b), (f), and (m) of the Bankruptcy Code and any other applicable provisions of the Bankruptcy Code; (b) contains the Supplemental Injunction and, subject to and conditioned upon the Settlement Agreement Effective Date, bars all Barred Claims against the Interstate Released Parties, Interstate's Related Persons, and the property and assets of each; (c) provides that this Settlement Agreement is binding on the Diocese Parties, all other Diocese Parties, any Trust created in the Bankruptcy Case(s), and any successors of the foregoing; and (d) provides, subject to and conditioned upon the Settlement Agreement Effective Date, that the Approval Order is binding on all Persons (including, for the avoidance of doubt, all Persons set forth in the foregoing (c) and all other Diocese Parties).

2.1.1   The Diocese shall provide written notice of the Approval Motion, which notice shall be in form and substance acceptable to Interstate, to all of the following: (a) all Abuse Claimants known to, or reasonably ascertainable by, the Diocese Parties; (b) the Participating Parties (and, to the extent not captured by the foregoing, any Other Catholic Organizations); (c) the Committee; (d) the Unknown Claims Representative; (e) all other Persons that must be served with written notice under FED. R. BANKR. P. 2002, including all Persons who have filed notices of appearance in the Bankruptcy Case; (f) all Persons known or believed by the Diocese to have provided general or professional liability insurance to the Diocese Parties; (g) to the extent not captured in (f), all Non-Settling Insurers; and (h) CMS and all Persons set forth on **Schedule 2** and **Schedule 3** hereof.  The Diocese shall serve all Abuse Claimants identified above at the address shown on their proofs of claim or to their counsel of record or, if no proof of claim was filed, then at the address on the Diocese's schedules or other files and records of the Diocese or otherwise maintained by Stretto, the appointed claims and noticing agent.  The Diocese will provide a draft service list of the foregoing for Interstate's review and comment.

2.1.2   The Diocese shall publish notice of the Approval Motion (a) at least once in The New York Times, The Post-Standard, Democrat & Chronicle, The Observer Dispatch, The Binghamton Press and Sun Bulletin, Times Union, The Catholic Sun, North Country Catholic, and The Evangelist; and (b) otherwise in accordance with any order entered on the *Motion for Entry of an Order Approving the Form and Manner of Notice of the Diocese's Motion to Approve Proposed Insurance Settlements* [Dkt. No. 2927].

2.1.3   If any Person files an objection to the Approval Motion, the Diocese shall consult with Interstate in connection with filing any written response thereto.  The Diocese shall take commercially reasonable steps to defend against any objection, appeal, petition, motion, or other challenge to the Bankruptcy Court's entry of the Approval Order.  Interstate will cooperate with the Diocese, including making commercially reasonable submissions.

2.2   Any amendments or modification to the Bankruptcy Plan, including all exhibits, schedules, and related documents, shall be in all respects consistent with this Settlement

Agreement and shall not deprive any Interstate Released Party of any right or benefit under this Settlement Agreement or otherwise adversely affect the Interests of any Interstate Released Party under this Settlement Agreement without Interstate's written consent.  Without limiting the foregoing, the Bankruptcy Plan shall at least provide the following:

2.2.1    The Plan shall create a Trust which shall be responsible for making any and all payments to the Abuse Claimants entitled to receive payment under the Plan and which shall assume all liability for Channeled Claims.

2.2.2    The Plan shall include an injunction in substantially the form attached as **Exhibit B-1** to this Settlement Agreement (the "**Channeling Injunction**"), with only such modifications as are acceptable to the Settling Insurers and the Diocese Parties, pursuant to sections 105 and 1123 of the Bankruptcy Code, barring and permanently enjoining all Persons who have held or asserted, or may in the future hold or assert, Claims from taking any action, directly or indirectly for purposes of asserting, enforcing, or attempting to assert or enforce against any Protected Party any Channeled Claim and channeling such Channeled Claims to the Trust as the sole and exclusive source of payment of any such Channeled Claims.

2.2.3    The Plan shall ratify an injunction in substantially the form included in Paragraph 19 of the attached **Exhibit A** to this Settlement Agreement (the "**Supplemental Injunction**") to this Settlement Agreement, with only such modifications as are acceptable to the Settling Insurers, pursuant to sections 105(a), 363(b), (f), and (m) of the Bankruptcy Code, barring and permanently enjoining all Persons or Entities who have held or asserted, or may in the future hold or assert, Claims from taking any action, directly or indirectly for purposes of asserting, enforcing, or attempting to enforce any Barred Claim against any Interstate Released Parties, any of Interstate's Related Persons, or the property or assets of each.

2.2.4    The Plan shall include an injunction in substantially the form attached as **Exhibit B-2** to this Settlement Agreement (the "**Gatekeeper Injunction**"), with only such modifications to the Gatekeeper Injunction as are acceptable to the Settling Insurers, pursuant to sections 105(a) and 1123 of the Bankruptcy Code, requiring all Persons that seek to assert against any Protected Party a Channeled Claim, Barred Claim, or any other Claim arising out of or relating to Abuse to move the Bankruptcy Court for (a) a determination that such Claim is colorable and (b) authorization to pursue such Claim.

2.2.5    The Plan shall incorporate by reference this Settlement Agreement,  and the releases contained herein and shall make this Settlement Agreement part of the Plan as if set forth fully within the Plan.

2.2.6    The Plan and the Trust Documents shall provide that as a condition to receiving payment from the Trust, all Abuse Claimants shall provide a written release in favor of the Protected Parties from (a) all Channeled Claims and (b) with respect to the Interstate Released Parties, all Barred Claims, which release shall be in form and substance acceptable to the Settling Insurers and shall be effective as to the Interstate Released Parties upon the later to occur of (i) the date the such release is signed by an Abuse Claimant and

15

(ii) the Settlement Agreement Effective Date.  Once the Settlement Agreement Effective Date occurs, signed copies of such releases shall be provided to Interstate upon its request.

2.2.7    The Plan shall provide that the Trust shall defend, indemnify, and hold harmless the Interstate Released Parties and Interstate's Related Persons from all Channeled Claims and Barred Claims, subject to the limitations set forth in Section 7.2 of this Settlement Agreement.

2.2.8    The Plan shall provide that (collectively, as follows, the "**Controlling Document Provision**") in the event of a conflict between (a) the Settlement Agreement, on the one hand, and (b) the Plan, on the other, the terms of the Settlement Agreement shall control and govern; and in the event of a conflict between (y) the Approval Order, on the one hand, and (z) the Plan Confirmation Order, on the other, the terms of the Approval Order shall control and govern.

2.2.9    The Plan shall provide that, by no later than ten (10) days after occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, the Diocese or the Trust (as applicable) shall dismiss Interstate from the Adversary Proceeding with prejudice.

2.3    The Diocese shall seek and obtain entry of an order from the Bankruptcy Court, which order shall be in form and substance acceptable to the Settling Insurers, that: (a) approves the Plan pursuant to section 1129 of the Bankruptcy Code and any other applicable provision of the Bankruptcy Code; (b) contains the Channeling Injunction; (c) ratifies the Supplemental Injunction; (d) contains the Gatekeeper Injunction; (e) provides that this Settlement Agreement is binding on any Trust created in the Bankruptcy Case, the Diocese Parties, and any successors of the Trust or the Diocese; (f) provides all protections to the Interstate Released Parties against Channeled Claims and Barred Claims that are afforded to other Settling Insurers under the Plan; (g) contains the Controlling Document Provision; and (h) provides that the Bankruptcy Court shall (i) not grant relief from the automatic stay for any Claims that actually, allegedly, or potentially implicate any of the Settling Insurer Policies, and (ii) reinstate the automatic stay if the automatic stay had previously been lifted for any Claims that actually, allegedly, or potentially implicate any of the Settling Insurer Policies, unless and until the confirmation order is reversed, and such reversal becomes a Final Order (the "**Plan Confirmation Order**").

2.3.1    The Plan and the Plan Confirmation Order must be in all respects consistent with this Settlement Agreement and must not contain any provisions that diminish or impair the benefit of this Settlement Agreement to the Interstate Released Parties without Interstate's written consent.

2.3.2    In seeking to obtain the Plan Confirmation Order, the Diocese must: (a) seek a confirmation hearing on an appropriately timely basis; (b) urge the Bankruptcy Court to overrule any objections and confirm the Plan; and (c) take reasonable steps to defend against any objection, appeal, petition, motion, or other challenge to the Bankruptcy Court's entry of the Plan Confirmation Order.

2.3.3    Prior to entry of the Plan Confirmation Order, the Diocese shall oppose any motion to lift any stay pursuant to section 362 of the Bankruptcy Code as to any Abuse Claim that (a) is asserted against any Diocese Party and (b) implicates, or is reasonably likely to implicate, any Diocese Policies (including by alleging Abuse that took place during any policy period of any Diocese Policy).  If, prior to the Plan Confirmation Order becoming a Final Order, the Bankruptcy Court allows any Person to prosecute any such Abuse Claim, the Diocese Parties shall defend themselves against such Abuse Claims and comply with the terms of any order of the Bankruptcy Court, and Interstate's rights and obligations relating to such litigation shall be determined by, and subject to, the terms and conditions of the Diocese Policies, this Settlement Agreement, and any applicable orders of the Bankruptcy Court.

2.4    The Trust Documents shall require the Trust to register as a Responsible Reporting Entity under the reporting provisions of §111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (Pub. L. 110- 173) ("**MMSEA**").

2.5    The Trust Documents shall require the Trust, at its sole expense, to timely submit all reports that are required under MMSEA on account of any claims settled, resolved, paid, or otherwise liquidated and to follow all applicable guidance published by the Centers for Medicare & Medicaid Services of the United States Department of Health and Human Services and/or any other agent or successor entity charged with responsibility for monitoring, assessing, or receiving reports made under MMSEA (collectively, "**CMS**") to determine whether or not, and, if so, how, to report to CMS pursuant to MMSEA.

2.6    The Trust Documents shall require the Trust to obtain, prior to remittance of funds to claimants' counsel, or to the claimant, if pro se, in respect of any Abuse Claim, a certification from the claimant to be paid that said claimant (or said claimant's authorized representative) has or will provide for the payment and/or resolution of any obligations owing or potentially owing under 42 U.S.C. §1395y(b), or any related rules, regulations, or guidance, in connection with, or relating to, such Abuse Claim.

2.7    The Diocese Parties will undertake commercially reasonable actions to cooperate with Interstate in connection with responding to any inquiry from Interstate's regulators, auditors, reinsurers, or retrocessionaires.

2.8    From and after the execution date of this Settlement Agreement, unless otherwise terminated, the Diocese and Interstate shall cease all litigation activities (and shall not initiate any new litigation activity) against each other in the Bankruptcy Case, including that Interstate will not object to any proposed Plan consistent with this Settlement Agreement, nor serve or compel any discovery in connection with the Bankruptcy Case, the Adversary Proceeding, or any other potential adversary proceedings and contested matters; *provided that*: (y) neither the Diocese nor the Committee shall include any provision in any Plan that adversely affects the rights or benefits of the Interstate Released Parties or Interstate's Related Persons under this Settlement Agreement, or that otherwise violates, or is contrary to, the agreements and covenants contained in this Settlement Agreement without Interstate's written consent; and (z) neither the Diocese nor the Committee shall act, or fail to act, in such a way that otherwise violates, or is contrary to, the agreements and covenants contained in this Settlement Agreement, without Interstate's written

17

consent, *provided, however*, that the Committee will not be required to object or otherwise respond to any pleading filed by or on behalf of an Abuse Claimant individually and without the involvement of the Committee.  Notwithstanding the foregoing, the Interstate Released Parties (and Interstate's Related Persons) may participate in the Bankruptcy Case for the purpose of supporting or enforcing any of the terms of this Settlement Agreement and protecting their rights.

2.9     The Parties shall each bear, as to each other only, their own costs, expenses, and counsel and professional fees in the Bankruptcy Case.

2.10    The Parties covenant not to sue each other until the earlier of: (a) the occurrence of (i) the Settlement Agreement Effective Date and (ii) Interstate's remittance of the Settlement Payment, at which time this covenant is superseded by the releases provided in Section 4; and (b) the date on which this Settlement Agreement is terminated.

2.11    Upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, Interstate shall have no obligation to pay, handle, object, or otherwise respond to any Claim against the Diocese Parties; and the Diocese Parties (i) will withdraw, and shall be deemed to have withdrawn, all outstanding tenders of Claims to the Interstate Released Parties for defense and indemnity; (ii) will not tender any Claims to the Interstate Released Parties; and (iii) will not request that the Interstate Released Parties fund any judgments, settlements, or defense costs.

2.12    By no later than ten (10) days after occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, the Diocese or the Trust (as applicable) shall dismiss Interstate from the Adversary Proceeding with prejudice.

## 3.    PAYMENT OF THE SETTLEMENT AMOUNTS

3.1     By no later than thirty (30) days after the Settlement Agreement Effective Date, Interstate shall pay the Settlement Amount to the Trust; *provided, however*, if the 30th day following the Settlement Agreement Effective Date is not a Banking Day, then Interstate shall pay the Settlement Amount to the Trust on the next day that is a Banking Day.

3.2     The delivery of the Settlement Amount to the Trust shall be in full and final settlement of all responsibilities under and arising out of the Diocese Policies, and in consideration of the amendment(s) of the Diocese Policies as set forth in Section 3.3 below, the sale of the Diocese Policies and the Extra-Contractual Claims of the Diocese Parties back to Interstate free and clear of all Claims and Interests of any Person, and the other releases provided herein.

3.3     Subject to the occurrence of the Settlement Agreement Effective Date, the Parties agree: (a) the Settlement Amount is the total amount that Interstate or any Interstate Released Party is obligated to pay on account of any and all Claims under, arising out of, relating to, or in connection with the Diocese Policies (including Channeled Claims, Barred Claims, and any reimbursement obligations for Conditional Payments under the MSPA); (b) under no circumstance will the Interstate Released Parties ever be obligated to make any additional payments to or on behalf of anyone in connection with the Diocese Policies, including any payments in connection with amounts allegedly owed under the MSPA or in connection with any Claims, including any

Channeled Claims and Barred Claims (but excluding any ISO Exception claims); (c) under no circumstance will the Interstate Released Parties ever be obligated to make any additional payments to or on behalf of the Diocese Parties or any Abuse Claimants in connection with the Diocese Policies or otherwise with respect to any Claims that, directly or indirectly, arise out of, relate to, or are in connection with any Abuse Claims or any of the Diocese Policies (but excluding any ISO Exception claims), including any Channeled Claims and Barred Claims; (d) all limits of liability of the Diocese Policies, regardless of how the Diocese Policies identify or describe those limits, including all per person, per occurrence, per claim, "each professional incident," per event, per accident, total, and aggregate limits, shall be deemed fully and properly exhausted; and (e) immediately prior to Interstate's buyback of the Diocese Policies and Extra-Contractual Claims of the Diocese Parties as further described in Section 4.4 below, the Diocese Policies shall be amended by endorsement to include the Sexual Abuse Exclusion and the Time-Bar Exclusion, applicable in each case to all Unknown Abuse Claims, and shall further be amended by endorsement to include the Cancellation Endorsement.   The Parties further agree that the Settlement Amount includes the full purchase price of the Diocese Policies and Extra-Contractual Claims of the Diocese Parties and consideration for the releases and other protections afforded by this Settlement Agreement.

3.4    The Parties represent and agree that (a) the consideration to be provided by Interstate pursuant to this Settlement Agreement constitutes a fair and reasonable compromise and exchange for the consideration granted to the Interstate Released Parties in this Settlement Agreement (including the releases set forth below), and (b) the consideration to be provided by the Diocese Parties to the Interstate Released Parties pursuant to this Settlement Agreement (including the releases set forth below) constitutes a fair and reasonable compromise and exchange for the consideration granted to the Diocese Parties in this Settlement Agreement.  The Interstate Released Parties are not acting as volunteers, and the Settlement Amount reflects potential liabilities and obligations to the Diocese Parties of the amount Interstate allegedly is obligated to pay.

3.5    Each of the Participating Parties: (i) consents to the sale of the Diocese Policies and the Extra-Contractual Claims of the Diocese Parties free and clear of all Interests and Claims of all Persons, including, without limitation, the Participating Parties in accordance with the terms of this Settlement Agreement, and (ii) agrees and acknowledges that the contribution of the proceeds from such sale and settlement to the Trust, as provided in the Plan and this Settlement Agreement, is a fair and reasonable compromise and exchange for value and constitutes reasonable and adequate consideration for any Interest or Claim the Participating Parties may have in the Diocese Policies.

3.6    The Parties further agree that they have attempted to resolve the matters set forth herein in compliance with both state and federal law, and believe that the settlement terms adequately consider CMS's interest and do not reflect any attempt to shift responsibility for payment of medical expenses to CMS pursuant to 42 U.S.C. § 1395y(b).  The Parties acknowledge, understand, and agree that any present or future action or decision by CMS, including actions regarding an Abuse Claimant's eligibility or entitlement to receive Medicare or Medicare payments, will not render this Settlement Agreement (including the releases set forth in it) void or ineffective, or in any way affect the finality of this Settlement Agreement.  The Trust is responsible for all future medical payments, including any and all claims by CMS and/or CMS contractors that

have been or may be in the future arising out of, relating (directly or indirectly) in any way to, or in connection with this Settlement Agreement.

## 4. RELEASES AND SALE FREE AND CLEAR

4.1     Upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, with no further action being required, the Diocese Parties fully, finally, and completely remise, release, acquit, and forever discharge the Interstate Released Parties and Interstate's Related Persons from any and all past, present, and future: (a) Claims that, directly or indirectly, are under, arise out of, relate to, or connect with the Diocese Policies or Claims that are covered or alleged to be covered under the Diocese Policies, including any Channeled Claims, Barred Claims, reimbursement obligations for Conditional Payments under the MSPA, and all Claims that, directly or indirectly, arise from, relate to, or are in connection with the Abuse Claims or the Bankruptcy Case; and (b) Estate Causes of Action; *provided*, *however*, that nothing in this Agreement shall serve as a release of any party, including without limitation Interstate, Allianz Resolution Management, Insurance Services Office, or any of their respective Related Persons regarding disclosure of any information from any Sexual Abuse Proof of Claim Form (as defined in the *Bar Date Order Establishing April 15, 2021 as the Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 214]).  All parties' rights regarding such claims are reserved (the "**ISO Exception**").  The Diocese Parties further acknowledge, stipulate, and agree that (y) the releases in this Section 4.1 specifically include all Unknown Abuse Claims and demands that are based in whole or in part on Unknown Abuse Claims and (z) **with respect to all Claims released under this Section 4.1, the Diocese Parties waive any and all provisions, rights, and benefits conferred by Cal. Civ. Code 1542 or any law of any state of the United States, or any principle of common law, which is similar, comparable, or equivalent to Cal. Civ. Code 1542, which provides: "a general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release, that, if known by him or her, would have materially affected his or her settlement with the debtor or released party."**

4.2     Upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, and with no further action being required, Interstate shall fully, finally, and completely remise, release, acquit, and forever discharge the Diocese Parties from any and all past, present, and future Claims that, directly or indirectly, arise out of, relate to, or are in connection with the Diocese Policies, including any Channeled Claims, Barred Claims, and reimbursement obligations for Conditional Payments under the MSPA, and all Claims that, directly or indirectly, arise from, relate to, or are in connection with the Abuse Claims or the Bankruptcy Case, but not including the ISO Exception claims.

4.3     Upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, none of the Diocese Parties shall assert against the Interstate Released Parties any Claim with respect to any matter, conduct, transaction, occurrence, fact, or other circumstance that, directly or indirectly, arises out of, relates to, or is in connection with any of the Diocese Policies, any Channeled Claim, any Barred Claim, or any other matter released pursuant to Sections 4.1 and 4.2 above.

4.4     Upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, and following the amendment(s) of the Diocese Policies as set forth in Section 3.3 above, Interstate hereby buys back the Diocese Policies and Extra-Contractual Claims of the Diocese Parties, free and clear of all Claims and Interests of all Persons, including all Claims and Interests of: the Diocese Parties and any other Person claiming coverage by, through, or on behalf of any of the Diocese Parties; any Covered Party; any other insurer (including Non-Settling Insurers); and any Abuse Claimant (whether a Consenting Abuse Claimant or Non-Participating Abuse Claimant), Tort Defendant, Joint Tortfeasor, or any other holder of a Barred Claim.  This sale is pursuant to section 363(b), (f), and (m) of the Bankruptcy Code.  The Parties acknowledge and agree, and the Approval Order shall find and conclude, that upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount: (i) Interstate is a good faith purchaser of the Diocese Policies and Interests therein, including the Extra-Contractual Claims of the Diocese Parties, within the meaning of section 363(m) of the Bankruptcy Code; (ii) the consideration exchanged constitutes a fair and reasonable settlement and compromise of the Parties' disputes and of their respective rights and obligations relating to the foregoing Diocese Policies and Interests therein (including the Extra-Contractual Claims of the Diocese Parties) and constitutes reasonably equivalent value; (iii) the releases in this Settlement Agreement and the policy buyback comply with the Bankruptcy Code and applicable nonbankruptcy law; (iv) the Diocese Policies and Interests therein shall be terminated and of no further force and effect; (v) Interstate's payment of the Settlement Amount constitutes Interstate's full and complete performance of any and all obligations under the Diocese Policies, including any performance owed to the Diocese Parties, and exhausts all limits of liability of the Diocese Policies; (vi) all Claims or Interests the Diocese Parties may have had, may presently have, or in the future may have in the Diocese Policies are released pursuant to the terms of this Settlement Agreement; and (vii) the Diocese Parties accept the Settlement Amount in full and complete compromise and satisfaction of all Interstate's past, present, and future obligations, including any obligations to any of the Diocese Parties under such Diocese Policies or arising therefrom, as to any and all Claims for insurance coverage or policy benefits of any nature whatsoever that are under, arise out of, relate (directly or indirectly) to, or connect in any way with the Diocese Policies (including without limitation Coverage Claims and Related Insurance Claims), whether legal or equitable, known or unknown, suspected or unsuspected, fixed or contingent, and regardless of whether or not such Claims arise from, relate to, or are in connection with the Abuse Claims, Channeled Claims, Barred Claims, the Bankruptcy Case, or otherwise.

4.5     The Diocese Parties represent and warrant that all of the releases and other benefits provided in this Settlement Agreement by the Diocese Parties to Interstate are at least as favorable as the releases and other benefits that the Diocese Parties have provided to any other one of the Settling Insurers in the Bankruptcy Case.  If the Diocese Parties enter into any agreement with any other one of the Settling Insurers in the Bankruptcy Case that provides that insurer with releases or other benefits that are more favorable than those contained in this Settlement Agreement, then the applicable Diocese Party shall notify Interstate promptly of the existence of such more favorable releases or benefits and this Settlement Agreement shall be deemed to be modified to provide Interstate with those more favorable releases or benefits.

4.6     Notwithstanding anything in this Settlement Agreement, nothing in this Settlement Agreement is intended to or shall be construed to apply to or have any effect on the Interstate Released Parties' right to reinsurance recoveries under any reinsurance treaties, certificates, or

21

contracts that cover losses arising under or in connection with the Diocese Policies or any other binder, certificate, or policy of insurance issued by Interstate.

4.7    Notwithstanding anything in this Settlement Agreement, nothing in this Settlement Agreement is intended to or shall be construed to release any Claims that any Interstate Released Party has or might have against any Non-Settling Insurer, except that, to the extent such other insurers have agreed or in the future agree to release any Claims against the Interstate Released Parties arising out of or related in any way to the Abuse Claims, then the Interstate Released Parties also release such Claims against such other insurers to the same extent.

4.8    This Section 4 is not intended to, and shall not be deemed or construed to, release, waive, relinquish, or otherwise affect the Parties' rights and obligations under this Settlement Agreement.

## 5.    TERMINATION OF AGREEMENT

5.1    The Parties may terminate this Settlement Agreement by mutual agreement in writing.

5.2    Each of the Diocese or Interstate may terminate this Settlement Agreement upon thirty (30) days written notice to the other Party in the event of any of the following occurs prior to the Settlement Agreement Effective Date:  (a) the Approval Order and the Plan Confirmation Order are not entered within six (6) months from the date on which the Settlement Agreement is executed by all the Parties; (b) the Bankruptcy Court enters an order that becomes a Final Order that (i) denies the Approval Motion or (ii) is contrary to or inconsistent with the Approval Order or the Plan Confirmation Order; (c) a plan (other than the Plan at Docket No. [_____]) that is contrary to or inconsistent with this Settlement Agreement is confirmed; or (d) the Bankruptcy Case is dismissed or converted to a case under chapter 7 of the Bankruptcy Code.

5.3    Each of the Diocese or Interstate may terminate this Settlement Agreement upon fifteen (15) days' written notice to the other if the Plan at Docket No. [_____] is withdrawn or revoked by the Diocese or the Committee before the Plan Confirmation Order is entered by the clerk of the Bankruptcy Court on the Court's docket.

5.4    Interstate may terminate this Settlement Agreement upon fifteen (15) days written notice to the Diocese if the Diocese or the Committee files a plan contrary to or inconsistent with the Plan at Docket No. [_____] or this Settlement Agreement.

5.5    In the event of termination pursuant to this Section 5, unless the Parties agree otherwise in writing, all Parties shall retain all of their Interests, rights, and obligations relating to the Diocese Policies as if this Settlement Agreement never existed.

## 6.    REPRESENTATIONS AND WARRANTIES OF THE PARTIES

6.1    The Parties separately represent and warrant as follows:

6.1.1    To the extent it is a corporation, including a non-profit, religious, or charitable corporation, or other legal entity, each Party has the requisite power and

authority to enter into this Settlement Agreement and to perform the obligations contemplated by this Settlement Agreement, subject only to approval of the Bankruptcy Court; and

      6.1.2   This Settlement Agreement has been thoroughly negotiated and analyzed by counsel to the Parties and executed and delivered in good faith pursuant to arm's length negotiations and for value and valuable consideration.

6.2     The Diocese Parties represent and warrant that they have not assigned, and will not assign, any Interests or Claims in the Diocese Policies to any Person.

6.3     The Diocese Parties represent and warrant that, to the best of their knowledge, the Diocese Parties are the owners of the Diocese Policies, and that no other Person has legal title to the Diocese Policies.

6.4     The Diocese Parties represent and warrant that, except with respect to any actions they may have previously undertaken in connection with the Bankruptcy Case, the Adversary Proceeding, or their participation in mediation ordered by the Bankruptcy Court, they have not in any way assisted, and shall not in any way assist, any Person in the establishment or pursuit of any Claim, including any Channeled Claim or Barred Claim, against the Interstate Released Parties.

6.5     The Diocese represents and warrants that actual notice of the Approval Motion will be sent in accordance with Section 2.1.1 hereof, and as otherwise ordered by the Bankruptcy Court. The Diocese further represents and warrants that it will use commercially reasonable efforts to comply with any other requirements imposed by the Bankruptcy Court with respect to the Approval Motion.

6.6     The Diocese Parties and Interstate, respectively, represent and warrant that they have completed a reasonable search for evidence of any policy of insurance issued by Interstate to the Diocese or any other Diocese Party that would afford coverage with respect to any Abuse Claim. Other than the policies or alleged policies identified in **Schedule 4**, no such policies have been identified. Notwithstanding the foregoing, nothing in this Settlement Agreement, including the Schedules or Exhibits hereto, shall be construed as or deemed to be an admission or evidence that any binder, certificate, or policy of insurance was in fact issued or affords coverage in connection with any Abuse Claims.

6.7     The Diocese represents and warrants that all known insureds under the Diocese Policies other than any individuals are listed on **Schedule 6** hereto.

6.8     The Diocese represents and warrants that, to the best of the Diocese's knowledge, information, and belief, the form and manner of notice on confirmation of the *Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York* [Dkt. No. 2337] was materially consistent with the form and manner of notice approved in the *Order (I) Approving Disclosure Statement; (II) Approving Solicitation Packages and Distribution Procedures; (III) Approving the Forms of Ballots and Establishing Procedures for Voting on Fifth Amended Joint Plan and Consenting to Third Party Releases; (IV) Approving the Form, Manner, and Scope of Confirmation Notices; (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of Fifth Amended Joint*

*Plan; and (VI) Granting Related Relief* [Dkt. No. 2398], as set forth in the Certificate of Service and Certificate of Publication filed by Stretto [Dkt. Nos. 2411 and 2445, respectively].

## 7.    ACTIONS INVOLVING THIRD PARTIES

7.1    For purposes of supporting the releases granted in Section 4 and the extinguishment of any and all rights under the Diocese Policies resulting from the purchase and sale thereof contemplated by this Settlement Agreement, the Parties hereby agree as follows:

7.1.1    From and after (i) the occurrence of the Settlement Agreement Effective Date, and (ii) Interstate's payment of the Settlement Amount, if any other insurer of the Diocese obtains a judicial determination or binding arbitration award that it is entitled to obtain a sum certain from any Interstate Released Party as a result of a claim for contribution, subrogation, indemnification, or other similar Claim for an Interstate Released Party's alleged share or equitable share, or to enforce subrogation rights, if any, with respect to the defense or indemnity obligation of any Interstate Released Party for any Claims or reimbursement obligations for Conditional Payments released or resolved pursuant to this Settlement Agreement, the Diocese Parties, and the Trust shall voluntarily reduce any judgment or Claim against, or settlement with, such other insurers to the extent necessary to satisfy such contribution, subrogation, indemnification, or other Claims against such Interstate Released Party.  To ensure that such a reduction is accomplished, each Interstate Released Party shall be entitled to assert this Section 7 as a defense to any action against it brought by any other insurer for any such portion of the judgment or Claim and shall be entitled to request that the court or appropriate tribunal issue such orders as are necessary to effectuate the reduction to protect such Interstate Released Party from any liability for the judgment or Claim.  Moreover, if a Non-Settling Insurer asserts that it has a Claim for contribution, indemnity, subrogation, or similar relief against any Interstate Released Party, such Claim may be asserted as a defense against a Claim by the Diocese Parties, or the Trust in any coverage litigation (and the Diocese Parties, and/or the Trust may assert the legal and equitable rights of such Interstate Released Party in response thereto); and to the extent such a Claim is determined to be valid by the court presiding over such action, the liability of such Non-Settling Insurer to the Diocese Parties or the Trust shall be reduced dollar for dollar by the amount so determined.

7.1.2    Unless this Settlement Agreement is terminated, Interstate shall not seek reimbursement for any payments it makes under this Settlement Agreement under theories of contribution, subrogation, indemnification, or similar relief from any other Settling Insurer unless that other insurer first seeks contribution, subrogation, indemnification, or similar relief from Interstate.  Notwithstanding the foregoing, nothing in this Settlement Agreement, the Approval Order or the Plan Confirmation Order shall be construed as prohibiting Interstate from seeking recovery (including with respect to the Settlement Amount or otherwise) from its reinsurers or retrocessionaires in their capacity as such. The Diocese shall use commercially reasonable efforts to obtain from all Settling Insurers agreements substantially identical to those contained in this Section 7.1 and shall use commercially reasonable efforts to obtain similar agreements from any other insurer with which it settles in the future; *provided, however*, that the failure of the Diocese, despite its commercially reasonable efforts, to obtain such an agreement from any insurer with which

24

it settles will not be a basis to terminate this Settlement Agreement or excuse Interstate from performing its respective obligations hereunder.

7.2     Subject to the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, and pursuant to the terms of the Plan, the Trust shall defend, indemnify, and hold harmless the Interstate Released Parties and Interstate's Related Persons with respect to any and all of the following "**Indemnified Claims**": (a) Channeled Claims; (b) Barred Claims; and (c) any other Claim that (i) is under, arises out of, relates (directly or indirectly to), or connects in any way with the Diocese Policies or (ii) was otherwise released herein, including all such Claims made by (x) any Person claiming to be an insured (as a named insured, additional insured, or otherwise) under any of the Diocese Policies, (y) any Person who has made, will make, or can make an Abuse Claim or Related Insurance Claim, and (z) any Person who has actually or allegedly acquired or been assigned the right to make a Claim under any of the Diocese Policies.  For the avoidance of doubt, ISO Exception claims are not Indemnified Claims.

7.2.1     The Interstate Released Parties shall have the right (but not the obligation) to defend any Indemnified Claims identified in this Section 7.2 and shall do so in good faith.  The Interstate Released Parties may (but are not required to) undertake the defense of any Indemnified Claim on receipt of such Indemnified Claim.  The Interstate Released Parties agree to notify the Trust as soon as practicable of any Indemnified Claims and of its choice of counsel.  If the Interstate Released Parties decline to defend any Indemnified Claim, the Trust shall undertake the defense of such Indemnified Claim.

7.2.2     The Trust shall reimburse all reasonable and necessary attorneys' fees, expenses, costs, and amounts incurred by the Interstate Released Parties in defending Indemnified Claims.  The Interstate Released Parties may settle or otherwise resolve an Indemnified Claim only with the prior consent of the Trust, which consent shall not be unreasonably withheld.  The Trust may settle or otherwise resolve an Indemnified Claim only with the prior consent of the Interstate Released Parties, which consent shall not be unreasonably withheld.  The Interstate Released Parties' defense, settlement, or other resolution of any Indemnified Claims pursuant to this Section 7.2 shall not diminish the obligations of the Trust to indemnify the Interstate Released Parties for such Indemnified Claims, as set forth in this Section 7.2.

7.2.3     The Trust shall maintain a reserve with respect to its obligations relating to Indemnified Claims.  The reserve will be in an amount and structure set forth in the Trust Documents reasonably acceptable to Interstate and the Committee.

7.3     If any Person attempts to prosecute a Barred Claim against the Interstate Released Parties or any Interstate Related Persons before the Approval Order and Plan Confirmation Order become Final Orders, then promptly following notice to do so from Interstate, the Diocese will file a motion and supporting papers to obtain an order from the Bankruptcy Court pursuant to sections 362 and 105(a) of the Bankruptcy Code protecting the Interstate Released Parties and Interstate's Related Persons from any such Claims until the Plan Confirmation Order has become a Final Order, the Bankruptcy Case is dismissed, or this Settlement Agreement is terminated under Section 5 hereof.

## 8.   MISCELLANEOUS

8.1    If any action or proceeding of any type whatsoever is commenced or prosecuted by any Person not a Party to this Settlement Agreement to invalidate, interpret, or prevent the validation or enforcement, or carrying out, of all or any of the provisions of this Settlement Agreement, the Parties mutually agree to cooperate fully in opposing such action or proceeding.

8.2    The Parties will take such steps and execute any documents as may be reasonably necessary or proper to effectuate the purpose and intent of this Settlement Agreement and to preserve its validity and enforceability.

8.3    The Parties shall cooperate with each other in connection with the Approval Motion, the Approval Order, the Plan, the Plan Confirmation Order, and the Bankruptcy Case. Such cooperation shall include consulting with each other upon reasonable request concerning the status of proceedings and providing each other with copies of reasonably requested pleadings, notices, proposed orders, and other documents relating to such proceedings as soon as reasonably practicable prior to any submission thereof.

8.4    Notwithstanding any language to the contrary in this Settlement Agreement, under no circumstance will the Diocese be obligated to take any action that violates any obligation or duty owed by the Diocese to any other insurer, and if a court of competent jurisdiction determines that a term or condition in this Settlement Agreement does violate any obligation or duty owed by any of the Diocese to any other insurer, the Diocese shall be relieved of such term or condition, but the scope and finality of the releases and injunctions set forth in this Settlement Agreement shall not be affected or modified.

8.5    This Settlement Agreement constitutes a single integrated written contract that expresses the entire agreement and understanding between and among the Parties.

8.6    This Settlement Agreement may be modified only by a written amendment signed by all of the Parties, and no waiver of any provision of this Settlement Agreement or of a breach thereof shall be effective unless expressed in a writing signed by the waiving Party.  The waiver by any Party of any of the provisions of this Settlement Agreement or of the breach thereof shall not operate or be construed as a waiver of any other provision or breach. Any change or modification of this Agreement that would result in a material adverse change to the rights of the Abuse Claimants or Trust shall require the consent of the Committee (if at the time of the proposed change or modification a Trustee has not been appointed) or Trustee (if at the time of the proposed change or modification a Trustee has been appointed and approved), as applicable, which consent shall not be unreasonably withheld.

8.7    By entering into this Settlement Agreement, none of the Parties has waived or shall be deemed to have waived any rights, obligations, or positions they have asserted or may in the future assert in connection with any matter outside the scope of this Settlement Agreement.  No part of this Settlement Agreement, its negotiation, or its performance may be used in any manner in any action, suit, or proceeding as evidence of the rights, duties, or obligations of the Parties with respect to matters outside the scope of this Settlement Agreement.  All actions taken and statements

made by the Parties or by their representatives relating to this Settlement Agreement or participation in this Settlement Agreement, including its development and implementation, shall be without prejudice or value as precedent.

8.8    This Settlement Agreement represents a compromise of disputed Claims and shall not be deemed an admission or concession regarding liability, culpability, wrongdoing, or insurance coverage.  All related discussions, negotiations, and all prior drafts of this Settlement Agreement shall be deemed to fall within the protection afforded to compromises and to offers to compromise by Rule 408 of the Federal Rules of Evidence and any parallel state law provisions, including NY CPLR § 4547.  Any evidence of the negotiations or discussions associated with this Settlement Agreement shall be inadmissible in any action or proceeding for purposes of establishing any rights, duties, or obligations of the Parties, except that they shall be admissible to the extent they would have otherwise been admissible, absent this Section 8.8, in (i) an action or proceeding to enforce the terms of this Settlement Agreement, including any use as set forth in Section 7.1.1, or (ii) any possible action or proceeding between the Interstate Released Parties and any reinsurers or retrocessionaires.  This Settlement Agreement shall not be used as evidence or in any other manner, in any court or dispute resolution proceeding, to create, prove, or interpret the Interstate Released Parties' obligations under the Diocese Policies or any other binder, certificate, or policy of insurance issued by Interstate.

8.9    None of the Parties shall make any public statements or disclosures (i) regarding another Party's rationale or motivation for negotiating or entering into this Settlement Agreement, or (ii) asserting or implying in any way that the Parties acted improperly or in violation of any duty or obligation, express or implied, in connection with any matter arising out of, relating to, or in connection with the Diocese Policies or any other binder, certificate, or policy of insurance issued or allegedly issued by the Interstate Released Parties, including handling of or involvement in connection with the Barred Claims or the resolution of the Barred Claims.

8.10    Neither this Settlement Agreement nor the rights and obligations set forth in this Settlement Agreement shall be assigned without the prior written consent of the other Parties.

8.11    This Settlement Agreement was jointly drafted by the Parties, and the wording of this Settlement Agreement was reviewed by legal counsel for each of the Parties, and each of them had sufficient opportunity to propose and negotiate changes prior to its execution.  The language of all parts of this Settlement Agreement shall in all cases be construed as a whole according to its meaning and not strictly for or against any Party.

8.12    Section titles and headings contained in this Settlement Agreement are included only for ease of reference and shall have no substantive effect.

8.13    All notices, demands, or other communication to be provided pursuant to this Settlement Agreement shall be in writing and sent by e-mail and Federal Express or other overnight delivery service, costs prepaid, to the Parties at the addresses set forth below, or to such other Entity or address as any of them may designate in writing from time to time:

If to the Diocese:

The Roman Catholic Diocese of Syracuse, New York

240 East Onondaga Street
Syracuse,                          NY                        13202
Attention:  Stephen Breen, Chief Financial Officer

with copies to:

Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202
Attn:    Stephen A. Donato
         Charles J. Sullivan
         Grayson T. Walter

-and-

Blank Rome LLP
1825 Eye Street NW
Washington, D.C. 20006

Attn:   James R. Murray
        James S. Carter

If to a Participating Party:

    As set forth on **Schedule 5** hereof.

If to Interstate or the Interstate Released Parties:

Marc Orloff
Allianz Resolution Management
1465 North McDowell Boulevard, Suite 100
Petaluma, CA 94954

with copies to:

White and Williams LLP
810 Seventh Avenue, Suite 500
New York, NY 10019
Attn:   Siobhain P. Minarovich

-and-

Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street, Suite 3600
Atlanta, GA 30308
Attn:   Harris B. Winsberg
        Matthew G. Roberts

28

-and-

Parker, Hudson, Rainer & Dobbs LLP
Two N. Riverside Plaza
Suite 1850
Chicago, IL 60606
Attn:   Todd C. Jacobs
         John E. Bucheit

8.14    This Settlement Agreement may be executed in multiple counterparts, all of which together shall constitute one and the same instrument.  This Settlement Agreement may be executed and delivered by facsimile, e-mail, or other electronic image, which facsimile, e-mail, or other electronic image counterparts shall be deemed to be originals.

8.15    Nothing contained in this Settlement Agreement shall be deemed or construed to constitute (a) an admission by the Interstate Released Parties that the Diocese Parties, or any other Entity, was or is entitled to any insurance coverage under the Diocese Policies or any other binder, certificate, or policy of insurance issued by the Interstate Released Parties or as to the validity of any of the positions that have been or could have been asserted by the any of the Diocese Parties, (b) an admission by any of the Diocese Parties as to the validity of any of the positions or defenses to coverage that have been or could have been asserted by the Interstate Released Parties or any Claims that have been or could have been asserted by the Diocese Parties against the Interstate Released Parties, or (c) an admission by the Diocese Parties or the Interstate Released Parties of any liability whatsoever with respect to any of the Abuse Claims.

8.16    All of the Persons included in the definition of the Interstate Released Parties, Interstate's reinsurers or retrocessionaires solely in their capacity as such, Interstate's Related Parties, all of the Parties to this Agreement, and the Trust are intended beneficiaries of this Settlement Agreement.  Except as set forth in the preceding sentence or otherwise set forth in this Settlement Agreement, there are no third-party beneficiaries of this Settlement Agreement.

8.17    The Diocese Parties and the Interstate Released Parties shall each be responsible for their own fees and costs incurred in connection with the Bankruptcy Case, this Settlement Agreement, and the implementation of this Settlement Agreement.

8.18    The following rules of construction shall apply to this Settlement Agreement:

8.18.1 Unless the context of this Settlement Agreement otherwise requires:  (i) words of any gender include each other gender; (ii) words using the singular or plural number also include the plural or singular number, respectively; (iii) the terms "hereof," "herein," "hereby," and derivative or similar words refer to this entire Settlement Agreement; and (iv) the words "include," "includes," or "including" shall be deemed to be followed by the words "without limitation."

8.18.2 References to statutes shall include all regulations promulgated thereunder and references to statutes or regulations shall be construed as including all statutory and

regulatory provisions regardless of whether specifically referenced in this Settlement Agreement.

8.18.3  The use of the terms "intend," "intended," or "intent," when describing the intention of the Parties, as the case may be, shall not be construed to create a breach of this Settlement Agreement when the stated intent is not achieved.

8.19    The Bankruptcy Court in the Bankruptcy Case shall retain jurisdiction to interpret and enforce the provisions of this Settlement Agreement, which shall be construed in accordance with New York law without regard to conflicts of law principles thereof.  The Interstate Released Parties do not, by virtue of this Section 8.19 or any other provision in this Settlement Agreement, consent to the Bankruptcy Court's jurisdiction as to any other matter.

8.20    This Settlement Agreement shall be effective on the Settlement Agreement Effective Date.  Subject to and conditioned upon the occurrence of the Settlement Agreement Effective Date, this Settlement Agreement and the Diocese's obligations under this Settlement Agreement shall be binding on the Diocese and shall survive the entry of the Plan Confirmation Order.

8.21    Nothing in this Settlement Agreement will prevent Interstate from allocating the Settlement Amount among the Diocese Policies at Interstate's discretion.

8.22    If any provision of this Settlement Agreement, or the application thereof, shall for any reason or to any extent, be construed to be invalid or unenforceable, the remainder of this Settlement Agreement, and the application of such provision to other circumstances, shall be interpreted so as to best effect the intent of the Parties, unless such determination of invalidity or unenforceability deprives any Party of the substantial benefit of its bargain.

8.23    The Parties agree that all matters relating to the negotiation and terms of this Settlement Agreement (including by way of example and not limitation, all prior drafts, exchanges of terms, and related discussions or correspondence) shall be confidential and are not to be disclosed except by order of court or consent of the Parties in writing.  This Section 8.23 does not prevent or prohibit the Parties from publicly filing on the docket in the Bankruptcy Case the final, executed copy of this Settlement Agreement.

[*Signature Pages Follow*]

**IN WITNESS WHEREOF**, the Parties have executed this Agreement by their duly authorized representatives.

Signed: _____

The Roman Catholic Diocese of Syracuse, New York

Name Printed: _____

Title: _____

Date: _____ 2025



Signed: _____

Interstate Fire & Casualty Company

Name Printed: _____

Title: _____

Date: _____ 2025



Signed: _____

National Surety Corporation

Name Printed: _____

Title: _____

Date: _____ 2025



Signed: _____

Fireman's Fund Insurance Company

Name Printed: _____

Title: _____

Date: _____ 2025

31

Signed: _____

St. Agnes Mission, Afton, NY 13730

Name Printed: _____

Title: _____

Date: _____ 2025

32

Signed: _____

St. John the Evangelist, Bainbridge, NY 13733

Name Printed: _____

Title: _____

Date: _____ 2025

33

Signed: _____

St. Augustine Roman Catholic Church, Baldwinsville, NY,
Baldwinsville, NY 13027

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Elizabeth Ann Seton Church of the Town of Clay, NY,
Baldwinsville, NY 13027

Name Printed: _____

Title: _____

Date: _____ 2025

35

Signed: _____

St. Marys Church of Baldwinsville, NY, Baldwinsville, NY
13027

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St.
Christopher and St. Rita, Binghamton, NY 13901

Name Printed: _____

Title: _____

Date: _____ 2025

37

Signed: _____

*St. Christopher Roman Catholic Church [Town of Chenango, Broome County], Binghamton, NY 13901*

Name Printed: _____

Title: _____

Date: _____ 2025

38

Signed: _____

*St. Catherine of Siena Roman Catholic Church,*
*Binghamton, NY 13901*

Name Printed: _____

Title: _____

Date: _____ 2025

39

Signed: _____

St. Mary of the Assumption (combined with St. Mary's
Church), Binghamton, NY 13901

Name Printed: _____

Title: _____

Date: _____ 2025

40

Signed: _____

St. Paul's Church, Binghamton, NY, Binghamton, NY
13901

Name Printed: _____

Title: _____

Date: _____ 2025

41

Signed: _____

*St. Andrew's Church of Binghamton, Binghamton, NY 13903*

Name Printed: _____

Title: _____

Date: _____ 2025

42

Signed: _____

The Church of Saints John & Andrew, Binghamton, NY
13903

Name Printed: _____

Title: _____

Date: _____ 2025

43

Signed: _____

*St. John the Evangelist Church, Binghamton, NY 13903*

Name Printed: _____

Title: _____

Date: _____ 2025

44

Signed: _____

Church of the Holy Trinity, Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St.*
*Stanislaus Kostka Church, Binghamton, NY 13905*

Name Printed: _____

Title: _____

Date: _____ 2025

46

Signed: _____

*St. Joseph's Lithuanian Roman Catholic Church of
Binghamton NY (merged in St. Ann), Binghamton, NY
13905*

Name Printed: _____

Title: _____

Date: _____ 2025

47

Signed: _____

*St. Ann Catholic Church (renamed church of the Holy*
*Trinity), Binghamton, NY 13905*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Ss Cyril & Methodius Slovak Roman Catholic Church of
Binghamton, NY, Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

49

Signed: _____

St. Patrick's Catholic Church of Binghamton, NY,
Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Thomas Aquinas Church, Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

51

Signed: _____

Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission
a/k/a St. Mary of The Snows Oratory, Boonville, NY 13309

Name Printed: _____

Title: _____

Date: _____ 2025

52

Signed: _____

St. Agnes Church, Brewerton, NY 13029

Name Printed: _____

Title: _____

Date: _____ 2025

53

Signed: _____

Church of St. Francis of Assisi of Bridgeport, NY,
Bridgeport, NY 13030

Name Printed: _____

Title: _____

Date: _____ 2025

54

Signed: _____

St. John The Evangelist a/k/a St. Mary Devotional Chapel
and St. Paul (Redfield), Camden, NY 13316

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Joseph's Church of Camillus, NY, Camillus, NY 13031

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Agatha's Church, Canastota, NY 13032

Name Printed: _____

Title: _____

Date: _____ 2025

57

Signed: _____

St. James, Cazenovia, NY 13035

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Divine Mercy Parish Roman Catholic Church, Central
Square, NY 13036

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*Saint Michael's Roman Catholic Church, Central Square,
NY 13036*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. Anthony of Padua's Church of Willowvale and
Chadwicks, Chadwicks, NY 13319*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick-St. Anthony Church of Chadwicks, New York,
Chadwicks, NY 13319

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. Rita's Roman Catholic Church, Chenango Forks, NY 13746*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick, Chittenango, NY 13037

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Perpetual Help Roman Catholic Church of
Cincinnatus, NY, Cincinnatus, NY 13040

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Church of the Sacred Heart, Cicero, NY 13039

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. Patrick's Church, Clayville, NY 13322*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. Mary of The Assumption a/k/a St. Mary's Oratory,*
*Cleveland, NY 13042*

Name Printed: _____

Title: _____

Date: _____ 2025

68

Signed: _____

St. Mary's Roman Catholic Church, Clinton, Clinton, NY
13323

Name Printed: _____

Title: _____

Date: _____ 2025

69

Signed: _____

The Church of Annunciation, Clinton, NY 13323

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Mission of St. Bernadette, Constantia, NY 13044

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Anthony of Padua, Cortland, NY 13045

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Mary's Church of Cortland, Cortland, NY 13045

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Joseph's Church, Deposit, NY, Deposit, NY 13754

Name Printed: _____

Title: _____

Date: _____ 2025

74

Signed: _____

St. Lawrence Mission, DeRuyter, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Holy Cross Church, DeWitt, NY, DeWitt, NY 13214

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Francis Church of Durhamville, NY, Durhamville, NY 13054*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Matthew's Church, E. Syracuse, NY 13057

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Our Lady of Good Counsel Church, Endicott, NY,
Endicott, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Ambrose, Endicott, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Anthony of Padua Church, Endicott, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. Casimir Roman Catholic (Polish) Church of Endicott,*
*Endicott, NY 13760*

Name Printed: _____

Title: _____

Date: _____ 2025

82

Signed: _____

*St. Joseph's Roman Catholic Church, Endicott, NY,*
*Endicott, NY 13760*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*Church of Christ The King, Endwell, NY, Endwell, NY 13760*

Name Printed: _____

Title: _____

Date: _____ 2025

84

Signed: _____

*Our Lady of Angels Church of Endwell, NY, Endwell, NY
13760*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of the Holy Family, Endwell, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed,* Fabius

Name Printed: _____

Title: _____

Date: _____ 2025

87

Signed: _____

Immaculate Conception, Fayetteville, NY 13066

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Mary's Church, Florence, Oneida Co., Florence, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Patrick Mission, Forestport, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Patrick's Church of Forestport, Forestport, NY 13338

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*The Holy Family Church of Fulton, Fulton, NY 13069*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. Michael 's Roman Catholic Polish Church, Fulton, NY 13069*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Church of the Immaculate Conception of Fulton, NY,*
*Fulton, NY 13069*

Name Printed: _____

Title: _____

Date: _____ 2025

94

Signed: _____

Church of the Holy Trinity, Fulton, NY 13069

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed:    _____

Church of the Immaculate Conception, Greene, NY 13778

Name Printed: _____

Title:        _____

Date:        _____ 2025

21612479.v6

Signed: _____

St. Mary, Hamilton, NY 13346

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of The Rosary Church, Hannibal, NY, Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

98

Signed: _____

St. John Chrysostom Mission [served area near Forestport],
Hawkinsville, NY

Name Printed: _____

Title: _____

Date: _____ 2025

99

Signed: _____

*St. Ann Church of Hinckley, NY, Hinckley, NY 13352*

Name Printed: _____

Title: _____

Date: _____ 2025

100

Signed: _____

The Parish Community of St. Leo & St. Ann, Holland
Patent, NY 13354

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Margaret's Catholic Church, Homer, NY 13077

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St Mary's Devotional Chapel-[never inc], Irish Ridge*

Name Printed: _____

Title: _____

Date: _____ 2025

103

Signed: _____

*St. Mary's Church, Jamesville, NY, Jamesville, NY 13078*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. James Roman Catholic Church Lestershire, NY,
Johnson City, NY 13790

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*The Church of the Blessed Sacrament, Johnson City, NY
13790*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick, Jordan, NY 13080

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Mary's Church, Kirkwood, Kirkwood, NY 13795

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Church of St. Frances Xavier Cabrini, Lacona [Pulaski, NY 13142]*

Name Printed: _____

Title: _____

Date: _____ 2025

109

Signed: _____

Church of the Nativity at St. Joseph's, LaFayette, NY 13084

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph's Church, Lee Center, NY 13363

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*Our Lady of the Valley Mission, Leonardsville, NY,13364*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. Francis of Assisi Mission as The Trustees of St. Mary's
Church of West Monroe, Little France, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Epiphany, Liverpool, NY 13088

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of Immaculate Heart of Mary, Liverpool, NY
13088

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph the Worker Liverpool, Onondaga Co., Liverpool,
NY 13088

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Christ the King Church, Liverpool, NY, Liverpool, NY
13090

Name Printed: _____

Title: _____

Date: _____ 2025

117

Signed: _____

Pope John XXIII Roman Catholic Church, Liverpool, NY
13090

Name Printed: _____

Title: _____

Date: _____ 2025

118

Signed: _____

*St. John Roman Catholic Church of Clay, NY, Liverpool,
NY 13090*

Name Printed: _____

Title: _____

Date: _____ 2025

119

Signed: _____

Most Holy Rosary Roman Catholic Church of Maine, NY,
Maine, NY 13802

Name Printed: _____

Title: _____

Date: _____ 2025

120

Signed: _____

St. Ann's Church, Manlius, NY 13104

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Stephen's Church, Marathon, NY 13803

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Francis Xavier's Church, Marcellus, NY 13108

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Margaret's Church, Mattydale, NY 13211

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Jospeh's Church of McGraw, NY- originally titled to St.
Mary-Corland, McGraw, NY

Name Printed: _____

Title: _____

Date: _____ 2025

125

Signed: _____

*St. Mary, Star of the Sea, Mexico, NY 13114*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Anne, Mother of Mary, Mexico, NY 13114

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Our Lady of Perpetual Help, Minetto, NY 13115

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Mary of the Assumption, Minoa, NY 13116

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Joan of Arc Church of Morrisville, NY, Morrisville, NY
13408

Name Printed: _____

Title: _____

Date: _____ 2025

130

Signed: _____

*St. Theresa of the Infant Jesus, Munnsville, NY 13409*

Name Printed: _____

Title: _____

Date: _____ 2025

131

Signed: _____

Church of St. Theresa of the Infant Jesus, New Berlin, NY,
New Berlin, NY 13411

Name Printed: _____

Title: _____

Date: _____ 2025

132

Signed: _____

Church of Our Lady of the Rosary, New Hartford, NY,
New Hartford, NY 13413

Name Printed: _____

Title: _____

Date: _____ 2025

133

Signed: _____

St. John the Evangelist Church, New Hartford, NY 13413

Name Printed: _____

Title: _____

Date: _____ 2025

134

Signed: _____

St. Thomas, New Hartford, NY 13413

Name Printed: _____

Title: _____

Date: _____ 2025

135

Signed: _____

*Holy Cross Church, New London*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Church of the Sacred Heart a/k/a St. Mary Our Lady, New
York Mills, NY 13417

Name Printed: _____

Title: _____

Date: _____ 2025

137

Signed: _____

*St. Mary's Church of Our Lady of Czestochowa, New York Mills, NY 13417*

Name Printed: _____

Title: _____

Date: _____ 2025

138

Signed: _____

*St. John Oratory and Cemetery, North Bay, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. Mary's Mission, North Brookfield, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Rose of Lima Church, N. Syracuse, NY 13212

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Paul, Norwich, NY 13815

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Bartholomew, Norwich, NY 13815

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Joseph's German Catholic Church of Oneida, Oneida,
NY 13421 St. Patrick

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick, Oneida, NY 13421

Name Printed: _____

Title: _____

Date: _____ 2025

145

Signed: _____

St. Joseph, Oriskany Falls, NY 13425

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*Church of St. Stephen, Protomartyr, Oriskany, NY 13424*

Name Printed: _____

Title: _____

Date: _____ 2025

147

Signed: _____

*St. Louis, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

148

Signed: _____

*St. Joseph Mission, Oswego, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Joseph's Church, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. John The Evangelist, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

151

Signed: _____

*St. Mary of the Assumption,* Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

152

Signed: _____

St. Paul, Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Peter's Church, Oswego, Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed:    _____

*St. Stephen Roman Catholic Church, Oswego, NY 13126*

Name Printed:    _____

Title:    _____

Date:    _____ 2025

Signed: _____

St. Patrick's Church of Otisco, NY, Otisco, NY 13159

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of St. Mary of the Snows, Otter Lake, NY 13338

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph's Church, Oxford, NY 13830

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Anne's Church of Parish, NY a/k/a St. Anne Mother of*
*Mary (Mexico), Parish, NY 13131*

Name Printed: _____

Title: _____

Date: _____ 2025

159

Signed: _____

St. Stephen, Phoenix, NY 13135

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Church of The Nativity at Immaculate Conception,
Pompey, NY 13138

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Christ Our Light a/k/a St. John The Evangelist, Pulaski, NY
13142

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. John the Evangelist Church Pulaski, Pulaski, NY 13142*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. Paul's Mission (mission of I.C. Pomep)*Unincorporated, closed, Redfield

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. John the Baptist, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. Mary's Church, Rome, NY, Rome, NY 13442*

Name Printed: _____

Title: _____

Date: _____ 2025

166

Signed: _____

St. Paul, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

167

Signed: _____

St. Peter's Church, Rome, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Transfiguration, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph, Sanitaria Springs, 13833

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Sacred Heart Church of Town of Scriba, Oswego, Scriba,
NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Malachy, Sherburne, NY 13460

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Helena, Sherrill, NY 13461

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Mary of the Lake Roman Catholic Church, Skaneateles,
NY, Skaneateles, NY 13152

Name Printed: _____

Title: _____

Date: _____ 2025

174

Signed: _____

*St. Bridget Roman Catholic Church of Skaneateles Falls,
NY, Skaneateles Falls, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton], Solon, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Peter's Church of Split Rock, Syracuse, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Cecilia's Church, Solvay, NY, Solvay, NY 13209

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*Corpus Christi Church of S. Onondaga County of*
*Onondaga, State of NY, Syracuse, NY 13159*

Name Printed: _____

Title: _____

Date: _____ 2025

179

21612479.v6

Signed: _____

St. Mary's Church, Syracuse, NY d/b/a The Cathedral of
the Immaculate Conception, Syracuse, NY 13202

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. John's Church, Syracuse, NY, Syracuse, NY 13202*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*Holy Trinity Church, Syracuse, Syracuse, NY 13203*

Name Printed: _____

Title: _____

Date: _____ 2025

182

Signed: _____

*St. Peter, Syracuse, NY 13203*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Vincent DePaul's Church, Syracuse, NY 13203

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Basilica of the Sacred Heart of Jesus, Syracuse, NY,
Syracuse, NY 13204

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Brigid & St. Joseph Church of Syracuse, Syracuse, NY 13204*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Lucy, Syracuse, NY 13204

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick' s Church, Geddes, Syracuse, NY 13204

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Stephen, Syracuse, NY 13204*

Name Printed: _____

Title: _____

Date: _____ 2025

189

Signed: _____

St. Anthony of Padua, Syracuse, NY 13205

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Hope f/k/a St. James, Syracuse, NY 13205

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Blessed Sacrament Church, Eastwood, NY, Syracuse, NY
13206

Name Printed: _____

Title: _____

Date: _____ 2025

192

Signed: _____

Transfiguration Roman Catholic Church, Syracuse, NY
13206

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Most Holy Rosary, Syracuse, NY 13207

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*Our Lady of Lourdes Church Syracuse, NY, Syracuse, NY 13207*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Franciscan Church of the Assumption, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Church of Our Lady of Pompei - St. Peter, Syracuse, NY
13208

Name Printed: _____

Title: _____

Date: _____ 2025

197

Signed: _____

St. Daniel, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. John the Baptist, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Joseph (German) Church [FAD 1882], Syracuse, NY

Name Printed: _____

Title: _____

Date: _____ 2025

200

Signed: _____

Church of Our Lady of Peace [ merged into St. Cecilia's
Solvay as St. Marianne Cope], Syracuse, NY 13209

Name Printed: _____

Title: _____

Date: _____ 2025

201

Signed: _____

*Church of St. Andrew the Apostle of Syracuse, NY,*
*Syracuse, NY 13210*

Name Printed: _____

Title: _____

Date: _____ 2025

202

Signed: _____

All Saints Church, Syracuse, NY [new name for St.
Therese @ merger with OL Solace], Syracuse, NY 13210

Name Printed: _____

Title: _____

Date: _____ 2025

203

Signed: _____

Church of St. Therese The Little Flower of Jesus, Syracuse,
Syracuse, NY 13210

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Michael's & St. Peter Church, Onondaga Hill, Syracuse,
NY 13215

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Holy Family, Syracuse, NY 13219

Name Printed: _____

Title: _____

Date: _____ 2025

206

Signed: _____

St. Ann's Church Syracuse, NY [name changed to St.
Charles-St. Ann], Syracuse, NY 13219

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Charles Borromeo Church, Syracuse, NY 13219

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*The Church of Our Lady of Solace [merged into St. Therese to become All Saints], Syracuse, NY 13224*

Name Printed: _____

Title: _____

Date: _____ 2025

209

Signed: _____

*St. Anne -Glenmore [never inc], Taberg, NY 13471*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Patrick's Church Taberg, NY, Taberg, NY 13471

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Patrick, Truxton, NY 13158

Name Printed: _____

Title: _____

Date: _____ 2025

212

Signed: _____

Church of the Nativity at St. Leo's, Tully, NY 13159

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

*St. Agnes Church, Utica, NY 13501*

Name Printed: _____

Title: _____

Date: _____ 2025

214

Signed: _____

Historic Old St. John, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

215

Signed: _____

St. Francis de Sales, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

216

Signed: _____

St. Mary's Church Utica (South St.), Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

217

Signed: _____

Church of the Blessed Sacrament, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Maria di Monte Carmelo, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Stanislaus Roman Catholic Church, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Holy Trinity Church of Utica, NY, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of Our Lady of Lourdes, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Church of The Sacred Heart, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Joseph, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

224

Signed: _____

St. Patrick Church, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

225

Signed: _____

St. George Roman Catholic Church, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

226

Signed: _____

St. Mark, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

227

Signed: _____

St. Peter, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

228

Signed: _____

St. Anthony & St. Agnes Church, Utica, NY, Utica, NY
13504

Name Printed: _____

Title: _____

Date: _____ 2025

229

Signed: _____

St. Mary of the Lake Mission, Verona Beach, NY 13162

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Holy Family, Vernon, NY 13476

Name Printed: _____

Title: _____

Date: _____ 2025

231

Signed: _____

Our Lady of Good Counsel, Verona, NY 13478

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Sorrows, Vestal, NY 13851

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Vincent DePaul-Blessed Sacrament Church, Vestal, NY
13850

Name Printed: _____

Title: _____

Date: _____ 2025

234

Signed: _____

Our Lady of Good Counsel, Warners, NY 13164

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Bernard's Catholic Church of Waterville, Oneida Co.,
Waterville, NY 13480

Name Printed: _____

Title: _____

Date: _____ 2025

236

Signed: _____

St. Anne's Roman Catholic Church, Whitesboro, NY,
Whitesboro, NY 13492

Name Printed: _____

Title: _____

Date: _____ 2025

237

Signed: _____

St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro,
Whitesboro, NY 13492

Name Printed: _____

Title: _____

Date: _____ 2025

238

Signed: _____

The Catholic Community of St. Stephen-St. Patrick
[merged into St. Patrick-Whitney Pt.], Whitney Point, NY
13862

Name Printed: _____

Title: _____

Date: _____ 2025

239

Signed: _____

St. Patrick 's Church Williamstown [originally a mission of
Parish, later Camden], Williamstown, NY 13493

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of Our Lady of Lourdes of Windsor, NY, Windsor,
NY 13865

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Our Lady of Hope, Syracuse, NY

Name Printed: _____

Title: _____

Date: _____ 2025

242

Signed: _____

Christ the Good Shepard, Oswego, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Marianne Cope Church, Solvay, NY 13209

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Michaels Church, Syracuse, NY 13215

Name Printed: _____

Title: _____

Date: _____ 2025

245

Signed: _____

St. Anthony of Padua Church, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

246

Signed: _____

St. John's Church and Roman Catholic Society in the City
of Utica a/k/a Historic Old St. John, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

247

Signed: _____

St. Mary Mt. Carmel- Blessed Sacrament Church, Utica,
NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

248

Signed: _____

Mary, Mother of Our Savior Church - new name for OLL,
Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

St. Vincent de Paul Church, Vestal, NY 13850

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

All Saints Catholic School, Endicott

Name Printed: _____

Title: _____

Date: _____ 2025

251

Signed: _____

Bishop Cunningham High School, Oswego

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Bishop Grimes Jr./Sr. High School, East Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Bishop Ludden Jr./Sr. High School, Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Cathedral Academy at Pompei, Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Catholic Schools of Broome County, Binghamton

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Holy Family, Norwich

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed:    _____

Notre Dame Elementary School, Utica

Name Printed:    _____

Title:    _____

Date:    _____ 2025

21612479.v6

Signed: _____

Notre Dame Jr. / Sr. High, Utica

Name Printed: _____

Title: _____

Date: _____ 2025

259

Signed: _____

Oswego Catholic High School, Oswego

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Rome Catholic School, Rome

Name Printed: _____

Title: _____

Date: _____ 2025

261

Signed: _____

Seton Catholic Central, Binghamton

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Seton Catholic High School, Endicott

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Trinity Catholic School, Oswego

Name Printed: _____

Title: _____

Date: _____ 2025

264

Signed: _____

Utica Catholic Academy

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Associated Catholic Charities for Community Development
at Broome Co., Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

266

Signed: _____

Catholic Cemeteries of the Roman Catholic Diocese of
Syracuse, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

267

Signed: _____

Catholic Charities of the Roman Catholic Diocese of
Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Christopher Community, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Encompass Health Home, LLC

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Heritage Campaign, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

271

Signed: _____

Jail Ministry of Onondaga County, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

272

Signed: _____

Joseph and Elaine Scuderi Foundation, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Clerical Fund of the Roman Catholic Diocese of
Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

274

Signed: _____

The Diocese of Syracuse Lay Pension Plan

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

The Foundation of the Roman Catholic Diocese of
Syracuse, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H.
McDevitt, L.C.H.S. Foundation Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

277

Signed: _____

The Syracuse Catholic Press Association, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Syracuse Diocesan Investment Fund

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

The Syracuse House of Retreats

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

The St. Thomas Aquinas Fund, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Camp Nazareth

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Lourdes Camp

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Brady Faith Center

Name Printed: _____

Title: _____

Date: _____ 2025

284

Signed: _____

Brady Farm

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Brady Market

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Joseph and Elaine Scuderi Foundation, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

287

Signed: _____

Joseph T. O'Keefe Corporation

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Newman Foundation of Binghamton

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Newman Foundation of Cortland

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Project Joseph

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Propagation of Faith

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Spiritual Renewal Center

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Thomas More Catholic Campus Ministry

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

The Guardian Angel Society

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H.
McDevitt L.C.H.S Fund of St. James Church of
Lestershire, NY

Name Printed: _____

Title: _____

Date: _____ 2025

296

Signed: _____

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H.
McDevitt L.C.H.S Fund of St. Patrick's Church of
Binghamton, NY

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H.
McDevitt L.C.H.S Fund of St. Thomas Aquinas Church

Name Printed: _____

Title: _____

Date: _____ 2025

298

Signed: _____

Holy Name Society, St. Margaret's Church. Mattydale, NY

Name Printed: _____

Title: _____

Date: _____ 2025

299

Signed: _____

St. Vincent DePaul Church Daycare

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

Signed: _____

Windsor Human Development

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v6

### SCHEDULE 1
**Participating Party List**

# Parishes

| Parish Corporation Name: | City - Zip |
| --- | --- |
| St. Agnes Mission | Afton, NY 13730 |
| St. John the Evangelist | Bainbridge, NY 13733 |
| St. Augustine Roman Catholic Church, Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Elizabeth Ann Seton Church of the Town of Clay, NY | Baldwinsville, NY 13027 |
| St. Marys Church  of  Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St. Christopher and St. Rita | Binghamton, NY 13901 |
| *St. Christopher Roman Catholic Church [Town of Chenango, Broome County]* | *Binghamton, NY 13901* |
| *St. Catherine of Siena Roman Catholic Church* | *Binghamton,13901* |
| St. Mary of the Assumption (combined with St. Mary's Church) | Binghamton, NY 13901 |
| St. Paul's Church, Binghamton, NY | Binghamton, NY 13901 |
| *St. Andrew's Church of Binghamton* | *Binghamton, NY 13903* |
| The Church of Saints John & Andrew | Binghamton, NY 13903 |
| *St. John the Evangelist Church* | *Binghamton,13903* |
| Church of the Holy Trinity | Binghamton, NY 13905 |
| *Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St. Stanislaus Kostka Church* | *Binghamton, NY 13905* |
| *St. Joseph's  Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann)* | *Binghamton, NY 13905* |
| *St. Ann Catholic Church (renamed church of the Holy Trinity)* | *Binghamton13905* |
| Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Patrick's Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Thomas Aquinas Church | Binghamton, NY 13905 |
| Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission a/k/a St. Mary of The Snows Oratory | Boonville, NY 13309 |
| St. Agnes Church | Brewerton, NY 13029 |
| Church of St. Francis of Assisi of Bridgeport, NY | Bridgeport, NY 13030 |
| St. John The Evangelist a/k/a St. Mary Devotional Chapel and St. Paul (Redfield) | Camden, NY 13316 |
| St. Joseph's Church of Camillus, NY | Camillus, NY 13031 |
| St. Agatha's Church | Canastota, NY 13032 |
| St. James | Cazenovia, NY 13035 |
| Divine Mercy Parish Roman Catholic Church | Central Square, NY 13036 |
| *Saint Michael's Roman Catholic Church* | *Central Square, NY 13036* |
| *St. Anthony of Padua's Church of Willowvale and Chadwicks* | *Chadwicks, NY 13319* |
| St. Patrick-St. Anthony Church of Chadwicks, New York | Chadwicks, NY 13319 |
| *St. Rita's Roman Catholic Church* | *Chenango Forks, NY 13746* |
| St. Patrick | Chittenango, NY 13037 |
| Our Lady of Perpetual Help Roman Catholic Church of Cincinnatus, NY | Cincinnatus, NY 13040 |
| The Church of the Sacred Heart | Cicero, NY 13039 |
| *St. Patrick's Church* | *Clayville, NY 13322* |
| *St. Mary of The Assumption a/k/a St. Mary's Oratory* | *Cleveland, NY 13042* |

| | |
|---|---|
| St. Mary's Roman Catholic Church, Clinton | Clinton, NY 13323 |
| The Church of Annunciation | Clinton, NY 13323 |
| Mission of St. Bernadette | Constantia, NY 13044 |
| St. Anthony of Padua | Cortland, NY 13045 |
| St. Mary's Church of Cortland | Cortland, NY 13045 |
| St. Joseph's Church, Deposit, NY | Deposit, NY 13754 |
| St. Lawrence Mission | *DeRuyter, NY* |
| Holy Cross Church, DeWitt, NY | DeWitt, NY 13214 |
| *St. Francis Church of Durhamville, NY* | *Durhamville, NY 13054* |
| St. Matthew's Church | E. Syracuse, NY 13057 |
| Our Lady of Good Counsel Church, Endicott, NY | Endicott, NY 13760 |
| St. Ambrose | Endicott, NY 13760 |
| St. Anthony of Padua Church | Endicott, NY 13760 |
| *St. Casimir Roman Catholic (Polish) Church of Endicott* | *Endicott, NY 13760* |
| *St. Joseph's Roman Catholic Church, Endicott, NY* | *Endicott, NY 13760* |
| *Church of Christ The King, Endwell , NY* | *Endwell, NY 13760* |
| *Our Lady of Angels Church of Endwell, NY* | *Endwell, NY 13760* |
| Church of the Holy Family | Endwell, NY 13760 |
| *St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed* | Fabius |
| Immaculate Conception | Fayetteville, Ny 13066 |
| St. Mary's Church, Florence, Oneida Co. | Florence, NY |
| St. Patrick Mission | Forestport, NY |
| St.Patrick's Church of Forestport | Forestport, NY 13338 |
| *The Holy Family Church of Fulton* | *Fulton, NY 13069* |
| *St. Michael 's Roman Catholic Polish Church* | *Fulton, NY 13069* |
| *Church of the Immaculate Conception of Fulton,NY* | *Fulton, NY 13069* |
| Church of the Holy Trinity | Fulton, NY 13069 |
| Church of the Immaculate Conception | Greene, NY 13778 |
| St. Mary | Hamilton, NY 13346 |
| Our Lady of The Rosary Church, Hannibal   NY | Oswego, NY 13126 |
| St. John Chrysostom Mission [served area near Forestport] | Hawkinsville, NY |
| *St. Ann Church of Hinckley, NY* | *Hinckley, NY 13352* |
| The Parish Community of St. Leo & St. Ann | Holland Patent, NY 13354 |
| St. Margaret's Catholic Church | Homer, NY 13077 |
| *St Mary's Devotional Chapel-[never inc]* | *Irish Ridge* |
| *St. Mary's Church, Jamesville, NY* | *Jamesville, NY 13078* |
| St. James Roman Catholic Church Lestershire, NY | Johnson City, NY 13790 |
| *The Church of the Blessed Sacrament* | *Johnson City, NY 13790* |
| St. Patrick | Jordan, NY 13080 |
| St. Mary's Church, Kirkwood | Kirkwood, NY 13795 |
| *Church of St. Frances Xavier Cabrini* | *Lacona [Pulaski, NY 13142]* |
| Church of the Nativity at St. Joseph's | LaFayette, NY 13084 |
| St. Joseph's Church | Lee Center, NY 13363 |
| *Our Lady of the Valley Mission* | *Leonardsville, NY,13364* |

| | |
|---|---|
| *St. Francis of Assisi Mission as The Trustees of St. Mary's Church of West Monroe* | *Little France, NY* |
| Epiphany | Liverpool, NY 13088 |
| Church of Immaculate Heart of Mary | Liverpool, NY 13088 |
| St. Joseph the Worker Liverpool, Onondaga Co. | Liverpool, NY 13088 |
| Christ the King Church, Liverpool, NY | Liverpool, NY 13090 |
| Pope John XXIII Roman Catholic Church | Liverpool, NY 13090 |
| *St. John Roman Catholic Church of Clay, NY* | *Liverpool, NY 13090* |
| Most Holy Rosary Roman Catholic Church of Maine, NY | Maine, NY 13802 |
| St. Ann's Church | Manlius, NY 13104 |
| St. Stephen's Church | Marathon, NY 13803 |
| St. Francis Xavier's Church | Marcellus, NY 13108 |
| St. Margaret's Church | Mattydale, NY 13211 |
| St. Jospeh's Church of McGraw, NY- originally titled to St. Mary-Corland | McGraw, NY |
| *St. Mary, Star of the Sea* | *Mexico, NY 13114* |
| St. Anne, Mother of Mary | Mexico, NY 13114 |
| Our Lady of Perpetual Help | Minetto |
| St. Mary of the Assumption | Minoa, NY 13116 |
| St. Joan of Arc Church of Morrisville, NY | Morrisville, NY 13408 |
| *St. Theresa of the Infant Jesus* | *Munnsville, NY 13409* |
| Church of St. Theresa of the Infant Jesus, New Berlin, NY | New Berlin, NY 13411 |
| Church of Our Lady of the Rosary, New Hartford, NY | New Hartford, NY 13413 |
| St. John the Evangelist Church | New Hartford, NY 13413 |
| St. Thomas | New Hartford, NY 13413 |
| *Holy Cross Church* | *New London* |
| Church of the Sacred Heart a/k/a St. Mary Our Lady | New York Mills, NY 13417 |
| *St. Mary's Church of Our Lady of Czestochowa* | *New York Mills, NY 13417* |
| *St. John Oratory and Cemetery* | *North Bay, NY* |
| *St. Mary' s Mission* | *North Brookfield,NY* |
| St. Rose of Lima Church | N. Syracuse, NY 13212 |
| St. Paul | Norwich, NY 13815 |
| St. Bartholomew | Norwich, NY 13815 |
| St. Joseph's German Catholic Church of Oneida | Oneida, NY 13421 |
| St. Patrick | Oneida, NY 13421 |
| St. Joseph | Oriskany Falls, NY 13425 |
| *Church of St. Stephen, Protomartyr* | *Oriskany, NY 13424* |
| *St. Louis* | *Oswego, NY 13126* |
| *St. Joseph Mission* | *Oswego, NY* |
| *St. Joseph's Church* | *Oswego, NY 13126* |
| *St. John The Evangelist* | *Oswego, NY 13126* |
| *St. Mary of the Assumption* | Oswego, NY 13126 |
| St. Paul | Oswego, NY 13126 |
| St. Peter's Church, Oswego | Oswego, NY 13126 |
| *St. Stephen Roman Catholic Church* | *Oswego, NY 13126* |
| St. Patrick's Church of Otisco, NY | Otisco, NY 13159 |

304

| | |
|---|---|
| Church of St. Mary of the Snows | Otter Lake, NY 13338 |
| St. Joseph's Church | Oxford, NY 13830 |
| *St. Anne's Church of Parish, NY a/k/a St. Anne Mother of Mary (Mexico)* | *Parish, NY 13131* |
| St. Stephen | Phoenix, NY 13135 |
| Church of The Nativity at Immaculate Conception | Pompey, NY 13138 |
| Christ Our Light a/k/a St. John The Evangelist | Pulaski, NY 13142 |
| *St. John the Evangelist Church Pulaski* | *Pulaski, NY 13142* |
| *St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed* | *Redfield* |
| St. John the Baptist | Rome, NY 13440 |
| *St. Mary's Church, Rome, NY* | *Rome, NY 13442* |
| St. Paul | Rome, NY 13440 |
| St.  Peter's Church, Rome | Rome, NY 13440 |
| Transfiguration | Rome, NY 13440 |
| St. Joseph | Sanitaria Springs, 13833 |
| Sacred Heart Church of Town of Scriba, Oswego | Scriba, NY 13126 |
| St. Malachy | Sherburne, NY 13460 |
| St. Helena | Sherrill, NY 13461 |
| St. Mary of the Lake Roman Catholic Church, Skaneateles, NY | Skaneateles, NY13152 |
| *St. Bridget Roman Catholic Church of Skaneateles Falls, NY* | *Skaneateles Falls, NY* |
| *St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton]* | *Solon, NY* |
| *St. Peter's Church of Split Rock* | *Syracuse, NY* |
| St. Cecilia's Church, Solvay, NY | Solvay, NY 13209 |
| *Corpus Christi Church of S. Onondaga County of Onondaga, State of  NY* | *Syracuse, NY 13159* |
| St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception | Syracuse, NY 13202 |
| *St. John's Church, Syracuse, NY* | *Syracuse, NY 13202* |
| *Holy Trinity Church, Syracuse* | *Syracuse, NY 13203* |
| *St. Peter* | *Syracuse, NY 13203* |
| St. Vincent DePaul's Church | Syracuse, NY 13203 |
| Basilica of the Sacred Heart of Jesus, Syracuse, NY | Syracuse, NY 13203 |
| *St. Brigid & St. Joseph Church of Syracuse* | *Syracuse, NY 13204* |
| St. Lucy | Syracuse, NY 13204 |
| St. Patrick' s Church, Geddes | Syracuse, NY 13204 |
| *St. Stephen* | *Syracuse, NY 13204* |
| St. Anthony of Padua | Syracuse, NY 13205 |
| Our Lady of Hope f/k/a St. James | Syracuse, NY 13205 |
| Blessed Sacrament Church, Eastwood, NY | Syracuse, NY 13206 |
| Transfiguration Roman Catholic Church | Syracuse, NY 13206 |
| Most Holy Rosary | Syracuse, NY 13207 |
| *Our Lady of Lourdes Church Syracuse, NY* | *Syracuse, NY 13207* |
| Franciscan Church of the Assumption | Syracuse, NY 13208 |
| Church of Our Lady of Pompei - St. Peter | Syracuse, NY 13208 |
| St. Daniel | Syracuse, NY 13208 |
| St. John the Baptist | Syracuse, NY 13208 |
| St. Joseph (German) Church [FAD 1882] | Syracuse, NY |

| | |
|---|---|
| Church of Our Lady of Peace [ merged into St. Cecilia's Solvay as St. Marianne Cope] | Syracuse, NY 13209 |
| *Church of St. Andrew the Apostle of Syracuse, NY* | *Syracuse, NY 13210* |
| All Saints Church, Syracuse, NY [new name for St. Therese @ merger with OL Solace] | Syracuse, NY 13210 |
| Church of St. Therese The Little Flower of Jesus, Syracuse | Syracuse, NY 13210 |
| St. Michael's & St. Peter Church, Onondaga Hill | Syracuse, NY 13215 |
| Holy Family | Syracuse, NY 13219 |
| St. Ann's Church Syracuse, NY [name changed to St. Charles-St. Ann] | Syracuse, NY 13219 |
| St. Charles Borromeo Church | Syracuse, NY 13219 |
| *The Church of Our Lady of Solace [merged into St. Therese to become All Saints]* | *Syracuse, NY 13224* |
| *St. Anne -Glenmore [never inc]* | *Taberg, NY 13471* |
| St. Patrick's Church Taberg, NY | Taberg, NY 13471 |
| St. Patrick | Truxton,13158 |
| Church of the Nativity at St. Leo's | Tully, NY 13159 |
| *St. Agnes Church* | *Utica, NY 13501* |
| Historic Old St. John | Utica, NY 13501 |
| St. Francis de Sales | Utica, NY 13501 |
| St. Mary's Church Utica (South St.) | Utica, NY 13501 |
| Church of the Blessed Sacrament | Utica, NY 13501 |
| St. Maria di Monte Carmelo | Utica, NY 13501 |
| St. Stanislaus Roman Catholic Church | Utica, NY 13501 |
| Holy Trinity Church of Utica, NY | Utica, NY 13502 |
| Church of Our Lady of Lourdes | Utica, NY 13502 |
| Church of The Sacred Heart | Utica, NY 13502 |
| St. Joseph | Utica, NY 13502 |
| St. Patrick Church | Utica, NY 13502 |
| St. George Roman Catholic Church | Utica, NY 13502 |
| St. Mark | Utica, NY 13502 |
| St. Peter | Utica, NY 13502 |
| St. Anthony & St. Agnes Church, Utica, NY | Utica, NY 13504 |
| St. Mary of the Lake Mission | Verona Beach, NY 13162 |
| Holy Family | Vernon, NY 13476 |
| Our Lady of Good Counsel | Verona, NY 13478 |
| Our Lady of Sorrows | Vestal, NY 13851 |
| St. Vincent DePaul-Blessed Sacrament Church | Vestal, NY 13850 |
| Our Lady of Good Counsel | Warners, NY 13164 |
| St. Bernard's Catholic Church of Waterville, Oneida Co. | Waterville, NY 13480 |
| St. Anne's Roman Catholic Church, Whitesboro, NY | Whitesboro, NY 13492 |
| St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro | Whitesboro, NY 13492 |
| The Catholic Community of St. Stephen-St. Patrick [merged into St. Patrick-Whitney Pt. | Whitney Point,  13862 |
| St. Patrick 's Church Williamstown [originally a mission of Parish, later Camden] | Williamstown, NY  13493 |
| Church of Our Lady of Lourdes of Windsor, NY | Windsor, NY 13865 |
| Our Lady of Hope | Syracuse, NY |
| Christ the Good Shepard | Oswego, NY |

| | |
|---|---|
| St. Marianne Cope Church | Solvay, NY 13209 |
| St. Michaels Church | Syracuse NY 13215 |
| St. Anthony of Padua Church | Utica NY 13501 |
| St. John's Church and Roman Catholic Society in the City of Utica a/k/a Historic Old St. John | Utica, NY 13501 |
| St. Mary Mt. Carmel- Blessed Sacrament Church | Utica, NY 13501 |
| Mary, Mother of Our Savior Church - new name for OLL | Utica, NY 13502 |
| St. Vincent de Paul Church | Vestal, NY 13850 |

# Schools

| | |
|---|---|
| All Saints Catholic School | Endicott |
| Bishop Cunningham High School | Oswego |
| Bishop Grimes Jr./Sr. High School | East Syracuse |
| Bishop Ludden Jr./Sr. High School | Syracuse |
| Cathedral Academy at Pompei | Syracuse |
| Catholic Schools of Broome County | Binghamton |
| Holy Family | Norwich |
| Notre Dame Elementary School | Utica |
| Notre Dame Jr. / Sr. High | Utica |
| Oswego Catholic High School | Oswego |
| Rome Catholic School | Rome |
| Seton Catholic Central | Binghamton |
| Seton Catholic High School | Endicott |
| Trinity Catholic School | Oswego |
| Utica Catholic Academy | |

# Other Catholic Organization

Associated Catholic Charities for Community Development at Broome Co., Inc.

Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc.

Catholic Charities of the Roman Catholic Diocese of Syracuse

Christopher Community, Inc.

Encompass Health Home, LLC

Heritage Campaign, Inc.

Jail Ministry of Onondaga County, Inc.

Joseph and Elaine Scuderi Foundation, Inc.

The Clerical Fund of the Roman Catholic Diocese of Syracuse

The Diocese of Syracuse Lay Pension Plan

The Foundation of the Roman Catholic Diocese of Syracuse, Inc.

The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H. McDevitt, L.C.H.S. Foundation Inc.

The Syracuse Catholic Press Association, Inc.

307

The Syracuse Diocesan Investment Fund

The Syracuse House of Retreats

The St. Thomas Aquinas Fund, Inc.

Camp Nazareth

Lourdes Camp

Brady Faith Center

Brady Farm

Brady Market

Joseph and Elaine Scuderi Foundation, Inc.

Joseph T. O'Keefe Corporation

Newman Foundation of Binghamton

Newman Foundation of Cortland

Project Joseph

Propagation of Faith

Spiritual Renewal Center

St. Thomas More Catholic Campus Ministry

The Guardian Angel Society

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of
St. James Church of Lestershire, NY

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of
St. Patrick's Church of Binghamton, NY

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of
St. Thomas Aquinas Church

Holy Name Society, St. Margaret's Church. Mattydale, NY

St. Vincent DePaul Church Daycare

Windsor Human Development

308

## SCHEDULE 2
### Co-Defendant Notice Parties

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| American Baptist Churches USA | 1015 W. 9th Ave., King of Prussia, PA 19406 | American Baptist Churches in the U.S.A. Intersection of Rt. 23 & 202 King of Prussia, PA 19406 | Saul Ewing LLP Attn.: Christie Rita McGuinness 1270 Avenue of the Americas, Ste. 2800 New York, NY 10020 |
| Archdiocese of New York | 1011 First Ave. New York, NY 1002 | | Leahey & Johnson, P.C. 120 Wall St., Ste. 2220 New York, NY 1000 |
| Baden-Powell Council, Inc., Boy Scouts of America | 2150 NYS Route 12 Binghamton, NY 13901 | Secretary of State of the State of NY Attn.: Authorized Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Melick & Porter LLP Mathew W. Beckwith 800 Third Ave., 28th Fl. New York, NY 10022  Wiggin and Dana LLP Attn.: Michael Leo Kenny, Esq. 437 Madison Ave, Fl. 35 New York, NY 10022 |
| Basilica of the Sacred Heart A/K/A Basilica of the Sacred Heart of Jesus A/K/A Basilica of the Sacred Heart of Jesus Syracuse, NY A/K/A Sacred Heart Basilica A/K/A The Basilica A/K/A Sacred Heart F/K/A Sacred Heart Parish F/K/A Sacred Heart Church F/K/A | 927 Park Ave. Syracuse, NY 13204 | Church of the Sacred Heart, Syracuse New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Bishop Cunningham Catholic Junior-Senior High School F/K/A Bishop Cunningham High School F/K/A Oswego Catholic High School | 4 Burkle St. Oswego, NY 13126 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Bishop Francis James Harrison | Deceased | | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Bishop Grimes High School | 6653 Kirkville Rd. East Syracuse, NY 13057 | Bishop Grimes High School Foundation, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Bishop Ludden Junior/Senior High School f/k/a Bishop Ludden High School | 815 Fay Rd. Syracuse, NY 13219 | Monsignor David C. Gildea Foundation for Bishop Ludden High School, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Blessed Sacrament a/k/a The Church of the Blessed Sacrament, Johnson City, New York a/k/a The Church of the Blessed Sacrament | 13 Cenacle Plaza Johnson City, NY 13790

465 Clubhouse Rd Vestal, NY 13850 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Blessed Sacrament Church | c/o St. Mary of Mount Carmel / Blessed Sacrament Parish 648 Jay St. Utica, NY 13501 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Blessed Sacrament School | c/o Roman Catholic Diocese of Syracuse 240 Onondaga St. Syracuse, NY 13202 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Boy Scouts of America | P.O. Box 152079 Irving, TX 75015<br><br>1325 W. Walnut Hill Ln. Irving, Texas, 75038<br><br>P.O. Box 85 Oakdale, NY, 11796 | Boy Scouts of America Attn.: Capitol Corporate Services Inc. 1100 H St., N.W., Ste. 840 Washington, DC 20005 | Burden & Hansen, LLC Attn.: Donna L. Burden 605 Brisbane Building 403 Main St. Buffalo, NY 14203<br><br>Melick & Porter, LLP Attn.: Holly G. Rogers 11 Broadway - Ste. 615 New York, NY 10004<br><br>Littler Mendelson P.C. Attn.: Mathew William Beckwith One Century Tower 265 Church St., Ste 300 New Haven, CT 06510 |
| Boy Scouts of America - Hiawatha Council | 2803 Brewerton Rd. Syracuse, NY 13211 | N/A | Melick & Porter LLP Mathew W. Beckwith 800 Third Ave., 28th Fl. New York, NY 10022 |
| Boys and Girls Club of Syracuse | 201 Shonnard St., Syracuse, NY 13204 | The Corporation 2100 East Fayette St., Syracuse, NY 13224 | |
| Br. Benedict | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| Camp Nazareth | 112 Long Lake Rd. Woodgate, NY 13494 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Camp Woodland | 491 Kibbie Lake Rd. Constantia, NY 13044 | Woodland Camp, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |
| Cathedral of the Immaculate Conception | 259 E Onondaga St. Syracuse, NY 13202 | Cathedral of the Immaculate Conception New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Catholic Central High School, a/k/a, Seton Catholic Central High School of Broome County, New York | 70 Seminary Ave. Binghamton, NY 13905 | Friends Of Seton Catholic Central High School of Broome County, Inc. Attn: The Corp. 112 Broad Street, Endicott, Ny, 13760 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Catholic Charities (within the Diocese of Syracuse) | 1654 W. Onondaga St. Syracuse, N.Y. 13204 | Catholic Charities of the Roman Catholic Diocese of Syracuse, N.Y. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |
| Catholic Church of St. John the Baptist | 210 East Dominick St. Rome, NY 13440 | Church of St. John The Baptist New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Catholic Mutual Relief Society of America | 10843 Old Mill Rd., Omaha, NE 68154 | Corporation Service Company 33 East Main St., Ste. 610 Madison, WI 53703 | Callahan & Fusco, LLC Attn.: John M. Anello 1 Boland Dr., Ste. 301 West Orange, NJ 07052 |
| Catholic Schools of Broome County a/k/a Broome County Consolidated Catholic Schools a/k/a and d/b/a The Catholic Schools of Broome County Foundation | 70 Seminary Ave Binghamton, NY 13905 | The Catholic Schools of Broome County Foundation New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Christ the Good Shepherd a/k/a Christ the Good Shepherd Parish a/k/a Christ the Good Shepherd at St. Mary's | 103 West Seventh St Oswego, NY 1326 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Christ the King a/k/a Christ the King Church | 501 Davis Ave., Endwell, NY 13760 | N/A | Mackenzie Hughes LLP Attn: Joseph G. Farrell Attn: Stephen T. Helmer, Esq. 440 South Warren Street, Suite 400 Syracuse, NY 13202-2601 |
| Christ the King a/k/a Christ the King Church, Endwell NY | c/o Roman Catholic Diocese of Syracuse 240 Onondaga St. Syracuse, NY 13202 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Christian Brother's Academy | 6245 Randall Rd. Syracuse, NY 13214 | Christian Brothers Academy Men's Club of Syracuse, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |
| Church of St. John the Baptist, Syracuse | 406 Court St. Syracuse, NY 13208 | Church of Saint John The Baptist New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Church of the Holy Family a/k/a Holy Family Church | 3600 Phyllis St. Endwell, NY 13760 | Church of the Holy Family New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Church of the Holy Trinity, Fulton f/k/a Holy Family Church/Parish | 309 Buffalo St. Fulton, NY 13069 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Congregation Of The Mission A/K/A Vincentians A/K/A Congregatio Missionis Sti. Vincentii A Paulo A/K/A The New England Province Of The Vincentian Fathers A/K/A New England Province Of The Congregation Of The Mission, Inc. A/K/A Charitable Trust Of The New | 234 Keeney St Manchester, CT 06040 | N/A | Smith Sovik Kendrick & Sugnet PC Attn: Thomas Debernardis, Kevin Hulslander 250 South Clinton St., Ste. 600 Syracuse, NY 13202 |
| Congregation of the School of Sisters of the Third Order of St. Francis | 119 Franciscan Way Panhandle, TX 79068 | N/A | Smith Sovik Kendrick & Sugnet P.C 250 South Clinton St., Ste. 600 Syracuse, NY 13202 |
| Congregation of the Sisters of Saint Joseph of Carondelet (True Society of the Sisters of St. Joseph of Carondelet) | 10777 Sunset Office Dr., Ste. #10 St. Louis, MO 63127 | N/A | LaMarche Safranko Law PLLC 987 New Loudon Rd., Cohoes, New York 12047 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Congregation of the Sisters of the Holy Family of Nazareth (aka The Sisters of the Holy Family of Nazareth; Cenacle Sisters) | 310 N. River Rd. Des Plaines Illinois | N/A | McDermott Will & Emory LLP One Vanderbilt Ave. New York, NY 10017-3852 |
| Conventual Franciscans, Province of Our Lady of the Angels (d/b/a Franciscan Friars-Our Lady of the Angels Province, Inc.) | 517 Washington Ave. Rensselaer, NY 12144 | N/A | Lippes Mathias LLP Scott S. Allen, Jr., Esq. 50 Fountain Plaza, Ste. 1700 Buffalo, NY 14202 |
| Conventual Franciscans, Province of the Immaculate Conception B.V.M. (a/k/a Order of Friars Minor Conventual Immaculate Conception) | 517 Washington Ave. Rensselaer, NY 12144 | N/A | |
| Cortland Community College | Tompkins Cortland Community College 170 North St Dryden, NY 13053 | N/A | |
| Cortland State University | SUNY Cortland 22 Graham Ave Cortland, NY 13045 | N/A | |
| Elim Bible Institute and College | 7245 College St., Lima, NY 14485 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Hancock Estabrook LLP Attn.: Janet D. Callahan 1800 Axa Tower 1 Syracuse, NY 13202 |
| Felician Sisters of North America | 871 Mercer Rd. Beaver Falls, PA 15010 | N/A | Smith Sovik Kendrick & Sugnet PC Attn: Thomas Debernardis, Kevin Hulslander 250 South Clinton St., Ste. 600 Syracuse, NY 13202 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| First United Methodist Church of East Syracuse | 823 Franklin Park Dr. East Syracuse, NY 13057 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Fr. Albert J. Proud | 8901 New Hampshire Ave. Silver Springs, MD 20903 | N/A | |
| Fr. Andrew B. Brizzolara** | **This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| Fr. Angelo L. Morbito | Deceased | N/A | |
| Fr. Anthony Failla | Deceased | N/A | |
| Fr. Anthony Welsh Cincotta | Deceased | N/A | |
| Fr. Bernard A. Garstka | Deceased | N/A | |
| Fr. Brian Callahan | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| Fr. Bruce Ritter, OFM Conv. | Deceased | N/A | |
| Fr. Buckle** | Deceased | N/A | |
| Fr. C. Vincent Lane | 3300 East West Highway Apt. 660 Hyattsville, MD 20782 | N/A | |
| Fr. Carmine | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| Fr. Chester A. (Charles/Chuck) Misercola | Deceased | N/A | |
| Fr. Costello | Deceased | N/A | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Fr. Cunningham | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| Fr. Daniel W. Casey Jr. | Deceased | N/A | |
| Fr. David A. Pichette | PO BOX 4257 Fort Pierce, FL 34948-4257 | N/A | |
| Fr. David J. Walker | Deceased | N/A | |
| Fr. Donald J. Herbert | 1 Burr Ave. New York Mills, NY 13417 | N/A | Office of Peter M. Hobaica, LLC Attn.: Peter M. Hobaica, Esq. 2045 Genesee St. Utica, NY 1350 |
| Fr. Edmund Durr | 1223 Oak Ln., Bridgeport, NY 1303 | N/A | Office of Peter M. Hobaica, LLC Attn.: Peter M. Hobaica, Esq. 2045 Genesee St. Utica, NY 1350 |
| Fr. Theodore C. "Ted" Madore | 308 E. Locust Street Rome, NY 13440 | N/A | |
| Fr. Felix R. Colosimo | Deceased | N/A | |
| Fr. G. Edward Knight | Deceased | N/A | |
| Fr. Guido Caverzan | Deceased | N/A | |
| Fr. James A. Quinn | Deceased | N/A | |
| Fr. James C. Hayes | Deceased | N/A | |
| Fr. James Manley | Deceased | N/A | |
| Fr. James O'Brien | The Nottingham 1301 Nottingham Road Apt. B-216 Jamesville, NY 13078 | N/A | |
| Fr. Jerome Weber | 1613 Sunset Ave. Utica, NY 13502 | N/A | Office of Peter M. Hobaica, LLC Attn.: Peter M. Hobaica, Esq. 2045 Genesee St. Utica, NY 1350 |
| Fr. Jim | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Fr. John Francis Harrold | Deceased | N/A | |
| Fr. John Schopher | Cathedral of the Immaculate Conception 259 East Onondaga Street Syracuse New York 13202 | N/A | |
| Fr. John V. Ahern | 1301 Nottingham Rd Jamesville, NY 13078 | N/A | |
| Fr. Joseph Scardella | | N/A | Dennis Nathaniel Hawthorne 118 Cayuga St. Fulton, NY 13069 |
| Fr. Leo Heizman | Deceased | N/A | |
| Fr. Louis Aiello | Deceased | N/A | |
| Fr. Mario Simon | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| Fr. Paul Angelicchio | 4720 Sabre Ln., Manlius, NY 13104 | N/A | Hancock Estabrook LLP Attn.: Thomas John Murphy Attn.: Joseph Gregory Farrell 1800 Axa Tower 1 Syracuse, NY 13202 |
| Fr. R. Paul Mathis | 1319 State Rt. 49 Constantia, NY 13044 | N/A | |
| Fr. Richard "Duke" Snyder | Deceased | | |
| Fr. Robert A. Ours | 1307 1st North St. 2nd Syracuse, NY 13208-1615 | N/A | |
| Fr. Robert J. Birchmeyer | Deceased | N/A | |
| Fr. Robert J. Kloster (Fr. Bob) | Deceased | N/A | |
| Fr. Steven J. Litz, Jr. | Deceased | N/A | |
| Fr. Thomas E. Neary, Jr. | Deceased | N/A | |
| Fr. Thomas F. Keating | Deceased | N/A | |
| Fr. Thomas Gyder | Deceased. | N/A | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Fr. Valentine Krul | c/o Mr. John Nastovich 212 Vassar Drive Newark, DE 19711 | N/A | |
| Fr. Vincent Lane. Jr. ** | 3300 East West Highway Apt. 660 Hyattsville, MD 20782 | N/A | |
| Fr. Wilhelm Golli | Deceased | N/A | |
| Fr. William Lorenz | | N/A | Felt Evans LLP Kenneth L. Bobrow 4-6 North Park Row Clinton, NY 13323 |
| Fr. George Wurz | St. Peter's Rectory 83 E. Albany Street Oswego, NY 13126 | N/A | |
| Franciscan Sisters of Allegany, NY Inc. | 115 East Main St. Allegany, NY 14706 | Franciscan Sisters of Allegany, N.Y., Inc. Address: R.D., Allegany, Ny, 14706 | |
| Frank G. Dimunco | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| Gethsemane United Methodist Church | 1700 Butternut St. Syracuse, NY 13208 | United Methodist Church Foundation, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Girl Scouts of NYPENN Pathways, Inc. | 960 James St., 2nd Fl. Syracuse, NY 13203 | Secretary of State of the State of NY Attn.: Authorized Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Costello, Cooney & Fearon PLLC Attn: Jennifer Wang 211 W. Jefferson St., Ste. 1 Syracuse, NY 13202 |
| Girl Scouts of the United States of America | 420 Fifth Ave. New York, NY 10018 | Secretary of State of the State of NY Attn.: Authorized Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Hurwitz Fine P.C. Attn: Dan Kohane 1300 Liberty Building 424 Main St. Buffalo, NY 14202 |
| Girl Scouts Seven Lakes Council, Inc. | Secretary of State of the State of NY 99 Washington Ave, 6th Fl, Albany, NY 12231 | Secretary of State of the State of NY Attn.: Authorized Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Costello, Cooney & Fearon PLLC Attn: Jennifer Wang 211 W. Jefferson St, Ste. 1 Syracuse, NY 13202 |
| Greater New York Council | 155 E. 56th St., 2d Fl., New York, NY 10022 | Greater New York Councils, Boy Scouts of America 25 W. 43 St., New York, NY 10036 | "Wiggin and Dana LLP Attn.: Michael Leo Kenny 437 Madison Ave., Fl. 35 New York, NY 10022" |
| Holy Family Church | 45 W 4th St. South Fulton, NY 13069 | Church of the Holy Family New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Holy Family Roman Catholic Church | 45 W 4th St. Fulton NY 13069  309 Buffalo St. Fulton, NY, 13069-1823 | N/A | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Holy Trinity Church | 406 Court St. Syracuse, NY 13208 | N/A | |
| Holy Trinity Roman Catholic Church and Parish | 1206 Lincoln Ave., Utica, NY 13502 | Holy Trinity, Church, New York New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Holy Trinity School | Holy Trinity 1206 Lincoln Ave. Utica, NY 13502-4592 | N/A | |
| Immaculate Heart of Mary | 425 Beechwood Ave. Liverpool, NY 13088 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Immaculate Heart of Mary Church, Liverpool NY | 425 Beechwood Ave. Liverpool, NY 13088 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| James Francis Purtell | 1306 Chase Ave Binghamton,    NY 13901 | N/A | |
| James M. Moynihan Rev. | Deceased | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| John Allen | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| John Kendrick | Deceased | | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Longhouse Council Inc., Boy Scouts of America (d/b/a Longhouse Council Inc. and/or Longhouse Council Inc., Boy Scouts of America, and/or Hiawatha Seaway Council, Inc., Boy Scouts of America and/or Hiawatha Council Inc., Boy Scouts of America) (a/k/a BSA Local Council) | 2803 Brewerton Rd Syracuse, NY 13211 | Attn.: The Corporation 2803 Brewerton Rd., Syracuse, NY 13211 | Mellick & Porter LLP 800 Third Ave., 28th Fl. New York, NY 10022<br><br>Littler Mendelson P.C. Attn.: Mathew William Beckwith One Century Tower 265 Church St., Ste. 300 New Haven, CT 06510 |
| Marist Brothers of the Schools Inc. | 83-53 Manton St. Jamaica, NY 11435 | Attn.: Brother Robert Kamarad Archbishop Malloy High S., 83-53 Manton St., Jamaica, NY 11435 | Biedermann Hoenig Semprevivo One Grand Central Place 60 East 42nd St., 36th Fl. New York, NY 10165 |
| McDonald's | 274 Genesee St. Oneida, NY 13421 | Attn.: The Prentice-Hall Corporation System, Inc. 2711 Centerville Rd., Ste. 400, Wilmington, DE 19808 | |
| Missionaries of St. Charles a/k/a the Scalabrinians | 546 N East Ave. Oak Park, IL 60302 | The Pious Society of the Missionaries of St. Charles Borromeo, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Most Holy Rosary Church and School | 111 Roberts Ave. Syracuse, NY 13207<br><br>1031 Bellevue Ave Syracuse NY 13207 | Most Holy Rosary Foundation Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |
| Msgr. (Fr.) Francis Furfaro | Deceased | N/A | |
| Msgr. Charles Eckermann | Deceased | N/A | |
| Msgr. H. Charles Sewall | Deceased | N/A | |
| Msgr. John R. Madden | Deceased | N/A | |
| Msgr. Paul Brigandi | Deceased | N/A | |
| Nazareth Farm, Doddridge County, West Virginia | 665 Nazareth Farm Rd Salem, WV 26426<br><br>665 Nazareth Farm Rd Center Point, WV 26426 | N/A | |
| Notre Dame Junior/Senior High School f/k/a Notre Dame High School | 2 Notre Dame Ln. Utica, NY 13502 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Oakdale Racquetball Club | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| Order Minor Conventuals, Inc. i/s/a St. Anthony of Padua Province, Franciscan Fathers Minor Conventual, USA | 12300 Folly Quarter Rd. Ellicott City, MD 21042 | N/A | Harrington, Ocko & Monk, LLP 81 Main St., Ste. 215 White Plains, NY 10601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Order of Friars Minor Conventual | St. Francis Friary 812 North Salina St. Syracuse, NY 13208 | c/o Order of Minor Conventuals Attn.: The Corporation Office of the President, 812 N. Salina St., Syracuse, NY 13208 | |
| Order of Preachers a/k/a Province of St. Joseph-Eastern Dominican Province a/k/a Dominican Fathers, Province of St. Joseph a/k/a Dominican Friars Province of St. Joseph a/k/a and d/b/a Dominican Foundation of Dominican Friars, Province of St. Joseph, Inc | 141 East 65th St. New York, NY 10065 | Attn.: The Corporation 141 East 65th St., New York, NY 10065 | Hurwitz Fine PC 1300 Liberty Building Buffalo, NY 14202 |
| Our Lady of Angels, Endwell NY | 3011 Phyllis St. Endwell, NY 13760 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Our Lady of Angels, Endwell NY | 3600 Phyllis St Endicott, NY 13760 | N/A | |
| Our Lady of Hope Church of Syracuse, NY | 4845 S Salina St Syracuse, NY 13205 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Our Lady of Lourdes | c/o Mary, Mother of Our Savior Parish at Our Lady of Lourdes 2222 Genesee St. Utica, NY, 13502<br><br>2 Barton Ave. Utica, NY, 13502-5804 | N/A | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Our Lady of Lourdes, Syracuse | 4845 South Salina St. Syracuse, NY, 13205-2704 | N/A | |
| Our Lady of Pompei/St. Peter's | Church of Our Lady of Pompei/St. Peter 301 Ash St. Syracuse, NY, 13208-2620 | N/A | |
| Our Lady of Pompeii St. Peter Church | 920 N. McBride St., Syracuse, NY 13208 | N/A | Mackenzie Hughes LLP Attn: Joseph G. Farrell Attn: Stephen T. Helmer, Esq. 440 South Warren Street, Suite 400 Syracuse, NY 13202-2601 |
| Our Lady of Pompeii, Cathedral Academy at Pompei | 923 N. McBride St., Syracuse, NY 13208 | N/A | Mackenzie Hughes LLP Attn: Joseph G. Farrell Attn: Stephen T. Helmer, Esq. 440 South Warren Street, Suite 400 Syracuse, NY 13202-2601 |
| Pastime Athletic Club | 1314 N Salina St. Syracuse, NY 13208 | Pastime Athletic Club Of Syracuse, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |
| Proctor House, Utica NY | Attn.: New Hartford Historical Society 2 Paris Rd. New Hartford, NY 13413 | N/A | |
| Randallsville Baptist Church | 1528 River Rd., Hamilton, NY 13346 | | Hancock Estabrook LLP Attn.: Janet D. Callahan 1800 Axa Tower 1 Syracuse, NY 13202 |
| Randallsville New Life Church | 1528 River Rd., Hamilton, NY 13346 | N/A | Hancock Estabrook LLP Attn.: Janet D. Callahan 1800 Axa Tower 1 Syracuse, NY 13202 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Raymond Jones | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| Resurrection Life | 50 Kendrick Ave., Hamilton, NY 13346 | The Corporation 263 Hoffman St. Franklin Sq., NY 11010 | Goldberg Segalla LLP Attn.: Kenneth M. Alweis Attn.: Revecca Rose Rabideau 5786 Widewaters Pkwy. Syracuse, NL 13214 |
| Resurrection Life Fellowship | 3191 Cole Rd., Eaton, NY 13334 | The Corporation 263 Hoffman St. Franklin Sq., NY 11010 | "Goldberg Segalla LLP Attn.: Kenneth M. Alweis Attn.: Revecca Rose Rabideau 5786 Widewaters Pkwy. Syracuse, NL 13214" |
| Rev. Douglas L. Lucia | | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Rev. Father Ronald P. Buckel | Deceased | | |
| Robert Prior | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| Sacred Heart Church | 8229 Brewerton Rd., Cicero, NY 13039 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Mackenzie Hughes LLP Attn: Joseph G. Farrell Attn: Stephen T. Helmer, Esq. 440 South Warren Street, Suite 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Sacred Heart Parish and School (d/b/a Basilica of the Sacred Heart of Jesus) | 927 Park Ave. Syracuse, NY 13204 | Church of the Sacred Heart, Syracuse New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Seton Catholic Central of Broome County a/k/a Seton Catholic Central a/k/a Seton Catholic Central High School of Broome County (n/k/a Catholic Schools of Broome County) | 70 Seminary Ave Binghamton, NY 13905 | Friends Of Seton Catholic Central High School of Broome County, Inc. Attn: The Corp. 112 Broad Street, Endicott, Ny, 13760 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Seven Lakes Girl Scout Council | 401 N. Main St Saugerties, NY 12477 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Costello, Cooney & Fearon PLLC Attn: Jennifer Wang 214 W. Jefferson St Syracuse, NY 13202 |
| Sister Mary Carmichael | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| Sister Ruth | Deceased | | |
| Sisters of Charity of St. Louis | 6301 Riverdale Ave. Bronx, NY 10471-1093  4907 South Catherine St., Apt. 203 Plattsburgh, NY 12901 | Attn.: The Corporation 4907 South Catherine St., Apt. 203, Plattsburgh, NY 129601 | Siegel & Reiner, LLP 130 East 59th St., 12th Fl. New York, NY 10022 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Sisters of St. Francis of the Neumann Communities f/k/a The Sisters of the Third Franciscan Order of Syracuse | 960 James St., 2nd Fl. Syracuse, NY 13203 | Attn.: The Corporation 225 Greenfield Pl., Ste. 208, Liverpool, NY 13088 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Sisters of St. Joseph of Carondelet (True Society of the Sisters of St. Joseph of Carondele) | Sisters of St. Joseph Carondelet, St. Louis Province Attn.: Mary Frances Johnson, CSJ 6400 Minnesota Ave. St. Louis, MO 63111<br><br>Sisters of St. Joseph Carondelet Attn.: Mary McKay, CSJ, Registered Agent 10777 Sunset Office - Ste. 10 St. Louis, MO 6312<br><br>Sisters of St. Joseph of Carondelet Attn: Sister Joan Mary Hartigan, CSJ - Providence Dir. 385 Watervliet-Shaker Rd., Latham, NY 12110-4799 | Attn.: The Corporation 385 Watervliet-Shaker Rd., Latham, NY 12110 | LaMarche Safranko Law PLLC 987 New Loudon Rd. Cohoes, New York 12047 |
| Sisters of St. Joseph of Rochester | 150 French Rd Rochester, NY 14618 | Attn.: The Corporation 150 French Rd., Rochester, NY 14618 | Lacy Katzen LLP Attn: Peter Rodgers 600 Bausch and Lomb Pl Rochester, NY 14604 |
| St. Anthony and St. Agnes Church a/k/a St. Anthony & St. Agnes Parish<br><br>(f/k/a St. Anthony of Padua a/k/a St. Anthony of Padua Church) | 422 Tilden Ave. Utica, NY 13501 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Anthony of Padua a/k/a St. Anthony of Padua Church | 422 Tilden Ave. Utica, NY 13501 | Church of Saint Anthony of Padua New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Anthony of Padua School, Colvin St. (closed) | 411 W Colvin St. Syracuse, NY 13205<br><br>c/o St. Anthony of Padua 1515 Midland Ave. Syracuse, NY 13205<br><br>c/o Holy Cross Church 4112 E Genesee St. DeWitt, NY 13214 | N/A | |
| St. Bernard's Roman Catholic Church d/b/a St. Bernard's Church Waterville NY (St. Bernard Parish) | 199 Stafford Ave. Waterville, NY 13480 | St. Bernard's Catholic Church of Waterville, Oneida Co. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Catherine of Siena Catholic Church, Hillcrest NY | 1031 Chenango St. Binghamton, NY 13901 | N/A | |

21612479.v6

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Catherine of Siena Church (a/k/a St. Francis of Assisi Church) (possibly merged with St. Christopher's) | 1031 Chenango St. Binghamton, NY 13901 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Cecilia aka St. Cecilia Church | 1001 Woods Rd. Solvay, NY 13209 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Cecilia's School | 103 3rd Street Solvay NY 13209 | N/A | |
| St. Francis | 229 W. Yates St. East Syracuse, NY 13057  St. Francis of Assisi 7820 Bridgeport-Minoa Rd. Bridgeport, NY, 13030  229 W. Yates St. East Syracuse, NY 13057-2361 | St. Francis Church New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |
| St. Francis Church | 5334 Foster St. Durhamville, NY 13045  c/o St. Joseph Church 121 St. Joseph Place Oneida, NY 13421 | St. Francis Church New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Francis of Assisi Roman Catholic Church a/k/a The Church of St. Francis of Assisi a/k/a St. Francis of Assisi Parish | 1031 Chenango St. Binghamton, NY 13901 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. James Catholic School | 4837 S. Salina St., Syracuse, NY 13205 | N/A | |
| St. James Church, Johnson City | 147 Main St. Johnson City, NY 13790 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. James Church, Syracuse | 4845 S Salina St Syracuse, NY 13205 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. James Roman Catholic Church and Convent, Cazenovia | 6 Green St. Cazenovia, NY 13035 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. John the Baptist a/k/a Catholic Church of St. John the Baptist | 210 East Dominick St. Rome, NY 13440 | Church of St. John The Baptist New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. John the Baptist Church f/k/a Holy Trinity Church & School Syracuse a/k/a St. John the Baptist and Holy Trinity | c/o St. John the Baptist-Holy Trinity Church 406 Court St. Syracuse, NY 13208 | Church of Saint John The Baptist New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. John the Evangelist | 1263 Vestal Ave Binghamton, NY 13903 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. John the Evangelist | 35 3rd St., Camden, NY 13316 | N/A | |
| St. John the Evangelist Church | 66 Oxford Rd. New New Hartford, NY, 13413-2697 | N/A | |
| St. John the Evangelist School, Binghamton, NY | 1263 Vestal Ave. Binghamton, NY 13903 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. John's Church and Roman Catholic Society in the City of Utica | c/o Historic Old St. John's Church 240 Bleecker St. Utica, NY 13501 | St. John's Church Society New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601  Woods Oviatt Gilman LLP Attn.: Timothy P. Lyster, Esq. 1900 Bausch & Lomb Place Rochester, NY 14604 |
| St. Joseph Catholic Church | 178 West 2nd St. Oswego NY 13126  5457 Shady Ave Lowville, NY 13367 | St. Joseph's Roman Catholic Church New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Joseph Church | 121 St. Joseph Pl. Oneida, NY 13421 | St. Joseph's Church, Oneida New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Joseph the Worker Church f/k/a St. Joseph's Church | 1001 Tulip St. Liverpool, NY 13088 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Joseph, The Worker, Ltd. | 280 Saratoga St. Cohoes, NY 12047 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Tobin and Dempf LLP 515 Broadway, 4th Fl. Albany, NY 1220 |
| St. Joseph's Catholic Church, Oswego | 240 W 1st St. Oswego, NY 13126\n\n134 East 5th St. Oswego, NY, 13126\n\n50 East Mohawk St. Oswego, NY 13126 | St. Josephs Roman Catholic Church New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Joseph G. Farrell Attn: Stephen T. Helmer, Esq. 440 South Warren Street, Suite 400 Syracuse, NY 13202-2601" |
| St. Joseph's | 5600 West Genesee St. Camillus, NY 13031 | N/A | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Leo's Church | c/o St. Leo's & St. Ann Catholic Church 7939 Elm St. Holland Patent, NY 13354 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Lucie's | 432 Gifford St Syracuse, NY 13204 | N/A | |
| St. Lucy's Church | 432 Gifford St. Syracuse, NY 13204 | Saint Lucy's Church, Syracuse, N.Y. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Marianne Cope Parish a/k/a Saint Marianne Cope Parish a/k/a St. Marianne Cope | 1001 Woods Rd. Solvay, NY 13209<br><br>105 Stanton Ave. Solvay, NY 13209 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Mark's Lutheran Church | 2840 Cold Springs Rd. Baldwinsville, NY 13027 | N/A | Hogan Willig PLLC 2410 North Forest Rd., Ste. 301 Amherst, NY 14068 |
| St. Mark's Church<br><br>(St. Mark's a/k/a St. Mark's Church) | 440 Keyes Rd. Utica, NY 13502 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Mary of Mount Carmel - Blessed Sacrament Parish and Church | 648 Jay St. Utica, NY 13501 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Mary of the Assumption Roman Catholic Parish Church a/k/a St. Mary's Church a/k/a St. Mary | 103 West Seventh St. Oswego, NY 1326 | St. Mary of the Assumption Preservation Group Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Mary Roman Catholic Church | 48 North Main St. Cortland, NY 13045 | Roman Catholic Church of St. Mary's New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Mary's (a church close to St. Francis in Durhamville) | 6148 Irish Ridge Rd. Durhamville, NY 13054 | N/A | |
| St. Mary's Church | 59 N Main St. Cortland, NY 13045<br><br>46 North Main St. Cortland, NY 13045 | Roman Catholic Church of St. Mary's New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Mary's Church | 16 Wylie Ave., Hamilton, NY 13346 | N/A | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Mary's Church and St. Mary's School in Cortland, New York | 61 North Main St. Cortland, NY 13045 | Roman Catholic Church of St. Mary's New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Matthew's Church in East Syracuse, NY | 100 Kinne St. East Syracuse, NY, 13057

229 W. Yates St. East Syracuse, NY 13057-2361 | N/A | |
| St. Michaels Church and St. Edwards Church | 108 St. Edwards St. Brooklyn, NY 12205 | N/A | |
| St. Patrick a/k/a St. Patrick Church a/k/a St. Patrick Church | P.O. Box 27, Parish, NY 13131 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Mackenzie Hughes LLP Attn: Joseph G. Farrell Attn: Stephen T. Helmer, Esq. 440 South Warren Street, Suite 400 Syracuse, NY 13202-2601 |
| St. Patrick Mission

St. Patrick's, Forestport, NY (the corresponding state court complaint names St. Patrick Mission in Forestport) | 12000 River St. Forestport, NY 1333 | St. Patrick's Church New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Patrick's, a/k/a St. Patrick's Church, a/k/a St. Patrick Church, Binghamton NY | 9 Leroy St. Binghamton, NY 13905 | St. Patrick's Catholic Church of Binghamton, N.Y. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Paul's Catholic Church | 16 Park Ave. Whitesboro, NY 13492 | St. Paul's Church New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Paul's Church and School | Christ the Good Shepard and Trinity Catholic School c/o Rev. John W. Canorro 50 East Mohawk St. Oswego, NY 13126 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Paul's Church in Binghamton, NY | 15 Doubleday St. Binghamton, NY, 13901-2501 | N/A | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Paul's Roman Catholic Church of Norwich NY | 30 Pleasant St. Norwich, NY 13815 | St. Paul's Church, of Norwich, N. Y. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Peter a/k/a St. Peter's Parish St. Peter's Catholic Church (St. Peter's aka St. Peter Church aka St. Peter's Catholic Church) St. Peter's Church of Utica, N.Y. | 422 Coventry Ave. Utica, NY 13502 | St. Peter's Church of Utica, N.Y. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Peter Roman Catholic Parish Church | 200 N James St Rome, NY 13440 | St. Peters Church, Rome New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Stephen | 305 North Geddes St. Syracuse, NY 1304 | St. Stephen's Latin Mass Community of Syracuse, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Stephen, Syracuse NY | 927 Park Ave. Syracuse, NY, 13204-2123 | N/A | |
| St. Tarcisius Parish and Church | 562 Waverly St. Framingham MA 01702 | N/A | White & McSpedon, P.C. 875 Ave. of the Americas, Ste. 800 New York, NY 10001 |
| St. Vincent de Paul - Blessed Sacrament Church of Vestal, N.Y. | 465 Clubhouse Rd Vestal, NY 13850 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Vincent de Paul-Blessed Sacrament Church a/k/a St. Vincent de Paul Blessed Sacrament Church a/k/a The Catholic Community of St. Vincent de Paul and Blessed Sacrament a/k/a St. Vincent de Paul and Blessed Sacrament Church a/k/a St. Vincent Roman de Paul - Blessed Sacrament Church of Vestal NY | 165 Clifton Blvd Vestal, NY 13850 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601  Woods Oviatt Gilman LLP Attn.: Timothy P. Lyster, Esq. 1900 Bausch & Lomb Place Rochester, NY 14604 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| State University of New York at Oswego | 7060 NY 104 Oswego, NY 13126 | Auxiliary Services, State University College at Oswego, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |
| Sts. Cyril and Methodius Roman Catholic Parish Church | 148 Clinton St. Binghamton, NY 13905 | Saints Cyril and Methodius Church Attn: Bishop Paul Verhaeren 66 Lauer Rd., Poughkeepsie, Ny, 12603 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Sts. John & Andrew a/k/a Parish of Saints John & Andrew | 1263 Vestal Ave Binghamton, NY 13903 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| SUNY Cortland | 22 Graham Ave. Cortland, NY 13045 | N/A | |
| Susquenango Council, Boy Scouts of America, Inc. | Kenny, Esq., Wiggin and Dana LLP Attn. Michael Leo 437 Madison Ave, Fl. 35, New York, NY 10022 | N/A | Melick & Porter LLP Mathew W. Beckwith 800 Third Ave., 28th Fl. New York, NY 10022 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| The Cathedral in Syracuse | 259 East Onondaga St. Syracuse, NY, 13202 | Cathedral of the Immaculate Conception New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |
| The Church of the Blessed Sacrament | 465 Clubhouse Rd Vestal, NY 13850 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| The Church of the Blessed Sacrament | 13 Cenacle Plaza Johnson City, NY 13790 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601  Woods Oviatt Gilman LLP Attn.: Timothy P. Lyster, Esq. 1900 Bausch & Lomb Place Rochester, NY 14604 |
| The House of Good Shepard | 17 Herkimer Rd. Utica, NY 13502 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Barclay Damon LLP Attn: Mark Whitford, Amanda Miller 2000 Five Star Bank Plaza 100 Chestnut St. Rochester, NY 14604 |
| The Jesuits at Le Moyne College Inc. | 1419 Salt Springs Rd. Syracuse, NY 13214 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Rivkin Radler, LLP 926 RXR Plaza Uniondale, NY 11556  Bond Schoeneck & King One Lincoln Center Syracuse, NY 13202 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| The Marist Brothers | 70-20 Juno St. Forest Hills, NY 11375 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Biedermann Hoenig Semprevivo, a Professional Corp. One Grand Central Place 60 East 42nd St., 36th Fl. New York, NY 10165 |
| The Pious Society of the Missionaries of St. Charles Borromeo Inc. | 27 Carmine St. New York, NY 10014 | Attn.: Rev. Horecio Carlos Anklan, C.S. 27 Carmine St., New York, NY 10014 | Kirsch & Niehaus PLLC Murphy & King, P.C. 950 Third Ave., Ste. 1900 New York, NY 10022 |
| The Roman Catholic Archdiocese of Boston | 66 Brooks Dr Braintree MA 02184 | Attn.: Catholic Charitable Bureau of the Archdiocese of Boston 275 W. Broadway, Boston, MA 02127 | White & McSpedon P.C. 875 Ave. of the Americas, Ste. 800 New York, NY 10001 |
| The Roman Catholic Church of St. Joseph Patron of the Universal Church | 185 Suydam St. Brooklyn, NY 11221 | N/A | Scahill Law Group P.C. 1065 Stewart Ave., Ste. 201 Bethpage, NY 1171 |
| The Roman Catholic Diocese of Brooklyn, New York | 310 Prospect Park West, Brooklyn, NY 11215 | N/A | Shaub, Ahmuty, Citrin & Spratt LLP 1983 Marcus Ave. Lake Success, NY 11042-1056 |
| Tompkins Cortland Community College | 170 North St. Dryden, NY 13053 | Tompkins Cortland Community College Foundation, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Trinity High School, Garfield Heights, Ohio | 12425 Granger Rd. Garfield Heights, OH 44125 | Trinity High School, Inc. Robert D Kehoe 1111 Superior Ave, Ste 1330 Cleveland OH 44114 | |
| Unknown church in McGraw, NY | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | |
| USA Northeast Province of the Society of Jesus i/s/h/a USA Northeast Province of the Society of Jesus a/k/a Jesuits USA Northeast Province | 39 East 83rd St. New York, NY 10028 | Attn.: The Corporation 39 East 83rd St., New York, NY 10028 | Rivkin Radler, LLP 926 RXR Plaza Uniondale, NY 11556 |
| Wilson Memorial Hospital | 33-57 Harrison St Johnson City, NY 13790 | The Auxiliary of the Wilson Memorial Regional Medical Center New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |
| YMCA | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | Alliance of New York State YMCAS, Inc. Attn.: Kyle Stewart 465 New Karner Rd., Albany, NY 12205 | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| YMCA - Binghamton | 61 Susquehanna St. Binghamton, NY 13901 | Young Men's Christian Association of Broome County New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |
| YMCA of Broome County | 61 Susquehanna St Binghamton NY 13901 | Young Men's Christian Association of Broome County New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | McGivney, Kluger, Clark & Intoccia P.C. 100 Madison St., Ste. 1640 Syracuse, NY 13215 |

21612479.v6

## SCHEDULE 3
### Catholic Directory Notice Parties

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **City of Syracuse – Oneida County** | | |
| Cathedral of the Immaculate Conception | 259 E. Onondaga St., Syracuse, NY 13202 | |
| Cathedral of the Immaculate Conception – School | 420 Montgomery St., Syracuse, NY 13202 | Closed |
| Assumption B.V.M. (German) | 812 North Salina St., Syracuse, NY 13208 | |
| Assumption Cemetery Corporation | 2401 Court St., Syracuse, NY 13208 | |
| Blessed Sacrament | 3127 James St., Syracuse, NY 13206 | |
| Blessed Sacrament – School | 3131 James St., Syracuse, NY 13206 | 3129 James St., Syracuse, NY 13206 |
| Holy Trinity (German) | 501 Park St., Syracuse, NY 13203 | Closed |
| Holy Trinity – School | 125 Jasper St., Syracuse, NY 13203 | Closed |
| Most Holy Rosary | 111 Roberts Ave., Syracuse, NY 13207 | |
| Most Holy Rosary – School | 1031 Bellevue Ave., Syracuse, NY 13207 | |
| Our Lady of Lourdes | 300 Valley Dr., Syracuse, NY 13207 | |
| Our Lady of Lourdes – School | 301 Valley Dr., Syracuse, NY 13207 | Closed |
| Our Lady of Pompei (Italian) | 301 Ash. St., Syracuse, NY 13208 | |
| Our Lady of Pompei – Convent | 920 North McBride St., Syracuse, NY 13208 | |
| Our Lady of Pompei – School | 915-197 N. McBride St., Syracuse, NY 13208 | 923 N. McBride St., Syracuse, NY 13208 |
| Our Lady of Solace | 516 Salt Springs Rd., Syracuse, NY 13225 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Our Lady of Solace – School | 704 Salt Springs Rd., Syracuse, NY 13224 | Closed |
| Sacred Heart (Polish) | 927 Park Ave., Syracuse, NY 13204 | |
| Sacred Heart – School | 1001 Park Ave., Syracuse, NY 13204 | Closed |
| St. Andrew the Apostle | 124 Alden St., Syracuse, NY 13210 | Closed |
| St. Ann | 4461 Onondaga Blvd., Syracuse, NY 13219 | St. Charles – St. Ann Parish Office 501 S. Orchard Rd., Syracuse, NY 13219 |
| St. Ann – School | 4461 Onondaga Blvd., Syracuse, NY 13219 | Closed |
| St. Anthony of Padua | 1515 Midland Ave., Syracuse, NY 13205 | |
| St. Anthony of Padua – School | 417 W. Colvin St., Syracuse, NY 13205 | Anthony's Pre-K 417 W. Colvin St., Syracuse, NY 13205 |
| St. Brigid and St. Joseph | 318 Herkimer St., Syracuse, NY 13204 | Closed |
| St. Brigid and St. Joseph – School | 318 Herkimer St., Syracuse, NY 13204 | Closed |
| St. Charles | 417 S. Orchard Rd., Syracuse, NY 13219 | St. Charles – St. Ann Parish Office 501 S. Orchard Rd., Syracuse, NY 13219 |
| St. Charles – School | 200 W. High Terrace, Syracuse, NY 13219 | |
| St. Charles – Convent | 401 E. Corey Rd., Syracuse, NY 13219 | |
| St. Daniel | 3004 Court St., Syracuse, NY 13208 | |
| St. Daniel – School | 3004 Court St., Syracuse, NY 13208 | St Daniels Chapel and Religious Ed. School |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | | 611 Roxford Rd S., Syracuse, NY 13208 |
| St. James | 4845 S. Salina St., Syracuse, NY 13205 | |
| St. James – School | 111 Munson Dr., Syracuse, NY 13205 | Closed |
| St. James – Convent | 111 Munson Dr., Syracuse, NY 13205 | |
| St. John the Baptist | 406 Court St., Syracuse, NY 13208 | |
| St. John the Baptist – School | 1406 Park St., Syracuse, NY 13208 | |
| St. John the Evangelist | 214 N. State St., Syracuse, NY 13203 | Closed |
| St. Lucy | 432 Gifford St., Syracuse, NY 13204 | |
| West Side Catholic at St. Lucy's – School | 422 Gifford St., Syracuse, NY 13204 | West side Learning Center, 422 Gifford St., Syracuse, NY 13204 |
| St. Patrick | 216 N. Lowell Ave., Syracuse, NY 13204 | |
| St. Patrick – School | 2066 Schuyler St., Syracuse, NY 13204 | Closed |
| St. Peter (Italian) | 709 James St., Syracuse, NY 13203 | Our Lady of Pompei/St. Peter 301 Ash St., Syracuse, NY 13208 |
| St. Stephen (Slovak) | 305 N. Geddes St., Syracuse, NY 13204 | Closed |
| St. Therese the Little Flower of Jesus | 112 Lancaster Pl., Syracuse, NY 13210 | All Saints Church 1340 Lancaster Ave., Syracuse, NY 13210 |
| St. Therese the Little Flower of Jesus – Parish Helpers | 1226 Lancaster Ave., Syracuse, NY 13210 | |
| St. Vincent de Paul | 342 Vine St., Syracuse, NY 13203 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Vincent de Paul – School | 1101 Burnet St., Syracuse, NY 13203 | Closed |
| St. Vincent de Paul – Convent | 1101 Burnet St., Syracuse, NY 13203 | |
| Transfiguration (Polish) | 740 Teall Ave., Syracuse, NY 13206 | |
| **OUTSIDE THE CITY OF SYRACUSE** | | |
| **Bainbridge – Chenango County** | | |
| St. John the Evangelist | 34 S. Main St., Bainbridge, NY 13733 | |
| St. John the Evangelist – Mission – St. Agnes | St. Agnes Afton, NY 13730 | St. Agnes Spring St., Afton, NY 13730 |
| **Baldwinsville – Onondaga County** | | |
| St. Augustine | 7333 O'Brien Rd., Baldwinsville, NY 13027 | 7499-7301 Obrien Rd., Baldwinsville, NY 13027 |
| St. Elizabeth Ann Seton | 3494 NYS Rte. 31, Baldwinsville, NY 13027 | 3494 NY-31, Baldwinsville, NY 13027 |
| St. Mary | 47 Syracuse St., Baldwinsville, NY 13027 | St. Mary of the Assumption 47 Syracuse St., Baldwinsville, NY 13027 |
| St. Mary – School | 50 Syracuse St., Baldwinsville, NY 13027 | St. Mary's Academy 49 Syracuse St., Baldwinsville, NY 13027 |
| **Binghamton – Broome County** | | |
| St. Andrew | 354 Conklin Ave., Binghamton, NY 13903 | Closed |
| St. Andrew – Parish Center | 356 Conklin Ave., Binghamton, NY 13903 | Closed |
| St. Ann | 346 Prospect St., Binghamton, NY 13905 | Closed |
| St. Ann – Convent | 340 Prospect St., Binghamton, NY 13905 | Closed |
| Diocese of Syracuse – Religious Ed Office | 340 Prospect St., Binghamton, NY 13905 | Closed |
| St. Catherine | 1031 Chenango St., Binghamton, NY13901 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Catherine – School | 1031 Chenango St., Binghamton, NY13901 | Closed |
| St. Christopher | 103 Castle Creek Rd., Binghamton, NY 13901 | Closed |
| SS. Cyril and Method (Slovak) | 148 Clinton St., Binghamton, NY 13905 | |
| St. John the Evangelist | 1263 Vestal Ave., Binghamton, NY 13903 | Closed |
| St. John the Evangelist – School | 7 Livingston, St., Binghamton, NY 13903 | 9 Livingston St., Binghamton, NY 13901 |
| St. Joseph (Lithuanian) | 1 Judson Ave., Binghamton, NY 13905 | Closed |
| St. Mary of the Assumption | 37 Fayette St., Binghamton, NY 13901 | |
| St. Patrick | 9 Leroy St., Binghamton, NY 13905 | |
| St. Patrick – School | 31 Front St., Binghamton, NY 13905 | Closed |
| St. Patrick – Convent | 46 Oak St., Binghamton, NY 13905 | Closed |
| St. Paul | 15 Doubleday St., Binghamton, NY 13901 | |
| St. Stanislaus Kostka | 368 Prospect St., Binghamton, NY 13905 | Closed |
| St. Stanislaus Kostka – School | 372 Prospect St., Binghamton, NY 13905 | Closed |
| St. Thomas Aquinas | 1 Aquinas St., Binghamton, NY 13905 | |
| St. Thomas Aquinas – School | 4 Aquinas St., Binghamton, NY 13905 | Closed |
| **Vestal – Broome County** | | |
| St. Vincent de Paul | 165 Clifton Blvd., Vestal, NY 13850 | |
| St. Vincent de Paul – Catechetical Center | 465 Clubhouse Rd., Vestal, NY 13850 | Closed |
| **Boonville – Oneida County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Joseph | 110 Charles St., Boonville, NY 13309 | Christ our Hope at St. Joseph 108 Charles St., Boonville, NY 13309 |
| St. Joseph – Catechetical School | 106 Charles St., Boonville, NY 13309 | Closed |
| St. Joseph – Convent | 108 Charles St., Boonville, NY 13309 | Closed |
| St. Joseph – School | 372 Prospect St., Binghamton, NY 13309 | Closed |
| **Brewerton – Onondaga County** | | |
| St. Agnes | 5472 Bartell Rd., Brewerton, NY 13029 | Closed |
| **Bridgeport – Onondaga County** | | |
| St. Francis of Assisi | Bridgeport, NY 13030-0550 | 7820 Bridgeport-Minoa Road, Brifgeport, NY 13030<br><br>229 W. Yates St. East, Syracuse, NY 13057 |
| St. Francis of Assisi – Parish Center | Bridgeport, NY 13030-0550 | Closed |
| **Camden – Onondaga County** | | |
| St. John the Evangelist | 22 Church St., Camden, NY 13316 | |
| **Camillus – Onondaga County** | | |
| St. Joseph | 5600 W. Genesee St., Camillus, NY 13031 | |
| **Canastota – Madison County** | | |
| St. Agatha | 329 N. Peterboro St., Canastota, NY 13032 | Sprit of Hope at St. Agatha 329 N. Peterboro St., Canastota, NY 13032 |
| St. Agatha – Religious Education Center and Convent | 406 Spencer St., Canastota, NY 13032 | |
| **Cazenovia – Madison County** | | |
| St. James | 6 Green St., Cazenovia, NY 13035 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. James – Religious Education Center | 15 Sullivan St., Cazenovia, NY 13035 | Closed |
| **Central Square – Oswego County** | | |
| St. Michael | 249 S. Main St.,  P.O. Box 514, Central Square, NY 13036 | Closed |
| **Chadwicks – Oneida Co.** | | |
| St. Anthony of Padua | 3364 Oneida St., Chadwicks, NY 13319 | Closed |
| St. Anthony of Padua – Catechetical School | 3368 Oneida St., Chadwicks, NY 13319 | Closed |
| **Chenango Forks – Broome County** | | |
| St. Rita | R.D. No. 2, Box 498, Chenango Forks, NY 13746<br><br>2530 NYS Rt. 12, Chenango Forks, NY 13746 | Closed |
| **Chittenango – Madison County** | | |
| St. Patrick | Murray Dr., R.D. 1, Chittenango, NY 13037 | 1341 Murray Drive, Chittenango, NY 13037 |
| **Cicero – Onondaga County** | | |
| Sacred Heart | 8229 S. Main St., Cicero, NY 13039 | 8229 Brewerton Rd., Cicero, NY 13039 |
| **Clark Mills – Oneida County** | | |
| Church of the Annunciation | Box 396, 25 South St., Clark Mills, NY 13321<br><br>R.R. 1, Box 228 G Clinton, NY 13323 | 7616 E. South St., Clinton, NY 13323 |
| **Clayville – Oneida County** | | |
| St. Patrick | 8 Rose St., Clayville, NY 13322 | Closed |
| **Cleveland – Oswego County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Mary of the Assumption | Lake St., Cleveland, NY 13042 | Closed |
| St. Mary of the Assumption – Mission – Constantia | St. Bernadette, Constantia, NY 13044 | Closed |
| **Clinton – Oneida County** | | |
| St. Mary | 13 Marvin St., Clinton, NY 13323 | |
| St. Mary – School | 11 Marvin St., Clinton, NY 13323 | 13 Marvin St., Clinton, NY 13323 |
| **Cortland – Cortland County** | | |
| St. Anthony (Italian) | 45 Crandall St., Cortland, NY 13045 | St. Anthony of Padua 50 Pomeroy St., Cortland, NY 13045 |
| St. Mary | 44 N. Main St, Cortland, NY 13045 | 46 N. Main St., Cortland, NY 13045 |
| St. Mary – School | 61 N. Main St., Cortland, NY 13045 | |
| St. Mary – Mission – McGRaw | St. Joseph, McGraw, NY | Closed |
| St. Mary – Mission – Virgil | St. Joseph, Virgil, NY | Closed |
| **Deposit- Broome County** | | |
| St. Joseph | 98 Second St., Deposit, NY 13754 | |
| St. Joseph – Parish Center | 74 Second St., Deposit, NY 13754 | |
| **Dewitt – Onondaga County** | | |
| Holy Cross | 4112 E. Genessee St., Dewitt, NY 13214 | |
| Holy Cross – School | 4250 E. Genesee St., Dewitt, NY 13214 | 4200 E. Genesee St., Syracuse, NY 13214 |
| **Durhamville – Oneida County** | | |
| St. Francis | 5334 Foster St., Durhamville, NY 13054 | Closed |
| St. Francis – Mission – Irish Ridge | St. Mary, Irish Ridge, NY | Spirit of Hope at St. Mary Devotional Chapel 6148 Irish Ridge Rd., Irish Rdige, NY 13054 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | | P.O. Box 189, Irish Ridge, NY 13054 |
| **East Syracuse – Onondaga County** | | |
| St. Matthew | 229 W. Yates St., East Syracuse, NY 13057 | |
| St. Matthew – School | 226 W. Heman St., East Syracuse, NY 13057 | Closed |
| **Endicott – Broome County** | | |
| Our Lady of Good Counsel | 701 W. Main St., Endicott, NY 13760 | |
| Our Lady of Good Counsel – School | 705 W. Main St., Endicott, NY 13760 | Closed |
| St. Ambrose | 203 Washington Ave., Endicott, NY 13760 | |
| Endicott Religious Education Center | St. Anthony's Rectory 306 Odell Ave., Endicott, NY 13760 | Closed |
| St. Anthony of Padua (Italian) | 306 Odell Ave., Endicott, NY 13760 | 300 Odell Ave., Endicott, NY 13760 |
| St. Anthony of Padua Consolidated – School | 906 Jenkins St., Endicott, NY 13760 | St. Anthony's Learning Center 906 Jenkins St., Endicott, NY 13760 |
| St. Casimir | 212 N. Mckinley St., Endicott, NY 13760 | Closed |
| St. Joseph (Slovak) | 207 Hayes Ave., Endicott, NY 13760 | |
| St. Joseph – School | 210 N. Jackson Ave., Endicott, NY 13760 | |
| **Endwell – Broome County** | | |
| Christ the King | 501 Davis Ave., Endwell, NY 13760 | Closed |
| Our Lady of Angels | 3011 Phyllis St., Endwell, NY 13760 | c/o Church of the Holy Family 3600 Phyllis St., Endwell, NY 13760 |
| **Fairmount – Onondaga County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Holy Family | 119 Chapel Dr., Syracuse, NY 13219 | 3600 Phyllis St., Endwell, NY 13760 |
| Holy Family – School | 123 Chapel Dr., Syracuse, NY 13219 | 130 Chapel Dr., Syracuse, NY 13219 |
| **Fayetteville – Onondaga County** | | |
| Immaculate Conception | 400 Salt Springs St., Fayetteville, NY 13066 | |
| Immaculate Conception – School | 400 Salt Springs St., Fayetteville, NY 13066 | |
| **Florence – Oneida County** | | |
| St. Mary | R.D. No. 3, Camden, NY 13316 | Closed |
| St. Mary – Mission – St. Paul | St. Paul Redfield, NY 13437 | |
| **Forestport – Oneida County** | | |
| St. Patrick | Forestport, NY 13338 | Christ our Hope at St. Patrick Mission 12000 River St., Forestport, NY 13338<br><br>c/o St. Joseph Church Boonville 108 Charles St., Boonville, NY 13309 |
| St. Patrick – Mission – St. Mary of the Snows | St. Mary of the Snows Otter Lake, NY 13338 | 14040 NY 28, Otter Lake, NY 13338<br><br>c/o St. Joseph Church Boonville 108 Charles St., Boonville, NY 13309 |
| **Fulton – Oswego County** | | |
| Holy Family | 45 W. 4th St., Fulton, NY 13069 | Closed |
| Immaculate Conception | 57 S. Third St., Fulton, NY 13069 | Closed |
| St. Michael | 301 Beech St., Fulton, NY 13069 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **Greene – Chenango County** | | |
| Immaculate Conception | 20 Coventry Rd., Greene, NY 13778 | 1180 State Highway 206, Greene, NY 13778 |
| **Hamilton – Madison County** | | |
| St. Mary | 16 Wylie St., Hamilton, NY 13346 | |
| **Hannibal – Oswego County** | | |
| Our Lady of the Rosary | Cayuga St., Hannibal, NY 13074 | 931 Cayuga St., Hannibal, NY 13074<br><br>50 E. Mohawk St., Oswego, NY 13126 |
| Our Lady of the Rosary – Mission – St. Joseph | St. Joseph, Oswego, NY 13126 | Closed |
| **Hinckley – Oneida County** | | |
| St. Ann | St. Ann, Hinckley, NY 13352 | Closed |
| **Holland Patent – Oneida County** | | |
| St. Leo | Elm St., Holland Patent, NY 13354 | The Parish Community of St. Leo & St. Ann 7937 Elm St., Holland Patent, NY 13354<br><br>P.O. Box 185, Holland Patent, NY 13354 |
| **Homer – Cortland County** | | |
| St. Margaret | 14 Copeland Ave., P.O. Box 367, Homer, NY 13077 | 14 Copeland Ave., Homer, NY 13077 |
| **Jamesville – Onondaga County** | | |
| St. Mary | 6437 E. Seneca Tpke., Jamesville, NY 13078 | Closed |
| **Johnson City – Broome County** | | |
| Blessed Sacrament | Cenacle Plaza, Johnson City, NY 13790 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Blessed Sacrament – School | Cenacle Plaza, Johnson City, NY 13790 | Closed |
| St. James | 155 Main St., Johnson City, NY 13790 | 147 Main St., Johnson City, NY 13790 |
| St. James – School | 147 Main St., Johnson City, NY 13790 | 143 Main St., Johnson City, NY 13790 |
| St. James – Convent | 147 Main St., Johnson City, NY 13790 | |
| **Jordan – Onondaga County** | | |
| St. Patrick | 28 N. Main St., Jordan, NY 13080 | |
| St. Patrick – CCD Center | 28 N. Main St., Jordan, NY 13080 | Closed |
| **Kirkwood – Broome County** | | |
| St. Mary | Box 382, R.D.2., Kirkwood, NY 13795 | 975 State Rte. 11, Kirkwood, NY 13795 |
| **Lacona – Oswego County** | | |
| St. Frances Xavier Cabrini | 9106 Salina St., Lacona, NY 13083<br><br>3825 Tifft St., Lacona, NY 13083 | Closed |
| St. Frances Xavier Cabrini – Mission – St. Mary | St. Mary P.O. Box H, Altmar, NY 13083 | Closed |
| **Lafayette – Onondaga County** | | |
| St. Joseph | 6104 Cherry Valley Rd., Box 169, Lafayette, NY 13084 | Church of the Nativity at St. Joseph 6104 US Route 20, Lafayete NY 13084<br><br>P.O. Box 169, Lafayette, NY 13084 |
| **Lakeland – Onondaga County** | | |
| Our Lady of Peace | 203 Halcomb St., Syracuse, NY 13209 | St. Marianne Cope Parish at Our Lady of Peace |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | | 203 Halcomb St., Lakeland, NY 13209<br><br>105 Stanton Ave., Solvay, NY 13209 |
| **Lee Center – Oneida County** | | |
| St. Joseph | St. Peter's Convent, Lee Center, NY 13363 | 5748 Stokes Lee Center Road, Lee Center, NY 13363 |
| **Liverpool – Onondaga County** | | |
| Christ the King | 26 Cherry Tree Circle., Liverpool, NY 13088 | 21 Cherry Tree Circle., Liverpool, NY 13090 |
| Christ the King – Parish Center | 21 Cherry Tree Cir., Liverpool, NY 13088 | |
| Immaculate Heart of Mary | 425 Beechwood Ave., Liverpool, NY 13088 | Closed |
| Immaculate Heart of Mary – Catechetical Center | 427 Beechwood Ave., Liverpool, NY 13088 | Closed |
| St. John | 8290 Soule Rd., Liverpool, NY 13088 | Pope John XXIII Roman Catholic Church 8290 Soule Rd., Liverpool, NY 13090 |
| St. Joseph the Worker | 1001 Tulip St., Liverpool, NY 13088 | Epiphany Parish 1001 Tulip St., Liverpool, NY 13088 |
| **Maine – Broome County** | | |
| Holy Rosary | 36 Main St., Box 248, Maine, NY 13802 | Most Holy Rosary 2596 Main St., Maine, NY 13802 |
| **Manlius – Onondaga County** | | |
| St. Ann | 104 Academy St., Manlius, NY 13104 | |
| **Marathon – Cortland County** | | |
| St. Stephen | 12 Academy St., P.O. Box 475, Marathon, NY 13803 | Catholic Community of St. Stephen – St. Patrick 16 Academy St., Marathon, NY 13803 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | | 59 Keibel Road, P.O. Box 711, Whitney Point, NY 13862 |
| St. Stephen – Mission – Our Lady of Perpetual Help | Our Lady of Perpetual Help Cincinnatus, NY 13040 | Our Lady of Perpetual Help Mission 2708 Lower Cincinnatus Rd., Cincinnatus, NY 13040 <br><br> P.O. Box 310, Cincinnatus, NY 13040 |
| **Marcellus – Onondaga County** | | |
| St. Francis Xavier | 1 W. Main St., P.O. Box 177, Marcellus, NY 13108 | |
| **Mattydale – Onondaga County** | | |
| St. Margaret | 203 Roxboro Rd., Syracuse, NY 13211 | |
| St. Margaret – School | 201 Roxboro Rd., Mattydale, NY 13211 | Closed |
| **Mexico – Oswego County** | | |
| St. Mary Star of the Sea | P.O. Box 487, 5785 Main St., Mexico, NY 13114 | 3352 Main St., Mexico, NY 13114 <br><br> P.O. Box 487, Mexico, NY 13114 |
| **Minetto – Oswego County** | | |
| Our Lady of Perpetual Help | West River Rd., P.O. Box 236, Minetto, NY 13115 | 2912 NY-48, Minetto, NY 13115 <br><br> 50 East Mohawk St., Oswego, NY 13126 |
| **Minoa – Onondaga County** | | |
| St. Mary | 401 N. Main St., Minoa, NY 13116 | St. Mary of the Assumption, 401 N. Main St., Minoa, NY 13116 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | | 229 W. Yates St., East, Syracuse, NY 13057 |
| St. Mary – School | N. Main St., R.D. 1, Kirkville, NY 13082 | Closed |
| **Morrisville – Madison County** | | |
| St. Joan of Arc | Union St., Box A, Morrisville, NY 13408<br><br>P.O. Box 16, 28 Union St., Morrisville, NY 13408 | St. Joan of Arc Mission 6 Brookside Dr., P.O. Box 1087, Morrisville, NY 13408<br><br>16 Wylie St., Hamilton, NY 13346 |
| **Munnsville – Madison County** | | |
| St. Therese of the Infant Jesus | 28 P.O. Box Ay, Morrisville, NY 1340 | Closed<br><br>c/o St. Patrick Church 347 Main St., Oneida, NY 13421 |
| **New Berlin – Chenango County** | | |
| St. Theresa of the Infant Jesus | 24 N. Main St., P.O. Box 780, New Berlin, NY 13411 | |
| St. Theresa of the Infant Jesus – Mission – Our Lady of the Valley | Our Lady of the Valley, Leonardsville, NY 13364 | Closed |
| **New Hartford – Oneida County** | | |
| Our Lady of the Rosary | 1736 Burrstone Rd., New Hartford, NY 13413 | Mary, Mother of Our Savior at Our Lady of the Rosary 1736 Burrstone Rd., New Hartford, NY 13413 |
| St. John the Evangelist | 66 Oxford Rd., New Hartford, NY 13413 | |
| St. John the Evangelist – School | 66 Oxford Rd., New Hartford, NY 13413 | Closed |
| St. Thomas | 150 Clinton Rd., New Hartford, NY 13413 | 66 Oxford Rd., New Hartford, NY 13413 |
| **New London – Oneida County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Holy Cross | 5334 Foster St., Durhamville, NY 13054 | Closed |
| **New York Mills – Oneida County** | | |
| St. Mary | 201 Main St., New York Mills, NY 13417 | Church of the Sacred Heart & St. Mary, Our Lady of Czestochowa 201 Main St., New York Mills, NY 13417 |
| St. Mary – School | 24 St. Stanislaus St., New York Mills, NY 13417 | |
| **North Bay – Oneida County** | | |
| St. John | P.O. Box 63, North Bay, NY 13123 | Spirit of Hope at St. John Oratory 2191 State Route 49, North Bay, NY 13123<br><br>c/o St. Mary of the Lake Mission 6735 Route 13 P.O. Box 240, Verona Beach, NY 13162 |
| St. John – Mission – St. Mary | St. Mary, Verona Beach, NY 13162 | St. Mary of the Lake Mission 6735 Route 13 P.O. Box 240, Verona Beach, NY 13162 |
| **North Syracuse – Onondaga County** | | |
| St. Rose of Lima | 407 S. Main St., Box 314, North Syracuse, NY 13212<br><br>409 S. Main St., North Syracuse, NY 13212 | 409 S. Main St., North Syracuse, NY 13212 |
| St. Rose of Lima – School | 407 S. Main St., Box 314, North Syracuse, NY 13212 | 411 S. Main St., North Syracuse, NY 13212 |
| **Norwich – Chenango County** | | |
| St. Bartholomew | 8 Silver St., Norwich, NY 13815 | 73 East Main St., Norwich, NY 13815 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | | 30 Pleasant St., Norwich, NY 13815 |
| St. Bartholomew's Convent | 79 E. Main St., Norwich, NY 13815 | 73 East Main St., Norwich, NY 13815 |
| St. Bartholomew – CCD Center | 79 E. Main St., Norwich, NY 13815 | Closed |
| St. Paul | 30 Pleasant St., Norwich, NY 13815 | |
| St. Paul – School | 17 Prospect St., Norwich, NY 13815 | Closed |
| St. Paul – Convent | 79 E. Main St., Norwich, NY 13815 | |
| **Oneida – Madison County** | | |
| St. Joseph | 121 St. Joseph Pl., Oneida, NY 13421 | |
| St. Joseph – CCD School | 111 St. Joseph Pl., Oneida, NY 13421 | Closed |
| St. Joseph – Parish Center | 111 St. Joseph Pl., Oneida, NY 13421 | |
| St. Patrick | 347 Main St., Oneida, NY 13421 | |
| St. Patrick – School | 354 Elizabeth St., Oneida, NY 13421 | |
| **Onondaga Hill – Onondaga County** | | |
| St. Michael | 4782 W. Seneca Tpke., Syracuse, NY 13215 | St. Michael – St. Peter Parish Church 4791 W. Seneca Tpke., Syracuse, NY 13215 |
| St. Michael Mission – St. Peter | St. Peter Split Rock, NY 13031 | St. Michael – St. Peter Parish Church 4791 W. Seneca Tpke., Syracuse, NY 13215 |
| St. Michael – CCD Center | 4782 W. Seneca Tpke., Syracuse, NY 13215 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **Oriskany – Oneida County** | | |
| St. Stephen, Protomartyr | 120 Dexter Ave., Oriskany, NY 13424 | Closed |
| **Oriskany Falls – Oneida County** | | |
| St. Joseph | 219 Main St., Oriskany Falls, NY 13425 | 229 Main St., Oriskany Falls, NY 13425<br><br>199 Stafford Ave., Waterville, NY 13480 |
| **Oswego – Oswego County** | | |
| St. John the Evangelist | 38 Erie St., Oswego, NY 13126 | Closed |
| St. Joseph | 178 W. 2nd St., Oswego, NY 13126 | Closed |
| St. Louis | 81 E. 4th St., Oswego, NY 13126 | Closed |
| St. Mary | 103 W. 7th St., Oswego, NY 13126 | |
| St. Mary – School | 76 W. Sixth St., Oswego, NY 13126 | Closed |
| St. Paul | 134 E. Fifth St., Oswego, NY 13126<br><br>50 E. Mohawk St., Oswego, NY 13126 | Closed |
| St. Paul – School | 115 E. 5th St., Oswego, NY 13126 | Closed |
| St. Paul – Convent | 108 E. 6th St., Oswego, NY 13126 | Closed |
| St. Paul – Convent | 42 E. 7th St., Oswego, NY 13126 | Closed |
| St. Paul – Convent | 49 E. 7th St., Oswego, NY 13126 | Closed |
| St. Paul - Convent | 42 E. Albany St., Oswego, NY 13126 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Peter – Mission – Sacred Heart | Sacred Heart Scriba, NY | Closed |
| St. Peter | 83 E. Albany St., Oswego, NY 13126 | Closed |
| St. Stephen the King (Polish) | 138 Niagara St., Oswego, NY 13126 | Closed |
| **Oxford – Chenango County** | | |
| St. Joseph | 3 Scott St., Oxford, NY 13830 | 3 Scott St., P.O. Box 352, Oxford, NY 13830 |
| **Parish – Oswego County** | | |
| St. Anne | P.O. Box 27, Parish, NY 13131 | Closed |
| St. Anne – Mission – St. Patrick's | St. Patrick's, Williamstown, NY 13493 | Closed |
| **Phoenix – Oswego County** | | |
| St. Stephen | 721 Main St., Phoenix, NY 13135 | 469 Main St., Phoenix, NY 13135 |
| **Pompey – Onondaga County** | | |
| Immaculate Conception | 7386 Academy St., Pompey, NY 13138 | Church of the Nativity at Immaculate Conception 7386 Academy St., Pompey, NY 13138 P.O. Box 79, Pompey, NY 13138 |
| Immaculate Conception – Mission – St. Paul | St. Paul Fabius, NY 13063 | Closed |
| **Pulaski – Oswego County** | | |
| St. John the Evangelist | 7367 Park St., Pulaski, NY 13142 | Closed |
| **Rome – Oneida County** | | |
| St. John the Baptist (Italian) | 210 E. Dominick St., Rome, NY 13440 | |
| St. John the Baptist – CCD Center | 146 Stanwix St., Rome, NY 13440 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Mary of the Assumption | 210 W. Liberty St., Rome, NY 13440 | St. Mary – St. Peter 200 N. James St., Rome, NY 13440 |
| St. Paul | 1807 Bedford St., Rome, NY 13440 | |
| St. Peter | 105 E. Liberty St., Rome, NY 13440 | St. Mary – St. Peter 200 N. James St., Rome, NY 13440 |
| Transfiguration (Polish) | 111 Ridge St., Rome, NY 13440 | Transfiguration Oratory 111 Ridge St., Rome, NY 13440<br><br>210 E. Dominick St., Rome, NY 13440 |
| Transfiguration – School | 404 S. George St., Rome, NY 13440 | Closed |
| **Sanitaria Springs – Broome County** | | |
| St. Joseph | P.O. Box 429, Port Crane, NY 13833 | 659 Statea Route 7B, Port Crane, NY 13833<br><br>975 N.Y. Route 11, Kirkwood, NY 13795 |
| **Sherburne – Chenango County** | | |
| St. Malachy | 31 E. State St., Sherburne, NY 13460 | 31 E. State St., Sherburne, NY 13460<br><br>P.O. Box 722, Sherburne, NY 13460 |
| **Sherrill – Oneida County** | | |
| St. Helena | 210 Primo Ave., Sherill, NY 13461 | Spirit of Hope at St. Helena, 202 Primo Ave., Sherrill, NY 13461 |
| **Skaneatles – Onondaga County** | | |
| St. Mary of the Lake | 81 Jordan St., Skaneatles, NY 13152 | 10 W. Austin St., Skaneatles, NY 13152 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Mary of the Lake – Mission – St. Bridget | St. Bridget<br>Skaneatles, NY 13153 | Closed |
| **Solvay – Onondaga County** | | |
| St. Cecilia | 1001 Woods Rd., Solvay, NY 13209 | St. Marianne Cope Parish at St. Cecelia<br>1001 Woods Rd., Solvay, NY 13209<br><br>105 Stanton Ave., Solvay, NY 13209 |
| St. Cecelia – School | 101 Stanton Ave., Solvay, NY 13209 | Closed |
| St. Cecelia – Convent | 502 Gertrude Ave., Solvay, NY 13209 | |
| **South Onondaga – Onondaga County** | | |
| Corpus Christi | 3126 Cedarvale Rd., R.D. 1, Nedrow, NY 13120<br><br>4466 S. Onondaga Rd., Nedrow, NY 13120<br><br>229 W. Yates St., East Syracuse, NY 13057 | Corpus Christi Oratory<br>3120 Cedarville Rd., Nedrow, NY 13120<br><br>P.O. Box 574, Tully, NY 13159 |
| Corpus Christi – Mission – St. Patrick | St. Patrick, Otisco, NY 13159 | St. Patrick Mission<br>1865 Route 80, Otisco, NY 13159<br><br>P.O. Box 574, Tully, NY 13159 |
| **Taberg – Oneida County** | | |
| St. Patrick | 9170 Main St., Taberg, NY 13471 | 9168 Main St., Taberg, NY 13471 |
| St. Patrick – Mission | St. Anne<br>Glenmore, NY 13471 | Closed |
| **Truxton – Cortland County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Patrick | 3656 Rt. 13, Box 15, Truxton, NY 13158 | St. Patrick Oratory 3656 State Rte., 13, P.O. Box 15, Truxton, NY 13158 |
| St. Patrick – Mission – St. Lawrence | St. Lawrence DeRuyster, NY 13052 | St. Lawrence Mission 1672 Cortland St., DeRuyter, NY 13052<br><br>P.O. Box 15, Truxton, NY 13158 |
| St. Patrick – Chapel – Camp Georgetown | Camp Georgetown, Georgetown, NY 13072 | Closed |
| **Tully – Onondaga County** | | |
| St. Leo | 10 Onondaga St., Tully, NY 13159 | Church of the Nativity at St. Leo 10 Onondaga St., Tully, NY 13159<br><br>P.O. Box 574, Tully, NY 13159 |
| St. Leo – Mission | St. Patrick, Otisco, NY | St. Patrick Mission 1865 Rte. 80, Otisco, NY 13159<br><br>P.O. Box 574, Tully, NY 13159 |
| **Utica – Oneida Count** | | |
| Blessed Sacrament | 1603 St. Agnes Ave., Utica, NY 13501 | St. Mary of Mount Carmel/Blessed Sacrament Parish 648 Jay St., Utica, NY 13501 |
| Blessed Sacrament – School | 1627 St. Agnes Ave., Utica, NY 13501 | 3129 James St., Syracuse, NY |
| Holy Trinity (Polish) | 1206 Lincoln Ave., Utica, NY 13502 | |
| Holy Trinity – School | 1214 Lincoln Ave., Utica, NY 13502 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Holy Trinity – Convent | 1218 Lincoln Ave., Utica, NY 13502 | Closed |
| Our Lady of Lourdes | 2 Barton Ave., Utica, NY 13502 | |
| Our Lady of Lourdes – School | 10 Barton Ave., Utica, NY 13502 | Notre Dame Elementary 11 Barton Ave., Utica, NY 13502 |
| Sacred Heart | 2115 Caroline St., Utica, NY 13502 | Closed |
| Sacred Heart – School | 1109 Ney Ave., Utica, NY 13502 | Closed |
| Sacred Heart – Convent | 1109 Ney Ave., Utica, NY 13502 | Closed |
| St. Agnes | 700 Kossuth Ave., Utica, NY 13501 | Closed |
| St. Agnes – School | 783 Blandina St., Utica, NY 13501 | Closed |
| St. Agnes – Convent | 783 Blandina St., Utica, NY 13501 | Closed |
| St. Anthony of Padua (Italian) | 422 Tilden Ave., Utica, NY 13501 | Closed |
| St. Francis de Sales | 129 Eagle St., Utica, NY 13501 | Closed |
| St. Francis de Sales – School | 1119 Elm St., Utica, NY 13501 | Closed |
| St. George (Lithuanian) | 425 Lafayette St., Utica, NY 13502 | Closed |
| St. John | 240 Bleecker St., Utica, NY 13501 | Historic Old St. John's Church 240 Bleecker St. (at the corner of John and Bleecker Streets), Utica, NY 13501 |
| St. John – Parish Apostolate Center | 520 John St., Utica, NY 13501 | |
| St. Joseph and St. Patrick | 702 Columbia St., Utica, NY 13502 | |

| **Entity / Office Name** | **Address From Catholic Directory** | **Address as Currently Publicly Available (if different)** |
|---|---|---|
| St. Joseph and St. Patrick – School | 530 Varick St., Utica, NY 13501 | Closed |
| St. Joseph and St. Patrick – Convent | 731 Lafayette St., Utica, NY 13501 | |
| St. Mark | 440 Keyes Rd., Utica, NY 13502 | |
| St. Mary (German) | 421 South St., Utica, NY 13501 | Closed |
| St. Mary of Mt. Carmel (Italian) | 648 Jay St., Utica, NY 13501 | St Mary of Mount Carmel – Blessed Sacrament Parish 648 Jay St., Utica, NY 13501 |
| St. Mary of Mt. Carmel – School | 668 Catherine St., Utica, NY 13501 | Closed |
| St. Peter | 422 Coventry Ave., Utica, NY 13502 | |
| St. Peter – School | 19 Herkimer Rd., Utica, NY 13502 | Closed |
| St. Peter – Convent | 19 Herkimer Rd., Utica, NY 13502 | |
| St. Stanislaus (Polish) | 19 Herkimer Rd., Utica, NY 13502 | Closed |
| **Vernon – Oneida County** | | |
| Holy Family | 47 Peterboro St., Box 382, Vernon, NY 13476 | Sprit of Hope a Church of the Holy Family 4352 Peterboro St., Vernon, NY 13476<br><br>P.O. Box 988, Vernon, NY 13476 |
| **Verona – Oneida County** | | |
| Our Lady of Good Counsel | 5265 Beacon Rd., P.O. Box 135, Verona, NY 13478 | 5652 East Main St., Verona, NY 13478<br><br>P.O. Box 135, Verona, NY 13478 |
| **Vestal – Broome County** | | |

| **Entity / Office Name** | **Address From Catholic Directory** | **Address as Currently Publicly Available (if different)** |
|---|---|---|
| Our Lady of Sorrows | 157 Clark St., Vestal, NY 13850 | 801 Main St., Vestal, NY 13850 |
| Our Lady of Sorrows – School | 148 Charles St., Vestal, NY 13850 | Closed |
| **Warners – Onondaga County** | | |
| Our Lady of Good Counsel | Newport Rd., Box 86, Warners, NY 13164 | Closed |
| **Waterville – Oneida County** | | |
| St. Bernard | 199 Stafford Ave., Waterville, NY 13480 | |
| St. Bernard – Mission – St. Mary | St. Mary, North Brookfield, NY 13418 | Closed |
| **Whitesboro – Oneida County** | | |
| St. Anne | Clark Mills Rd., Whitesboro, NY 13492 | Closed |
| St. Paul | 16 Park Ave., Whitesboro, NY 13492 | |
| St. Paul – School | 12 Park Ave., Whitesboro, NY 13492 | St. Paul's Church Nazareth Pre-K & Day Care Center 16 Park Ave., Whitesboro, NY 13492 |
| **Whitney Point – Broome County** | | |
| St. Patrick | Box 711, Whitney Point, NY 13862 | Catholic Community of St. Stephen – St. Patrick 59 Keibel Rd., Whitney Point, NY 13862<br><br>P.O. Box 711, Whitney Point, NY 13862 |
| **Windsor – Broome County** | | |
| Our Lady of Lourdes | P.O. Box 361, Windsor, NY 13865 | 594 Kent St., Windsor, NY 13865<br><br>975 N.Y. Rte. 11, Kirkwood, NY 13795 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **CHAPLAINS OF PUBLIC INSTITUTIONS** | | |
| **Syracuse** | | |
| Developmental Center | 6655 Kirkville Rd., East Syracuse, NY 13057 | 2306 Euclid Ave., Syracuse, NY 13224 |
| Crouse Irving Memorial Hospital | 432 Gifford St., Syracuse, NY 13204 | Crouse Hospital, 736 Irving Ave., Syracuse, NY 13210 |
| Community General Hospital | 300 Valley Dr., Syracuse, NY 13207 | Upstate Community Hospital 4900 Broad Rd., Syracuse, NY 13215 |
| Upstate Medical Center | 4845 S. Salina St., Syracuse, NY 13205 | 4900 Broad Rd., Syracuse, NY 13215 |
| University Hospital | 750 E. Adams St., Syracuse, NY 13210 | SUNY Upstate Medical University Hospital 750 E. Adams St., Syracuse, NY 13210 |
| Loretto Geriatric Center | 700 E. Brighton Ave., Syracuse, NY 13205 | Loretto Health & Rehabilitation 700 E. Brighton Ave., Syracuse, NY 13205 |
| Hutchings Psychiatric Center | 301 Ash St., Syracuse, NY 13208 | 620 Madison St., Syracuse, NY 13210 |
| Veterans Admin. Hospital | 800 Irving Ave., Syracuse, NY 13210 | Syracuse VA Medical Center 800 Irving Ave., Syracuse, NY 13210 |
| St. Joseph Hospital & Health Center | | St. Joseph's Health 301 Prospect Ave., Syracuse, NY 13203 |
| James Square Nursing Home | | Bishop Nursing and Rehabilitation Center 918 James St., Syracuse, NY 13203 |
| Plaza Extended Care Facility | | 700 E. Brighton Ave., Syracuse, NY 13205 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Van Duyn Home & Hospital | | Van Duyn Center for Rehabilitation and Nursing 5075 W. Seneca Tpke., Syracuse, NY 13215 |
| Onondaga County Hospital and Home | 4791 W. Seneca Tpke., Syracuse, NY13215 | Closed |
| Onondaga County Penitentiary | St. Pius X Home, Syracuse, NY 13025 | 6660 E. Seneca Tpke., Jamesville, NY 13078 |
| Hancock Field U.S. Air Force Base | 6655 Kirkville Rd., E. Syracuse, NY 13057 | 6001 E. Molloy Rd., Syracuse, NY 13211 |
| **Binghamton** | | |
| Binghamton Psychiatric Hospital | Box 312, Sanitaria Springs, NY 13833 | Greater Binghamton Health Center 425 Robinson St., Binghamton, NY 13904 |
| Binghamton Falls State Hospital | 425 Robinson St., Binghamton, NY 13901 | Greater Binghamton Health Center 425 Robinson St., Binghamton, NY 13904 |
| Binghamton General and Wilson Memorial Hospital | 155 Main St., Johnson City, NY 13790 | UHS Wilson Medical Center 33-57 Harrison St., Johnson City, NY 13790 |
| Binghamton Nursing Homes | St. Vincent de Paul Rectory, 165 Clifton Blvd., Binghamton, NY 13903 | |
| Broome Developmental Center | | 249 Glenwood Rd., Binghamton, NY 13905 |
| Our Lady of Lourdes Hospital | | Guthrie Lourdes Hospital, 169 Riverside Dr., Binghamton, NY 13905 |
| Willow Point, River Mead, Susquehanna and Chenango Bridge Nursing Facilities | 37 Fayette St., Binghamton, NY 13901 | 3700 Vestal Rd., Vestal, NY 13850 |
| Broome County Jails | 37 Fayette St., Binghamton, NY 13901 | 155 Lt. Vanwinkle Dr., Binghamton, NY 13905 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **Johnson City** | | |
| Wilson Memorial Hospital | 33 Harrison St., John City, NY 13905 | UHS Wilson Medical Center 33-57 Harrison St., Johnson City, NY 13790 |
| **Marcy** | | |
| Mohawk Valley Psychiatric Center | P.O. Box 143, Marcy, NY 13403 | 1400 Noyes St., Utica, NY 13502 |
| **Rome** | | |
| State School | Rome State School Box 550, Rome, NY 13440 | New York State School for the Deaf 401 Turin St., Rome, NY 13440 |
| Developmental Center | P.O. Box 550, Lower South James, NY 13440 | Closed |
| **Utica** | | |
| Oneida County Jail | 120 Dexter Ave., Oriskany, NY 13424 | 6075 Judd Rd., Oriskany, NY 13424 |
| Faxton Hospital | 1736 Burrstone Rd., New Hartford, NY 13413 | 1675 Bennett St., Utica, NY 13502 |
| St. Luke | Champlin Ave., New Hartford, NY 13413 | 1656 Champlin Ave., Utica, NY 13502 |
| Faxton Health Center | 1676 Sunset Ave., Utica, NY 13502 | 1675 Bennett St., Utica, NY 13502 |
| Utica Psychiatric Center | 1213 Court St., Utica, NY 13502 | 1213 Court St., Utica, NY 13502 |
| St. Elizabeth Hospital | 2209 Genesee St., Utica, NY 13501 | |
| **Wampsville** | | |
| Madison County Jail | 229 W. Yates St., East Syracuse, NY 13507 | 138 N. Court St., Wampsville, NY 13163 |
| **JAILS** | | |
| Hillbrook Juvenile Detention Center | 4949 Velasko Rd., Syracuse, NY 13215 | |
| Jamesville Penitentiary | P.O. Box 143, Jamesville, NY 13078 | 6660 E. Seneca Tpke., Jamesville, NY 13078 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Public Safety Building | 342 Vine St., Syracuse, NY 13203 | 511 S. State St. Syracuse, NY 13202 |
| Jail Ministry Office | 208 Slocum Ave., Syracuse, NY 13905 | P.O. Box 1174, Syracuse, NY 13218 |
| Broome County Jail | 1 Judson Ave., Binghamton, NY 13905 | Broome County Sheriff's Correctional Facility P.O. Box 2047 Binghamton, NY 13902-2047 |
| Cortland County Jail | Cortland, NY | 54 Greenbush St., Cortland, NY 13045 |
| Camp Georgetown | 31 East State St., Sherburne, NY 13346 | Closed |
| Camp Pharsalia | South Plymouth, NY | Closed |
| Norwich County Jail | 8 Silver St., Norwich, NY 13815 | 279 County Road 46, Norwich, NY 13815 |
| Oneida County Jail | 120 Dexter Ave., Oriskany, NY 13424 | 6075 Judd Rd., Oriskany, NY 13424 |
| Oswego County Jail | 178 W. Second St., Oswego, NY 13126 | Oswego County Correctional Facility, 39 Churchill Rd., Oswego, NY 13126 |
| Oneida Correctional Facility I | 6100 School Rd., Rome, NY 13440 | 6075 Judd Rd., Oriskany, NY 13424 |
| Oneida Correctional Facility II | 578 Main St., Oneida, NY 13421 | 6075 Judd Rd., Oriskany, NY 13424 |
| Mid-State Correctional Facility | 210 W. Liberty St., Rome, NY | 9005 Old River Road, P. O. Box 216, Marcy, NY 13403-0216 |
| **INSTITUTIONS LOCATED IN THE DIOCESE** | | |
| **Seminaries, Religious or Scholaticates** | | |
| St. Thomas Aquinas House of Studies | 702 Danforth St., Syracuse, NY 13208 | St. Thomas Aquinas Fund Diocese of Syracuse 240 E. Onondaga Street Syracuse, NY 13202 |
| Saint Andrew Hall | 420 Demong Dr., Syracuse, NY 13214 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Roosevelt Hall | 83 West Lake St., Skaneatles, NY 13152 | Closed |
| **Colleges and Universities** | | |
| Le Moyne College | Syracuse, NY 13214 | 1331 Salt Springs Rd., Syracuse, NY 13214 |
| Maria Regina College | 1024 Court St., Syracuse, NY 13208 | Closed |
| **High School, Diocesan** | | |
| Bishop Ludden High School | 815 Fay Rd., Syracuse, NY 13219 | |
| Bishop Grimes High School | 6653 Kirkville Rd., East Syracuse, NY 13057 | |
| Seton Catholic Central High School of Broome County | 70 Seminary Ave., Binghamton, NY 13790 | |
| Bishop Cunningham Catholic Junior-Senior High School | East River Rd. ,Oswego, NY 13126 | Closed |
| Rome Catholic Junior-Senior High School | 800 Cypress St., Rome, NY 13440 | Closed |
| Notre Dame High School | Burrstone Rd., Utica, NY 13502 | Notre Dame Junior Senior High School 2 Notre Dame Ln, Utica, NY 13502 |
| **Junior High School – Diocesan** | | |
| All Saints Junior High School | 301 Valley Dr., Syracuse, NY 13207 | Closed |
| Bishop Ludden Junior High School | 815 Fay Rd., Syracuse, NY 13219 | |
| Northside Catholic Junior High School | 923 N. McBride St., Syracuse, NY 13208 | Our Lady of Pompei School 923 N. Mcbride St., Syracuse, NY 13208 |
| Bishop Grimes Junior High School | 6653 Kirkville Ave., East Syracuse, NY 13057 | |
| Notre Dame Junior High School – North | 309 Genesee St., Utica, NY 13501 | Thea Bowman House 309 Genesee St., 2nd Fl., Utica, NY 13501 |

21612479.v6

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Notre Dame Junior High School – South | 13 Barton Ave., Utica, NY 13502 | Notre Dame Schools 11 Barton Ave., Utica, NY 13502 |
| **Middle School, Diocesan** | | |
| Seton Catholic Middle School | 1112 Broad St., Endicott, NY 13760 | |
| **High Schools Private** | | |
| The Franciscan Academy | 2500 Grant Blvd., Syracuse, NY 13208 | Closed |
| The Franciscan Academy – Convent | 1024 Court St., Syracuse, NY 13208 | Closed |
| Christian Brothers Academy | 6245 Randall Rd., Syracuse, NY 13214 | |
| **Junior High Schools, Private** | | |
| Christian Brothers Academy | 6245 Randall Rd., Syracuse, NY 13214 | |
| **Elementary Schools, Private** | | |
| The Franciscan Academy | 2500 Grant Blvd., Syracuse, NY 13208 | Closed |
| **Consolidated Schools** | | |
| St. Catherine | 1051 Chenango St., Binghamton, NY 13901 | |
| St. John the Evangelist | 9 Livingston St., Binghamton, NY 13903 | |
| St. Patrick Middle School | 58 Oak St., Binghamton, NY 13905 | |
| St. Thomas | 3 Aquinas St., Binghamton, NY 13905 | |
| St. Anthony | 906 Jenkins St., Endicott, NY 13760 | |
| Seton Catholic Middle School | 1112 Broad St., Endicott, NY 13760 | |
| Fulton Catholic | 309 Buffalo St., Fulton, NY 13069 | |
| Blessed Sacrament | Cenacle Plaza, Johnson City, NY 13790 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. James Middle School | 143 Main St. Johnson City, NY 13790 | |
| Holy Family School | 17 Prospect St., Norwich, NY 13815 | |
| Our Lady of Sorrows | 801 Main St., Vestal, NY 13850 | |
| Christian Brothers Academy | 6245 Randall Rd., Syracuse, NY 13214 | |
| Fulton Catholic – Franciscan Residence | 300 Hart St., Fulton, NY 13069 | |
| Rome Catholic Junior High School | 214 West Liberty St., Rome, NY 13440 | Closed |
| **THE CATHOLIC CHARITIES OF SYRACUSE** | | |
| **Syracuse** | | |
| Catholic Charities of the Roman Catholic Diocese of Syracuse | 240 East Onondaga St., Syracuse, NY 13202

1654 West Onondaga St., Syracuse, NY 13204 | |
| Keener Seniors Nutrition Program for the Elderly | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Jail Ministry | 208 Slocum Ave., Syracuse, NY 13204 | |
| **Binghamton** | | |
| Associated Catholic Charities | 232 Main St., Binghamton, NY 13905 | |
| The Catholic Foundation of Broome County – (Legal Title – The Bishops Catholic Education and Charities Foundation, Inc.) | 232 Main St., Binghamton, NY 13905 | |
| Catholic Charities Adolescent Group Home | 57 Chestnut St., Binghamton, NY 13905 | |
| Catholic Social Services of Broome County | 232 Main St., Binghamton, NY 13905 | |

| **Entity / Office Name** | **Address From Catholic Directory** | **Address as Currently Publicly Available (if different)** |
|---|---|---|
| Secretariat for Education and Project Planning, Inc. | 232 Main St., Binghamton, NY 13905 | |
| **Cortland** | | |
| Catholic Charities of Cortland County | 46 Clinton Ave., Cortland, NY 13045 | 33-35 Central Avenue, Cortland, New York 13045<br><br>10 Kennedy Parkway, Cortland, New York 13045 |
| STEPS – (Supportive Teen Education-Parents Services), TASA; Case Management Men's Support Group; Life Skills Education | 33-35 Central Ave., Binghamton, NY 13045 | |
| **Norwich** | | |
| Chenango County Catholic Charities | 19 Prospect St., Norwich, NY 13815 | 3 0'Hara Drive, Norwich NY 13815 |
| The Counseling Program | 19 Prospect St., Norwich, NY 13815 | |
| Crime Victims-Witness Assistance Program, Catholic Charities of Chenango County | 19 Prospect St., Norwich, NY 13825 | |
| Community Residence Program, Catholic Charities of Chenango County | 19 Prospect St., Norwich, NY 13825 | |
| Community Residence Program | 19 Prospect St., Norwich, NY 13825 | |
| Chenango House Supervised by Community Residence | 49 Fair St., Norwich, NY 13815 | |
| Intensive Supportive Apartment Program | 49 Fair St., Norwich, NY 13815 | |
| Supported Housing Program | 49 Fair St., Norwich, NY 13815 | |
| The Counseling Program, Catholic Charities of Chenango County | 19 Prospect St., Norwich, NY 13825 | |
| **Oneida** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Madison County Catholic Charities | 119 E. Walnut St., Oneida, NY 13421 | Oneida/Madison Catholic Charities 1408 Genesee Street Utica, NY 13502 |
| **Oswego** | | |
| Catholic Charities of Oswego County | 26 W. Bridge St., Oswego, NY 13126<br><br>57 S. Third St., Fulton, NY 13069<br><br>365 W. First St., Fulton, NY 13069 | 808 W Broadway, Fulton, NY 13069 |
| **Rome** | | |
| Catholic Charities of Rome | 212 W. Liberty St., Rome, NY 13440 | 199 W Dominick St, Rome, NY 13440 |
| **Utica** | | |
| Rome Area Catholic Charities (Including Chenango County) | 1408 Genesee St., Utica, NY 13502 | 199 W Dominick St, Rome, NY 13440 |
| Catholic Charities, Eastern Region | 1408 Genesee St., Utica, NY 13502 | |
| Catholic Social Services of Utica | 1408 Genesee St., Utica, NY 13502 | |
| Catholic Social Services of Rome | 227 On the Mall, Rome, NY 13440 | |
| Madison County Catholic Charities | Box 134 Morrisville, NY 13408 | Oneida/Madison Catholic Charities 1408 Genesee Street Utica, NY 13502 |
| Chenango County Catholic Charities | 14 South Broad St., Norwich, NY 13815 | 3 0'Hara Drive, Norwich NY 13815 |
| **Office of Human Development** | | |
| Syracuse Central Office | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Bishop Foery Foundation | 401 South Ave., Syracuse, NY 13204 | 100 Edmund Ave, Syracuse, NY 13205 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Broome County Human Development | 232 Main St., Binghamton, NY 13905 | |
| Rome NY Human Development Office | 1177 Erie Blvd., W., Rome, NY 13905 | |
| **Spanish Apostolate** | | |
| Spanish Apostolate of Syracuse NY | 170 Seymour St., Syracuse, NY 13202 | |
| Ladies of Charity | 232 Main St., Binghamton, NY 13905 | 331 Main Street, Binghamton, NY 13905 |
| **St. Vincent de Paul Society** | | |
| St. Vincent de Paul | 240 East Onondaga St., Syracuse, NY 13202 | |
| St. Vincent de Paul Society | 500 Seymour St., Syracuse, NY 13202 | Vincent House 500 Seymour St., Syracuse, NY 13202 |
| St. Vincent de Paul Furniture and Clothing Inc. | 500 Seymour St., Syracuse, NY 13202 | |
| St. Vincent de Paul Thrift Shop | 365-369 West First St., Fulton, NY 13069 | |
| **Catholic Youth Organizations** | | |
| Catholic Charities | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Neighborhood Division, Catholic Charities | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Toomey Residential and Community Services | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Alliance Division | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Family Division | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Central Office | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Neighborhood Centers | 1654 West Onondaga St., Syracuse, NY 13204 | |
| Brighton Family Center | 100 Edmund Ave., Syracuse, NY 13205 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Near East Side Adventures Program | c/o E. Genesee Presbyterian Church 1700 East Genesee St., Syracuse, NY 13210 | |
| Salina Civic Center | 2826 Lemoyne Ave., Mattydale, NY | |
| Northside CYO | 527 North Salina St., Syracuse, NY 13208 | |
| Bishop Foery Foundation | 401 South Ave., Syracuse, NY 13204 | 100 Edmund Ave, Syracuse, NY 13205 |
| Vincent House | 514 Seymour St., Syracuse, NY 13204 | Vincent House 500 Seymour St., Syracuse, NY 13202 |
| Hawley Youth Program | 615 Hawley Ave., Syracuse, NY 13202 | 716 Hawley Ave., Syracuse, NY 13203 |
| CYO Fulton | 365-369 West First St., Fulton, NY 13069 | |
| Rome Area C.Y.O., St. John and St. Joseph Program | 1408 Genesee St., Utica, NY 13502 | |
| Catholic Charities, Youth Services Division | 1408 Genesee St., Utica, NY 13502 | Oneida/Madison Catholic Charities 1408 Genesee Street Utica, NY 13502 |
| Broome County CYO | 232 Main St., Binghamton, NY 13905 | |
| **Children's Institutions and Services** | | |
| House of Providence | 1654 West Onondaga St., Syracuse, NY 13204 | Providence House Apartments 1700 W Onondaga St, Syracuse, NY 13204 |
| **Day Care** | | |
| DePaul day Care Corporation | 1654 W. Onondaga St., Syracuse, NY 13204 | St. Vincent de Paul Day Care Center 1103 Burnet Ave, Syracuse, NY 13203 |
| St. Vincent Day Care Center | 401 South Ave., Syracuse, NY 13202 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Cooperative Day Care Center | 1658 West Onondaga St., Syracuse, NY 13204 | 1654 West Onondaga St., Syracuse, NY 13204 |
| **Diocesan Summer Camps** | | |
| Lourdes Camp | 10 Mile Point, Skaneatles, NY 13152<br><br>1654 W. Onondaga St. Syracuse, NY 13204 | 11150 10 Mile Point Rd, Skaneateles, NY 13152 |
| Camp Nazareth | Woodgate, NY 13494<br><br>1408 Genesee St., Utica, NY 13502 | |
| **Family Life Bureau** | | |
| Family Life Education | 1342 Lancaster Ave., Syracuse, NY 13210 | Family/Respect Life Ministry 240 East Onondaga Street Syracuse, NY 13202-2608 |
| Southern Region | 400 Corey Ave., Endicott, NY 13760 | Family/Respect Life Ministry 240 East Onondaga Street Syracuse, NY 13202-2608 |
| Eastern Region | Box 843, Brimfield St., Clinton, NY 13323 | |
| Northern Region | 108 E. Sixth St., Oswego, NY 13126 | |
| Northern Region Religious Education Office | 108 E. Sixth St., Oswego, NY 13126 | |
| Family Life Bureau of Broome County | 232 Main St., Binghamton, NY 13905 | |
| Family Life Bureau of Madison and Oneida Counties | 1408 Genesee St., Utica, NY 13502 | |
| **Division of Health and Hospitals** | | |
| Diocesan Director of Catholic Hospitals | 240 East Onondaga St., Syracuse, NY 13202 | |
| **General Hospitals** | | |
| St. Joseph's Hospital Health Center | 301 Prospect Ave., Syracuse, NY 13203 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Mary's Hospital | 1654 W. Onondaga St., Syracuse, NY | Closed |
| Our Lady of Lourdes Memorial Hospital | 169 Riverside Dr., Binghamton, NY 13905 | |
| St. Elizabeth Hospital | 2209 Genesee St., Utica, NY 13501 | Closed |
| **Facilities for the Aged** | | |
| Loretto Rest Nursing Home Company, Inc. | 700 E. Brighton Ave., Syracuse, NY 13205 | |
| Loretto Rest, Inc. & Child Day Care Center | 750 E. Brighton Ave., Syracuse, NY 13205 | |
| Loretto Geriatric Community Residences, Inc. | 5018 S. Salina St., Syracuse, NY 13205 | Loretto Community Residences 4810 S. Salina St., Syracuse, NY 13205 |
| Bernardine Apartments, Inc. | 417 Churchill Ave., Syracuse, NY 13205 | |
| St. Camillus Health & Rehabilitation Center | 813 Fay Rd., Syracuse, NY 13219 | |
| **Nursing Homes** | | |
| St. Camillus Extended Care Facility | 813 Fay Rd., Syracuse, NY 13219 | |
| St. Camillus Foundation | 813 Fay Rd., Syracuse, NY 13219 | |
| St. Luke's Nursing Home | East River Rd., R.D. 4, Oswego, NY 13126 | 299 E. River Rd., Oswego, NY 13126 |
| St. Joseph Nursing Home | 2535 Genesee St., Utica, NY 13501 | |
| Bethany House (Health Related Facilities and Nursing Home Company of Rome, Inc.) | 800 Est Chestnut St., Rome, NY 13440 | Bethany Gardens 800 W. Chestnut St., Rome, NY 13440 |
| **Specialty Housing** | | |
| Christopher Community, Inc. | 1654 W. Onondaga St., Syracuse, NY 13204 | 990 James St #100, Syracuse, NY 13203 |
| Churchill Manor, Inc. | 240 East Onondaga St., Syracuse, NY 13202 | c/o C T Corporation System 28 Liberty St., New York, NY 10005 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| 420 Gifford St. | 420 Gifford St., Syracuse, NY 13204 | |
| Hawley Winton Housing Development Fund, Inc. | Attn. Peter White, Exec. Director<br>1654 W. Onondaga St., Syracuse, NY 13204 | |
| Ludden Housing Development Fund Company, Inc. | Ludden Apartments, c/o Robert D. McAuliffe, 224 Harrison St., Syracuse, NY 13202<br><br>Christopher Community Inc., Managing Agent<br>1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Mount St. James Corporation | 1654 W. Onondaga St., Syracuse, NY 13204<br><br>Christopher Community Inc., Managing Agent<br>1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Mercy Hospital Housing Development Fund Co. Inc. | c/o Sr. Mary Aquin McKenzie<br>100 Thornton St., Auburn, NY 13021<br><br>Christopher Community Inc., Managing Agent<br>1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Providence House Apartments | 1700 West Onondaga St., Syracuse, NY 13204<br><br>Christopher Community Inc., Managing Agent | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
|  | Peter White, Exec. Dir. 1654 W. Onondaga St., Syracuse, NY 13204 |  |
| Pompei Housing Development Fund Company, Inc. c/o Christopher Community, Inc. | 1654 W. Onondaga St., Syracuse, NY 13204<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Pond St. Housing Development Fund, Co., Inc. | Bishop Harrison Apartments, Pond St., Syracuse, NY 13208 | 300 Pond St., Syracuse, NY 13208 |
| Mount St. James Corporation (Incorporated: New York State, 1962) | 1654 W. Onondaga St., Syracuse, NY 13204<br><br>338 Jamesville Ave., Syracuse, NY 13204 |  |
| St. Peter's Italian Church Housing Development Fund Co., Inc. | 709 James St., Syracuse, NY 13203<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| St. Luke's Housing Development Fund Co., Inc. | Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Pitcher Hill-Christopher Housing Development Fund Co., Inc. | 114 Elbow Rd., North Syracuse, NY 13212<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |

| **Entity / Office Name** | **Address From Catholic Directory** | **Address as Currently Publicly Available (if different)** |
|---|---|---|
| Stoneleigh Housing Development Fund Co., Inc. | 400 Lamb Ave., Canastota, NY 13032<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| SEPP | 139  Main St., Binghamton, NY 13901<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Bartell Rd. Housing Development Fund Company, Inc. | Bartell Rd., Brewerton, NY 13029<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Cicero Housing Development Fund Company, Inc. | 224 Harrison St., Syracuse, NY 13202<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| C.N.C. Inc. | West Thomas St., Rome, NY 13440 | |
| Rome Mall Housing Development Fund Company | c/o Mall Apts. 240 East Onondaga St., Syracuse, NY 13202<br><br>Christopher Community Inc., Managing Agent | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Redfield South Housing Development Fund Co., Inc. | Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| **Programs for the Handicapped** | | |
| L'Arche | 1701 James St., Syracuse, NY 13206<br><br>1226 Butternut St., Syracuse, NY 13208 | L'Arche Syracuse 920 Spencer St., Syracuse, NY 13204 |
| The Heenan Spiritual Program, Inc. | 1629 Genesee St., Utica, NY 13501 | |
| St. John and Joseph Home, Inc. | 1408 Genesee St., Utica, NY 13502 | |
| **Monasteries and Residences of Priests and Brothers** | | |
| Provincial Home of the Immaculate Conception Province of the Order of Friars Minor Conventual. St. Francis Friary | Assumption Parish 812 No. Salina St., P.O. Box 1387, Syracuse, NY 13201 | Friars Minor of the Order of St. Francis 125 Thompson Street New York, NY 10012-3110 |
| Bishop Grimes Priests Residence | 6655 Kirkville Rd., East Syracuse, NY 13057 | |
| Bethany House | 806 Court St., Syracuse, NY 13201 | 5583 S. Salina St., Syracuse, NY 13205 |
| St. Pius X Home, Inc. | 714 E. Brighton Ave., Syracuse, NY 13205 | |
| Bishop Grimes Faculty House | 6655 Kirkville Rd., East Syracuse, 13057 | |
| Bishop Ludden Faculty House | 600 West Manchester Rd., Syracuse, NY 13219 | 815 Fay Rd, Syracuse, NY 13219 |
| Jesuits at LeMoyne, Inc. | 1419 Salt Springs Rd., Syracuse, NY 13214 | |
| Bishop Grimes Priests Residence | 6655 Kirkville Rd., East Syracuse, NY 13057 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Vincent's Mission House | 10475 Cosby Manor Rd., Utica, NY 13502 | |
| **Convents and Residences for Sisters** | | |
| Dominican Monastery of the Perpetual Rosary | 802 Court St., Syracuse, NY 13208 | |
| Convent of St. Anthony and Motherhouse and Novitiate of the sisters of the Third Franciscan Order M.C. | 1024 Court St., Syracuse, NY 13208 | |
| Franciscan Formation House | 1001 Court St., Syracuse, NY 13208 | |
| St. Clare Convent | 1001 Court St., Syracuse, NY 13208 | |
| Transfiguration Monastery | R.D. 2, Box 2612, Windsor, NY 13865 | 701 NY-79, Windsor, NY 13865 |
| Diocesan Sisters of Syracuse | 468 Woodruff Ave., Syracuse, NY 13208 | |
| Sisters of St. Joseph of Carondelet | 811 Milton Ave., Syracuse, NY 13204<br><br>921 Milton Ave., Syracuse, NY 13204<br><br>1323 Vestal Ave., Binghamton, NY 13903<br><br>R.D. No. 2, Box 403, Windsor, NY 13865 | 10777 Sunset Office Drive, Ste. 10<br>St. Louis, MO 63127 |
| Daughters of Charity | 57 Chestnut St., Binghamton, NY 13905<br><br>12 Ballantyne Brae, Utica, NY 13501 | 96 Menand Road<br>Albany, New York 12204-1499 |
| St. Francis Convent | Alverna Heights, Green Lakes Rd., Fayetteville, NY 13066 | 7770 Green Lakes Rd., Fayetteville, NY 13066 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Sisters of the Third Franciscan Order, M.C. | O.S.F. Faculty Residence 300 Hart St., Fulton, NY 13069 | 225 Greenfield Parkway Suite 208 Liverpool, NY 13088 |
| **Retreat House** | | |
| Christ the King Retreat House | 500 Brookford Rd., Syracuse, NY 13224 | Closed |
| Stella Maris Retreat House and Center for Renewal | 130 E. Genese St., Skaneatles, NY 13152 | Closed |
| **Campus Ministry/Newman Centers** | | |
| Syracuse University, St. Thomas More Foundation, Inc. | 112 Walnut Pl., Syracuse, NY 13210 | 110 Walnut Pl., Syracuse, NY 13210 |
| St. John fisher House of Studies | 110 Walnut Pl., Syracuse, NY 13210 | |
| LeMoyne College | LeMoyne College, Syracuse, NY 13214 | 1331 Salt Springs Rd., Syracuse, NY 13214 |
| Maria Regina College | 812 N. Salina St., Syracuse, NY | Closed |
| Onondaga Community College | 4791 W. Seneca Tpke., Syracuse, NY 13219 | 4585 W. Seneca Tpke., Syracuse, NY 13215 |
| Broome Community College | P.O. Box 248, Maine, NY 13802 | 907 Front St., Binghamton, NY 13905 |
| Powelson Business Institute | 259 E. Onondaga St., Syracuse, NY 13202 | Closed |
| State University of New York at Binghamton | 400 Murray Hill Rd., Binghamton, NY 13903 | 4400 Vestal Pkwy E., Binghamton, NY 13902 |
| Cazenovia College | 6 Green St., Cazenovia, NY 13035 | Closed |
| Hamilton College | 13 Marvin St., Clinton, NY 13323 | 198 College Hill Rd, Clinton, NY 13323 |
| Newman Foundation of Cortland, Inc. At the State University College of Cortland | 8 Calvert St., Cortland, NY 13045 | |
| Colgate University | 16 Wylie St., Hamilton, NY 13346 | 13 Oak Dr. E Ext., Hamilton, NY 13346 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Joan of Arc Newman Associ. At State University of New York (SUNY) Morrisville Agricultural and Technical College | St. Joan of Arc, P.O. Box A 28 Union St., Morrisville, NY 13408 | 80 Eaton St, Morrisville, NY 13408 |
| Newman Foundation, Inc., State University of New York | Hall Newman Center, New St., P.O. Box 207, Oswego, NY 13126 | 36 New St, Oswego, NY 13126 |
| Mohawk Valley Community College, Newman Apostolate | 1204 Sherman Dr., Utica, NY 13501 | 1101 Sherman Dr, Utica, NY 13501 |
| Utica College of Syracuse University | 1433 Burrstone Rd., Utica, NY 13502 | 1600 Burrstone Rd, Utica, NY 13502 |
| State University of New York Institute of Technology at Utica/Rome | 1433 Burrstone Rd., Utica, NY 13502 | 100 Seymour Rd, Utica, NY 13502 |
| Upper Utica College | 1204 Sherman Dr., Utica, NY 13501 | 1600 Burrstone Rd, Utica, NY 13502 |
| **Miscellaneous Listings** | | |
| Grimes Foundation | 240 E. Onondaga St., Syracuse, NY 13202 | |
| ONE (Opportunity Network in Economics) | 1101 Burnet Ave., Syracuse, NY 13203 | |
| St. Francis Social Adult Day Service | 1108 Court St., Syracuse, NY 13208 | Closed |
| Saint Thomas Preparatory Seminary Fund | P.O. Box 511, Syracuse, NY 13201 | |
| Spiritual Renewal Center | 1118 Court St., Syracuse, NY 13208 | 1342 Lancaster Ave, Syracuse, NY 13210 |
| Ladies of Charity | 232 Main St., Binghamton, NY 13905 | 331 Main St., Binghamton, NY 13905 |
| Mount St. Francis Hermitage | P.O. Box 276, Maine, NY 13802 | 120 Edson Rd, Endicott, NY 13760 |
| Bishop Harrison Education Foundation | P.O. Box 7158, Endicott, NY 13760 | |
| Calvert Court, Inc. | 672 W. Onondaga St., Syracuse, NY 13204 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Monsignor David C. Gildea foundation for Bishop Ludden High School, Inc. | | |
| Catholic Information Center | 91 Court St., P.O. Box 1562, Binghamton, NY 13902 | |
| Bergamo-East, Ecumenical Conference, Educational, and Spiritual Renewal Center | Chaminade Rd., Marcy, NY 13403 | |
| Matthew Carton Foundation | First National Bank Bldg., Utica, NY 13501 | |

## SCHEDULE 4
### List of Diocese Policies

| Policy Period | First Named Insured | Insurer | Policy No. |
|---|---|---|---|
| 1/07/1971 – 1/07/1974 | Holy Trinity R.C. Church, Utica, NY | Fireman's Fund Insurance Company | MXP 158 75 12 |
| 3/15/1971 – 3/15/1974 | St. Louis Roman Catholic Church, Oswego, NY | Fireman's Fund Insurance Company | MXP 158 73 95 |
| | St. Mary's Roman Catholic Church of Clinton, New York | Fireman's Fund Insurance Company | MXP 154 54 63 |
| 5/02/1971 – 5/02/1974 | St. Mary's Roman Catholic Church of Clinton, New York | Fireman's Fund Insurance Company | MXP 158 74 04 |
| 8/01/1971 – 8/01/1974 | St. Peters Church, Syracuse, NY | Fireman's Fund Insurance Company | MXP 160 47 45 |
| 4/01/1971 – 4/01/1972 | Parish of St. Mary's Star of the Sea | | DUM 0889195 |
| 3/14/1972 – 3/14/1973 | Trustees of the Parish of St. Mary's Star of the Sea Roman Catholic Church, Mexico, NY | National Surety Corporation | LC 187 80 41 |
| 3/14/1973 – 3/14/1974 | Trustees of the Parish of St. Mary's Star of the Sea Roman Catholic Church, Mexico, NY | National Surety Corporation | LC 205 11 25 |
| 7/01/1979 – 7/01/1980 | Diocese of Syracuse, NY | Interstate Fire & Casualty Company | 83-152664 |
| 7/01/1980 – 7/01/1981 | Diocese of Syracuse, NY | Interstate Fire & Casualty Company | 83-152664 |
| 7/01/1981 – 7/01/1982 | Diocese of Syracuse | Interstate Fire & Casualty Company | 83-152664 |
| 7/01/1982 – 7/01/1983 | Diocese of Syracuse | Interstate Fire & Casualty Company | 83-152664 |
| 7/01/1983 – 7/01/1984 | Diocese of Syracuse | Interstate Fire & Casualty Company | 83-170070 |
| 7/01/1984 – 7/01/1985 | Diocese of Syracuse | Interstate Fire & Casualty Company | 83-170070 |
| 7/01/1985 – 7/01/1986 | Diocese of Syracuse | Interstate Fire & Casualty Company | 83-172447 |
| 7/01/1991 – 7/01/1992 | Roman Catholic Diocese of Syracuse | Interstate Fire & Casualty Company | 83-179023 |
| 7/01/1992 – 7/01/1993 | Roman Catholic Diocese of Syracuse | Interstate Fire & Casualty Company | 1-XUM 1000017 |

## SCHEDULE 5
### Notice Addresses for Participating Parties

| Parishes | |
|---|---|
| **Parish Corporation Name:** | **Notice Addresses for Participating Parties** |
| St. Agnes Mission | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. John the Evangelist | |
| St. Augustine Roman Catholic Church, Baldwinsville, NY | |
| St. Elizabeth Ann Seton Church of the Town of Clay, NY | |
| St. Marys Church of  Baldwinsville, NY | |
| St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St. Christopher and St. Rita | |
| *St. Christopher Roman Catholic Church [Town of Chenango, Broome County]* | |
| *St. Catherine of Siena Roman Catholic Church* | |
| St. Mary of the Assumption (combined with St. Mary's Church) | |
| St. Paul's Church, Binghamton, NY | |
| *St. Andrew's Church of Binghamton* | |
| The Church of Saints John & Andrew | |
| *St. John the Evangelist Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Church of the Holy Trinity | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St. Stanislaus Kostka Church* | |
| *St. Joseph's  Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann)* | |
| *St. Ann Catholic Church (renamed church of the Holy Trinity)* | |
| Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY | |
| St. Patrick's Catholic Church of Binghamton, NY | |
| St. Thomas Aquinas Church | |
| Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission a/k/a St. Mary of The Snows Oratory | |
| St. Agnes Church | |
| Church of St. Francis of Assisi of Bridgeport, NY | |
| St. John The Evangelist a/k/a St. Mary Devotional Chapel and St. Paul (Redfield) | |
| St. Joseph's Church of Camillus, NY | |
| St. Agatha's Church | |
| St. James | |
| Divine Mercy Parish Roman Catholic Church | |

| | |
|---|---|
| *Saint Michael's Roman Catholic Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Anthony of Padua's Church of Willowvale and Chadwicks* | |
| St. Patrick-St. Anthony Church of Chadwicks, New York | |
| *St. Rita's Roman Catholic Church* | |
| St. Patrick | |
| Our Lady of Perpetual Help Roman Catholic Church of Cincinnatus, NY | |
| The Church of the Sacred Heart | |
| *St. Patrick's Church* | |
| *St. Mary of The Assumption a/k/a St. Mary's Oratory* | |
| St. Mary's Roman Catholic Church, Clinton | |
| The Church of Annunciation | |
| Mission of St. Bernadette | |
| St. Anthony of Padua | |
| St. Mary's Church of Cortland | Woods Oviatt Gilman LLP |
| St. Joseph's Church, Deposit, NY | 1900 Bausch & Lomb Place |
| St. Lawrence Mission | Rochester, New York 14604 |
| Holy Cross Church, DeWitt, NY | Attn: Timothy P. Lyster, Esq. |
| *St. Francis Church of Durhamville, NY* | |
| St. Matthew's Church | |
| Our Lady of Good Counsel Church, Endicott, NY | |
| St. Ambrose | |
| St. Anthony of Padua Church | |
| *St. Casimir Roman Catholic (Polish) Church of Endicott* | |
| *St. Joseph's Roman Catholic Church, Endicott, NY* | |
| *Church of Christ The King, Endwell , NY* | |
| *Our Lady of Angels Church of Endwell, NY* | |
| Church of the Holy Family | |
| *St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed* | |
| Immaculate Conception | |
| St. Mary's Church, Florence, Oneida Co. | |
| St. Patrick Mission | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St.Patrick's Church of Forestport | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place |
| *The Holy Family Church of Fulton* | Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |

21612479.v6

| | |
|---|---|
| *St. Michael 's Roman Catholic Polish Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *Church of the Immaculate Conception of Fulton, NY* | |
| Church of the Holy Trinity | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Church of the Immaculate Conception | |
| St. Mary | |
| Our Lady of The Rosary Church, Hannibal   NY | |
| St. John Chrysostom Mission [served area near Forestport] | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Ann Church of Hinckley, NY* | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| The Parish Community of St. Leo & St. Ann | |
| St. Margaret's Catholic Church | |
| *St Mary's Devotional Chapel-[never inc]* | |
| *St. Mary's Church, Jamesville, NY* | |
| St. James Roman Catholic Church Lestershire, NY | |
| *The Church of the Blessed Sacrament* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Patrick | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Mary's Church, Kirkwood | |
| *Church of St. Frances Xavier Cabrini* | |
| Church of the Nativity at St. Joseph's | |
| St. Joseph's Church | |
| *Our Lady of the Valley Mission* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Francis of Assisi Mission as The Trustees of St. Mary's Church of West Monroe* | |
| Epiphany | |
| Church of Immaculate Heart of Mary | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Joseph the Worker Liverpool, Onondaga Co. | |
| Christ the King Church, Liverpool, NY | |
| Pope John XXIII Roman Catholic Church | |
| *St. John Roman Catholic Church of Clay, NY* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |

| | |
|---|---|
| Most Holy Rosary Roman Catholic Church of Maine, NY<br><br>St. Ann's Church | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Stephen's Church | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Francis Xavier's Church<br><br>St. Margaret's Church | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Jospeh's Church of McGraw, NY- originally titled to St. Mary-Corland<br><br>*St. Mary, Star of the Sea* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Anne, Mother of Mary<br>Our Lady of Perpetual Help<br>St. Mary of the Assumption<br>St. Joan of Arc Church of Morrisville, NY<br>*St. Theresa of the Infant Jesus*<br>Church of St. Theresa of the Infant Jesus, New Berlin, NY<br>Church of Our Lady of the Rosary, New Hartford, NY<br>St. John the Evangelist Church<br>St. Thomas | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *Holy Cross Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Church of the Sacred Heart a/k/a St. Mary Our Lady<br>*St. Mary's Church of Our Lady of Czestochowa*<br>*St. John Oratory and Cemetery*<br>*St. Mary' s Mission*<br>St. Rose of Lima Church<br>St. Paul<br>St. Bartholomew<br>St. Joseph's German Catholic Church of Oneida<br>St. Patrick<br>St. Joseph<br>*Church of St. Stephen, Protomartyr*<br>*St. Louis* | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |

| | |
|---|---|
| *St. Joseph Mission* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Joseph's Church* | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *St. John The Evangelist* | |
| *St. Mary of the Assumption* | |
| St. Paul | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Peter's Church, Oswego | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *St. Stephen Roman Catholic Church* | |
| St. Patrick's Church of Otisco, NY | |
| Church of St. Mary of the Snows | |
| St. Joseph's Church | |
| *St. Anne's Church of Parish, NY a/k/a St. Anne Mother of Mary (Mexico)* | |
| St. Stephen | |
| Church of The Nativity at Immaculate Conception | |
| Christ Our Light a/k/a St. John The Evangelist | |
| *St. John the Evangelist Church Pulaski* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed* | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. John the Baptist | |
| *St. Mary's Church, Rome, NY* | |
| St. Paul | |
| St. Peter's Church, Rome | |
| Transfiguration | |
| St. Joseph | |
| Sacred Heart Church of Town of Scriba, Oswego | |
| St. Malachy | |
| St. Helena | |
| St. Mary of the Lake Roman Catholic Church, Skaneateles, NY | |
| *St. Bridget Roman Catholic Church of Skaneateles Falls, NY* | |
| *St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton]* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Peter's Church of Split Rock* | |

| | |
|---|---|
| St. Cecilia's Church, Solvay, NY | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *Corpus Christi Church of S. Onondaga County of Onondaga, State of NY* | |
| St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception | |
| *St. John's Church, Syracuse, NY* | |
| *Holy Trinity Church, Syracuse* | |
| *St. Peter* | |
| St. Vincent DePaul's Church | |
| Basilica of the Sacred Heart of Jesus, Syracuse, NY | |
| *St. Brigid & St. Joseph Church of Syracuse* | |
| St. Lucy | |
| St. Patrick' s Church, Geddes | |
| *St. Stephen* | |
| St. Anthony of Padua | |
| Our Lady of Hope f/k/a St. James | |
| Blessed Sacrament Church, Eastwood, NY | |
| Transfiguration Roman Catholic Church | |
| Most Holy Rosary | |
| *Our Lady of Lourdes Church Syracuse, NY* | |
| Franciscan Church of the Assumption | |
| Church of Our Lady of Pompei - St. Peter | |
| St. Daniel | |
| St. John the Baptist | |
| St. Joseph (German) Church [FAD 1882] | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Church of Our Lady of Peace [ merged into St. Cecilia's Solvay as St. Marianne Cope] | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *Church of St. Andrew the Apostle of Syracuse, NY* | |
| All Saints Church, Syracuse, NY [new name for St. Therese @ merger with OL Solace] | |
| Church of St. Therese The Little Flower of Jesus, Syracuse | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Michael's & St. Peter Church, Onondaga Hill | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Holy Family | |
| St. Ann's Church Syracuse, NY [name changed to St. Charles-St. Ann] | |
| St. Charles Borromeo Church | |
| *The Church of Our Lady of Solace [merged into St. Therese to become All Saints]* | |
| *St. Anne -Glenmore [never inc]* | Reverend John Kurgan, Vicar General |

| | The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
|---|---|
| St. Patrick's Church Taberg, NY | |
| St. Patrick | |
| Church of the Nativity at St. Leo's | |
| *St. Agnes Church* | |
| Historic Old St. John | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Francis de Sales | |
| St. Mary's Church Utica (South St.) | |
| Church of the Blessed Sacrament | |
| St. Maria di Monte Carmelo | |
| St. Stanislaus Roman Catholic Church | |
| Holy Trinity Church of Utica, NY | |
| Church of Our Lady of Lourdes | |
| Church of The Sacred Heart | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Joseph | |
| St. Patrick Church | |
| St. George Roman Catholic Church | |
| St. Mark | |
| St. Peter | |
| St. Anthony & St. Agnes Church, Utica, NY | |
| St. Mary of the Lake Mission | |
| Holy Family | |
| Our Lady of Good Counsel | |
| Our Lady of Sorrows | |
| St. Vincent DePaul-Blessed Sacrament Church | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Our Lady of Good Counsel | |
| St. Bernard's Catholic Church of Waterville, Oneida Co. | |
| St. Anne's Roman Catholic Church, Whitesboro, NY | |
| St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro | |
| The Catholic Community of St. Stephen-St. Patrick [merged into St. Patrick-Whitney Pt. | |
| St. Patrick 's Church Williamstown [originally a mission of Parish, later Camden] | |
| Church of Our Lady of Lourdes of Windsor, NY | |
| Our Lady of Hope | |
| Christ the Good Shepard | |
| | |
| St. Marianne Cope Church | |

| | |
|---|---|
| St. Michaels Church | |
| St. Anthony of Padua Church | |
| St. John's Church and Roman Catholic Society in the City of Utica a/k/a Historic Old St. John | |
| St. Mary Mt. Carmel- Blessed Sacrament Church | |
| Mary, Mother of Our Savior Church - new name for OLL | |
| St. Vincent de Paul Church | |

## Schools

| | |
|---|---|
| | |
| All Saints Catholic School | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Bishop Cunningham High School | |
| Bishop Grimes Jr./Sr. High School | |
| Bishop Ludden Jr./Sr. High School | |
| Cathedral Academy at Pompei | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Catholic Schools of Broome County | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Holy Family | |
| Notre Dame Elementary School | |
| Notre Dame Jr. / Sr. High | |
| Oswego Catholic High School | |
| Rome Catholic School | |
| Seton Catholic Central | |
| Seton Catholic High School | |
| Trinity Catholic School | |
| Utica Catholic Academy | |

## Other Catholic Organization

| | |
|---|---|
| | |
| Associated Catholic Charities for Community Development at Broome Co., Inc. | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc. | |
| Catholic Charities of the Roman Catholic Diocese of Syracuse | |
| Christopher Community, Inc. | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |

| | |
|---|---|
| Encompass Health Home, LLC | Woods Oviatt Gilman LLP 1900 Bausch & Lomb Place Rochester, New York 14604 Attn: Timothy P. Lyster, Esq. |
| Heritage Campaign, Inc. | |
| Jail Ministry of Onondaga County, Inc. | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street Syracuse, NY 13202 |
| Joseph and Elaine Scuderi Foundation, Inc. | Woods Oviatt Gilman LLP 1900 Bausch & Lomb Place Rochester, New York 14604 Attn: Timothy P. Lyster, Esq. |
| The Clerical Fund of the Roman Catholic Diocese of Syracuse | |
| The Diocese of Syracuse Lay Pension Plan | |
| The Foundation of the Roman Catholic Diocese of Syracuse, Inc. | |
| The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H. McDevitt, L.C.H.S. Foundation Inc. | |
| The Syracuse Catholic Press Association, Inc. | |
| The Syracuse Diocesan Investment Fund | |
| The Syracuse House of Retreats | |
| The St. Thomas Aquinas Fund, Inc. | |
| Camp Nazareth | |
| Lourdes Camp | |
| Brady Faith Center | |
| Brady Farm | |
| Brady Market | |
| Joseph and Elaine Scuderi Foundation, Inc. | |
| Joseph T. O'Keefe Corporation | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street Syracuse, NY 13202 |
| Newman Foundation of Binghamton | Woods Oviatt Gilman LLP 1900 Bausch & Lomb Place Rochester, New York 14604 Attn: Timothy P. Lyster, Esq. |
| Newman Foundation of Cortland | |
| Project Joseph | |
| Propagation of Faith | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street Syracuse, NY 13202 |
| Spiritual Renewal Center | |
| St. Thomas More Catholic Campus Ministry | Woods Oviatt Gilman LLP 1900 Bausch & Lomb Place Rochester, New York 14604 Attn: Timothy P. Lyster, Esq. |

| | |
|---|---|
| The Guardian Angel Society | Reverend John Kurgan, Vicar General |
| The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. James Church of Lestershire, NY | The Roman Catholic Diocese of Syracuse |
| The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Patrick's Church of Binghamton, NY | 240 East Onondaga Street Syracuse, NY 13202 |
| The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Thomas Aquinas Church | |
| Holy Name Society, St. Margaret's Church. Mattydale, NY | Woods Oviatt Gilman LLP |
| St. Vincent DePaul Church Daycare | 1900 Bausch & Lomb Place Rochester, New York 14604 |
| Windsor Human Development | Attn: Timothy P. Lyster, Esq. |

## SCHEDULE 6
### List of Known Insureds

1. Church of St. Andrew the Apostle of Syracuse, N.Y.
2. Church of St. Anthony of Padua of Syracuse, N.Y.
3. Church of St. Daniel of Salina, N.Y.
4. Church of St. John the Evangelist of Binghamton, N.Y.
5. Church of St. John the Evangelist of Syracuse, N.Y.
6. Church of St. Stanislaus of Binghamton, N.Y.
7. Church of St. Therese, the Little Flower of Jesus and Church of St. Joan of Arc of Munnsville, N.Y.
8. Order Minor Conventuals and St. Mary's Church of Minoa, N.Y.
9. St. Agnes Catholic Church of Brewerton, N.Y.
10. St. Agnes Church of Utica, N.Y.
11. St. Agnes Roman Catholic Church of Vernon, N.Y.
12. St. Aloysius Center of Syracuse, N.Y.
13. St. Ambrose Church of Endicott, N.Y.
14. St. Andrew's Church of Binghamton, N.Y.
15. St. Ann's Roman Catholic Church of Hinckley, N.Y.
16. St. Ann's Church of Syracuse, N.Y
17. St. Ann's Roman Catholic Church of Manlius, N.Y.
18. St. Anne's Roman Catholic Church of Whitesboro, N.Y.
19. St. Anthony of Padua Roman Catholic Church of Utica, N.Y.
20. St. Anthony of Padua Roman Catholic Church of Chadwicks, N.Y.
21. St. Bartholomew's Roman Catholic Church of Norwich, N.Y.
22. St. Bernard's R.C. Church of Waterville, N.Y.
23. St. Brigid & St. Joseph Church of Syracuse, N.Y.
24. St. Casimir Roman Catholic Church of Endicott, N.Y.
25. St. Catherine's Roman Catholic Church of Vernon, N.Y.
26. St. Catherine's Roman Catholic Church of Binghamton, N.Y.
27. St. Charles Church of Syracuse, N.Y.
28. St. Cecelia's Roman Catholic Church of Solvay, N.Y.
29. St. Christopher's Roman Catholic Church of Binghamton, N.Y.
30. St. Francis X Cabrini Roman Catholic Church of Pulaski, N.Y.
31. St. Francis Xavier Church of Marcellus, N.Y.
32. St. George's Church of Utica, N.Y.
33. St. James Church of Cazenovia, N.Y.
34. St. James Roman Catholic Church of Syracuse, N.Y.
35. St. James Roman Catholic Church of Johnson City, N.Y.
36. St. John the Baptist Church of Rome, N.Y.
37. St. John the Evangelist Church of Syracuse, N.Y.
38. St. John the Evangelist Roman Catholic Church, Inc. of New Hartford, N.Y.
39. St. John the Evangelist R.C. Church of Pulaski, N.Y.
40. St. John's Catholic Society of Utica, N.Y.
41. St. John's Church of North Bay, N.Y.
42. St. John's R.C. Church of Camden, N.Y.

43.    St. John's Roman Catholic Church of Bainbridge, N.Y.
44.    St. John's Roman Catholic Church of Clay of Liverpool, N.Y.
45.    St. John's Roman Catholic Church of Oswego, N.Y.
46.    St. Joseph's Church of Camillus, N.Y.
47.    St. Joseph's Church of Oriskany Falls, N.Y.
48.    St. Joseph's Church of Lee Center, N.Y.
49.    St. Joseph's Church of Liverpool, N.Y.
50.    St. Joseph's Church of Oxford, N.Y.
51.    St. Joseph's German Catholic Church of Oneida, Inc. of Madison, N.Y.
52.    St. Joseph's Roman Catholic Church of Deposit, N.Y.
53.    St. Joseph's Roman Catholic Church of Oswego, N.Y.
54.    St. Joseph's Roman Catholic Church of Binghamton, N.Y.
55.    St. Lawrence Church of Deruyter, N.Y.
56.    St. Leo's Catholic Church of Tully, N.Y.
57.    St. Leo's Roman Catholic Church of Holland Patent, N.Y.
58.    St. Louis Roman Catholic Church of Oswego, N.Y.
59.    St. Malachy's Church of Sherburne, N.Y.
60.    St. Margaret's Church of Mattydale, N.Y.
61.    St. Margaret's Church, Inc. of Mattydale, N.Y.
62.    St. Margaret's Roman Catholic Church of Homer, N.Y.
63.    St. Marks Roman Catholic of Utica, N.Y.
64.    St. Mary of the Snows Church of Otter Lake, N.Y.
65.    St. Mary's Church and St. Mary's Cemetery Association and St. Paul's Church Star
       Route of Camden, N.Y.
66.    St. Mary's Church of Cortland, N.Y.
67.    St. Mary's Church of Hamilton, N.Y.
68.    St. Mary's Church of Jamesville, N.Y.
69.    St. Mary's Church of New York Mills, N.Y.
70.    St. Mary's Church of Rome, N.Y.
71.    St. Mary's Church of Utica, N.Y.
72.    St. Mary's Church (Cathedral) of Syracuse, N.Y.
73.    St. Mary of Mt. Carmel Church of Utica, N.Y.
74.    St. Mary's of the Assumption of Oswego, N.Y.
75.    St. Mary's Roman Catholic Church of Clinton, N.Y.
76.    St. Mary's R.C. Church of Pulaski, N.Y.
77.    St. Mary Star of the Sea of Mexico, N.Y.
78.    St. Michaels Church of Central Square, N.Y.
79.    St. Michaels Roman Catholic Church of Fulton, N.Y.
80.    St. Michaels Roman Catholic Church of Syracuse, N.Y.
81.    St. Mary's Roman Catholic Church of Kirkwood, N.Y.
82.    St. Matthews Roman Catholic Church of Syracuse, N.Y.
83.    St. Patrick's Church of Clayville, N.Y.
84.    St. Patrick's Church of Forestport, N.Y.
85.    St. Patrick's Church of Oneida, N.Y.
86.    St. Patrick's Church of Syracuse, N.Y.
87.    St. Patrick's Church of Truxton, N.Y.

21612479.v6

88.    St. Patrick's R.C. Church of Chittenango, N.Y.
89.    St. Patrick's R.C. Church of Nedrow, N.Y.
90.    St. Patrick's R.C. Church and St. Anne's Church of Taberg, N.Y.
91.    St. Patrick's R.C. Church of Whitney Point, N.Y.
92.    St. Patrick's R.C. Church of Williamstown, N.Y.
93.    St. Patrick's Roman Catholic Church of Binghamton, N.Y.
94.    St. Paul's Church Corp. of Binghamton, N.Y.
95.    St. Paul's Church of Norwich, N.Y.
96.    St. Paul's Church of Rome, N.Y.
97.    St. Paul's Church of Whitesboro, N.Y.
98.    St. Paul's Roman Catholic Church of Oswego, N.Y.
99.    St. Peter's Church of Rome, N.Y.
100.   St. Peter's Church of Syracuse, N.Y.
101.   St. Peter's Roman Catholic Church of Clinton, N.Y.
102.   St. Peter's Roman Catholic Church of Utica, N.Y.
103.   St. Rita's Roman Catholic Church of Chenango Forks, N.Y.
104.   St. Rose of Lima Church of No. Syracuse, N.Y.
105.   St. Stanislaus R.C. Church of Utica, N.Y.
106.   St. Stephen Protomartyr Church of Oriskany, N.Y.
107.   St. Stephen's Church of Marathon, N.Y.
108.   St. Stephens Roman Catholic Church of Oswego, N.Y.
109.   St. Stephens Slovak Church of Syracuse, N.Y.
110.   St. Theresa's Church of New Berlin, N.Y.
111.   St. Therese Church of Syracuse, N.Y.
112.   St. Thomas Aquinas RC Church of Binghamton, N.Y.
113.   St. Thomas More Foundation, Inc. of Syracuse, N.Y.
114.   St. Thomas Roman Catholic Church of New Hartford, N.Y.
115.   St. Vincent De Paul's Church of Syracuse, N.Y.
116.   St. Vincent De Paul Roman Catholic Church of Vestal, N.Y.
117.   Transfiguration Church of Rome, N.Y.
118.   Trustees of St. Anthony's Roman Catholic Church of Cortland, N.Y.
119.   Trustees of St. Francis and/or St. Mary's Churches of Durhanville, N.Y.
120.   Trustees of Roman Catholic Church St. Anthony of Padua of Endicott, N.Y.
121.   Utica Catholic Academy of Utica, N.Y.
122.   Basilica of the Sacred Heart of Jesus
123.   Bishop Cunningham High School
124.   Bishop Grimes Jr./Sr. High School
125.   Bishop Ludden Jr./Sr. High School
126.   Blessed Sacrament Church, Eastwood
127.   Camp Nazareth
128.   Catholic Charities of the Roman Catholic Diocese of Syracuse
129.   Catholic Schools of Broome County, Binghamton
130.   Christ the Good Shepard
131.   Christ the Good Shepard
132.   Church of Christ The King, Endwell
133.   Church of Immaculate Heart of Mary

134. Church of Our Lady of Lourdes
135. Church of Our Lady of Pompei
136. Church of the Blessed Sacrament
137. Church of the Holy Family
138. Church of the Holy Trinity
139. Church of the Holy Trinity
140. Holy Trinity Church of Utica
141. Holy Trinity Church
142. Most Holy Rosary
143. Notre Dame Jr. / Sr. High
144. Our Lady of Angels Church of Endwell
145. Our Lady of Hope f/k/a St. James
146. Our Lady of Lourdes Church Syracuse
147. Seton Catholic Central, Binghamton
148. Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY
149. St. Anthony & St. Agnes Church
150. St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St. Christopher and St. Rita
151. St. John the Baptist
152. St. John the Baptist
153. St. Joseph the Worker Liverpool, Onondaga Co.
154. St. Joseph's Church of McGraw, NY- originally titled to St. Mary-Cortland, McGraw, NY
155. St. Lucy
156. St. Marianne Cope Church
157. St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception,
158. St. Patrick Mission
159. St. Patrick's Church of Forestport
160. St. Stephen
161. The Church of the Blessed Sacrament
162. The Holy Family Church of Fulton
163. Trinity Catholic School
164. St. Catherine of Siena Roman Catholic Church
165. St. Francis Church of Durhamville
166. St. John the Evangelist Church
167. St. John's Church and Roman Catholic Society in the City of Utica a/k/a Historic Old St. John
168. St. Mary Mt. Carmel- Blessed Sacrament Church
169. St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception, Syracuse
170. St. Paul's Church -St. Anne's-St. Stephen's
171. St. Vincent DePaul-Blessed Sacrament Church
172. The Church of Saints John & Andrew
173. The Parish Community of St. Leo & St. Ann
174. To the extent not already listed herein, any Participating Party

**EXHIBIT A**
**Approval Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK** | : | Case No. 20-30663-WAK |
| | : | |
| Debtor. | : | Re: Doc. No. [ ] |
| | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**ORDER (I) APPROVING THE INTERSTATE SETTLEMENT AGREEMENT,**
**RELEASE AND BUYBACK, (II) APPROVING THE SALE OF THE INTERSTATE**
**POLICIES FREE AND CLEAR, (III) ENJOINING CLAIMS,**
**AND (IV) GRANTING RELATED RELIEF**

Upon the motion, dated _____, 2025 ("**Motion**")[1] of The Roman Catholic Diocese of Syracuse, New York the debtor-in-possession in the above-captioned Chapter 11 case ("**Diocese**"), for entry of an order approving the settlement agreement, releases, insurance policy buyback, and related injunction-in-aid ("**Settlement**") by and among the Diocese, the other Diocese Parties, and Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company (collectively, "**Interstate**"), pursuant to Sections 105(a) and

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Agreement (as defined below).

21612479.v6

363 of Title 11 of the United States Code ("**Bankruptcy Code**") and Rules 2002(a)(2), 6004, and 9019 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), in each case as described in the Motion and the Settlement Agreement, Release, and Policy Buyback attached to the Motion as **Annex I** (the "**Agreement**"); and the Court having reviewed the Motion and the Agreement; and it appearing that due and adequate notice of the Motion and Agreement having been given to all Persons entitled thereto, and that no other or further notice need be given; and the Court on _____, 2025 at [[ ] AM/PM] having held a hearing (the "**Sale Hearing**") to consider the relief requested in the Motion; and upon the record of the Sale Hearing; and, after due deliberation, including, without limitation, for the reasons stated by the Court on the record of the Sale Hearing, it appearing that the relief requested in the Motion and granted herein is in the best interests of the Diocese's estate, its creditors, and other parties in interest; and good sufficient cause appearing therefor, it is hereby

### FOUND AND DETERMINED THAT:

A.      This Court has jurisdiction over the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Standing Order* of reference from the United States District Court for the Western District of New York dated as of February 29, 2012, as amended and in effect.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (N).  Venue of this case and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

B.      The statutory predicates for the relief sought in the Motion are Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 9019.

C.      Proper, timely, adequate and sufficient notice of the Sale Hearing and Motion and the relief requested therein, including, without limitation, the Settlement and the transactions described in the Agreement, including, without limitation, issuance of the injunction-in-aid referenced in the Agreement and the Motion (all such transactions being collectively referred to, for convenience, as the "**Sale Transaction**") has been provided in accordance with all applicable provisions of the Bankruptcy Code and the Bankruptcy Rules to all interested Persons, including, without limitation: (a) all Abuse Claimants known to or reasonably ascertainable by any Diocese Party; (b) the Participating Parties; (c) the Committee; (d) the Unknown Claims Representative; (e) all other Persons that must be served with written notice under Bankruptcy Rule 2002, including, without limitation, all Persons who have filed notices of appearance in the Bankruptcy Case; (f) all Persons known or believed by any Diocese Party to have provided insurance to any of the Diocese Parties; (g) to the extent not captured in (f), all Non-Settling Insurers; and (h) the Persons set forth on Schedules 2 and 3 of the Agreement.   Notice of the Sale Transaction and the Sale Hearing was published in [The New York Times/ USA Today and [ ]] on _____, 2025, as set forth in the publication notice attached to the Motion.  The notices described above were good, sufficient, and appropriate under the circumstances, and no other notice of the Motion or Sale Hearing is required.

D.      The disclosures made by the Diocese concerning the Agreement, the Sale Transaction, and the Sale Hearing were good, complete, and adequate.

E.      A reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein has been afforded to all interested Persons.

F.      The Diocese has full corporate power and authority to consummate the Sale Transaction pursuant to the Agreement and all other documents contemplated thereby, and no

consents or approvals, other than those expressly provided for in the Agreement, are required for the Diocese to consummate the Sale Transaction. Similarly, the other Diocese Parties have full corporate power and authority to consummate the Sale Transaction pursuant to the Agreement and all other documents contemplated thereby, and no consents or approvals, other than those expressly provided for in the Agreement, are required for the Diocese Parties to consummate the Sale Transaction.

G.      Approval of the Agreement and consummation of the Sale Transaction are in the best interests of the Diocese's estate, its creditors (specifically including the Abuse Claimants), and other parties-in-interest, including because the proceeds of and from the Sale Transaction will benefit Abuse Claims.

H.      The Diocese has demonstrated (i) good, sufficient, and sound business purpose and justification and compelling circumstances for the Sale Transaction pursuant to Section 363(b) of the Bankruptcy Code and (ii) that the Sale Transaction is fair, reasonable, and in the best interests of the Diocese's estate and creditors pursuant to Bankruptcy Rule 9019. Among other things, the Diocese has demonstrated that: the Agreement, and closing thereon, is necessary and appropriate to realize the value of the Purchased Property[2] and maximize the value of the Diocese's estate; the probability of success for the Diocese's estate in litigation over the matters resolved by the Agreement, including, without limitation, the Adversary Proceeding, is uncertain; litigation of the matters resolved by the Agreement would be complex and costly to the Diocese's estate; and the Settlement Amount is within the reasonable range of potential litigation outcomes. The Sale Transaction constitutes a reasonable and sound exercise of the Diocese's business judgment and its powers and duties under applicable law and should be approved.

I.      The Agreement was negotiated, proposed, and entered into without collusion, in good faith, and from arm's length bargaining positions. Without limiting the foregoing, the Agreement resulted from a lengthy mediation that proceeded pursuant to a prior order of the Court. Interstate is not an "insider" or "affiliate" of the Diocese, as those terms are defined in the Bankruptcy Code. None of the Diocese Parties or Interstate have engaged in any conduct that would: (i) cause or permit the avoidance of the Agreement or the consummation of the Sale Transaction under Section 363(n) of the Bankruptcy Code; (ii) cause or permit the imposition of any costs or damages (including without limitation attorneys' fees or punitive damages) under Section 363(n) of the Bankruptcy Code; or (iii) prevent the application of Section 363(m) of the Bankruptcy Code.

J.      Interstate is a good faith purchaser of the Purchased Property under Section 363(m) of the Bankruptcy Code and, as such, is entitled to all of the protections afforded thereby, in that, among other things: (i) all payments to be made by or to Interstate, and other agreements or arrangements entered into by Interstate, in connection with the Sale Transaction have been disclosed; (ii) Interstate neither induced nor caused the Diocese's Chapter 11 filing; (iii) the negotiation and execution of the Agreement and any other agreements or instruments related thereto was in good faith, the arm's length transaction between Interstate and the Diocese Parties was the product of mediation, and all Parties to the Agreement were, or had the opportunity to be, represented by counsel; and (iv) Interstate has not violated Section 363(n) of the Bankruptcy Code by any action or inaction. Interstate has at all times acted in good faith with respect to the

---

[2] "**Purchased Property**" as used herein means both (i) the Diocese Policies and (ii) the Extra-Contractual Claims of the Diocese Parties, all as defined in the Agreement.

Agreement and will continue to be acting in good faith within the meaning of Section 363(m) of the Bankruptcy Code in closing the Sale Transaction.

K.        The terms and conditions of the Agreement are fair and reasonable.  The Settlement Amount provided by Interstate pursuant to the Agreement (i) is fair and reasonable; (ii) monetizes the Purchased Property at the highest and best amount; (iii) will provide a higher and more certain recovery for the Diocese's creditors than would be provided by any other practical available alternative (including, for the avoidance of doubt, litigation of the Adversary Proceeding) given the complexity, cost, and uncertainty of such alternatives; and (iv) constitutes reasonably equivalent value (as those terms are defined in each of the Uniform Fraudulent Transfer Act, Uniform Fraudulent Conveyance Act, and Section 548 of the Bankruptcy Code) and fair consideration under the Bankruptcy Code and applicable non-bankruptcy law.  The Settlement Amount is within the reasonable range of potential litigation outcomes, and the Diocese's determination to accept the Settlement Amount and otherwise enter into the Agreement is a valid and sound exercise of the Diocese's business judgment and consistent with the Diocese's fiduciary duties.

L.        Interstate: (i) is not a mere continuation of the Diocese or its estate, nor is there any continuity of enterprise between Interstate and the Diocese or Interstate and any of the other Diocese Parties; (ii) is not holding itself out to the public as a continuation of any of the Diocese Parties; and (iii) is not a successor to the Diocese, its estate, or any of the Diocese Parties for any purpose, and the Sale Transaction does not amount to a consolidation, merger, or *de facto* merger of Interstate and any of the Diocese Parties.

M.        The Agreement was not entered into for the purpose of hindering, delaying, or defrauding creditors under the Bankruptcy Code or under the laws of the United States, any state, territory, possession, or the District of Columbia.  Neither Interstate nor any of the Diocese Parties are fraudulently entering into the Sale Transaction.

N.        The transfer of the Purchased Property to Interstate (i) does not constitute an avoidable transfer under the Bankruptcy Code or under other applicable bankruptcy or non-bankruptcy law and (ii) does not and will not subject Interstate to any liability whatsoever with respect to the Diocese's operation prior to the closing of the Sale Transaction (the "**Closing**").

O.        Interstate has agreed to purchase the Purchased Property pursuant to its Agreement and this Order; Interstate has not agreed to purchase, and is not purchasing, any other assets of the Diocese's estate.  Interstate has not agreed to assume, and after Closing shall have no obligations with respect to, any liabilities of the Diocese, its subsidiaries or affiliates, the other Diocese Parties, or any Covered Parties, except for the ISO Exception (as and to the extent expressly provided in the Agreement).  Without limiting the generality of the foregoing, Interstate: (i) is not assuming and shall have no liability for any Claims arising from or relating to Abuse, the Purchased Property, or the Bankruptcy Case; and (ii) is not assuming and, excluding only the ISO Exception (as and to the extent expressly provided in the Agreement), shall have no liability with respect to the Diocese's, any Covered Party's, or any  other Diocese Party's obligations to Abuse Claimants, any other creditors, future claimants (including without limitation Unknown Abuse Claims), or the Diocese's, any Covered Party's, or any Diocese Party's employees, in each case, by reason of the purchase of the Purchased Property under the Agreement.

P.        The Purchased Property constitutes property of the Diocese's estate, and the Diocese is the lawful owner of the Purchased Property and holds good title thereto.  The transfer

of the Purchased Property to Interstate pursuant to the Agreement will be a legal, valid, binding, and effective transfer of the Purchased Property, and will vest Interstate with all right, title, and interest of the Diocese and the Diocese Parties in and to the Purchased Property, in each case free and clear of all Interests (as defined below, and including, without limitation, any Interests of the Diocese Parties, Covered Parties, other named or additional insureds or assureds, or those with direct action rights against the Purchased Property) except (as and to the extent specifically provided in the Agreement) for the ISO Exception.  After Closing, Interstate shall have no liability for any Claims against or liabilities of the Diocese, its estate, or the other Diocese Parties or Covered Parties, except for the ISO Exception (as and to the extent specifically provided in the Agreement).  Without limiting any of the foregoing, the Diocese, the Diocese Parties, and Interstate have agreed that, upon the occurrence of the Settlement Agreement Effective Date and payment of the Settlement Amount by Interstate, the Purchased Property (i) shall, immediately prior to the buyback, be amended to include the Sexual Abuse Exclusion, Time-Bar Exclusion and Cancellation Endorsement and (ii) immediately thereafter shall be deemed void *ab initio*, terminated, extinguished, and of no further force and effect.

Q.    The Diocese may sell the Purchased Property free and clear of all, liens, interests, obligations, rights, encumbrances, pledges, mortgages, deeds of trust, security interests, Claims (including, without limitation, any "claim" as defined in Section 101(5) of the Bankruptcy Code), leases, possessory leasehold interests, charges, options, rights of first refusal or option to purchase any real property, easements, servitudes, transfer restrictions under any agreement, judgments, hypothecations, demands, licenses, sublicenses, assignments, debts, obligations, guaranties, options, contractual commitments, restrictions, environmental liabilities, options to purchase, and options, in each case of whatever kind, nature, or description in, against, or with respect to any of the Purchased Property, having arisen, existed or accrued prior to and through closing of the Sale Transaction, whether direct or indirect, absolute or contingent, choate or inchoate, fixed or contingent, matured or unmatured, liquidated or unliquidated, arising or imposed by agreement, understanding, law, equity, statute, or otherwise and whether arising prior to, on, or after the Petition Date, including without limitation Abuse Claims, Coverage Claims, and all other Barred Claims (collectively, and including all "interests" as the term is used in Bankruptcy Code Section 363, "**Interests**"), except for the ISO Exception as and to the extent expressly provided in the Agreement, because one or more of the standards set forth in Bankruptcy Code Section 363(f)(1) – (5) has been satisfied with regard to each such Interest.  Without limiting the generality of the foregoing: (i) non-Diocese parties with Interests in or with respect to the Purchased Property who did not object, or who withdrew their objections to the Sale Transaction or the Motion have waived their right to object to the sale of the Purchased Property free and clear of such non-Diocese parties' Interests in the Purchased Property pursuant to Section 363(f)(2) of the Bankruptcy Code; and (ii) non-Diocese parties with Interests in or with respect to the Purchased Property who objected to the Motion and did not withdraw any such objection (a) are the holders of Interests subject to *bona fide* dispute under Bankruptcy Code Section 363(f)(4) and/or (b) can be compelled to accept a monetary satisfaction of their Interests within the meaning of Section 363(f)(5) of the Bankruptcy Code.

R.    If the sale of the Purchased Property were not free and clear of Interests, or if the Interstate Released Parties and/or Interstate's Related Persons would, or in the future could, be liable for any of the Interests, Interstate would not have entered into the Agreement and would not consummate the Sale Transaction or pay the Settlement Amount, thus adversely affecting the

Debtor, its estate, and its creditors (including, without limitation, the Abuse Claimants), as well as the other Diocese Parties.

       S.      Issuing a supplemental injunction under Section 105(a) of the Bankruptcy Code as provided herein is essential to give effect to the sale of the Purchased Property to Interstate and this Order's approval of such sale free and clear of Interests pursuant to Section 363(f) of the Bankruptcy Code.  The Settling Insurer Injunction set forth in Paragraph 19 below not only is a necessary prerequisite for Interstate's assent to the terms and conditions of its Agreement, such that Interstate will not consummate the Sale Transaction or pay its Settlement Amount in the absence of such an injunction from this Court, but also is warranted to ensure compliance with this Order.

## NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

### General Provisions

      1.      The Motion is granted and approved as set forth herein.

      2.      The findings of fact set forth above and conclusions of law stated herein, in addition to any findings of fact and conclusions of law stated by the Court at the Sale Hearing, shall constitute this Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to the Motion pursuant to Bankruptcy Rule 9014.  To the extent any finding of fact later shall be determined to be a conclusion of law, it shall be so deemed, and to the extent any conclusion of law later shall be determined to be a finding of fact, it shall be so deemed.

      3.      Any and all objections, if any, to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included in such objections, are hereby overruled on the merits with prejudice, and in each case the Person asserting the objection or reservation of rights is enjoined from taking any action against the Interstate Released Parties or Interstate's Related Persons to recover any Claim which such objecting Person has solely against the Diocese, its estate, or any other Diocese Party or Covered Party.  Those parties who did not object or who withdrew their objections to the Motion are deemed to have consented to the relief granted herein, pursuant to Section 363(f)(2) of the Bankruptcy Code. For the avoidance of doubt, nothing in this Paragraph 3 shall be interpreted to enjoin any party's right, if any, to appeal this Order.

### Approval of the Agreements

      4.      The Agreement is approved in its entirety, pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019.  Without limiting the generality of the foregoing, the settlement and mutual release of Claims as set forth in the Agreement is hereby approved pursuant to Bankruptcy Rule 9019.  All factors set forth in *In re Iridium Operating LLC*, 478 F.3d 452, 462 (2d Cir. 2007), either weigh in favor of the Agreement or do not apply.

      5.      Pursuant to Section 363(b) of the Bankruptcy Code, the Diocese is authorized to consummate the Sale Transaction under and in accordance with the terms and conditions of the Agreement, and the Diocese shall at all times act in accordance with the terms thereof.

6.      The Parties are authorized to execute and deliver, and empowered to perform under, consummate, and implement the Agreement, together with all additional instruments and documents that may be reasonably necessary, convenient, or desirable to implement the Agreement and consummate the Sale Transaction pursuant thereto and effectuate the provisions of this Order and the transactions approved hereby, and to take all further actions as may be requested by Interstate for the purpose of assigning, transferring, granting, conveying, and conferring to Interstate or reducing to Interstate's possession, the Purchased Property, or as may be necessary or appropriate to the performance of the obligations as contemplated by the Agreement.

7.      Interstate is authorized and directed to pay the respective Settlement Amount to the Trust under and subject to the satisfaction of all terms and conditions of the Agreement.

8.      The Settlement Amount provided by Interstate for the Purchased Property constitutes reasonably equivalent value and fair consideration under the Bankruptcy Code, Uniform Fraudulent Transfer Act, Uniform Fraudulent Conveyance Act, and under the laws of the United States, any state, territory, possession, or the District of Columbia.

9.      None of Interstate's Related Persons or any Interstate Released Party shall be required to seek or obtain relief from the automatic stay under Section 362 of the Bankruptcy Code to enforce any of its or their rights or remedies under the Agreement or any other document related to the Agreement or the Sale Transaction. The automatic stay imposed by Section 362 of the Bankruptcy Code is modified solely to the extent necessary to implement the preceding sentence and the other provisions of this Order; *provided*, *however*, that this Court shall retain jurisdiction over any and all disputes with respect thereto.

10.      This Order shall be binding in all respects upon: (a) the Diocese and its Related Persons; (b) the Diocese's estate; (c) the other Diocese Parties; (d) all creditors (including without limitation all Abuse Claimants); (e) all holders of Interests whether known or unknown (including but not limited to any Non-Settling Insurers and Covered Parties) against or on all or any portion of the Purchased Property; (f) the Interstate Released Parties and Interstate's Related Persons; (g) the Purchased Property; (h) the Unknown Claims Representative; (i) any trustee that may be subsequently appointed in the Bankruptcy Case, whether pursuant to any plan of reorganization or liquidation (including without limitation the Trustee appointed under the Plan), under Section 1104 of the Bankruptcy Code, or upon a dismissal or conversion of this Bankruptcy Case under Chapter 7 of the Bankruptcy Code; and (j) all Persons and Entities receiving notice (or deemed to have received notice pursuant to this Order) of the Motion or the Sale Hearing.  The Agreement shall be binding in all respects upon:  (x) the Diocese, its Related Persons, and its estate; (y) the Diocese Parties; and (z) any trustee that may be subsequently appointed in the Bankruptcy Case, whether pursuant to any plan of reorganization or liquidation (including without limitation the Trustee appointed under the Plan), under Section 1104 of the Bankruptcy Code, or upon a dismissal or conversion of this Bankruptcy Case under Chapter 7 of the Bankruptcy Code.

## Transfer of the Assets

11.      The conditions of Section 363(f) of the Bankruptcy Code have been satisfied in full; therefore, the Diocese may sell the Purchased Property free and clear of any Interests therein.

12.     Pursuant to Sections 105 and 363(b) and (f) of the Bankruptcy Code, Bankruptcy Rule 9019, applicable New York State law, the Declarations in support of the Motion, and the record of the Sale Hearing, the Diocese has set forth the legal authority necessary to support this Court's findings herein.

13.     Except as and to the extent expressly provided in the Agreement with respect to the ISO Exception, pursuant to Sections 105(a) and 363(f) of the Bankruptcy Code, the Purchased Property and the Diocese Parties' rights, title, and interest therein shall upon Closing be transferred to Interstate, free and clear of all Interests (including without limitation the Interests of the Diocese Parties and any Covered Parties), and all such Interests are unconditionally and forever released and extinguished as against the Purchased Property.  Without limiting the generality of the foregoing, the sale of the Purchased Property under the Agreement shall be free and clear of all Abuse Claims (whether Consenting Abuse Claims or Non-Participating Abuse Claims), Barred Claims, Coverage Claims, Inbound Contribution Claims, Insurer Contribution Claims, Medicare Claims, Related Insurance Claims, Direct Action Claims, and any other Claims arising from or related in any way to an Abuse Claim or any portion of the Purchased Property.

14.     Except as and to the extent expressly provided in the Agreement with respect to the ISO Exception, upon Closing, all Persons (and their respective successors and assigns), including but not limited to all governmental, tax, and regulatory authorities, Diocese Parties, Entities, Covered Parties, Non-Settling Insurers, Abuse Claimants, and trade and other creditors, holding Interests (whether legal or equitable, secured or unsecured, matured or unmatured, contingent or non-contingent, senior or subordinated) against, in, or with respect to the Purchased Property, including, without limitation, such Interests arising or accruing under or out of, in connection with, or in any way relating to the transfer of the Purchased Property to Interstate, hereby are forever barred, estopped, and permanently enjoined from asserting such Person's or Entity's Interests against the Purchased Property, the Interstate Released Parties, or Interstate's Related Persons. Except as and to the extent expressly provided in the Agreement with respect to the ISO Exception, effective upon Closing none of the Interstate Released Parties or any of Interstate's Related Persons shall have any liability for any Claims (a) against the Diocese, its estate, or any of the Covered Parties or other Diocese Parties or (b) in respect of the Purchased Property.

15.     The transfer of the Purchased Property to Interstate pursuant to the Agreement constitutes a legal, valid, and effective transfer of the Purchased Property, and shall vest Interstate with all right, title, and interest of the Diocese and the Diocese Parties in and to the Purchased Property.  Upon the occurrence of the Settlement Agreement Effective Date and payment of the Settlement Amount by Interstate, the Diocese Policies shall, immediately prior to the buyback, be amended to include the Sexual Abuse Exclusion, Time-Bar Exclusion, and Cancellation Endorsement; immediately thereafter, the Diocese Policies shall be terminated and no longer in force or effect, exhausted in retrospect as to all coverages, and all Interests the Diocese or any other Person or Entity (including without limitation any of the other Diocese Parties or Covered Parties) may have had, may presently have, or may in the future have, in such Purchased Property are released and extinguished, and all such Persons (including without limitation the Diocese Parties and Covered Parties) and Entities hereby are forever barred, estopped, and permanently enjoined from asserting any such Interest against the Purchased Property, the Interstate Released Parties, and/or any of Interstate's Related Persons; *provided, however*, that the ISO Exception (as and to the extent provided in the Agreement) is not released, barred, estopped, or enjoined.

Interstate's payment of the Settlement Amount constitutes full and complete performance of any and all obligations under the Purchased Property, including without limitation any performance owed to the Diocese Parties or Covered Parties, and exhausts all limits of liability of the Purchased Property.

16.     Upon occurrence of the Settlement Agreement Effective Date:

(a)     all Interests the Diocese Parties may have had, may presently have, or in the future may have in the Purchased Property, as applicable, are released pursuant to the terms of the Agreement; and

(b)     excluding only the ISO Exception as and to the extent provided in the Agreement, the Diocese Parties accept the Settlement Amount in full and complete satisfaction of Interstate's past, present, and future obligations, including, without limitation, any obligations to any of the Diocese Parties under such Purchased Property or arising therefrom, as to any and all Claims for insurance coverage or policy benefits of any nature whatsoever arising out of or related in any way to such Purchased Property (including Coverage Claims), whether legal or equitable, known or unknown, suspected or unsuspected, fixed or contingent, and regardless of whether such Claims arise from, relate to, or are in connection with the Abuse Claims, Barred Claims, or otherwise.

## No Successor Liability

17.     The transfer of the Purchased Property to Interstate shall not result in any Interstate Released Parties, any of Interstate's Related Persons, or the Purchased Property having any of the following: (a) any liability or responsibility for Interests in or Claims against the Diocese or against an insider of the Diocese; (b) liability whatsoever with respect to or be required to satisfy in any manner, whether at law or in equity, whether by payment, setoff, or otherwise, directly or indirectly, any Claims or Interests; or (c) any liability or responsibility to the Diocese except as is expressly set forth in the Agreement.

18.     Without limiting the generality of the foregoing, none of the Interstate Released Parties or any Interstate's Related Persons shall have any successor or vicarious liabilities of any kind or character, including, but not limited to, under any theory of antitrust, environmental, successor or transferee liability, labor law, successor or successor employer liability, *de facto* merger or joint venture, mere continuation or substantial continuity, whether known or unknown as of Closing, now existing or hereafter arising, whether fixed or contingent, whether asserted or unasserted, whether legal or equitable, whether liquidated or unliquidated, including, but not limited to, liabilities on account of warranties, intercompany loans and receivables between the Diocese and any non-debtor subsidiary or affiliate (including, without limitation, any Diocese Party), liabilities relating to or arising from any environmental laws, and any taxes arising, accruing, or payable under, out of, in connection with, or in any way relating to the Purchased Property prior to Closing.

## Settling Insurer Injunction

19.     Pursuant to Sections 105(a) and 363(f) of the Bankruptcy Code, and in consideration of the undertakings of Interstate pursuant to the Agreement, including Interstate's

purchase of the Purchased Property free and clear of all Claims and Interests pursuant to Section 363(f) of the Bankruptcy Code as provided herein, any and all Persons and Entities that have held, now hold, or who may in the future hold any Claims or Interests (including without limitation all debt holders, all equity holders, governmental, tax and regulatory authorities, lenders, trade and other creditors, Abuse Claimants, perpetrators, Covered Parties, any other additional insureds or assureds or named insureds or assureds, Non-Settling Insurers, the Diocese Parties, and all others holding Claims or Interests of any kind or nature whatsoever, including, without limitation, those Claims released or to be released pursuant to the Agreement), which Claims or Interests are under, arise out of, relate to, or connect in any way with an Abuse Claim or any of the Purchased Property, including, without limitation, (a) Abuse Claims (whether Consenting Abuse Claims or Non-Participating Abuse Claims), Unknown Abuse Claims, Coverage Claims, Inbound Contribution Claims, Insurer Contribution Claims, Related Insurance Claims, Direct Action Claims, Tort Actions, and all other Channeled Claims, (b) the payment of any of the Claims identified previously, including, without limitation, Medicare Claims, and (c) all other Barred Claims or Interests, are, to the maximum extent permitted by law, hereby permanently stayed, enjoined, barred, and restrained from taking any action, directly or indirectly, to assert, enforce or attempt to assert or enforce any such Claim or Interest against any of (x) the Interstate Released Parties or Interstate's Related Persons, (y) the assets or property of any Interstate Released Parties or any of Interstate's Related Persons, or (z) the Purchased Property, including by:

(i)     commencing or continuing in any manner any action or other proceeding of any kind against any Interstate Released Parties, any of Interstate's Related Persons, or against the property or assets of any of the foregoing;

(ii)    enforcing, attaching, collecting, or recovering, or seeking to accomplish any of the preceding, by any manner or means, any judgment, award, decree, or order against any Interstate Released Parties, any of Interstate's Related Persons, or against the property or assets of any of the foregoing;

(iii)   creating, perfecting, or enforcing, or seeking to accomplish any of the preceding, any lien of any kind against any Interstate Released Parties, any of Interstate's Related Persons, or against the property or assets of any of the foregoing;

(iv)    asserting, implementing, or effectuating any such Claim of any kind against: (A) any obligation due to any of the Interstate Released Parties or Interstate's Related Persons, (B) any of the Interstate Released Parties or Interstate's Related Persons, or (C) the property or assets of any of Interstate Released Parties or Interstate's Related Persons;

(v)     taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of this Order; and

(vi)    asserting or accomplishing any setoff, right of indemnity, subrogation, contribution, or recoupment of any kind against an obligation due to any Interstate Released Parties, any of Interstate's Related Persons, or against the property or assets of any of the foregoing.

The actions described in this Paragraph 19 are "**Enjoined Actions**," and the injunction set forth herein is the "**Settling Insurer Injunction**." The Settling Insurer Injunction shall be a permanent injunction against the Enjoined Actions and may not be modified, dissolved, or terminated.

20.     Notwithstanding anything to the contrary in the foregoing, the Settling Insurer Injunction does not apply the ISO Exception (as and to the extent provided in the Agreement).

21.     The Settling Insurer Injunction shall be effective upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount to the Trust pursuant to the terms of the Agreement. The Settling Insurer Injunction bars pursuit of the above referenced Claims and/or Interests against the Interstate Released Parties, Interstate's Related Persons, or the property or assets of each (including, without limitation, the Purchased Property), but against no other person or thing. In a successful action to enforce this Settling Insurer Injunction in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

22.     The Settling Insurer Injunction shall not enjoin (a) the right of any Person or Entity against the Trust or a Non-Settling Insurer, or (b) the Trustee from enforcing the Trust Documents.

### Reservation

23.     Nothing in this Order shall serve as a release of any claim or cause of action against Fireman's Fund Insurance Company, National Surety Corporation, Interstate Fire & Casualty Company, Allianz Resolution Management, Insurance Services Office, or any of their respective Related Persons regarding disclosure of any information from any "Sexual Abuse Proof of Claim Form" (as defined in the Bar Date Order). All parties' rights regarding such claims are reserved.

### Additional Provisions

24.     From and after the date hereof, no Person or Entity shall take or cause to be taken any action that would adversely affect or interfere with the transfer of the Purchased Property to Interstate in accordance with the terms of the Agreements and this Order.

25.     This Court hereby retains jurisdiction, regardless of whether a Chapter 11 plan has been confirmed in the Bankruptcy Case and consummated and irrespective of the provisions of any such plan or order confirming such plan, to enforce and implement the terms and provisions of the Agreement, all amendments thereto, any waivers and consents thereunder, and of any agreement(s) executed in connection therewith in all respects, including but not limited to retaining jurisdiction to: (a) compel delivery of the Purchased Property to Interstate in accordance with the terms of the Agreement; (b) resolve any dispute, controversy, or claim arising under or related to the Agreement, or the breach thereof; and (c) interpret, implement, and enforce the provisions of this Order and resolve any disputes related thereto.

26.     Nothing contained in any plan confirmed in the Bankruptcy Case or any order of this Court confirming such plan shall conflict with or derogate from the provisions of the Agreement or the terms of this Order.

27.     This Order shall not limit or preclude the entry or effectiveness of any additional releases or injunctions that may be granted protecting the Interstate Released Parties and/or Interstate's Related Persons in connection with, or as part of, any order confirming a Chapter 11 plan.

28.     The transactions contemplated by the Agreement are undertaken by Interstate in good faith, as that term is used in Section 363(m) of the Bankruptcy Code.  Interstate is a good faith purchaser of the Purchased Property and is entitled to all the protections afforded by Section 363(m) of the Bankruptcy Code.  Accordingly, any reversal or modification on appeal of the authorization provided herein to consummate the Sale Transaction shall not affect the validity of the Sale Transaction to Interstate.

29.     Interstate has given substantial consideration under the Agreement for the benefit of the Diocese, its estate, and creditors, along with the other Diocese Parties and Covered Parties. Such consideration given by Interstate constitutes valid and valuable consideration for the Purchased Property and the releases set forth in the Agreement, including, without limitation, the extinguishment and release of all Interests pursuant to this Order.  The consideration provided by Interstate for the Purchased Property under the Agreement is fair and reasonable; accordingly, the purchase may not be avoided under Section 363(n) of the Bankruptcy Code.

30.     The terms and provisions of the Agreement and this Order shall be binding notwithstanding any subsequent appointment of any Trustee(s) examiner(s) or receiver(s) under any Chapter of the Bankruptcy Code or any other law, and all such provisions and terms shall likewise be binding on such Trustee(s), examiner(s), or receiver(s) and shall not be subject to rejection or avoidance by the Diocese, its estate, its creditors, or any examiner(s) or receiver(s).

31.     The failure specifically to include any particular provision of the Agreement in this Order shall not diminish or impair the effectiveness of such provision, it being the intent of this Court that the Agreement and the Parties' performance thereof be authorized and approved in its entirety.

32.     Pursuant to the provisions of the Agreement, each of the Diocese Parties and Interstate shall be authorized to take, or cause to be taken, all appropriate action to do, or cause to be done, all things necessary, proper, or advisable under applicable law or otherwise to consummate and make effective the transactions contemplated by the Agreement.

33.     All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

34.     All obligations of the Diocese under the Agreement shall be deemed administrative expenses of the estate under Sections 503(b) and 507(a)(1) of the Bankruptcy Code.

35.     Each and every federal, state, and local governmental agency or department is hereby directed to accept this Order in lieu of any document necessary to consummate the transactions contemplated by the Agreement and this Order.

36.     The Agreement and any related agreements, documents, or other instruments may be modified, amended, or supplemented by the Parties, in a writing signed by the applicable

Parties, and in accordance with the terms thereof, without further order of this Court; *provided* that such modification, amendment, or supplement does not constitute a material change to the relief sought in the Motion and approved by this Order.

# # #

## <u>EXHIBIT B-1</u>
### Form of Channeling Injunction

       IN CONSIDERATION OF THE UNDERTAKINGS OF THE PROTECTED PARTIES HEREIN, THEIR CONTRIBUTIONS TO THE TRUST, AND OTHER CONSIDERATION GIVEN, AND, WHERE APPLICABLE, PURSUANT TO THEIR RESPECTIVE SETTLEMENTS WITH THE DIOCESE AND TO FURTHER PRESERVE AND PROMOTE THE AGREEMENTS BETWEEN AND AMONG THE PROTECTED PARTIES, AND TO SUPPLEMENT WHERE NECESSARY THE INJUNCTIVE EFFECT OF THE DISCHARGE AS PROVIDED IN SECTIONS 524 AND 1141 OF THE BANKRUPTCY CODE, AND PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE:

1. ANY AND ALL CHANNELED CLAIMS ARE CHANNELED INTO THE TRUST AND SHALL BE TREATED, ADMINISTERED, DETERMINED, AND RESOLVED UNDER THE PROCEDURES AND PROTOCOLS AND IN THE AMOUNTS ESTABLISHED UNDER THE PLAN, THE ALLOCATION PROTOCOL, AND THE TRUST AGREEMENT AS THE SOLE AND EXCLUSIVE REMEDY FOR ALL HOLDERS OF CHANNELED CLAIMS.

2. ALL PERSONS WHO HAVE HELD OR ASSERTED, HOLD OR ASSERT, OR MAY IN THE FUTURE HOLD OR ASSERT, ANY CHANNELED CLAIMS, ARE HEREBY PERMANENTLY STAYED, ENJOINED, BARRED, AND RESTRAINED FROM TAKING ANY ACTION, DIRECTLY OR INDIRECTLY, FOR THE PURPOSES OF ASSERTING, ENFORCING OR ATTEMPTING TO ASSERT OR ENFORCE ANY CHANNELED CLAIMS AGAINST THE PROTECTED PARTIES, INCLUDING:

       (I)    COMMENCING OR CONTINUING IN ANY MANNER ANY ACTION OR OTHER PROCEEDING OF ANY KIND WITH RESPECT TO ANY CHANNELED CLAIM AGAINST ANY OF THE PROTECTED PARTIES OR AGAINST THE PROPERTY OF ANY OF THE PROTECTED PARTIES;

       (II)    ENFORCING, ATTACHING, COLLECTING, OR RECOVERING, OR SEEKING TO ACCOMPLISH ANY OF THE PRECEDING, BY ANY MANNER OR MEANS, ANY JUDGMENT, AWARD, DECREE, OR ORDER WITH RESPECT TO ANY CHANNELED CLAIM AGAINST ANY OF THE PROTECTED PARTIES OR THE PROPERTY OF ANY OF THE PROTECTED PARTIES;

       (III)    CREATING, PERFECTING, OR ENFORCING, OR SEEKING TO ACCOMPLISH ANY OF THE PRECEDING, ANY LIEN OF ANY KIND RELATING TO ANY CHANNELED CLAIM AGAINST ANY OF THE PROTECTED PARTIES, OR THE PROPERTY OF THE PROTECTED PARTIES;

**(IV)   ASSERTING, IMPLEMENTING, OR EFFECTUATING ANY CHANNELED CLAIM OF ANY KIND AGAINST:**

**(A)   ANY OBLIGATION DUE ANY OF THE PROTECTED PARTIES;**

**(B)   ANY OF THE PROTECTED PARTIES; OR**

**(C)   THE PROPERTY OF ANY OF THE PROTECTED PARTIES.**

**(V)   TAKING ANY ACT, IN ANY MANNER, IN ANY PLACE WHATSOEVER, THAT DOES NOT CONFORM TO, OR COMPLY WITH, THE PROVISIONS OF THE PLAN; AND**

**(VI)   ASSERTING OR ACCOMPLISHING ANY SETOFF, RIGHT OF INDEMNITY, SUBROGATION, CONTRIBUTION, OR RECOUPMENT OF ANY KIND AGAINST AN OBLIGATION DUE TO ANY OF THE PROTECTED PARTIES, OR THE PROPERTY OF ANY OF THE PROTECTED PARTIES.**

**NOTWITHSTANDING ANYTHING TO THE CONTRARY IN SECTION 12 OF THE PLAN OR ELSEWHERE IN THE PLAN, LITIGATION CLAIMANTS AND THE TRUST SHALL BE PERMITTED TO NAME THE DIOCESE AND ANY PARTICIPATING PARTY IN ANY PROCEEDING TO RESOLVE WHETHER THE DIOCESE OR SUCH PARTICIPATING PARTY HAS LIABILITY FOR A LITIGATION CLAIM, AND THE AMOUNT OF ANY SUCH LIABILITY, FOR THE PURPOSE OF OBTAINING INSURANCE COVERAGE FROM NON-SETTLING INSURERS UNDER THE NON-SETTLING INSURER POLICIES, AND FOR THE PURPOSE OF PURSUING ANY AND ALL INSURANCE CLAIMS AGAINST THE NON-SETTLING INSURERS. ANY SUCH JUDGMENTS OR AWARDS WILL BE TURNED OVER TO THE TRUST FOR DISTRIBUTION IN ACCORDANCE WITH SECTION 4.6 OF THE PLAN. FOR THE AVOIDANCE OF DOUBT, RECOURSE WITH RESPECT TO ANY AND ALL LITIGATION CLAIMS IS EXPRESSLY LIMITED TO THE PROCEEDS OF NON-SETTLING INSURER POLICIES AND ALL OTHER COSTS AND/OR DAMAGES THAT MAY BE RECOVERABLE AGAINST ANY NON-SETTLING INSURERS, AS AND TO THE EXTENT PERMITTED BY THE PLAN.**

**THE CHANNELING INJUNCTION IS AN INTEGRAL PART OF THE PLAN AND IS ESSENTIAL TO THE PLAN'S CONSUMMATION AND IMPLEMENTATION. IT IS INTENDED THAT THE CHANNELING OF THE CHANNELED CLAIMS AS PROVIDED IN SECTION 12.3 OF THE PLAN SHALL INURE TO THE BENEFIT OF THE PROTECTED PARTIES.   IN A SUCCESSFUL ACTION TO ENFORCE THE INJUNCTIVE PROVISIONS OF SECTION 12.3 OF THE PLAN IN RESPONSE TO A WILLFUL VIOLATION THEREOF, THE MOVING PARTY MAY SEEK AN AWARD OF COSTS (INCLUDING REASONABLE ATTORNEYS' FEES) AGAINST THE NON-MOVING PARTY, AND SUCH OTHER LEGAL OR EQUITABLE REMEDIES AS ARE JUST AND PROPER, AFTER NOTICE AND A HEARING.**

## <u>EXHIBIT B-2</u>
### Form of Gatekeeper Injunction

   To the extent permitted by law, and subject in all respects to Section 12 of the Plan, no Enjoined Party may commence or pursue against any Protected Party (a) an Abuse Claim or (b) any other Claim or cause of action that arose, arises from, or is related to an Abuse Claim, the Chapter 11 Case, the negotiation of the Plan, the administration of the Plan or property to be distributed under the Plan, the wind-down or reorganization of the business of the Diocese, the administration of the Trust, or the transactions in furtherance of the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or cause of action represents a colorable Claim against a Protected Party and (ii) subject in all respects to the Channeling Injunction and Settling Insurer Injunction, specifically authorizing such Enjoined Party to bring such Claim or cause of action against any such Protected Party.  The Bankruptcy Court will have jurisdiction to determine whether a Claim or cause of action is colorable and, to the extent legally permissible and as provided for in Section 14 of the Plan, have jurisdiction to adjudicate the underlying colorable Claim or cause of action.

   For the avoidance of doubt, the Gatekeeper Injunction in this Section of the Plan does not apply to Claims commenced for the purpose of seeking recovery from Non-Settling Insurers.

## EXHIBIT C
### Sexual Abuse Exclusion

It is agreed that this policy does not apply to claims arising out of the sexual or physical abuse or molestation of any person by the insured, any employee of the insured or any volunteer worker.

The company shall not have any duty to defend any suit against the insured seeking damages on account of such injury.

## EXHIBIT D
**Time-Bar Exclusion**

No suit to recover on account of loss under this insurance shall be brought unless commenced within two years from the date when the occurrence giving rise to the loss began; regardless of the insured's knowledge of such occurrence.

**<u>Exhibit 2</u>**

Redline

## SETTLEMENT AGREEMENT, RELEASE, AND POLICY BUYBACK

This Settlement Agreement, Release, and Policy Buyback ("**Settlement Agreement**") is hereby made by, and between, and among The Roman Catholic Diocese of Syracuse, New York (the "**Diocese**" as further defined in Section 1.1.29 below), the other Diocese Parties (as defined in Section 1.1.30 below), and Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company (collectively, "**Interstate**").  Interstate, the Diocese, and the other Diocese Parties collectively are the "**Parties**" and each a "**Party**" to this Settlement Agreement.

### RECITALS:

WHEREAS, on June 19, 2020 (the "**Petition Date**"), the Diocese filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of New York (the "**Bankruptcy Court**") pending under Case No. 20-30663 (the "**Bankruptcy Case**");

WHEREAS, certain Persons (as defined in Section 1.1.57 below) have asserted or may hold Claims, including Abuse Claims, against the Diocese Parties (all as defined below);

WHEREAS, Interstate issued, allegedly issued, or may have issued the Diocese Policies (as defined in Section 1.1.31 below) providing certain coverage to the Diocese Parties;

WHEREAS, asserted disputes between the Diocese and Interstate have arisen, and assertable disputes between the Diocese Parties and Interstate may arise in the future, concerning the scope and nature of Interstate's responsibilities, if any, to provide coverage to the Diocese Parties for Abuse Claims under the Diocese Policies (the "**Coverage Claims**");

WHEREAS, on January 15, 2021, the Diocese filed Adversary Proceeding No. 21-50002 (the "**Adversary Proceeding**") against Interstate and certain of the other Settling Insurers, seeking (among other things) declaratory judgment regarding Interstate's obligations under the Diocese Policies;

WHEREAS, the Diocese Parties and Interstate, without any admission of liability or concession of the validity of the positions or arguments advanced by each other, now wish to compromise and resolve fully and finally any and all Coverage Claims and all other disputes between and among them and to release Interstate from any further obligations under the Diocese Policies (excluding from such release the ISO Exception, as and to the extent set forth herein);

WHEREAS, through this Settlement Agreement, the Diocese Parties intend to provide the Interstate Released Parties (each as defined below) with the broadest possible release of all Claims with respect to the Diocese Policies; and

WHEREAS, through this Settlement Agreement, as part of the compromise and resolution of the Coverage Claims, the Diocese Parties and Interstate also wish to effect a sale, pursuant to § 363(b), (f), and (m) of the Bankruptcy Code of the Diocese Policies issued or allegedly issued by Interstate, along with the Extra-Contractual Claims (as defined below) of the Diocese Parties, to provide the Interstate Released Parties with the broadest possible release and

buyback with respect to the Diocese Policies, resulting in the Interstate Released Parties having no obligations now or in the future to the Diocese Parties, or any of their creditors with respect to the Diocese Policies.

NOW, THEREFORE, in consideration of the foregoing recitals and of the mutual covenants contained in this Settlement Agreement, the sufficiency of which is hereby acknowledged, and intending to be legally bound subject to the approval of the Bankruptcy Court pursuant to Section 2 below, the Parties hereby agree as follows:

## 1.    DEFINITIONS

1.1    As used in this Settlement Agreement (as defined above), the following terms shall have the meanings set forth below.

1.1.1    "**Abuse**" means any actual or alleged:

a.    sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, hebephilia, ephebophilia, lascivious behavior, undue familiarity, or sexually-related physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, any other sexual misconduct, or any conduct constituting a sexual offense, incest, or use of a child in a sexual performance (as such terms are defined in the New York Penal Law); or

b.    non-sexual assault, battery, corporal punishment and other non-sexual acts of physical, psychological, mental or emotional abuse, humiliation or intimidation (including physical abuse or bullying without regard to whether such physical abuse or bullying is of a sexual nature), and all other non-sexual tortious behavior of any type whatsoever.

For the avoidance of doubt, "Abuse" also includes (a) any conduct which would constitute (i) a sexual offense as defined in article one hundred thirty of the New York Penal Law, (ii) incest as defined in section 255.27, 255.26 or 255.25 of the New York Penal Law, or (iii) the use of a child in a sexual performance as defined in section 263.05 of the New York Penal Law, or a predecessor statute that prohibited such conduct at the time of the act, or (iv) any offense included in 18 U.S.C. §§ 2251, 2251A, 2252, 2252A, and 2260; and (b) sexually-related injuries, including those stemming from the use of photography, video, or digital media.

1.1.2    "**Abuse Claim**" means any Claim that has been or could be asserted against the Diocese or any Participating Party that is attributable to, arises from, is based upon, or results from, in whole or in part, directly, indirectly, or derivatively, Abuse that occurred prior to the Petition Date, including any such Claim that seeks monetary damages or any other relief under any theory of liability, law, or equity whatsoever, including contribution, indemnity, vicarious liability, *respondeat superior*, conspiracy, fraud (including fraud in the inducement), any negligence-based or employment-based theory (including negligent hiring, supervision, retention, or misrepresentation), any other theory based upon misrepresentation, concealment, or unfair practice, public or private

2

nuisance, or any other theory (including any theory based upon public policy) or any act or failure to act by the Diocese or any Participating Party, or any other Entity for whose acts or failures to act the Diocese or any Participating Party is or was alleged to be responsible.

For the avoidance of doubt, "Abuse Claim" includes (a) all Unknown Abuse Claims, Late-Filed Abuse Claims, Child Abuse Claims (or any other Claim or cause of action described in the CVA) and Adult Abuse Claims (or any other Claim or cause of action described in the ASA) against the Diocese or any Participating Party and (b) any Claim against the Diocese or any Participating Party that is attributable to, arises from, is based upon, relates to, or results from Abuse that, as of the Petition Date is barred by any applicable statute of limitations, and in each case, irrespective of whether (x) such Claims also involve the conduct of Joint Tortfeasors, (y) such Claims arise under, or were revived pursuant to, the CVA, ASA, GMVA, or any future reviver law, statute, or binding precedential decision passed or issued on or after the Bankruptcy Plan Effective Date, or (z) a proof of claim has been Filed or an Abuse Action has been commenced with respect to such Claim.

1.1.3   "**Abuse Claimant**" means the holder of an Abuse Claim, the estate of a deceased individual who held an Abuse Claim, the personal executor or personal representative of the estate of a deceased individual who held an Abuse Claim, or the assignee of any of the foregoing, as the case may be.  For the avoidance of doubt, the holder of an Unknown Abuse Claim and/or Late-Filed Abuse Claim is an Abuse Claimant.

1.1.4    "**Abuse Action**" means a lawsuit asserting an Abuse Claim against the Diocese or any Participating Party.

1.1.5    "**Adult Abuse Claim**" means a Claim alleging Abuse perpetrated at a time when the Abuse Claimant was eighteen (18) years of age or older.

1.1.6   "**Adversary Proceeding**" has the meaning set forth in the Recitals.

1.1.7   "**Approval Motion**" means the motion filed in the Bankruptcy Court seeking approval of this Settlement Agreement as described in Section 2 of this Settlement Agreement.

1.1.8   "**Approval Order**" or "**Sale Order**" means the order granting the Approval Motion described in Section 2 of this Settlement Agreement and providing the relief described in Section 2 of this Settlement Agreement.

1.1.9   "**ASA**" means the New York Adult Survivors Act, which was codified in the New York Civil Practice Law & Rules §214-j.  The Adult Survivors Act created a one-year window from November 24, 2022 to November 23, 2023 for the revival of previously time-barred civil claims concerning Abuse that occurred after the claimant reached eighteen (18) years of age.

1.1.10  "**Banking Day**" means any day on which banks in both New York City, New York (USA) and Munich, Germany, are open to the public for banking functions.

1.1.11  "**Bankruptcy Case**" has the meaning set forth in the Recitals.

3

1.1.12  "**Bankruptcy Court**" has the meaning set forth in the Recitals; *provided, however,* that to the extent the reference under N.D.N.Y. L.R. 81.1 is withdrawn with respect to any proceeding arising from or related to the Bankruptcy Case or the Adversary Proceeding, the term "Bankruptcy Court" shall also include the District Court (as defined below).

1.1.13  "**Bankruptcy Plan**" or "**Plan**" refers to the First Modified Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York (and all exhibits thereto) Docket No. [_____] and any and all modifications or amendments thereto that are acceptable to Interstate, as approved and confirmed by Final Order of the Bankruptcy Court; it being understood that the proposed First Modified Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York, which is at Docket No. 2924-1, is acceptable to Interstate.

1.1.14  "**Bankruptcy Plan Effective Date**" means the date upon which a Bankruptcy Plan approved by the Bankruptcy Court that contains terms and conditions consistent with those required by this Settlement Agreement becomes effective.

1.1.15  "**Barred Claim**" means a Channeled Claim (specifically including, but not limited to, all Abuse Claims, Medicare Claims, and Extra-Contractual Claims), Non-Participating Abuse Claim, Coverage Claim, Tort Action, Unknown Abuse Claim, Related Insurance Claim, Insurer Contribution Claim, Inbound Contribution Claim, Direct Action Claim, and every other Claim that (a) is under, arises out of, relates (directly or indirectly) to, or connects in any way with an Abuse Claim or any of the Diocese Policies or (b) is otherwise released herein.  For the avoidance of doubt, "Barred Claim" includes all Claims exempted from the injunctions (including the Channeling Injunction) set forth in the Plan.  For the further avoidance of doubt, ISO Exception claims are not Barred Claims.

1.1.16  "**Cancellation Endorsement**" means the following wording, with which the Diocese Policies shall be endorsed:

CANCELLATION ENDORSEMENT

Contemporaneous with Interstate's buyback of the Diocese Policies, as set forth in the Settlement Agreement, Release, and Policy Buyback made by, between, and among The Diocese of Syracuse, the other Diocese Parties, and Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company, all Coverages provided for under this Policy are hereby cancelled and terminated.

1.1.17  "**Channeled Claim**" means any Abuse Claim, Inbound Contribution Claim, Medicare Claim, Extra-Contractual Claim, or any other Claim against the Diocese or any Protected Party arising from or related in any way to an Abuse Claim or any of the Settling Insurer Policies, whenever and wherever arising or asserted, whether sounding in tort, contract, warranty, or any other theory of law, equity, or admiralty, including without limitation all Claims by way of direct action, subrogation, contribution, indemnity, alter ego, statutory or regulatory action, or otherwise, Claims for exemplary or punitive damages, for attorneys' fees and other expenses, or for any equitable remedy; *provided, however*, that "Channeled Claims" shall not include: (a) a Claim against an individual

who perpetrated an act of Abuse; (b) a Claim against any religious order, diocese (other than the Diocese), or archdiocese, unless such Entity is identified as a Participating Party on Schedule 1; (c) a Claim against Ace Property and Casualty Insurance Company, Insurance Company of North America, Westchester Fire Insurance Company, or Colonial Penn Insurance Company; or (d) a Claim exempted from the injunctions set forth in Sections 12.2.1 and 12.3 of the Plan pursuant to Sections 12.2.2.a and 12.2.2.b of the Plan; *provided further*, if any Claim identified in the foregoing proviso also asserts liability against a Protected Party, then such Claim shall be a Channeled Claim as to the Protected Party.  For the avoidance of doubt (y) a Channeled Claim includes any Claim against a Protected Party based on allegations that it is an alter ego of a Person that is not a Protected Party or that the Protected Party's corporate veil should be pierced on account of Claims against a Person that is not a Protected Party or based on any other theory under which the legal separateness of any Person and any other Person may be disregarded to impose liability for a claim on either such Person, and (z) a Claim asserted against a Non-Settling Insurer shall not be a Channeled Claim except as otherwise set forth in the Plan. For the further avoidance of doubt, ISO Exception claims are not Channeled Claims.

  1.1.18  "**Channeling Injunction**" has the meaning set forth in Section 2.2.2.

  1.1.19  "**Child Abuse Claim**" means a Claim alleging Abuse which occurred at a time when the Abuse Claimant was less than eighteen 18 years of age.

  1.1.20  "**Claim**" means a "claim" as that term is defined in section 101(5) of the Bankruptcy Code and includes, without limitation: any claim, Action, assertion of right, complaint, cross-complaint, counterclaim, liabilities, obligations, rights, request, allegation, mediation, litigation, direct action, administrative proceeding, cause of action, Lien, encumbrances, indemnity, equitable indemnity, right of subrogation, equitable subrogation, defense, injunctive relief, controversy, contribution, exoneration, covenant, agreement, promise, act, omission, trespass, variance damages, judgment, compensation, set-off, reimbursement, restitution, cost, expense, loss, exposure, execution, attorney's fee, obligation, order, affirmative defense, writ, demand, inquiry, request, directive, obligation, proof of claim in a bankruptcy proceeding or submitted to a trust established pursuant to the Bankruptcy Code, government claim or Action, settlement, and/or liability whatsoever, whether past, present or (to the extent it arises prior to the Effective Date) future, known or unknown, asserted or  unasserted, foreseen or unforeseen, fixed or contingent, matured or unmatured, liquidated or unliquidated, direct, indirect or otherwise consequential, whether in law, equity, admiralty, under the Bankruptcy Code, or otherwise, whether currently known or unknown, whether compromised, settled or reduced to a consent judgment, that may exist now or hereinafter for property damages, compensatory damages (such as loss of consortium, wrongful death, survivorship, proximate, consequential, general and special damages), punitive damages, bodily injury, personal injury, public and private claims, or any other right to relief whether sounding in tort, contract, extracontractual or bad faith, statute, strict liability, equity, nuisance, trespass, statutory violation, wrongful entry or eviction or other eviction or other invasion of the right of private occupancy, and any amounts paid in respect of any judgment, decree, settlement, contract, or otherwise.

  1.1.21  "**Claims Bar Date**" means April 15, 2021, at 11:59 p.m. (Eastern time), the deadline by which proofs of claim forms for prepetition Claims, including Abuse

Claims, were required to be Filed against the Diocese pursuant to the Bankruptcy Court's Order entered on November 6, 2020 [Docket No. 214].

1.1.22  "**Committee**" means the Official Committee of Unsecured Creditors appointed in the Chapter 11 Case by the United States Trustee pursuant to section 1102 of the Bankruptcy Code, as constituted from time to time, but does not mean the members of the Committee in their individual capacities.

1.1.23  "**Conditional Payment**" means any payment made to an Abuse Claimant under the MMSEA, including any payment by a Medicare Advantage Organization (as defined in the MSPA).

1.1.24  "**Consenting Abuse Claim**" means an Abuse Claim held by a Consenting Abuse Claimant.

1.1.25  "**Consenting Abuse Claimant**" means any holder of an Abuse Claim who has consented to having their Claim(s) against the Protected Parties released and enjoined under the Channeling Injunction as set forth in the Plan.

1.1.26  "**Coverage Claims**" has the meaning set forth in the Recitals and further includes any Claim under or relating to the Diocese Policies or the rights and obligations thereunder, or the breach thereof, including any Claim seeking insurance coverage.

1.1.27  "**Covered Party**" means, collectively, the following Persons: (a) the Diocese; (b) the Participating Parties; (c) any other Person that is a "Named Assured" or "named insured" under the Diocese Policies and all other Persons that may claim to be an "Assured," an "Additional Assured," an "insured," an "additional insured," or otherwise entitled to insurance coverage under the Diocese Policies, including any Other Catholic Organization; and (d) with respect to each of the foregoing Persons in clauses (a) through (c), such Persons' predecessors, successors, assigns, subsidiaries, affiliates, current and former officers, directors, principals, equity holders, trustees, members, partners, managers, officials, advisory board members, advisory committee members, employees, agents, volunteers, attorneys, financial advisors, accountants, investment bankers, consultants, representatives, and other professionals, and such Persons' respective heirs, executors, estates, and nominees.

1.1.28  "**CVA**" means New York Child Victim's Act, which was codified in the New York Civil Practice Law & Rules §214-g.  The CVA created a one-year window from August 14, 2019 to August 13, 2020 for the revival of previously time-barred civil claims related to childhood sexual abuse, which was subsequently extended to August 13, 2021.

1.1.29  "**Diocese**" means The Roman Catholic Diocese of Syracuse, New York, which is the diocesan corporation formed pursuant to N.Y. Religious Corporation Law § 90, and its bankruptcy estate pursuant to section 541 of the Bankruptcy Code, together with the public juridic person of The Roman Catholic Diocese of Syracuse, New York as now constituted or as it may have been constituted, and their respective predecessors, successors, and assigns.

1.1.30  "**Diocese Parties**" means, collectively, (a) the Diocese; (b) Participating Parties; (c) any (i) Other Catholic Organization and (ii) other Person covered or alleged to be covered under the Diocese Policies, in each of clause (i) and (ii), with respect to which the Diocese has authority to release Claims by a Final Order pursuant to sections 105(a) or 363(f) of the Bankruptcy Code or confirming a chapter 11 plan; and (d) each of their respective Related Persons, including without limitation the past, present, and future

holding companies, merged companies, related companies, divisions, and acquired companies of the foregoing Persons.

1.1.31 "**Diocese Policies**" means any and all known and unknown contracts, binders, certificates, or policies of insurance, in effect on or before the Settlement Agreement Effective Date, that were issued, allegedly issued, or may have been issued by Interstate or any of its predecessors or affiliates to or for the benefit of, or that otherwise actually, allegedly, or potentially insure one or more of the Diocese Parties.   The "Diocese Policies" include, but are not limited to, those policies set forth on **Schedule 4** hereto.

1.1.32 "**Direct Action Claim**" means any Claim by any Entity against Interstate that is similar or identical to any Abuse Claim, in that it seeks to recover from Interstate damages based on actual or alleged Abuse by the Diocese or a Participating Party, whether arising by contract, in tort or under the laws of any jurisdiction, including any statute that gives a third party a direct cause of action against an insurer.

1.1.33 "**District Court**" means the United States District Court for the Northern District of New York.

1.1.34 "**Entity**" has the meaning ascribed to such term in section 101(15) of the Bankruptcy Code.

1.1.35 "**Estate**" means the estate created in the Bankruptcy Case under sections 301 and 541 of the Bankruptcy Code upon the commencement of the Bankruptcy Case.

1.1.36 "**Estate Causes of Action**" means Claims, including Coverage Claims and Related Insurance Claims, owned, held, or capable of being asserted by or on behalf of the Diocese, its Estate, or any Person asserting currently or in the future by, under, through or on behalf of the Diocese or its Estate, and each of their respective successors or assigns, whether known or unknown, in law, at equity or otherwise, whenever and wherever arising under the laws of any jurisdiction, including actions that arise out of or are based on breach of contract, fraudulent conveyances and transfers, breach of fiduciary duty, breach of duty of loyalty or obedience, legal malpractice, recovery of attorneys' fees, turnover of property and avoidance or recovery actions of the Diocese or its Estate, and all other actions that constitute property of the Estate under section 541 of the Bankruptcy Code that are or may be pursued by a representative of the Estate, including pursuant to section 323 of the Bankruptcy Code, and actions, including avoidance actions, that may be commenced by a representative of the Estate under section 362 or chapter 5 of the Bankruptcy Code, seeking relief in the form of damages (actual and punitive), imposition of a constructive trust, turnover of property, restitution, and declaratory relief with respect thereto or otherwise. Without limiting the generality of the foregoing, Estate Causes of Action further include: (a) Claims that on or after the Petition Date may be exclusively asserted by or on behalf of the Diocese or its Estate under applicable law, or that prior to the Petition Date could have been asserted by the Diocese on its own behalf under applicable law; (b) Claims or theories for recovery or remedies that seek to impose liability for a Claim against the Diocese or any non-debtor based on a theory of liability that is not specific to one or more particular creditors and is generally common to creditors of the Diocese and can be asserted by the Diocese under applicable law; and (c) all other Claims that are property of the Estate under the Bankruptcy Code, including any other form of derivative or vicarious liability for liabilities of the Diocese.

1.1.37 "**Extra-Contractual Claim**" means any Claim against any Interstate Released Party seeking any type of relief, other than coverage or benefits, under or with respect to the Diocese Policies. Extra-Contractual Claims include Claims for compensatory, exemplary, or punitive damages, or attorneys' fees, interests, costs, or any other type of relief, alleging any of the following with respect to (a) any Diocese Policy; (b) any Claim allegedly or actually covered under a Diocese Policy; or (c) the conduct of any Interstate Released Party with respect to (a) or (b): (i) bad faith; (ii) failure to provide insurance coverage under any Diocese Policy, including any failure to investigate or to provide a defense or adequate defense; (iii) failure or refusal to compromise and settle any Claim insured under any Diocese Policy; (iv) failure to act in good faith; (v) violation or breach of any covenant or duty of good faith and fair dealing, whether express, implied, or otherwise; (vi) violation of any state insurance codes, state surplus lines statutes or similar codes or statutes; (vii) violation of any unfair claims practices act or similar statute, regulation or code, including any statute, regulation, or code relating to unlawful, unfair, or fraudulent competition, business, or trade practices, and/or untrue or misleading advertising; (viii) any type of misconduct; or (ix) any other act or omission of any type by any Interstate Released Party for which the claimant seeks relief other than coverage or benefits under a Diocese Policy. "Extra-Contractual Claims" further include all Claims relating to any Interstate Released Party's (x) handling of any Claims under the Diocese Policies, (y) conduct in negotiating this Settlement Agreement and/or the Plan, and (z) conduct in the settlement of any Claims. For the avoidance of doubt, Extra-Contractual Claims of the Diocese Parties are included within the property Interstate is purchasing hereunder. For the further avoidance of doubt, ISO Exception claims are not Extra-Contractual Claims.

1.1.38 "**Final Order**" means an order, judgment, or other decree (including any modification or amendment thereof) that remains in effect and has not been reversed, withdrawn, vacated, or stayed, and as to which the time to appeal or seek review, rehearing, or writ of certiorari has expired or, if such appeal, review, or petition for a writ has been taken, (a) it has been resolved and no longer remains pending, or (b) an appeal or review has been taken timely but such order has not been stayed and the Parties have mutually agreed in writing that the order from which such appeal or review is taken should be deemed to be a Final Order within the meaning of this Settlement Agreement.

1.1.39 "**GMVA**" means the Gender-Motivated Violence Act, New York City, N.Y. Code §10-1104; Int. 2372-2021.

1.1.40 "**Gatekeeper Injunction**" has the meaning set forth in Section 2.2.4.

1.1.41 "**Inbound Contribution Claim**" means any Claim against the Diocese or a Participating Party for contribution, indemnity, equitable indemnity, subrogation, or equitable subrogation, allocation or reallocation, or reimbursement, or any other indirect or derivative recovery, arising from or related to any Abuse Claim.

1.1.42 "**Insurer Contribution Claim**" means any Claim, most commonly expressed in terms of contribution, indemnity, equitable indemnity, subrogation, equitable subrogation, allocation, reallocation, reimbursement, or any other indirect or derivative recovery against a Settling Insurer, by an insurer (including any Non-Settling Insurer) for the payment of money, where such insurer contends that it has paid more than its equitable or proportionate share of a Claim against a Covered Party.

8

1.1.43  "**Interests**" means all Claims, "interests" as that term is used in 11 U.S.C. §363, and other rights of any nature, whether at law or in equity, including all interests or other rights under New York or any other applicable law.

1.1.44  "**Interstate Released Party**" means Interstate Fire & Casualty Company, National Surety Corporation, and Fireman's Fund Insurance Company and each of their past and present parents, subsidiaries, affiliates, and divisions solely in their respective capacities as such; each of the foregoing Persons' respective past and present parents, subsidiaries, affiliates, holding companies, merged companies, related companies, divisions, and acquired companies; each of the foregoing Persons' respective past and present directors, officers, shareholders, employees, partners, principals, agents, attorneys, joint ventures, joint venturers, representatives, and claims handling administrators solely in their respective capacities as such; and each of the foregoing Persons' respective predecessors, successors, assignors, and assigns, whether known or unknown, solely in their capacities as such, and all Persons acting on behalf of, by, through, or in concert with them.  "Interstate Released Party" further includes the reinsurers and retrocessionaries of Interstate, solely in their capacities as such, with respect to the Diocese Policies.

1.1.45  "**Joint Tortfeasor**" means any Person, other than the Diocese or a Participating Party, who is alleged to be a joint tortfeasor with the Diocese and/or any Participating Party in connection with the Abuse or alleged Abuse giving rise to an Abuse Claim.

1.1.46  "**Late-Filed Abuse Claim**" means an Abuse Claim for which the Abuse Claimant filed a proof of Claim after the Claims Bar Date and/or filed an Abuse Action after the CVA revival window closed.

1.1.47  "**Medicare Claims**" means any and all Claims relating to Abuse Claims by the Centers for Medicare & Medicaid Services of the United States Department of Health and Human Services and/or any other agent or successor Entity charged with responsibility for monitoring, assessing, or receiving reports made under MMSEA and pursuing Claims under MSPA, including Conditional Payments, Claims for reimbursement of payments made to Abuse Claimants who recover or receive any distribution from the Trust, and Claims relating to reporting obligations.

1.1.48  "**MMSEA**" means section 111 of the "Medicare, Medicaid, and SCHIP Extension Act of 2007 (P.L. 110-173)" which imposes reporting obligations on those Persons with payment obligations under the MSPA.

1.1.49  "**MSPA**" means 42 U.S.C. §1395y et seq., or any other similar statute or regulation, and any related rules, regulations, or guidance issued in connection therewith or amendments thereto, including the regulations promulgated thereunder, found at 42 C.F.R. §411.1 et seq.

1.1.50  "**Non-Participating Abuse Claim**" means an Abuse Claim held by a Non-Participating Abuse Claimant.

1.1.51  "**Non-Participating Abuse Claimant**" means the holder of an Abuse Claim who affirmatively withholds their consent to having their Claim(s) enjoined under the Channeling Injunction and/or released in the manner set forth in the Plan, and who has not, prior to entry of the Plan Confirmation Order, agreed in writing to provide such consent, to grant such releases, and to be treated as a Consenting Abuse Claimant for all purposes.

9

1.1.52  "**Non-Settling Insurer**" means any insurer that is not a Settling Insurer.

1.1.53  "**Other Catholic Organization**" means any Person (a) who is, or allegedly is, an insured or assured (as a named insured, additional insured, or otherwise) under any of the Diocese Policies and/or (b) who has actually or allegedly acquired or been assigned the right to make a claim for coverage under any of the Diocese Policies, excluding, however, the Diocese, any Parish or School, the Trust, or any Abuse Claimant.

1.1.54  "**Parishes**" means all past and present parishes of or in the Diocese, or under the authority of the Bishop of the Diocese, in their capacity as public juridic persons, including any current parish of or in any other diocese or archdiocese, or under the authority of another diocesan or archdiocesan bishop that was previously a parish of or in the Diocese, or under the authority of the Bishop of the Diocese, together with each corresponding parish corporation formed pursuant to N.Y. Religious Corporations Law § 90 and their respective predecessors, successors, or assigns.

1.1.55  "**Participating Party**" or "**Diocese Participating Party**" means all Parishes, all Schools, and all Other Catholic Organizations and other Persons listed on **Schedule 1** attached hereto.  Neither the Diocese nor any Settling Insurer is a "Participating Party."

1.1.56  "**Parties**" has the meaning set forth in the first paragraph of this Settlement Agreement.

1.1.57  "**Person**" means an individual, any corporation, corporation sole, partnership, association, limited liability company, joint stock company, proprietorship, unincorporated organization, joint venture, trust, estate, executor, legal representative, or any other entity or organization, as well as any federal, international, foreign, state, or local governmental or quasi-governmental entity, body, or political subdivision or any agency, department, board or instrumentality thereof, any other Entity, and any successor in interest, heir executor, administrator, trustee, trustee in bankruptcy, or receiver of any Entity and also has the meaning set forth in section 101(41) of the Bankruptcy Code.  For the avoidance of doubt, an Entity is a "Person", as is each of the Protected Parties.

1.1.58  "**Petition Date**" has the meaning set forth in the Recitals.

1.1.59  "**Plan Confirmation Order**" has the meaning set forth in Section 2.3 of this Settlement Agreement.

1.1.60  "**Protected Parties**" means Interstate, all other Settling Insurers, any Settling Insurer Covered Persons, and the Diocese Parties.  For the avoidance of doubt, the Interstate Released Parties and Interstate's Related Parties are Protected Parties.

1.1.61  "**Related Insurance Claim**" means:

a. all Claims, causes of action and enforceable rights against any Interstate Released Party or any of Interstate's Related Persons, whether sounding in contract, tort, or otherwise, including equity and bad faith, held by the Diocese, any Participating Party, or any Abuse Claimant (whether a Consenting Abuse Claimant or a Non-Participating Abuse Claimant) for any reason related to any Abuse Claim asserted or alleged against the Diocese or any Participating Party (whether a Consenting Abuse Claim or a Non-Participating Abuse Claim), including those for (i) indemnity and payment of any such Abuse Claim; (ii) any failure or refusal to provide insurance coverage for any such Abuse Claim under any Diocese Policy; (iii) any tortious or wrongful claims handling including the failure or refusal to timely compromise and settle any such Abuse Claims against the Diocese or any Participating Party pursuant to any

10

Diocese Policy; (iv) to the extent not otherwise encompassed by section (iii) above, failure or refusal to reasonably settle such Abuse Claims; and (v) the interpretation or enforcement of the terms of any Diocese Policy as it pertains to any of the foregoing;

b. all Extra-Contractual Claims, against any Interstate Released Party or any of Interstate's Related Persons; and

c. all other Claims and causes of action against any Interstate Released Party or any of Interstate's Related Persons that are under, arise out of, relate (directly or indirectly) to, or connect in any way with the Diocese Policies (but excluding any ISO Exception claims).

1.1.62 "**Related Person**" means, with respect to any Person, such Persons' predecessors, successors, assigns, and present and former shareholders, members, affiliates, subsidiaries, employees, agents, brokers, adjusters, managing agents, claims agents, underwriting agents, administrators, officers, directors, trustees, partners, attorneys, financial advisors, accountants, and consultants, each in their capacities solely as such.

1.1.63 "**School**" means a past or present Catholic school owned by the Diocese or any Participating Party, including those identified as such on **Schedule 1** hereto.

1.1.64 "**Settlement Amount**" means the sum of Thirty-Five Million Dollars and Zero Cents ($35,000,000) to be paid by Interstate after satisfaction of all conditions precedent herein. The Settlement Amount shall be paid by wire transfer in immediately available US funds to the Trust established by the Plan.

1.1.65 "**Settlement Agreement Effective Date**" means the day following the date on which all of the following have occurred: (a) all Parties have executed this Settlement Agreement; (b) the Approval Order shall have become a Final Order; (c) the Plan Confirmation Order shall have become a Final Order; and (d) the Trust shall have been created pursuant to the Plan.

1.1.66 "**Settling Insurer**" means LMI, Catholic Mutual, Excelsior, TIG, The National Catholic Risk Retention Group, Utica Mutual, Nationwide, Hartford, Hanover (each as defined in the Plan), Interstate, and any other insurer that is party to an insurance settlement agreement with the consent of the Committee and the Diocese. A Settling Insurer's Related Persons and a Settling Insurer's Released Parties shall receive the benefits and protections afforded to a Settling Insurer under the Plan, and Interstate's Related Persons and Interstate's Released Parties shall receive the benefits and protections afforded to Interstate under this Agreement; *provided, however*, that if such Related Person is a Related Person by virtue of being a predecessor, successor, and assign of a Settling Insurer, such Related Person shall only receive the benefits and protections afforded to a Settling Insurer under the Plan (or, as applicable, afforded to Interstate under this Agreement) to the extent that: (a) such predecessor's liability was assumed by the Settling Insurer, and not independent of the liability of such Settling Insurer; and (b) such successor's or assign's liability is derivative of the liability of the Settling Insurer and not independent of the liability of the Settling Insurer.

1.1.67 "**Settling Insurer Policies**" means, collectively, (a) the Diocese Policies and (b) all other insurance policies (or coverage parts of those policies) that are canceled,

21612479.v521612479.v6

settled, or sold back to a Settling Insurer pursuant to one or more insurance settlement agreements with the Settling Insurers.

      1.1.68 "**Settling Insurer Covered Person**" means any Person that has or may have a Claim to insurance coverage under a Settling Insurer Policy.

      1.1.69 "**Sexual Abuse Exclusion**" means the insurance policy exclusion in substantially the form set forth in **Exhibit C** hereto.

      1.1.70 "**Supplemental Injunction**" or "**Settling Insurer Injunction**" has the meaning set forth in Section 2.2.3 of this Settlement Agreement.

      1.1.71 "**Time-Bar Exclusion**" means the insurance policy exclusion in substantially the form set forth in **Exhibit D** hereto.

      1.1.72 "**Tort Action**" means any lawsuit brought by any Abuse Claimant as plaintiff against any Person seeking judgment and/or damages relating in any way to alleged Abuse, including, without limitation, any Abuse Action.

      1.1.73 "**Tort Defendant**" means any Person who is named as a defendant in any Tort Action.

      1.1.74 "**Trust**" means any trust to be established pursuant to the Plan to which the Channeled Claims are channeled.

      1.1.75 "**Trust Documents**" means the agreement establishing the Trust and its exhibits and attachments, any trust distribution or claims resolution procedures or protocols, instruments, and other documents that are reasonably necessary or desirable in order to implement the provisions of the Plan that relate to the creation, administration, and funding of the Trust.

      1.1.76 "**Trustee**" means the individual appointed by the Bankruptcy Court to act as the initial trustee of the Trust pursuant to the terms of the Trust Documents, along with any successor trustee appointed in accordance with the Trust Documents.

      1.1.77 "**Unknown Abuse Claim**" means any Claim asserted against the Diocese and/or a Participating Party, or otherwise presented to the Trust based upon Abuse that occurred prior to the Petition Date and which is not (a) filed with the Bankruptcy Court by the Claims Bar Date, (b) a timely Abuse Action commenced on or before the Bankruptcy Plan Effective Date, or (c) otherwise deemed timely filed as of the Bankruptcy Plan Effective Date pursuant to the Plan or by order of the Bankruptcy Court. For the avoidance of doubt and notwithstanding anything to the contrary herein, "Unknown Abuse Claim" includes Abuse Claims that are revived pursuant to any law, statute, or binding precedential decision passed or issued on or after the Bankruptcy Plan Effective Date.

      1.1.78 "**Unknown Claims Representative**" means Michael R. Hogan, in his capacity as the "Unknown Claims Representative" (as defined and set forth in the *Order Approving Employment and Retention of Michael R. Hogan as Unknown Claims Representative* [Dkt. No. 2484]), or any duly appointed successor.

    1.1    Capitalized terms not defined in this Section 1 or elsewhere in this Settlement Agreement shall have the meanings given to them in the Bankruptcy Code or the Plan.

## 2.    THE BANKRUPTCY CASE AND PLAN OF REORGANIZATION

    2.1    On or before July 1, 2025, the Diocese shall file a motion in the Bankruptcy Court (the "**Approval Motion**") that seeks the entry of an order in substantially the form attached as **Exhibit A** to this Settlement Agreement, or otherwise in form and substance acceptable to

Interstate in its sole discretion (the "**Approval Order**"), that: (a) approves this Settlement Agreement, including Interstate's buyback of the Diocese Policies and the Extra-Contractual Claims of the Diocese Parties free and clear of all Interests, and otherwise authorizes the Parties to undertake the settlement and the transactions contemplated by this Settlement Agreement, in each case pursuant to sections 363(b), (f), and (m) of the Bankruptcy Code and any other applicable provisions of the Bankruptcy Code; (b) contains the Supplemental Injunction and, subject to and conditioned upon the Settlement Agreement Effective Date, bars all Barred Claims against the Interstate Released Parties, Interstate's Related Persons, and the property and assets of each; (c) provides that this Settlement Agreement is binding on the Diocese Parties, all other Diocese Parties, any Trust created in the Bankruptcy Case(s), and any successors of the foregoing; and (d) provides, subject to and conditioned upon the Settlement Agreement Effective Date, that the Approval Order is binding on all Persons (including, for the avoidance of doubt, all Persons set forth in the foregoing (c) and all other Diocese Parties).

2.1.1    The Diocese shall provide written notice of the Approval Motion, which notice shall be in form and substance acceptable to Interstate, to all of the following: (a) all Abuse Claimants known to, or reasonably ascertainable by, the Diocese Parties; (b) the Participating Parties (and, to the extent not captured by the foregoing, any Other Catholic Organizations); (c) the Committee; (d) the Unknown Claims Representative; (e) all other Persons that must be served with written notice under FED. R. BANKR. P. 2002, including all Persons who have filed notices of appearance in the Bankruptcy Case; (f) all Persons known or believed by the Diocese to have provided general or professional liability insurance to the Diocese Parties; (g) to the extent not captured in (f), all Non-Settling Insurers; and (h) CMS and all Persons set forth on **Schedule 2** and **Schedule 3** hereof.  The Diocese shall serve all Abuse Claimants identified above at the address shown on their proofs of claim or to their counsel of record or, if no proof of claim was filed, then at the address on the Diocese's schedules or other files and records of the Diocese or otherwise maintained by Stretto, the appointed claims and noticing agent.  The Diocese will provide a draft service list of the foregoing for Interstate's review and comment.

2.1.2    The Diocese shall publish notice of the Approval Motion (a) at least once in The New York Times, The Post-Standard, Democrat & Chronicle, The Observer Dispatch, The Binghamton Press and Sun Bulletin, Times Union, The Catholic Sun, North Country Catholic, and The Evangelist; and (b) otherwise in accordance with any order entered on the *Motion for Entry of an Order Approving the Form and Manner of Notice of the Diocese's Motion to Approve Proposed Insurance Settlements* [Dkt. No. 2927].

2.1.3    If any Person files an objection to the Approval Motion, the Diocese shall consult with Interstate in connection with filing any written response thereto.  The Diocese shall take commercially reasonable steps to defend against any objection, appeal, petition, motion, or other challenge to the Bankruptcy Court's entry of the Approval Order.  Interstate will cooperate with the Diocese, including making commercially reasonable submissions.

2.2    Any amendments or modification to the Bankruptcy Plan, including all exhibits, schedules, and related documents, shall be in all respects consistent with this Settlement Agreement and shall not deprive any Interstate Released Party of any right or benefit under this Settlement Agreement or otherwise adversely affect the Interests of any Interstate Released Party

under this Settlement Agreement without Interstate's written consent. Without limiting the foregoing, the Bankruptcy Plan shall at least provide the following:

2.2.1 The Plan shall create a Trust which shall be responsible for making any and all payments to the Abuse Claimants entitled to receive payment under the Plan and which shall assume all liability for Channeled Claims.

2.2.2 The Plan shall include an injunction in substantially the form attached as **Exhibit B-1** to this Settlement Agreement (the "**Channeling Injunction**"), with only such modifications as are acceptable to the Settling Insurers and the Diocese Parties, pursuant to sections 105 and 1123 of the Bankruptcy Code, barring and permanently enjoining all Persons who have held or asserted, or may in the future hold or assert, Claims from taking any action, directly or indirectly for purposes of asserting, enforcing, or attempting to assert or enforce against any Protected Party any Channeled Claim and channeling such Channeled Claims to the Trust as the sole and exclusive source of payment of any such Channeled Claims.

2.2.3 The Plan shall ratify an injunction in substantially the form included in Paragraph 19 of the attached **Exhibit A** to this Settlement Agreement (the "**Supplemental Injunction**") to this Settlement Agreement, with only such modifications as are acceptable to the Settling Insurers, pursuant to sections 105(a), 363(b), (f), and (m) of the Bankruptcy Code, barring and permanently enjoining all Persons or Entities who have held or asserted, or may in the future hold or assert, Claims from taking any action, directly or indirectly for purposes of asserting, enforcing, or attempting to enforce any Barred Claim against any Interstate Released Parties, any of Interstate's Related Persons, or the property or assets of each.

2.2.4 The Plan shall include an injunction in substantially the form attached as **Exhibit B-2** to this Settlement Agreement (the "**Gatekeeper Injunction**"), with only such modifications to the Gatekeeper Injunction as are acceptable to the Settling Insurers, pursuant to sections 105(a) and 1123 of the Bankruptcy Code, requiring all Persons that seek to assert against any Protected Party a Channeled Claim, Barred Claim, or any other Claim arising out of or relating to Abuse to move the Bankruptcy Court for (a) a determination that such Claim is colorable and (b) authorization to pursue such Claim.

2.2.5 The Plan shall incorporate by reference this Settlement Agreement, and the releases contained herein and shall make this Settlement Agreement part of the Plan as if set forth fully within the Plan.

2.2.6 The Plan and the Trust Documents shall provide that as a condition to receiving payment from the Trust, all Abuse Claimants shall provide a written release in favor of the Protected Parties from (a) all Channeled Claims and (b) with respect to the Interstate Released Parties, all Barred Claims, which release shall be in form and substance acceptable to the Settling Insurers and shall be effective as to the Interstate Released Parties upon the later to occur of (i) the date the such release is signed by an Abuse Claimant and (ii) the Settlement Agreement Effective Date. Once the Settlement Agreement Effective Date occurs, signed copies of such releases shall be provided to Interstate upon its request.

2.2.7 The Plan shall provide that the Trust shall defend, indemnify, and hold harmless the Interstate Released Parties and Interstate's Related Persons from all Channeled Claims and Barred Claims, subject to the limitations set forth in Section 7.2 of this Settlement Agreement.

2.2.8   The Plan shall provide that (collectively, as follows, the "**Controlling Document Provision**") in the event of a conflict between (a) the Settlement Agreement, on the one hand, and (b) the Plan, on the other, the terms of the Settlement Agreement shall control and govern; and in the event of a conflict between (y) the Approval Order, on the one hand, and (z) the Plan Confirmation Order, on the other, the terms of the Approval Order shall control and govern.

2.2.9   The Plan shall provide that, by no later than ten (10) days after occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, the Diocese or the Trust (as applicable) shall dismiss Interstate from the Adversary Proceeding with prejudice.

2.3   The Diocese shall seek and obtain entry of an order from the Bankruptcy Court, which order shall be in form and substance acceptable to the Settling Insurers, that: (a) approves the Plan pursuant to section 1129 of the Bankruptcy Code and any other applicable provision of the Bankruptcy Code; (b) contains the Channeling Injunction; (c) ratifies the Supplemental Injunction; (d) contains the Gatekeeper Injunction; (e) provides that this Settlement Agreement is binding on any Trust created in the Bankruptcy Case, the Diocese Parties, and any successors of the Trust or the Diocese; (f) provides all protections to the Interstate Released Parties against Channeled Claims and Barred Claims that are afforded to other Settling Insurers under the Plan; (g) contains the Controlling Document Provision; and (h) provides that the Bankruptcy Court shall (i) not grant relief from the automatic stay for any Claims that actually, allegedly, or potentially implicate any of the Settling Insurer Policies, and (ii) reinstate the automatic stay if the automatic stay had previously been lifted for any Claims that actually, allegedly, or potentially implicate any of the Settling Insurer Policies, unless and until the confirmation order is reversed, and such reversal becomes a Final Order (the "**Plan Confirmation Order**").

2.3.1   The Plan and the Plan Confirmation Order must be in all respects consistent with this Settlement Agreement and must not contain any provisions that diminish or impair the benefit of this Settlement Agreement to the Interstate Released Parties without Interstate's written consent.

2.3.2   In seeking to obtain the Plan Confirmation Order, the Diocese must: (a) seek a confirmation hearing on an appropriately timely basis; (b) urge the Bankruptcy Court to overrule any objections and confirm the Plan; and (c) take reasonable steps to defend against any objection, appeal, petition, motion, or other challenge to the Bankruptcy Court's entry of the Plan Confirmation Order.

2.3.3   Prior to entry of the Plan Confirmation Order, the Diocese shall oppose any motion to lift any stay pursuant to section 362 of the Bankruptcy Code as to any Abuse Claim that (a) is asserted against any Diocese Party and (b) implicates, or is reasonably likely to implicate, any Diocese Policies (including by alleging Abuse that took place during any policy period of any Diocese Policy).  If, prior to the Plan Confirmation Order becoming a Final Order, the Bankruptcy Court allows any Person to prosecute any such Abuse Claim, the Diocese Parties shall defend themselves against such Abuse Claims and comply with the terms of any order of the Bankruptcy Court, and Interstate's rights and obligations relating to such litigation shall be determined by, and subject to, the terms and conditions of the Diocese Policies, this Settlement Agreement, and any applicable orders of the Bankruptcy Court.

2.4     The Trust Documents shall require the Trust to register as a Responsible Reporting Entity under the reporting provisions of §111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (Pub. L. 110- 173) ("**MMSEA**").

2.5     The Trust Documents shall require the Trust, at its sole expense, to timely submit all reports that are required under MMSEA on account of any claims settled, resolved, paid, or otherwise liquidated and to follow all applicable guidance published by the Centers for Medicare & Medicaid Services of the United States Department of Health and Human Services and/or any other agent or successor entity charged with responsibility for monitoring, assessing, or receiving reports made under MMSEA (collectively, "**CMS**") to determine whether or not, and, if so, how, to report to CMS pursuant to MMSEA.

2.6     The Trust Documents shall require the Trust to obtain, prior to remittance of funds to claimants' counsel, or to the claimant, if pro se, in respect of any Abuse Claim, a certification from the claimant to be paid that said claimant (or said claimant's authorized representative) has or will provide for the payment and/or resolution of any obligations owing or potentially owing under 42 U.S.C. §1395y(b), or any related rules, regulations, or guidance, in connection with, or relating to, such Abuse Claim.

2.7     The Diocese Parties will undertake commercially reasonable actions to cooperate with Interstate in connection with responding to any inquiry from Interstate's regulators, auditors, reinsurers, or retrocessionaires.

2.8     From and after the execution date of this Settlement Agreement, unless otherwise terminated, the Diocese and Interstate shall cease all litigation activities (and shall not initiate any new litigation activity) against each other in the Bankruptcy Case, including that Interstate will not object to any proposed Plan consistent with this Settlement Agreement, nor serve or compel any discovery in connection with the Bankruptcy Case, the Adversary Proceeding, or any other potential adversary proceedings and contested matters; *provided that*: (y) neither the Diocese nor the Committee shall include any provision in any Plan that adversely affects the rights or benefits of the Interstate Released Parties or Interstate's Related Persons under this Settlement Agreement, or that otherwise violates, or is contrary to, the agreements and covenants contained in this Settlement Agreement without Interstate's written consent; and (z) neither the Diocese nor the Committee shall act, or fail to act, in such a way that otherwise violates, or is contrary to, the agreements and covenants contained in this Settlement Agreement, without Interstate's written consent, *provided, however*, that the Committee will not be required to object or otherwise respond to any pleading filed by or on behalf of an Abuse Claimant individually and without the involvement of the Committee. Notwithstanding the foregoing, the Interstate Released Parties (and Interstate's Related Persons) may participate in the Bankruptcy Case for the purpose of supporting or enforcing any of the terms of this Settlement Agreement and protecting their rights.

2.9     The Parties shall each bear, as to each other only, their own costs, expenses, and counsel and professional fees in the Bankruptcy Case.

2.10     The Parties covenant not to sue each other until the earlier of: (a) the occurrence of (i) the Settlement Agreement Effective Date and (ii) Interstate's remittance of the Settlement Payment, at which time this covenant is superseded by the releases provided in Section 4; and (b) the date on which this Settlement Agreement is terminated.

2.11    Upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, Interstate shall have no obligation to pay, handle, object, or otherwise respond to any Claim against the Diocese Parties; and the Diocese Parties (i) will withdraw, and shall be deemed to have withdrawn, all outstanding tenders of Claims to the Interstate Released Parties for defense and indemnity; (ii) will not tender any Claims to the Interstate Released Parties; and (iii) will not request that the Interstate Released Parties fund any judgments, settlements, or defense costs.

2.12    By no later than ten (10) days after occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, the Diocese or the Trust (as applicable) shall dismiss Interstate from the Adversary Proceeding with prejudice.

**3.    PAYMENT OF THE SETTLEMENT AMOUNTS**

3.1    By no later than thirty (30) days after the Settlement Agreement Effective Date, Interstate shall pay the Settlement Amount to the Trust; *provided, however*, if the 30th day following the Settlement Agreement Effective Date is not a Banking Day, then Interstate shall pay the Settlement Amount to the Trust on the next day that is a Banking Day.

3.2    The delivery of the Settlement Amount to the Trust shall be in full and final settlement of all responsibilities under and arising out of the Diocese Policies, and in consideration of the amendment(s) of the Diocese Policies as set forth in Section 3.3 below, the sale of the Diocese Policies and the Extra-Contractual Claims of the Diocese Parties back to Interstate free and clear of all Claims and Interests of any Person, and the other releases provided herein.

3.3    Subject to the occurrence of the Settlement Agreement Effective Date, the Parties agree: (a) the Settlement Amount is the total amount that Interstate or any Interstate Released Party is obligated to pay on account of any and all Claims under, arising out of, relating to, or in connection with the Diocese Policies (including Channeled Claims, Barred Claims, and any reimbursement obligations for Conditional Payments under the MSPA); (b) under no circumstance will the Interstate Released Parties ever be obligated to make any additional payments to or on behalf of anyone in connection with the Diocese Policies, including any payments in connection with amounts allegedly owed under the MSPA or in connection with any Claims, including any Channeled Claims and Barred Claims (but excluding any ISO Exception claims); (c) under no circumstance will the Interstate Released Parties ever be obligated to make any additional payments to or on behalf of the Diocese Parties or any Abuse Claimants in connection with the Diocese Policies or otherwise with respect to any Claims that, directly or indirectly, arise out of, relate to, or are in connection with any Abuse Claims or any of the Diocese Policies (but excluding any ISO Exception claims), including any Channeled Claims and Barred Claims; (d) all limits of liability of the Diocese Policies, regardless of how the Diocese Policies identify or describe those limits, including all per person, per occurrence, per claim, "each professional incident," per event, per accident, total, and aggregate limits, shall be deemed fully and properly exhausted; and (e) immediately prior to Interstate's buyback of the Diocese Policies and Extra-Contractual Claims of the Diocese Parties as further described in Section 4.4 below, the Diocese Policies shall be amended by endorsement to include the Sexual Abuse Exclusion and the Time-Bar Exclusion, applicable in each case to all Unknown Abuse Claims, and shall further be amended by endorsement to include the Cancellation Endorsement. The Parties further agree that the Settlement Amount includes the full purchase price of the

21612479.v5 21612479.v6

Diocese Policies and Extra-Contractual Claims of the Diocese Parties and consideration for the releases and other protections afforded by this Settlement Agreement.

      3.4     The Parties represent and agree that (a) the consideration to be provided by Interstate pursuant to this Settlement Agreement constitutes a fair and reasonable compromise and exchange for the consideration granted to the Interstate Released Parties in this Settlement Agreement (including the releases set forth below), and (b) the consideration to be provided by the Diocese Parties to the Interstate Released Parties pursuant to this Settlement Agreement (including the releases set forth below) constitutes a fair and reasonable compromise and exchange for the consideration granted to the Diocese Parties in this Settlement Agreement. The Interstate Released Parties are not acting as volunteers, and the Settlement Amount reflects potential liabilities and obligations to the Diocese Parties of the amount Interstate allegedly is obligated to pay.

      3.5     Each of the Participating Parties: (i) consents to the sale of the Diocese Policies and the Extra-Contractual Claims of the Diocese Parties free and clear of all Interests and Claims of all Persons, including, without limitation, the Participating Parties in accordance with the terms of this Settlement Agreement, and (ii) agrees and acknowledges that the contribution of the proceeds from such sale and settlement to the Trust, as provided in the Plan and this Settlement Agreement, is a fair and reasonable compromise and exchange for value and constitutes reasonable and adequate consideration for any Interest or Claim the Participating Parties may have in the Diocese Policies.

      3.6     The Parties further agree that they have attempted to resolve the matters set forth herein in compliance with both state and federal law, and believe that the settlement terms adequately consider CMS's interest and do not reflect any attempt to shift responsibility for payment of medical expenses to CMS pursuant to 42 U.S.C. § 1395y(b). The Parties acknowledge, understand, and agree that any present or future action or decision by CMS, including actions regarding an Abuse Claimant's eligibility or entitlement to receive Medicare or Medicare payments, will not render this Settlement Agreement (including the releases set forth in it) void or ineffective, or in any way affect the finality of this Settlement Agreement. The Trust is responsible for all future medical payments, including any and all claims by CMS and/or CMS contractors that have been or may be in the future arising out of, relating (directly or indirectly) in any way to, or in connection with this Settlement Agreement.

## 4.     RELEASES AND SALE FREE AND CLEAR

      4.1     Upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, with no further action being required, the Diocese Parties fully, finally, and completely remise, release, acquit, and forever discharge the Interstate Released Parties and Interstate's Related Persons from any and all past, present, and future: (a) Claims that, directly or indirectly, are under, arise out of, relate to, or connect with the Diocese Policies or Claims that are covered or alleged to be covered under the Diocese Policies, including any Channeled Claims, Barred Claims, reimbursement obligations for Conditional Payments under the MSPA, and all Claims that, directly or indirectly, arise from, relate to, or are in connection with the Abuse Claims or the Bankruptcy Case; and (b) Estate Causes of Action; *provided*, *however*, that nothing in this Agreement shall serve as a release of any party, including without limitation Interstate, Allianz Resolution Management, Insurance Services Office, or any of their respective Related Persons regarding disclosure of any information from any Sexual Abuse Proof of Claim Form (as defined in the *Bar Date Order Establishing April 15, 2021 as the*

*Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 214]).     All parties' rights regarding such claims are reserved (the "**ISO Exception**").  The Diocese Parties further acknowledge, stipulate, and agree that (y) the releases in this Section 4.1 specifically include all Unknown Abuse Claims and demands that are based in whole or in part on Unknown Abuse Claims and (z) **with respect to all Claims released under this Section 4.1, the Diocese Parties waive any and all provisions, rights, and benefits conferred by Cal. Civ. Code 1542 or any law of any state of the United States, or any principle of common law, which is similar, comparable, or equivalent to Cal. Civ. Code 1542, which provides: "a general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release, that, if known by him or her, would have materially affected his or her settlement with the debtor or released party."**

4.2     Upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, and with no further action being required, Interstate shall fully, finally, and completely remise, release, acquit, and forever discharge the Diocese Parties from any and all past, present, and future Claims that, directly or indirectly, arise out of, relate to, or are in connection with the Diocese Policies, including any Channeled Claims, Barred Claims, and reimbursement obligations for Conditional Payments under the MSPA, and all Claims that, directly or indirectly, arise from, relate to, or are in connection with the Abuse Claims or the Bankruptcy Case, but not including the ISO Exception claims.

4.3     Upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, none of the Diocese Parties shall assert against the Interstate Released Parties any Claim with respect to any matter, conduct, transaction, occurrence, fact, or other circumstance that, directly or indirectly, arises out of, relates to, or is in connection with any of the Diocese Policies, any Channeled Claim, any Barred Claim, or any other matter released pursuant to Sections 4.1 and 4.2 above.

4.4     Upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, and following the amendment(s) of the Diocese Policies as set forth in Section 3.3 above, Interstate hereby buys back the Diocese Policies and Extra-Contractual Claims of the Diocese Parties, free and clear of all Claims and Interests of all Persons, including all Claims and Interests of: the Diocese Parties and any other Person claiming coverage by, through, or on behalf of any of the Diocese Parties; any Covered Party; any other insurer (including Non-Settling Insurers); and any Abuse Claimant (whether a Consenting Abuse Claimant or Non-Participating Abuse Claimant), Tort Defendant, Joint Tortfeasor, or any other holder of a Barred Claim.  This sale is pursuant to section 363(b), (f), and (m) of the Bankruptcy Code.  The Parties acknowledge and agree, and the Approval Order shall find and conclude, that upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount:  (i) Interstate is a good faith purchaser of the Diocese Policies and Interests therein, including the Extra-Contractual Claims of the Diocese Parties, within the meaning of section 363(m) of the Bankruptcy Code; (ii) the consideration exchanged constitutes a fair and reasonable settlement and compromise of the Parties' disputes and of their respective rights and obligations relating to the foregoing Diocese Policies and Interests therein (including the Extra-Contractual Claims of the Diocese Parties) and constitutes reasonably equivalent value; (iii) the releases in this Settlement Agreement and the policy buyback comply with the Bankruptcy Code and applicable nonbankruptcy law; (iv) the Diocese Policies and Interests therein shall be terminated and of no further force and effect; (v) Interstate's payment of the

Settlement Amount constitutes Interstate's full and complete performance of any and all obligations under the Diocese Policies, including any performance owed to the Diocese Parties, and exhausts all limits of liability of the Diocese Policies; (vi) all Claims or Interests the Diocese Parties may have had, may presently have, or in the future may have in the Diocese Policies are released pursuant to the terms of this Settlement Agreement; and (vii) the Diocese Parties accept the Settlement Amount in full and complete compromise and satisfaction of all Interstate's past, present, and future obligations, including any obligations to any of the Diocese Parties under such Diocese Policies or arising therefrom, as to any and all Claims for insurance coverage or policy benefits of any nature whatsoever that are under, arise out of, relate (directly or indirectly) to, or connect in any way with the Diocese Policies (including without limitation Coverage Claims and Related Insurance Claims), whether legal or equitable, known or unknown, suspected or unsuspected, fixed or contingent, and regardless of whether or not such Claims arise from, relate to, or are in connection with the Abuse Claims, Channeled Claims, Barred Claims, the Bankruptcy Case, or otherwise.

4.5    The Diocese Parties represent and warrant that all of the releases and other benefits provided in this Settlement Agreement by the Diocese Parties to Interstate are at least as favorable as the releases and other benefits that the Diocese Parties have provided to any other one of the Settling Insurers in the Bankruptcy Case.  If the Diocese Parties enter into any agreement with any other one of the Settling Insurers in the Bankruptcy Case that provides that insurer with releases or other benefits that are more favorable than those contained in this Settlement Agreement, then the applicable Diocese Party shall notify Interstate promptly of the existence of such more favorable releases or benefits and this Settlement Agreement shall be deemed to be modified to provide Interstate with those more favorable releases or benefits.

4.6    Notwithstanding anything in this Settlement Agreement, nothing in this Settlement Agreement is intended to or shall be construed to apply to or have any effect on the Interstate Released Parties' right to reinsurance recoveries under any reinsurance treaties, certificates, or contracts that cover losses arising under or in connection with the Diocese Policies or any other binder, certificate, or policy of insurance issued by Interstate.

4.7    Notwithstanding anything in this Settlement Agreement, nothing in this Settlement Agreement is intended to or shall be construed to release any Claims that any Interstate Released Party has or might have against any Non-Settling Insurer, except that, to the extent such other insurers have agreed or in the future agree to release any Claims against the Interstate Released Parties arising out of or related in any way to the Abuse Claims, then the Interstate Released Parties  also release such Claims against such other insurers to the same extent.

4.8    This Section 4 is not intended to, and shall not be deemed or construed to, release, waive, relinquish, or otherwise affect the Parties' rights and obligations under this Settlement Agreement.

## 5.    TERMINATION OF AGREEMENT

5.1    The Parties may terminate this Settlement Agreement by mutual agreement in writing.

5.2    Each of the Diocese or Interstate may terminate this Settlement Agreement upon thirty (30) days written notice to the other Party in the event of any of the following occurs prior to the Settlement Agreement Effective Date:  (a) the Approval Order and the Plan Confirmation Order are not entered within six (6) months from the date on which the Settlement Agreement is

executed by all the Parties; (b) the Bankruptcy Court enters an order that becomes a Final Order that (i) denies the Approval Motion or (ii) is contrary to or inconsistent with the Approval Order or the Plan Confirmation Order; (c) a plan (other than the Plan at Docket No. [_____]) that is contrary to or inconsistent with this Settlement Agreement is confirmed; or (d) the Bankruptcy Case is dismissed or converted to a case under chapter 7 of the Bankruptcy Code.

5.3     Each of the Diocese or Interstate may terminate this Settlement Agreement upon fifteen (15) days' written notice to the other if the Plan at Docket No. [_____] is withdrawn or revoked by the Diocese or the Committee before the Plan Confirmation Order is entered by the clerk of the Bankruptcy Court on the Court's docket.

5.4     Interstate may terminate this Settlement Agreement upon fifteen (15) days written notice to the Diocese if the Diocese or the Committee files a plan contrary to or inconsistent with the Plan at Docket No. [_____] or this Settlement Agreement.

5.5     In the event of termination pursuant to this Section 5, unless the Parties agree otherwise in writing, all Parties shall retain all of their Interests, rights, and obligations relating to the Diocese Policies as if this Settlement Agreement never existed.

## 6.    REPRESENTATIONS AND WARRANTIES OF THE PARTIES

6.1     The Parties separately represent and warrant as follows:

6.1.1    To the extent it is a corporation, including a non-profit, religious, or charitable corporation, or other legal entity, each Party has the requisite power and authority to enter into this Settlement Agreement and to perform the obligations contemplated by this Settlement Agreement, subject only to approval of the Bankruptcy Court; and

6.1.2    This Settlement Agreement has been thoroughly negotiated and analyzed by counsel to the Parties and executed and delivered in good faith pursuant to arm's length negotiations and for value and valuable consideration.

6.2     The Diocese Parties represent and warrant that they have not assigned, and will not assign, any Interests or Claims in the Diocese Policies to any Person.

6.3     The Diocese Parties represent and warrant that, to the best of their knowledge, the Diocese Parties are the owners of the Diocese Policies, and that no other Person has legal title to the Diocese Policies.

6.4     The Diocese Parties represent and warrant that, except with respect to any actions they may have previously undertaken in connection with the Bankruptcy Case, the Adversary Proceeding, or their participation in mediation ordered by the Bankruptcy Court, they have not in any way assisted, and shall not in any way assist, any Person in the establishment or pursuit of any Claim, including any Channeled Claim or Barred Claim, against the Interstate Released Parties.

6.5     The Diocese represents and warrants that actual notice of the Approval Motion will be sent in accordance with Section 2.1.1 hereof, and as otherwise ordered by the Bankruptcy Court.  The Diocese further represents and warrants that it will use commercially reasonable efforts to comply with any other requirements imposed by the Bankruptcy Court with respect to the Approval Motion.

6.6     The Diocese Parties and Interstate, respectively, represent and warrant that they have completed a reasonable search for evidence of any policy of insurance issued by Interstate

to the Diocese or any other Diocese Party that would afford coverage with respect to any Abuse Claim. Other than the policies or alleged policies identified in **Schedule 4**, no such policies have been identified. Notwithstanding the foregoing, nothing in this Settlement Agreement, including the Schedules or Exhibits hereto, shall be construed as or deemed to be an admission or evidence that any binder, certificate, or policy of insurance was in fact issued or affords coverage in connection with any Abuse Claims.

6.7    The Diocese represents and warrants that all known insureds under the Diocese Policies other than any individuals are listed on **Schedule 6** hereto.

6.8    The Diocese represents and warrants that, to the best of the Diocese's knowledge, information, and belief, the form and manner of notice of the hearing on confirmation of the *Fifth Amended Joint Chapter 11 Plan of Reorganization for The Roman Catholic Diocese of Syracuse, New York* [Dkt. No. 2337] was materially consistent with the form and manner of notice approved in the *Order (I) Approving Disclosure Statement; (II) Approving Solicitation Packages and Distribution Procedures; (III) Approving the Forms of Ballots and Establishing Procedures for Voting on Fifth Amended Joint Plan and Consenting to Third Party Releases; (IV) Approving the Form, Manner, and Scope of Confirmation Notices; (V) Establishing Certain Deadlines in Connection with Approval of the Disclosure Statement and Confirmation of Fifth Amended Joint Plan; and (VI) Granting Related Relief* [Dkt. No. 2398], as set forth in the Certificate of Service and Certificate of Publication filed by Stretto [Dkt. Nos. 2411 and 2445, respectively].

7.    **ACTIONS INVOLVING THIRD PARTIES**

7.1    For purposes of supporting the releases granted in Section 4 and the extinguishment of any and all rights under the Diocese Policies resulting from the purchase and sale thereof contemplated by this Settlement Agreement, the Parties hereby agree as follows:

7.1.1    From and after (i) the occurrence of the Settlement Agreement Effective Date, and (ii) Interstate's payment of the Settlement Amount, if any other insurer of the Diocese obtains a judicial determination or binding arbitration award that it is entitled to obtain a sum certain from any Interstate Released Party as a result of a claim for contribution, subrogation, indemnification, or other similar Claim for an Interstate Released Party's alleged share or equitable share, or to enforce subrogation rights, if any, with respect to the defense or indemnity obligation of any Interstate Released Party for any Claims or reimbursement obligations for Conditional Payments released or resolved pursuant to this Settlement Agreement, the Diocese Parties, and the Trust shall voluntarily reduce any judgment or Claim against, or settlement with, such other insurers to the extent necessary to satisfy such contribution, subrogation, indemnification, or other Claims against such Interstate Released Party. To ensure that such a reduction is accomplished, each Interstate Released Party shall be entitled to assert this Section 7 as a defense to any action against it brought by any other insurer for any such portion of the judgment or Claim and shall be entitled to request that the court or appropriate tribunal issue such orders as are necessary to effectuate the reduction to protect such Interstate Released Party from any liability for the judgment or Claim. Moreover, if a Non-Settling Insurer asserts that it has a Claim for contribution, indemnity, subrogation, or similar relief against any Interstate Released Party, such Claim may be asserted as a defense against a Claim by the Diocese Parties, or the Trust in any coverage litigation (and the Diocese Parties, and/or the Trust may assert the legal and equitable rights of such Interstate Released Party in response thereto); and to the extent such a Claim is

22

determined to be valid by the court presiding over such action, the liability of such Non-Settling Insurer to the Diocese Parties or the Trust shall be reduced dollar for dollar by the amount so determined.

7.1.2    Unless this Settlement Agreement is terminated, Interstate shall not seek reimbursement for any payments it makes under this Settlement Agreement under theories of contribution, subrogation, indemnification, or similar relief from any other Settling Insurer unless that other insurer first seeks contribution, subrogation, indemnification, or similar relief from Interstate.  Notwithstanding the foregoing, nothing in this Settlement Agreement, the Approval Order or the Plan Confirmation Order shall be construed as prohibiting Interstate from seeking recovery (including with respect to the Settlement Amount or otherwise) from its reinsurers or retrocessionaires in their capacity as such. The Diocese shall use commercially reasonable efforts to obtain from all Settling Insurers agreements substantially identical to those contained in this Section 7.1 and shall use commercially reasonable efforts to obtain similar agreements from any other insurer with which it settles in the future; *provided, however*, that the failure of the Diocese, despite its commercially reasonable efforts, to obtain such an agreement from any insurer with which it settles will not be a basis to terminate this Settlement Agreement or excuse Interstate from performing its respective obligations hereunder.

7.2    Subject to the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount, and pursuant to the terms of the Plan, the Trust shall defend, indemnify, and hold harmless the Interstate Released Parties and Interstate's Related Persons with respect to any and all of the following "**Indemnified Claims**": (a) Channeled Claims; (b) Barred Claims; and (c) any other Claim that (i) is under, arises out of, relates (directly or indirectly to), or connects in any way with the Diocese Policies or (ii) was otherwise released herein, including all such Claims made by (x) any Person claiming to be an insured (as a named insured, additional insured, or otherwise) under any of the Diocese Policies, (y) any Person who has made, will make, or can make an Abuse Claim or Related Insurance Claim, and (z) any Person who has actually or allegedly acquired or been assigned the right to make a Claim under any of the Diocese Policies.  For the avoidance of doubt, ISO Exception claims are not Indemnified Claims.

7.2.1    The Interstate Released Parties shall have the right (but not the obligation) to defend any Indemnified Claims identified in this Section 7.2 and shall do so in good faith.  The Interstate Released Parties may (but are not required to) undertake the defense of any Indemnified Claim on receipt of such Indemnified Claim.  The Interstate Released Parties agree to notify the Trust as soon as practicable of any Indemnified Claims and of its choice of counsel.  If the Interstate Released Parties decline to defend any Indemnified Claim, the Trust shall undertake the defense of such Indemnified Claim.

7.2.2    The Trust shall reimburse all reasonable and necessary attorneys' fees, expenses, costs, and amounts incurred by the Interstate Released Parties in defending Indemnified Claims.  The Interstate Released Parties may settle or otherwise resolve an Indemnified Claim only with the prior consent of the Trust, which consent shall not be unreasonably withheld.  The Trust may settle or otherwise resolve an Indemnified Claim only with the prior consent of the Interstate Released Parties, which consent shall not be unreasonably withheld.  The Interstate Released Parties' defense, settlement, or other resolution of any Indemnified Claims pursuant to this Section 7.2 shall not diminish the

23

obligations of the Trust to indemnify the Interstate Released Parties for such Indemnified Claims, as set forth in this Section 7.2.

      7.2.3   The Trust shall maintain a reserve with respect to its obligations relating to Indemnified Claims. The reserve will be in an amount and structure set forth in the Trust Documents reasonably acceptable to Interstate and the Committee.

      7.3   If any Person attempts to prosecute a Barred Claim against the Interstate Released Parties or any Interstate Related Persons before the Approval Order and Plan Confirmation Order become Final Orders, then promptly following notice to do so from Interstate, the Diocese will file a motion and supporting papers to obtain an order from the Bankruptcy Court pursuant to sections 362 and 105(a) of the Bankruptcy Code protecting the Interstate Released Parties and Interstate's Related Persons from any such Claims until the Plan Confirmation Order has become a Final Order, the Bankruptcy Case is dismissed, or this Settlement Agreement is terminated under Section 5 hereof.

## 8.   MISCELLANEOUS

      8.1   If any action or proceeding of any type whatsoever is commenced or prosecuted by any Person not a Party to this Settlement Agreement to invalidate, interpret, or prevent the validation or enforcement, or carrying out, of all or any of the provisions of this Settlement Agreement, the Parties mutually agree to cooperate fully in opposing such action or proceeding.

      8.2   The Parties will take such steps and execute any documents as may be reasonably necessary or proper to effectuate the purpose and intent of this Settlement Agreement and to preserve its validity and enforceability.

      8.3   The Parties shall cooperate with each other in connection with the Approval Motion, the Approval Order, the Plan, the Plan Confirmation Order, and the Bankruptcy Case. Such cooperation shall include consulting with each other upon reasonable request concerning the status of proceedings and providing each other with copies of reasonably requested pleadings, notices, proposed orders, and other documents relating to such proceedings as soon as reasonably practicable prior to any submission thereof.

      8.4   Notwithstanding any language to the contrary in this Settlement Agreement, under no circumstance will the Diocese be obligated to take any action that violates any obligation or duty owed by the Diocese to any other insurer, and if a court of competent jurisdiction determines that a term or condition in this Settlement Agreement does violate any obligation or duty owed by any of the Diocese to any other insurer, the Diocese shall be relieved of such term or condition, but the scope and finality of the releases and injunctions set forth in this Settlement Agreement shall not be affected or modified.

      8.5   This Settlement Agreement constitutes a single integrated written contract that expresses the entire agreement and understanding between and among the Parties.

      8.6   This Settlement Agreement may be modified only by a written amendment signed by all of the Parties, and no waiver of any provision of this Settlement Agreement or of a breach thereof shall be effective unless expressed in a writing signed by the waiving Party. The waiver by any Party of any of the provisions of this Settlement Agreement or of the breach thereof shall not operate or be construed as a waiver of any other provision or breach. Any change or modification of this Agreement that would result in a material adverse change to the rights of the Abuse Claimants or Trust shall require the consent of the Committee (if at the time of the proposed change or modification a Trustee has not been appointed) or Trustee (if at the time of

the proposed change or modification a Trustee has been appointed and approved), as applicable, which consent shall not be unreasonably withheld.

8.7     By entering into this Settlement Agreement, none of the Parties has waived or shall be deemed to have waived any rights, obligations, or positions they have asserted or may in the future assert in connection with any matter outside the scope of this Settlement Agreement. No part of this Settlement Agreement, its negotiation, or its performance may be used in any manner in any action, suit, or proceeding as evidence of the rights, duties, or obligations of the Parties with respect to matters outside the scope of this Settlement Agreement.  All actions taken and statements made by the Parties or by their representatives relating to this Settlement Agreement or participation in this Settlement Agreement, including its development and implementation, shall be without prejudice or value as precedent.

8.8     This Settlement Agreement represents a compromise of disputed Claims and shall not be deemed an admission or concession regarding liability, culpability, wrongdoing, or insurance coverage.  All related discussions, negotiations, and all prior drafts of this Settlement Agreement shall be deemed to fall within the protection afforded to compromises and to offers to compromise by Rule 408 of the Federal Rules of Evidence and any parallel state law provisions, including NY CPLR § 4547.  Any evidence of the negotiations or discussions associated with this Settlement Agreement shall be inadmissible in any action or proceeding for purposes of establishing any rights, duties, or obligations of the Parties, except that they shall be admissible to the extent they would have otherwise been admissible, absent this Section 8.8, in (i) an action or proceeding to enforce the terms of this Settlement Agreement, including any use as set forth in Section 7.1.1, or (ii) any possible action or proceeding between the Interstate Released Parties and any reinsurers or retrocessionaires.  This Settlement Agreement shall not be used as evidence or in any other manner, in any court or dispute resolution proceeding, to create, prove, or interpret the Interstate Released Parties' obligations under the Diocese Policies or any other binder, certificate, or policy of insurance issued by Interstate.

8.9     None of the Parties shall make any public statements or disclosures (i) regarding another Party's rationale or motivation for negotiating or entering into this Settlement Agreement, or (ii) asserting or implying in any way that the Parties acted improperly or in violation of any duty or obligation, express or implied, in connection with any matter arising out of, relating to, or in connection with the Diocese Policies or any other binder, certificate, or policy of insurance issued or allegedly issued by the Interstate Released Parties, including handling of or involvement in connection with the Barred Claims or the resolution of the Barred Claims.

8.10     Neither this Settlement Agreement nor the rights and obligations set forth in this Settlement Agreement shall be assigned without the prior written consent of the other Parties.

8.11     This Settlement Agreement was jointly drafted by the Parties, and the wording of this Settlement Agreement was reviewed by legal counsel for each of the Parties, and each of them had sufficient opportunity to propose and negotiate changes prior to its execution.  The language of all parts of this Settlement Agreement shall in all cases be construed as a whole according to its meaning and not strictly for or against any Party.

8.12     Section titles and headings contained in this Settlement Agreement are included only for ease of reference and shall have no substantive effect.

8.13     All notices, demands, or other communication to be provided pursuant to this Settlement Agreement shall be in writing and sent by e-mail and Federal Express or other

overnight delivery service, costs prepaid, to the Parties at the addresses set forth below, or to such other Entity or address as any of them may designate in writing from time to time:

If to the Diocese:

The Roman Catholic Diocese of Syracuse, New York
240 East Onondaga Street
Syracuse, NY 13202Attention:   Stephen Breen, Chief Financial Officer

with copies to:

Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202
Attn:   Stephen A. Donato
          Charles J. Sullivan
          Grayson T. Walter

-and-

Blank Rome LLP
1825 Eye Street NW
Washington, D.C. 20006

Attn:   James R. Murray
          James S. Carter

If to a Participating Party:

As set forth on **Schedule 5** hereof.

If to Interstate or the Interstate Released Parties:

Marc Orloff
Allianz Resolution Management
1465 North McDowell Boulevard, Suite 100
Petaluma, CA 94954

with copies to:

White and Williams LLP
810 Seventh Avenue, Suite 500
New York, NY 10019
Attn:   Siobhain P. Minarovich

-and-

Parker, Hudson, Rainer & Dobbs LLP
303 Peachtree Street, Suite 3600
Atlanta, GA 30308

Attn:   Harris B. Winsberg
        Matthew G. Roberts

-and-

Parker, Hudson, Rainer & Dobbs LLP
Two N. Riverside Plaza
Suite 1850
Chicago, IL 60606
Attn:   Todd C. Jacobs
        John E. Bucheit

8.14   This Settlement Agreement may be executed in multiple counterparts, all of which together shall constitute one and the same instrument. This Settlement Agreement may be executed and delivered by facsimile, e-mail, or other electronic image, which facsimile, e-mail, or other electronic image counterparts shall be deemed to be originals.

8.15   Nothing contained in this Settlement Agreement shall be deemed or construed to constitute (a) an admission by the Interstate Released Parties that the Diocese Parties, or any other Entity, was or is entitled to any insurance coverage under the Diocese Policies or any other binder, certificate, or policy of insurance issued by the Interstate Released Parties or as to the validity of any of the positions that have been or could have been asserted by the any of the Diocese Parties, (b) an admission by any of the Diocese Parties as to the validity of any of the positions or defenses to coverage that have been or could have been asserted by the Interstate Released Parties or any Claims that have been or could have been asserted by the Diocese Parties against the Interstate Released Parties, or (c) an admission by the Diocese Parties or the Interstate Released Parties of any liability whatsoever with respect to any of the Abuse Claims.

8.16   All of the Persons included in the definition of the Interstate Released Parties, Interstate's reinsurers or retrocessionaires solely in their capacity as such, Interstate's Related Parties, all of the Parties to this Agreement, and the Trust are intended beneficiaries of this Settlement Agreement. Except as set forth in the preceding sentence or otherwise set forth in this Settlement Agreement, there are no third-party beneficiaries of this Settlement Agreement.

8.17   The Diocese Parties and the Interstate Released Parties shall each be responsible for their own fees and costs incurred in connection with the Bankruptcy Case, this Settlement Agreement, and the implementation of this Settlement Agreement.

8.18   The following rules of construction shall apply to this Settlement Agreement:

8.18.1  Unless the context of this Settlement Agreement otherwise requires: (i) words of any gender include each other gender; (ii) words using the singular or plural number also include the plural or singular number, respectively; (iii) the terms "hereof," "herein," "hereby," and derivative or similar words refer to this entire Settlement Agreement; and (iv) the words "include," "includes," or "including" shall be deemed to be followed by the words "without limitation."

8.18.2  References to statutes shall include all regulations promulgated thereunder and references to statutes or regulations shall be construed as including all statutory and regulatory provisions regardless of whether specifically referenced in this Settlement Agreement.

21612479.v5 21612479.v6

8.18.3  The use of the terms "intend," "intended," or "intent," when describing the intention of the Parties, as the case may be, shall not be construed to create a breach of this Settlement Agreement when the stated intent is not achieved.

8.19    The Bankruptcy Court in the Bankruptcy Case shall retain jurisdiction to interpret and enforce the provisions of this Settlement Agreement, which shall be construed in accordance with New York law without regard to conflicts of law principles thereof.  The Interstate Released Parties do not, by virtue of this Section 8.19 or any other provision in this Settlement Agreement, consent to the Bankruptcy Court's jurisdiction as to any other matter.

8.20    This Settlement Agreement shall be effective on the Settlement Agreement Effective Date.  Subject to and conditioned upon the occurrence of the Settlement Agreement Effective Date, this Settlement Agreement and the Diocese's obligations under this Settlement Agreement shall be binding on the Diocese and shall survive the entry of the Plan Confirmation Order.

8.21    Nothing in this Settlement Agreement will prevent Interstate from allocating the Settlement Amount among the Diocese Policies at Interstate's discretion.

8.22    If any provision of this Settlement Agreement, or the application thereof, shall for any reason or to any extent, be construed to be invalid or unenforceable, the remainder of this Settlement Agreement, and the application of such provision to other circumstances, shall be interpreted so as to best effect the intent of the Parties, unless such determination of invalidity or unenforceability deprives any Party of the substantial benefit of its bargain.

8.23    The Parties agree that all matters relating to the negotiation and terms of this Settlement Agreement (including by way of example and not limitation, all prior drafts, exchanges of terms, and related discussions or correspondence) shall be confidential and are not to be disclosed except by order of court or consent of the Parties in writing.  This Section 8.23 does not prevent or prohibit the Parties from publicly filing on the docket in the Bankruptcy Case the final, executed copy of this Settlement Agreement.

*[Signature Pages Follow]*

28

**IN WITNESS WHEREOF**, the Parties have executed this Agreement by their duly authorized representatives.

Signed: _____

The Roman Catholic Diocese of Syracuse, New York

Name Printed: _____

Title: _____

Date: _____ 2025


Signed: _____

Interstate Fire & Casualty Company

Name Printed: _____

Title: _____

Date: _____ 2025


Signed: _____

National Surety Corporation

Name Printed: _____

Title: _____

Date: _____ 2025


Signed: _____

Fireman's Fund Insurance Company

Name Printed: _____

Title: _____

29

Date: _____ 2025

Signed: _____

St. Agnes Mission, Afton, NY 13730

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. John the Evangelist, Bainbridge, NY 13733

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Augustine Roman Catholic Church, Baldwinsville, NY,
Baldwinsville, NY 13027

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

St. Elizabeth Ann Seton Church of the Town of Clay, NY,
Baldwinsville, NY 13027

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Marys Church of Baldwinsville, NY, Baldwinsville, NY
13027

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St.
Christopher and St. Rita, Binghamton, NY 13901

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Christopher Roman Catholic Church [Town of*
*Chenango, Broome County], Binghamton, NY 13901*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

*St. Catherine of Siena Roman Catholic Church,*
*Binghamton, NY 13901*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Mary of the Assumption (combined with St. Mary's
Church), Binghamton, NY 13901

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Paul's Church, Binghamton, NY, Binghamton, NY
13901

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Andrew's Church of Binghamton, Binghamton, NY 13903*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Church of Saints John & Andrew, Binghamton, NY 13903

Name Printed: _____

Title: _____

Date: _____ 2025

41

Signed: _____

*St. John the Evangelist Church, Binghamton, NY 13903*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Church of the Holy Trinity, Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St.*
*Stanislaus Kostka Church, Binghamton, NY 13905*

Name Printed: _____

Title: _____

Date: _____ 2025

44

Signed: _____

*St. Joseph's Lithuanian Roman Catholic Church of
Binghamton NY (merged in St. Ann), Binghamton, NY
13905*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Ann Catholic Church (renamed church of the Holy
Trinity), Binghamton, NY 13905*

Name Printed: _____

Title: _____

Date: _____ 2025

46

Signed: _____

Ss Cyril & Methodius Slovak Roman Catholic Church of
Binghamton, NY, Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

47

21612479.v5 21612479.v6

Signed: _____

St. Patrick's Catholic Church of Binghamton, NY,
Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Thomas Aquinas Church, Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

49

Signed: _____

Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission
a/k/a St. Mary of The Snows Oratory, Boonville, NY 13309

Name Printed: _____

Title: _____

Date: _____ 2025

50

Signed: _____

St. Agnes Church, Brewerton, NY 13029

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of St. Francis of Assisi of Bridgeport, NY,
Bridgeport, NY 13030

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. John The Evangelist a/k/a St. Mary Devotional Chapel
and St. Paul (Redfield), Camden, NY 13316

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph's Church of Camillus, NY, Camillus, NY 13031

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Agatha's Church, Canastota, NY 13032

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. James, Cazenovia, NY 13035

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Divine Mercy Parish Roman Catholic Church, Central
Square, NY 13036

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Saint Michael's Roman Catholic Church, Central Square, NY 13036*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Anthony of Padua's Church of Willowvale and*
*Chadwicks, Chadwicks, NY 13319*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick-St. Anthony Church of Chadwicks, New York,
Chadwicks, NY 13319

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Rita's Roman Catholic Church, Chenango Forks, NY
13746*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:    _____

St. Patrick, Chittenango, NY 13037

Name Printed: _____

Title:    _____

Date:    _____ 2025

21612479.v5 21612479.v6

Signed: _____

Our Lady of Perpetual Help Roman Catholic Church of
Cincinnatus, NY, Cincinnatus, NY 13040

Name Printed: _____

Title: _____

Date: _____ 2025

63

Signed: _____

The Church of the Sacred Heart, Cicero, NY 13039

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

*St. Patrick's Church, Clayville, NY 13322*

Name Printed: _____

Title: _____

Date: _____ 2025

65

Signed: _____

*St. Mary of The Assumption a/k/a St. Mary's Oratory,*
*Cleveland, NY 13042*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Mary's Roman Catholic Church, Clinton, Clinton, NY
13323

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Church of Annunciation, Clinton, NY 13323

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

Mission of St. Bernadette, Constantia, NY 13044

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Anthony of Padua, Cortland, NY 13045

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary's Church of Cortland, Cortland, NY 13045

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Joseph's Church, Deposit, NY, Deposit, NY 13754

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Lawrence Mission, DeRuyter, NY

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Holy Cross Church, DeWitt, NY, DeWitt, NY 13214

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Francis Church of Durhamville, NY, Durhamville, NY 13054*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Matthew's Church, E. Syracuse, NY 13057

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Good Counsel Church, Endicott, NY,
Endicott, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Ambrose, Endicott, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Anthony of Padua Church, Endicott, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Casimir Roman Catholic (Polish) Church of Endicott,*
*Endicott, NY 13760*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:     _____

*St. Joseph's Roman Catholic Church, Endicott, NY,*
*Endicott, NY 13760*

Name Printed:  _____

Title:     _____

Date:     _____ 2025

Signed: _____

*Church of Christ The King, Endwell, NY, Endwell, NY 13760*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Our Lady of Angels Church of Endwell, NY, Endwell, NY 13760*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Church of the Holy Family, Endwell, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed,* Fabius

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Immaculate Conception, Fayetteville, NY 13066

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary's Church, Florence, Oneida Co., Florence, NY

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick Mission, Forestport, NY

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick's Church of Forestport, Forestport, NY 13338

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*The Holy Family Church of Fulton, Fulton, NY 13069*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Michael 's Roman Catholic Polish Church, Fulton, NY
13069*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Church of the Immaculate Conception of Fulton, NY,*
*Fulton, NY 13069*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of the Holy Trinity, Fulton, NY 13069

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Church of the Immaculate Conception, Greene, NY 13778

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary, Hamilton, NY 13346

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of The Rosary Church, Hannibal, NY, Oswego,
NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. John Chrysostom Mission [served area near Forestport],
Hawkinsville, NY

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Ann Church of Hinckley, NY, Hinckley, NY 13352*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Parish Community of St. Leo & St. Ann, Holland
Patent, NY 13354

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Margaret's Catholic Church, Homer, NY 13077

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St Mary's Devotional Chapel-[never inc], Irish Ridge*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Mary's Church, Jamesville, NY, Jamesville, NY 13078*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. James Roman Catholic Church Lestershire, NY,
Johnson City, NY 13790

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

*The Church of the Blessed Sacrament, Johnson City, NY 13790*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick, Jordan, NY 13080

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary's Church, Kirkwood, Kirkwood, NY 13795

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Church of St. Frances Xavier Cabrini, Lacona [Pulaski, NY 13142]*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of the Nativity at St. Joseph's, LaFayette, NY
13084

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph's Church, Lee Center, NY 13363

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

*Our Lady of the Valley Mission, Leonardsville, NY,13364*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

*St. Francis of Assisi Mission as The Trustees of St. Mary's*
*Church of West Monroe, Little France, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Epiphany, Liverpool, NY 13088

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Church of Immaculate Heart of Mary, Liverpool, NY
13088

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph the Worker Liverpool, Onondaga Co., Liverpool,
NY 13088

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Christ the King Church, Liverpool, NY, Liverpool, NY
13090

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

Pope John XXIII Roman Catholic Church, Liverpool, NY
13090

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. John Roman Catholic Church of Clay, NY, Liverpool, NY 13090*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

Most Holy Rosary Roman Catholic Church of Maine, NY,
Maine, NY 13802

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed:  _____

St. Ann's Church, Manlius, NY 13104

Name Printed:  _____

Title:  _____

Date:  _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Stephen's Church, Marathon, NY 13803

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Francis Xavier's Church, Marcellus, NY 13108

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Margaret's Church, Mattydale, NY 13211

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

St. Jospeh's Church of McGraw, NY- originally titled to St.
Mary-Corland, McGraw, NY

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Mary, Star of the Sea, Mexico, NY 13114*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Anne, Mother of Mary, Mexico, NY 13114

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Perpetual Help, Minetto, NY 13115

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary of the Assumption, Minoa, NY 13116

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

St. Joan of Arc Church of Morrisville, NY, Morrisville, NY
13408

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Theresa of the Infant Jesus, Munnsville, NY 13409*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Church of St. Theresa of the Infant Jesus, New Berlin, NY,
New Berlin, NY 13411

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

Church of Our Lady of the Rosary, New Hartford, NY,
New Hartford, NY 13413

Name Printed: _____

Title: _____

Date: _____ 2025

131

Signed: _____

St. John the Evangelist Church, New Hartford, NY 13413

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Thomas, New Hartford, NY 13413

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Holy Cross Church, New London*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of the Sacred Heart a/k/a St. Mary Our Lady, New
York Mills, NY 13417

Name Printed: _____

Title: _____

Date: _____ 2025

135

Signed: _____

*St. Mary's Church of Our Lady of Czestochowa, New York
Mills, NY 13417*

Name Printed: _____

Title: _____

Date: _____ 2025

136

Signed: _____

*St. John Oratory and Cemetery, North Bay, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Mary's Mission, North Brookfield, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Rose of Lima Church, N. Syracuse, NY 13212

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Paul, Norwich, NY 13815

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Bartholomew, Norwich, NY 13815

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Joseph's German Catholic Church of Oneida, Oneida,
NY 13421 St. Patrick

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick, Oneida, NY 13421

Name Printed: _____

Title: _____

Date: _____ 2025

143

Signed: _____

St. Joseph, Oriskany Falls, NY 13425

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

*Church of St. Stephen, Protomartyr, Oriskany, NY 13424*

Name Printed: _____

Title: _____

Date: _____ 2025

145

Signed: _____

*St. Louis, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Joseph Mission, Oswego, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Joseph's Church, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. John The Evangelist, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

*St. Mary of the Assumption,* Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Paul, Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Peter's Church, Oswego, Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Stephen Roman Catholic Church, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick's Church of Otisco, NY, Otisco, NY 13159

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of St. Mary of the Snows, Otter Lake, NY 13338

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Joseph's Church, Oxford, NY 13830

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Anne's Church of Parish, NY a/k/a St. Anne Mother of*
*Mary (Mexico), Parish, NY 13131*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Stephen, Phoenix, NY 13135

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of The Nativity at Immaculate Conception,
Pompey, NY 13138

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Christ Our Light a/k/a St. John The Evangelist, Pulaski,
NY 13142

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. John the Evangelist Church Pulaski, Pulaski, NY 13142*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

*St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed, Redfield*

Name Printed: _____

Title: _____

Date: _____ 2025

162

Signed: _____

St. John the Baptist, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Mary's Church, Rome, NY, Rome, NY 13442*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Paul, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Peter's Church, Rome, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

166

Signed: _____

Transfiguration, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph, Sanitaria Springs, 13833

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

Sacred Heart Church of Town of Scriba, Oswego, Scriba,
NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Malachy, Sherburne, NY 13460

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Helena, Sherrill, NY 13461

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Mary of the Lake Roman Catholic Church, Skaneateles,
NY, Skaneateles, NY 13152

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

*St. Bridget Roman Catholic Church of Skaneateles Falls,*
*NY, Skaneateles Falls, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

*St. Bridget's Church -[First a Mission of Oxford, then
Cortland, then Truxton], Solon, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

174

Signed: _____

*St. Peter's Church of Split Rock, Syracuse, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

St. Cecilia's Church, Solvay, NY, Solvay, NY 13209

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Corpus Christi Church of S. Onondaga County of*
*Onondaga, State of NY, Syracuse, NY 13159*

Name Printed: _____

Title: _____

Date: _____ 2025

177

Signed: _____

St. Mary's Church, Syracuse, NY d/b/a The Cathedral of
the Immaculate Conception, Syracuse, NY 13202

Name Printed: _____

Title: _____

Date: _____ 2025

178

Signed: _____

*St. John's Church, Syracuse, NY, Syracuse, NY 13202*

Name Printed: _____

Title: _____

Date: _____ 2025

179

Signed: _____

*Holy Trinity Church, Syracuse, Syracuse, NY 13203*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:    _____

*St. Peter, Syracuse, NY 13203*

Name Printed: _____

Title:    _____

Date:    _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Vincent DePaul's Church, Syracuse, NY 13203

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:   _____

Basilica of the Sacred Heart of Jesus, Syracuse, NY,
Syracuse, NY 13204

Name Printed:   _____

Title:   _____

Date:   _____ 2025

Signed: _____

*St. Brigid & St. Joseph Church of Syracuse, Syracuse, NY 13204*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Lucy, Syracuse, NY 13204

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick' s Church, Geddes, Syracuse, NY 13204

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Stephen, Syracuse, NY 13204*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Anthony of Padua, Syracuse, NY 13205

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Hope f/k/a St. James, Syracuse, NY 13205

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Blessed Sacrament Church, Eastwood, NY, Syracuse, NY
13206

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Transfiguration Roman Catholic Church, Syracuse, NY
13206

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Most Holy Rosary, Syracuse, NY 13207

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Our Lady of Lourdes Church Syracuse, NY, Syracuse, NY 13207*

Name Printed: _____

Title: _____

Date: _____ 2025

193

Signed: _____

Franciscan Church of the Assumption, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of Our Lady of Pompei - St. Peter, Syracuse, NY
13208

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

St. Daniel, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. John the Baptist, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph (German) Church [FAD 1882], Syracuse, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Church of Our Lady of Peace [ merged into St. Cecilia's
Solvay as St. Marianne Cope], Syracuse, NY 13209

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

*Church of St. Andrew the Apostle of Syracuse, NY,*
*Syracuse, NY 13210*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

All Saints Church, Syracuse, NY [new name for St.
Therese @ merger with OL Solace], Syracuse, NY 13210

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of St. Therese The Little Flower of Jesus, Syracuse,
Syracuse, NY 13210

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Michael's & St. Peter Church, Onondaga Hill, Syracuse,
NY 13215

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Holy Family, Syracuse, NY 13219

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Ann's Church Syracuse, NY [name changed to St.
Charles-St. Ann], Syracuse, NY 13219

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Charles Borromeo Church, Syracuse, NY 13219

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*The Church of Our Lady of Solace [merged into St. Therese to become All Saints], Syracuse, NY 13224*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Anne -Glenmore [never inc], Taberg, NY 13471*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick's Church Taberg, NY, Taberg, NY 13471

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick, Truxton, NY 13158

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:    _____

Church of the Nativity at St. Leo's, Tully, NY 13159

Name Printed: _____

Title:    _____

Date:    _____ 2025

Signed: _____

*St. Agnes Church, Utica, NY 13501*

Name Printed: _____

Title: _____

Date: _____ 2025

212

Signed: _____

Historic Old St. John, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Francis de Sales, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary's Church Utica (South St.), Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

Church of the Blessed Sacrament, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

216

Signed: _____

St. Maria di Monte Carmelo, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Stanislaus Roman Catholic Church, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Holy Trinity Church of Utica, NY, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

219

Signed: _____

Church of Our Lady of Lourdes, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of The Sacred Heart, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Joseph, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

222

Signed: _____

St. Patrick Church, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:    _____

St. George Roman Catholic Church, Utica, NY 13502

Name Printed: _____

Title:    _____

Date:    _____ 2025

21612479.v521612479.v6

Signed: _____

St. Mark, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Peter, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Anthony & St. Agnes Church, Utica, NY, Utica, NY
13504

Name Printed: _____

Title: _____

Date: _____ 2025

227

Signed: _____

St. Mary of the Lake Mission, Verona Beach, NY 13162

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Holy Family, Vernon, NY 13476

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Good Counsel, Verona, NY 13478

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Our Lady of Sorrows, Vestal, NY 13851

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Vincent DePaul-Blessed Sacrament Church, Vestal, NY
13850

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Good Counsel, Warners, NY 13164

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Bernard's Catholic Church of Waterville, Oneida Co.,
Waterville, NY 13480

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Anne's Roman Catholic Church, Whitesboro, NY,
Whitesboro, NY 13492

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro,
Whitesboro, NY 13492

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Catholic Community of St. Stephen-St. Patrick
[merged into St. Patrick-Whitney Pt.], Whitney Point, NY
13862

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick 's Church Williamstown [originally a mission of
Parish, later Camden], Williamstown, NY 13493

Name Printed: _____

Title: _____

Date: _____ 2025

238

Signed: _____

Church of Our Lady of Lourdes of Windsor, NY, Windsor,
NY 13865

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Hope, Syracuse, NY

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Christ the Good Shepard, Oswego, NY

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Marianne Cope Church, Solvay, NY 13209

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Michaels Church, Syracuse, NY 13215

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:    _____

St. Anthony of Padua Church, Utica, NY 13501

Name Printed: _____

Title:    _____

Date:    _____ 2025

Signed: _____

St. John's Church and Roman Catholic Society in the City
of Utica a/k/a Historic Old St. John, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

245

Signed: _____

St. Mary Mt. Carmel- Blessed Sacrament Church, Utica,
NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Mary, Mother of Our Savior Church - new name for OLL,
Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Vincent de Paul Church, Vestal, NY 13850

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

All Saints Catholic School, Endicott

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Bishop Cunningham High School, Oswego

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Bishop Grimes Jr./Sr. High School, East Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Bishop Ludden Jr./Sr. High School, Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed:  _____

Cathedral Academy at Pompei, Syracuse

Name Printed: _____

Title:  _____

Date:  _____ 2025

253

Signed: _____

Catholic Schools of Broome County, Binghamton

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Holy Family, Norwich

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Notre Dame Elementary School, Utica

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Notre Dame Jr. / Sr. High, Utica

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Oswego Catholic High School, Oswego

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Rome Catholic School, Rome

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Seton Catholic Central, Binghamton

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

Seton Catholic High School, Endicott

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Trinity Catholic School, Oswego

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Utica Catholic Academy

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Associated Catholic Charities for Community Development
at Broome Co., Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Catholic Cemeteries of the Roman Catholic Diocese of
Syracuse, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Catholic Charities of the Roman Catholic Diocese of
Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Christopher Community, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

267

Signed: _____

Encompass Health Home, LLC

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Heritage Campaign, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

269

Signed: _____

Jail Ministry of Onondaga County, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Joseph and Elaine Scuderi Foundation, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Clerical Fund of the Roman Catholic Diocese of
Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Diocese of Syracuse Lay Pension Plan

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

The Foundation of the Roman Catholic Diocese of
Syracuse, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H.
McDevitt, L.C.H.S. Foundation Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

275

Signed: _____

The Syracuse Catholic Press Association, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

The Syracuse Diocesan Investment Fund

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

The Syracuse House of Retreats

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The St. Thomas Aquinas Fund, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

279

Signed:    _____

Camp Nazareth

Name Printed: _____

Title:    _____

Date:    _____ 2025

Signed: _____

Lourdes Camp

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Brady Faith Center

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

Brady Farm

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

Brady Market

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

Joseph and Elaine Scuderi Foundation, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Joseph T. O'Keefe Corporation

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Newman Foundation of Binghamton

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Newman Foundation of Cortland

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

Project Joseph

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v521612479.v6

Signed: _____

Propagation of Faith

Name Printed: _____

Title: _____

Date: _____ 2025

290

Signed: _____

Spiritual Renewal Center

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:    _____

St. Thomas More Catholic Campus Ministry

Name Printed:  _____

Title:      _____

Date:      _____ 2025

292

Signed: _____

The Guardian Angel Society

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H.
McDevitt L.C.H.S Fund of St. James Church of
Lestershire, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H.
McDevitt L.C.H.S Fund of St. Patrick's Church of
Binghamton, NY

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H.
McDevitt L.C.H.S Fund of St. Thomas Aquinas Church

Name Printed: _____

Title: _____

Date: _____ 2025

296

21612479.v5 21612479.v6

Signed: _____

Holy Name Society, St. Margaret's Church. Mattydale, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21612479.v5 21612479.v6

Signed: _____

St. Vincent DePaul Church Daycare

Name Printed: _____

Title: _____

Date: _____ 2025

298

Signed: _____

Windsor Human Development

Name Printed: _____

Title: _____

Date: _____ 2025

## SCHEDULE 1
**Participating Party List**

# Parishes

| Parish Corporation Name: | City - Zip |
|---|---|
| St. Agnes Mission | Afton, NY 13730 |
| St. John the Evangelist | Bainbridge, NY 13733 |
| St. Augustine Roman Catholic Church, Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Elizabeth Ann Seton Church of the Town of Clay, NY | Baldwinsville, NY 13027 |
| St. Marys Church  of  Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St. Christopher and St. Rita | Binghamton, NY 13901 |
| *St. Christopher Roman Catholic Church [Town of Chenango, Broome County]* | *Binghamton, NY 13901* |
| *St. Catherine of Siena Roman Catholic Church* | *Binghamton,13901* |
| St. Mary of the Assumption (combined with St. Mary's Church) | Binghamton, NY 13901 |
| St. Paul's Church, Binghamton, NY | Binghamton, NY 13901 |
| *St. Andrew's Church of Binghamton* | *Binghamton, NY 13903* |
| The Church of Saints John & Andrew | Binghamton, NY 13903 |
| *St. John the Evangelist Church* | *Binghamton,13903* |
| Church of the Holy Trinity | Binghamton, NY 13905 |
| *Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St. Stanislaus Kostka Church* | *Binghamton, NY 13905* |
| *St. Joseph's  Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann)* | *Binghamton, NY 13905* |
| *St. Ann Catholic Church (renamed church of the Holy Trinity)* | *Binghamton13905* |
| Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Patrick's Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Thomas Aquinas Church | Binghamton, NY 13905 |
| Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission a/k/a St. Mary of The Snows Oratory | Boonville, NY 13309 |
| St. Agnes Church | Brewerton, NY 13029 |
| Church of St. Francis of Assisi of Bridgeport, NY | Bridgeport, NY 13030 |
| St. John The Evangelist a/k/a St. Mary Devotional Chapel and St. Paul (Redfield) | Camden, NY 13316 |
| St. Joseph's Church of Camillus, NY | Camillus, NY 13031 |
| St. Agatha's Church | Canastota, NY 13032 |
| St. James | Cazenovia, NY 13035 |
| Divine Mercy Parish Roman Catholic Church | Central Square, NY 13036 |
| *Saint Michael's Roman Catholic Church* | *Central Square, NY 13036* |
| *St. Anthony of Padua's Church of Willowvale and Chadwicks* | *Chadwicks, NY 13319* |
| St. Patrick-St. Anthony Church of Chadwicks, New York | Chadwicks, NY 13319 |
| *St. Rita's Roman Catholic Church* | *Chenango Forks, NY 13746* |
| St. Patrick | Chittenango, NY 13037 |
| Our Lady of Perpetual Help Roman Catholic Church of Cincinnatus, NY | Cincinnatus, NY 13040 |
| The Church of the Sacred Heart | Cicero, NY 13039 |
| *St. Patrick's Church* | *Clayville, NY 13322* |
| *St. Mary of The Assumption a/k/a St. Mary's Oratory* | *Cleveland, NY 13042* |
| St. Mary's Roman Catholic Church, Clinton | Clinton, NY 13323 |

21612479.v5 21612479.v6

| | |
|---|---|
| The Church of Annunciation | Clinton, NY 13323 |
| Mission of St. Bernadette | Constantia, NY 13044 |
| St. Anthony of Padua | Cortland, NY 13045 |
| St. Mary's Church of Cortland | Cortland, NY 13045 |
| St. Joseph's Church, Deposit, NY | Deposit, NY 13754 |
| St. Lawrence Mission | *DeRuyter, NY* |
| Holy Cross Church, DeWitt, NY | DeWitt, NY 13214 |
| *St. Francis Church of Durhamville, NY* | *Durhamville, NY 13054* |
| St. Matthew's Church | E. Syracuse, NY 13057 |
| Our Lady of Good Counsel Church, Endicott, NY | Endicott, NY 13760 |
| St. Ambrose | Endicott, NY 13760 |
| St. Anthony of Padua Church | Endicott, NY 13760 |
| *St. Casimir Roman Catholic (Polish) Church of Endicott* | *Endicott, NY 13760* |
| *St. Joseph's Roman Catholic Church, Endicott, NY* | *Endicott, NY 13760* |
| *Church of Christ The King, Endwell , NY* | *Endwell, NY 13760* |
| *Our Lady of Angels Church of Endwell, NY* | *Endwell, NY 13760* |
| Church of the Holy Family | Endwell, NY 13760 |
| *St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed* | Fabius |
| Immaculate Conception | Fayetteville, Ny 13066 |
| St. Mary's Church, Florence, Oneida Co. | Florence, NY |
| St. Patrick Mission | Forestport, NY |
| St.Patrick's Church of Forestport | Forestport, NY 13338 |
| *The Holy Family Church of Fulton* | *Fulton, NY 13069* |
| *St. Michael 's Roman Catholic Polish Church* | *Fulton, NY 13069* |
| *Church of the Immaculate Conception of Fulton,NY* | *Fulton, NY 13069* |
| Church of the Holy Trinity | Fulton, NY 13069 |
| Church of the Immaculate Conception | Greene, NY 13778 |
| St. Mary | Hamilton, NY 13346 |
| Our Lady of The Rosary Church, Hannibal   NY | Oswego, NY 13126 |
| St. John Chrysostom Mission [served area near Forestport] | Hawkinsville, NY |
| *St. Ann Church of Hinckley, NY* | *Hinckley, NY 13352* |
| The Parish Community of St. Leo & St. Ann | Holland Patent, NY 13354 |
| St. Margaret's Catholic Church | Homer, NY 13077 |
| *St Mary's Devotional Chapel-[never inc]* | *Irish Ridge* |
| *St. Mary's Church, Jamesville, NY* | *Jamesville, NY 13078* |
| St. James Roman Catholic Church Lestershire, NY | Johnson City, NY 13790 |
| *The Church of the Blessed Sacrament* | *Johnson City, NY 13790* |
| St. Patrick | Jordan, NY 13080 |
| St. Mary's Church, Kirkwood | Kirkwood, NY 13795 |
| | *Lacona [Pulaski, NY 13142]* |
| *Church of St. Frances Xavier Cabrini* | |
| Church of the Nativity at St. Joseph's | LaFayette, NY 13084 |
| St. Joseph's Church | Lee Center, NY 13363 |
| *Our Lady of the Valley Mission* | *Leonardsville, NY,13364* |
| *St. Francis of Assisi Mission as The Trustees of St. Mary's Church of West Monroe* | *Little France, NY* |
| Epiphany | Liverpool, NY 13088 |

301

| | |
|---|---|
| Church of Immaculate Heart of Mary | Liverpool, NY 13088 |
| St. Joseph the Worker Liverpool, Onondaga Co. | Liverpool, NY 13088 |
| Christ the King Church, Liverpool, NY | Liverpool, NY 13090 |
| Pope John XXIII Roman Catholic Church | Liverpool, NY 13090 |
| *St. John Roman Catholic Church of Clay, NY* | *Liverpool, NY 13090* |
| Most Holy Rosary Roman Catholic Church of Maine, NY | Maine, NY 13802 |
| St. Ann's Church | Manlius, NY 13104 |
| St. Stephen's Church | Marathon, NY 13803 |
| St. Francis Xavier's Church | Marcellus, NY 13108 |
| St. Margaret's Church | Mattydale, NY 13211 |
| St. Jospeh's Church of McGraw, NY- originally titled to St. Mary-Corland | McGraw, NY |
| *St. Mary, Star of the Sea* | *Mexico, NY 13114* |
| St. Anne, Mother of Mary | Mexico, NY 13114 |
| Our Lady of Perpetual Help | Minetto |
| St. Mary of the Assumption | Minoa, NY 13116 |
| St. Joan of Arc Church of Morrisville, NY | Morrisville, NY 13408 |
| *St. Theresa of the Infant Jesus* | *Munnsville, NY 13409* |
| Church of St. Theresa of the Infant Jesus, New Berlin, NY | New Berlin, NY 13411 |
| Church of Our Lady of the Rosary, New Hartford, NY | New Hartford, NY 13413 |
| St. John the Evangelist Church | New Hartford, NY 13413 |
| St. Thomas | New Hartford, NY 13413 |
| *Holy Cross Church* | *New London* |
| Church of the Sacred Heart a/k/a St. Mary Our Lady | New York Mills, NY 13417 |
| *St. Mary's Church of Our Lady of Czestochowa* | *New York Mills, NY 13417* |
| *St. John Oratory and Cemetery* | *North Bay, NY* |
| *St. Mary' s Mission* | *North Brookfield,NY* |
| St. Rose of Lima Church | N. Syracuse, NY 13212 |
| St. Paul | Norwich, NY 13815 |
| St. Bartholomew | Norwich, NY 13815 |
| St. Joseph's German Catholic Church of Oneida | Oneida, NY 13421 |
| St. Patrick | Oneida, NY 13421 |
| St. Joseph | Oriskany Falls, NY 13425 |
| *Church of St. Stephen, Protomartyr* | *Oriskany, NY 13424* |
| *St. Louis* | *Oswego, NY 13126* |
| *St. Joseph Mission* | *Oswego, NY* |
| *St. Joseph's Church* | *Oswego, NY 13126* |
| *St. John The Evangelist* | *Oswego, NY 13126* |
| *St. Mary of the Assumption* | Oswego, NY 13126 |
| St. Paul | Oswego, NY 13126 |
| St. Peter's Church, Oswego | Oswego, NY 13126 |
| *St. Stephen Roman Catholic Church* | *Oswego, NY 13126* |
| St. Patrick's Church of Otisco, NY | Otisco, NY 13159 |
| Church of St. Mary of the Snows | Otter Lake, NY 13338 |
| St. Joseph's Church | Oxford, NY 13830 |
| *St. Anne's Church of Parish, NY a/k/a St. Anne Mother of Mary (Mexico)* | *Parish, NY 13131* |
| St. Stephen | Phoenix, NY 13135 |

21612479.v521612479.v6

| | |
|---|---|
| Church of The Nativity at Immaculate Conception | Pompey, NY 13138 |
| Christ Our Light a/k/a St. John The Evangelist | Pulaski, NY 13142 |
| *St. John the Evangelist Church Pulaski* | *Pulaski, NY 13142* |
| *St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed* | *Redfield* |
| St. John the Baptist | Rome, NY 13440 |
| *St. Mary's Church, Rome, NY* | *Rome, NY 13442* |
| St. Paul | Rome, NY 13440 |
| St.  Peter's Church, Rome | Rome, NY 13440 |
| Transfiguration | Rome, NY 13440 |
| St. Joseph | Sanitaria Springs, 13833 |
| Sacred Heart Church of Town of Scriba, Oswego | Scriba, NY 13126 |
| St. Malachy | Sherburne, NY 13460 |
| St. Helena | Sherrill, NY 13461 |
| St. Mary of the Lake Roman Catholic Church, Skaneateles, NY | Skaneateles, NY13152 |
| *St. Bridget Roman Catholic Church of Skaneateles Falls, NY* | *Skaneateles Falls, NY* |
| *St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton]* | *Solon, NY* |
| *St. Peter's Church of Split Rock* | *Syracuse, NY* |
| St. Cecilia's Church, Solvay, NY | Solvay, NY 13209 |
| *Corpus Christi Church of S. Onondaga County of Onondaga, State of  NY* | Syracuse, NY 13159 |
| St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception | Syracuse, NY 13202 |
| *St. John's Church, Syracuse, NY* | *Syracuse, NY 13202* |
| *Holy Trinity Church, Syracuse* | *Syracuse, NY 13203* |
| *St. Peter* | *Syracuse, NY 13203* |
| St. Vincent DePaul's Church | Syracuse, NY 13203 |
| Basilica of the Sacred Heart of Jesus, Syracuse, NY | Syracuse, NY 13204 |
| *St. Brigid & St. Joseph Church of Syracuse* | *Syracuse, NY 13204* |
| St. Lucy | Syracuse, NY 13204 |
| St. Patrick' s Church, Geddes | Syracuse, NY 13204 |
| *St. Stephen* | *Syracuse, NY 13204* |
| St. Anthony of Padua | Syracuse, NY 13205 |
| Our Lady of Hope f/k/a St. James | Syracuse, NY 13205 |
| Blessed Sacrament Church, Eastwood, NY | Syracuse, NY 13206 |
| Transfiguration Roman Catholic Church | Syracuse, NY 13206 |
| Most Holy Rosary | Syracuse, NY 13207 |
| *Our Lady of Lourdes Church Syracuse, NY* | *Syracuse, NY 13207* |
| Franciscan Church of the Assumption | Syracuse, NY 13208 |
| Church of Our Lady of Pompei - St. Peter | Syracuse, NY 13208 |
| St. Daniel | Syracuse, NY 13208 |
| St. John the Baptist | Syracuse, NY 13208 |
| St. Joseph (German) Church [FAD 1882] | Syracuse, NY |
| Church of Our Lady of Peace [ merged into St. Cecilia's Solvay as St. Marianne Cope] | Syracuse, NY 13209 |
| *Church of St. Andrew the Apostle of Syracuse, NY* | *Syracuse, NY 13210* |
| All Saints Church, Syracuse, NY [new name for St. Therese @ merger with OL Solace] | Syracuse, NY 13210 |
| Church of St. Therese The Little Flower of Jesus, Syracuse | Syracuse, NY 13210 |
| St. Michael's & St. Peter Church, Onondaga Hill | Syracuse, NY 13215 |
| Holy Family | Syracuse, NY 13219 |

21612479.v5 21612479.v6

| | |
|---|---|
| St. Ann's Church Syracuse, NY [name changed to St. Charles-St. Ann] | Syracuse, NY 13219 |
| St. Charles Borromeo Church | Syracuse, NY 13219 |
| *The Church of Our Lady of Solace [merged into St. Therese to become All Saints]* | *Syracuse, NY 13224* |
| *St. Anne -Glenmore [never inc]* | *Taberg, NY 13471* |
| St. Patrick's Church Taberg, NY | Taberg, NY 13471 |
| St. Patrick | Truxton,13158 |
| Church of the Nativity at St. Leo's | Tully, NY 13159 |
| *St. Agnes Church* | *Utica, NY 13501* |
| Historic Old St. John | Utica, NY 13501 |
| St. Francis de Sales | Utica, NY 13501 |
| St. Mary's Church Utica (South St.) | Utica, NY 13501 |
| Church of the Blessed Sacrament | Utica, NY 13501 |
| St. Maria di Monte Carmelo | Utica, NY 13501 |
| St. Stanislaus Roman Catholic Church | Utica, NY 13501 |
| Holy Trinity Church of Utica, NY | Utica, NY 13502 |
| Church of Our Lady of Lourdes | Utica, NY 13502 |
| Church of The Sacred Heart | Utica, NY 13502 |
| St. Joseph | Utica, NY 13502 |
| St. Patrick Church | Utica, NY 13502 |
| St. George Roman Catholic Church | Utica, NY 13502 |
| St. Mark | Utica, NY 13502 |
| St. Peter | Utica, NY 13502 |
| St. Anthony & St. Agnes Church, Utica, NY | Utica, NY 13504 |
| St. Mary of the Lake Mission | Verona Beach, NY 13162 |
| Holy Family | Vernon, NY 13476 |
| Our Lady of Good Counsel | Verona, NY 13478 |
| Our Lady of Sorrows | Vestal, NY 13851 |
| St. Vincent DePaul-Blessed Sacrament Church | Vestal, NY 13850 |
| Our Lady of Good Counsel | Warners, NY 13164 |
| St. Bernard's Catholic Church of Waterville, Oneida Co. | Waterville, NY 13480 |
| St. Anne's Roman Catholic Church, Whitesboro, NY | Whitesboro, NY 13492 |
| St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro | Whitesboro, NY 13492 |
| The Catholic Community of St. Stephen-St. Patrick [merged into St. Patrick-Whitney Pt. | Whitney Point,  13862 |
| St. Patrick 's Church Williamstown [originally a mission of Parish, later Camden] | Williamstown, NY  13493 |
| Church of Our Lady of Lourdes of Windsor, NY | Windsor, NY 13865 |
| Our Lady of Hope | Syracuse, NY |
| Christ the Good Shepard | Oswego, NY |
| | |
| St. Marianne Cope Church | Solvay, NY 13209 |
| St. Michaels Church | Syracuse NY 13215 |
| St. Anthony of Padua Church | Utica NY 13501 |
| St. John's Church and Roman Catholic Society in the City of Utica a/k/a Historic Old St. John | Utica, NY 13501 |
| St. Mary Mt. Carmel- Blessed Sacrament Church | Utica, NY 13501 |
| Mary, Mother of Our Savior Church - new name for OLL | Utica, NY 13502 |
| St. Vincent de Paul Church | Vestal, NY 13850 |

# Schools

| | |
|---|---|
| All Saints Catholic School | Endicott |
| Bishop Cunningham High School | Oswego |
| Bishop Grimes Jr./Sr. High School | East Syracuse |
| Bishop Ludden Jr./Sr. High School | Syracuse |
| Cathedral Academy at Pompei | Syracuse |
| Catholic Schools of Broome County | Binghamton |
| Holy Family | Norwich |
| Notre Dame Elementary School | Utica |
| Notre Dame Jr. / Sr. High | Utica |
| Oswego Catholic High School | Oswego |
| Rome Catholic School | Rome |
| Seton Catholic Central | Binghamton |
| Seton Catholic High School | Endicott |
| Trinity Catholic School | Oswego |
| Utica Catholic Academy | |

# Other Catholic Organization

Associated Catholic Charities for Community Development at Broome Co., Inc.

Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc.

Catholic Charities of the Roman Catholic Diocese of Syracuse

Christopher Community, Inc.

Encompass Health Home, LLC

Heritage Campaign, Inc.

Jail Ministry of Onondaga County, Inc.

Joseph and Elaine Scuderi Foundation, Inc.

The Clerical Fund of the Roman Catholic Diocese of Syracuse

The Diocese of Syracuse Lay Pension Plan

The Foundation of the Roman Catholic Diocese of Syracuse, Inc.

The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H. McDevitt, L.C.H.S.
Foundation Inc.

The Syracuse Catholic Press Association, Inc.

The Syracuse Diocesan Investment Fund

The Syracuse House of Retreats

The St. Thomas Aquinas Fund, Inc.

Camp Nazareth

Lourdes Camp

Brady Faith Center

Brady Farm

Brady Market

Joseph and Elaine Scuderi Foundation, Inc.

21612479.v5 21612479.v6

Joseph T. O'Keefe Corporation

Newman Foundation of Binghamton

Newman Foundation of Cortland

Project Joseph

Propagation of Faith

Spiritual Renewal Center

St. Thomas More Catholic Campus Ministry

The Guardian Angel Society

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. James Church of Lestershire, NY

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Patrick's Church of Binghamton, NY

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Thomas Aquinas Church

Holy Name Society, St. Margaret's Church. Mattydale, NY

St. Vincent DePaul Church Daycare

Windsor Human Development

21612479.v5 21612479.v6

## SCHEDULE 2
## Co-Defendant Notice Parties

[To Be Filed]

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| American Baptist Churches USA | 1015 W. 9th Ave., King of Prussia, PA 19406 | American Baptist Churches in the U.S.A. Intersection of Rt. 23 & 202 King of Prussia, PA 19406 | Saul Ewing LLP Attn.: Christie Rita McGuinness 1270 Avenue of the Americas, Ste. 2800 New York, NY 10020 |
| Archdiocese of New York | 1011 First Ave. New York, NY 1002 | | Leahey & Johnson, P.C. 120 Wall St., Ste. 2220 New York, NY 1000 |
| Baden-Powell Council, Inc., Boy Scouts of America | 2150 NYS Route 12 Binghamton, NY 13901 | Secretary of State of the State of NY Attn.: Authorized Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Melick & Porter LLP Mathew W. Beckwith 800 Third Ave., 28th Fl. New York, NY 10022<br><br>Wiggin and Dana LLP Attn.: Michael Leo Kenny, Esq. 437 Madison Ave, Fl. 35 New York, NY 10022 |
| Basilica of the Sacred Heart A/K/A Basilica of the Sacred Heart of Jesus A/K/A Basilica of the Sacred Heart of Jesus Syracuse, NY A/K/A Sacred Heart Basilica A/K/A The Basilica A/K/A Sacred Heart F/K/A Sacred Heart Parish F/K/A Sacred Heart Church F/K/A | 927 Park Ave. Syracuse, NY 13204 | Church of the Sacred Heart, Syracuse New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Bishop Cunningham Catholic Junior-Senior High School F/K/A Bishop Cunningham High School F/K/A Oswego Catholic High School | 4 Burkle St. Oswego, NY 13126 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Bishop Francis James Harrison | Deceased | | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Bishop Grimes High School | 6653 Kirkville Rd. East Syracuse, NY 13057 | Bishop Grimes High School Foundation, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Bishop Ludden Junior/Senior High School f/k/a Bishop Ludden High School | 815 Fay Rd. Syracuse, NY 13219 | Monsignor David C. Gildea Foundation for Bishop Ludden High School, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Blessed Sacrament a/k/a The Church of the Blessed Sacrament, Johnson City, New York a/k/a The Church of the Blessed Sacrament | 13 Cenacle Plaza Johnson City, NY 13790 465 Clubhouse Rd Vestal, NY 13850 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Blessed Sacrament Church | c/o St. Mary of Mount Carmel / Blessed Sacrament Parish 648 Jay St. Utica, NY 13501 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Blessed Sacrament School | c/o Roman Catholic Diocese of Syracuse 240 Onondaga St. Syracuse, NY 13202 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Boy Scouts of America | P.O. Box 152079 Irving, TX 75015<br><br>1325 W. Walnut Hill Ln.<br>Irving, Texas, 75038<br><br>P.O. Box 85 Oakdale, NY, 11796 | Boy Scouts of America Attn.: Capitol Corporate Services Inc. 1100 H St., N.W., Ste. 840 Washington, DC 20005 | Burden & Hansen, LLC Attn.: Donna L. Burden 605 Brisbane Building 403 Main St. Buffalo, NY 14203<br><br>Melick & Porter, LLP Attn.: Holly G. Rogers 11 Broadway - Ste. 615 New York, NY 10004<br><br>Littler Mendelson P.C. Attn.: Mathew William Beckwith One Century Tower 265 Church St., Ste 300 New Haven, CT 06510 |
| Boy Scouts of America - Hiawatha Council | 2803 Brewerton Rd. Syracuse, NY 13211 | N/A | Melick & Porter LLP Mathew W. Beckwith 800 Third Ave., 28th Fl. New York, NY 10022 |
| Boys and Girls Club of Syracuse | 201 Shonnard St., Syracuse, NY 13204 | The Corporation 2100 East Fayette St., Syracuse, NY 13224 | |
| Br. Benedict | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | _ |
| Camp Nazareth | 112 Long Lake Rd. Woodgate, NY 13494 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Camp Woodland | 491 Kibbie Lake Rd. Constantia, NY 13044 | Woodland Camp, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | _ |
| Cathedral of the Immaculate Conception | 259 E Onondaga St. Syracuse, NY 13202 | Cathedral of the Immaculate Conception New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Catholic Central High School, a/k/a, Seton Catholic Central High School of Broome County, New York | 70 Seminary Ave. Binghamton, NY 13905 | Friends Of Seton Catholic Central High School of Broome County, Inc. Attn: The Corp. 112 Broad Street, Endicott, Ny, 13760 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Catholic Charities (within the Diocese of Syracuse) | 1654 W. Onondaga St. Syracuse, N.Y. 13204 | Catholic Charities of the Roman Catholic Diocese of Syracuse, N.Y. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | - |
| Catholic Church of St. John the Baptist | 210 East Dominick St. Rome, NY 13440 | Church of St. John The Baptist New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Catholic Mutual Relief Society of America | 10843 Old Mill Rd., Omaha, NE 68154 | Corporation Service Company 33 East Main St., Ste. 610 Madison, WI 53703 | Callahan & Fusco, LLC Attn.: John M. Anello 1 Boland Dr., Ste. 301 West Orange, NJ 07052 |
| Catholic Schools of Broome County a/k/a Broome County Consolidated Catholic Schools a/k/a and d/b/a The Catholic Schools of Broome County Foundation | 70 Seminary Ave Binghamton, NY 13905 | The Catholic Schools of Broome County Foundation New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Christ the Good Shepherd a/k/a Christ the Good Shepherd Parish a/k/a Christ the Good Shepherd at St. Mary's | 103 West Seventh St Oswego, NY 1326 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Christ the King a/k/a Christ the King Church | 501 Davis Ave., Endwell, NY 13760 | N/A | Mackenzie Hughes LLP Attn: Joseph G. Farrell Attn: Stephen T. Helmer, Esq. 440 South Warren Street, Suite 400 Syracuse, NY 13202-2601 |
| Christ the King a/k/a Christ the King Church, Endwell NY | c/o Roman Catholic Diocese of Syracuse 240 Onondaga St. Syracuse, NY 13202 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Christian Brother's Academy | 6245 Randall Rd. Syracuse, NY 13214 | Christian Brothers Academy Men's Club of Syracuse, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | . |
| Church of St. John the Baptist, Syracuse | 406 Court St. Syracuse, NY 13208 | Church of Saint John The Baptist New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Church of the Holy Family a/k/a Holy Family Church | 3600 Phyllis St. Endwell, NY 13760 | Church of the Holy Family New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Church of the Holy Trinity, Fulton f/k/a Holy Family Church/Parish | 309 Buffalo St. Fulton, NY 13069 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Congregation Of The Mission A/K/A Vincentians A/K/A Congregatio Missionis Sti. Vincentii A Paulo A/K/A The New England Province Of The Vincentian Fathers A/K/A New England Province Of The Congregation Of The Mission, Inc. A/K/A Charitable Trust Of The New | 234 Keeney St Manchester, CT 06040 | N/A | Smith Sovik Kendrick & Sugnet PC Attn: Thomas Debernardis, Kevin Hulslander 250 South Clinton St., Ste. 600 Syracuse, NY 13202 |
| Congregation of the School of Sisters of the Third Order of St. Francis | 119 Franciscan Way Panhandle, TX 79068 | N/A | Smith Sovik Kendrick & Sugnet P.C 250 South Clinton St., Ste. 600 Syracuse, NY 13202 |
| Congregation of the Sisters of Saint Joseph of Carondelet (True Society of the Sisters of St. Joseph of Carondelet) | 10777 Sunset Office Dr., Ste. #10 St. Louis, MO 63127 | N/A | LaMarche Safranko Law PLLC 987 New Loudon Rd., Cohoes, New York 12047 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Congregation of the Sisters of the Holy Family of Nazareth (aka The Sisters of the Holy Family of Nazareth; Cenacle Sisters) | 310 N. River Rd. Des Plaines Illinois | N/A | McDermott Will & Emory LLP One Vanderbilt Ave. New York, NY 10017-3852 |
| Conventual Franciscans, Province of Our Lady of the Angels (d/b/a Franciscan Friars-Our Lady of the Angels Province, Inc.) | 517 Washington Ave. Rensselaer, NY 12144 | N/A | Lippes Mathias LLP Scott S. Allen, Jr., Esq. 50 Fountain Plaza, Ste. 1700 Buffalo, NY 14202 |
| Conventual Franciscans, Province of the Immaculate Conception B.V.M. (a/k/a Order of Friars Minor Conventual Immaculate Conception) | 517 Washington Ave. Rensselaer, NY 12144 | N/A | |
| Cortland Community College | Tompkins Cortland Community College 170 North St Dryden, NY 13053 | N/A | _ |
| Cortland State University | SUNY Cortland 22 Graham Ave Cortland, NY 13045 | N/A | _ |
| Elim Bible Institute and College | 7245 College St., Lima, NY 14485 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Hancock Estabrook LLP Attn.: Janet D. Callahan 1800 Axa Tower 1 Syracuse, NY 13202 |
| Felician Sisters of North America | 871 Mercer Rd. Beaver Falls, PA 15010 | N/A | Smith Sovik Kendrick & Sugnet PC Attn: Thomas Debernardis, Kevin Hulslander 250 South Clinton St., Ste. 600 Syracuse, NY 13202 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| First United Methodist Church of East Syracuse | 823 Franklin Park Dr. East Syracuse, NY 13057 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Fr. Albert J. Proud | 8901 New Hampshire Ave. Silver Springs, MD 20903 | N/A | – |
| Fr. Andrew B. Brizzolara** | **This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | – |
| Fr. Angelo L. Morbito | Deceased | N/A | – |
| Fr. Anthony Failla | Deceased | N/A | – |
| Fr. Anthony Welsh Cincotta | Deceased | N/A | – |
| Fr. Bernard A. Garstka | Deceased | N/A | – |
| Fr. Brian Callahan | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | – |
| Fr. Bruce Ritter, OFM Conv. | Deceased | N/A | – |
| Fr. Buckle** | Deceased | N/A | |
| Fr. C. Vincent Lane | 3300 East West Highway Apt. 660 Hyattsville, MD 20782 | N/A | – |
| Fr. Carmine | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | – |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Fr. Chester A. (Charles/Chuck) Miscercola | Deceased | N/A | = |
| Fr. Costello | Deceased | N/A | = |
| Fr. Cunningham | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | = |
| Fr. Daniel W. Casey Jr. | Deceased | N/A | = |
| Fr. David A. Pichette | PO BOX 4257 Fort Pierce, FL 34948-4257 | N/A | = |
| Fr. David J. Walker | Deceased | N/A | = |
| Fr. Donald J. Herbert | 1 Burr Ave. New York Mills, NY 13417 | N/A | Office of Peter M. Hobaica, LLC Attn.: Peter M. Hobaica, Esq. 2045 Genesee St. Utica, NY 1350 |
| Fr. Edmund Durr | 1223 Oak Ln., Bridgeport, NY 1303 | N/A | Office of Peter M. Hobaica, LLC Attn.: Peter M. Hobaica, Esq. 2045 Genesee St. Utica, NY 1350 |
| Fr. Theodore C. "Ted" Madore | 308 E. Locust Street Rome, NY 13440 | N/A | = |
| Fr. Felix R. Colosimo | Deceased | N/A | = |
| Fr. G. Edward Knight | Deceased | N/A | = |
| Fr. Guido Caverzan | Deceased | N/A | = |
| Fr. James A. Quinn | Deceased | N/A | = |
| Fr. James C. Hayes | Deceased | N/A | = |
| Fr. James Manley | Deceased | N/A | = |
| Fr. James O'Brien | The Nottingham 1301 Nottingham Road Apt. B-216 Jamesville, NY 13078 | N/A | = |
| Fr. Jerome Weber | 1613 Sunset Ave. Utica, NY 13502 | N/A | Office of Peter M. Hobaica, LLC Attn.: Peter M. Hobaica, Esq. 2045 Genesee St. Utica, NY 1350 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Fr. Jim | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | = |
| Fr. John Francis Harrold | Deceased | N/A | = |
| Fr. John Schopher | Cathedral of the Immaculate Conception 259 East Onondaga Street Syracuse New York 13202 | N/A | = |
| Fr. John V. Ahern | 1301 Nottingham Rd Jamesville, NY 13078 | N/A | = |
| Fr. Joseph Scardella | | N/A | Dennis Nathaniel Hawthorne 118 Cayuga St. Fulton, NY 13069 |
| Fr. Leo Heizman | Deceased | N/A | |
| Fr. Louis Aiello | Deceased | N/A | |
| Fr. Mario Simon | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | = |
| Fr. Paul Angelicchio | 4720 Sabre Ln., Manlius, NY 13104 | N/A | Hancock Estabrook LLP Attn.: Thomas John Murphy Attn.: Joseph Gregory Farrell 1800 Axa Tower 1 Syracuse, NY 13202 |
| Fr. R. Paul Mathis | 1319 State Rt. 49 Constantia, NY 13044 | N/A | = |
| Fr. Richard "Duke" Snyder | Deceased | | = |
| Fr. Robert A. Ours | 1307 1st North St. 2nd Syracuse, NY 13208-1615 | N/A | |
| Fr. Robert J. Birchmeyer | Deceased | N/A | |
| Fr. Robert J. Kloster (Fr. Bob) | Deceased | N/A | = |
| Fr. Steven J. Litz, Jr. | Deceased | N/A | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Fr. Thomas E. Neary, Jr. | Deceased | N/A | _ |
| Fr. Thomas F. Keating | Deceased | N/A | _ |
| Fr. Thomas Gyder | Deceased. | N/A | _ |
| Fr. Valentine Krul | c/o Mr. John Nastovich 212 Vassar Drive Newark, DE 19711 | N/A | _ |
| Fr. Vincent Lane. Jr. ** | 3300 East West Highway Apt. 660 Hyattsville, MD 20782 | N/A | _ |
| Fr. Wilhelm Golli | Deceased | N/A | _ |
| Fr. William Lorenz | _ | N/A | Felt Evans LLP Kenneth L. Bobrow 4-6 North Park Row Clinton, NY 13323 |
| Fr. George Wurz | St. Peter's Rectory 83 E. Albany Street Oswego, NY 13126 | N/A | _ |
| Franciscan Sisters of Allegany, NY Inc. | 115 East Main St. Allegany, NY 14706 | Franciscan Sisters of Allegany, N.Y., Inc. Address: R.D., Allegany, Ny, 14706 | _ |
| Frank G. Dimunco | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | _ |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Gethsemane United Methodist Church | 1700 Butternut St. Syracuse, NY 13208 | United Methodist Church Foundation, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | . |
| Girl Scouts of NYPENN Pathways, Inc. | 960 James St., 2nd Fl. Syracuse, NY 13203 | Secretary of State of the State of NY Attn.: Authorized Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Costello, Cooney & Fearon PLLC Attn: Jennifer Wang 211 W. Jefferson St., Ste. 1 Syracuse, NY 13202 |
| Girl Scouts of the United States of America | 420 Fifth Ave. New York, NY 10018 | Secretary of State of the State of NY Attn.: Authorized Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Hurwitz Fine P.C. Attn: Dan Kohane 1300 Liberty Building 424 Main St. Buffalo, NY 14202 |
| Girl Scouts Seven Lakes Council, Inc. | Secretary of State of the State of NY 99 Washington Ave, 6th Fl, Albany, NY 12231 | Secretary of State of the State of NY Attn.: Authorized Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Costello, Cooney & Fearon PLLC Attn: Jennifer Wang 211 W. Jefferson St, Ste. 1 Syracuse, NY 13202 |
| Greater New York Council | 155 E. 56th St., 2d Fl., New York, NY 10022 | Greater New York Councils, Boy Scouts of America 25 W. 43 St., New York, NY 10036 | "Wiggin and Dana LLP Attn.: Michael Leo Kenny 437 Madison Ave., Fl. 35 New York, NY 10022" |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Holy Family Church | 45 W 4th St. South Fulton, NY 13069 | Church of the Holy Family New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Holy Family Roman Catholic Church | 45 W 4th St. Fulton NY 13069  309 Buffalo St. Fulton, NY, 13069-1823 | N/A | = |
| Holy Trinity Church | 406 Court St. Syracuse, NY 13208 | N/A | = |
| Holy Trinity Roman Catholic Church and Parish | 1206 Lincoln Ave., Utica, NY 13502 | Holy Trinity, Church, New York New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Holy Trinity School | Holy Trinity 1206 Lincoln Ave. Utica, NY 13502-4592 | N/A | = |
| Immaculate Heart of Mary | 425 Beechwood Ave. Liverpool, NY 13088 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Immaculate Heart of Mary Church, Liverpool NY | 425 Beechwood Ave. Liverpool, NY 13088 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| James Francis Purtell | 1306 Chase Ave Binghamton, NY 13901 | N/A | = |
| James M. Moynihan Rev. | Deceased | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| John Allen | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | = |
| John Kendrick | Deceased | | = |
| Longhouse Council Inc., Boy Scouts of America (d/b/a Longhouse Council Inc. and/or Longhouse Council Inc., Boy Scouts of America, and/or Hiawatha Seaway Council, Inc., Boy Scouts of America and/or Hiawatha Council Inc., Boy Scouts of America) (a/k/a BSA Local Council) | 2803 Brewerton Rd Syracuse, NY 13211 | Attn.: The Corporation 2803 Brewerton Rd., Syracuse, NY 13211 | Mellick & Porter LLP 800 Third Ave., 28th Fl. New York, NY 10022 Littler Mendelson P.C. Attn.: Mathew William Beckwith One Century Tower 265 Church St., Ste. 300 New Haven, CT 06510 |
| Marist Brothers of the Schools Inc. | 83-53 Manton St. Jamaica, NY 11435 | Attn.: Brother Robert Kamarad Archbishop Malloy High S., 83-53 Manton St., Jamaica, NY 11435 | Biedermann Hoenig Semprevivo One Grand Central Place 60 East 42nd St., 36th Fl. New York, NY 10165 |
| McDonald's | 274 Genesee St. Oneida, NY 13421 | Attn.: The Prentice-Hall Corporation System, Inc. 2711 Centerville Rd., Ste. 400, Wilmington, DE 19808 | = |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Missionaries of St. Charles a/k/a the Scalabrinians | 546 N East Ave. Oak Park, IL 60302 | The Pious Society of the Missionaries of St. Charles Borromeo, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | = |
| Most Holy Rosary Church and School | 111 Roberts Ave. Syracuse, NY 13207<br><br>1031 Bellevue Ave Syracuse NY 13207 | Most Holy Rosary Foundation Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | = |
| Msgr. (Fr.) Francis Furfaro | Deceased | N/A | = |
| Msgr. Charles Eckermann | Deceased | N/A | = |
| Msgr. H. Charles Sewall | Deceased | N/A | = |
| Msgr. John R. Madden | Deceased | N/A | = |
| Msgr. Paul Brigandi | Deceased | N/A | |
| Nazareth Farm, Doddridge County, West Virginia | 665 Nazareth Farm Rd Salem, WV 26426<br><br>665 Nazareth Farm Rd Center Point, WV 26426 | N/A | = |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Notre Dame Junior/Senior High School f/k/a Notre Dame High School | 2 Notre Dame Ln. Utica, NY 13502 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Oakdale Racquetball Club | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A |  |
| Order Minor Conventals, Inc. i/s/a St. Anthony of Padua Province, Franciscan Fathers Minor Conventual, USA | 12300 Folly Quarter Rd. Ellicott City, MD 21042 | N/A | Harrington, Ocko & Monk, LLP 81 Main St., Ste. 215 White Plains, NY 10601 |
| Order of Friars Minor Conventual | St. Francis Friary 812 North Salina St. Syracuse, NY 13208 | c/o Order of Minor Conventals Attn.: The Corporation Office of the President, 812 N. Salina St., Syracuse, NY 13208 |  |
| Order of Preachers a/k/a Province of St. Joseph-Eastern Dominican Province a/k/a Dominican Fathers, Province of St. Joseph a/k/a Dominican Friars Province of St. Joseph a/k/a and d/b/a Dominican Foundation of Dominican Friars, Province of St. Joseph, Inc | 141 East 65th St. New York, NY 10065 | Attn.: The Corporation 141 East 65th St., New York, NY 10065 | Hurwitz Fine PC 1300 Liberty Building Buffalo, NY 14202 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Our Lady of Angels, Endwell NY | 3011 Phyllis St. Endwell, NY 13760 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Our Lady of Angels, Endwell NY | 3600 Phyllis St Endicott, NY 13760 | N/A | = |
| Our Lady of Hope Church of Syracuse, NY | 4845 S Salina St Syracuse, NY 13205 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Our Lady of Lourdes | c/o Mary, Mother of Our Savior Parish at Our Lady of Lourdes 2222 Genesee St. Utica, NY, 13502<br><br>2 Barton Ave. Utica, NY, 13502-5804 | N/A | = |
| Our Lady of Lourdes, Syracuse | 4845 South Salina St. Syracuse, NY, 13205-2704 | N/A | = |
| Our Lady of Pompei/St. Peter's | Church of Our Lady of Pompei/St. Peter 301 Ash St. Syracuse, NY, 13208-2620 | N/A | = |
| Our Lady of Pompeii St. Peter Church | 920 N. McBride St., Syracuse, NY 13208 | N/A | Mackenzie Hughes LLP Attn: Joseph G. Farrell Attn: Stephen T. Helmer, Esq. 440 South Warren Street, Suite 400 Syracuse, NY 13202-2601 |
| Our Lady of Pompeii, Cathedral Academy at Pompei | 923 N. McBride St., Syracuse, NY 13208 | N/A | Mackenzie Hughes LLP Attn: Joseph G. Farrell Attn: Stephen T. Helmer, Esq. 440 South Warren Street, Suite 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Pastime Athletic Club | 1314 N Salina St. Syracuse, NY 13208 | Pastime Athletic Club Of Syracuse, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | _ |
| Proctor House, Utica NY | Attn.: New Hartford Historical Society 2 Paris Rd. New Hartford, NY 13413 | N/A | _ |
| Randallsville Baptist Church | 1528 River Rd., Hamilton, NY 13346 | | Hancock Estabrook LLP Attn.: Janet D. Callahan 1800 Axa Tower 1 Syracuse, NY 13202 |
| Randallsville New Life Church | 1528 River Rd., Hamilton, NY 13346 | N/A | Hancock Estabrook LLP Attn.: Janet D. Callahan 1800 Axa Tower 1 Syracuse, NY 13202 |
| Raymond Jones | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | _ |
| Resurrection Life | 50 Kendrick Ave., Hamilton, NY 13346 | The Corporation 263 Hoffman St. Franklin Sq., NY 11010 | Goldberg Segalla LLP Attn.: Kenneth M. Alweis Attn.: Revecca Rose Rabideau 5786 Widewaters Pkwy. Syracuse, NL 13214 |
| Resurrection Life Fellowship | 3191 Cole Rd., Eaton, NY 13334 | The Corporation 263 Hoffman St. Franklin Sq., NY 11010 | "Goldberg Segalla LLP Attn.: Kenneth M. Alweis Attn.: Revecca Rose Rabideau 5786 Widewaters Pkwy. Syracuse, NL 13214" |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Rev. Douglas L. Lucia | _ | N/A | Mackenzie Hughes LLP<br>Attn: Dean J. DiPilato, Esq.<br>Attn: Stephen T. Helmer, Esq.<br>Attn: Lorraine R. Mertell, Esq.<br>440 South Warren St., Ste. 400<br>Syracuse, NY 13202-2601 |
| Rev. Father Ronald P. Buckel | Deceased | | _ |
| Robert Prior | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | _ |
| Sacred Heart Church | 8229 Brewerton Rd., Cicero, NY 13039 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Mackenzie Hughes LLP<br>Attn: Joseph G. Farrell<br>Attn: Stephen T. Helmer, Esq.<br>440 South Warren Street, Suite 400<br>Syracuse, NY 13202-2601 |
| Sacred Heart Parish and School (d/b/a Basilica of the Sacred Heart of Jesus) | 927 Park Ave. Syracuse, NY 13204 | Church of the Sacred Heart, Syracuse New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP<br>Attn: Dean J. DiPilato, Esq.<br>Attn: Stephen T. Helmer, Esq.<br>Attn: Lorraine R. Mertell, Esq.<br>440 South Warren St., Ste. 400<br>Syracuse, NY 13202-2601 |
| Seton Catholic Central of Broome County a/k/a Seton Catholic Central a/k/a Seton Catholic Central High School of Broome County (n/k/a Catholic Schools of Broome County) | 70 Seminary Ave Binghamton, NY 13905 | Friends Of Seton Catholic Central High School of Broome County, Inc. Attn: The Corp. 112 Broad Street, Endicott, Ny, 13760 | Mackenzie Hughes LLP<br>Attn: Dean J. DiPilato, Esq.<br>Attn: Stephen T. Helmer, Esq.<br>Attn: Lorraine R. Mertell, Esq.<br>440 South Warren St., Ste. 400<br>Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Seven Lakes Girl Scout Council | 401 N. Main St Saugerties, NY 12477 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Costello, Cooney & Fearon PLLC Attn: Jennifer Wang 214 W. Jefferson St Syracuse, NY 13202 |
| Sister Mary Carmichael | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | = |
| Sister Ruth | Deceased | | |
| Sisters of Charity of St. Louis | 6301 Riverdale Ave. Bronx, NY 10471-1093

4907 South Catherine St., Apt. 203 Plattsburgh, NY 12901 | Attn.: The Corporation 4907 South Catherine St., Apt. 203, Plattsburgh, NY 129601 | Siegel & Reiner, LLP 130 East 59th St., 12th Fl. New York, NY 10022 |
| Sisters of St. Francis of the Neumann Communities f/k/a The Sisters of the Third Franciscan Order of Syracuse | 960 James St., 2nd Fl. Syracuse, NY 13203 | Attn.: The Corporation 225 Greenfield Pl., Ste. 208, Liverpool, NY 13088 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Sisters of St. Joseph of Carondelet (True Society of the Sisters of St. Joseph of Carondele) | Sisters of St. Joseph Carondelet, St. Louis Province Attn.: Mary Frances Johnson, CSJ 6400 Minnesota Ave. St. Louis, MO 63111

Sisters of St. Joseph Carondelet Attn.: Mary McKay, CSJ, Registered Agent 10777 Sunset Office - Ste. 10 St. Louis, MO 6312

Sisters of St. Joseph of Carondelet Attn: Sister Joan Mary Hartigan, CSJ - Providence Dir. 385 Watervliet-Shaker Rd., Latham, NY 12110-4799 | Attn.: The Corporation 385 Watervliet-Shaker Rd., Latham, NY 12110 | LaMarche Safranko Law PLLC 987 New Loudon Rd. Cohoes, New York 12047 |
| Sisters of St. Joseph of Rochester | 150 French Rd Rochester, NY 14618 | Attn.: The Corporation 150 French Rd., Rochester, NY 14618 | Lacy Katzen LLP Attn: Peter Rodgers 600 Bausch and Lomb Pl Rochester, NY 14604 |
| St. Anthony and St. Agnes Church a/k/a St. Anthony & St. Agnes Parish

(f/k/a St. Anthony of Padua a/k/a St. Anthony of Padua Church) | 422 Tilden Ave. Utica, NY 13501 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Anthony of Padua a/k/a St. Anthony of Padua Church | 422 Tilden Ave. Utica, NY 13501 | Church of Saint Anthony of Padua New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Anthony of Padua School, Colvin St. (closed) | 411 W Colvin St. Syracuse, NY 13205  c/o St. Anthony of Padua 1515 Midland Ave. Syracuse, NY 13205  c/o Holy Cross Church 4112 E Genesee St. DeWitt, NY 13214 | N/A | = |
| St. Bernard's Roman Catholic Church d/b/a St. Bernard's Church Waterville NY (St. Bernard Parish) | 199 Stafford Ave. Waterville, NY 13480 | St. Bernard's Catholic Church of Waterville, Oneida Co. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Catherine of Siena Catholic Church, Hillcrest NY | 1031 Chenango St. Binghamton, NY 13901 | N/A | = |
| St. Catherine of Siena Church (a/k/a St. Francis of Assisi Church) (possibly merged with St. Christopher's) | 1031 Chenango St. Binghamton, NY 13901 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Cecilia aka St. Cecilia Church | 1001 Woods Rd. Solvay, NY 13209 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Cecilia's School | 103 3rd Street Solvay NY 13209 | N/A | |
| St. Francis | 229 W. Yates St. East Syracuse, NY 13057 St. Francis of Assisi 7820 Bridgeport-Minoa Rd. Bridgeport, NY, 13030 229 W. Yates St. East Syracuse, NY 13057-2361 | St. Francis Church New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | |
| St. Francis Church | 5334 Foster St. Durhamville, NY 13045 c/o St. Joseph Church 121 St. Joseph Place Oneida, NY 13421 | St. Francis Church New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Francis of Assisi Roman Catholic Church a/k/a The Church of St. Francis of Assisi a/k/a St. Francis of Assisi Parish | 1031 Chenango St. Binghamton, NY 13901 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. James Catholic School | 4837 S. Salina St., Syracuse, NY 13205 | N/A | |
| St. James Church, Johnson City | 147 Main St. Johnson City, NY 13790 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. James Church, Syracuse | 4845 S Salina St Syracuse, NY 13205 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. James Roman Catholic Church and Convent, Cazenovia | 6 Green St. Cazenovia, NY 13035 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. John the Baptist a/k/a Catholic Church of St. John the Baptist | 210 East Dominick St. Rome, NY 13440 | Church of St. John The Baptist New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. John the Baptist Church f/k/a Holy Trinity Church & School Syracuse a/k/a St. John the Baptist and Holy Trinity | c/o St. John the Baptist-Holy Trinity Church 406 Court St. Syracuse, NY 13208 | Church of Saint John The Baptist New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. John the Evangelist | 1263 Vestal Ave Binghamton, NY 13903 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. John the Evangelist | 35 3rd St., Camden, NY 13316 | N/A | |
| St. John the Evangelist Church | 66 Oxford Rd. New New Hartford, NY, 13413-2697 | N/A | - |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. John the Evangelist School, Binghamton, NY | 1263 Vestal Ave. Binghamton, NY 13903 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. John's Church and Roman Catholic Society in the City of Utica | c/o Historic Old St. John's Church 240 Bleecker St. Utica, NY 13501 | St. John's Church Society New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601  Woods Oviatt Gilman LLP Attn.: Timothy P. Lyster, Esq. 1900 Bausch & Lomb Place Rochester, NY 14604 |
| St. Joseph Catholic Church | 178 West 2nd St. Oswego NY 13126  5457 Shady Ave Lowville, NY 13367 | St. Joseph's Roman Catholic Church New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Joseph Church | 121 St. Joseph Pl. Oneida, NY 13421 | St. Joseph's Church, Oneida New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Joseph the Worker Church f/k/a St. Joseph's Church | 1001 Tulip St. Liverpool, NY 13088 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Joseph, The Worker, Ltd. | 280 Saratoga St. Cohoes, NY 12047 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Tobin and Dempf LLP 515 Broadway, 4th Fl. Albany, NY 1220 |
| St. Joseph's Catholic Church, Oswego | 240 W 1st St. Oswego, NY 13126

134 East 5th St. Oswego, NY, 13126

50 East Mohawk St. Oswego, NY 13126 | St. Josephs Roman Catholic Church New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Joseph G. Farrell Attn: Stephen T. Helmer, Esq. 440 South Warren Street, Suite 400 Syracuse, NY 13202-2601" |
| St. Joseph's | 5600 West Genesee St. Camillus, NY 13031 | N/A | |
| St. Leo's Church | c/o St. Leo's & St. Ann Catholic Church 7939 Elm St. Holland Patent, NY 13354 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Lucie's | 432 Gifford St Syracuse, NY 13204 | N/A | |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Lucy's Church | 432 Gifford St. Syracuse, NY 13204 | Saint Lucy's Church, Syracuse, N.Y. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Marianne Cope Parish a/k/a Saint Marianne Cope Parish a/k/a St. Marianne Cope | 1001 Woods Rd. Solvay, NY 13209  105 Stanton Ave. Solvay, NY 13209 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Mark's Lutheran Church | 2840 Cold Springs Rd. Baldwinsville, NY 13027 | N/A | Hogan Willig PLLC 2410 North Forest Rd., Ste. 301 Amherst, NY 14068 |
| St. Mark's Church  (St. Mark's a/k/a St. Mark's Church) | 440 Keyes Rd. Utica, NY 13502 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Mary of Mount Carmel - Blessed Sacrament Parish and Church | 648 Jay St. Utica, NY 13501 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Mary of the Assumption Roman Catholic Parish Church a/k/a St. Mary's Church a/k/a St. Mary | 103 West Seventh St. Oswego, NY 1326 | St. Mary of the Assumption Preservation Group Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Mary Roman Catholic Church | 48 North Main St. Cortland, NY 13045 | Roman Catholic Church of St. Mary's<br>New York Department of State<br>Attn.: Authorized Agent<br>One Commerce Plaza<br>99 Washington Avenue<br>Albany, NY 12231 | Mackenzie Hughes LLP<br>Attn: Dean J. DiPilato, Esq.<br>Attn: Stephen T. Helmer, Esq.<br>Attn: Lorraine R. Mertell, Esq.<br>440 South Warren St., Ste. 400<br>Syracuse, NY 13202-2601 |
| St. Mary's (a church close to St. Francis in Durhamville) | 6148 Irish Ridge Rd. Durhamville, NY 13054 | N/A | _ |
| St. Mary's Church | 59 N Main St. Cortland, NY 13045<br><br>46 North Main St. Cortland, NY 13045 | Roman Catholic Church of St. Mary's<br>New York Department of State<br>Attn.: Authorized Agent<br>One Commerce Plaza<br>99 Washington Avenue<br>Albany, NY 12231 | Mackenzie Hughes LLP<br>Attn: Dean J. DiPilato, Esq.<br>Attn: Stephen T. Helmer, Esq.<br>Attn: Lorraine R. Mertell, Esq.<br>440 South Warren St., Ste. 400<br>Syracuse, NY 13202-2601 |
| St. Mary's Church | 16 Wylie Ave., Hamilton, NY 13346 | N/A | |
| St. Mary's Church and St. Mary's School in Cortland, New York | 61 North Main St. Cortland, NY 13045 | Roman Catholic Church of St. Mary's<br>New York Department of State<br>Attn.: Authorized Agent<br>One Commerce Plaza<br>99 Washington Avenue<br>Albany, NY 12231 | Mackenzie Hughes LLP<br>Attn: Dean J. DiPilato, Esq.<br>Attn: Stephen T. Helmer, Esq.<br>Attn: Lorraine R. Mertell, Esq.<br>440 South Warren St., Ste. 400<br>Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Matthew's Church in East Syracuse, NY | 100 Kinne St. East Syracuse, NY, 13057<br><br>229 W. Yates St. East Syracuse, NY 13057-2361 | N/A | - |
| St. Michaels Church and St. Edwards Church | 108 St. Edwards St. Brooklyn, NY 12205 | N/A | - |
| St. Patrick a/k/a St. Patrick Church a/k/a St. Patrick Church | P.O. Box 27, Parish, NY 13131 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Mackenzie Hughes LLP Attn: Joseph G. Farrell Attn: Stephen T. Helmer, Esq. 440 South Warren Street, Suite 400 Syracuse, NY 13202-2601 |
| St. Patrick Mission<br><br>St. Patrick's, Forestport, NY (the corresponding state court complaint names St. Patrick Mission in Forestport) | 12000 River St. Forestport, NY 1333 | St. Patrick's Church New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Patrick's, a/k/a St. Patrick's Church, a/k/a St. Patrick Church, Binghamton NY | 9 Leroy St. Binghamton, NY 13905 | St. Patrick's Catholic Church of Binghamton, N.Y. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Paul's Catholic Church | 16 Park Ave. Whitesboro, NY 13492 | St. Paul's Church New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Paul's Church and School | Christ the Good Shepard and Trinity Catholic School c/o Rev. John W. Canorro 50 East Mohawk St. Oswego, NY 13126 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Paul's Church in Binghamton, NY | 15 Doubleday St. Binghamton, NY, 13901-2501 | N/A | . |
| St. Paul's Roman Catholic Church of Norwich NY | 30 Pleasant St. Norwich, NY 13815 | St. Paul's Church, of Norwich, N.Y. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Peter a/k/a St. Peter's Parish<br><br>St. Peter's Catholic Church<br><br>(St. Peter's aka St. Peter Church aka St. Peter's Catholic Church)<br><br>St. Peter's Church of Utica, N.Y. | 422 Coventry Ave. Utica, NY 13502 | St. Peter's Church of Utica, N.Y. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Peter Roman Catholic Parish Church | 200 N James St Rome, NY 13440 | St. Peters Church, Rome New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Stephen | 305 North Geddes St. Syracuse, NY 1304 | St. Stephen's Latin Mass Community of Syracuse, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| St. Stephen, Syracuse NY | 927 Park Ave. Syracuse, NY, 13204-2123 | N/A | _ |
| St. Tarcisius Parish and Church | 562 Waverly St. Framingham MA 01702 | N/A | White & McSpedon, P.C. 875 Ave. of the Americas, Ste. 800 New York, NY 10001 |
| St. Vincent de Paul - Blessed Sacrament Church of Vestal, N.Y. | 465 Clubhouse Rd Vestal, NY 13850 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| St. Vincent de Paul-Blessed Sacrament Church a/k/a St. Vincent de Paul Blessed Sacrament Church a/k/a The Catholic Community of St. Vincent de Paul and Blessed Sacrament a/k/a St. Vincent de Paul and Blessed Sacrament Church a/k/a St. Vincent Roman de Paul - Blessed Sacrament Church of Vestal NY | 165 Clifton Blvd Vestal, NY 13850 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 <br><br> Woods Oviatt Gilman LLP Attn.: Timothy P. Lyster, Esq. 1900 Bausch & Lomb Place Rochester, NY 14604 |
| State University of New York at Oswego | 7060 NY 104 Oswego, NY 13126 | Auxiliary Services, State University College at Oswego, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | _ |
| Sts. Cyril and Methodius Roman Catholic Parish Church | 148 Clinton St. Binghamton, NY 13905 | Saints Cyril and Methodius Church <br><br> Attn: Bishop Paul Verhaeren 66 Lauer Rd., Poughkeepsie, Ny, 12603 | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| Sts. John & Andrew a/k/a Parish of Saints John & Andrew | 1263 Vestal Ave Binghamton, NY 13903 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| SUNY Cortland | 22 Graham Ave. Cortland, NY 13045 | N/A | _ |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Susquenango Council, Boy Scouts of America, Inc. | Kenny, Esq., Wiggin and Dana LLP Attn. Michael Leo 437 Madison Ave, Fl. 35, New York, NY 10022 | N/A | Melick & Porter LLP Mathew W. Beckwith 800 Third Ave., 28th Fl. New York, NY 10022 |
| The Cathedral in Syracuse | 259 East Onondaga St. Syracuse, NY, 13202 | Cathedral of the Immaculate Conception New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | . |
| The Church of the Blessed Sacrament | 465 Clubhouse Rd Vestal, NY 13850 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601 |
| The Church of the Blessed Sacrament | 13 Cenacle Plaza Johnson City, NY 13790 | N/A | Mackenzie Hughes LLP Attn: Dean J. DiPilato, Esq. Attn: Stephen T. Helmer, Esq. Attn: Lorraine R. Mertell, Esq. 440 South Warren St., Ste. 400 Syracuse, NY 13202-2601  Woods Oviatt Gilman LLP Attn.: Timothy P. Lyster, Esq. 1900 Bausch & Lomb Place Rochester, NY 14604 |
| The House of Good Shepard | 17 Herkimer Rd. Utica, NY 13502 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Barclay Damon LLP Attn: Mark Whitford, Amanda Miller 2000 Five Star Bank Plaza 100 Chestnut St. Rochester, NY 14604 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| The Jesuits at Le Moyne College Inc. | 1419 Salt Springs Rd. Syracuse, NY 13214 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Rivkin Radler, LLP 926 RXR Plaza Uniondale, NY 11556 Bond Schoeneck & King One Lincoln Center Syracuse, NY 13202 |
| The Marist Brothers | 70-20 Juno St. Forest Hills, NY 11375 | Secretary of State of the State of NY Attn.: Registered Agent 99 Washington Ave, 6th Fl, Albany, NY 12231 | Biedermann Hoenig Semprevivo, a Professional Corp. One Grand Central Place 60 East 42nd St., 36th Fl. New York, NY 10165 |
| The Pious Society of the Missionaries of St. Charles Borromeo Inc. | 27 Carmine St. New York, NY 10014 | Attn.: Rev. Horecio Carlos Anklan, C.S. 27 Carmine St., New York, NY 10014 | Kirsch & Niehaus PLLC Murphy & King, P.C. 950 Third Ave., Ste. 1900  New York, NY 10022 |
| The Roman Catholic Archdiocese of Boston | 66 Brooks Dr Braintree MA 02184 | Attn.: Catholic Charitable Bureau of the Archdiocese of Boston 275 W. Broadway, Boston, MA 02127 | White & McSpedon P.C. 875 Ave. of the Americas, Ste. 800 New York, NY 10001 |
| The Roman Catholic Church of St. Joseph Patron of the Universal Church | 185 Suydam St. Brooklyn, NY 11221 | N/A | Scahill Law Group P.C. 1065 Stewart Ave., Ste. 201 Bethpage, NY 1171 |
| The Roman Catholic Diocese of Brooklyn, New York | 310 Prospect Park West, Brooklyn, NY 11215 | N/A | Shaub, Ahmuty, Citrin & Spratt LLP 1983 Marcus Ave. Lake Success, NY 11042-1056 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Tompkins Cortland Community College | 170 North St. Dryden, NY 13053 | Tompkins Cortland Community College Foundation, Inc. New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | = |
| Trinity High School, Garfield Heights, Ohio | 12425 Granger Rd. Garfield Heights, OH 44125 | Trinity High School, Inc. Robert D Kehoe 1111 Superior Ave, Ste 1330 Cleveland OH 44114 | = |
| Unknown church in McGraw, NY | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | N/A | = |
| USA Northeast Province of the Society of Jesus i/s/h/a USA Northeast Province of the Society of Jesus a/k/a Jesuits USA Northeast Province | 39 East 83rd St. New York, NY 10028 | Attn.: The Corporation 39 East 83rd St., New York, NY 10028 | Rivkin Radler, LLP 926 RXR Plaza Uniondale, NY 11556 |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| Wilson Memorial Hospital | 33-57 Harrison St Johnson City, NY 13790 | The Auxiliary of the Wilson Memorial Regional Medical Center New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | = |
| YMCA | This Person/Entity is not known to the Diocese and, after a reasonable search and inquiry by the Diocese, has not been identified. | Alliance of New York State YMCAS, Inc. Attn.: Kyle Stewart 465 New Karner Rd., Albany, NY 12205 | = |
| YMCA - Binghamton | 61 Susquehanna St. Binghamton, NY 13901 | Young Men's Christian Association of Broome County New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | = |

| Claimant/Defendant | Address | Registered Agent | Attorney |
|---|---|---|---|
| YMCA of Broome County | 61 Susquehanna St Binghamton NY 13901 | Young Men's Christian Association of Broome County New York Department of State Attn.: Authorized Agent One Commerce Plaza 99 Washington Avenue Albany, NY 12231 | McGivney, Kluger, Clark & Intoccia P.C. 100 Madison St., Ste. 1640 Syracuse, NY 13215 |

<u>**SCHEDULE 3**</u>
**Catholic Directory Notice Parties**

| <u>**Entity / Office Name**</u> | <u>**Address From Catholic Directory**</u> | <u>**Address as Currently Publicly Available (if different)**</u> |
|---|---|---|
| <u>**City of Syracuse – Oneida County**</u> | | |
| Cathedral of the Immaculate Conception | 259 E. Onondaga St., Syracuse, NY 13202 | |
| Cathedral of the Immaculate Conception – School | 420 Montgomery St., Syracuse, NY 13202 | Closed |
| Assumption B.V.M. (German) | 812 North Salina St., Syracuse, NY 13208 | |
| Assumption Cemetery Corporation | 2401 Court St., Syracuse, NY 13208 | |
| Blessed Sacrament | 3127 James St., Syracuse, NY 13206 | |
| Blessed Sacrament – School | 3131 James St., Syracuse, NY 13206 | 3129 James St., Syracuse, NY 13206 |
| Holy Trinity (German) | 501 Park St., Syracuse, NY 13203 | Closed |
| Holy Trinity – School | 125 Jasper St., Syracuse, NY 13203 | Closed |
| Most Holy Rosary | 111 Roberts Ave., Syracuse, NY 13207 | |
| Most Holy Rosary – School | 1031 Bellevue Ave., Syracuse, NY 13207 | |
| Our Lady of Lourdes | 300 Valley Dr., Syracuse, NY 13207 | |
| Our Lady of Lourdes – School | 301 Valley Dr., Syracuse, NY 13207 | Closed |
| Our Lady of Pompei (Italian) | 301 Ash. St., Syracuse, NY 13208 | |
| Our Lady of Pompei – Convent | 920 North McBride St., Syracuse, NY 13208 | |
| Our Lady of Pompei – School | 915-197 N. McBride St., Syracuse, NY 13208 | 923 N. McBride St., Syracuse, NY 13208 |
| Our Lady of Solace | 516 Salt Springs Rd., | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | Syracuse, NY 13225 | |
| Our Lady of Solace – School | 704 Salt Springs Rd., Syracuse, NY 13224 | Closed |
| Sacred Heart (Polish) | 927 Park Ave., Syracuse, NY 13204 | |
| Sacred Heart – School | 1001 Park Ave., Syracuse, NY 13204 | Closed |
| St. Andrew the Apostle | 124 Alden St., Syracuse, NY 13210 | Closed |
| St. Ann | 4461 Onondaga Blvd., Syracuse, NY 13219 | St. Charles – St. Ann Parish Office 501 S. Orchard Rd., Syracuse, NY 13219 |
| St. Ann – School | 4461 Onondaga Blvd., Syracuse, NY 13219 | Closed |
| St. Anthony of Padua | 1515 Midland Ave., Syracuse, NY 13205 | |
| St. Anthony of Padua – School | 417 W. Colvin St., Syracuse, NY 13205 | Anthony's Pre-K 417 W. Colvin St., Syracuse, NY 13205 |
| St. Brigid and St. Joseph | 318 Herkimer St., Syracuse, NY 13204 | Closed |
| St. Brigid and St. Joseph – School | 318 Herkimer St., Syracuse, NY 13204 | Closed |
| St. Charles | 417 S. Orchard Rd., Syracuse, NY 13219 | St. Charles – St. Ann Parish Office 501 S. Orchard Rd., Syracuse, NY 13219 |
| St. Charles – School | 200 W. High Terrace, Syracuse, NY 13219 | |
| St. Charles – Convent | 401 E. Corey Rd., Syracuse, NY 13219 | |
| St. Daniel | 3004 Court St., Syracuse, NY 13208 | |
| St. Daniel – School | 3004 Court St., Syracuse, NY 13208 | St Daniels Chapel and Religious Ed. School |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | | 611 Roxford Rd S., Syracuse, NY 13208 |
| St. James | 4845 S. Salina St., Syracuse, NY 13205 | |
| St. James – School | 111 Munson Dr., Syracuse, NY 13205 | Closed |
| St. James – Convent | 111 Munson Dr., Syracuse, NY 13205 | |
| St. John the Baptist | 406 Court St., Syracuse, NY 13208 | |
| St. John the Baptist – School | 1406 Park St., Syracuse, NY 13208 | |
| St. John the Evangelist | 214 N. State St., Syracuse, NY 13203 | Closed |
| St. Lucy | 432 Gifford St., Syracuse, NY 13204 | |
| West Side Catholic at St. Lucy's – School | 422 Gifford St., Syracuse, NY 13204 | West side Learning Center, 422 Gifford St., Syracuse, NY 13204 |
| St. Patrick | 216 N. Lowell Ave., Syracuse, NY 13204 | |
| St. Patrick – School | 2066 Schuyler St., Syracuse, NY 13204 | Closed |
| St. Peter (Italian) | 709 James St., Syracuse, NY 13203 | Our Lady of Pompei/St. Peter 301 Ash St., Syracuse, NY 13208 |
| St. Stephen (Slovak) | 305 N. Geddes St., Syracuse, NY 13204 | Closed |
| St. Therese the Little Flower of Jesus | 112 Lancaster Pl., Syracuse, NY 13210 | All Saints Church 1340 Lancaster Ave., Syracuse, NY 13210 |
| St. Therese the Little Flower of Jesus – Parish Helpers | 1226 Lancaster Ave., Syracuse, NY 13210 | |
| St. Vincent de Paul | 342 Vine St., Syracuse, NY 13203 | |
| St. Vincent de Paul – School | 1101 Burnet St., Syracuse, | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
|  | NY 13203 |  |
| St. Vincent de Paul – Convent | 1101 Burnet St., Syracuse, NY 13203 |  |
| Transfiguration (Polish) | 740 Teall Ave., Syracuse, NY 13206 |  |
| **OUTSIDE THE CITY OF SYRACUSE** | | |
| **Bainbridge – Chenango County** | | |
| St. John the Evangelist | 34 S. Main St., Bainbridge, NY 13733 |  |
| St. John the Evangelist – Mission – St. Agnes | St. Agnes Afton, NY 13730 | St. Agnes Spring St., Afton, NY 13730 |
| **Baldwinsville – Onondaga County** | | |
| St. Augustine | 7333 O'Brien Rd., Baldwinsville, NY 13027 | 7499-7301 Obrien Rd., Baldwinsville, NY 13027 |
| St. Elizabeth Ann Seton | 3494 NYS Rte. 31, Baldwinsville, NY 13027 | 3494 NY-31, Baldwinsville, NY 13027 |
| St. Mary | 47 Syracuse St., Baldwinsville, NY 13027 | St. Mary of the Assumption 47 Syracuse St., Baldwinsville, NY 13027 |
| St. Mary – School | 50 Syracuse St., Baldwinsville, NY 13027 | St. Mary's Academy 49 Syracuse St., Baldwinsville, NY 13027 |
| **Binghamton – Broome County** | | |
| St. Andrew | 354 Conklin Ave., Binghamton, NY 13903 | Closed |
| St. Andrew – Parish Center | 356 Conklin Ave., Binghamton, NY 13903 | Closed |
| St. Ann | 346 Prospect St., Binghamton, NY 13905 | Closed |
| St. Ann – Convent | 340 Prospect St., Binghamton, NY 13905 | Closed |
| Diocese of Syracuse – Religious Ed Office | 340 Prospect St., Binghamton, NY 13905 | Closed |
| St. Catherine | 1031 Chenango St., Binghamton, NY13901 | Closed |
| St. Catherine – School | 1031 Chenango St., | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | Binghamton, NY13901 | |
| St. Christopher | 103 Castle Creek Rd., Binghamton, NY 13901 | Closed |
| SS. Cyril and Method (Slovak) | 148 Clinton St., Binghamton, NY 13905 | |
| St. John the Evangelist | 1263 Vestal Ave., Binghamton, NY 13903 | Closed |
| St. John the Evangelist – School | 7 Livingston, St., Binghamton, NY 13903 | 9 Livingston St., Binghamton, NY 13901 |
| St. Joseph (Lithuanian) | 1 Judson Ave., Binghamton, NY 13905 | Closed |
| St. Mary of the Assumption | 37 Fayette St., Binghamton, NY 13901 | |
| St. Patrick | 9 Leroy St., Binghamton, NY 13905 | |
| St. Patrick – School | 31 Front St., Binghamton, NY 13905 | Closed |
| St. Patrick – Convent | 46 Oak St., Binghamton, NY 13905 | Closed |
| St. Paul | 15 Doubleday St., Binghamton, NY 13901 | |
| St. Stanislaus Kostka | 368 Prospect St., Binghamton, NY 13905 | Closed |
| St. Stanislaus Kostka – School | 372 Prospect St., Binghamton, NY 13905 | Closed |
| St. Thomas Aquinas | 1 Aquinas St., Binghamton, NY 13905 | |
| St. Thomas Aquinas – School | 4 Aquinas St., Binghamton, NY 13905 | Closed |
| **Vestal – Broome County** | | |
| St. Vincent de Paul | 165 Clifton Blvd., Vestal, NY 13850 | |
| St. Vincent de Paul – Catechetical Center | 465 Clubhouse Rd., Vestal, NY 13850 | Closed |
| **Boonville – Oneida County** | | |
| St. Joseph | 110 Charles St., | Christ our Hope at St. Joseph |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | Boonville, NY 13309 | 108 Charles St., Boonville, NY 13309 |
| St. Joseph – Catechetical School | 106 Charles St., Boonville, NY 13309 | Closed |
| St. Joseph – Convent | 108 Charles St., Boonville, NY 13309 | Closed |
| St. Joseph – School | 372 Prospect St., Binghamton, NY 13309 | Closed |
| **Brewerton – Onondaga County** | | |
| St. Agnes | 5472 Bartell Rd., Brewerton, NY 13029 | Closed |
| **Bridgeport – Onondaga County** | | |
| St. Francis of Assisi | Bridgeport, NY 13030-0550 | 7820 Bridgeport-Minoa Road, Brifgeport, NY 13030<br><br>229 W. Yates St. East, Syracuse, NY 13057 |
| St. Francis of Assisi – Parish Center | Bridgeport, NY 13030-0550 | Closed |
| **Camden – Onondaga County** | | |
| St. John the Evangelist | 22 Church St., Camden, NY 13316 | |
| **Camillus – Onondaga County** | | |
| St. Joseph | 5600 W. Genesee St., Camillus, NY 13031 | |
| **Canastota – Madison County** | | |
| St. Agatha | 329 N. Peterboro St., Canastota, NY 13032 | Sprit of Hope at St. Agatha 329 N. Peterboro St., Canastota, NY 13032 |
| St. Agatha – Religious Education Center and Convent | 406 Spencer St., Canastota, NY 13032 | |
| **Cazenovia – Madison County** | | |
| St. James | 6 Green St., Cazenovia, NY 13035 | |
| St. James – Religious Education Center | 15 Sullivan St., Cazenovia, NY 13035 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **Central Square – Oswego County** | | |
| St. Michael | 249 S. Main St.,  P.O. Box 514, Central Square, NY 13036 | Closed |
| **Chadwicks – Oneida Co.** | | |
| St. Anthony of Padua | 3364 Oneida St., Chadwicks, NY 13319 | Closed |
| St. Anthony of Padua – Catechetical School | 3368 Oneida St., Chadwicks, NY 13319 | Closed |
| **Chenango Forks – Broome County** | | |
| St. Rita | R.D. No. 2, Box 498, Chenango Forks, NY 13746<br><br>2530 NYS Rt. 12, Chenango Forks, NY 13746 | Closed |
| **Chittenango – Madison County** | | |
| St. Patrick | Murray Dr., R.D. 1, Chittenango, NY 13037 | 1341 Murray Drive, Chittenango, NY 13037 |
| **Cicero – Onondaga County** | | |
| Sacred Heart | 8229 S. Main St., Cicero, NY 13039 | 8229 Brewerton Rd., Cicero, NY 13039 |
| **Clark Mills – Oneida County** | | |
| Church of the Annunciation | Box 396, 25 South St., Clark Mills, NY 13321<br><br>R.R. 1, Box 228 G Clinton, NY 13323 | 7616 E. South St., Clinton, NY 13323 |
| **Clayville – Oneida County** | | |
| St. Patrick | 8 Rose St., Clayville, NY 13322 | Closed |
| **Cleveland – Oswego County** | | |
| St. Mary of the Assumption | Lake St., Cleveland, NY 13042 | Closed |
| St. Mary of the Assumption – | St. Bernadette, Constantia, | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Mission – Constantia | NY 13044 | |
| **Clinton – Oneida County** | | |
| St. Mary | 13 Marvin St., Clinton, NY 13323 | |
| St. Mary – School | 11 Marvin St., Clinton, NY 13323 | 13 Marvin St., Clinton, NY 13323 |
| **Cortland – Cortland County** | | |
| St. Anthony (Italian) | 45 Crandall St., Cortland, NY 13045 | St. Anthony of Padua<br>50 Pomeroy St., Cortland, NY 13045 |
| St. Mary | 44 N. Main St, Cortland, NY 13045 | 46 N. Main St., Cortland, NY 13045 |
| St. Mary – School | 61 N. Main St., Cortland, NY 13045 | |
| St. Mary – Mission – McGRaw | St. Joseph, McGraw, NY | Closed |
| St. Mary – Mission – Virgil | St. Joseph, Virgil, NY | Closed |
| **Deposit- Broome County** | | |
| St. Joseph | 98 Second St., Deposit, NY 13754 | |
| St. Joseph – Parish Center | 74 Second St., Deposit, NY 13754 | |
| **Dewitt – Onondaga County** | | |
| Holy Cross | 4112 E. Genessee St., Dewitt, NY 13214 | |
| Holy Cross – School | 4250 E. Genesee St., Dewitt, NY 13214 | 4200 E. Genesee St., Syracuse, NY 13214 |
| **Durhamville – Oneida County** | | |
| St. Francis | 5334 Foster St., Durhamville, NY 13054 | Closed |
| St. Francis – Mission – Irish Ridge | St. Mary, Irish Ridge, NY | Spirit of Hope at St. Mary Devotional Chapel<br>6148 Irish Ridge Rd., Irish Rdige, NY 13054<br><br>P.O. Box 189, Irish Ridge, NY 13054 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **East Syracuse – Onondaga County** | | |
| St. Matthew | 229 W. Yates St., East Syracuse, NY 13057 | |
| St. Matthew – School | 226 W. Heman St., East Syracuse, NY 13057 | Closed |
| **Endicott – Broome County** | | |
| Our Lady of Good Counsel | 701 W. Main St., Endicott, NY 13760 | |
| Our Lady of Good Counsel – School | 705 W. Main St., Endicott, NY 13760 | Closed |
| St. Ambrose | 203 Washington Ave., Endicott, NY 13760 | |
| Endicott Religious Education Center | St. Anthony's Rectory 306 Odell Ave., Endicott, NY 13760 | Closed |
| St. Anthony of Padua (Italian) | 306 Odell Ave., Endicott, NY 13760 | 300 Odell Ave., Endicott, NY 13760 |
| St. Anthony of Padua Consolidated – School | 906 Jenkins St., Endicott, NY 13760 | St. Anthony's Learning Center 906 Jenkins St., Endicott, NY 13760 |
| St. Casimir | 212 N. Mckinley St., Endicott, NY 13760 | Closed |
| St. Joseph (Slovak) | 207 Hayes Ave., Endicott, NY 13760 | |
| St. Joseph – School | 210 N. Jackson Ave., Endicott, NY 13760 | |
| **Endwell – Broome County** | | |
| Christ the King | 501 Davis Ave., Endwell, NY 13760 | Closed |
| Our Lady of Angels | 3011 Phyllis St., Endwell, NY 13760 | c/o Church of the Holy Family 3600 Phyllis St., Endwell, NY 13760 |
| **Fairmount – Onondaga County** | | |
| Holy Family | 119 Chapel Dr., Syracuse, NY 13219 | 3600 Phyllis St., Endwell, NY 13760 |
| Holy Family – School | 123 Chapel Dr., Syracuse, | 130 Chapel Dr., Syracuse, NY |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | NY 13219 | 13219 |
| **Fayetteville – Onondaga County** | | |
| Immaculate Conception | 400 Salt Springs St., Fayetteville, NY 13066 | |
| Immaculate Conception – School | 400 Salt Springs St., Fayetteville, NY 13066 | |
| **Florence – Oneida County** | | |
| St. Mary | R.D. No. 3, Camden, NY 13316 | Closed |
| St. Mary – Mission – St. Paul | St. Paul Redfield, NY 13437 | |
| **Forestport – Oneida County** | | |
| St. Patrick | Forestport, NY 13338 | Christ our Hope at St. Patrick Mission 12000 River St., Forestport, NY 13338<br><br>c/o St. Joseph Church Boonville 108 Charles St., Boonville, NY 13309 |
| St. Patrick – Mission – St. Mary of the Snows | St. Mary of the Snows Otter Lake, NY 13338 | 14040 NY 28, Otter Lake, NY 13338<br><br>c/o St. Joseph Church Boonville 108 Charles St., Boonville, NY 13309 |
| **Fulton – Oswego County** | | |
| Holy Family | 45 W. 4th St., Fulton, NY 13069 | Closed |
| Immaculate Conception | 57 S. Third St., Fulton, NY 13069 | Closed |
| St. Michael | 301 Beech St., Fulton, NY 13069 | Closed |
| **Greene – Chenango County** | | |
| Immaculate Conception | 20 Coventry Rd., Greene, NY 13778 | 1180 State Highway 206, Greene, NY 13778 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **Hamilton – Madison County** | | |
| St. Mary | 16 Wylie St., Hamilton, NY 13346 | |
| **Hannibal – Oswego County** | | |
| Our Lady of the Rosary | Cayuga St., Hannibal, NY 13074 | 931 Cayuga St., Hannibal, NY 13074<br><br>50 E. Mohawk St., Oswego, NY 13126 |
| Our Lady of the Rosary – Mission – St. Joseph | St. Joseph, Oswego, NY 13126 | Closed |
| **Hinckley – Oneida County** | | |
| St. Ann | St. Ann, Hinckley, NY 13352 | Closed |
| **Holland Patent – Oneida County** | | |
| St. Leo | Elm St., Holland Patent, NY 13354 | The Parish Community of St. Leo & St. Ann<br>7937 Elm St., Holland Patent, NY 13354<br><br>P.O. Box 185, Holland Patent, NY 13354 |
| **Homer – Cortland County** | | |
| St. Margaret | 14 Copeland Ave., P.O. Box 367, Homer, NY 13077 | 14 Copeland Ave., Homer, NY 13077 |
| **Jamesville – Onondaga County** | | |
| St. Mary | 6437 E. Seneca Tpke., Jamesville, NY 13078 | Closed |
| **Johnson City – Broome County** | | |
| Blessed Sacrament | Cenacle Plaza, Johnson City, NY 13790 | Closed |
| Blessed Sacrament – School | Cenacle Plaza, Johnson City, NY 13790 | Closed |
| St. James | 155 Main St., Johnson City, NY 13790 | 147 Main St., Johnson City, NY 13790 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. James – School | 147 Main St., Johnson City, NY 13790 | 143 Main St., Johnson City, NY 13790 |
| St. James – Convent | 147 Main St., Johnson City, NY 13790 | |
| **Jordan – Onondaga County** | | |
| St. Patrick | 28 N. Main St., Jordan, NY 13080 | |
| St. Patrick – CCD Center | 28 N. Main St., Jordan, NY 13080 | Closed |
| **Kirkwood – Broome County** | | |
| St. Mary | Box 382, R.D.2., Kirkwood, NY 13795 | 975 State Rte. 11, Kirkwood, NY 13795 |
| **Lacona – Oswego County** | | |
| St. Frances Xavier Cabrini | 9106 Salina St., Lacona, NY 13083<br><br>3825 Tifft St., Lacona, NY 13083 | Closed |
| St. Frances Xavier Cabrini – Mission – St. Mary | St. Mary<br>P.O. Box H, Altmar, NY 13083 | Closed |
| **Lafayette – Onondaga County** | | |
| St. Joseph | 6104 Cherry Valley Rd., Box 169, Lafayette, NY 13084 | Church of the Nativity at St. Joseph<br>6104 US Route 20, Lafayete NY 13084<br><br>P.O. Box 169, Lafayette, NY 13084 |
| **Lakeland – Onondaga County** | | |
| Our Lady of Peace | 203 Halcomb St., Syracuse, NY 13209 | St. Marianne Cope Parish at Our Lady of Peace<br>203 Halcomb St., Lakeland, NY 13209<br><br>105 Stanton Ave., Solvay, NY |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | | 13209 |
| Lee Center – Oneida County | | |
| St. Joseph | St. Peter's Convent, Lee Center, NY 13363 | 5748 Stokes Lee Center Road, Lee Center, NY 13363 |
| Liverpool – Onondaga County | | |
| Christ the King | 26 Cherry Tree Circle., Liverpool, NY 13088 | 21 Cherry Tree Circle., Liverpool, NY 13090 |
| Christ the King – Parish Center | 21 Cherry Tree Cir., Liverpool, NY 13088 | |
| Immaculate Heart of Mary | 425 Beechwood Ave., Liverpool, NY 13088 | Closed |
| Immaculate Heart of Mary – Catechetical Center | 427 Beechwood Ave., Liverpool, NY 13088 | Closed |
| St. John | 8290 Soule Rd., Liverpool, NY 13088 | Pope John XXIII Roman Catholic Church 8290 Soule Rd., Liverpool, NY 13090 |
| St. Joseph the Worker | 1001 Tulip St., Liverpool, NY 13088 | Epiphany Parish 1001 Tulip St., Liverpool, NY 13088 |
| Maine – Broome County | | |
| Holy Rosary | 36 Main St., Box 248, Maine, NY 13802 | Most Holy Rosary 2596 Main St., Maine, NY 13802 |
| Manlius – Onondaga County | | |
| St. Ann | 104 Academy St., Manlius, NY 13104 | |
| Marathon – Cortland County | | |
| St. Stephen | 12 Academy St., P.O. Box 475, Marathon, NY 13803 | Catholic Community of St. Stephen – St. Patrick 16 Academy St., Marathon, NY 13803<br><br>59 Keibel Road, P.O. Box 711, Whitney Point, NY 13862 |
| St. Stephen – Mission – Our | Our Lady of Perpetual | Our Lady of Perpetual Help |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Lady of Perpetual Help | Help<br>Cincinnatus, NY 13040 | Mission<br>2708 Lower Cincinnatus Rd., Cincinnatus, NY 13040<br><br>P.O. Box 310, Cincinnatus, NY 13040 |
| **Marcellus – Onondaga County** | | |
| St. Francis Xavier | 1 W. Main St., P.O. Box 177, Marcellus, NY 13108 | |
| **Mattydale – Onondaga County** | | |
| St. Margaret | 203 Roxboro Rd., Syracuse, NY 13211 | |
| St. Margaret – School | 201 Roxboro Rd., Mattydale, NY 13211 | Closed |
| **Mexico – Oswego County** | | |
| St. Mary Star of the Sea | P.O. Box 487, 5785 Main St., Mexico, NY 13114 | 3352 Main St., Mexico, NY 13114<br><br>P.O. Box 487, Mexico, NY 13114 |
| **Minetto – Oswego County** | | |
| Our Lady of Perpetual Help | West River Rd., P.O. Box 236, Minetto, NY 13115 | 2912 NY-48, Minetto, NY 13115<br><br>50 East Mohawk St., Oswego, NY 13126 |
| **Minoa – Onondaga County** | | |
| St. Mary | 401 N. Main St., Minoa, NY 13116 | St. Mary of the Assumption, 401 N. Main St., Minoa, NY 13116<br><br>229 W. Yates St., East, Syracuse, NY 13057 |
| St. Mary – School | N. Main St., R.D. 1, Kirkville, NY 13082 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **Morrisville – Madison County** | | |
| St. Joan of Arc | Union St., Box A, Morrisville, NY 13408<br><br>P.O. Box 16, 28 Union St., Morrisville, NY 13408 | St. Joan of Arc Mission 6 Brookside Dr., P.O. Box 1087, Morrisville, NY 13408<br><br>16 Wylie St., Hamilton, NY 13346 |
| **Munnsville – Madison County** | | |
| St. Therese of the Infant Jesus | 28 P.O. Box Ay, Morrisville, NY 1340 | Closed<br><br>c/o St. Patrick Church 347 Main St., Oneida, NY 13421 |
| **New Berlin – Chenango County** | | |
| St. Theresa of the Infant Jesus | 24 N. Main St., P.O. Box 780, New Berlin, NY 13411 | |
| St. Theresa of the Infant Jesus – Mission – Our Lady of the Valley | Our Lady of the Valley, Leonardsville, NY 13364 | Closed |
| **New Hartford – Oneida County** | | |
| Our Lady of the Rosary | 1736 Burrstone Rd., New Hartford, NY 13413 | Mary, Mother of Our Savior at Our Lady of the Rosary 1736 Burrstone Rd., New Hartford, NY 13413 |
| St. John the Evangelist | 66 Oxford Rd., New Hartford, NY 13413 | |
| St. John the Evangelist – School | 66 Oxford Rd., New Hartford, NY 13413 | Closed |
| St. Thomas | 150 Clinton Rd., New Hartford, NY 13413 | 66 Oxford Rd., New Hartford, NY 13413 |
| **New London – Oneida County** | | |
| Holy Cross | 5334 Foster St., Durhamville, NY 13054 | Closed |
| **New York Mills – Oneida County** | | |
| St. Mary | 201 Main St., New York | Church of the Sacred Heart & |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | Mills, NY 13417 | St. Mary, Our Lady of Czestochowa<br>201 Main St., New York Mills, NY 13417 |
| St. Mary – School | 24 St. Stanislaus St., New York Mills, NY 13417 | |
| **North Bay – Oneida County** | | |
| St. John | P.O. Box 63, North Bay, NY 13123 | Spirit of Hope at St. John Oratory<br>2191 State Route 49, North Bay, NY 13123<br><br>c/o St. Mary of the Lake Mission<br>6735 Route 13 P.O. Box 240, Verona Beach, NY 13162 |
| St. John – Mission – St. Mary | St. Mary, Verona Beach, NY 13162 | St. Mary of the Lake Mission<br>6735 Route 13 P.O. Box 240, Verona Beach, NY 13162 |
| **North Syracuse – Onondaga County** | | |
| St. Rose of Lima | 407 S. Main St., Box 314, North Syracuse, NY 13212<br><br>409 S. Main St., North Syracuse, NY 13212 | 409 S. Main St., North Syracuse, NY 13212 |
| St. Rose of Lima – School | 407 S. Main St., Box 314, North Syracuse, NY 13212 | 411 S. Main St., North Syracuse, NY 13212 |
| **Norwich – Chenango County** | | |
| St. Bartholomew | 8 Silver St., Norwich, NY 13815 | 73 East Main St., Norwich, NY 13815<br><br>30 Pleasant St., Norwich, NY 13815 |
| St. Bartholomew's Convent | 79 E. Main St., Norwich, | 73 East Main St., Norwich, NY |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | NY 13815 | 13815 |
| St. Bartholomew – CCD Center | 79 E. Main St., Norwich, NY 13815 | Closed |
| St. Paul | 30 Pleasant St., Norwich, NY 13815 | |
| St. Paul – School | 17 Prospect St., Norwich, NY 13815 | Closed |
| St. Paul – Convent | 79 E. Main St., Norwich, NY 13815 | |
| **Oneida – Madison County** | | |
| St. Joseph | 121 St. Joseph Pl., Oneida, NY 13421 | |
| St. Joseph – CCD School | 111 St. Joseph Pl., Oneida, NY 13421 | Closed |
| St. Joseph – Parish Center | 111 St. Joseph Pl., Oneida, NY 13421 | |
| St. Patrick | 347 Main St., Oneida, NY 13421 | |
| St. Patrick – School | 354 Elizabeth St., Oneida, NY 13421 | |
| **Onondaga Hill – Onondaga County** | | |
| St. Michael | 4782 W. Seneca Tpke., Syracuse, NY 13215 | St. Michael – St. Peter Parish Church 4791 W. Seneca Tpke., Syracuse, NY 13215 |
| St. Michael Mission – St. Peter | St. Peter Split Rock, NY 13031 | St. Michael – St. Peter Parish Church 4791 W. Seneca Tpke., Syracuse, NY 13215 |
| St. Michael – CCD Center | 4782 W. Seneca Tpke., Syracuse, NY 13215 | Closed |
| **Oriskany – Oneida County** | | |
| St. Stephen, Protomartyr | 120 Dexter Ave., Oriskany, NY 13424 | Closed |
| **Oriskany Falls – Oneida County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Joseph | 219 Main St., Oriskany Falls, NY 13425 | 229 Main St., Oriskany Falls, NY 13425<br><br>199 Stafford Ave., Waterville, NY 13480 |
| **Oswego – Oswego County** | | |
| St. John the Evangelist | 38 Erie St., Oswego, NY 13126 | Closed |
| St. Joseph | 178 W. 2nd St., Oswego, NY 13126 | Closed |
| St. Louis | 81 E. 4th St., Oswego, NY 13126 | Closed |
| St. Mary | 103 W. 7th St., Oswego, NY 13126 | |
| St. Mary – School | 76 W. Sixth St., Oswego, NY 13126 | Closed |
| St. Paul | 134 E. Fifth St., Oswego, NY 13126<br><br>50 E. Mohawk St., Oswego, NY 13126 | Closed |
| St. Paul – School | 115 E. 5th St., Oswego, NY 13126 | Closed |
| St. Paul – Convent | 108 E. 6th St., Oswego, NY 13126 | Closed |
| St. Paul – Convent | 42 E. 7th St., Oswego, NY 13126 | Closed |
| St. Paul – Convent | 49 E. 7th St., Oswego, NY 13126 | Closed |
| St. Paul - Convent | 42 E. Albany St., Oswego, NY 13126 | Closed |
| St. Peter – Mission – Sacred Heart | Sacred Heart<br>Scriba, NY | Closed |
| St. Peter | 83 E. Albany St., Oswego, NY 13126 | Closed |
| St. Stephen the King (Polish) | 138 Niagara St., Oswego, | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | NY 13126 | |
| **Oxford – Chenango County** | | |
| St. Joseph | 3 Scott St., Oxford, NY 13830 | 3 Scott St., P.O. Box 352, Oxford, NY 13830 |
| **Parish – Oswego County** | | |
| St. Anne | P.O. Box 27, Parish, NY 13131 | Closed |
| St. Anne – Mission – St. Patrick's | St. Patrick's, Williamstown, NY 13493 | Closed |
| **Phoenix – Oswego County** | | |
| St. Stephen | 721 Main St., Phoenix, NY 13135 | 469 Main St., Phoenix, NY 13135 |
| **Pompey – Onondaga County** | | |
| Immaculate Conception | 7386 Academy St., Pompey, NY 13138 | Church of the Nativity at Immaculate Conception 7386 Academy St., Pompey, NY 13138

P.O. Box 79, Pompey, NY 13138 |
| Immaculate Conception – Mission – St. Paul | St. Paul Fabius, NY 13063 | Closed |
| **Pulaski – Oswego County** | | |
| St. John the Evangelist | 7367 Park St., Pulaski, NY 13142 | Closed |
| **Rome – Oneida County** | | |
| St. John the Baptist (Italian) | 210 E. Dominick St., Rome, NY 13440 | |
| St. John the Baptist – CCD Center | 146 Stanwix St., Rome, NY 13440 | Closed |
| St. Mary of the Assumption | 210 W. Liberty St., Rome, NY 13440 | St. Mary – St. Peter 200 N. James St., Rome, NY 13440 |
| St. Paul | 1807 Bedford St., Rome, NY 13440 | |
| St. Peter | 105 E. Liberty St., Rome, | St. Mary – St. Peter |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | NY 13440 | 200 N. James St., Rome, NY 13440 |
| Transfiguration (Polish) | 111 Ridge St., Rome, NY 13440 | Transfiguration Oratory 111 Ridge St., Rome, NY 13440<br><br>210 E. Dominick St., Rome, NY 13440 |
| Transfiguration – School | 404 S. George St., Rome, NY 13440 | Closed |
| **Sanitaria Springs – Broome County** | | |
| St. Joseph | P.O. Box 429, Port Crane, NY 13833 | 659 Statea Route 7B, Port Crane, NY 13833<br><br>975 N.Y. Route 11, Kirkwood, NY 13795 |
| **Sherburne – Chenango County** | | |
| St. Malachy | 31 E. State St., Sherburne, NY 13460 | 31 E. State St., Sherburne, NY 13460<br><br>P.O. Box 722, Sherburne, NY 13460 |
| **Sherrill – Oneida County** | | |
| St. Helena | 210 Primo Ave., Sherill, NY 13461 | Spirit of Hope at St. Helena, 202 Primo Ave., Sherrill, NY 13461 |
| **Skaneatles – Onondaga County** | | |
| St. Mary of the Lake | 81 Jordan St., Skaneatles, NY 13152 | 10 W. Austin St., Skaneatles, NY 13152 |
| St. Mary of the Lake – Mission – St. Bridget | St. Bridget Skaneatles, NY 13153 | Closed |
| **Solvay – Onondaga County** | | |
| St. Cecilia | 1001 Woods Rd., Solvay, NY 13209 | St. Marianne Cope Parish at St. Cecelia 1001 Woods Rd., Solvay, NY 13209 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | | 105 Stanton Ave., Solvay, NY 13209 |
| St. Cecelia – School | 101 Stanton Ave., Solvay, NY 13209 | Closed |
| St. Cecelia – Convent | 502 Gertrude Ave., Solvay, NY 13209 | |
| **South Onondaga – Onondaga County** | | |
| Corpus Christi | 3126 Cedarvale Rd., R.D. 1, Nedrow, NY 13120<br><br>4466 S. Onondaga Rd., Nedrow, NY 13120<br><br>229 W. Yates St., East Syracuse, NY 13057 | Corpus Christi Oratory 3120 Cedarville Rd., Nedrow, NY 13120<br><br>P.O. Box 574, Tully, NY 13159 |
| Corpus Christi – Mission – St. Patrick | St. Patrick, Otisco, NY 13159 | St. Patrick Mission 1865 Route 80, Otisco, NY 13159<br><br>P.O. Box 574, Tully, NY 13159 |
| **Taberg – Oneida County** | | |
| St. Patrick | 9170 Main St., Taberg, NY 13471 | 9168 Main St., Taberg, NY 13471 |
| St. Patrick – Mission | St. Anne Glenmore, NY 13471 | Closed |
| **Truxton – Cortland County** | | |
| St. Patrick | 3656 Rt. 13, Box 15, Truxton, NY 13158 | St. Patrick Oratory 3656 State Rte., 13, P.O. Box 15, Truxton, NY 13158 |
| St. Patrick – Mission – St. Lawrence | St. Lawrence DeRuyster, NY 13052 | St. Lawrence Mission 1672 Cortland St., DeRuyter, NY 13052<br><br>P.O. Box 15, Truxton, NY |

21612479.v5 21612479.v6

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | | 13158 |
| St. Patrick – Chapel – Camp Georgetown | Camp Georgetown, Georgetown, NY 13072 | Closed |
| **Tully – Onondaga County** | | |
| St. Leo | 10 Onondaga St., Tully, NY 13159 | Church of the Nativity at St. Leo<br>10 Onondaga St., Tully, NY 13159<br><br>P.O. Box 574, Tully, NY 13159 |
| St. Leo – Mission | St. Patrick, Otisco, NY | St. Patrick Mission<br>1865 Rte. 80, Otisco, NY 13159<br><br>P.O. Box 574, Tully, NY 13159 |
| **Utica – Oneida Count** | | |
| Blessed Sacrament | 1603 St. Agnes Ave., Utica, NY 13501 | St. Mary of Mount Carmel/Blessed Sacrament Parish<br>648 Jay St., Utica, NY 13501 |
| Blessed Sacrament – School | 1627 St. Agnes Ave., Utica, NY 13501 | 3129 James St., Syracuse, NY |
| Holy Trinity (Polish) | 1206 Lincoln Ave., Utica, NY 13502 | |
| Holy Trinity – School | 1214 Lincoln Ave., Utica, NY 13502 | Closed |
| Holy Trinity – Convent | 1218 Lincoln Ave., Utica, NY 13502 | Closed |
| Our Lady of Lourdes | 2 Barton Ave., Utica, NY 13502 | |
| Our Lady of Lourdes – School | 10 Barton Ave., Utica, NY 13502 | Notre Dame Elementary<br>11 Barton Ave., Utica, NY 13502 |
| Sacred Heart | 2115 Caroline St., Utica, | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
|  | NY 13502 |  |
| Sacred Heart – School | 1109 Ney Ave., Utica, NY 13502 | Closed |
| Sacred Heart – Convent | 1109 Ney Ave., Utica, NY 13502 | Closed |
| St. Agnes | 700 Kossuth Ave., Utica, NY 13501 | Closed |
| St. Agnes – School | 783 Blandina St., Utica, NY 13501 | Closed |
| St. Agnes – Convent | 783 Blandina St., Utica, NY 13501 | Closed |
| St. Anthony of Padua (Italian) | 422 Tilden Ave., Utica, NY 13501 | Closed |
| St. Francis de Sales | 129 Eagle St., Utica, NY 13501 | Closed |
| St. Francis de Sales – School | 1119 Elm St., Utica, NY 13501 | Closed |
| St. George (Lithuanian) | 425 Lafayette St., Utica, NY 13502 | Closed |
| St. John | 240 Bleecker St., Utica, NY 13501 | Historic Old St. John's Church 240 Bleecker St. (at the corner of John and Bleecker Streets), Utica, NY 13501 |
| St. John – Parish Apostolate Center | 520 John St., Utica, NY 13501 |  |
| St. Joseph and St. Patrick | 702 Columbia St., Utica, NY 13502 |  |
| St. Joseph and St. Patrick – School | 530 Varick St., Utica, NY 13501 | Closed |
| St. Joseph and St. Patrick – Convent | 731 Lafayette St., Utica, NY 13501 |  |
| St. Mark | 440 Keyes Rd., Utica, NY 13502 |  |
| St. Mary (German) | 421 South St., Utica, NY 13501 | Closed |
| St. Mary of Mt. Carmel | 648 Jay St., Utica, NY | St Mary of Mount Carmel – |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| (Italian) | 13501 | Blessed Sacrament Parish 648 Jay St., Utica, NY 13501 |
| St. Mary of Mt. Carmel – School | 668 Catherine St., Utica, NY 13501 | Closed |
| St. Peter | 422 Coventry Ave., Utica, NY 13502 | |
| St. Peter – School | 19 Herkimer Rd., Utica, NY 13502 | Closed |
| St. Peter – Convent | 19 Herkimer Rd., Utica, NY 13502 | |
| St. Stanislaus (Polish) | 19 Herkimer Rd., Utica, NY 13502 | Closed |
| **Vernon – Oneida County** | | |
| Holy Family | 47 Peterboro St., Box 382, Vernon, NY 13476 | Sprit of Hope a Church of the Holy Family 4352 Peterboro St., Vernon, NY 13476 P.O. Box 988, Vernon, NY 13476 |
| **Verona – Oneida County** | | |
| Our Lady of Good Counsel | 5265 Beacon Rd., P.O. Box 135, Verona, NY 13478 | 5652 East Main St., Verona, NY 13478 P.O. Box 135, Verona, NY 13478 |
| **Vestal – Broome County** | | |
| Our Lady of Sorrows | 157 Clark St., Vestal, NY 13850 | 801 Main St., Vestal, NY 13850 |
| Our Lady of Sorrows – School | 148 Charles St., Vestal, NY 13850 | Closed |
| **Warners – Onondaga County** | | |
| Our Lady of Good Counsel | Newport Rd., Box 86, Warners, NY 13164 | Closed |
| **Waterville – Oneida County** | | |
| St. Bernard | 199 Stafford Ave., | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | Waterville, NY 13480 | |
| St. Bernard – Mission – St. Mary | St. Mary, North Brookfield, NY 13418 | Closed |
| **Whitesboro – Oneida County** | | |
| St. Anne | Clark Mills Rd., Whitesboro, NY 13492 | Closed |
| St. Paul | 16 Park Ave., Whitesboro, NY 13492 | |
| St. Paul – School | 12 Park Ave., Whitesboro, NY 13492 | St. Paul's Church Nazareth Pre-K & Day Care Center 16 Park Ave., Whitesboro, NY 13492 |
| **Whitney Point – Broome County** | | |
| St. Patrick | Box 711, Whitney Point, NY 13862 | Catholic Community of St. Stephen – St. Patrick 59 Keibel Rd., Whitney Point, NY 13862 P.O. Box 711, Whitney Point, NY 13862 |
| **Windsor – Broome County** | | |
| Our Lady of Lourdes | P.O. Box 361, Windsor, NY 13865 | 594 Kent St., Windsor, NY 13865 975 N.Y. Rte. 11, Kirkwood, NY 13795 |
| **CHAPLAINS OF PUBLIC INSTITUTIONS** | | |
| **Syracuse** | | |
| Developmental Center | 6655 Kirkville Rd., East Syracuse, NY 13057 | 2306 Euclid Ave., Syracuse, NY 13224 |
| Crouse Irving Memorial Hospital | 432 Gifford St., Syracuse, NY 13204 | Crouse Hospital, 736 Irving Ave., Syracuse, NY 13210 |
| Community General Hospital | 300 Valley Dr., Syracuse, NY 13207 | Upstate Community Hospital 4900 Broad Rd., Syracuse, NY 13215 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Upstate Medical Center | 4845 S. Salina St., Syracuse, NY 13205 | 4900 Broad Rd., Syracuse, NY 13215 |
| University Hospital | 750 E. Adams St., Syracuse, NY 13210 | SUNY Upstate Medical University Hospital 750 E. Adams St., Syracuse, NY 13210 |
| Loretto Geriatric Center | 700 E. Brighton Ave., Syracuse, NY 13205 | Loretto Health & Rehabilitation 700 E. Brighton Ave., Syracuse, NY 13205 |
| Hutchings Psychiatric Center | 301 Ash St., Syracuse, NY 13208 | 620 Madison St., Syracuse, NY 13210 |
| Veterans Admin. Hospital | 800 Irving Ave., Syracuse, NY 13210 | Syracuse VA Medical Center 800 Irving Ave., Syracuse, NY 13210 |
| St. Joseph Hospital & Health Center | | St. Joseph's Health 301 Prospect Ave., Syracuse, NY 13203 |
| James Square Nursing Home | | Bishop Nursing and Rehabilitation Center 918 James St., Syracuse, NY 13203 |
| Plaza Extended Care Facility | | 700 E. Brighton Ave., Syracuse, NY 13205 |
| Van Duyn Home & Hospital | | Van Duyn Center for Rehabilitation and Nursing 5075 W. Seneca Tpke., Syracuse, NY 13215 |
| Onondaga County Hospital and Home | 4791 W. Seneca Tpke, Syracuse, NY13215 | Closed |
| Onondaga County Penitentiary | St. Pius X Home, Syracuse, NY 13025 | 6660 E. Seneca Tpke., Jamesville, NY 13078 |
| Hancock Field U.S. Air Force Base | 6655 Kirkville Rd., E. Syracuse, NY 13057 | 6001 E. Molloy Rd., Syracuse, NY 13211 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **Binghamton** | | |
| Binghamton Psychiatric Hospital | Box 312, Sanitaria Springs, NY 13833 | Greater Binghamton Health Center 425 Robinson St., Binghamton, NY 13904 |
| Binghamton Falls State Hospital | 425 Robinson St., Binghamton, NY 13901 | Greater Binghamton Health Center 425 Robinson St., Binghamton, NY 13904 |
| Binghamton General and Wilson Memorial Hospital | 155 Main St., Johnson City, NY 13790 | UHS Wilson Medical Center 33-57 Harrison St., Johnson City, NY 13790 |
| Binghamton Nursing Homes | St. Vincent de Paul Rectory, 165 Clifton Blvd., Binghamton, NY 13903 | |
| Broome Developmental Center | | 249 Glenwood Rd., Binghamton, NY 13905 |
| Our Lady of Lourdes Hospital | | Guthrie Lourdes Hospital, 169 Riverside Dr., Binghamton, NY 13905 |
| Willow Point, River Mead, Susquehanna and Chenango Bridge Nursing Facilities | 37 Fayette St., Binghamton, NY 13901 | 3700 Vestal Rd., Vestal, NY 13850 |
| Broome County Jails | 37 Fayette St., Binghamton, NY 13901 | 155 Lt. Vanwinkle Dr., Binghamton, NY 13905 |
| **Johnson City** | | |
| Wilson Memorial Hospital | 33 Harrison St., John City, NY 13905 | UHS Wilson Medical Center 33-57 Harrison St., Johnson City, NY 13790 |
| **Marcy** | | |
| Mohawk Valley Psychiatric Center | P.O. Box 143, Marcy, NY 13403 | 1400 Noyes St., Utica, NY 13502 |
| **Rome** | | |
| State School | Rome State School Box 550, Rome, NY | New York State School for the Deaf |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | 13440 | 401 Turin St., Rome, NY 13440 |
| Developmental Center | P.O. Box 550, Lower South James, NY 13440 | Closed |
| **Utica** | | |
| Oneida County Jail | 120 Dexter Ave., Oriskany, NY 13424 | 6075 Judd Rd., Oriskany, NY 13424 |
| Faxton Hospital | 1736 Burrstone Rd., New Hartford, NY 13413 | 1675 Bennett St., Utica, NY 13502 |
| St. Luke | Champlin Ave., New Hartford, NY 13413 | 1656 Champlin Ave., Utica, NY 13502 |
| Faxton Health Center | 1676 Sunset Ave., Utica, NY 13502 | 1675 Bennett St., Utica, NY 13502 |
| Utica Psychiatric Center | 1213 Court St., Utica, NY 13502 | 1213 Court St., Utica, NY 13502 |
| St. Elizabeth Hospital | 2209 Genesee St., Utica, NY 13501 | |
| **Wampsville** | | |
| Madison County Jail | 229 W. Yates St., East Syracuse, NY 13507 | 138 N. Court St., Wampsville, NY 13163 |
| **JAILS** | | |
| Hillbrook Juvenile Detention Center | 4949 Velasko Rd., Syracuse, NY 13215 | |
| Jamesville Penitentiary | P.O. Box 143, Jamesville, NY 13078 | 6660 E. Seneca Tpke., Jamesville, NY 13078 |
| Public Safety Building | 342 Vine St., Syracuse, NY 13203 | 511 S. State St. Syracuse, NY 13202 |
| Jail Ministry Office | 208 Slocum Ave., Syracuse, NY 13905 | P.O. Box 1174, Syracuse, NY 13218 |
| Broome County Jail | 1 Judson Ave., Binghamton, NY 13905 | Broome County Sheriff's Correctional Facility P.O. Box 2047 Binghamton, NY 13902-2047 |
| Cortland County Jail | Cortland, NY | 54 Greenbush St., Cortland, NY 13045 |
| Camp Georgetown | 31 East State St., | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
|  | Sherburne, NY 13346 |  |
| Camp Pharsalia | South Plymouth, NY | Closed |
| Norwich County Jail | 8 Silver St., Norwich, NY 13815 | 279 County Road 46, Norwich, NY 13815 |
| Oneida County Jail | 120 Dexter Ave., Oriskany, NY 13424 | 6075 Judd Rd., Oriskany, NY 13424 |
| Oswego County Jail | 178 W. Second St., Oswego, NY 13126 | Oswego County Correctional Facility, 39 Churchill Rd., Oswego, NY 13126 |
| Oneida Correctional Facility I | 6100 School Rd., Rome, NY 13440 | 6075 Judd Rd., Oriskany, NY 13424 |
| Oneida Correctional Facility II | 578 Main St., Oneida, NY 13421 | 6075 Judd Rd., Oriskany, NY 13424 |
| Mid-State Correctional Facility | 210 W. Liberty St., Rome, NY | 9005 Old River Road, P. O. Box 216, Marcy, NY 13403-0216 |
| **INSTITUTIONS LOCATED IN THE DIOCESE** | | |
| **Seminaries, Religious or Scholaticates** | | |
| St. Thomas Aquinas House of Studies | 702 Danforth St., Syracuse, NY 13208 | St. Thomas Aquinas Fund Diocese of Syracuse 240 E. Onondaga Street Syracuse, NY 13202 |
| Saint Andrew Hall | 420 Demong Dr., Syracuse, NY 13214 |  |
| Roosevelt Hall | 83 West Lake St., Skaneatles, NY 13152 | Closed |
| **Colleges and Universities** | | |
| Le Moyne College | Syracuse, NY 13214 | 1331 Salt Springs Rd., Syracuse, NY 13214 |
| Maria Regina College | 1024 Court St., Syracuse, NY 13208 | Closed |
| **High School, Diocesan** | | |
| Bishop Ludden High School | 815 Fay Rd., Syracuse, NY 13219 |  |
| Bishop Grimes High School | 6653 Kirkville Rd., East Syracuse, NY 13057 |  |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Seton Catholic Central High School of Broome County | 70 Seminary Ave., Binghamton, NY 13790 | |
| Bishop Cunningham Catholic Junior-Senior High School | East River Rd. ,Oswego, NY 13126 | Closed |
| Rome Catholic Junior-Senior High School | 800 Cypress St., Rome, NY 13440 | Closed |
| Notre Dame High School | Burrstone Rd., Utica, NY 13502 | Notre Dame Junior Senior High School 2 Notre Dame Ln, Utica, NY 13502 |
| **Junior High School – Diocesan** | | |
| All Saints Junior High School | 301 Valley Dr., Syracuse, NY 13207 | Closed |
| Bishop Ludden Junior High School | 815 Fay Rd., Syracuse, NY 13219 | |
| Northside Catholic Junior High School | 923 N. McBride St., Syracuse, NY 13208 | Our Lady of Pompei School 923 N. Mcbride St., Syracuse, NY 13208 |
| Bishop Grimes Junior High School | 6653 Kirkville Ave., East Syracuse, NY 13057 | |
| Notre Dame Junior High School – North | 309 Genesee St., Utica, NY 13501 | Thea Bowman House 309 Genesee St., 2nd Fl., Utica, NY 13501 |
| Notre Dame Junior High School – South | 13 Barton Ave., Utica, NY 13502 | Notre Dame Schools 11 Barton Ave., Utica, NY 13502 |
| **Middle School, Diocesan** | | |
| Seton Catholic Middle School | 1112 Broad St., Endicott, NY 13760 | |
| **High Schools Private** | | |
| The Franciscan Academy | 2500 Grant Blvd., Syracuse, NY 13208 | Closed |
| The Franciscan Academy – Convent | 1024 Court St., Syracuse, NY 13208 | Closed |
| Christian Brothers Academy | 6245 Randall Rd., Syracuse, NY 13214 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **Junior High Schools, Private** | | |
| Christian Brothers Academy | 6245 Randall Rd., Syracuse, NY 13214 | |
| **Elementary Schools, Private** | | |
| The Franciscan Academy | 2500 Grant Blvd., Syracuse, NY 13208 | Closed |
| **Consolidated Schools** | | |
| St. Catherine | 1051 Chenango St., Binghamton, NY 13901 | |
| St. John the Evangelist | 9 Livingston St., Binghamton, NY 13903 | |
| St. Patrick Middle School | 58 Oak St., Binghamton, NY 13905 | |
| St. Thomas | 3 Aquinas St., Binghamton, NY 13905 | |
| St. Anthony | 906 Jenkins St., Endicott, NY 13760 | |
| Seton Catholic Middle School | 1112 Broad St., Endicott, NY 13760 | |
| Fulton Catholic | 309 Buffalo St., Fulton, NY 13069 | |
| Blessed Sacrament | Cenacle Plaza, Johnson City, NY 13790 | |
| St. James Middle School | 143 Main St. Johnson City, NY 13790 | |
| Holy Family School | 17 Prospect St., Norwich, NY 13815 | |
| Our Lady of Sorrows | 801 Main St., Vestal, NY 13850 | |
| Christian Brothers Academy | 6245 Randall Rd., Syracuse, NY 13214 | |
| Fulton Catholic – Franciscan Residence | 300 Hart St., Fulton, NY 13069 | |
| Rome Catholic Junior High School | 214 West Liberty St., Rome, NY 13440 | Closed |
| **THE CATHOLIC CHARITIES OF SYRACUSE** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **Syracuse** | | |
| Catholic Charities of the Roman Catholic Diocese of Syracuse | 240 East Onondaga St., Syracuse, NY 13202<br><br>1654 West Onondaga St., Syracuse, NY 13204 | |
| Keener Seniors Nutrition Program for the Elderly | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Jail Ministry | 208 Slocum Ave., Syracuse, NY 13204 | |
| **Binghamton** | | |
| Associated Catholic Charities | 232 Main St., Binghamton, NY 13905 | |
| The Catholic Foundation of Broome County – (Legal Title – The Bishops Catholic Education and Charities Foundation, Inc.) | 232 Main St., Binghamton, NY 13905 | |
| Catholic Charities Adolescent Group Home | 57 Chestnut St., Binghamton, NY 13905 | |
| Catholic Social Services of Broome County | 232 Main St., Binghamton, NY 13905 | |
| Secretariat for Education and Project Planning, Inc. | 232 Main St., Binghamton, NY 13905 | |
| **Cortland** | | |
| Catholic Charities of Cortland County | 46 Clinton Ave., Cortland, NY 13045 | 33-35 Central Avenue, Cortland, New York  13045<br><br>10 Kennedy Parkway, Cortland, New York  13045 |
| STEPS – (Supportive Teen Education-Parents Services), TASA; Case Management Men's Support Group; Life Skills Education | 33-35 Central Ave., Binghamton, NY 13045 | |
| **Norwich** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Chenango County Catholic Charities | 19 Prospect St., Norwich, NY 13815 | 3 0'Hara Drive, Norwich NY 13815 |
| The Counseling Program | 19 Prospect St., Norwich, NY 13815 | |
| Crime Victims-Witness Assistance Program, Catholic Charities of Chenango County | 19 Prospect St., Norwich, NY 13825 | |
| Community Residence Program, Catholic Charities of Chenango County | 19 Prospect St., Norwich, NY 13825 | |
| Community Residence Program | 19 Prospect St., Norwich, NY 13825 | |
| Chenango House Supervised by Community Residence | 49 Fair St., Norwich, NY 13815 | |
| Intensive Supportive Apartment Program | 49 Fair St., Norwich, NY 13815 | |
| Supported Housing Program | 49 Fair St., Norwich, NY 13815 | |
| The Counseling Program, Catholic Charities of Chenango County | 19 Prospect St., Norwich, NY 13825 | |
| **Oneida** | | |
| Madison County Catholic Charities | 119 E. Walnut St., Oneida, NY 13421 | Oneida/Madison Catholic Charities 1408 Genesee Street Utica, NY 13502 |
| **Oswego** | | |
| Catholic Charities of Oswego County | 26 W. Bridge St., Oswego, NY 13126  57 S. Third St., Fulton, NY 13069  365 W. First St., Fulton, NY 13069 | 808 W Broadway, Fulton, NY 13069 |
| **Rome** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Catholic Charities of Rome | 212 W. Liberty St., Rome, NY 13440 | 199 W Dominick St, Rome, NY 13440 |
| **Utica** | | |
| Rome Area Catholic Charities (Including Chenango County) | 1408 Genesee St., Utica, NY 13502 | 199 W Dominick St, Rome, NY 13440 |
| Catholic Charities, Eastern Region | 1408 Genesee St., Utica, NY 13502 | |
| Catholic Social Services of Utica | 1408 Genesee St., Utica, NY 13502 | |
| Catholic Social Services of Rome | 227 On the Mall, Rome, NY 13440 | |
| Madison County Catholic Charities | Box 134 Morrisville, NY 13408 | Oneida/Madison Catholic Charities<br>1408 Genesee Street<br>Utica, NY 13502 |
| Chenango County Catholic Charities | 14 South Broad St., Norwich, NY 13815 | 3 0'Hara Drive, Norwich NY 13815 |
| **Office of Human Development** | | |
| Syracuse Central Office | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Bishop Foery Foundation | 401 South Ave., Syracuse, NY 13204 | 100 Edmund Ave, Syracuse, NY 13205 |
| Broome County Human Development | 232 Main St., Binghamton, NY 13905 | |
| Rome NY Human Development Office | 1177 Erie Blvd., W., Rome, NY 13905 | |
| **Spanish Apostolate** | | |
| Spanish Apostolate of Syracuse NY | 170 Seymour St., Syracuse, NY 13202 | |
| Ladies of Charity | 232 Main St., Binghamton, NY 13905 | 331 Main Street, Binghamton, NY 13905 |
| **St. Vincent de Paul Society** | | |
| St. Vincent de Paul | 240 East Onondaga St., Syracuse, NY 13202 | |
| St. Vincent de Paul Society | 500 Seymour St., Syracuse, NY 13202 | Vincent House<br>500 Seymour St., Syracuse, NY |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | | 13202 |
| St. Vincent de Paul Furniture and Clothing Inc. | 500 Seymour St., Syracuse, NY 13202 | |
| St. Vincent de Paul Thrift Shop | 365-369 West First St., Fulton, NY 13069 | |
| **Catholic Youth Organizations** | | |
| Catholic Charities | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Neighborhood Division, Catholic Charities | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Toomey Residential and Community Services | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Alliance Division | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Family Division | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Central Office | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Neighborhood Centers | 1654 West Onondaga St., Syracuse, NY 13204 | |
| Brighton Family Center | 100 Edmund Ave., Syracuse, NY 13205 | |
| Near East Side Adventures Program | c/o E. Genesee Presbyterian Church 1700 East Genesee St., Syracuse, NY 13210 | |
| Salina Civic Center | 2826 Lemoyne Ave., Mattydale, NY | |
| Northside CYO | 527 North Salina St., Syracuse, NY 13208 | |
| Bishop Foery Foundation | 401 South Ave., Syracuse, NY 13204 | 100 Edmund Ave, Syracuse, NY 13205 |
| Vincent House | 514 Seymour St., Syracuse, NY 13204 | Vincent House 500 Seymour St., Syracuse, NY 13202 |
| Hawley Youth Program | 615 Hawley Ave., | 716 Hawley Ave., Syracuse, |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | Syracuse, NY 13202 | NY 13203 |
| CYO Fulton | 365-369 West First St., Fulton, NY 13069 | |
| Rome Area C.Y.O., St. John and St. Joseph Program | 1408 Genesee St., Utica, NY 13502 | |
| Catholic Charities, Youth Services Division | 1408 Genesee St., Utica, NY 13502 | Oneida/Madison Catholic Charities 1408 Genesee Street Utica, NY 13502 |
| Broome County CYO | 232 Main St., Binghamton, NY 13905 | |
| **Children's Institutions and Services** | | |
| House of Providence | 1654 West Onondaga St., Syracuse, NY 13204 | Providence House Apartments 1700 W Onondaga St, Syracuse, NY 13204 |
| **Day Care** | | |
| DePaul day Care Corporation | 1654 W. Onondaga St., Syracuse, NY 13204 | St. Vincent de Paul Day Care Center 1103 Burnet Ave, Syracuse, NY 13203 |
| St. Vincent Day Care Center | 401 South Ave., Syracuse, NY 13202 | |
| Cooperative Day Care Center | 1658 West Onondaga St., Syracuse, NY 13204 | 1654 West Onondaga St., Syracuse, NY 13204 |
| **Diocesan Summer Camps** | | |
| Lourdes Camp | 10 Mile Point, Skaneatles, NY 13152 1654 W. Onondaga St. Syracuse, NY 13204 | 11150 10 Mile Point Rd, Skaneateles, NY 13152 |
| Camp Nazareth | Woodgate, NY 13494 1408 Genesee St., Utica, NY 13502 | |
| **Family Life Bureau** | | |
| Family Life Education | 1342 Lancaster Ave., | Family/Respect Life Ministry |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | Syracuse, NY 13210 | 240 East Onondaga Street Syracuse, NY 13202-2608 |
| Southern Region | 400 Corey Ave., Endicott, NY 13760 | Family/Respect Life Ministry 240 East Onondaga Street Syracuse, NY 13202-2608 |
| Eastern Region | Box 843, Brimfield St., Clinton, NY 13323 | |
| Northern Region | 108 E. Sixth St., Oswego, NY 13126 | |
| Northern Region Religious Education Office | 108 E. Sixth St., Oswego, NY 13126 | |
| Family Life Bureau of Broome County | 232 Main St., Binghamton, NY 13905 | |
| Family Life Bureau of Madison and Oneida Counties | 1408 Genesee St., Utica, NY 13502 | |
| **Division of Health and Hospitals** | | |
| Diocesan Director of Catholic Hospitals | 240 East Onondaga St., Syracuse, NY 13202 | |
| **General Hospitals** | | |
| St. Joseph's Hospital Health Center | 301 Prospect Ave., Syracuse, NY 13203 | |
| St. Mary's Hospital | 1654 W. Onondaga St., Syracuse, NY | Closed |
| Our Lady of Lourdes Memorial Hospital | 169 Riverside Dr., Binghamton, NY 13905 | |
| St. Elizabeth Hospital | 2209 Genesee St., Utica, NY 13501 | Closed |
| **Facilities for the Aged** | | |
| Loretto Rest Nursing Home Company, Inc. | 700 E. Brighton Ave., Syracuse, NY 13205 | |
| Loretto Rest, Inc. & Child Day Care Center | 750 E. Brighton Ave., Syracuse, NY 13205 | |
| Loretto Geriatric Community Residences, Inc. | 5018 S. Salina St., Syracuse, NY 13205 | Loretto Community Residences 4810 S. Salina St., Syracuse, NY 13205 |
| Bernardine Apartments, Inc. | 417 Churchill Ave., | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | Syracuse, NY 13205 | |
| St. Camillus Health & Rehabilitation Center | 813 Fay Rd., Syracuse, NY 13219 | |
| **Nursing Homes** | | |
| St. Camillus Extended Care Facility | 813 Fay Rd., Syracuse, NY 13219 | |
| St. Camillus Foundation | 813 Fay Rd., Syracuse, NY 13219 | |
| St. Luke's Nursing Home | East River Rd., R.D. 4, Oswego, NY 13126 | 299 E. River Rd., Oswego, NY 13126 |
| St. Joseph Nursing Home | 2535 Genesee St., Utica, NY 13501 | |
| Bethany House (Health Related Facilities and Nursing Home Company of Rome, Inc.) | 800 Est Chestnut St., Rome, NY 13440 | Bethany Gardens 800 W. Chestnut St., Rome, NY 13440 |
| **Specialty Housing** | | |
| Christopher Community, Inc. | 1654 W. Onondaga St., Syracuse, NY 13204 | 990 James St #100, Syracuse, NY 13203 |
| Churchill Manor, Inc. | 240 East Onondaga St., Syracuse, NY 13202 | c/o C T Corporation System 28 Liberty St., New York, NY 10005 |
| 420 Gifford St. | 420 Gifford St., Syracuse, NY 13204 | |
| Hawley Winton Housing Development Fund, Inc. | Attn. Peter White, Exec. Director 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Ludden Housing Development Fund Company, Inc. | Ludden Apartments, c/o Robert D. McAuliffe, 224 Harrison St., Syracuse, NY 13202

Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Mount St. James Corporation | 1654 W. Onondaga St., Syracuse, NY 13204<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Mercy Hospital Housing Development Fund Co. Inc. | c/o Sr. Mary Aquin McKenzie 100 Thornton St., Auburn, NY 13021<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Providence House Apartments | 1700 West Onondaga St., Syracuse, NY 13204<br><br>Christopher Community Inc., Managing Agent Peter White, Exec. Dir. 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Pompei Housing Development Fund Company, Inc. c/o Christopher Community, Inc. | 1654 W. Onondaga St., Syracuse, NY 13204<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Pond St. Housing Development Fund, Co., Inc. | Bishop Harrison Apartments, Pond St., Syracuse, NY 13208 | 300 Pond St., Syracuse, NY 13208 |
| Mount St. James Corporation (Incorporated: New York State, | 1654 W. Onondaga St., Syracuse, NY 13204 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| 1962) | 338 Jamesville Ave., Syracuse, NY 13204 | |
| St. Peter's Italian Church Housing Development Fund Co., Inc. | 709 James St., Syracuse, NY 13203<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| St. Luke's Housing Development Fund Co., Inc. | Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Pitcher Hill-Christopher Housing Development Fund Co., Inc. | 114 Elbow Rd., North Syracuse, NY 13212<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Stoneleigh Housing Development Fund Co., Inc. | 400 Lamb Ave., Canastota, NY 13032<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| SEPP | 139  Main St., Binghamton, NY 13901<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Bartell Rd. Housing | Bartell Rd., Brewerton, | Christopher Community, Inc. |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Development Fund Company, Inc. | NY 13029<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | 990 James St #100, Syracuse, NY 13203 |
| Cicero Housing Development Fund Company, Inc. | 224 Harrison St., Syracuse, NY 13202<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| C.N.C. Inc. | West Thomas St., Rome, NY 13440 | |
| Rome Mall Housing Development Fund Company | c/o Mall Apts. 240 East Onondaga St., Syracuse, NY 13202<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Redfield South Housing Development Fund Co., Inc. | Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| **Programs for the Handicapped** | | |
| L'Arche | 1701 James St., Syracuse, NY 13206<br><br>1226 Butternut St., Syracuse, NY 13208 | L'Arche Syracuse 920 Spencer St., Syracuse, NY 13204 |
| The Heenan Spiritual Program, Inc. | 1629 Genesee St., Utica, NY 13501 | |
| St. John and Joseph Home, Inc. | 1408 Genesee St., Utica, | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| | NY 13502 | |
| **Monasteries and Residences of Priests and Brothers** | | |
| Provincial Home of the Immaculate Conception Province of the Order of Friars Minor Conventual. St. Francis Friary | Assumption Parish 812 No. Salina St., P.O. Box 1387, Syracuse, NY 13201 | Friars Minor of the Order of St. Francis 125 Thompson Street New York, NY 10012-3110 |
| Bishop Grimes Priests Residence | 6655 Kirkville Rd., East Syracuse, NY 13057 | |
| Bethany House | 806 Court St., Syracuse, NY 13201 | 5583 S. Salina St., Syracuse, NY 13205 |
| St. Pius X Home, Inc. | 714 E. Brighton Ave., Syracuse, NY 13205 | |
| Bishop Grimes Faculty House | 6655 Kirkville Rd., East Syracuse, 13057 | |
| Bishop Ludden Faculty House | 600 West Manchester Rd., Syracuse, NY 13219 | 815 Fay Rd, Syracuse, NY 13219 |
| Jesuits at LeMoyne, Inc. | 1419 Salt Springs Rd., Syracuse, NY 13214 | |
| Bishop Grimes Priests Residence | 6655 Kirkville Rd., East Syracuse, NY 13057 | |
| St. Vincent's Mission House | 10475 Cosby Manor Rd., Utica, NY 13502 | |
| **Convents and Residences for Sisters** | | |
| Dominican Monastery of the Perpetual Rosary | 802 Court St., Syracuse, NY 13208 | |
| Convent of St. Anthony and Motherhouse and Novitiate of the sisters of the Third Franciscan Order M.C. | 1024 Court St., Syracuse, NY 13208 | |
| Franciscan Formation House | 1001 Court St., Syracuse, NY 13208 | |
| St. Clare Convent | 1001 Court St., Syracuse, NY 13208 | |
| Transfiguration Monastery | R.D. 2, Box 2612, Windsor, NY 13865 | 701 NY-79, Windsor, NY 13865 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Diocesan Sisters of Syracuse | 468 Woodruff Ave., Syracuse, NY 13208 | |
| Sisters of St. Joseph of Carondelet | 811 Milton Ave., Syracuse, NY 13204<br><br>921 Milton Ave., Syracuse, NY 13204<br><br>1323 Vestal Ave., Binghamton, NY 13903<br><br>R.D. No. 2, Box 403, Windsor, NY 13865 | 10777 Sunset Office Drive, Ste. 10 St. Louis, MO 63127 |
| Daughters of Charity | 57 Chestnut St., Binghamton, NY 13905<br><br>12 Ballantyne Brae, Utica, NY 13501 | 96 Menand Road Albany, New York 12204-1499 |
| St. Francis Convent | Alverna Heights, Green Lakes Rd., Fayetteville, NY 13066 | 7770 Green Lakes Rd., Fayetteville, NY 13066 |
| Sisters of the Third Franciscan Order, M.C. | O.S.F. Faculty Residence 300 Hart St., Fulton, NY 13069 | 225 Greenfield Parkway Suite 208 Liverpool, NY 13088 |
| **Retreat House** | | |
| Christ the King Retreat House | 500 Brookford Rd., Syracuse, NY 13224 | Closed |
| Stella Maris Retreat House and Center for Renewal | 130 E. Genese St., Skaneatles, NY 13152 | Closed |
| **Campus Ministry/Newman Centers** | | |
| Syracuse University, St. Thomas More Foundation, Inc. | 112 Walnut Pl., Syracuse, NY 13210 | 110 Walnut Pl., Syracuse, NY 13210 |
| St. John fisher House of Studies | 110 Walnut Pl., Syracuse, NY 13210 | |
| LeMoyne College | LeMoyne College, Syracuse, NY 13214 | 1331 Salt Springs Rd., Syracuse, NY 13214 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Maria Regina College | 812 N. Salina St., Syracuse, NY | Closed |
| Onondaga Community College | 4791 W. Seneca Tpke., Syracuse, NY 13219 | 4585 W. Seneca Tpke., Syracuse, NY 13215 |
| Broome Community College | P.O. Box 248, Maine, NY 13802 | 907 Front St., Binghamton, NY 13905 |
| Powelson Business Institute | 259 E. Onondaga St., Syracuse, NY 13202 | Closed |
| State University of New York at Binghamton | 400 Murray Hill Rd., Binghamton, NY 13903 | 4400 Vestal Pkwy E., Binghamton, NY 13902 |
| Cazenovia College | 6 Green St., Cazenovia, NY 13035 | Closed |
| Hamilton College | 13 Marvin St., Clinton, NY 13323 | 198 College Hill Rd, Clinton, NY 13323 |
| Newman Foundation of Cortland, Inc. At the State University College of Cortland | 8 Calvert St., Cortland, NY 13045 | |
| Colgate University | 16 Wylie St., Hamilton, NY 13346 | 13 Oak Dr. E Ext., Hamilton, NY 13346 |
| St. Joan of Arc Newman Associ. At State University of New York (SUNY) Morrisville Agricultural and Technical College | St. Joan of Arc, P.O. Box A 28 Union St., Morrisville, NY 13408 | 80 Eaton St, Morrisville, NY 13408 |
| Newman Foundation, Inc., State University of New York | Hall Newman Center, New St., P.O. Box 207, Oswego, NY 13126 | 36 New St, Oswego, NY 13126 |
| Mohawk Valley Community College, Newman Apostolate | 1204 Sherman Dr., Utica, NY 13501 | 1101 Sherman Dr, Utica, NY 13501 |
| Utica College of Syracuse University | 1433 Burrstone Rd., Utica, NY 13502 | 1600 Burrstone Rd, Utica, NY 13502 |
| State University of New York Institute of Technology at Utica/Rome | 1433 Burrstone Rd., Utica, NY 13502 | 100 Seymour Rd, Utica, NY 13502 |
| Upper Utica College | 1204 Sherman Dr., Utica, NY 13501 | 1600 Burrstone Rd, Utica, NY 13502 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **Miscellaneous Listings** | | |
| Grimes Foundation | 240 E. Onondaga St., Syracuse, NY 13202 | |
| ONE (Opportunity Network in Economics) | 1101 Burnet Ave., Syracuse, NY 13203 | |
| St. Francis Social Adult Day Service | 1108 Court St., Syracuse, NY 13208 | Closed |
| Saint Thomas Preparatory Seminary Fund | P.O. Box 511, Syracuse, NY 13201 | |
| Spiritual Renewal Center | 1118 Court St., Syracuse, NY 13208 | 1342 Lancaster Ave, Syracuse, NY 13210 |
| Ladies of Charity | 232 Main St., Binghamton, NY 13905 | 331 Main St., Binghamton, NY 13905 |
| Mount St. Francis Hermitage | P.O. Box 276, Maine, NY 13802 | 120 Edson Rd, Endicott, NY 13760 |
| Bishop Harrison Education Foundation | P.O. Box 7158, Endicott, NY 13760 | |
| Calvert Court, Inc. | 672 W. Onondaga St., Syracuse, NY 13204 | |
| Monsignor David C. Gildea foundation for Bishop Ludden High School, Inc. | | |
| Catholic Information Center | 91 Court St., P.O. Box 1562, Binghamton, NY 13902 | |
| Bergamo-East, Ecumenical Conference, Educational, and Spiritual Renewal Center | Chaminade Rd., Marcy, NY 13403 | |
| Matthew Carton Foundation | First National Bank Bldg., Utica, NY 13501 | |

**[To Be Filed]**

## SCHEDULE 4
### List of Diocese Policies

### [To Be Filed]

| Policy Period | First Named Insured | Insurer | Policy No. |
|---|---|---|---|
| 1/07/1971 – 1/07/1974 | Holy Trinity R.C. Church, Utica, NY | Fireman's Fund Insurance Company | MXP 158 75 12 |
| 3/15/1971 – 3/15/1974 | St. Louis Roman Catholic Church, Oswego, NY | Fireman's Fund Insurance Company | MXP 158 73 95 |
|  | St. Mary's Roman Catholic Church of Clinton, New York | Fireman's Fund Insurance Company | MXP 154 54 63 |
| 5/02/1971 – 5/02/1974 | St. Mary's Roman Catholic Church of Clinton, New York | Fireman's Fund Insurance Company | MXP 158 74 04 |
| 8/01/1971 – 8/01/1974 | St. Peters Church, Syracuse, NY | Fireman's Fund Insurance Company | MXP 160 47 45 |
| 4/01/1971 – 4/01/1972 | Parish of St. Mary's Star of the Sea |  | DUM 0889195 |
| 3/14/1972 – 3/14/1973 | Trustees of the Parish of St. Mary's Star of the Sea Roman Catholic Church, Mexico, NY | National Surety Corporation | LC 187 80 41 |
| 3/14/1973 – 3/14/1974 | Trustees of the Parish of St. Mary's Star of the Sea Roman Catholic Church, Mexico, NY | National Surety Corporation | LC 205 11 25 |
| 7/01/1979 – 7/01/1980 | Diocese of Syracuse, NY | Interstate Fire & Casualty Company | 83-152664 |
| 7/01/1980 – 7/01/1981 | Diocese of Syracuse, NY | Interstate Fire & Casualty Company | 83-152664 |
| 7/01/1981 – 7/01/1982 | Diocese of Syracuse | Interstate Fire & Casualty Company | 83-152664 |
| 7/01/1982 – 7/01/1983 | Diocese of Syracuse | Interstate Fire & Casualty Company | 83-152664 |
| 7/01/1983 – 7/01/1984 | Diocese of Syracuse | Interstate Fire & Casualty Company | 83-170070 |
| 7/01/1984 – 7/01/1985 | Diocese of Syracuse | Interstate Fire & Casualty Company | 83-170070 |
| 7/01/1985 – 7/01/1986 | Diocese of Syracuse | Interstate Fire & Casualty Company | 83-172447 |
| 7/01/1991 – 7/01/1992 | Roman Catholic Diocese of Syracuse | Interstate Fire & Casualty Company | 83-179023 |
| 7/01/1992 – 7/01/1993 | Roman Catholic Diocese of Syracuse | Interstate Fire & Casualty Company | 1-XUM 1000017 |

## SCHEDULE 5
### Notice Addresses for Participating Parties

**[To Be Filed]**

| Parishes | |
|---|---|
| **Parish Corporation Name:** | **Notice Addresses for Participating Parties** |
| St. Agnes Mission | Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, New York 14604
Attn: Timothy P. Lyster, Esq. |
| St. John the Evangelist | |
| St. Augustine Roman Catholic Church, Baldwinsville, NY | |
| St. Elizabeth Ann Seton Church of the Town of Clay, NY | |
| St. Marys Church of Baldwinsville, NY | |
| St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St. Christopher and St. Rita | |
| *St. Christopher Roman Catholic Church [Town of Chenango, Broome County]* | |
| *St. Catherine of Siena Roman Catholic Church* | |
| St. Mary of the Assumption (combined with St. Mary's Church) | |
| St. Paul's Church, Binghamton, NY | |
| *St. Andrew's Church of Binghamton* | |
| The Church of Saints John & Andrew | |
| *St. John the Evangelist Church* | Reverend John Kurgan, Vicar General
The Roman Catholic Diocese of Syracuse
240 East Onondaga Street
Syracuse, NY 13202 |
| Church of the Holy Trinity | Woods Oviatt Gilman LLP
1900 Bausch & Lomb Place
Rochester, New York 14604
Attn: Timothy P. Lyster, Esq. |
| *Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St. Stanislaus Kostka Church* | |
| *St. Joseph's Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann)* | |
| *St. Ann Catholic Church (renamed church of the Holy Trinity)* | |
| Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY | |
| St. Patrick's Catholic Church of Binghamton, NY | |
| St. Thomas Aquinas Church | |
| Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission a/k/a St. Mary of The Snows Oratory | |
| St. Agnes Church | |
| Church of St. Francis of Assisi of Bridgeport, NY | |
| St. John The Evangelist a/k/a St. Mary Devotional Chapel and St. Paul (Redfield) | |
| St. Joseph's Church of Camillus, NY | |
| St. Agatha's Church | |
| St. James | |

| | |
|---|---|
| Divine Mercy Parish Roman Catholic Church | |
| *Saint Michael's Roman Catholic Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Anthony of Padua's Church of Willowvale and Chadwicks* | |
| St. Patrick-St. Anthony Church of Chadwicks, New York | |
| *St. Rita's Roman Catholic Church* | |
| St. Patrick | |
| Our Lady of Perpetual Help Roman Catholic Church of Cincinnatus, NY | |
| The Church of the Sacred Heart | |
| *St. Patrick's Church* | |
| *St. Mary of The Assumption a/k/a St. Mary's Oratory* | |
| St. Mary's Roman Catholic Church, Clinton | |
| The Church of Annunciation | |
| Mission of St. Bernadette | |
| St. Anthony of Padua | |
| St. Mary's Church of Cortland | Woods Oviatt Gilman LLP |
| St. Joseph's Church, Deposit, NY | 1900 Bausch & Lomb Place |
| St. Lawrence Mission | Rochester, New York 14604 |
| Holy Cross Church, DeWitt, NY | Attn: Timothy P. Lyster, Esq. |
| *St. Francis Church of Durhamville, NY* | |
| St. Matthew's Church | |
| Our Lady of Good Counsel Church, Endicott, NY | |
| St. Ambrose | |
| St. Anthony of Padua Church | |
| *St. Casimir Roman Catholic (Polish) Church of Endicott* | |
| *St. Joseph's Roman Catholic Church, Endicott, NY* | |
| *Church of Christ The King, Endwell , NY* | |
| *Our Lady of Angels Church of Endwell, NY* | |
| Church of the Holy Family | |
| *St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed* | |
| Immaculate Conception | |
| St. Mary's Church, Florence, Oneida Co. | |
| St. Patrick Mission | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St.Patrick's Church of Forestport | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *The Holy Family Church of Fulton* | |

4907-6457-2452.2 18489.002
21612479.v2
21612479.v5 21612479.v6

| | |
|---|---|
| *St. Michael 's Roman Catholic Polish Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *Church of the Immaculate Conception of Fulton, NY* | |
| Church of the Holy Trinity | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Church of the Immaculate Conception | |
| St. Mary | |
| Our Lady of The Rosary Church, Hannibal NY | |
| St. John Chrysostom Mission [served area near Forestport] | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Ann Church of Hinckley, NY* | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| The Parish Community of St. Leo & St. Ann | |
| St. Margaret's Catholic Church | |
| *St Mary's Devotional Chapel-[never inc]* | |
| *St. Mary's Church, Jamesville, NY* | |
| St. James Roman Catholic Church Lestershire, NY | |
| *The Church of the Blessed Sacrament* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Patrick | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Mary's Church, Kirkwood | |
| *Church of St. Frances Xavier Cabrini* | |
| Church of the Nativity at St. Joseph's | |
| St. Joseph's Church | |
| *Our Lady of the Valley Mission* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Francis of Assisi Mission as The Trustees of St. Mary's Church of West Monroe* | |
| Epiphany | |
| Church of Immaculate Heart of Mary | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Joseph the Worker Liverpool, Onondaga Co. | |
| Christ the King Church, Liverpool, NY | |
| Pope John XXIII Roman Catholic Church | |
| *St. John Roman Catholic Church of Clay, NY* | Reverend John Kurgan, Vicar General |

| | The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
|---|---|
| Most Holy Rosary Roman Catholic Church of Maine, NY | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Ann's Church | |
| St. Stephen's Church | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Francis Xavier's Church | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Margaret's Church | |
| St. Jopseh's Church of McGraw, NY- originally titled to St. Mary-Corland | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Mary, Star of the Sea* | |
| St. Anne, Mother of Mary<br>Our Lady of Perpetual Help<br>St. Mary of the Assumption<br>St. Joan of Arc Church of Morrisville, NY<br>*St. Theresa of the Infant Jesus*<br>Church of St. Theresa of the Infant Jesus, New Berlin, NY<br>Church of Our Lady of the Rosary, New Hartford, NY<br>St. John the Evangelist Church<br>St. Thomas | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *Holy Cross Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Church of the Sacred Heart a/k/a St. Mary Our Lady<br>*St. Mary's Church of Our Lady of Czestochowa*<br>*St. John Oratory and Cemetery*<br>*St. Mary' s Mission*<br>St. Rose of Lima Church<br>St. Paul<br>St. Bartholomew | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |

| | |
|---|---|
| St. Joseph's German Catholic Church of Oneida | |
| St. Patrick | |
| St. Joseph | |
| *Church of St. Stephen, Protomartyr* | |
| *St. Louis* | |
| *St. Joseph Mission* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Joseph's Church* | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *St. John The Evangelist* | |
| *St. Mary of the Assumption* | |
| St. Paul | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Peter's Church, Oswego | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *St. Stephen Roman Catholic Church* | |
| St. Patrick's Church of Otisco, NY | |
| Church of St. Mary of the Snows | |
| St. Joseph's Church | |
| *St. Anne's Church of Parish, NY a/k/a St. Anne Mother of Mary (Mexico)* | |
| St. Stephen | |
| Church of The Nativity at Immaculate Conception | |
| Christ Our Light a/k/a St. John The Evangelist | |
| *St. John the Evangelist Church Pulaski* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed* | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. John the Baptist | |
| *St. Mary's Church, Rome, NY* | |
| St. Paul | |
| St. Peter's Church, Rome | |
| Transfiguration | |
| St. Joseph | |
| Sacred Heart Church of Town of Scriba, Oswego | |
| St. Malachy | |
| St. Helena | |
| St. Mary of the Lake Roman Catholic Church, Skaneateles, NY | |
| *St. Bridget Roman Catholic Church of Skaneateles Falls, NY* | |

| | |
|---|---|
| *St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton]* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Peter's Church of Split Rock* | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Cecilia's Church, Solvay, NY | |
| *Corpus Christi Church of S. Onondaga County of Onondaga, State of NY* | |
| St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception | |
| *St. John's Church, Syracuse, NY* | |
| *Holy Trinity Church, Syracuse* | |
| *St. Peter* | |
| St. Vincent DePaul's Church | |
| Basilica of the Sacred Heart of Jesus, Syracuse, NY | |
| *St. Brigid & St. Joseph Church of Syracuse* | |
| St. Lucy | |
| St. Patrick' s Church, Geddes | |
| *St. Stephen* | |
| St. Anthony of Padua | |
| Our Lady of Hope f/k/a St. James | |
| Blessed Sacrament Church, Eastwood, NY | |
| Transfiguration Roman Catholic Church | |
| Most Holy Rosary | |
| *Our Lady of Lourdes Church Syracuse, NY* | |
| Franciscan Church of the Assumption | |
| Church of Our Lady of Pompei - St. Peter | |
| St. Daniel | |
| St. John the Baptist | |
| St. Joseph (German) Church [FAD 1882] | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Church of Our Lady of Peace [ merged into St. Cecilia's Solvay as St. Marianne Cope] | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *Church of St. Andrew the Apostle of Syracuse, NY* | |
| All Saints Church, Syracuse, NY [new name for St. Therese @ merger with OL Solace] | |
| Church of St. Therese The Little Flower of Jesus, Syracuse | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Michael's & St. Peter Church, Onondaga Hill | |

4907-6457-2452.2 18489.002<br>21612479.v2<br>21612479.v5 21612479.v6

| | |
|---|---|
| Holy Family | Woods Oviatt Gilman LLP |
| St. Ann's Church Syracuse, NY [name changed to St. Charles-St. Ann] | 1900 Bausch & Lomb Place |
| St. Charles Borromeo Church | Rochester, New York 14604 |
| *The Church of Our Lady of Solace [merged into St. Therese to become All Saints]* | Attn: Timothy P. Lyster, Esq. |
| *St. Anne -Glenmore [never inc]* | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street Syracuse, NY 13202 |
| St. Patrick's Church Taberg, NY | |
| St. Patrick | |
| Church of the Nativity at St. Leo's | |
| *St. Agnes Church* | |
| Historic Old St. John | Woods Oviatt Gilman LLP |
| St. Francis de Sales | 1900 Bausch & Lomb Place |
| St. Mary's Church Utica (South St.) | Rochester, New York 14604 |
| Church of the Blessed Sacrament | Attn: Timothy P. Lyster, Esq. |
| St. Maria di Monte Carmelo | |
| St. Stanislaus Roman Catholic Church | |
| Holy Trinity Church of Utica, NY | |
| Church of Our Lady of Lourdes | |
| Church of The Sacred Heart | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street Syracuse, NY 13202 |
| St. Joseph | |
| St. Patrick Church | |
| St. George Roman Catholic Church | |
| St. Mark | |
| St. Peter | |
| St. Anthony & St. Agnes Church, Utica, NY | |
| St. Mary of the Lake Mission | |
| Holy Family | |
| Our Lady of Good Counsel | Woods Oviatt Gilman LLP |
| Our Lady of Sorrows | 1900 Bausch & Lomb Place |
| St. Vincent DePaul-Blessed Sacrament Church | Rochester, New York 14604 |
| Our Lady of Good Counsel | Attn: Timothy P. Lyster, Esq. |
| St. Bernard's Catholic Church of Waterville, Oneida Co. | |
| St. Anne's Roman Catholic Church, Whitesboro, NY | |
| St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro | |
| The Catholic Community of St. Stephen-St. Patrick [merged into St. Patrick-Whitney Pt. | |
| St. Patrick 's Church Williamstown [originally a mission of Parish, later Camden] | |
| Church of Our Lady of Lourdes of Windsor, NY | |

| | |
|---|---|
| Our Lady of Hope | |
| Christ the Good Shepard | |
| | |
| St. Marianne Cope Church | |
| St. Michaels Church | |
| St. Anthony of Padua Church | |
| St. John's Church and Roman Catholic Society in the City of Utica a/k/a Historic Old St. John | |
| St. Mary Mt. Carmel- Blessed Sacrament Church | |
| Mary, Mother of Our Savior Church - new name for OLL | |
| St. Vincent de Paul Church | |
| | |

## Schools

| | |
|---|---|
| All Saints Catholic School | |
| Bishop Cunningham High School | Woods Oviatt Gilman LLP |
| Bishop Grimes Jr./Sr. High School | 1900 Bausch & Lomb Place |
| | Rochester, New York 14604 |
| Bishop Ludden Jr./Sr. High School | Attn: Timothy P. Lyster, Esq. |
| Cathedral Academy at Pompei | Reverend John Kurgan, Vicar General |
| | The Roman Catholic Diocese of Syracuse |
| | 240 East Onondaga Street |
| | Syracuse, NY 13202 |
| Catholic Schools of Broome County | |
| Holy Family | |
| Notre Dame Elementary School | |
| Notre Dame Jr. / Sr. High | |
| Oswego Catholic High School | Woods Oviatt Gilman LLP |
| Rome Catholic School | 1900 Bausch & Lomb Place |
| Seton Catholic Central | Rochester, New York 14604 |
| Seton Catholic High School | Attn: Timothy P. Lyster, Esq. |
| Trinity Catholic School | |
| Utica Catholic Academy | |

## Other Catholic Organization

| | |
|---|---|
| Associated Catholic Charities for Community Development at Broome Co., Inc. | Woods Oviatt Gilman LLP |
| | 1900 Bausch & Lomb Place |
| Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc. | Rochester, New York 14604 |
| | Attn: Timothy P. Lyster, Esq. |
| Catholic Charities of the Roman Catholic Diocese of Syracuse | |

| | |
|---|---|
| Christopher Community, Inc. | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Encompass Health Home, LLC | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Heritage Campaign, Inc. | |
| Jail Ministry of Onondaga County, Inc. | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Joseph and Elaine Scuderi Foundation, Inc. | |
| The Clerical Fund of the Roman Catholic Diocese of Syracuse | |
| The Diocese of Syracuse Lay Pension Plan | |
| The Foundation of the Roman Catholic Diocese of Syracuse, Inc. | |
| The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H. McDevitt, L.C.H.S. Foundation Inc. | |
| The Syracuse Catholic Press Association, Inc. | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| The Syracuse Diocesan Investment Fund | |
| The Syracuse House of Retreats | |
| The St. Thomas Aquinas Fund, Inc. | |
| Camp Nazareth | |
| Lourdes Camp | |
| Brady Faith Center | |
| Brady Farm | |
| Brady Market | |
| Joseph and Elaine Scuderi Foundation, Inc. | |
| Joseph T. O'Keefe Corporation | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Newman Foundation of Binghamton | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Newman Foundation of Cortland | |
| Project Joseph | |
| Propagation of Faith | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |

4907-6457-2452.2 18489.002 21612479.v2 21612479.v5 21612479.v6

| | |
|---|---|
| Spiritual Renewal Center | |
| St. Thomas More Catholic Campus Ministry | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| The Guardian Angel Society<br>The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. James Church of Lestershire, NY<br>The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Patrick's Church of Binghamton, NY<br>The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Thomas Aquinas Church | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Holy Name Society, St. Margaret's Church. Mattydale, NY<br>St. Vincent DePaul Church Daycare<br>Windsor Human Development | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |

## SCHEDULE 6
### List of Known Insureds

1. Church of St. Andrew the Apostle of Syracuse, N.Y.
2. Church of St. Anthony of Padua of Syracuse, N.Y.
3. Church of St. Daniel of Salina, N.Y.
4. Church of St. John the Evangelist of Binghamton, N.Y.
5. Church of St. John the Evangelist of Syracuse, N.Y.
6. Church of St. Stanislaus of Binghamton, N.Y.
7. Church of St. Therese, the Little Flower of Jesus and Church of St. Joan of Arc of Munnsville, N.Y.
8. Order Minor Conventuals and St. Mary's Church of Minoa, N.Y.
9. St. Agnes Catholic Church of Brewerton, N.Y.
10. St. Agnes Church of Utica, N.Y.
11. St. Agnes Roman Catholic Church of Vernon, N.Y.
12. St. Aloysius Center of Syracuse, N.Y.
13. St. Ambrose Church of Endicott, N.Y.
14. St. Andrew's Church of Binghamton, N.Y.
15. St. Ann's Roman Catholic Church of Hinckley, N.Y.
16. St. Ann's Church of Syracuse, N.Y
17. St. Ann's Roman Catholic Church of Manlius, N.Y.
18. St. Anne's Roman Catholic Church of Whitesboro, N.Y.
19. St. Anthony of Padua Catholic Church of Utica, N.Y.
20. St. Anthony of Padua Roman Catholic Church of Chadwicks, N.Y.
21. St. Bartholomew's Roman Catholic Church of Norwich, N.Y.
22. St. Bernard's R.C. Church of Waterville, N.Y.
23. St. Brigid & St. Joseph Church of Syracuse, N.Y.
24. St. Casimir Roman Catholic Church of Endicott, N.Y.
25. St. Catherine's Roman Catholic Church of Vernon, N.Y.
26. St. Catherine's Roman Catholic Church of Binghamton, N.Y.
27. St. Charles Church of Syracuse, N.Y.
28. St. Cecelia's Roman Catholic Church of Solvay, N.Y.
29. St. Christopher's Roman Catholic Church of Binghamton, N.Y.
30. St. Francis X Cabrini Roman Catholic Church of Pulaski, N.Y.
31. St. Francis Xavier Church of Marcellus, N.Y.
32. St. George's Church of Utica, N.Y.
33. St. James Church of Cazenovia, N.Y.
34. St. James Roman Catholic Church of Syracuse, N.Y.
35. St. James Roman Catholic Church of Johnson City, N.Y.
36. St. John the Baptist Church of Rome, N.Y.
37. St. John the Evangelist Church of Syracuse, N.Y.
38. St. John the Evangelist Roman Catholic Church, Inc. of New Hartford, N.Y.
39. St. John the Evangelist R.C. Church of Pulaski, N.Y.
40. St. John's Catholic Society of Utica, N.Y.
41. St. John's Church of North Bay, N.Y.
42. St. John's R.C. Church of Camden, N.Y.

43.  St. John's Roman Catholic Church of Bainbridge, N.Y.
44.  St. John's Roman Catholic Church of Clay of Liverpool, N.Y.
45.  St. John's Roman Catholic Church of Oswego, N.Y.
46.  St. Joseph's Church of Camillus, N.Y.
47.  St. Joseph's Church of Oriskany Falls, N.Y.
48.  St. Joseph's Church of Lee Center, N.Y.
49.  St. Joseph's Church of Liverpool, N.Y.
50.  St. Joseph's Church of Oxford, N.Y.
51.  St. Joseph's German Catholic Church of Oneida, Inc. of Madison, N.Y.
52.  St. Joseph's Roman Catholic Church of Deposit, N.Y.
53.  St. Joseph's Roman Catholic Church of Oswego, N.Y.
54.  St. Joseph's Roman Catholic Church of Binghamton, N.Y.
55.  St. Lawrence Church of Deruyter, N.Y.
56.  St. Leo's Catholic Church of Tully, N.Y.
57.  St. Leo's Roman Catholic Church of Holland Patent, N.Y.
58.  St. Louis Roman Catholic Church of Oswego, N.Y.
59.  St. Malachy's Church of Sherburne, N.Y.
60.  St. Margaret's Church of Mattydale, N.Y.
61.  St. Margaret's Church, Inc. of Mattydale, N.Y.
62.  St. Margaret's Roman Catholic Church of Homer, N.Y.
63.  St. Marks Roman Catholic of Utica, N.Y.
64.  St. Mary of the Snows Church of Otter Lake, N.Y.
65.  St. Mary's Church and St. Mary's Cemetery Association and St. Paul's Church Star
     Route of Camden, N.Y.
66.  St. Mary's Church of Cortland, N.Y.
67.  St. Mary's Church of Hamilton, N.Y.
68.  St. Mary's Church of Jamesville, N.Y.
69.  St. Mary's Church of New York Mills, N.Y.
70.  St. Mary's Church of Rome, N.Y.
71.  St. Mary's Church of Utica, N.Y.
72.  St. Mary's Church (Cathedral) of Syracuse, N.Y.
73.  St. Mary of Mt. Carmel Church of Utica, N.Y.
74.  St. Mary's of the Assumption of Oswego, N.Y.
75.  St. Mary's Roman Catholic Church of Clinton, N.Y.
76.  St. Mary's R.C. Church of Pulaski, N.Y.
77.  St. Mary Star of the Sea of Mexico, N.Y.
78.  St. Michaels Church of Central Square, N.Y.
79.  St. Michaels Roman Catholic Church of Fulton, N.Y.
80.  St. Michaels Roman Catholic Church of Syracuse, N.Y.
81.  St. Mary's Roman Catholic Church of Kirkwood, N.Y.
82.  St. Matthews Roman Catholic Church of Syracuse, N.Y.
83.  St. Patrick's Church of Clayville, N.Y.
84.  St. Patrick's Church of Forestport, N.Y.
85.  St. Patrick's Church of Oneida, N.Y.
86.  St. Patrick's Church of Syracuse, N.Y.
87.  St. Patrick's Church of Truxton, N.Y.

88.  St. Patrick's R.C. Church of Chittenango, N.Y.
89.  St. Patrick's R.C. Church of Nedrow, N.Y.
90.  St. Patrick's R.C. Church and St. Anne's Church of Taberg, N.Y.
91.  St. Patrick's R.C. Church of Whitney Point, N.Y.
92.  St. Patrick's R.C. Church of Williamstown, N.Y.
93.  St. Patrick's Roman Catholic Church of Binghamton, N.Y.
94.  St. Paul's Church Corp. of Binghamton, N.Y.
95.  St. Paul's Church of Norwich, N.Y.
96.  St. Paul's Church of Rome, N.Y.
97.  St. Paul's Church of Whitesboro, N.Y.
98.  St. Paul's Roman Catholic Church of Oswego, N.Y.
99.  St. Peter's Church of Rome, N.Y.
100. St. Peter's Church of Syracuse, N.Y.
101. St. Peter's Roman Catholic Church of Clinton, N.Y.
102. St. Peter's Roman Catholic Church of Utica, N.Y.
103. St. Rita's Roman Catholic Church of Chenango Forks, N.Y.
104. St. Rose of Lima Church of No. Syracuse, N.Y.
105. St. Stanislaus R.C. Church of Utica, N.Y.
106. St. Stephen Protomartyr Church of Oriskany, N.Y.
107. St. Stephen's Church of Marathon, N.Y.
108. St. Stephens Roman Catholic Church of Oswego, N.Y.
109. St. Stephens Slovak Church of Syracuse, N.Y.
110. St. Theresa's Church of New Berlin, N.Y.
111. St. Therese Church of Syracuse, N.Y.
112. St. Thomas Aquinas RC Church of Binghamton, N.Y.
113. St. Thomas More Foundation, Inc. of Syracuse, N.Y.
114. St. Thomas Roman Catholic Church of New Hartford, N.Y.
115. St. Vincent De Paul's Church of Syracuse, N.Y.
116. St. Vincent De Paul Roman Catholic Church of Vestal, N.Y.
117. Transfiguration Church of Rome, N.Y.
118. Trustees of St. Anthony's Roman Catholic Church of Cortland, N.Y.
119. Trustees of St. Francis and/or St. Mary's Churches of Durhanville, N.Y.
120. Trustees of Roman Catholic Church St. Anthony of Padua of Endicott, N.Y.
121. Utica Catholic Academy of Utica, N.Y.
122. Basilica of the Sacred Heart of Jesus
123. Bishop Cunningham High School
124. Bishop Grimes Jr./Sr. High School
125. Bishop Ludden Jr./Sr. High School
126. Blessed Sacrament Church, Eastwood
127. Camp Nazareth
128. Catholic Charities of the Roman Catholic Diocese of Syracuse
129. Catholic Schools of Broome County, Binghamton
130. Christ the Good Shepard
131. Christ the Good Shepard
132. Church of Christ The King, Endwell
133. Church of Immaculate Heart of Mary

134. Church of Our Lady of Lourdes
135. Church of Our Lady of Pompei
136. Church of the Blessed Sacrament
137. Church of the Holy Family
138. Church of the Holy Trinity
139. Church of the Holy Trinity
140. Holy Trinity Church of Utica
141. Holy Trinity Church
142. Most Holy Rosary
143. Notre Dame Jr. / Sr. High
144. Our Lady of Angels Church of Endwell
145. Our Lady of Hope f/k/a St. James
146. Our Lady of Lourdes Church Syracuse
147. Seton Catholic Central, Binghamton
148. Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY
149. St. Anthony & St. Agnes Church
150. St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St. Christopher and St. Rita
151. St. John the Baptist
152. St. John the Baptist
153. St. Joseph the Worker Liverpool, Onondaga Co.
154. St. Joseph's Church of McGraw, NY- originally titled to St. Mary-Cortland, McGraw, NY
155. St. Lucy
156. St. Marianne Cope Church
157. St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception,
158. St. Patrick Mission
159. St. Patrick's Church of Forestport
160. St. Stephen
161. The Church of the Blessed Sacrament
162. The Holy Family Church of Fulton
163. Trinity Catholic School
164. St. Catherine of Siena Roman Catholic Church
165. St. Francis Church of Durhamville
166. St. John the Evangelist Church
167. St. John's Church and Roman Catholic Society in the City of Utica a/k/a Historic Old St. John
168. St. Mary Mt. Carmel- Blessed Sacrament Church
169. St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception, Syracuse
170. St. Paul's Church -St. Anne's-St. Stephen's
171. St. Vincent DePaul-Blessed Sacrament Church
172. The Church of Saints John & Andrew
173. The Parish Community of St. Leo & St. Ann
174. To the extent not already listed herein, any Participating Party

**<u>EXHIBIT A</u>**
**Approval Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| **THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, NEW YORK** | : | Case No. 20-30663-WAK |
| | : | |
| Debtor. | : | Re: Doc. No. [ ] |
| | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**ORDER (I) APPROVING THE INTERSTATE SETTLEMENT AGREEMENT,
RELEASE AND BUYBACK, (II) APPROVING THE SALE OF THE INTERSTATE
POLICIES FREE AND CLEAR, (III) ENJOINING CLAIMS,
<u>AND (IV) GRANTING RELATED RELIEF</u>**

Upon the motion, dated _____, 2025 ("**Motion**")[1] of The Roman Catholic
Diocese of Syracuse, New York the debtor-in-possession in the above-captioned Chapter 11 case
("**Diocese**"), for entry of an order approving the settlement agreement, releases, insurance policy
buyback, and related injunction-in-aid ("**Settlement**") by and among the Diocese, the other
Diocese Parties, and Interstate Fire & Casualty Company, National Surety Corporation, and
Fireman's Fund Insurance Company (collectively, "**Interstate**"), pursuant to Sections 105(a) and

---

[1]    Capitalized terms used but not defined herein shall have the meanings ascribed to such
terms in the Agreement (as defined below).

21612479.v5 21612479.v6

363 of Title 11 of the United States Code ("**Bankruptcy Code**") and Rules 2002(a)(2), 6004, and 9019 of the Federal Rules of Bankruptcy Procedure ("**Bankruptcy Rules**"), in each case as described in the Motion and the Settlement Agreement, Release, and Policy Buyback attached to the Motion as **Annex I** (the "**Agreement**"); and the Court having reviewed the Motion and the Agreement; and it appearing that due and adequate notice of the Motion and Agreement having been given to all Persons entitled thereto, and that no other or further notice need be given; and the Court on _____, 2025 at [[ ] AM/PM] having held a hearing (the "**Sale Hearing**") to consider the relief requested in the Motion; and upon the record of the Sale Hearing; and, after due deliberation, including, without limitation, for the reasons stated by the Court on the record of the Sale Hearing, it appearing that the relief requested in the Motion and granted herein is in the best interests of the Diocese's estate, its creditors, and other parties in interest; and good sufficient cause appearing therefor, it is hereby

**FOUND AND DETERMINED THAT:**

A.    This Court has jurisdiction over the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b) and the *Standing Order* of reference from the United States District Court for the Western District of New York dated as of February 29, 2012, as amended and in effect.  This matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (N).  Venue of this case and the Motion in this district is proper under 28 U.S.C. §§ 1408 and 1409.

B.    The statutory predicates for the relief sought in the Motion are Sections 105(a) and 363 of the Bankruptcy Code and Bankruptcy Rules 2002, 6004, and 9019.

C.    Proper, timely, adequate and sufficient notice of the Sale Hearing and Motion and the relief requested therein, including, without limitation, the Settlement and the transactions described in the Agreement, including, without limitation, issuance of the injunction-in-aid referenced in the Agreement and the Motion (all such transactions being collectively referred to, for convenience, as the "**Sale Transaction**") has been provided in accordance with all applicable provisions of the Bankruptcy Code and the Bankruptcy Rules to all interested Persons, including, without limitation: (a) all Abuse Claimants known to or reasonably ascertainable by any Diocese Party; (b) the Participating Parties; (c) the Committee; (d) the Unknown Claims Representative; (e) all other Persons that must be served with written notice under Bankruptcy Rule 2002, including, without limitation, all Persons who have filed notices of appearance in the Bankruptcy Case; (f) all Persons known or believed by any Diocese Party to have provided insurance to any of the Diocese Parties; (g) to the extent not captured in (f), all Non-Settling Insurers; and (h) the Persons set forth on Schedules 2 and 3 of the Agreement.  Notice of the Sale Transaction and the Sale Hearing was published in [The New York Times/ USA Today and [ ]] on _____, 2025, as set forth in the publication notice attached to the Motion.  The notices described above were good, sufficient, and appropriate under the circumstances, and no other notice of the Motion or Sale Hearing is required.

D.    The disclosures made by the Diocese concerning the Agreement, the Sale Transaction, and the Sale Hearing were good, complete, and adequate.

E.    A reasonable opportunity to object or be heard with respect to the Motion and the relief requested therein has been afforded to all interested Persons.

F.      The Diocese has full corporate power and authority to consummate the Sale Transaction pursuant to the Agreement and all other documents contemplated thereby, and no consents or approvals, other than those expressly provided for in the Agreement, are required for the Diocese to consummate the Sale Transaction. Similarly, the other Diocese Parties have full corporate power and authority to consummate the Sale Transaction pursuant to the Agreement and all other documents contemplated thereby, and no consents or approvals, other than those expressly provided for in the Agreement, are required for the Diocese Parties to consummate the Sale Transaction.

G.      Approval of the Agreement and consummation of the Sale Transaction are in the best interests of the Diocese's estate, its creditors (specifically including the Abuse Claimants), and other parties-in-interest, including because the proceeds of and from the Sale Transaction will benefit Abuse Claims.

H.      The Diocese has demonstrated (i) good, sufficient, and sound business purpose and justification and compelling circumstances for the Sale Transaction pursuant to Section 363(b) of the Bankruptcy Code and (ii) that the Sale Transaction is fair, reasonable, and in the best interests of the Diocese's estate and creditors pursuant to Bankruptcy Rule 9019. Among other things, the Diocese has demonstrated that: the Agreement, and closing thereon, is necessary and appropriate to realize the value of the Purchased Property[2] and maximize the value of the Diocese's estate; the probability of success for the Diocese's estate in litigation over the matters resolved by the Agreement, including, without limitation, the Adversary Proceeding, is uncertain; litigation of the matters resolved by the Agreement would be complex and costly to the Diocese's estate; and the Settlement Amount is within the reasonable range of potential litigation outcomes. The Sale Transaction constitutes a reasonable and sound exercise of the Diocese's business judgment and its powers and duties under applicable law and should be approved.

I.      The Agreement was negotiated, proposed, and entered into without collusion, in good faith, and from arm's length bargaining positions. Without limiting the foregoing, the Agreement resulted from a lengthy mediation that proceeded pursuant to a prior order of the Court. Interstate is not an "insider" or "affiliate" of the Diocese, as those terms are defined in the Bankruptcy Code. None of the Diocese Parties or Interstate have engaged in any conduct that would: (i) cause or permit the avoidance of the Agreement or the consummation of the Sale Transaction under Section 363(n) of the Bankruptcy Code; (ii) cause or permit the imposition of any costs or damages (including without limitation attorneys' fees or punitive damages) under Section 363(n) of the Bankruptcy Code; or (iii) prevent the application of Section 363(m) of the Bankruptcy Code.

J.      Interstate is a good faith purchaser of the Purchased Property under Section 363(m) of the Bankruptcy Code and, as such, is entitled to all of the protections afforded thereby, in that, among other things: (i) all payments to be made by or to Interstate, and other agreements or arrangements entered into by Interstate, in connection with the Sale Transaction have been disclosed; (ii) Interstate neither induced nor caused the Diocese's Chapter 11 filing; (iii) the negotiation and execution of the Agreement and any other agreements or instruments related

---

[2]   "**Purchased Property**" as used herein means both (i) the Diocese Policies and (ii) the Extra-Contractual Claims of the Diocese Parties, all as defined in the Agreement.

thereto was in good faith, the arm's length transaction between Interstate and the Diocese Parties was the product of mediation, and all Parties to the Agreement were, or had the opportunity to be, represented by counsel; and (iv) Interstate has not violated Section 363(n) of the Bankruptcy Code by any action or inaction.  Interstate has at all times acted in good faith with respect to the Agreement and will continue to be acting in good faith within the meaning of Section 363(m) of the Bankruptcy Code in closing the Sale Transaction.

K.      The terms and conditions of the Agreement are fair and reasonable.  The Settlement Amount provided by Interstate pursuant to the Agreement (i) is fair and reasonable; (ii) monetizes the Purchased Property at the highest and best amount; (iii) will provide a higher and more certain recovery for the Diocese's creditors than would be provided by any other practical available alternative (including, for the avoidance of doubt, litigation of the Adversary Proceeding) given the complexity, cost, and uncertainty of such alternatives; and (iv) constitutes reasonably equivalent value (as those terms are defined in each of the Uniform Fraudulent Transfer Act, Uniform Fraudulent Conveyance Act, and Section 548 of the Bankruptcy Code) and fair consideration under the Bankruptcy Code and applicable non-bankruptcy law.  The Settlement Amount is within the reasonable range of potential litigation outcomes, and the Diocese's determination to accept the Settlement Amount and otherwise enter into the Agreement is a valid and sound exercise of the Diocese's business judgment and consistent with the Diocese's fiduciary duties.

L.      Interstate: (i) is not a mere continuation of the Diocese or its estate, nor is there any continuity of enterprise between Interstate and the Diocese or Interstate and any of the other Diocese Parties; (ii) is not holding itself out to the public as a continuation of any of the Diocese Parties; and (iii) is not a successor to the Diocese, its estate, or any of the Diocese Parties for any purpose, and the Sale Transaction does not amount to a consolidation, merger, or *de facto* merger of Interstate and any of the Diocese Parties.

M.      The Agreement was not entered into for the purpose of hindering, delaying, or defrauding creditors under the Bankruptcy Code or under the laws of the United States, any state, territory, possession, or the District of Columbia.  Neither Interstate nor any of the Diocese Parties are fraudulently entering into the Sale Transaction.

N.      The transfer of the Purchased Property to Interstate (i) does not constitute an avoidable transfer under the Bankruptcy Code or under other applicable bankruptcy or non-bankruptcy law and (ii) does not and will not subject Interstate to any liability whatsoever with respect to the Diocese's operation prior to the closing of the Sale Transaction (the "**Closing**").

O.      Interstate has agreed to purchase the Purchased Property pursuant to its Agreement and this Order; Interstate has not agreed to purchase, and is not purchasing, any other assets of the Diocese's estate.  Interstate has not agreed to assume, and after Closing shall have no obligations with respect to, any liabilities of the Diocese, its subsidiaries or affiliates, the other Diocese Parties, or any Covered Parties, except for the ISO Exception (as and to the extent expressly provided in the Agreement).  Without limiting the generality of the foregoing, Interstate: (i) is not assuming and shall have no liability for any Claims arising from or relating to Abuse, the Purchased Property, or the Bankruptcy Case; and (ii) is not assuming and, excluding only the ISO Exception (as and to the extent expressly provided in the Agreement), shall have no liability with respect to the Diocese's, any Covered Party's, or any  other Diocese Party's

obligations to Abuse Claimants, any other creditors, future claimants (including without limitation Unknown Abuse Claims), or the Diocese's, any Covered Party's, or any Diocese Party's employees, in each case, by reason of the purchase of the Purchased Property under the Agreement.

P.      The Purchased Property constitutes property of the Diocese's estate, and the Diocese is the lawful owner of the Purchased Property and holds good title thereto. The transfer of the Purchased Property to Interstate pursuant to the Agreement will be a legal, valid, binding, and effective transfer of the Purchased Property, and will vest Interstate with all right, title, and interest of the Diocese and the Diocese Parties in and to the Purchased Property, in each case free and clear of all Interests (as defined below, and including, without limitation, any Interests of the Diocese Parties, Covered Parties, other named or additional insureds or assureds, or those with direct action rights against the Purchased Property) except (as and to the extent specifically provided in the Agreement) for the ISO Exception. After Closing, Interstate shall have no liability for any Claims against or liabilities of the Diocese, its estate, or the other Diocese Parties or Covered Parties, except for the ISO Exception (as and to the extent specifically provided in the Agreement). Without limiting any of the foregoing, the Diocese, the Diocese Parties, and Interstate have agreed that, upon the occurrence of the Settlement Agreement Effective Date and payment of the Settlement Amount by Interstate, the Purchased Property (i) shall, immediately prior to the buyback, be amended to include the Sexual Abuse Exclusion, Time-Bar Exclusion and Cancellation Endorsement and (ii) immediately thereafter shall be deemed void *ab initio*, terminated, extinguished, and of no further force and effect.

Q.      The Diocese may sell the Purchased Property free and clear of all, liens, interests, obligations, rights, encumbrances, pledges, mortgages, deeds of trust, security interests, Claims (including, without limitation, any "claim" as defined in Section 101(5) of the Bankruptcy Code), leases, possessory leasehold interests, charges, options, rights of first refusal or option to purchase any real property, easements, servitudes, transfer restrictions under any agreement, judgments, hypothecations, demands, licenses, sublicenses, assignments, debts, obligations, guaranties, options, contractual commitments, restrictions, environmental liabilities, options to purchase, and options, in each case of whatever kind, nature, or description in, against, or with respect to any of the Purchased Property, having arisen, existed or accrued prior to and through closing of the Sale Transaction, whether direct or indirect, absolute or contingent, choate or inchoate, fixed or contingent, matured or unmatured, liquidated or unliquidated, arising or imposed by agreement, understanding, law, equity, statute, or otherwise and whether arising prior to, on, or after the Petition Date, including without limitation Abuse Claims, Coverage Claims, and all other Barred Claims (collectively, and including all "interests" as the term is used in Bankruptcy Code Section 363, "**Interests**"), except for the ISO Exception as and to the extent expressly provided in the Agreement, because one or more of the standards set forth in Bankruptcy Code Section 363(f)(1) – (5) has been satisfied with regard to each such Interest. Without limiting the generality of the foregoing: (i) non-Diocese parties with Interests in or with respect to the Purchased Property who did not object, or who withdrew their objections to the Sale Transaction or the Motion have waived their right to object to the sale of the Purchased Property free and clear of such non-Diocese parties' Interests in the Purchased Property pursuant to Section 363(f)(2) of the Bankruptcy Code; and (ii) non-Diocese parties with Interests in or with respect to the Purchased Property who objected to the Motion and did not withdraw any such objection (a) are the holders of Interests subject to *bona fide* dispute under Bankruptcy

Code Section 363(f)(4) and/or (b) can be compelled to accept a monetary satisfaction of their Interests within the meaning of Section 363(f)(5) of the Bankruptcy Code.

R.       If the sale of the Purchased Property were not free and clear of Interests, or if the Interstate Released Parties and/or Interstate's Related Persons would, or in the future could, be liable for any of the Interests, Interstate would not have entered into the Agreement and would not consummate the Sale Transaction or pay the Settlement Amount, thus adversely affecting the Debtor, its estate, and its creditors (including, without limitation, the Abuse Claimants), as well as the other Diocese Parties.

S.       Issuing a supplemental injunction under Section 105(a) of the Bankruptcy Code as provided herein is essential to give effect to the sale of the Purchased Property to Interstate and this Order's approval of such sale free and clear of Interests pursuant to Section 363(f) of the Bankruptcy Code.  The Settling Insurer Injunction set forth in Paragraph 19 below not only is a necessary prerequisite for Interstate's assent to the terms and conditions of its Agreement, such that Interstate will not consummate the Sale Transaction or pay its Settlement Amount in the absence of such an injunction from this Court, but also is warranted to ensure compliance with this Order.

**NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

### General Provisions

1.       The Motion is granted and approved as set forth herein.

2.       The findings of fact set forth above and conclusions of law stated herein, in addition to any findings of fact and conclusions of law stated by the Court at the Sale Hearing, shall constitute this Court's findings of fact and conclusions of law pursuant to Bankruptcy Rule 7052, made applicable to the Motion pursuant to Bankruptcy Rule 9014.  To the extent any finding of fact later shall be determined to be a conclusion of law, it shall be so deemed, and to the extent any conclusion of law later shall be determined to be a finding of fact, it shall be so deemed.

3.       Any and all objections, if any, to the Motion or the relief requested therein that have not been withdrawn, waived, or settled, and all reservations of rights included in such objections, are hereby overruled on the merits with prejudice, and in each case the Person asserting the objection or reservation of rights is enjoined from taking any action against the Interstate Released Parties or Interstate's Related Persons to recover any Claim which such objecting Person has solely against the Diocese, its estate, or any other Diocese Party or Covered Party.  Those parties who did not object or who withdrew their objections to the Motion are deemed to have consented to the relief granted herein, pursuant to Section 363(f)(2) of the Bankruptcy Code. For the avoidance of doubt, nothing in this Paragraph 3 shall be interpreted to enjoin any party's right, if any, to appeal this Order.

### Approval of the Agreements

4.       The Agreement is approved in its entirety, pursuant to Sections 105(a) and 363(b) of the Bankruptcy Code and Bankruptcy Rule 9019.  Without limiting the generality of the foregoing, the settlement and mutual release of Claims as set forth in the Agreement is hereby

approved pursuant to Bankruptcy Rule 9019.  All factors set forth in *In re Iridium Operating LLC*, 478 F.3d 452, 462 (2d Cir. 2007), either weigh in favor of the Agreement or do not apply.

5.  Pursuant to Section 363(b) of the Bankruptcy Code, the Diocese is authorized to consummate the Sale Transaction under and in accordance with the terms and conditions of the Agreement, and the Diocese shall at all times act in accordance with the terms thereof.

6.  The Parties are authorized to execute and deliver, and empowered to perform under, consummate, and implement the Agreement, together with all additional instruments and documents that may be reasonably necessary, convenient, or desirable to implement the Agreement and consummate the Sale Transaction pursuant thereto and effectuate the provisions of this Order and the transactions approved hereby, and to take all further actions as may be requested by Interstate for the purpose of assigning, transferring, granting, conveying, and conferring to Interstate or reducing to Interstate's possession, the Purchased Property, or as may be necessary or appropriate to the performance of the obligations as contemplated by the Agreement.

7.  Interstate is authorized and directed to pay the respective Settlement Amount to the Trust under and subject to the satisfaction of all terms and conditions of the Agreement.

8.  The Settlement Amount provided by Interstate for the Purchased Property constitutes reasonably equivalent value and fair consideration under the Bankruptcy Code, Uniform Fraudulent Transfer Act, Uniform Fraudulent Conveyance Act, and under the laws of the United States, any state, territory, possession, or the District of Columbia.

9.  None of Interstate's Related Persons or any Interstate Released Party shall be required to seek or obtain relief from the automatic stay under Section 362 of the Bankruptcy Code to enforce any of its or their rights or remedies under the Agreement or any other document related to the Agreement or the Sale Transaction. The automatic stay imposed by Section 362 of the Bankruptcy Code is modified solely to the extent necessary to implement the preceding sentence and the other provisions of this Order; *provided*, *however*, that this Court shall retain jurisdiction over any and all disputes with respect thereto.

10.  This Order shall be binding in all respects upon: (a) the Diocese and its Related Persons; (b) the Diocese's estate; (c) the other Diocese Parties; (d) all creditors (including without limitation all Abuse Claimants); (e) all holders of Interests whether known or unknown (including but not limited to any Non-Settling Insurers and Covered Parties) against or on all or any portion of the Purchased Property; (f) the Interstate Released Parties and Interstate's Related Persons; (g) the Purchased Property; (h) the Unknown Claims Representative; (i) any trustee that may be subsequently appointed in the Bankruptcy Case, whether pursuant to any plan of reorganization or liquidation (including without limitation the Trustee appointed under the Plan), under Section 1104 of the Bankruptcy Code, or upon a dismissal or conversion of this Bankruptcy Case under Chapter 7 of the Bankruptcy Code; and (j) all Persons and Entities receiving notice (or deemed to have received notice pursuant to this Order) of the Motion or the Sale Hearing.  The Agreement shall be binding in all respects upon:  (x) the Diocese, its Related Persons, and its estate; (y) the Diocese Parties; and (z) any trustee that may be subsequently appointed in the Bankruptcy Case, whether pursuant to any plan of reorganization or liquidation

(including without limitation the Trustee appointed under the Plan), under Section 1104 of the Bankruptcy Code, or upon a dismissal or conversion of this Bankruptcy Case under Chapter 7 of the Bankruptcy Code.

### Transfer of the Assets

11.    The conditions of Section 363(f) of the Bankruptcy Code have been satisfied in full; therefore, the Diocese may sell the Purchased Property free and clear of any Interests therein.

12.    Pursuant to Sections 105 and 363(b) and (f) of the Bankruptcy Code, Bankruptcy Rule 9019, applicable New York State law, the Declarations in support of the Motion, and the record of the Sale Hearing, the Diocese has set forth the legal authority necessary to support this Court's findings herein.

13.    Except as and to the extent expressly provided in the Agreement with respect to the ISO Exception, pursuant to Sections 105(a) and 363(f) of the Bankruptcy Code, the Purchased Property and the Diocese Parties' rights, title, and interest therein shall upon Closing be transferred to Interstate, free and clear of all Interests (including without limitation the Interests of the Diocese Parties and any Covered Parties), and all such Interests are unconditionally and forever released and extinguished as against the Purchased Property. Without limiting the generality of the foregoing, the sale of the Purchased Property under the Agreement shall be free and clear of all Abuse Claims (whether Consenting Abuse Claims or Non-Participating Abuse Claims), Barred Claims, Coverage Claims, Inbound Contribution Claims, Insurer Contribution Claims, Medicare Claims, Related Insurance Claims, Direct Action Claims, and any other Claims arising from or related in any way to an Abuse Claim or any portion of the Purchased Property.

14.    Except as and to the extent expressly provided in the Agreement with respect to the ISO Exception, upon Closing, all Persons (and their respective successors and assigns), including but not limited to all governmental, tax, and regulatory authorities, Diocese Parties, Entities, Covered Parties, Non-Settling Insurers, Abuse Claimants, and trade and other creditors, holding Interests (whether legal or equitable, secured or unsecured, matured or unmatured, contingent or non-contingent, senior or subordinated) against, in, or with respect to the Purchased Property, including, without limitation, such Interests arising or accruing under or out of, in connection with, or in any way relating to the transfer of the Purchased Property to Interstate, hereby are forever barred, estopped, and permanently enjoined from asserting such Person's or Entity's Interests against the Purchased Property, the Interstate Released Parties, or Interstate's Related Persons.  Except as and to the extent expressly provided in the Agreement with respect to the ISO Exception, effective upon Closing none of the Interstate Released Parties or any of Interstate's Related Persons shall have any liability for any Claims (a) against the Diocese, its estate, or any of the Covered Parties or other Diocese Parties or (b) in respect of the Purchased Property.

15.    The transfer of the Purchased Property to Interstate pursuant to the Agreement constitutes a legal, valid, and effective transfer of the Purchased Property, and shall vest Interstate with all right, title, and interest of the Diocese and the Diocese Parties in and to the

21612479.v5 21612479.v6

Purchased Property. Upon the occurrence of the Settlement Agreement Effective Date and payment of the Settlement Amount by Interstate, the Diocese Policies shall, immediately prior to the buyback, be amended to include the Sexual Abuse Exclusion, Time-Bar Exclusion, and Cancellation Endorsement; immediately thereafter, the Diocese Policies shall be terminated and no longer in force or effect, exhausted in retrospect as to all coverages, and all Interests the Diocese or any other Person or Entity (including without limitation any of the other Diocese Parties or Covered Parties) may have had, may presently have, or may in the future have, in such Purchased Property are released and extinguished, and all such Persons (including without limitation the Diocese Parties and Covered Parties) and Entities hereby are forever barred, estopped, and permanently enjoined from asserting any such Interest against the Purchased Property, the Interstate Released Parties, and/or any of Interstate's Related Persons; *provided, however*, that the ISO Exception (as and to the extent provided in the Agreement) is not released, barred, estopped, or enjoined. Interstate's payment of the Settlement Amount constitutes full and complete performance of any and all obligations under the Purchased Property, including without limitation any performance owed to the Diocese Parties or Covered Parties, and exhausts all limits of liability of the Purchased Property.

16.    Upon occurrence of the Settlement Agreement Effective Date:

(a)    all Interests the Diocese Parties may have had, may presently have, or in the future may have in the Purchased Property, as applicable, are released pursuant to the terms of the Agreement; and

(b)    excluding only the ISO Exception as and to the extent provided in the Agreement, the Diocese Parties accept the Settlement Amount in full and complete satisfaction of Interstate's past, present, and future obligations, including, without limitation, any obligations to any of the Diocese Parties under such Purchased Property or arising therefrom, as to any and all Claims for insurance coverage or policy benefits of any nature whatsoever arising out of or related in any way to such Purchased Property (including Coverage Claims), whether legal or equitable, known or unknown, suspected or unsuspected, fixed or contingent, and regardless of whether such Claims arise from, relate to, or are in connection with the Abuse Claims, Barred Claims, or otherwise.

**No Successor Liability**

17.    The transfer of the Purchased Property to Interstate shall not result in any Interstate Released Parties, any of Interstate's Related Persons, or the Purchased Property having any of the following: (a) any liability or responsibility for Interests in or Claims against the Diocese or against an insider of the Diocese; (b) liability whatsoever with respect to or be required to satisfy in any manner, whether at law or in equity, whether by payment, setoff, or otherwise, directly or indirectly, any Claims or Interests; or (c) any liability or responsibility to the Diocese except as is expressly set forth in the Agreement.

18.    Without limiting the generality of the foregoing, none of the Interstate Released Parties or any Interstate's Related Persons shall have any successor or vicarious liabilities of any kind or character, including, but not limited to, under any theory of antitrust, environmental, successor or transferee liability, labor law, successor or successor employer liability, *de facto*

merger or joint venture, mere continuation or substantial continuity, whether known or unknown as of Closing, now existing or hereafter arising, whether fixed or contingent, whether asserted or unasserted, whether legal or equitable, whether liquidated or unliquidated, including, but not limited to, liabilities on account of warranties, intercompany loans and receivables between the Diocese and any non-debtor subsidiary or affiliate (including, without limitation, any Diocese Party), liabilities relating to or arising from any environmental laws, and any taxes arising, accruing, or payable under, out of, in connection with, or in any way relating to the Purchased Property prior to Closing.

## Settling Insurer Injunction

19.      Pursuant to Sections 105(a) and 363(f) of the Bankruptcy Code, and in consideration of the undertakings of Interstate pursuant to the Agreement, including Interstate's purchase of the Purchased Property free and clear of all Claims and Interests pursuant to Section 363(f) of the Bankruptcy Code as provided herein, any and all Persons and Entities that have held, now hold, or who may in the future hold any Claims or Interests (including without limitation all debt holders, all equity holders, governmental, tax and regulatory authorities, lenders, trade and other creditors, Abuse Claimants, perpetrators, Covered Parties, any other additional insureds or assureds or named insureds or assureds, Non-Settling Insurers, the Diocese Parties, and all others holding Claims or Interests of any kind or nature whatsoever, including, without limitation, those Claims released or to be released pursuant to the Agreement), which Claims or Interests are under, arise out of, relate to, or connect in any way with an Abuse Claim or any of the Purchased Property, including, without limitation, (a) Abuse Claims (whether Consenting Abuse Claims or Non-Participating Abuse Claims), Unknown Abuse Claims, Coverage Claims, Inbound Contribution Claims, Insurer Contribution Claims, Related Insurance Claims, Direct Action Claims, Tort Actions, and all other Channeled Claims, (b) the payment of any of the Claims identified previously, including, without limitation, Medicare Claims, and (c) all other Barred Claims or Interests, are, to the maximum extent permitted by law, hereby permanently stayed, enjoined, barred, and restrained from taking any action, directly or indirectly, to assert, enforce or attempt to assert or enforce any such Claim or Interest against any of (x) the Interstate Released Parties or Interstate's Related Persons, (y) the assets or property of any Interstate Released Parties or any of Interstate's Related Persons, or (z) the Purchased Property, including by:

(i)      commencing or continuing in any manner any action or other proceeding of any kind against any Interstate Released Parties, any of Interstate's Related Persons, or against the property or assets of any of the foregoing;

(ii)      enforcing, attaching, collecting, or recovering, or seeking to accomplish any of the preceding, by any manner or means, any judgment, award, decree, or order against any Interstate Released Parties, any of Interstate's Related Persons, or against the property or assets of any of the foregoing;

(iii)      creating, perfecting, or enforcing, or seeking to accomplish any of the preceding, any lien of any kind against any Interstate Released Parties, any of Interstate's Related Persons, or against the property or assets of any of the foregoing;

(iv)    asserting, implementing, or effectuating any such Claim of any kind against: (A) any obligation due to any of the Interstate Released Parties or Interstate's Related Persons, (B) any of the Interstate Released Parties or Interstate's Related Persons, or (C) the property or assets of any of Interstate Released Parties or Interstate's Related Persons;

(v)    taking any act, in any manner, in any place whatsoever, that does not conform to, or comply with, the provisions of this Order; and

(vi)    asserting or accomplishing any setoff, right of indemnity, subrogation, contribution, or recoupment of any kind against an obligation due to any Interstate Released Parties, any of Interstate's Related Persons, or against the property or assets of any of the foregoing.

The actions described in this Paragraph 19 are "**Enjoined Actions**," and the injunction set forth herein is the "**Settling Insurer Injunction**."  The Settling Insurer Injunction shall be a permanent injunction against the Enjoined Actions and may not be modified, dissolved, or terminated.

20.    Notwithstanding anything to the contrary in the foregoing, the Settling Insurer Injunction does not apply the ISO Exception (as and to the extent provided in the Agreement).

21.    The Settling Insurer Injunction shall be effective upon the occurrence of the Settlement Agreement Effective Date and Interstate's payment of the Settlement Amount to the Trust pursuant to the terms of the Agreement.  The Settling Insurer Injunction bars pursuit of the above referenced Claims and/or Interests against the Interstate Released Parties, Interstate's Related Persons, or the property or assets of each (including, without limitation, the Purchased Property), but against no other person or thing.  In a successful action to enforce this Settling Insurer Injunction in response to a willful violation thereof, the moving party may seek an award of costs (including reasonable attorneys' fees) against the non-moving party, and such other legal or equitable remedies as are just and proper, after notice and a hearing.

22.    The Settling Insurer Injunction shall not enjoin (a) the right of any Person or Entity against the Trust or a Non-Settling Insurer, or (b) the Trustee from enforcing the Trust Documents.

## Reservation

23.    Nothing in this Order shall serve as a release of any claim or cause of action against Fireman's Fund Insurance Company, National Surety Corporation, Interstate Fire & Casualty Company, Allianz Resolution Management, Insurance Services Office, or any of their respective Related Persons regarding disclosure of any information from any "Sexual Abuse Proof of Claim Form" (as defined in the Bar Date Order).  All parties' rights regarding such claims are reserved.

**Additional Provisions**

24.     From and after the date hereof, no Person or Entity shall take or cause to be taken any action that would adversely affect or interfere with the transfer of the Purchased Property to Interstate in accordance with the terms of the Agreements and this Order.

25.     This Court hereby retains jurisdiction, regardless of whether a Chapter 11 plan has been confirmed in the Bankruptcy Case and consummated and irrespective of the provisions of any such plan or order confirming such plan, to enforce and implement the terms and provisions of the Agreement, all amendments thereto, any waivers and consents thereunder, and of any agreement(s) executed in connection therewith in all respects, including but not limited to retaining jurisdiction to: (a) compel delivery of the Purchased Property to Interstate in accordance with the terms of the Agreement; (b) resolve any dispute, controversy, or claim arising under or related to the Agreement, or the breach thereof; and (c) interpret, implement, and enforce the provisions of this Order and resolve any disputes related thereto.

26.     Nothing contained in any plan confirmed in the Bankruptcy Case or any order of this Court confirming such plan shall conflict with or derogate from the provisions of the Agreement or the terms of this Order.

27.     This Order shall not limit or preclude the entry or effectiveness of any additional releases or injunctions that may be granted protecting the Interstate Released Parties and/or Interstate's Related Persons in connection with, or as part of, any order confirming a Chapter 11 plan.

28.     The transactions contemplated by the Agreement are undertaken by Interstate in good faith, as that term is used in Section 363(m) of the Bankruptcy Code.  Interstate is a good faith purchaser of the Purchased Property and is entitled to all the protections afforded by Section 363(m) of the Bankruptcy Code.  Accordingly, any reversal or modification on appeal of the authorization provided herein to consummate the Sale Transaction shall not affect the validity of the Sale Transaction to Interstate.

29.     Interstate has given substantial consideration under the Agreement for the benefit of the Diocese, its estate, and creditors, along with the other Diocese Parties and Covered Parties.  Such consideration given by Interstate constitutes valid and valuable consideration for the Purchased Property and the releases set forth in the Agreement, including, without limitation, the extinguishment and release of all Interests pursuant to this Order.  The consideration provided by Interstate for the Purchased Property under the Agreement is fair and reasonable; accordingly, the purchase may not be avoided under Section 363(n) of the Bankruptcy Code.

30.     The terms and provisions of the Agreement and this Order shall be binding notwithstanding any subsequent appointment of any Trustee(s) examiner(s) or receiver(s) under any Chapter of the Bankruptcy Code or any other law, and all such provisions and terms shall likewise be binding on such Trustee(s), examiner(s), or receiver(s) and shall not be subject to rejection or avoidance by the Diocese, its estate, its creditors, or any examiner(s) or receiver(s).

31.     The failure specifically to include any particular provision of the Agreement in this Order shall not diminish or impair the effectiveness of such provision, it being the intent of this Court that the Agreement and the Parties' performance thereof be authorized and approved in its entirety.

32.     Pursuant to the provisions of the Agreement, each of the Diocese Parties and Interstate shall be authorized to take, or cause to be taken, all appropriate action to do, or cause to be done, all things necessary, proper, or advisable under applicable law or otherwise to consummate and make effective the transactions contemplated by the Agreement.

33.     All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

34.     All obligations of the Diocese under the Agreement shall be deemed administrative expenses of the estate under Sections 503(b) and 507(a)(1) of the Bankruptcy Code.

35.     Each and every federal, state, and local governmental agency or department is hereby directed to accept this Order in lieu of any document necessary to consummate the transactions contemplated by the Agreement and this Order.

36.     The Agreement and any related agreements, documents, or other instruments may be modified, amended, or supplemented by the Parties, in a writing signed by the applicable Parties, and in accordance with the terms thereof, without further order of this Court; *provided* that such modification, amendment, or supplement does not constitute a material change to the relief sought in the Motion and approved by this Order.

# # #

**EXHIBIT B-1**
**Form of Channeling Injunction**

IN CONSIDERATION OF THE UNDERTAKINGS OF THE PROTECTED PARTIES HEREIN, THEIR CONTRIBUTIONS TO THE TRUST, AND OTHER CONSIDERATION GIVEN, AND, WHERE APPLICABLE, PURSUANT TO THEIR RESPECTIVE SETTLEMENTS WITH THE DIOCESE AND TO FURTHER PRESERVE AND PROMOTE THE AGREEMENTS BETWEEN AND AMONG THE PROTECTED PARTIES, AND TO SUPPLEMENT WHERE NECESSARY THE INJUNCTIVE EFFECT OF THE DISCHARGE AS PROVIDED IN SECTIONS 524 AND 1141 OF THE BANKRUPTCY CODE, AND PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE:

1. ANY AND ALL CHANNELED CLAIMS ARE CHANNELED INTO THE TRUST AND SHALL BE TREATED, ADMINISTERED, DETERMINED, AND RESOLVED UNDER THE PROCEDURES AND PROTOCOLS AND IN THE AMOUNTS ESTABLISHED UNDER THE PLAN, THE ALLOCATION PROTOCOL, AND THE TRUST AGREEMENT AS THE SOLE AND EXCLUSIVE REMEDY FOR ALL HOLDERS OF CHANNELED CLAIMS.

2. ALL PERSONS WHO HAVE HELD OR ASSERTED, HOLD OR ASSERT, OR MAY IN THE FUTURE HOLD OR ASSERT, ANY CHANNELED CLAIMS, ARE HEREBY PERMANENTLY STAYED, ENJOINED, BARRED, AND RESTRAINED FROM TAKING ANY ACTION, DIRECTLY OR INDIRECTLY, FOR THE PURPOSES OF ASSERTING, ENFORCING OR ATTEMPTING TO ASSERT OR ENFORCE ANY CHANNELED CLAIMS AGAINST THE PROTECTED PARTIES, INCLUDING:

(I) COMMENCING OR CONTINUING IN ANY MANNER ANY ACTION OR OTHER PROCEEDING OF ANY KIND WITH RESPECT TO ANY CHANNELED CLAIM AGAINST ANY OF THE PROTECTED PARTIES OR AGAINST THE PROPERTY OF ANY OF THE PROTECTED PARTIES;

(II) ENFORCING, ATTACHING, COLLECTING, OR RECOVERING, OR SEEKING TO ACCOMPLISH ANY OF THE PRECEDING, BY ANY MANNER OR MEANS, ANY JUDGMENT, AWARD, DECREE, OR ORDER WITH RESPECT TO ANY CHANNELED CLAIM AGAINST ANY OF THE PROTECTED PARTIES OR THE PROPERTY OF ANY OF THE PROTECTED PARTIES;

(III) CREATING, PERFECTING, OR ENFORCING, OR SEEKING TO ACCOMPLISH ANY OF THE PRECEDING, ANY LIEN OF ANY KIND RELATING TO ANY CHANNELED CLAIM AGAINST ANY OF THE PROTECTED PARTIES, OR THE PROPERTY OF THE PROTECTED PARTIES;

**(IV)    ASSERTING, IMPLEMENTING, OR EFFECTUATING ANY CHANNELED CLAIM OF ANY KIND AGAINST:**

**(A)    ANY OBLIGATION DUE ANY OF THE PROTECTED PARTIES;**

**(B)    ANY OF THE PROTECTED PARTIES; OR**

**(C)    THE PROPERTY OF ANY OF THE PROTECTED PARTIES.**

**(V)    TAKING ANY ACT, IN ANY MANNER, IN ANY PLACE WHATSOEVER, THAT DOES NOT CONFORM TO, OR COMPLY WITH, THE PROVISIONS OF THE PLAN; AND**

**(VI)    ASSERTING OR ACCOMPLISHING ANY SETOFF, RIGHT OF INDEMNITY, SUBROGATION, CONTRIBUTION, OR RECOUPMENT OF ANY KIND AGAINST AN OBLIGATION DUE TO ANY OF THE PROTECTED PARTIES, OR THE PROPERTY OF ANY OF THE PROTECTED PARTIES.**

**NOTWITHSTANDING ANYTHING TO THE CONTRARY IN SECTION 12 OF THE PLAN OR ELSEWHERE IN THE PLAN, LITIGATION CLAIMANTS AND THE TRUST SHALL BE PERMITTED TO NAME THE DIOCESE AND ANY PARTICIPATING PARTY IN ANY PROCEEDING TO RESOLVE WHETHER THE DIOCESE OR SUCH PARTICIPATING PARTY HAS LIABILITY FOR A LITIGATION CLAIM, AND THE AMOUNT OF ANY SUCH LIABILITY, FOR THE PURPOSE OF OBTAINING INSURANCE COVERAGE FROM NON-SETTLING INSURERS UNDER THE NON-SETTLING INSURER POLICIES, AND FOR THE PURPOSE OF PURSUING ANY AND ALL INSURANCE CLAIMS AGAINST THE NON-SETTLING INSURERS. ANY SUCH JUDGMENTS OR AWARDS WILL BE TURNED OVER TO THE TRUST FOR DISTRIBUTION IN ACCORDANCE WITH SECTION 4.6 OF THE PLAN. FOR THE AVOIDANCE OF DOUBT, RECOURSE WITH RESPECT TO ANY AND ALL LITIGATION CLAIMS IS EXPRESSLY LIMITED TO THE PROCEEDS OF NON-SETTLING INSURER POLICIES AND ALL OTHER COSTS AND/OR DAMAGES THAT MAY BE RECOVERABLE AGAINST ANY NON-SETTLING INSURERS, AS AND TO THE EXTENT PERMITTED BY THE PLAN.**

**THE CHANNELING INJUNCTION IS AN INTEGRAL PART OF THE PLAN AND IS ESSENTIAL TO THE PLAN'S CONSUMMATION AND IMPLEMENTATION. IT IS INTENDED THAT THE CHANNELING OF THE CHANNELED CLAIMS AS PROVIDED IN SECTION 12.3 OF THE PLAN SHALL INURE TO THE BENEFIT OF THE PROTECTED PARTIES. IN A SUCCESSFUL ACTION TO ENFORCE THE INJUNCTIVE PROVISIONS OF SECTION 12.3 OF THE PLAN IN RESPONSE TO A WILLFUL VIOLATION THEREOF, THE MOVING PARTY MAY SEEK AN AWARD OF COSTS (INCLUDING REASONABLE ATTORNEYS' FEES) AGAINST THE NON-MOVING PARTY, AND SUCH OTHER LEGAL OR EQUITABLE REMEDIES AS ARE JUST AND PROPER, AFTER NOTICE AND A HEARING.**

**EXHIBIT B-2**
**Form of Gatekeeper Injunction**

To the extent permitted by law, and subject in all respects to Section 12 of the Plan, no Enjoined Party may commence or pursue against any Protected Party (a) an Abuse Claim or (b) any other Claim or cause of action that arose, arises from, or is related to an Abuse Claim, the Chapter 11 Case, the negotiation of the Plan, the administration of the Plan or property to be distributed under the Plan, the wind-down or reorganization of the business of the Diocese, the administration of the Trust, or the transactions in furtherance of the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or cause of action represents a colorable Claim against a Protected Party and (ii) subject in all respects to the Channeling Injunction and Settling Insurer Injunction, specifically authorizing such Enjoined Party to bring such Claim or cause of action against any such Protected Party. The Bankruptcy Court will have jurisdiction to determine whether a Claim or cause of action is colorable and, to the extent legally permissible and as provided for in Section 14 of the Plan, have jurisdiction to adjudicate the underlying colorable Claim or cause of action.

For the avoidance of doubt, the Gatekeeper Injunction in this Section of the Plan does not apply to Claims commenced for the purpose of seeking recovery from Non-Settling Insurers.

## EXHIBIT C
### Sexual Abuse Exclusion

It is agreed that this policy does not apply to claims arising out of the sexual or physical abuse or molestation of any person by the insured, any employee of the insured or any volunteer worker.

The company shall not have any duty to defend any suit against the insured seeking damages on account of such injury.

**<u>EXHIBIT D</u>**
**Time-Bar Exclusion**

No suit to recover on account of loss under this insurance shall be brought unless commenced within two years from the date when the occurrence giving rise to the loss began; regardless of the insured's knowledge of such occurrence.

| Summary report: | |
|---|---|
| **Litera Compare for Word 11.12.0.83 Document comparison done on 7/25/2025 10:18:35 AM** | |
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://cloudimanage.com/bond/21612479/5 - DOS - Interstate Settlement Agreement.docx | |
| **Modified DMS:** iw://cloudimanage.com/bond/21612479/6 - DOS - Interstate Settlement Agreement.docx | |
| **Changes:** | |
| Add | 374 |
| Delete | 35 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 4 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 413 |