UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re:

The Roman Catholic Diocese of Syracuse, New
York,

                        Debtor.

Case No.  20-30663 (WAK)

Chapter 11

---

The Roman Catholic Diocese of Syracuse, New
York, *et al.*,[1]

                        Plaintiff,

v.

Arrowpoint Capital, *et al.*,

                        Defendants.

Adv. Proc. No. 21-50002 (WAK)

## SECOND SUPPLEMENT TO MOTION FOR
## ENTRY OF ORDERS PURSUANT TO SECTIONS 363 AND 105(A) OF
## THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING
## SETTLEMENT AGREEMENTS AND POLICY BUY-BACKS WITH
## CERTAIN INSURERS AND GRANTING RELATED RELIEF

The Roman Catholic Diocese of Syracuse, New York, by and through its undersigned counsel, hereby files this supplement to its *Motion for Entry of Orders Pursuant to Sections 363 and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Agreements and Policy Buy-Backs With Certain Insurers and Granting Related Relief* [Docket No. 2946] (the "Settlement Motion")[2] in accordance with paragraph 7 of the Court's *Order Approving the Form and Manner of Notice of the Diocese's Motion to Approve Proposed Insurance Settlements* [Docket No. 2955].

---

[1] The caption of the adversary proceeding has been abbreviated pursuant to Federal Rule of Civil Procedure 10 and Federal Rule of Bankruptcy Procedure 7010.  The full caption of this adversary proceeding is set forth in the Adversary Complaint found at Adv. Docket No. 1.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Settlement Motion.

Attached as ***Exhibit 1*** is a copy of the Settlement Agreement with LMI which has been updated with completed exhibits/schedules.

Attached as ***Exhibit 2*** is a redline showing the modifications from the Settlement Agreement with LMI that was filed with the Settlement Motion.

Dated: July 25, 2025

BOND, SCHOENECK & KING, PLLC

By */s/ Grayson T. Walter*
Stephen A. Donato (Bar Roll #101522)
Charles J. Sullivan (Bar Roll #507717)
Grayson T. Walter (Bar Roll #518237)
Sara C. Temes (Bar Roll #514148)
Justin S. Krell (Bar Roll #704364)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Fax: (315) 218-8100
Emails:        sdonato@bsk.com
               csullivan@bsk.com
               gwalter@bsk.com
               stemes@bsk.com
               jkrell@bsk.com

*Attorneys for The Roman Catholic Diocese of Syracuse, New York*

22046197.v1

## Exhibit 1

Settlement Agreement

1

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (hereinafter the "**Agreement**") is made this __th day of ____, 2025, by and between The Roman Catholic Diocese of Syracuse, New York ("**Diocese**")[1] and the "**DOS Signatories**" on the one hand, and certain Underwriters at Lloyd's, London, and certain London Market Insurance Companies (collectively, "**London Market Insurers**"), on the other hand.  (The aforementioned parties are referred to hereinafter collectively as the "**Parties**" or individually as a "**Party**").

## WITNESSETH THAT:

WHEREAS, the "**CVA**" and the "**ASA**" opened a window for individuals to file civil claims for injury suffered as a result of sexual conduct, which were otherwise time-barred;

WHEREAS, as a result of revival, pursuant to the CVA and the ASA, certain sexual abuse claims that were otherwise time-barred by the statute of limitations were brought against the Diocese and the DOS Signatories;

WHEREAS, the Diocese and certain DOS Signatories incurred, and may in the future incur liabilities, expenses, and losses arising out of the sexual abuse claims;

WHEREAS, each London Market Insurer subscribed severally, not jointly, the "**Subject Insurance Policies**";

WHEREAS, the Subject Insurance Policies provide various forms of coverage including Property Insurance, Casualty Insurance, and Crime Insurance;

WHEREAS, the Subject Insurance Policies are property of the Diocese's bankruptcy estate;

WHEREAS, the Diocese and certain DOS Signatories tendered "**Coverage Claims**" to London Market Insurers to seek insurance coverage for the Abuse Claims;

WHEREAS, London Market Insurers dispute the Coverage Claims;

WHEREAS, to address its liabilities for the Abuse Claims, on the "**Petition Date**," the Diocese filed the "**Bankruptcy Case**" in the "**Bankruptcy Court**";

WHEREAS, on January 15, 2021, the Diocese and DOS Signatories filed the "**Insurance Coverage Action**" as an adversary proceeding in the Bankruptcy Court;

WHEREAS, several London Market Insurers are named defendants in the Insurance Coverage Action, and dispute the substantive allegations and Coverage Claims asserted against them in the Insurance Coverage Action;

WHEREAS, on February 4, 2021, the Diocese filed the "**Mediation Motion**";

---

[1]       Terms in bold, inside quotation marks, are defined in Section 1, Definitions.

1

WHEREAS, the Bankruptcy Court: (i) on April 12, 2021, entered the "**Mediation Order**" approving the Mediation Motion, authorizing the selection of a mediator and directing the "**Mediation Parties**" to mediate the sexual abuse claims and the Coverage Claims; (ii) entered a text order appointing Judge Judith K. Fitzgerald (Ret.) as mediator; (iii) on June 7, 2022, entered an order concluding Judge Judith K. Fitzgerald's role as mediator and appointing Paul Van Osselaer as the new mediator; and (iv) on October 22, 2024, entered an order appointing Judge Shelley C. Chapman (Ret.) and Mr. Paul A. Finn as additional mediators;

WHEREAS, on February 20, 2024, the London Market Insurers filed an Answer in the Insurance Coverage Action;

WHEREAS, on April 25, 2025, the Parties, with the support of the "**Committee**", agreed to resolve their issues amicably;

WHEREAS, whether or not they (i) were subject to the "**Abuse Claims**"; or (ii) asserted Coverage Claims against the London Market Insurers, the Diocese and the DOS Signatories are settling with and releasing the "**LMI Entities**" pursuant to this Agreement;

WHEREAS, it is the intention of the Parties that the Diocese and the DOS Signatories shall sell, assign, and transfer the "**Purchased Property**" to the London Market Insurers, and the London Market Insurers shall buy the Purchased Property free and clear of any "**Interests**" of any "**Person**" and pay the "**Settlement Amount**" to the "**Trust**" no later than the "**Settlement Payment Date**" for the benefit of the "**Abuse Claimants**";

WHEREAS, notice of this Agreement shall be provided to all Persons who have alleged or may allege an Interest in the "**Purchased Property**";

WHEREAS, the buyback of the Purchased Property is conditioned upon the satisfaction of the "**Conditions Precedent to Settlement Payment**";

WHEREAS, the Subject Insurance Policies will be endorsed with the "**Sexual Misconduct Exclusion**", "**Cancellation Endorsement**", and "**Time-Bar Exclusion**," effective upon the **Actual Payment Date**;

WHEREAS, it is the intention of the Parties that any and all Interests in or to the Purchased Property be extinguished, ended, and forever terminated;

WHEREAS, in **Attachment E**, the Diocese and the DOS Signatories have identified Persons covered or allegedly covered under the Subject Insurance Policies;

WHEREAS, it is the intention of the Parties that (i) the Diocese and the DOS Signatories shall (a) not retain any right, title, or Interest in or to the Purchased Property; and (b) release the LMI Entities from all "**Related Insurance Claims**"; and (ii) none of the LMI Entities shall have any remaining duty or obligation of any nature whatsoever to the Diocese or any DOS Signatory;

WHEREAS, subject to the Court entering the orders contemplated by this Agreement, each of the LMI Entities will be protected by the "**Settling Insurer Injunction**", the "**Gatekeeper Injunction**", and the "**Channeling Injunction**";

2

WHEREAS, upon the **"Plan Effective Date"**, the Trust shall indemnify and hold harmless the LMI Entities and **"Underwriter Third-Party Beneficiaries"** as set forth below;

WHEREAS, the Diocese shall request the Settling Insurer Injunction, for the benefit of the **"Settling Insurers"** pursuant to the **"Approval Order"**, entry of which shall be a condition precedent to the **"Agreement Effective Date"**; and

WHEREAS, by this Agreement, the Parties intend to adopt, by way of compromise, and without prejudice to or waiver of their respective positions in other matters, without further trial or adjudication of any issues of fact or law, and without the London Market Insurers' admission of liability or responsibility under the Subject Insurance Policies, a full and final settlement that releases and terminates all Interests of Persons, including the LMI Entities, the Diocese, and the DOS Signatories relating to the Purchased Property, including all Interests relating to the **"Related Insurance Claims"**, without prejudice to their respective positions on policy wordings or any other issues relating to the Insurance Coverage Action, the Related Insurance Claims, or otherwise.

## AGREEMENTS:

NOW, THEREFORE, in full consideration of the foregoing and of the mutual agreements herein contained, and intending to be legally bound, the Parties agree as follows:

**1. Definitions**

The following definitions and the definitions used above apply to this Agreement as well as any exhibits or attachments hereto. Where the listed terms are further defined in the body of this Agreement, the definitions listed here nonetheless apply and shall serve to further explain the meaning of those terms. Each defined term stated in a singular form shall include the plural form, each defined term stated in plural form shall include the singular form, and each defined term stated in the masculine form or in the feminine form shall include the other. The words "include," "includes," or "including" shall be deemed to be followed by the words "without limitation," and the phrase "relating to" or "relate to" means "in any way, directly or indirectly, with regard to, by reason of, based on, arising from, arising out of, relating to, or connected with". (The words "include", "includes", and "including", and the phrase "relating to" are not capitalized herein.) This Agreement incorporates all attachments hereto to the same extent as if fully set forth herein. All references to "Sections" are references to sections of this Agreement unless otherwise specified. Unless the context of this Agreement otherwise requires, the terms "hereto," "herein," "hereby," and derivatives of similar words refer to this entire Agreement. References to statutes include all regulations promulgated thereunder and references to statutes or regulations include all statutory and regulatory provisions regardless of whether specifically referenced in this Agreement. The use of the terms "intend," "intended," or "intent," when describing the intention of the Parties, as the case may be, shall not be construed to create a breach of this Agreement when the stated intent is not achieved.

**a. Abuse**

The term **"Abuse"** means any actual or alleged:

i. sexual conduct or misconduct, sexual abuse or molestation, indecent assault and/or battery, rape, pedophilia, hebephilia, ephebophilia, lascivious behavior, undue

3

familiarity, or sexually-related physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, any other sexual misconduct, or any conduct constituting a sexual offense, incest, or use of a child in a sexual performance (as such terms are defined in the New York Penal Law); or

ii.        non-sexual assault, battery, corporal punishment and other non-sexual nonsexual acts of physical, psychological, mental or emotional abuse, humiliation or intimidation (including physical abuse or bullying without regard to whether such physical abuse or bullying is of a sexual nature), and all other non-sexual tortious behavior of any type whatsoever.

For the avoidance of doubt, "Abuse" also includes (a) any conduct which would constitute a sexual offense as defined in article one hundred thirty of the New York Penal Law, incest as defined in section 255.27, 255.26 or 255.25 of the New York Penal Law, or the use of such Person in a sexual performance as defined in section 263.05 of the New York Penal Law, or a predecessor statute that prohibited such conduct at the time of the act; and (b) sexually-related injuries, including those stemming from the use of photography, video, or digital media.

### b.        Abuse Action

The term "**Abuse Action**" means an Action asserting an Abuse Claim against the Diocese or any **"Participating Party"**.

### c.        Action

The term "**Action**" means any lawsuit, proceeding, or other action in a court, or any arbitration.

### d.        Actual Payment Date

The term "**Actual Payment Date**" means, with respect to each paying London Market Insurer, and each of its respective **"LMI Related Persons"**, in their capacities as such, the date following the Agreement Effective Date on which that London Market Insurer has transferred its respective, several, allocated share of the Settlement Amount to the Trust and the Trust has received such payment. The term **"Full Payment Date"** shall mean the date that all London Market Insurers have paid their respective, several, allocated shares of the Settlement Amount to the Trust and the Trust has received the full Settlement Amount.

### e.        Affiliates

The term "**Affiliates**" means all past and present Persons that control, are controlled by, or are under the control of, another Person, including parents, subsidiaries, merged Persons, holding Persons, and acquired Persons, or any predecessor to such Person, and their successors and assigns, in their capacities as such.

f.      **Agents**

The term "**Agents**" means all past and present employees, officers, directors, agents, shareholders, principals, teachers, staff, members, board members, administrators, trustees, members, partners, managers, officials, advisory board members, advisory committee members, financial advisors, investment bankers, representatives, brokers, adjusters, managing agents, underwriting agents, other professionals, priests, deacons, brothers, sisters, nuns, other clergy, Persons bound by monastic vows, volunteers, attorneys, claims handling administrators, and representatives of a Person, in their capacities as such.

g.      **Agreement Effective Date**

The term "**Agreement Effective Date**" means the date on which all the following have occurred: (a) all Parties have executed this Agreement; (b) the Approval Order, including the Settling Insurer Injunction, becomes a Final Order; (c) the Confirmation Order becomes a Final Order; and (d) the Plan Effective Date has occurred.

h.      **Allocation Protocol**

The term "**Allocation Protocol**" means the protocol for allocation of funds to the Abuse Claims, developed by the Committee, which is attached as Exhibit 1 to the Plan Supplement.

i.      **Approval Order**

The term "**Approval Order**" means an order entered by the Court, upon a hearing following "**Bankruptcy Notice**", which has become a "**Final Order**", containing all of the following provisions but no provision that is contrary to or inconsistent with the following provisions. The wording of the Approval Order shall be mutually acceptable to the Diocese, the Parishes, the London Market Insurers, and the Committee. The Approval Order shall contain provisions:

**(i)**      Finding that the Bankruptcy Notice described in Section 1.n of this Agreement is reasonable and provides due and adequate notice of the Diocese's request for approval of this Agreement to all known and unknown Claimants and parties in interest in the Bankruptcy Case;

**(ii)**      Approving this Agreement in its entirety, pursuant to Bankruptcy Code §§ 363(b), (f), and (m) and, if applicable, 105(a), and "**Bankruptcy Rules**" 6004 and 9019;

**(iii)**      Authorizing, as of the Full Payment Date, the sale of the Purchased Property to London Market Insurers, free and clear of all Interests of all Persons, including all Interests, if any, arising under New York insurance law or any other applicable law, if any, with all Interests in and to, and "**Claims**" against, the Purchased Property being fully extinguished without reservation as to the LMI Entities, the Diocese, and the DOS Signatories;

**(iv)**      Ordering that all "**Claims**" and other Interests that any Person, including "**CMS**", might have in, or against, the Purchased Property, attach to the Settlement Amount;

**(v)**      Ordering that, without further action of any Person, the Subject Insurance Policies shall be endorsed with the Sexual Misconduct Exclusion, Cancellation Endorsement, and Time-Bar Exclusion on the Full Payment Date;

5

(vi)   Ordering the Diocese to dismiss, with prejudice, all Claims against the London Market Insurers in the Insurance Coverage Action, within ten (10) Business Days after the Settlement Payment Date;

(vii)   Authorizing and directing the Parties to perform their respective obligations under this Agreement; and

(viii)   Issuing the **"Settling Insurer Injunction"**, subject to, and to become effective upon, the occurrence of the Actual Payment Date.

The Approval Order shall be accompanied by the **"Settlement Approval Findings and Conclusions"**.

### j.   ASA

The term **"ASA"** means the New York Adult Survivors Act, which was codified in the New York Civil Practice Law & Rules 214-j.  The Adult Survivors Act created a one-year window from November 24, 2022, to November 23, 2023, for the revival of previously time-barred civil claims concerning Abuse that occurred after the Claimant reached eighteen years of age.

### k.   Bankruptcy Case

The term "**Bankruptcy Case**" means the bankruptcy case filed by the Diocese in the Bankruptcy Court, entitled *In re The Roman Catholic Diocese of Syracuse, New York*, Case Number 20-30663.

### l.   Bankruptcy Code

The term "**Bankruptcy Code**" means Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.*

### m.   Bankruptcy Court

The term "**Bankruptcy Court**" means the United States Bankruptcy Court for the Northern District of New York (Syracuse Division).

### n.   Bankruptcy Notice

The term "**Bankruptcy Notice**" means notice as required under Bankruptcy Rules 2002, 6004(a) and (c), and applicable local rules, sent to (i) all Claimants, including Abuse Claimants, against the Diocese, any DOS Signatory, or any Participating Party, or their attorneys, if any, who are known to the Diocese or any DOS Signatory, including Claimants and co-defendants named in any proof of claim filed in the Bankruptcy Case or any Abuse Action, as set forth on **Attachment N,** and **Attachment P** hereto; (ii) the Committee; (iii) the "**Unknown Claimants Representative**"; (iv) each DOS Signatory and each Participating Party; (v) all Persons listed in the Catholic Directory, as set forth on **Attachment M,** hereto; (vi) each Insurer; (vii) the Secretary of the Department of Health and Human Services; (viii) "**CMS**"; (ix) the United States Attorney for the Northern District of New York; (x) each Person who, in the opinion of any Party, might reasonably be expected to be affected by the transactions contemplated herein; (xi) all other Persons as directed by the Court; and (xii) all other Persons that must be served with written notice under Bankruptcy Rule 2002, including all

6

Persons who have filed notices of appearance in the Bankruptcy Case. Notice shall also be given by publication in the national edition of either *The New York Times* or *USA Today*, and in each of The Post Standard, *The Rochester Democrat & Chronicle*, *The Observer-Dispatch*, *The Press & Sun Bulletin*, *The Albany Times Union*, *The Catholic Sun*, *North Country Catholic*, and *The Evangelist*.

o.     **Bankruptcy Rules**

The term **"Bankruptcy Rules"** means the Federal Rules of Bankruptcy Procedure, as such may be amended from time to time

p.     **Bar Date**

The term **"Bar Date"** means April 15, 2021, at 11:59 p.m. (Eastern time), the deadline by which Claimants were required to file proof of claim forms for prepetition Claims, including Abuse Claims, against the Diocese.

q.     **Business Day**

The term **"Business Day"** means any day that is not a Saturday, Sunday, or legal holiday, in the State of New York or the United Kingdom.

r.     **Cancellation Endorsement**

The term "**Cancellation Endorsement**" means the wording, set forth verbatim in **Attachment G**, with which the Subject Insurance Policies shall be endorsed on the Full Payment Date, effective as set forth in Section 1.i(v).

s.     **Channeling Injunction,**

The term "**Channeling Injunction**" means an order of the Court requiring all Channeled Claimants to assert their Channeled Claims against the Trust, and barring and permanently enjoining such Claims against the "**Protected Parties**", pursuant to § 105 of the Bankruptcy Code, substantially in the form set forth in **Attachment H,** unless the London Market Insurers, the Diocese, and the Committee agree otherwise in writing.

t.     **Claim**

The term "**Claim**" means a "claim," as that term is defined in section 101(5) of the Bankruptcy Code, and includes: any claim, Action, assertion of right, complaint, cross-complaint, counterclaim, liabilities, obligations, rights, request, allegation, mediation, litigation, direct action, administrative proceeding, cause of action, lien, encumbrances, indemnity, equitable indemnity, right of subrogation, equitable subrogation, defense, injunctive relief, controversy, contribution, exoneration, covenant, agreement, promise, act, omission, trespass, variance, damages, judgment, compensation, set-off, reimbursement, restitution, cost, expense, loss, exposure, execution, attorney's fee, obligation, order, affirmative defense, writ, demand, inquiry, request, directive, obligation, proof of claim in a bankruptcy proceeding or submitted to a trust established pursuant to the Bankruptcy Code, government claim or Action, settlement, and/or any liability whatsoever, whether past, present, or (to the extent it arises prior to the Plan Effective Date) future, known or unknown, asserted or unasserted, foreseen or unforeseen, fixed or contingent, matured or unmatured, liquidated or unliquidated, direct, indirect or otherwise consequential, whether in law, equity,

7

admiralty, under the Bankruptcy Code, or otherwise, whether currently known or unknown, whether compromised, settled or reduced to a consent judgment, that may exist now or hereinafter for property damages, compensatory damages (such as loss of consortium, wrongful death, survivorship, proximate, consequential, general and special damages), punitive damages, bodily injury, personal injury, public and private claims, or any other right to relief whether sounding in tort, contract, extra-contractual or bad faith, statute, strict liability, equity, nuisance, trespass, statutory violation, wrongful entry or eviction or other eviction or other invasion of the right of private occupancy, and any amounts paid in respect of any judgment, order, decree, settlement, contract, or otherwise.

     **(i)**    **Abuse Claim**

     (A) The term "**Abuse Claim**" means any Claim that has been or could be asserted against the Diocese or any Participating Party that is attributable to, arises from, is based upon, or results from Abuse that occurred prior to the Petition Date, including any such Claim that seeks monetary damages or any other relief under any theory of liability, law, or equity whatsoever, including contribution, indemnity, vicarious liability, *respondeat superior*, conspiracy, fraud (including fraud in the inducement), any negligence-based or employment-based theory (including negligent hiring, supervision, retention, or misrepresentation), any other theory based upon misrepresentation, concealment, or unfair practice, public or private nuisance, or any other theory (including any theory based upon public policy) or any act or failure to act by the Diocese or any Participating Party, or any other Person for whose acts, or failures to act, the Diocese or any Participating Party is or was alleged to be responsible.  For the avoidance of doubt, "Abuse Claim" includes (a) all Unknown Abuse Claims, Child Abuse Claims (or any other Claim or cause of action described in the CVA) and Adult Abuse Claims (or any other Claim or cause of action described in the ASA) against the Diocese or any Participating Party and (b) any Claim against the Diocese or any Participating Party that is attributable to, arises from, is based upon, relates to, or results from Abuse that, as of the Petition Date is barred by any applicable statute of limitations, and in each case, irrespective of whether (x) such Claims also involve the conduct of Joint Tortfeasors, (y) such Claims arise under, or were revived pursuant to, the CVA or ASA, or any future reviver law, statute, or binding precedential decision passed or issued on or after the "**Plan Effective Date**", or (z) a proof of claim has been filed or an Abuse Action has been commenced with respect to such Claim.

     (B) The term "**Unknown Abuse Claim**" means any Abuse Claim asserted against the Diocese, the Reorganized Diocese, and/or a Participating Party, or otherwise presented to the Trust, that alleges Abuse that occurred prior to the Petition Date, and which is not (i) filed on or before the Plan Effective Date; or (ii) the subject of a Timely Abuse Action commenced on or before the Plan Effective Date.

     (C) The term "**Adult Abuse Claim**" means any Claim alleging Abuse that occurred at a time when the Abuse Claimant was 18 years of age or older.

     (D) The term "**Child Abuse Claim**" means any Claim alleging Abuse that occurred at a time when the Abuse Claimant was less than 18 years of age.

8

### (ii)    Barred Claims

The term "**Barred Claims**" means any and all Channeled Claims (specifically including all Abuse Claims, Medicare Claims, Extra-Contractual Claims), Non-Consenting Class 4 Claims, Coverage Claims, Tort Actions, Unknown Abuse Claims, Related Insurance Claims, Insurer Contribution Claims, Inbound Contribution Claims, Direct Action Claims, and every other Claim that (a) relates to (directly or indirectly), or connects in any way with an Abuse Claim or any of the Subject Insurance Policies; or (b) is otherwise released herein. For the avoidance of doubt, "Barred Claims" include all Claims exempted from the injunctions (including the Channeling Injunction) set forth in the Plan.

### (iii)    Channeled Claims

The term "**Channeled Claims**" means any and all Abuse Claims, Inbound Contribution Claims, Medicare Claims, Extra-Contractual Claims, or any other Claim against any Protected Party arising from or related in any way to an Abuse Claim or any of the Settling Insurer Policies, whenever and wherever arising or asserted, whether sounding in tort, contract, warranty, or any other theory of law, equity, or admiralty, including all Claims by way of direct action, subrogation, contribution, indemnity, alter ego, statutory or regulatory action, or otherwise; Claims for exemplary or punitive damages; Claims for attorneys' fees and other expenses, or Claims for any equitable remedy, *provided, however,* that "Channeled Claims" shall not include any Claim exempted from the injunctions set forth in the Plan.  For the avoidance of doubt (i) a Channeled Claim includes any Claim against a Protected Party based on allegations that it is an alter ego of a Person that is not a Protected Party, that the Protected Party's corporate veil should be pierced on account of Claims against a Person that is not a Protected Party, or based on any other theory under which the legal separateness of any Person and any other Person may be disregarded to impose liability for a Claim on either such Person, and (ii) notwithstanding anything to the contrary herein, Channeled Claims do not include any Claims to the extent they are asserted against Excluded Parties or Non-Settling Insurers; *provided, however*, any Claims that assert liability against an Excluded Party or Non-Settling Insurer in conjunction with a Protected Party shall be Channeled Claims as to such Protected Party. Solely for purposes of this definition of Channeled Claims, an "Excluded Party" is (1) any individual who personally committed an act of Abuse that resulted or would result in an Abuse Claim against any Protected Party, but solely in his or her capacity as an abuser; (2) the Holy See; and/or (3) any religious order or other Person that is an Affiliate of, or associated with the Roman Catholic Church (other than the Diocese, the Reorganized Diocese, the Participating Parties and their respective Related Persons; *provided, however*, that any Person who has actually or allegedly acquired or been assigned the right to make a Coverage Claim is not an "Excluded Party".

### (iv)    Consenting Class 5 Claims

The term "**Consenting Class 5 Claims**" means all Abuse Claims held by Consenting Class 5 Claimants.  The term "**Consenting Class 5 Claimants**" means all holders of Abuse

Claims who have consented to having their Claim(s) against the Protected Parties released and enjoined under the Channeling Injunction, as contemplated in the Plan.

    **(v)**    **Coverage Claims**

The term "**Coverage Claims**" means all Claims under or relating to the Subject Insurance Policies or the rights and obligations thereunder, or the breach thereof, including Claims seeking insurance coverage.

    **(vi)**    **Direct Action Claims**

The term "**Direct Action Claims**" means all Claims against any LMI Entity that are identical or similar to, or relating to, any Abuse Claim, in that they seek to recover from any LMI Entity damages based on actual or alleged Abuse by a Person affiliated with or under the control and supervision of the Diocese or a Participating Party, whether arising by contract, in tort or under the laws of any jurisdiction, including any statute that gives a third party a direct cause of action against an insurer.

    **(vii)**    **Extra-Contractual Claims**

The term "**Extra-Contractual Claims**" means all Claims against the LMI Entities seeking any type of relief, other than coverage or benefits, under or with respect to the Subject Insurance Policies. Extra-Contractual Claims include Claims for compensatory, exemplary, or punitive damages, or attorneys' fees, interests, costs, or any other type of relief, alleging any of the following with respect to (a) any Subject Insurance Policies; (b) any Claim allegedly or actually covered under a Subject Insurance Policies; or (c) the conduct of any LMI Entity with respect to (a) or (b): (i) bad faith; (ii) failure or refusal to provide insurance coverage under any Subject Insurance Policy, including any failure or refusal to investigate or to provide a defense or adequate defense; (iii) failure or refusal to compromise and reasonably settle any Claim insured under any Subject Insurance Policy; (iv) failure to act in good faith; (v) violation or breach of any covenant or duty of good faith and fair dealing, whether express, implied,  or otherwise; (vi) violation of any state insurance codes, state surplus lines statutes or similar codes or statutes; (vii) violation of any unfair claims practices act or similar statute, regulation, or code, including any statute, regulation, or code relating to  unlawful, unfair, or fraudulent competition, business, or trade practices, and/or untrue or misleading advertising; (viii) any type of misconduct; or (ix) any other act or omission of any type by any LMI Entity for which the Claimant seeks relief other than coverage or benefits under a Subject Insurance Policy. "Extra-Contractual Claims" further include all Claims relating to any LMI Entity's (x) handling of any Claims under the Subject Insurance Policies, (y) conduct in negotiating this Agreement and/or the Plan, and (z) conduct in the settlement of any Claims. For the avoidance of doubt, Extra-Contractual Claims of the Diocese and the DOS Signatories are included within the property the London Market Insurers are purchasing hereunder.

    **(viii)**    **Inbound Contribution Claims**

The term "**Inbound Contribution Claims**" means all Claims against the Diocese or any Participating Party, by a Person that is liable for, allegedly liable for, or that has paid, a Claim relating to Abuse and is asserting rights to contribution, indemnity, equitable

10

indemnity, subrogation, or equitable subrogation, allocation or reallocation, or reimbursement, or any other indirect or derivative recovery. Inbound Contribution Claims include all Insurer Contribution Claims.

### (ix)    Insurer Contribution Claims

The term **"Insurer Contribution Claims"** means all Claims, most commonly expressed in terms of contribution, indemnity, equitable indemnity, subrogation, equitable subrogation, allocation, reallocation, reimbursement, or any other indirect or derivative recovery against a Settling Insurer, by an Insurer (including any Non-Settling Insurer) for the payment of money, where such Insurer contends that it has paid more than its equitable or proportionate share of a Claim against the Diocese and/or a DOS Signatory.

### (x)    Medicare Claims

The term **"Medicare Claims"** means all Claims relating to Abuse Claims by **"CMS"** and/or any other Agent or successor Person charged with responsibility for monitoring, assessing, or receiving reports made under **"MMSEA"** and pursuing Claims under MSPA, relating to any payments in respect of any Abuse Claims, including Claims for reimbursement of payments made to Abuse Claimants who recover or receive any Distribution from the Trust, **"Conditional Payments"**, and Claims relating to reporting obligations.

### (xi)    Non-Consenting Class 5 Claims

The term "**Non-Consenting Class 5 Claim**" means all Abuse Claims held by Non-Consenting Class 5 Claimants. "**Non-Consenting Class 5 Claimants**" means the holders of Abuse Claims who affirmatively withhold consent to having their Claim(s) enjoined under the Channeling Injunction and/or released in the manner contemplated in the Plan, and who have not, prior to entry of the Confirmation Order, agreed in writing to provide such consent, to grant such releases, and to be treated as Consenting Class 5 Claimants for all purposes.

### (xii)    Related Insurance Claim

The term **"Related Insurance Claim"** means:

(A)    all Claims against any LMI Entity, held by the Diocese, any Participating Party, or any Abuse Claimant related to any Abuse Claim, including those for (i) indemnity and payment of any Abuse Claim; (ii) any LMI Entity's failure or refusal to provide insurance coverage for any Abuse Claim under any Subject Insurance Policy; (iii) any LMI Entity's tortious or wrongful claims handling including the failure or refusal of any LMI Entity to timely compromise and settle any Abuse Claims against the Diocese or any Participating Party pursuant to any Subject Insurance Policy; (iv) to the extent not otherwise encompassed by section (iii) above, any LMI Entity's failure or refusal to reasonably settle Abuse Claims; and (v) the interpretation or enforcement of the terms of any Subject Insurance Policy;

(B)    all Extra-Contractual Claims against any LMI Entity not included in the foregoing section (A); and

11

Case 20-30663-5-wak    Doc 2975    Filed 07/25/25    Entered 07/25/25 15:41:10    Desc
Main Document    Page 15 of 800

     (C)    all other Claims against any LMI Entity that are under or relate to the Subject Insurance Policies.

**(xiii)   Settling Insurer Claim**

The term **"Settling Insurer Claim"** means any Claim by a Settling Insurer for contribution, indemnity, equitable indemnity, subrogation, equitable subrogation, allocation, reallocation, reimbursement, or any other indirect or derivative recovery against a Non-Settling Insurer arising from the payment of the Settlement Amount.

**u.    <u>CMS</u>**

The term **"CMS"** means the Centers for Medicare and Medicaid Services of the United States Department of Health and Human Services, located at 7500 Security Boulevard, Baltimore, MD 21244-1850, and/or any other Agent or successor Person charged with responsibility for (i) monitoring, assessing, or receiving reports made under MMSEA for reimbursement of Medicare Claims; or (ii) receiving such reimbursement.

**v.    <u>Committee</u>**

The term **"Committee"** means the Official Committee of Unsecured Creditors appointed in the Bankruptcy Case, by the United States Trustee, pursuant to section 1102 of the Bankruptcy Code, as constituted from time to time, but does not mean the members of the Committee in their individual capacities.

**w.    <u>Conditional Payment</u>**

The term **"Conditional Payment"** means any payment by CMS, before the Plan Effective Date, in respect of any Abuse Claims, which is subject to potential recovery under the MSPA by CMS.

**x.    <u>Conditions Precedent to Settlement Payment</u>**

The term "**Conditions Precedent to Settlement Payment**" means all of the following:

    **(i)**    This Agreement shall have been executed by all Parties;

    **(ii)**    This Agreement shall have been approved by the Court;

    **(iii)**    The Court shall have entered the Approval Order, including the **"Settlement Approval Findings and Conclusions"**, which shall be a Final Order;

    **(iv)**    The "Confirmation Order" shall have been entered by the Court and the Court shall have issued the **"Confirmation Findings and Conclusions"**;

    **(v)**    The Confirmation Order shall have become a Final Order;

    **(vi)**    The Plan Effective Date shall have occurred; and

    **(vii)**    The Agreement Effective Date shall have occurred.

12

21870816.v4

**y.      Confirmation Findings and Conclusions**

The term "**Confirmation Findings and Conclusions**" means the findings of fact and conclusions of law required under Bankruptcy Code §§ 1129(a), and, if applicable, 105(a) and 1129(b), which are to be entered concurrently with the Confirmation Order, as necessary to confirm the Plan, including:

(i)      The Settlement Amount provides good and valuable consideration to the Diocese's bankruptcy estate and enables distributions to the Abuse Claimants;

(ii)     The DOS Signatories would not release their Interests in the Subject Insurance Policies unless they obtained the benefits of the Channeling Injunction, because to do so would have left them exposed to Abuse Claims, whether or not such Claims be valid, and whether or not coverage exists for such Claims;

(iii)    Therefore, the Channeling Injunction is necessary to the Agreement;

(iv)    The Channeling Injunction is narrowly tailored because it requires that only Channeled Claims against the Protected Parties be brought against the Trust; and

(v)     Therefore, the Channeling Injunction is necessary to the Plan;

**z.      Confirmation Order**

The term "**Confirmation Order**" means an order confirming the Plan entered by the Court, after a confirmation hearing upon Bankruptcy Notice, in a form and substance as required by this Agreement, which order has become a Final Order.  The wording of the Confirmation Order shall be mutually acceptable to the Diocese, London Market Insurers, the Parishes, and the Committee. The Confirmation Order shall contain all of the following provisions, but no provision that is contrary to or inconsistent with this Agreement:

(i)      Confirming the Plan;

(ii)     Specifically, and individually, ordering all Persons, as set forth in the Plan, to act or refrain from acting as specified in the Plan;

(iii)    Incorporating the terms and provisions of this Agreement as though fully set forth therein;

(iv)    Ordering the Trustee to perform the obligations, if any, imposed upon the Trustee by this Agreement;

(v)     Issuing the Channeling Injunction;

(vi)    Issuing the Gatekeeper Injunction;

(vii)   Ratifying and incorporating the Settling Insurer Injunction;

(viii)  Ordering all Channeled Claimants to dismiss, with prejudice, any pending Actions against the Diocese and the Participating Parties based on Channeled Claims to the

13

extent a Settling Insurer provides, or is alleged to provide, insurance coverage for such Claims, provided that a Non-Settling Insurer does not also provide, or is alleged to provide, insurance coverage for such Claims, and instead to assert such dismissed Claims against the Trust for resolution pursuant to the **"Trust Agreement"**;

      **(ix)**    Including the Reduction Clause; and

      **(x)**    Ordering that the Court shall (i) not grant stay relief for Claims actually, allegedly, or potentially implicating the Settling Insurer Policies; and (ii) reinstate the automatic stay if it had previously been lifted for Claims that actually, allegedly, or potentially implicate any of the Settling Insurers Policies, unless and until the Confirmation Order is reversed, and such reversal becomes a Final Order.

The Confirmation Order shall be accompanied by the Confirmation Findings and Conclusions.

**aa.**    **Court**

The term "**Court**" means the Bankruptcy Court, the District Court, or any court with appellate jurisdiction over any order entered by the Bankruptcy Court and/or the District Court in the Bankruptcy Case, as applicable.

**bb.**    **CVA**

The term "**CVA**" means New York Child Victim's Act, which was codified in the New York Civil Practice Law & Rules 214-g.  The CVA created a one-year window from August 14, 2019, to August 13, 2020, for the revival of previously time-barred civil claims related to childhood sexual abuse, which was subsequently extended to August 13, 2021.

**cc.**    **District Court**

The term "**District Court**" means the United States District Court for the Northern District of New York.

**dd.**    **Diocese**

The term "**Diocese**" means The Roman Catholic Diocese of Syracuse, New York, the debtor and debtor in possession in the Bankruptcy Case.

**ee.**    **DOS Signatories**

The term "**DOS Signatories"** means the Persons, other than the Diocese, signing this Agreement, as set forth on **Attachment E**, hereto.

**ff.**    **Enjoined Party**

The term "**Enjoined Parties"** means all Persons who have held, hold, or may hold Claims that have been released, discharged, or are subject to exculpation, the Channeling Injunction or the Settling Insurer Injunction, pursuant to the Plan, the Confirmation Order, or the Approval Order.

14

**gg.     Entities' Release**

The term "**Entities' Release**" means the following:

**(i)**     The remising, release, covenant not to sue, and permanent discharge by the Diocese and the DOS Signatories and any subsequently appointed trustee or representative acting for any of the Diocese or any DOS Signatory, without further act by any Person, from and against all Related Insurance Claims that the Diocese or any DOS Signatory ever had, now has, or hereafter may have, from the beginning of time to the Actual Payment Date, of: (1) the LMI Entities; and (2) the respective heirs, executors, administrators, and reinsurers (as such) of any of the Persons identified in clause (1) hereof, in their capacities as such.

**(ii)**     Except as set forth in Section 4.a.(i), the Entities' Release shall not release or discharge any obligations of any LMI Entity or its respective heirs, executors, administrators, and reinsurers (as such), if such LMI Entity's respective full allocable share of the Settlement Amount has not been paid pursuant to the terms herein.

**hh.     Equitas Entities**

The term "**Equitas Entities**" means Equitas Limited, Equitas Reinsurance Limited, Equitas Holdings Limited, Equitas Policyholders Trustee Limited, and any other Person from time to time in the Equitas Group.

**ii.     Excluded Party**

The term "**Excluded Party**" means (a) any individual who personally committed an act of Abuse that resulted or would result in an Abuse Claim against the Diocese or a Participating Party, but solely in his or her capacity as an abuser; (b) the Holy See; and (c) any religious order or other Person that is an Affiliate of or associated with the Roman Catholic Church (other than the Parties and their respective Related Persons); *provided, however*, that neither of the following is an "Excluded Party": (y) any Person claiming to be an insured (as a named insured, additional insured, or otherwise) under any of the Subject Insurance Policies; and/or (z) any Person who has actually or allegedly acquired or been assigned the right to make a claim for coverage under any of the Subject Insurance Policies.

**jj.     Final Order**

The term **"Final Order"** means an order or judgment that has not been reversed, vacated or stayed and as to which (a) the time to appeal, petition for *certiorari*, or move for a new trial, reargument or rehearing has expired and as to which no appeal, petition for *certiorari*, or other proceedings for a new trial, reargument or rehearing shall then be pending or (b) if an appeal, *writ of certiorari*, petition for review, or reargument or rehearing thereof has been sought, such order shall have been affirmed by the highest court to which such order was appealed, or *certiorari* or review has been denied or from which reargument or rehearing was sought, and the time to take any further appeal, petition for *certiorari,* petition for review, or move for reargument or rehearing shall have expired; *provided, however,* that the possibility that a motion pursuant to Bankruptcy Code § 502(j) or 1144, or Federal Rules of Civil Procedure 59 or 60 or Bankruptcy Rules 9023 or 9024 may be filed with respect to such order shall not cause such order not to be a Final Order.  For the avoidance of doubt, if the Plan is substantially consummated as defined in Bankruptcy Code

15

§ 1101(2) ("**Substantial Consummation**"), and any appeal of the Confirmation Order becomes equitably moot due to Substantial Consummation, the Confirmation Order shall be considered a Final Order as of the date that the order determining such appeal to be moot has become a Final Order.

kk.    **Gatekeeper Injunction**

The term **"Gatekeeper Injunction"** means the injunction set forth on **Attachment J** hereto.

ll.    **HHS**

The term "**HHS**" means the United States Department of Health and Human Services.

mm.    **Insurance Coverage Action**

The term "**Insurance Coverage Action**" means the adversary proceeding commenced by the Diocese in the Bankruptcy Court, on January 15, 2021, captioned as *The Roman Catholic Diocese of Syracuse, New York et al. v. Arrowpoint Capital et al.*, Adv. Pro. No. 21-50002.

nn.    **Insurance Policy**

The term "**Insurance Policy"** means any known or unknown contract, binder, certificate, or policy of insurance or certificate of liability coverage issued to, subscribed any interest in, or underwrote any risk in, in effect on or before the Plan Effective Date, which actually, allegedly, or potentially provides liability coverage for the Diocese, any Participating Party, or any of their respective Related Persons.

oo.    **Insurance Settlement Agreement**

The term **"Insurance Settlement Agreement"** means a settlement agreement between the Diocese and the applicable Participating Parties, on the one hand, and one or more Settling Insurers, on the other hand, with the Committee's written consent.  For the avoidance of doubt, this Agreement is an Insurance Settlement Agreement.

pp.    **Insurer**

The term **"Insurer"** means a Person (including its Affiliates, successors, and assigns) that has, or is alleged to have, issued, subscribed any interest in, assumed any liability for, or underwritten any risk in an Insurance Policy.

qq.    **Interests**

The term "**Interests**" means all Claims and all "interests" as that term is used in Bankruptcy Code § 363, and other rights of any nature, whether at law or in equity, including all interests or other rights under New York or any other applicable law.

16

### rr.    Joint Tortfeasor

The term **"Joint Tortfeasor"** means any Person, other than the Diocese or a Participating Party, who is alleged to be a joint tortfeasor with the Diocese and/or any Participating Party in connection with the Abuse or alleged Abuse giving rise to an Abuse Claim.

### ss.    Lloyd's Underwriters

The term "**Lloyd's Underwriters**" means:

 **(i)** All underwriters, members, or Names at Lloyds, London (including former underwriters, members, or Names) who through their participation in syndicates (including those identified on **Attachment B**) severally subscribed, each in his or her own proportionate share, one or more of the Subject Insurance Policies. "Lloyd's Underwriters" shall also include all Underwriters, members, or Names at Lloyd's, London (including former underwriters, members, and Names), whether or not they participated in the syndicates identified in Attachment B, who, through their participation in syndicates (including those identified on Attachment B) severally subscribed any of the Subject Insurance Policies in favor of the Diocese or any DOS Signatory: (a) the existence of which has not presently been established; or (b) the existence of which has been established but as to which identities of Names, members, or syndicates are not presently known. Further, it is expressly understood that Persons are Lloyd's Underwriters only in their capacity as subscribers of the Subject Insurance Policies obtained through a London broker;

 **(ii)** All of the Related Persons of the Persons set forth in Section 1.ss.(i), and their respective predecessors and successors, if any, solely in such capacity; and

 **(iii)** All the respective heirs, executors, successors (including Equitas Insurance Limited ("**EIL**") to the extent EIL is a successor to any of the Persons identified in Section 1.tt.(i) with respect to the subject matter of this Agreement), assigns (including any administrator, receiver, trustee, personal representative, or equivalent appointee/s under relevant insolvency law), reinsurers, and retrocessionaires (as such) of any of the Persons identified in Section 1.ss.(i), if any, solely in their capacity as such.

 **(iv)** For the avoidance of doubt, the Underwriter Third-Party Beneficiaries, who receive certain specified benefits under this Agreement, are not Lloyd's Underwriters for the purpose of this definition.

### tt.    LMI Entities

The term **"LMI Entities"** means the London Market Insurers, and the **"LMI Related Persons"**.

### uu.    LMI Related Persons

The term "**LMI Related Persons**" means, with respect to any London Market Insurer, such Person's heirs, executors, receivers, trustees, liquidators (provisional or otherwise) or equivalent appointee/s under relevant insolvency law, former shareholders, Affiliates and Agents, all solely in their capacities as such; *provided, however*, that no Person shall be an LMI Related Person if such Person is an Excluded Party. "LMI Related Persons" also includes claims handling agents, service

17

providers, trustees, reinsurers, retrocessionaires (with respect to the Equitas Entities, "retrocessionaires" includes National Indemnity Company and any other Person from time to time controlled (whether directly or indirectly) by Berkshire Hathaway, Inc., which provides retrocessional reinsurance to any one or more of the Equitas Entities), partners, financial advisors, accountants, and consultants, each of the foregoing Persons' respective predecessors, successors, assignors, and assigns, whether known or unknown, administrators, and all Persons acting on behalf of, by, through, or in concert with them, each in their capacities as such, with respect to the Subject Insurance Policies.  For the avoidance of doubt, "LMI Related Persons" include the Underwriter Third-Party Beneficiaries.

### vv.    London Market Companies

The term **"London Market Companies"** means the companies doing business in the London insurance market, which severally subscribed, each in its own proportionate share, one or more of the Subject Insurance Policies (as identified in **Attachment A** to this Agreement).  "London Market Companies" also include those companies doing business in the London insurance market who subscribed any Subject Insurance Policies (a) the existence of which has not presently been established but which provided insurance to the Diocese or a DOS Signatory; or (b) the existence of which has been established but the identity of such company as a subscribing Insurer is not presently known.  As used herein, London Market Companies shall mean, in their capacity as such, the named corporate Person, pool companies as such, and Related Persons.  A Person is a London Market Company only in its capacity as a subscriber of the Subject Insurance Policies (as opposed to other insurance policies) subscribed by them in the London insurance markets (as opposed to insurance markets located elsewhere).

### ww.    London Market Insurers

The term "**London Market Insurers**" means Lloyd's Underwriters and the London Market Companies listed in **Attachment B**.  London Market Insurers do not include any specific insurance company listed on Attachment C to this Agreement.

### xx.    Mediation

The term "**Mediation**" means the mediation by the Mediation Parties, as ordered by the Bankruptcy Court, on April 12, 2021 and on October 22, 2024.

### yy.    Mediation Motion

The term "**Mediation Motion**" means the Motion for Entry of an Order Referring the Insurance Coverage Action to Mediation, which was filed by the Diocese in the Insurance Coverage Action.

### zz.    Mediation Order

The term "**Mediation Order**" means the Order Directing Mediation and Appointing Mediator entered by the Bankruptcy Court in the Insurance Coverage Action.

### aaa.    Mediation Parties

The term "**Mediation Parties**" means, collectively: (a) the Diocese; (b) each of the plaintiff parishes in the Insurance Coverage Action; (c) each defendant made party to the Insurance Coverage Action; and (d) the Committee.

### bbb.    Mediators

The term "**Mediators**" means Judge Judith K. Fitzgerald (Ret.), Paul Van Osselaer, Judge Shelley C. Chapman (Ret.), and Mr. Paul A. Finn.

### ccc.    Medicare

The term "**Medicare**" means Title XVIII of the Social Security Act, 42 U.S.C. § 1395, *et seq.*, enacted July 1, 1966, including all subsequent amendments thereto.

### ddd.    Medicare Beneficiary

The term "**Medicare Beneficiary**" means any "**Medicare Eligible**" Abuse Claimant who has received a Conditional Payment.

### eee.    Medicare Eligible

The term "**Medicare Eligible**" means an Abuse Claimant who is eligible to receive, is receiving, or has received Medicare benefits.

### fff.    MSPA or Medicare Secondary Payor Act

The term "**Medicare Secondary Payor Act**" or "**MSPA**" means 42 U.S.C. §1395y *et seq.*, or any other similar statute or regulation, and any related rules, regulations, or guidance issued in connection therewith or amendments thereto, including the regulations promulgated thereunder, found at 42 C.F.R. §411.1 *et seq.*

### ggg.    MMSEA

The term "**MMSEA**" means § 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (P.L.110-173), which imposes reporting obligations on those Persons with payment obligations under the MSPA.

### hhh.    Non-Settling Insurer

The term "**Non-Settling Insurer**" means any Insurer that is not a Settling Insurer by the Plan Effective Date.

### iii.    Other Catholic Organization

The term "**Other Catholic Organization**" means any Person (a) claiming to be an insured or assured (as a named insured, additional insured, or otherwise) under any of the Subject Insurance Policies and/or (b) who has actually or allegedly acquired or been assigned the right to make a

Coverage Claim under any of the Settling Insurer Policies, excluding the Diocese, Parishes, Schools, Trust, and Abuse Claimants.

### jjj.    Parish

The term "**Parish**" means any past or present Roman Catholic parish located within the geographical territory of the Diocese or subject to the canonical jurisdiction of the Bishop of Syracuse, together with any corporation or other Person recognized under civil law that holds title to temporal property for, or on behalf of, any such parish.

### kkk.    Participating Parties

The term "**Participating Parties**" means all Parishes, Schools, Other Catholic Organizations, and other Persons listed on **Exhibit A** to the Plan, and **Attachment K**, hereto.  The Diocese, Reorganized Diocese, and Settling Insurers shall not be Participating Parties.  For the avoidance of doubt, Excluded Parties are not Participating Parties.

### lll.    Person

The term "**Person**" means an individual, corporation, corporation sole, partnership, association, limited liability company, joint stock company, proprietorship, unincorporated organization, joint venture, trust, estate, executor, legal representative, or organization, as well as any federal, international, foreign, state, or local governmental or quasi-governmental entity, body, or political subdivision or any agency, department, board or instrumentality thereof, any other entity, and any successor in interest, heir executor, administrator, trustee, trustee in bankruptcy, or receiver of any entity and also has the meanings set forth in Bankruptcy Code sections 101(15) and 101(41).

### mmm. Petition Date

The term "**Petition Date**" means June 19, 2020.

### nnn.    Plan

The term "**Plan**" means the First Modified Fifth Amended Chapter 11 Plan of Reorganization for the Diocese, and all exhibits, Plan Supplements, and only the modifications or amendments thereto, which are accepted by the London Market Insurers, in writing, as approved and confirmed by Final Order of the Bankruptcy Court, and which resolves the Abuse Claims and is consistent with the terms and conditions of this Agreement.  Specifically, the Plan, which as currently filed at Docket No. [____], is acceptable to the London Market Insurers, shall include provisions:

> **(i)**    Specifying the terms of this Agreement shall control in the event of any conflict with the Plan or the Confirmation Order;

> **(ii)**    Setting forth the Channeling Injunction, Gatekeeper Injunction, and the Settling Insurer Injunction;

> **(iii)**    Establishing the Trust, appointing the Trustee, and binding both of them to perform those requirements imposed upon them by this Agreement;

21870816.v4

**(iv)** Requiring the Trust to assume the Abuse Claims liability of the Diocese and the Participating Parties;

**(v)** Channeling all Channeled Claims to the Trust, including all Claims against, and Interests in and to, the Purchased Property, upon the Plan Effective Date;

**(vi)** Denominating each of the LMI Entities as a Settling Insurer;

**(vii)** Requiring each Channeled Claimant receiving a payment from the Trust to sign a release of all Claims against the Protected Parties;

**(viii)** Incorporating this Settlement Agreement and the releases and injunctions contained herein, by reference, and making the Settlement Agreement part of the Plan as if set forth fully within the Plan;

**(ix)** Including the Reduction Clause;

**(x)** Prohibiting the Diocese and the Trust from continuing to pursue the Insurance Coverage Action against London Market Insurers; requiring the Diocese and the Trust to dismiss the Claims against London Market Insurers in the Insurance Coverage Action, with prejudice, within ten (10) business days after the Settlement Payment Date, or if such Claims have already been dismissed without prejudice, deeming such dismissal to be with prejudice; and prohibiting any DOS Signatory from asserting any Coverage Claims against any LMI Entity;

**(xi)** Describing the role of the Unknown Claimant Representative;

**(xii)** Providing that none of the Protected Parties will have any reporting obligations in respect of their contributions to the Trust, or in respect of any payments, settlements, resolutions, awards, or other Claim liquidations by the Trust, under the reporting provisions of MSPA or MMSEA. To that end, the following shall apply (and the Confirmation Order shall so provide):

A. The Trust shall register as a "Responsible Reporting Entity" under the reporting provisions of MMSEA.

B. With respect to all Abuse Claims, the Trust shall maintain sufficient funds to pay any Medicare Claims

C. The Trust shall confirm whether the holder of any Abuse Claims that occurred after December 5, 1980, is enrolled in Medicare Parts A and B (fee-for-service), Part C (Medicare Advantage), or Medicare Part D (drug coverage). This includes implementing an appropriate process to gather the necessary information for querying CMS on such determination, including, the Claimant's first and last name, date of birth, gender, address, and social security number or health insurance claim number.

D. The Trust shall timely submit all reports required under MMSEA because of any Abuse Claims that occurred after December 5, 1980, settled, resolved, paid, or otherwise liquidated by the Trust. The Trust, as a Responsible Reporting

21

Entity, shall follow all applicable guidance published by the CMS and/or any other agency or successor Person charged with responsibility for tracking, assessing, or receiving reports made under MMSEA to determine whether, and, if so, how, to report to such agency or agencies under MMSEA.

E.      For Abuse Claims that occurred after December 5, 1980, before remitting funds to any Person on account of an Abuse Claim, the Trustee shall obtain (i) a certification that said Person (or such Person's authorized representative) has provided or will provide for the payment and/or resolution of any obligations owing or potentially owing under the MSP provisions, or any related rules, regulations, or guidance, in connection with, or relating to, such Abuse Claim, and (ii) an agreement that such Person indemnify the Trust for any such obligations.  The failure by one or more holders of Abuse Claims to follow these provisions shall not delay or impair the payment by the Trust to any other holder of an Abuse Claim following these provisions.

F.      Upon request, the Trust shall provide to a Settling Insurer or the Diocese information sufficient to perform their own queries to CMS, to the extent they wish to do so, including a report setting forth (I) each Abuse Claimant whom the Trustee has determined to be a Medicare Beneficiary; (II) the amount of (a) all Conditional Payments to each such Medicare Beneficiary, (b) the amount of the reserve maintained by the Trust for each Medicare Claim based upon such Conditional Payments.

G.      The Trust shall submit reimbursement to the CMS relating to Abuse Claims.

H.      With respect to all Abuse Claims, the Trust shall maintain sufficient funds to pay any potential reimbursements to the CMS in full and consider the potential future interests of the CMS.

I.      The Social Security Administration may change (or may have already changed) its processes and/or procedures in a manner that is inconsistent with the foregoing. The Trustee shall make best efforts to comply meaningfully with the foregoing while adhering to the Social Security Administration's most recent processes, procedures, and requirements.

J.      Nothing in the Plan shall imply, or constitute an admission, that the Protected Parties are "applicable plans" within the meaning of MMSEA, or that they have any legal obligation to report any actions undertaken by the Trust or contributions to the Trust under MMSEA or any other statute or regulation.

ooo.    **Plan Effective Date**

The term **"Plan Effective Date"** means the date on which the Plan, by its terms, becomes effective and binding upon the Diocese and all Persons asserting Claims against the Diocese, including the Abuse Claimants, as noticed on the Bankruptcy Case docket.

ppp.    **Plan Supplement**

22

The term **"Plan Supplement"** means one or more supplements to the Plan to be filed with the Bankruptcy Court in advance of the Confirmation Hearing which shall contain, among other things, the Allocation Protocol, the form of Trust Agreement, a list of known Insurance Policies, the Diocese's non-monetary commitments, and each Insurance Settlement Agreement entered into prior to the Confirmation Date.

### qqq.  Protected Parties

The term "**Protected Parties**" means the Diocese, the Reorganized Diocese, the Participating Parties, the Settling Insurers, and the Underwriter Third-Party Beneficiaries.

### rrr.  Purchased Property

The term **"Purchased Property"** means the Subject Insurance Policies and the Related Insurance Claims**.**

### sss.  Reduction Clause

The term **"Reduction Clause"** means Section 12.5.2 of the Plan, and Attachment O, hereto.

### ttt.  Related Person

The term "**Related Person**" means, with respect to any Person, such Person's heirs, executors, receivers, trustees, liquidators (provisional or otherwise) or equivalent appointee/s under relevant insolvency law, former shareholders, Affiliates and Agents, all solely in their capacities as such; *provided, however*, that no Person shall be a Related Person if such Person is an Excluded Party.

### uuu.  Reorganized Diocese

The term **"Reorganized Diocese"** means the Diocese, on and after the Plan Effective Date, after giving effect to the operative provisions of the Plan.

### vvv.  Resolute

The term "**Resolute**" means Resolute Management Services Ltd. (formerly known as Equitas Management Services Limited).

### www.  School

The term "**School**" means a past or present Catholic school owned by the Diocese or any Participating Party, including those identified as such on **Exhibit A** attached to the Plan, and **Attachment K** hereto, but does not include schools owned by any Excluded Party.

### xxx.  Settlement Amount

The term "**Settlement Amount**" means the net sum of Twenty-Two Million, Five Hundred Thousand United States Dollars ($22,500,000.00).  Each London Market Insurer shall pay its several, respective, allocated share of the Settlement Amount pursuant to the terms of Section 2.  Each London Market Insurer's respective, allocated, several share of the Settlement Amount is set forth

21870816.v4

on **Attachment D**. The Settlement Amount is the consideration paid by London Market Insurers for (i) the purchase of the Purchased Property free and clear of the Interests of all Persons, pursuant to section 363(b), (f) and (m), and Bankruptcy Rule 9019; (ii) the Settling Insurer Injunction; (iii) the Entities' Release; and (iv) the Channeling Injunction, Settling Insurer Injunction, and the Gatekeeper Injunction (collectively, "**Settlement Benefits**").

yyy. **Settlement Approval Findings and Conclusions**

The term "**Settlement Approval Findings and Conclusions**" means findings of fact and conclusions of law pursuant to Bankruptcy Code §§ 363(b), (f), and (m) and Bankruptcy Rule 9019, entered concurrently with the Approval Order, as necessary for the Court to approve this Agreement, and to dismiss with prejudice the Insurance Coverage Action, as against the London Market Insurers including:

(i)     This Agreement is the result of long-term negotiations amongst the Parties, which began in April 2021, following the Bankruptcy Court's entry of the Mediation Order, and which ended in April 2025;

(ii)     The Purchased Property is property of the Diocese's bankruptcy estate and is therefore subject to the *in rem* jurisdiction of the Court;

(iii)     Because it would be impractical to divide the Purchased Property amongst the Diocese and the DOS Signatories, it was necessary for the Diocese to obtain the participation of the DOS Signatories in the Agreement;

(iv)     The Barred Claims are within the jurisdiction of the Bankruptcy Court;

(v)     The London Market Insurers required the Diocese to obtain the benefits of the Channeling Injunction, the Settling Insurer Injunction, and the Gatekeeper Injunction, for the LMI Entities and Underwriter Third Party Beneficiaries, as conditions precedent to entering into this Agreement and contributing the Settlement Amount;

(vi)     The London Market Insurers are purchasing the Purchased Property pursuant to this Agreement. The London Market Insurers are not purchasing any other assets of the Diocese or the DOS Signatories and are not a continuation of the Diocese or the DOS Signatories, nor engaging in a continuation of the Diocese's or the DOS Signatories' businesses. The London Market Insurers shall not have any responsibility or liability with respect to any of the Diocese's or the DOS Signatories' other assets;

(vii)     The London Market Insurers are not, and shall not be deemed to be, successors to the Diocese or any of the DOS Signatories, by reason of any theory of law or equity or as a result of the consummation of the transactions contemplated by this Agreement, or otherwise. The London Market Insurers shall not assume, or be deemed to have assumed, any liabilities or other obligations of the Diocese or any DOS Signatory;

(viii)     The Diocese demonstrated sound business reasons for the settlement of its Claims against the London Market Insurers in the Insurance Coverage Action and the implementation of such settlement through the sale of the Purchased Property to the London Market Insurers;

21870816.v4

(ix)     The Parties mediated their disputes over the Abuse Claims and the Coverage Claims pursuant to the Mediation Order, beginning in April 2021;

(x)     In the Mediation, the Parties negotiated extensively, at arms-length, and in good faith.  Hence, London Market Insurers are purchasers in good faith of the Purchased Property, within the meaning of Bankruptcy Code section 363(m), and are entitled to all of the protections of that statute;

(xi)     The London Market Insurers are *bona fide* good faith purchasers of the Purchased Property, for value;

(xii)     The terms of the transactions contemplated by this Agreement, as well as the genesis and background of this Agreement, have been adequately disclosed to the Court;

(xiii)     The terms and conditions of this Agreement (including the consideration to be realized by the Diocese's bankruptcy estate) are fair and reasonable;

(xiv)     The transactions contemplated by this Agreement will benefit the Diocese's bankruptcy estate, its creditors and other stakeholders;

(xv)     The only potential holders of Interests in, to, or against the Purchased Property are the (a) Diocese; (b) the DOS Signatories; and (c) Persons who hold Claims against the Diocese and/or the DOS Signatories, which might be covered by the Subject Insurance Policies;

(xvi)     The Diocese and the DOS Signatories are Parties and hence are deemed to have consented to the sale within the meaning of Bankruptcy Code section 363(f)(2);

(xvii)     The Barred Claims are subject to *bona fide* dispute and hence the Purchased Property may be sold free and clear of such Claims pursuant to Bankruptcy Code section 363(f)(4);

(xviii)     All holders of Barred Claims could be compelled, in a legal or equitable Action, to accept a money satisfaction of such Claims, therefore the Purchased Property may be sold free and clear of such Claims pursuant to Bankruptcy Code section 363(f)(5);

(xix)     The compromises and settlements embodied in the Agreement have been negotiated in good faith, and are reasonable, fair, and equitable;

(xx)     In light of:

A.     The balance between the possible litigation success and the settlement's future benefits;

B.     The likelihood of complex and protracted litigation and the consequent inconvenience, expense, and delay;

C.     The interests of creditors, including the relative benefits to each class of creditors;

D.      Whether other parties in interest support the settlement;

E.      The competency and experience of counsel supporting the settlement;

F.      The experience and knowledge of the bankruptcy judge reviewing the settlement;

G.      The nature and breadth of releases to be obtained by officers and directors; and

H.      The extent to which the settlement is the product of arm's length bargaining.

this Agreement is fair and equitable and within the range of reasonable settlement terms, hence, it merits approval pursuant to Bankruptcy Rule 9019;

(xxi)   The Settlement Amount is fair, adequate, and reasonable consideration for (a) the sale by the Diocese and the DOS Signatories and the purchase by the London Market Insurers of the Purchased Property; (b) the Settling Insurer Injunction; (c) the Entities' Release; and (d) the protections afforded by the Channeling Injunction, and the Gatekeeper Injunction;

(xxii)  This Agreement is intended to be, and is, a compromise amongst the Parties and shall not be construed as: an admission of coverage under the Subject Insurance Policies; an admission concerning the amount of a reasonable settlement of any Claim; or an admission concerning the liability of, or damages caused by, the Diocese or any DOS Signatory with respect to any Abuse Claim, including the reasonableness of any such damages. Neither this Agreement nor any provision hereof shall be construed as a waiver, modification, or retraction of the Parties' positions on the interpretation and application of the Subject Insurance Policies. This Agreement does not reflect upon the Parties' views as to rights and obligations with respect to matters or Persons outside the scope of this Agreement. This Agreement is without prejudice to the positions taken by London Market Insurers with regard to other insureds, and without prejudice with regard to positions taken by the Diocese or the DOS Signatories with regard to other Insurers;

(xxiii) The Diocese provided due and adequate notice of the (a) sale of the Purchased Property; (b) terms and conditions of this Agreement; and (c) the hearing before the Court to approve this Agreement and the sale of the Purchased Property, in accordance with Bankruptcy Rules 2002, 6004, and 9019 to all known and unknown Claimants, including by providing notice by publication to any Unknown Abuse Claimants;

(xxiv)  It would be impractical to divide the Purchased Property amongst the Diocese, DOS Signatories, and the holders of Abuse Claims; therefore, obtaining the value of the Purchased Property for the Diocese's bankruptcy estate and the Abuse Claimants requires the sale of the Purchased Property;

(xxv)   The sale of the Purchased Property outside the ordinary course of business satisfies the requirements of Bankruptcy Code section 363(b);

26

(xxvi)  To the extent any Claimant may have any legal or equitable right to assert a Claim either directly against the Subject Insurance Policies, which are being acquired by the London Market Insurers pursuant to this Agreement, or indirectly by asserting such Claim against the Diocese or any DOS Signatory, such Claims are deemed to be (a) "interests" as that term is used in Bankruptcy Code sections 363(f); and (b) "Interests" herein;

(xxvii) The sale of the Purchased Property free and clear of the Interests of all Persons satisfies the requirements of Bankruptcy Code section 363(f); and

(xxviii)The Agreement may be approved pursuant to Bankruptcy Rule 9019(a).

### zzz.  Settlement Payment Date

The term "**Settlement Payment Date**" means the day sixty (60) days after the Conditions Precedent to Settlement Payment have all been satisfied, *provided, however*, that if such date is not a Business Day, the Settlement Payment Date shall be the next Business Day.

### aaaa.  Settling Insurers

The term "**Settling Insurers**" means the LMI Entities and any other Insurer, which is party to an Insurance Settlement Agreement that has been approved by the Court, and its Related Persons. A Settling Insurer's Related Persons shall receive the benefits and protections afforded to a Settling Insurer under the Plan; *provided, however*, that if such Related Person is a Related Person by virtue of being a predecessor, successor, or assign of a Settling Insurer, such Related Person shall only receive the benefits and protections afforded to a Settling Insurer under the Plan to the extent that: (i) such predecessor's liability was assumed by the Settling Insurer, and not independent of the liability of such Settling Insurer; and (ii) such successor's or assign's liability is derivative of the liability of the Settling Insurer and not independent of the liability of the Settling Insurer.

### bbbb.  Settling Insurer Policies

The term "**Settling Insurer Policies**" means, collectively, all Insurance Policies (or coverage parts of those policies) that are canceled, settled, or sold back to a Settling Insurer pursuant to one or more Insurance Settlement Agreements with the Settling Insurers.

### cccc.  Settling Insurer Injunction

The term "**Settling Insurer Injunction**" means an order of the Court enjoining all Barred Claims by all Persons who now, or in the future may, hold such Claims against the Settling Insurers, pursuant to Bankruptcy Code sections 363(f) and 105 or other provision of the Bankruptcy Code or applicable law, which states, *verbatim*, unless London Market Insurers, the Diocese, and the Committee agree otherwise in writing:

**PURSUANT TO SECTIONS 105(A), AND 363 OF THE BANKRUPTCY CODE, AND IN CONSIDERATION OF THE UNDERTAKINGS OF THE LONDON MARKET INSURERS PURSUANT TO THE SETTLEMENT AGREEMENT, INCLUDING THE SETTLING LONDON MARKET INSURERS' PURCHASE OF THE SUBJECT INSURANCE POLICIES FREE AND CLEAR OF ALL CLAIMS AND INTERESTS PURSUANT TO SECTION 363(F) OF THE BANKRUPTCY CODE, ANY AND ALL PERSONS WHO HAVE HELD, NOW HOLD, OR WHO MAY IN THE FUTURE**

27

**HOLD ANY CLAIMS OR INTERESTS (INCLUDING, WITHOUT LIMITATION, ALL DEBT HOLDERS, ALL EQUITY HOLDERS, GOVERNMENTAL, TAX AND REGULATORY AUTHORITIES, LENDERS, TRADE AND OTHER CREDITORS, ABUSE CLAIMANTS, HOLDERS OF UNKNOWN CLAIMS, PERPETRATORS, NON-SETTLING INSURERS, THE DIOCESE, THE PARTICIPATING PARTIES, AND ALL OTHERS HOLDING INTERESTS OF ANY KIND OR NATURE WHATSOEVER, INCLUDING, WITHOUT LIMITATION, THOSE CLAIMS RELEASED OR TO BE RELEASED PURSUANT TO THE SETTLEMENT AGREEMENT) AGAINST ANY OF THE PROTECTED PARTIES, WHICH CLAIMS ARISE UNDER OR RELATE (DIRECTLY OR INDIRECTLY) TO ANY OF THE SUBJECT INSURANCE POLICIES, INCLUDING, WITHOUT LIMITATION, (A) ABUSE CLAIMS, UNKNOWN CLAIMS, CLASS 5 CLAIMS, INBOUND CONTRIBUTION CLAIMS, ALL OTHER CHANNELED CLAIMS, AND RELATED INSURANCE CLAIMS, (B) THE PAYMENT OF ANY OF THE CLAIMS IDENTIFIED PREVIOUSLY INCLUDING, WITHOUT LIMITATION MEDICARE CLAIMS, AND (C) EXTRA-CONTRACTUAL CLAIMS, ARE HEREBY PERMANENTLY STAYED, ENJOINED, BARRED, AND RESTRAINED FROM TAKING ANY ACTION, DIRECTLY OR INDIRECTLY, TO ASSERT, ENFORCE OR ATTEMPT TO ASSERT OR ENFORCE ANY SUCH CLAIM OR INTEREST AGAINST THE LMI ENTITIES, ANY OF THE LMI ENTITIES' ASSETS, OR PROPERTY, OR ANY OF THE SUBJECT INSURANCE POLICIES, INCLUDING, WITHOUT LIMITATION, BY:**

> **(I)   COMMENCING OR CONTINUING IN ANY MANNER ANY ACTION OR OTHER PROCEEDING OF ANY KIND AGAINST ANY OF THE LMI ENTITIES OR AGAINST THE PROPERTY OF ANY OF THE LMI ENTITIES;**

> **(II)   ENFORCING, ATTACHING, COLLECTING, OR RECOVERING, OR SEEKING TO ACCOMPLISH ANY OF THE PRECEDING, BY ANY MANNER OR MEANS, ANY JUDGMENT, AWARD, DECREE, OR ORDER AGAINST ANY OF THE LMI ENTITIES OR THE PROPERTY OF ANY OF THE LMI ENTITIES;**

> **(III)   CREATING, PERFECTING, OR ENFORCING, OR SEEKING TO ACCOMPLISH ANY OF THE PRECEDING, ANY LIEN OF ANY KIND AGAINST ANY OF THE LMI ENTITIES, OR THE PROPERTY OF THE LMI ENTITIES;**

> **(IV)   ASSERTING, IMPLEMENTING, OR EFFECTUATING ANY SUCH CLAIM OF ANY KIND AGAINST:**

> > **(A)   ANY OBLIGATION DUE ANY OF THE LMI ENTITIES;**

> > **(B)   ANY OF THE LMI ENTITIES; OR**

> > **(C)   THE PROPERTY OF ANY OF THE LMI ENTITIES.**

**(V)   TAKING ANY ACT, IN ANY MANNER, IN ANY PLACE WHATSOEVER, THAT DOES NOT CONFORM TO, OR COMPLY WITH, THE PROVISIONS OF THE SETTLEMENT AGREEMENT; AND**

**(VI)   ASSERTING OR ACCOMPLISHING ANY SETOFF, RIGHT OF INDEMNITY, SUBROGATION, CONTRIBUTION, OR RECOUPMENT OF ANY KIND AGAINST AN OBLIGATION DUE TO ANY OF THE LMI ENTITIES, OR THE PROPERTY OF ANY OF THE LMI ENTITIES.**

**THE SETTLING INSURER INJUNCTION WILL BE EFFECTIVE WITH RESPECT TO THE LMI ENTITIES ONLY AS OF THE FULL PAYMENT DATE, PURSUANT TO THE TERMS OF THE SETTLEMENT AGREEMENT.  THE SETTLING INSURER INJUNCTION BARS PURSUIT OF THE ABOVE-REFERENCED CLAIMS AND/OR INTERESTS AGAINST THE LMI ENTITIES, THE SUBJECT INSURANCE POLICIES, BUT AGAINST NO OTHER PERSON OR THING; <u>PROVIDED</u>, <u>HOWEVER</u>, NOTHING IN THIS SETTLING INSURER INJUNCTION SHALL LIMIT, OR BE DEEMED OR OTHERWISE INTERPRETED TO LIMIT, THE SCOPE OF THE DISCHARGE OR CHANNELING INJUNCTION IN FAVOR OF THE PROTECTED PARTIES.**

**THE FOREGOING INJUNCTIVE PROVISIONS ARE AN INTEGRAL PART OF THE PLAN AND ARE ESSENTIAL TO ITS IMPLEMENTATION. THE SETTLING INSURER INJUNCTION SHALL NOT APPLY TO A NON-SETTLING INSURER.**

### dddd.  Sexual Misconduct Exclusion

The term "**Sexual Misconduct Exclusion"** means the wording, with which the Subject Insurance Policies shall be endorsed, as set forth, *verbatim*, in **Attachment H,** hereto**.**

### eeee.   Subject Insurance Policies

The term "**Subject Insurance Policies**" means (i) all insurance policies listed in **Attachment A** hereto; and (ii) all known and unknown insurance policies to the extent subscribed by one or more London Market Insurers, on or before July 1, 1993, in their capacity as London Market Insurers and providing insurance to the Diocese or any DOS Signatory, *provided*, *however*, if a Subject Insurance Policy that is not listed in Attachment A was not subscribed on behalf of the Diocese or a DOS Signatory (or such Person's Affiliates) but provides coverage to the Diocese or a DOS Signatory, then it is a Subject Insurance Policy only to the extent it insures the Diocese or a DOS Signatory, *provided however,* that the Subject Insurance Policies shall not include any and all binders, certificates, or policies of insurance currently in effect to the extent they provide coverage for claims other than Barred Claims.  The "Subject Insurance Policies" are all "Settling Insurer Policies".

### ffff.   Termination Event

The term "**Termination Event**" means that (i) the Court has entered an order that (A) is contrary to or inconsistent with the Approval Order, or that denies approval of this Agreement; (B) is contrary to or inconsistent with the Confirmation Order, or that denies confirmation of the Plan; or (C) confirms a plan of reorganization that is different than the Plan and inconsistent with

the terms of this Agreement (an "**Inconsistent Order**"), and either (X) the Inconsistent Order has become a Final Order; (Y) there was an appeal of the Inconsistent Order and six (6) months have elapsed from the date of the appeal and the Inconsistent Order has not been reversed or overturned by the appellate court; or (Z) the London Market Insurers, the Diocese, and the Committee have not agreed to accept the Inconsistent Order; (ii) the Diocese or Committee withdraw the Plan prior to entry of the Confirmation Order; or (iii) any appellate court whose decisions are binding upon the Court issued a decision or order, before the Confirmation Order became a Final Order, that would prevent the entry or effectiveness of the Channeling Injunction, the Gatekeeper Injunction, or the Settling Insurer Injunction.  If the Parties disagree as to whether any such decision or order would prevent the entry or effectiveness of such injunctions, the Parties shall ask the Court to decide the issue.

### gggg.  Time-Bar Exclusion

The term "**Time-Bar Exclusion**" means the wording, with which the Subject Insurance Policies shall be endorsed, as set forth, verbatim, in **Attachment L** hereto.

### hhhh.  Timely Abuse Action

The term **"Timely Abuse Action"** means an Abuse Action that, at the time of its commencement, would not be subject to an affirmative defense by the Diocese or a DOS Signatory that such action (i) is barred by the provisions of the Plan, the Confirmation Order, or any other order of the Bankruptcy Court, or (ii) was untimely pursuant to N.Y. C.P.L.R. § 214 or any other statutes of limitation or repose under other applicable law.  For avoidance of doubt, the failure of any Abuse Claimant to name the Diocese as a defendant in an Abuse Action because of the application of any stay arising pursuant to Section 362 of the Bankruptcy Code shall not prevent any Abuse Action that would otherwise qualify under this definition from being a Timely Abuse Action.

### iiii.  Tort Action

The term "**Tort Action**" means any lawsuit brought by any Abuse Claimant as plaintiff against any Person seeking judgment and/or damages relating in any way to alleged Abuse, including any Abuse Action.

### jjjj.  Trust

The term **"Trust"** means the trust established under the Plan for the purposes set forth therein, including assuming liability for all Channeled Claims, holding and administering the relevant Trust Assets, enforcing the insurance rights, and making Trust Distributions to holders of Abuse Claims from the Trust Assets, all in accordance with the terms of the Plan and its attached Allocation Protocol.

### kkkk.  Trust Agreement

The term **"Trust Agreement"** means the agreement between the Diocese and the Trustee governing the Trust, dated as of the Agreement Effective Date.

**llll.**    **Trustee**

The term **"Trustee"** means the individual appointed to administer the Trust, in accordance with the terms of the Plan and any successor appointed therewith.

**mmmm.**        **Underwriter Third-Party Beneficiaries**

The term "**Underwriter Third-Party Beneficiaries**" means:

**(i)**        Resolute and the Equitas Entities;

**(ii)**        Equitas Insurance Limited to the extent it is not a successor to the Persons identified in Section 1.mmmm.(i) with respect to the subject matter of this Agreement;

**(iii)**        Any Person from time to time retained by or on behalf of Lloyd's Underwriters to act as their claims handling agent and/or service provider, solely in such capacity;

**(iv)**        The past, present, and future reinsurers and retrocessionaires of the Equitas Entities or any of them, including National Indemnity Company and any other Person from time to time controlled (whether directly or indirectly), by Berkshire Hathaway, Inc., which provides retrocessional reinsurance to any one or more of the Equitas Entities, solely in such capacity;

**(v)**        All past, present, and future Agents of the Persons set forth in Sections 1.mmmm.(i) to (iv), if any, solely in such capacity; and,

**(vi)**        The respective heirs, executors, successors and assigns (including any administrator, receiver, trustee, personal representative, liquidator (provisional or otherwise), or equivalent appointee/s under relevant insolvency law), of any of the Persons identified in Sections 1.mmmm.(i) through (v) above, solely in their capacity as such.

**nnnn.    Unknown Claimant Representative**

The term "**Unknown Claimant Representative**" means Michael R. Hogan, in his capacity as the "Unknown Claimant Representative" (as defined and set forth in the *Order Approving Employment and Retention of Michael R. Hogan as Unknown Claims Representative* [Dkt. No. 2565]), or any duly appointed successor.

**2.**        **Payment of the Settlement Amount**

**a.**        The satisfaction of the Conditions Precedent to Settlement Payment are conditions precedent to each London Market Insurer's several, respective obligation under this Agreement.  No later than the Settlement Payment Date, each London Market Insurer shall transfer its respective, several, allocated share of the Settlement Amount to the Trust via wire transfer, using payment instructions provided to counsel for the London Market Insurers, in writing, by the Diocese, at least twenty-one (21) days prior to the Settlement Payment Date. All payments shall be made in immediately available U.S. funds.

31

**b.**      The foregoing payment is full and fair consideration for (i) the Settling Insurer Injunction, Channeling Injunction, and Gatekeeper Injunction; (ii) the purchase of the Purchased Property; and (iii) the Entities' Release by the Parties.

**c.**      If the Diocese or the Trust later agrees that any individual London Market Insurer may make any payment on terms that differ from the foregoing, then the Diocese shall offer the same payment terms to all other London Market Insurers.  It is the purpose of this provision to ensure that all London Market Insurers have the same payment terms. Notwithstanding the foregoing, in the event of a payment default by any London Market Insurer, the Diocese or the Trust may pursue, or decline to pursue, enforcement of such payment obligation against the defaulting Party in its sole discretion.  No failure to pursue or collect such payment shall relieve any other Party of its respective, several payment obligation hereunder, or require such other Party to pay the respective, several share of the defaulting Party.

**d.**      Upon the Full Payment Date, the sale of the Purchased Property shall automatically be effective, and binding, and the transfer of the Purchased Property shall be deemed for all purposes to have occurred on the Full Payment Date, with the intent that no Person other than London Market Insurers shall retain anything whatsoever with respect to the Purchased Property.

**e.**      If, before the Actual Payment Date, a DOS Signatory becomes a debtor in a bankruptcy case or insolvency Action, under the Bankruptcy Code or otherwise, and any London Market Insurer has not satisfied its respective several payment obligation hereunder, then such London Market Insurer shall be excused from performance under this Agreement until such time as either (i) such DOS Signatory obtains, subject to the limitations imposed by the Bankruptcy Code, and the equitable powers of the court in which such Action is pending, an order from such court approving this Agreement under Bankruptcy Code § 363(b), (f), and (m) and Bankruptcy Rule 9019, authorizing the assumption by such DOS Signatory (or any successor thereto) of this Agreement under Bankruptcy Code § 365 ("Assumption"), or in the event the insolvency case is proceeding under other law, shall obtain a similar order from the court overseeing the insolvency case approving this Agreement and confirming the binding effect thereof; (ii) the Diocese obtains an order in the Action compelling the Assumption; or (iii) the Diocese obtains an order from the Court determining the equitable portion of the Settlement Amount allocable to any interest the DOS Signatory subject to such bankruptcy or insolvency Action may have in the Purchased Property.  Each DOS Signatory agrees that in the event it files a bankruptcy or other insolvency Action, it will not present any Claim for payment under this Agreement or the Subject Insurance Policies, or in respect of any other portion of the Purchased Property to any London Market Insurer, until the Assumption has been approved by an order of the applicable court and such order has become a Final Order or until its equitable share in the Settlement Amount has been established by order of the Court pursuant to clause (iii) above and such order has become a Final Order.  London Market Insurers agree to cooperate fully and provide commercially reasonable assistance to the Diocese and any DOS Signatory in obtaining any of the orders contemplated in this Section 2.e.

32

3.      **Several Liability**

The obligations of each London Market Insurer are several and not joint.  The Diocese and the DOS Signatories agree that no London Market Insurer shall be liable for any settlement amount allocable to any other Person.  Accordingly, each London Market Insurer listed in Attachment B agrees to pay only its individual, respective, allocated share of the Settlement Amount, which amount is set forth in Attachment D, as applicable.  No Party shall seek to recover from any individual London Market Insurer an amount exceeding such stated, respective, allocated share of the Settlement Amount.  Upon the Actual Payment Date, the Diocese and each DOS Signatory shall be deemed to have released each such London Market Insurer pursuant to Section 4 hereof.

4.      **Mutual Releases**

     a.      **By the Diocese and the DOS Signatories**

     **(i)**      Upon the Actual Payment Date, the Entities' Release shall become immediately effective as to each paying London Market Insurer and its LMI Related Persons, without further act by any Person.  Those London Market Insurers entitled to the Entities' Release but not identified on Attachment B to this Agreement, namely, those London Market Insurers that subscribed a Subject Insurance Policy either not presently known, or known, but to which the identity of the subscribers is not presently known, shall be entitled to all of the terms of the Entities' Release and to the Indemnity set forth in Section 5 upon the Settlement Payment Date.

     **(ii)**      Upon the Actual Payment Date, any and all rights, duties, responsibilities, and obligations of the London Market Insurers created by or relating to the Purchased Property, are terminated.  As of the Full Payment Date, the Diocese and the DOS Signatories shall have no insurance coverage under the Subject Insurance Policies.  The Entities' Release shall operate as though the London Market Insurers had never subscribed the Subject Insurance Policies.

     **(iii)**      It is the intention of the Diocese and the DOS Signatories to reserve no rights or benefits whatsoever under, or relating to, the Purchased Property other than the right to receive the Settlement Amount under this Agreement and to assure the LMI Entities their peace and freedom from such Interests and from all assertions of rights in connection with such Interests, *provided, however,* the Entities' Release does not release, and nothing in this Agreement shall affect the right of the Diocese, the DOS Signatories, or the Trust, as applicable, to assert and pursue Claims against and to collect from Insurers other than those released under the Entities' Release, and no Claims are released with respect to such Insurers.

     **(iv)**      The Entities' Release extends to all (a) London Market Insurers that subscribed any of the Subject Insurance Policies; (b) Persons mentioned in Section 4.a.(i); and (c) Underwriter Third-Party Beneficiaries, all of which are third-party beneficiaries of the Entities' Release.

     **(v)**      The Diocese and each DOS Signatory are, among other things (a) releasing all Related Insurance Claims, including Claims that it does not know or suspect to exist in its favor, which, if known by the Diocese or such DOS Signatory, might have materially affected its settlement with London Market Insurers, and (b) expressly waiving all rights it might have

33

under any federal, state, local, or other law or statute that would in any way limit, restrict, or prohibit such general release.

(vi) Except with respect to any material breach of any representation, warranty or covenant by London Market Insurers set forth in this Agreement, the Diocese and each DOS Signatory expressly assumes the risk that acts, omissions, matters, causes, or things may have occurred, which it does not know or does not suspect to exist. To the fullest extent permitted by applicable law, the Diocese and each DOS Signatory hereby waives the terms and provisions of any statute, rule, or doctrine of common law that either: (a) narrowly construes releases purporting to release Claims, in whole or in part, related to such acts, omissions, matters, causes, or things; or (b) restricts or prohibits the releasing of such Claims.

(vii) Nothing in the foregoing shall release the London Market Insurers from their obligations under this Agreement, including the obligation to pay the Settlement Amount.

### b.    By London Market Insurers

(i) Upon the Actual Payment Date, each London Market Insurer and any subsequently appointed trustee or representative acting for such London Market Insurer shall be deemed to remise, release, covenant not to sue, and forever discharge the Diocese and each DOS Signatory from and against all Claims relating to the Purchased Property, which each such London Market Insurer ever had, now has, or hereinafter may have, from the beginning of time to the Actual Payment Date.

(ii) Each Person released under the Entities' Release shall reserve no rights or benefits whatsoever under or in connection with the Purchased Property.

(iii) Except with respect to any material breach by the Diocese or any DOS Signatory of any representation, warranty, or covenant set forth in this Agreement, each London Market Insurer expressly assumes the risk that acts, omissions, matters, causes, or things may have occurred, which it does not know or does not suspect to exist. To the fullest extent permitted by applicable law, each London Market Insurer hereby waives the terms and provisions of any statute, rule, or doctrine of common law which either: (a) narrowly construes releases purporting by their terms to release Claims, in whole or in part, relating to such acts, omissions, matters, causes or things; or (b) which restricts or prohibits the releasing of such Claims.

### 5.    Indemnification

a. From and after the Actual Payment Date, the Trust shall indemnify and hold harmless the London Market Insurers in respect of any and all Channeled Claims. This indemnification includes Claims made by Persons over whom the Diocese, the Trust, and/or the Reorganized Diocese do not have control, including the DOS Signatories, former subsidiaries, predecessors in interest, sellers or purchasers of assets, or any other Person who asserts Claims against or under, or Interests in or to, the Purchased Property.

b. London Market Insurers shall have the right to defend, with counsel of their choice, all Claims indemnified under Section 5.a. London Market Insurers may begin the defense of any Claim upon receipt of such a Claim. London Market Insurers agree to notify,

34

as soon as practicable, the Diocese, Reorganized Diocese, and the Trust of Claims indemnified under Section 5.a. and of their choice of counsel.

      **c.**      The Trust shall reimburse all reasonable and necessary attorneys' fees, expenses, costs, and amounts incurred by London Market Insurers in defending such Claims. London Market Insurers shall defend any such Claim in good faith. In defense of any such Claim, London Market Insurers may settle or otherwise resolve a Claim with the prior consent of the Diocese, Reorganized Diocese, and the Trust, which consent shall not be unreasonably withheld.

      **d.**      This indemnification and hold harmless undertaking (Sections 5.a., b., and c.) also extend to the benefit of the Underwriter Third-Party Beneficiaries, in their capacity as such, all of which are third-party beneficiaries of the terms of this indemnification and hold harmless undertaking.

**6.**      <u>**Bankruptcy Obligations**</u>

      **a.**      The Diocese shall seek approval under Bankruptcy Rule 9019 and section 363 of the Bankruptcy Code, and entry of the Approval Order and the Settlement Approval Findings and Conclusions. The Diocese shall provide to London Market Insurers an initial draft of the proposed form of Approval Order, Settlement Approval Findings and Conclusions, and Settling Insurer Injunction at least seven (7) days before the Diocese submits to the Court the foregoing for approval of this Agreement, so that the London Market Insurers may provide comments and suggestions. If the Diocese makes material revisions to any of the foregoing documents, then, as soon as possible, the Diocese shall provide a copy of such material revisions to the London Market Insurers. The London Market Insurers reserve the right to object to, *inter alia*, (i) any proposed order that does not satisfy all of the requirements of the definition of Approval Order set forth in Section 1.i., or (ii) any proposed findings and conclusions that do not satisfy all of the requirements of the definition of Settlement Approval Findings and Conclusions set forth in Section 1.yyy.

      **b.**      Unless the Court denies entry of the Approval Order or this Agreement is otherwise terminated pursuant to its terms, the Diocese shall seek to confirm the Plan and seek entry of the Confirmation Order and the Confirmation Findings and Conclusions. The Diocese shall provide to London Market Insurers an initial draft of the proposed form of Confirmation Order, and Confirmation Findings and Conclusions, at least fourteen (14) days before the Diocese submits the foregoing to the Court, so that the London Market Insurers may provide comments and suggestions. If the Diocese makes material revisions to any of the foregoing documents, then, as soon as possible, the Diocese shall provide a copy of such material revisions to London Market Insurers. To the extent that such proposed order, and proposed confirmation findings of fact and conclusions of law, do not meet the requirements set forth in the definition of "Confirmation Order" in Section 1.z, or "Confirmation Findings and Conclusions" set forth in Section 1.y., the Diocese shall modify such proposed confirmation order and proposed confirmation findings of fact and conclusions of law to assure that the filed confirmation order and confirmation findings of fact and conclusions of law submitted to the Bankruptcy Court for confirmation comports with the definitions of "Confirmation Order", and "Confirmation Findings and Conclusions" herein, and the London Market Insurers shall have the right to approve all modifications that affect their rights or obligations under this Agreement. The London Market Insurers reserve the right to object to,

*inter alia*, any proposed order that does not satisfy all of the requirements of the definition of Confirmation Order set forth in Section 1.z, or the definition of the Channeling Injunction set forth in Section 1.s and Attachment H herein, or any proposed findings of fact and conclusions of law that do not satisfy all the requirements of the definition of Confirmation Findings and Conclusions in Section 1.y. If the Diocese proposes a plan that is different than the Plan (the "**Non-Compliant Plan**"), then the London Market Insurers may contest the Non-Compliant Plan, and the Diocese shall not request a hearing date on confirmation of a Non-Compliant Plan less than thirty (30) days after the date the Non-Complaint Plan is filed with the Court.

   c.      The Diocese shall seek entry of the Confirmation Order, as set forth in Section 1.z., together with the Confirmation Findings and Conclusions, as set forth in Section 1.y., including any required findings and conclusions under the Bankruptcy Code.

   d.      The Diocese shall serve Bankruptcy Notice of the initial hearing to approve this Agreement and of confirmation of the Plan and the time for filing objections thereto. The proposed form of notice shall be submitted to London Market Insurers for their review and comment no later than seven (7) days prior to the actual service of notice. If the initial hearing to approve this Agreement or to confirm the Plan is adjourned, the Diocese shall not be required to provide Bankruptcy Notice of such adjourned hearing and shall only be required to file a notice of such adjournment on the docket in the Bankruptcy Case and provide such other and further notice as the Court may direct.

   e.      Upon the occurrence of the Plan Effective Date, the Diocese shall file a notice thereof on the docket in the Bankruptcy Case and shall serve a copy of such notice upon counsel for London Market Insurers.

   f.      In the event that any Person attempts to prosecute a Barred Claim or a Claim that, upon entry of the Approval Order, would be a Barred Claim, against London Market Insurers (or any of them) then promptly following notice from London Market Insurers, the Diocese shall file a motion and supporting papers seeking an order from the Court, pursuant to Bankruptcy Code §§ 105(a) and/or 362(b), as applicable, staying such Claims until the Settlement Payment Date, or, alternatively, this Agreement is terminated under Section 9. However, if the Diocese is unable to obtain a stay of such Claim, then the London Market Insurers shall, subject to the terms, conditions and any applicable limits and retentions of the Subject Insurance Policies, defend such Claims, and may either settle them (subject to the Diocese's prior written consent) or litigate them to judgment, and the Diocese and the applicable DOS Signatories shall assist and cooperate fully with the London Market Insurers in such defense.

   g.      In the event that any Person attempts to prosecute a Barred Claim or a Claim that, upon entry of the Approval Order, would be a Barred Claim against any DOS Signatory, then promptly following notice from such DOS Signatory, the Diocese shall file a motion and supporting papers seeking an order from the Court, pursuant to Bankruptcy Code §§ 105(a) and/or 362(b), as applicable, staying such Claims until the Settlement Payment Date, or, alternatively, this Agreement is terminated under Section 9. If the motion for the stay is not granted, the defendant DOS Signatories shall defend such Claims and use their best efforts to prevent the entry of a default and London Market Insurers shall assist and cooperate fully in such defense. In such event, London Market Insurers' obligations relating to such litigation

36

shall be determined by, and subject to, the terms, conditions and any applicable limits and retentions of the Subject Insurance Policies.

**h.**      The Diocese (or any successor, including the Trust and the Reorganized Diocese) shall dismiss the Claims against the London Market Insurers, including all pending motions, in the Insurance Coverage Action, with prejudice, within ten (10) business days after the Settlement Payment Date.

## 7.      Representations and Warranties

**a.**      The Diocese represents and warrants that it will undertake good faith efforts to provide actual Bankruptcy Notice of the motion to approve this Agreement.

**b.**      The Diocese represents and warrants that the notice required under the definition of Bankruptcy Notice includes all DOS Signatories and all Claimants whose names and addresses are known to the Diocese.

**c.**      The Diocese and each DOS Signatory represents and warrants that it has the authority to execute this Agreement as its binding and legal obligation, subject in the case of the Diocese, to Court approval of this Agreement.

**d.**      Each London Market Insurer represents and warrants to the Diocese that (i) it has, and at all times prior to payment in full of its several respective allocated portion of the Settlement Amount, as reflected on Attachment D, will have sufficient assets to pay its allocated portion of the Settlement Amount, in full; and (ii) it is not now, nor has it ever been, the subject of any bankruptcy or insolvency proceeding in any jurisdiction.

**e.**      Each Party represents and warrants that the Persons signing this Agreement on its behalf are authorized to execute this Agreement.

**f.**      Each individual signing this Agreement on behalf of a Party represents and warrants that he or she has the right, power, legal capacity, and authority to enter into this Agreement on behalf of such Party and bind such Party to perform each obligation specified herein.

## 8.      Reduction Clause.

The Diocese and the Committee shall not modify the Reduction Clause set forth in Section 12.5.2 of the Plan, and in Attachment O, hereto, without the prior written approval of London Market Insurers, and the Confirmation Order shall include the Reduction Clause, unless modified upon consent of London Market Insurers.

## 9.      Termination of Agreement

**a.**      The Parties may terminate this Agreement in writing upon mutual assent.

**b.**      Upon the occurrence of a Termination Event, the Diocese and each London Market Insurers may terminate this Agreement upon thirty (30) days' written notice to the other Parties, *provided, however,* that (i) such notice must be provided no later than forty-five (45) days following the applicable Termination Event; (ii) any notice terminating this

37

Agreement issued by any London Market Insurer as a result of a Termination Event shall, unless the Diocese agrees otherwise in writing, be effective to terminate this Agreement as to each and every London Market Insurer; and (iii) no Party shall have the right to terminate this Agreement on account of the occurrence (or alleged occurrence) of a Termination Event once the Actual Payment Date has occurred.

c.      In the event of termination pursuant to this Section 9, unless the Parties agree otherwise in writing, this Agreement shall be void *ab initio* and all Parties shall retain all of their Interests relating to the Subject Insurance Policies as if this Agreement never existed.

## 10.      Treatment of Excluded Parties and Non-Settling Insurers

Nothing in this Agreement overrides the treatment in the Plan of Excluded Parties and Non-Settling Insurers. No Person other than the Parties and the Underwriter Third-Party Beneficiaries is entitled to any benefits under this Agreement or under the Subject Insurance Policies, except to the extent such Person is insured under the Subject Insurance Policies.

## 11.      Reasonably Equivalent Value

a.      This Agreement was bargained for and entered into in good faith and as the result of arms-length negotiations;

b.      Based on their respective independent assessments, with the assistance and advice of counsel, of the probability of success, the complexity, the delay in obtaining relief, and the expense of maintaining the Insurance Coverage Action, the payments received by the Diocese and the DOS Signatories pursuant to this Agreement constitute a fair and reasonable settlement of the Related Insurance Claims;

c.      The payments and other benefits received under this Agreement by the Diocese and the DOS Signatories constitute reasonably equivalent value for the Settlement Benefits received by the LMI Entities under this Agreement; and

d.      Subject to the occurrence of the Full Payment Date, this Agreement constitutes a full and final resolution of all issues in the Insurance Coverage Action.

## 12.      Confidentiality

The Parties agree that all matters relating to the negotiation and terms of this Settlement Agreement (including all prior drafts, exchanges of terms, and related discussions or correspondence) shall be confidential and are not to be disclosed except by order of court or consent of the Parties in writing. This Section 12 does not prevent or prohibit the Parties from publicly filing on the Bankruptcy Case docket the final, executed copy of this Settlement Agreement.

## 13.      Third-Party Beneficiaries

The Underwriter Third-Party Beneficiaries, the Trust, and the Trustee are intended third-party beneficiaries of this Agreement. Except as set forth in the preceding sentence, there are no third-party beneficiaries of this Agreement.

21870816.v4

**14.    Co-operation**

       **a.**     For a period of three (3) years following the Agreement Effective Date, the Diocese and the DOS Signatories will undertake commercially reasonable acts, at the sole cost and expense of London Market Insurers, to co-operate with London Market Insurers in connection with their respective reinsurers, including responding to reasonable requests for information and meeting with representatives of reinsurers, *provided, however*, that the foregoing shall not require the Diocese and the DOS Signatories to disclose any information that is subject to the attorney-client or other legally recognized privilege.  Furthermore, the Parties shall use their reasonable best efforts and cooperate as necessary or appropriate to effectuate the transactions contemplated by this Agreement.

       **b.**     If any Action or proceeding of any type whatsoever is commenced or prosecuted by any Person not a Party to this Agreement to invalidate, interpret, or prevent the validation or enforcement, or carrying out, of all or any of the provisions of this Agreement, the Parties mutually agree, represent, warrant, and covenant to cooperate fully in opposing such action or proceeding.

**15.    Non-Prejudice and Construction of Agreement**

       **a.**     This Agreement is intended to be, and is, a compromise among the Parties and shall not be construed as an admission of coverage under the Subject Insurance Policies; an admission concerning the amount of a reasonable settlement of any Claim; or an admission concerning the liability of, or damages allegedly caused by the Diocese or any DOS Signatory with respect to any Abuse Claim, including the reasonableness of any such alleged damages. Neither this Agreement nor any provision hereof shall be construed as a waiver, modification, or retraction of the Parties' positions on the interpretation and application of the Subject Insurance Policies.  This Agreement is the product of informed negotiations and involves compromises of the Parties' previously stated legal positions, and does not reflect upon the Parties' views as to rights and obligations with respect to matters or Persons outside the scope of this Agreement. This Agreement is without prejudice to the positions taken by London Market Insurers with regard to other insureds, and without prejudice with regard to positions taken by any Party with regard to other Insurers, except for the express reference to the Third Party Beneficiaries, the Parties specifically disavow any intention to create rights in third parties under or in relation to this Agreement;

       **b.**     This Agreement is the jointly drafted product of arms'-length negotiations between the Parties with the benefit of advice from counsel, and the Parties agree that it shall be so construed.  As such, no Party will assert that any ambiguity in this Agreement shall be construed against another Party.

       **c.**     If any provision of the Plan, the Trust Agreement, or Allocation Protocol conflicts with or is inconsistent with this Agreement in any way whatsoever, then the provisions of this Agreement shall control and take precedence.  Neither the Plan nor the Trust Agreement shall be construed or interpreted to modify or affect any rights or obligations of London Market Insurers under this Agreement.

**16.**     **No Modification**

No change or modification of this Agreement shall be valid unless it is made in writing and signed by the Parties.  Any change or modification of this Agreement that affects the rights of the Abuse Claimants or Trust shall require the consent of the Committee or Trustee, as applicable, which consent shall not be unreasonably withheld.  Any attempted change or modification in violation of this Section shall be void *ab initio*.

**17.**     **Waiver**

No waiver of any provision of this Agreement or of a breach thereof shall be valid unless it is made in writing and signed by the Parties.  The waiver by any Party of any of the provisions of this Agreement or of the breach thereof shall not operate or be construed as a waiver of any other provision or breach.

**18.**     **Execution**

This Agreement may be executed in multiple counterparts, all of which together shall constitute one and the same instrument. This Agreement may be executed and delivered by facsimile, e-mail, or other electronic image, which facsimile, e-mail, or other electronic image counterparts shall be deemed to be originals.

**19.**     **Governing Law**

This Agreement shall be governed by and shall be construed in accordance with the laws of New York.

**20.**     **Notices**

Unless another Person is designated, in writing, for receipt of notices hereunder, notices to the respective Parties shall be sent to the Persons listed on Attachment F.

**21.**     **Integration**

This Agreement, including the attachments, constitutes the entire Agreement amongst the Parties, with respect to the subject matter hereof, and supersedes all discussions, agreements and understandings, both written and oral, amongst the Parties with respect thereto.  The Parties intend that this Agreement and the Plan shall be consistent in all respects, with no conflict or discrepancies between them.

**IN WITNESS WHEREOF**, the Parties have executed this Agreement by their duly authorized representatives.

London Market Insurers identified in Attachment B have respectively designated Clyde & Co US LLP, as their attorneys-in-fact for the limited purpose of executing this Agreement on their behalf with express authority to do so.

[Signature Pages Follow]

40

21870816.v4

**IN WITNESS WHEREOF**, the Parties have executed this Agreement by their duly authorized representatives.

Signed:      _____

The Roman Catholic Diocese of Syracuse, New York

Name Printed: _____

Title:      _____

Date:      _____ 2025


Signed:      _____

London Market Insurers

Name Printed: _____

Title:      _____

Date:      _____ 2025


Signed:      _____

London Market Insurers

Name Printed: _____

Title:      _____

Date:      _____ 2025

21870816.v4

Signed: _____

St. Agnes Mission, Afton, NY 13730

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. John the Evangelist, Bainbridge, NY 13733

Name Printed: _____

Title: _____

Date: _____ 2025

43

Signed: _____

St. Augustine Roman Catholic Church, Baldwinsville, NY,
Baldwinsville, NY 13027

Name Printed: _____

Title: _____

Date: _____ 2025

44

Signed: _____

St. Elizabeth Ann Seton Church of the Town of Clay, NY,
Baldwinsville, NY 13027

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Marys Church of Baldwinsville, NY, Baldwinsville, NY
13027

Name Printed: _____

Title: _____

Date: _____ 2025

46

Signed: _____

St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St.
Christopher and St. Rita, Binghamton, NY 13901

Name Printed: _____

Title: _____

Date: _____ 2025

47

Signed:    _____

*St. Christopher Roman Catholic Church [Town of
Chenango, Broome County], Binghamton, NY 13901*

Name Printed: _____

Title:    _____

Date:    _____ 2025

48

Signed: _____

*St. Catherine of Siena Roman Catholic Church,*
*Binghamton, NY 13901*

Name Printed: _____

Title: _____

Date: _____ 2025

49

Signed: _____

St. Mary of the Assumption (combined with St. Mary's Church), Binghamton, NY 13901

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Paul's Church, Binghamton, NY, Binghamton, NY
13901

Name Printed: _____

Title: _____

Date: _____ 2025

51

Signed: _____

*St. Andrew's Church of Binghamton, Binghamton, NY 13903*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

The Church of Saints John & Andrew, Binghamton, NY 13903

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. John the Evangelist Church, Binghamton, NY 13903*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed:    _____

Church of the Holy Trinity, Binghamton, NY 13905

Name Printed: _____

Title:    _____

Date:    _____ 2025

21870816.v4

Signed: _____

*Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St.*
*Stanislaus Kostka Church, Binghamton, NY 13905*

Name Printed: _____

Title: _____

Date: _____ 2025

56

Signed: _____

*St. Joseph's Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann), Binghamton, NY 13905*

Name Printed: _____

Title: _____

Date: _____ 2025

57

Signed: _____

*St. Ann Catholic Church (renamed church of the Holy
Trinity), Binghamton, NY 13905*

Name Printed: _____

Title: _____

Date: _____ 2025

58

Signed:     _____

Ss Cyril & Methodius Slovak Roman Catholic Church of
Binghamton, NY, Binghamton, NY 13905

Name Printed:  _____

Title:     _____

Date:     _____ 2025

59

Signed: _____

St. Patrick's Catholic Church of Binghamton, NY,
Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

60

Signed: _____

St. Thomas Aquinas Church, Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission
a/k/a St. Mary of The Snows Oratory, Boonville, NY 13309

Name Printed: _____

Title: _____

Date: _____ 2025

62

Signed: _____

St. Agnes Church, Brewerton, NY 13029

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed:      _____

Church of St. Francis of Assisi of Bridgeport, NY,
Bridgeport, NY 13030

Name Printed: _____

Title:       _____

Date:        _____ 2025

64

Signed: _____

St. John The Evangelist a/k/a St. Mary Devotional Chapel
and St. Paul (Redfield), Camden, NY 13316

Name Printed: _____

Title: _____

Date: _____ 2025

65

Signed: _____

St. Joseph's Church of Camillus, NY, Camillus, NY 13031

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Agatha's Church, Canastota, NY 13032

Name Printed: _____

Title: _____

Date: _____ 2025

67

Signed: _____

St. James, Cazenovia, NY 13035

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Divine Mercy Parish Roman Catholic Church, Central
Square, NY 13036

Name Printed: _____

Title: _____

Date: _____ 2025

69

21870816.v4

Signed: _____

*Saint Michael's Roman Catholic Church, Central Square, NY 13036*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Anthony of Padua's Church of Willowvale and*
*Chadwicks, Chadwicks, NY 13319*

Name Printed: _____

Title: _____

Date: _____ 2025

71

21870816.v4

Signed:        _____

St. Patrick-St. Anthony Church of Chadwicks, New York,
Chadwicks, NY 13319

Name Printed:  _____

Title:         _____

Date:          _____ 2025

72

Signed: _____

*St. Rita's Roman Catholic Church, Chenango Forks, NY 13746*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Patrick, Chittenango, NY 13037

Name Printed: _____

Title: _____

Date: _____ 2025

74

Signed: _____

Our Lady of Perpetual Help Roman Catholic Church of
Cincinnatus, NY, Cincinnatus, NY 13040

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

The Church of the Sacred Heart, Cicero, NY 13039

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Patrick's Church, Clayville, NY 13322*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Mary of The Assumption a/k/a St. Mary's Oratory,*
*Cleveland, NY 13042*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary's Roman Catholic Church, Clinton, Clinton, NY
13323

Name Printed: _____

Title: _____

Date: _____ 2025

79

Signed: _____

The Church of Annunciation, Clinton, NY 13323

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Mission of St. Bernadette, Constantia, NY 13044

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Anthony of Padua, Cortland, NY 13045

Name Printed: _____

Title: _____

Date: _____ 2025

82

Signed: _____

St. Mary's Church of Cortland, Cortland, NY 13045

Name Printed: _____

Title: _____

Date: _____ 2025

83

Signed: _____

St. Joseph's Church, Deposit, NY, Deposit, NY 13754

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed:    _____

St. Lawrence Mission, DeRuyter, NY

Name Printed: _____

Title:    _____

Date:    _____ 2025

21870816.v4

Signed: _____

Holy Cross Church, DeWitt, NY, DeWitt, NY 13214

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Francis Church of Durhamville, NY, Durhamville, NY
13054*

Name Printed: _____

Title: _____

Date: _____ 2025

87

21870816.v4

Signed: _____

St. Matthew's Church, E. Syracuse, NY 13057

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Our Lady of Good Counsel Church, Endicott, NY,
Endicott, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Ambrose, Endicott, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Anthony of Padua Church, Endicott, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed:    _____

*St. Casimir Roman Catholic (Polish) Church of Endicott,
Endicott, NY 13760*

Name Printed: _____

Title:    _____

Date:    _____ 2025

21870816.v4

Signed: _____

*St. Joseph's Roman Catholic Church, Endicott, NY,*
*Endicott, NY 13760*

Name Printed: _____

Title: _____

Date: _____ 2025

93

Signed:      _____

*Church of Christ The King, Endwell, NY, Endwell, NY
13760*

Name Printed:  _____

Title:       _____

Date:        _____ 2025

94

Signed: _____

*Our Lady of Angels Church of Endwell, NY, Endwell, NY
13760*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of the Holy Family, Endwell, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed,* Fabius

Name Printed: _____

Title: _____

Date: _____ 2025

97

Signed: _____

Immaculate Conception, Fayetteville, NY 13066

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed:      _____

St. Mary's Church, Florence, Oneida Co., Florence, NY

Name Printed: _____

Title:        _____

Date:        _____ 2025

99

Signed: _____

St. Patrick Mission, Forestport, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Patrick's Church of Forestport, Forestport, NY 13338

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*The Holy Family Church of Fulton, Fulton, NY 13069*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Michael 's Roman Catholic Polish Church, Fulton, NY
13069*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*Church of the Immaculate Conception of Fulton, NY,*
*Fulton, NY 13069*

Name Printed: _____

Title: _____

Date: _____ 2025

104

Signed: _____

Church of the Holy Trinity, Fulton, NY 13069

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of the Immaculate Conception, Greene, NY 13778

Name Printed: _____

Title: _____

Date: _____ 2025

106

21870816.v4

Signed: _____

St. Mary, Hamilton, NY 13346

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Our Lady of The Rosary Church, Hannibal, NY, Oswego,
NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. John Chrysostom Mission [served area near Forestport],
Hawkinsville, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Ann Church of Hinckley, NY, Hinckley, NY 13352*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

The Parish Community of St. Leo & St. Ann, Holland
Patent, NY 13354

Name Printed: _____

Title: _____

Date: _____ 2025

111

21870816.v4

Signed: _____

St. Margaret's Catholic Church, Homer, NY 13077

Name Printed: _____

Title: _____

Date: _____ 2025

112

Signed: _____

*St Mary's Devotional Chapel-[never inc], Irish Ridge*

Name Printed: _____

Title: _____

Date: _____ 2025

113

Signed: _____

*St. Mary's Church, Jamesville, NY, Jamesville, NY 13078*

Name Printed: _____

Title: _____

Date: _____ 2025

114

Signed: _____

St. James Roman Catholic Church Lestershire, NY,
Johnson City, NY 13790

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*The Church of the Blessed Sacrament, Johnson City, NY 13790*

Name Printed: _____

Title: _____

Date: _____ 2025

116

Signed: _____

St. Patrick, Jordan, NY 13080

Name Printed: _____

Title: _____

Date: _____ 2025

117

Signed: _____

St. Mary's Church, Kirkwood, Kirkwood, NY 13795

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*Church of St. Frances Xavier Cabrini, Lacona [Pulaski, NY 13142]*

Name Printed: _____

Title: _____

Date: _____ 2025

119

Signed: _____

Church of the Nativity at St. Joseph's, LaFayette, NY 13084

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Joseph's Church, Lee Center, NY 13363

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed:      _____

*Our Lady of the Valley Mission, Leonardsville, NY,13364*

Name Printed: _____

Title:      _____

Date:      _____ 2025

21870816.v4

Signed: _____

*St. Francis of Assisi Mission as The Trustees of St. Mary's*
*Church of West Monroe, Little France, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

123

Signed: _____

Epiphany, Liverpool, NY 13088

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of Immaculate Heart of Mary, Liverpool, NY
13088

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Joseph the Worker Liverpool, Onondaga Co., Liverpool,
NY 13088

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Christ the King Church, Liverpool, NY, Liverpool, NY 13090

Name Printed: _____

Title: _____

Date: _____ 2025

127

Signed: _____

Pope John XXIII Roman Catholic Church, Liverpool, NY
13090

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. John Roman Catholic Church of Clay, NY, Liverpool,
NY 13090*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Most Holy Rosary Roman Catholic Church of Maine, NY,
Maine, NY 13802

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Ann's Church, Manlius, NY 13104

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Stephen's Church, Marathon, NY 13803

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Francis Xavier's Church, Marcellus, NY 13108

Name Printed: _____

Title: _____

Date: _____ 2025

133

21870816.v4

Signed: _____

St. Margaret's Church, Mattydale, NY 13211

Name Printed: _____

Title: _____

Date: _____ 2025

134

Signed: _____

St. Jospeh's Church of McGraw, NY- originally titled to St.
Mary-Corland, McGraw, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Mary, Star of the Sea, Mexico, NY 13114*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Anne, Mother of Mary, Mexico, NY 13114

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Our Lady of Perpetual Help, Minetto, NY 13115

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Mary of the Assumption, Minoa, NY 13116

Name Printed: _____

Title: _____

Date: _____ 2025

139

21870816.v4

Signed: _____

St. Joan of Arc Church of Morrisville, NY, Morrisville, NY
13408

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Theresa of the Infant Jesus, Munnsville, NY 13409*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of St. Theresa of the Infant Jesus, New Berlin, NY,
New Berlin, NY 13411

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of Our Lady of the Rosary, New Hartford, NY,
New Hartford, NY 13413

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. John the Evangelist Church, New Hartford, NY 13413

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Thomas, New Hartford, NY 13413

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*Holy Cross Church, New London*

Name Printed: _____

Title: _____

Date: _____ 2025

146

Signed: _____

Church of the Sacred Heart a/k/a St. Mary Our Lady, New
York Mills, NY 13417

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Mary's Church of Our Lady of Czestochowa, New York Mills, NY 13417*

Name Printed: _____

Title: _____

Date: _____ 2025

148

Signed: _____

*St. John Oratory and Cemetery, North Bay, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

149

Signed: _____

*St. Mary's Mission, North Brookfield, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:      _____

St. Rose of Lima Church, N. Syracuse, NY 13212

Name Printed: _____

Title:      _____

Date:      _____ 2025

21870816.v4

Signed: _____

St. Paul, Norwich, NY 13815

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Bartholomew, Norwich, NY 13815

Name Printed: _____

Title: _____

Date: _____ 2025

153

21870816.v4

Signed: _____

St. Joseph's German Catholic Church of Oneida, Oneida,
NY 13421 St. Patrick

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Patrick, Oneida, NY 13421

Name Printed: _____

Title: _____

Date: _____ 2025

155

Signed: _____

St. Joseph, Oriskany Falls, NY 13425

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*Church of St. Stephen, Protomartyr, Oriskany, NY 13424*

Name Printed: _____

Title: _____

Date: _____ 2025

157

Signed: _____

*St. Louis, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Joseph Mission, Oswego, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Joseph's Church, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

160

Signed: _____

*St. John The Evangelist, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Mary of the Assumption,* Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Paul, Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Peter's Church, Oswego, Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

164

21870816.v4

Signed: _____

*St. Stephen Roman Catholic Church, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Patrick's Church of Otisco, NY, Otisco, NY 13159

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of St. Mary of the Snows, Otter Lake, NY 13338

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph's Church, Oxford, NY 13830

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Anne's Church of Parish, NY a/k/a St. Anne Mother of*
*Mary (Mexico), Parish, NY 13131*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Stephen, Phoenix, NY 13135

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of The Nativity at Immaculate Conception,
Pompey, NY 13138

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Christ Our Light a/k/a St. John The Evangelist, Pulaski, NY 13142

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. John the Evangelist Church Pulaski, Pulaski, NY 13142*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed:      _____

*St. Paul's Mission (mission of I.C. Pomep)Unincorporated,
closed, Redfield*

Name Printed: _____

Title:       _____

Date:        _____ 2025

21870816.v4

Signed: _____

St. John the Baptist, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Mary's Church, Rome, NY, Rome, NY 13442*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Paul, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

177

Signed: _____

St. Peter's Church, Rome, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Transfiguration, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Joseph, Sanitaria Springs, 13833

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Sacred Heart Church of Town of Scriba, Oswego, Scriba,
NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

181

Signed: _____

St. Malachy, Sherburne, NY 13460

Name Printed: _____

Title: _____

Date: _____ 2025

182

Signed: _____

St. Helena, Sherrill, NY 13461

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Mary of the Lake Roman Catholic Church, Skaneateles,
NY, Skaneateles, NY 13152

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Bridget Roman Catholic Church of Skaneateles Falls,
NY, Skaneateles Falls, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton], Solon, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Peter's Church of Split Rock, Syracuse, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Cecilia's Church, Solvay, NY, Solvay, NY 13209

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*Corpus Christi Church of S. Onondaga County of
Onondaga, State of NY, Syracuse, NY 13159*

Name Printed: _____

Title: _____

Date: _____ 2025

189

Signed: _____

St. Mary's Church, Syracuse, NY d/b/a The Cathedral of
the Immaculate Conception, Syracuse, NY 13202

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. John's Church, Syracuse, NY, Syracuse, NY 13202*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*Holy Trinity Church, Syracuse, Syracuse, NY 13203*

Name Printed: _____

Title: _____

Date: _____ 2025

192

Signed: _____

*St. Peter, Syracuse, NY 13203*

Name Printed: _____

Title: _____

Date: _____ 2025

193

Signed: _____

St. Vincent DePaul's Church, Syracuse, NY 13203

Name Printed: _____

Title: _____

Date: _____ 2025

194

Signed: _____

Basilica of the Sacred Heart of Jesus, Syracuse, NY,
Syracuse, NY 13204

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Brigid & St. Joseph Church of Syracuse, Syracuse, NY 13204*

Name Printed: _____

Title: _____

Date: _____ 2025

196

Signed: _____

St. Lucy, Syracuse, NY 13204

Name Printed: _____

Title: _____

Date: _____ 2025

197

Signed: _____

St. Patrick' s Church, Geddes, Syracuse, NY 13204

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Stephen, Syracuse, NY 13204*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Anthony of Padua, Syracuse, NY 13205

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Our Lady of Hope f/k/a St. James, Syracuse, NY 13205

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Blessed Sacrament Church, Eastwood, NY, Syracuse, NY
13206

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Transfiguration Roman Catholic Church, Syracuse, NY 13206

Name Printed: _____

Title: _____

Date: _____ 2025

203

Signed: _____

Most Holy Rosary, Syracuse, NY 13207

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*Our Lady of Lourdes Church Syracuse, NY, Syracuse, NY 13207*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Franciscan Church of the Assumption, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of Our Lady of Pompei - St. Peter, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

207

Signed: _____

St. Daniel, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. John the Baptist, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Joseph (German) Church [FAD 1882], Syracuse, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of Our Lady of Peace [ merged into St. Cecilia's
Solvay as St. Marianne Cope], Syracuse, NY 13209

Name Printed: _____

Title: _____

Date: _____ 2025

211

Signed: _____

*Church of St. Andrew the Apostle of Syracuse, NY,*
*Syracuse, NY 13210*

Name Printed: _____

Title: _____

Date: _____ 2025

212

Signed: _____

All Saints Church, Syracuse, NY [new name for St.
Therese @ merger with OL Solace], Syracuse, NY 13210

Name Printed: _____

Title: _____

Date: _____ 2025

213

Signed: _____

Church of St. Therese The Little Flower of Jesus, Syracuse,
Syracuse, NY 13210

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Michael's & St. Peter Church, Onondaga Hill, Syracuse,
NY 13215

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Holy Family, Syracuse, NY 13219

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Ann's Church Syracuse, NY [name changed to St.
Charles-St. Ann], Syracuse, NY 13219

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Charles Borromeo Church, Syracuse, NY 13219

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*The Church of Our Lady of Solace [merged into St. Therese to become All Saints], Syracuse, NY 13224*

Name Printed: _____

Title: _____

Date: _____ 2025

219

Signed: _____

*St. Anne -Glenmore [never inc], Taberg, NY 13471*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Patrick's Church Taberg, NY, Taberg, NY 13471

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Patrick, Truxton, NY 13158

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of the Nativity at St. Leo's, Tully, NY 13159

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

*St. Agnes Church, Utica, NY 13501*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Historic Old St. John, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Francis de Sales, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Mary's Church Utica (South St.), Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of the Blessed Sacrament, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Maria di Monte Carmelo, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Stanislaus Roman Catholic Church, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

230

Signed: _____

Holy Trinity Church of Utica, NY, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of Our Lady of Lourdes, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of The Sacred Heart, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Joseph, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Patrick Church, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. George Roman Catholic Church, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Mark, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

237

Signed:      _____

St. Peter, Utica, NY 13502

Name Printed: _____

Title:        _____

Date:        _____ 2025

21870816.v4

Signed: _____

St. Anthony & St. Agnes Church, Utica, NY, Utica, NY
13504

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Mary of the Lake Mission, Verona Beach, NY 13162

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Holy Family, Vernon, NY 13476

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Our Lady of Good Counsel, Verona, NY 13478

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Our Lady of Sorrows, Vestal, NY 13851

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Vincent DePaul-Blessed Sacrament Church, Vestal, NY 13850

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Our Lady of Good Counsel, Warners, NY 13164

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Bernard's Catholic Church of Waterville, Oneida Co.,
Waterville, NY 13480

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Anne's Roman Catholic Church, Whitesboro, NY,
Whitesboro, NY 13492

Name Printed: _____

Title: _____

Date: _____ 2025

247

Signed: _____

St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro,
Whitesboro, NY 13492

Name Printed: _____

Title: _____

Date: _____ 2025

248

Signed: _____

The Catholic Community of St. Stephen-St. Patrick
[merged into St. Patrick-Whitney Pt.], Whitney Point, NY
13862

Name Printed: _____

Title: _____

Date: _____ 2025

249

Signed: _____

St. Patrick 's Church Williamstown [originally a mission of
Parish, later Camden], Williamstown, NY 13493

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Church of Our Lady of Lourdes of Windsor, NY, Windsor, NY 13865

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Our Lady of Hope, Syracuse, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Christ the Good Shepard, Oswego, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Marianne Cope Church, Solvay, NY 13209

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Michaels Church, Syracuse, NY 13215

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Anthony of Padua Church, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. John's Church and Roman Catholic Society in the City
of Utica a/k/a Historic Old St. John, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Mary Mt. Carmel- Blessed Sacrament Church, Utica,
NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Mary, Mother of Our Savior Church - new name for OLL,
Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Vincent de Paul Church, Vestal, NY 13850

Name Printed: _____

Title: _____

Date: _____ 2025

260

Signed: _____

All Saints Catholic School, Endicott

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Bishop Cunningham High School, Oswego

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed:      _____

Bishop Grimes Jr./Sr. High School, East Syracuse

Name Printed:  _____

Title:        _____

Date:         _____ 2025

21870816.v4

Signed: _____

Bishop Ludden Jr./Sr. High School, Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

264

Signed: _____

Cathedral Academy at Pompei, Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

265

Signed: _____

Catholic Schools of Broome County, Binghamton

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Holy Family, Norwich

Name Printed: _____

Title: _____

Date: _____ 2025

267

Signed: _____

Notre Dame Elementary School, Utica

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Notre Dame Jr. / Sr. High, Utica

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Oswego Catholic High School, Oswego

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Rome Catholic School, Rome

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Seton Catholic Central, Binghamton

Name Printed: _____

Title: _____

Date: _____ 2025

272

Signed:    _____

Seton Catholic High School, Endicott

Name Printed: _____

Title:      _____

Date:      _____ 2025

Signed: _____

Trinity Catholic School, Oswego

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Utica Catholic Academy

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Associated Catholic Charities for Community Development
at Broome Co., Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Catholic Cemeteries of the Roman Catholic Diocese of
Syracuse, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Catholic Charities of the Roman Catholic Diocese of
Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

278

Signed: _____

Christopher Community, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Encompass Health Home, LLC

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Heritage Campaign, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Jail Ministry of Onondaga County, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed:  _____

Joseph and Elaine Scuderi Foundation, Inc.

Name Printed:  _____

Title:  _____

Date:  _____ 2025

21870816.v4

Signed: _____

The Clerical Fund of the Roman Catholic Diocese of
Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

The Diocese of Syracuse Lay Pension Plan

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

The Foundation of the Roman Catholic Diocese of
Syracuse, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H.
McDevitt, L.C.H.S. Foundation Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

The Syracuse Catholic Press Association, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

The Syracuse Diocesan Investment Fund

Name Printed: _____

Title: _____

Date: _____ 2025

289

Signed:      _____

The Syracuse House of Retreats

Name Printed: _____

Title:      _____

Date:      _____ 2025

21870816.v4

Signed: _____

The St. Thomas Aquinas Fund, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Camp Nazareth

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Lourdes Camp

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Brady Faith Center

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Brady Farm

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Brady Market

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Joseph and Elaine Scuderi Foundation, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

297

21870816.v4

Signed: _____

Joseph T. O'Keefe Corporation

Name Printed: _____

Title: _____

Date: _____ 2025

298

Signed:    _____

Newman Foundation of Binghamton

Name Printed: _____

Title:        _____

Date:         _____ 2025

299

Signed: _____

Newman Foundation of Cortland

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Project Joseph

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Propagation of Faith

Name Printed: _____

Title: _____

Date: _____ 2025

302

Signed: _____

Spiritual Renewal Center

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Thomas More Catholic Campus Ministry

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

The Guardian Angel Society

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H.
McDevitt L.C.H.S Fund of St. James Church of
Lestershire, NY

Name Printed: _____

Title: _____

Date: _____ 2025

306

Signed: _____

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H.
McDevitt L.C.H.S Fund of St. Patrick's Church of
Binghamton, NY

Name Printed: _____

Title: _____

Date: _____ 2025

307

21870816.v4

Signed: _____

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H.
McDevitt L.C.H.S Fund of St. Thomas Aquinas Church

Name Printed: _____

Title: _____

Date: _____ 2025

308

Signed: _____

Holy Name Society, St. Margaret's Church. Mattydale, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

St. Vincent DePaul Church Daycare

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v4

Signed: _____

Windsor Human Development

Name Printed: _____

Title: _____

Date: _____ 2025

311

## SCHEDULE OF ATTACHMENTS TO

## SETTLEMENT AGREEMENT AND RELEASE

| | |
|---|---|
| **Attachment A** | **List of known Subject Insurance Policies** |
| **Attachment B** | **List of London Market Insurers** |
| **Attachment C** | **List of Insolvent Insurers** |
| **Attachment D** | **List of Solvent London Market Insurers allocated shares of the Settlement Amount** |
| **Attachment E** | **List of DOS Entities** |
| **Attachment F** | **Notice Names and Addresses** |
| **Attachment G** | **Cancellation Endorsement** |
| **Attachment H** | **Sexual Misconduct Exclusion** |
| **Attachment I** | **Channeling Injunction** |
| **Attachment J** | **Gatekeeper Injunction** |
| **Attachment K** | **List of Participating Parties** |
| **Attachment L** | **Time-Bar Exclusion** |
| **Attachment M** | **Catholic Directory and Co-Defendants** |
| **Attachment N** | **Co-Defendants** |
| **Attachment O** | **Reduction Clause** |
| **Attachment P** | **Claimants Who Filed Abuse Actions with No Corresponding Proof of Claim** |

312

## <u>ATTACHMENT A</u>

## <u>Known Subject Insurance Policies</u>

Package Policies – April 16, 1973 to July 1, 1989
1. April 16, 1973 to April 16, 1976 L/C 73-05-17-01
2. April 16, 1976 to July 1, 1979 SL 3107/ SLC 5115
3. July 1, 1979 to July 1, 1982 SL 3551/SLC 5577
4. July 1, 1982 to July 1, 1985 SL 4008/SLC 5995
5. July 1, 1985 to July 1, 1986 ISL 3352/ICO 5202
6. July 1, 1986 to July 1, 1987 ISL 3564/ICO 5300
7. July 1, 1987 to July 1, 1988 ISL 3873/ICO 5538
8. July 1, 1988 to July 1, 1989 ISL 4091/ICO 6632

Excess Broad Form Liability Policies – July 1, 1979 to July 1, 1985
1. July 1, 1979 to July 1, 1982 SL 3578/SLC 5603
2. July 1, 1979 to July 1, 1980 SL 3579/SLC 5604
3. July 1, 1980 to July 1, 1981 SL 3710/SLC 5731
4. July 1, 1981 to July 1, 1982 SL 3844/SLC 5855
5. July 1, 1982 to July 1, 1985 SL 4010/SLC 5997
6. July 1, 1982 to July 1, 1985 SL 4011/SLC 5998
7. July 1, 1985 to July 1, 1986 ISL 3412
8. July 1, 1986 to July 1, 1987 ISL 3363/ICO 5205
9. July 1, 1988 to July 1, 1989 ISL 4092/ICO 5664


Disputed Excess Umbrella Policy
1. April 16, 1973 to April 16, 1975 L/C 73051701E

Also all other Policies subscribed by London Market Insurers issued to DOS and DOS Entities issued prior to July 1, 1989 subscribed by the London Market Insurers including Excess Property Only, Drop-Down and Other.

313

**ATTACHMENT B**

**List of Solvent London Market Insurers**

- Certain Underwriters at Lloyd's, London subscribing to Policy Nos. L/C 73-05-17-01, SL 3107/ SLC 5115, SL 3551/SLC 5577, SL 4008/SLC 5995, ISL 3352/ICO 5202, 3564/ICO 5300, ISL 3873/ICO 5538, ISL 4091/ICO 6632, SL 3578/SLC 5603, SL 3579/SLC 5604, SL 3710/SLC 5731, SL 3844/SLC 5855, SL 4010/SLC 5997, SL 4011/SLC 5998, ISL 3412, ISL 3363/ICO 5205, 4092/ICO 5664 L/C 73051701E and all others issued prior to July 1, 1989.

- Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Company Ltd)
- RiverStone Insurance (UK) Limited (as successor in interest to Terra Nova Insurance Company Ltd.).
- RiverStone Insurance (UK) Limited (as successor in interest to Sphere Drake Insurance Ltd.).
- Sompo Japan Nipponkoa Insurance Company of Europe Limited (formerly known as The Yasuda Fire & Marine Insurance Company).
- Dominion Insurance Company Ltd.
- Taisho Marine & Fire Insurance Company (U.K.) Ltd.
- Allianz International Insurance Company (U.K Ltd.)

21870816.v4

**ATTACHMENT C**

**Insolvent Insurers**

1. Bellafonte Insurance Company

2. Pine Top Insurance Company, Ltd.

3. CX Reinsurance Company Ltd. (formerly known as CNA Reinsurance of London, Ltd.)

4. Stronghold Insurance Company Ltd.

5. Sovereign Marine & General Insurance Company Limited

6. Tokio Marine & Fire Insurance Company (U.K.) Ltd

7. Storebrand Insurance Company (U.K. Ltd.)

21870816.v4

## ATTACHMENT D

### Solvent London Market Insurer Shares of the Settlement Amount

| London Market Insurer | Amount |
|---|---|
| Certain Underwriters at Lloyd's, London | $20,322,651.70 |
| Excess Insurance Company Ltd. | $1,463,549.54 |
| Terra Nova Insurance Company Ltd. | $465,517.17 |
| Sphere Drake Insurance Ltd) | $145,377.46 |
| The Yasuda Fire & Marine Insurance Company | $102,899.13 |
| Dominion Insurance Company Ltd. | $1.00 |
| St. Katherine Insurance Company PLC | $1.00 |
| Assicurazioni Generali, T.S. | $1.00 |
| Taisho Marine & Fire Insurance Co. (U.K.) Ltd. | $1.00 |
| Allianz International Insurance Co. (U.K Ltd.) | $1.00 |
| **Net to Solvent London Market Insurers** | **$ 22,500,000** |

316

- 

## **ATTACHMENT E**

## **LIST OF DOS ENTITIES**

| Parishes | |
|---|---|
| **Parish Corporation Name:** | **Notice Addresses for Participating Parties** |
| St. Agnes Mission | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. John the Evangelist | |
| St. Augustine Roman Catholic Church, Baldwinsville, NY | |
| St. Elizabeth Ann Seton Church of the Town of Clay, NY | |
| St. Marys Church of  Baldwinsville, NY | |
| St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St. Christopher and St. Rita | |
| *St. Christopher Roman Catholic Church [Town of Chenango, Broome County]* | |
| *St. Catherine of Siena Roman Catholic Church* | |
| St. Mary of the Assumption (combined with St. Mary's Church) | |
| St. Paul's Church, Binghamton, NY | |
| *St. Andrew's Church of Binghamton* | |
| The Church of Saints John & Andrew | |
| *St. John the Evangelist Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Church of the Holy Trinity | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St. Stanislaus Kostka Church* | |
| *St. Joseph's  Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann)* | |
| *St. Ann Catholic Church (renamed church of the Holy Trinity)* | |
| Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY | |
| St. Patrick's Catholic Church of Binghamton, NY | |
| St. Thomas Aquinas Church | |
| Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission a/k/a St. Mary of The Snows Oratory | |
| St. Agnes Church | |
| Church of St. Francis of Assisi of Bridgeport, NY | |
| St. John The Evangelist a/k/a St. Mary Devotional Chapel and St. Paul (Redfield) | |
| St. Joseph's Church of Camillus, NY | |
| St. Agatha's Church | |
| St. James | |

| | |
|---|---|
| Divine Mercy Parish Roman Catholic Church | |
| *Saint Michael's Roman Catholic Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Anthony of Padua's Church of Willowvale and Chadwicks* | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Patrick-St. Anthony Church of Chadwicks, New York | |
| *St. Rita's Roman Catholic Church* | |
| St. Patrick | |
| Our Lady of Perpetual Help Roman Catholic Church of Cincinnatus, NY | |
| The Church of the Sacred Heart | |
| *St. Patrick's Church* | |
| *St. Mary of The Assumption a/k/a St. Mary's Oratory* | |
| St. Mary's Roman Catholic Church, Clinton | |
| The Church of Annunciation | |
| Mission of St. Bernadette | |
| St. Anthony of Padua | |
| St. Mary's Church of Cortland | |
| St. Joseph's Church, Deposit, NY | |
| St. Lawrence Mission | |
| Holy Cross Church, DeWitt, NY | |
| *St. Francis Church of Durhamville, NY* | |
| St. Matthew's Church | |
| Our Lady of Good Counsel Church, Endicott, NY | |
| St. Ambrose | |
| St. Anthony of Padua Church | |
| *St. Casimir Roman Catholic (Polish) Church of Endicott* | |
| *St. Joseph's Roman Catholic Church, Endicott, NY* | |
| *Church of Christ The King, Endwell , NY* | |
| *Our Lady of Angels Church of Endwell of NY* | |
| Church of the Holy Family | |
| *St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed* | |
| Immaculate Conception | |
| St. Mary's Church, Florence, Oneida Co. | |
| St. Patrick Mission | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St.Patrick's Church of Forestport | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *The Holy Family Church of Fulton* | |

| | |
|---|---|
| *St. Michael 's Roman Catholic Polish Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *Church of the Immaculate Conception of Fulton, NY* | |
| Church of the Holy Trinity | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Church of the Immaculate Conception | |
| St. Mary | |
| Our Lady of The Rosary Church, Hannibal   NY | |
| St. John Chrysostom Mission [served area near Forestport] | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Ann Church of Hinckley, NY* | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| The Parish Community of St. Leo & St. Ann | |
| St. Margaret's Catholic Church | |
| *St Mary's Devotional Chapel-[never inc]* | |
| *St. Mary's Church, Jamesville, NY* | |
| St. James Roman Catholic Church Lestershire, NY | |
| *The Church of the Blessed Sacrament* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Patrick | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Mary's Church, Kirkwood | |
| *Church of St. Frances Xavier Cabrini* | |
| Church of the Nativity at St. Joseph's | |
| St. Joseph's Church | |
| *Our Lady of the Valley Mission* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Francis of Assisi Mission as The Trustees of St. Mary's Church of West Monroe* | |
| Epiphany | |
| Church of Immaculate Heart of Mary | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Joseph the Worker Liverpool, Onondaga Co. | |
| Christ the King Church, Liverpool, NY | |
| Pope John XXIII Roman Catholic Church | |
| *St. John Roman Catholic Church of Clay, NY* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |

319

| | |
|---|---|
| Most Holy Rosary Roman Catholic Church of Maine, NY | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Ann's Church | |
| St. Stephen's Church | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Francis Xavier's Church | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Margaret's Church | |
| St. Joseph's Church of McGraw, NY- originally titled to St. Mary-Corland | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Mary, Star of the Sea* | |
| St. Anne, Mother of Mary | |
| Our Lady of Perpetual Help | |
| St. Mary of the Assumption | |
| St. Joan of Arc Church of Morrisville, NY | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *St. Theresa of the Infant Jesus* | |
| Church of St. Theresa of the Infant Jesus, New Berlin, NY | |
| Church of Our Lady of the Rosary, New Hartford, NY | |
| St. John the Evangelist Church | |
| St. Thomas | |
| *Holy Cross Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Church of the Sacred Heart a/k/a St. Mary Our Lady | |
| *St. Mary's Church of Our Lady of Czestochowa* | |
| *St. John Oratory and Cemetery* | |
| *St. Mary' s Mission* | |
| St. Rose of Lima Church | |
| St. Paul | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Bartholomew | |
| St. Joseph's German Catholic Church of Oneida | |
| St. Patrick | |
| St. Joseph | |
| *Church of St. Stephen, Protomartyr* | |
| *St. Louis* | |
| *St. Joseph Mission* | Reverend John Kurgan, Vicar General |

21870816.v4

| | |
|---|---|
| | The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Joseph's Church* | Woods Oviatt Gilman LLP |
| *St. John The Evangelist* | 1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *St. Mary of the Assumption* | |
| St. Paul | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Peter's Church, Oswego | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *St. Stephen Roman Catholic Church* | |
| St. Patrick's Church of Otisco, NY | |
| Church of St. Mary of the Snows | |
| St. Joseph's Church | |
| *St. Anne's Church of Parish, NY a/k/a St. Anne Mother of Mary (Mexico)* | |
| St. Stephen | |
| Church of The Nativity at Immaculate Conception | |
| Christ Our Light a/k/a St. John The Evangelist | |
| *St. John the Evangelist Church Pulaski* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed* | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. John the Baptist | |
| *St. Mary's Church, Rome, NY* | |
| St. Paul | |
| St. Peter's Church, Rome | |
| Transfiguration | |
| St. Joseph | |
| Sacred Heart Church of Town of Scriba, Oswego | |
| St. Malachy | |
| St. Helena | |
| St. Mary of the Lake Roman Catholic Church, Skaneateles, NY | |
| *St. Bridget Roman Catholic Church of Skaneateles Falls, NY* | |
| *St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton]* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Peter's Church of Split Rock* | |
| St. Cecilia's Church, Solvay, NY | |
| *Corpus Christi Church of S. Onondaga County of Onondaga, State of NY* | |

21870816.v4

| Church Entity | Representation |
|---|---|
| St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *St. John's Church, Syracuse, NY* | |
| *Holy Trinity Church, Syracuse* | |
| *St. Peter* | |
| St. Vincent DePaul's Church | |
| Basilica of the Sacred Heart of Jesus, Syracuse, NY | |
| *St. Brigid & St. Joseph Church of Syracuse* | |
| St. Lucy | |
| St. Patrick' s Church, Geddes | |
| *St. Stephen* | |
| St. Anthony of Padua | |
| Our Lady of Hope f/k/a St. James | |
| Blessed Sacrament Church, Eastwood, NY | |
| Transfiguration Roman Catholic Church | |
| Most Holy Rosary | |
| *Our Lady of Lourdes Church Syracuse, NY* | |
| Franciscan Church of the Assumption | |
| Church of Our Lady of Pompei - St. Peter | |
| St. Daniel | |
| St. John the Baptist | |
| St. Joseph (German) Church [FAD 1882] | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Church of Our Lady of Peace [ merged into St. Cecilia's Solvay as St. Marianne Cope] | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *Church of St. Andrew the Apostle of Syracuse, NY* | |
| All Saints Church, Syracuse, NY [new name for St. Therese @ merger with OL Solace] | |
| Church of St. Therese The Little Flower of Jesus, Syracuse | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Michael's & St. Peter Church, Onondaga Hill | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Holy Family | |
| St. Ann's Church Syracuse, NY [name changed to St. Charles-St. Ann] | |
| St. Charles Borromeo Church | |
| *The Church of Our Lady of Solace [merged into St. Therese to become All Saints]* | |
| *St. Anne -Glenmore [never inc]* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Patrick's Church Taberg, NY | |

21870816.v4

| | |
|---|---|
| St. Patrick | Woods Oviatt Gilman LLP |
| Church of the Nativity at St. Leo's | 1900 Bausch & Lomb Place |
| *St. Agnes Church* | Rochester, New York 14604 |
| Historic Old St. John | Attn: Timothy P. Lyster, Esq. |
| St. Francis de Sales | |
| St. Mary's Church Utica (South St.) | |
| Church of the Blessed Sacrament | |
| St. Maria di Monte Carmelo | |
| St. Stanislaus Roman Catholic Church | |
| Holy Trinity Church of Utica, NY | |
| Church of Our Lady of Lourdes | |
| Church of The Sacred Heart | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Joseph | |
| St. Patrick Church | |
| St. George Roman Catholic Church | |
| St. Mark | |
| St. Peter | |
| St. Anthony & St. Agnes Church, Utica, NY | |
| St. Mary of the Lake Mission | |
| Holy Family | |
| Our Lady of Good Counsel | |
| Our Lady of Sorrows | |
| St. Vincent DePaul-Blessed Sacrament Church | |
| Our Lady of Good Counsel | |
| St. Bernard's Catholic Church of Waterville, Oneida Co. | |
| St. Anne's Roman Catholic Church, Whitesboro, NY | Woods Oviatt Gilman LLP |
| St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro | 1900 Bausch & Lomb Place |
| The Catholic Community of St. Stephen-St. Patrick [merged into St. Patrick-Whitney Pt. | Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Patrick 's Church Williamstown [originally a mission of Parish, later Camden] | |
| Church of Our Lady of Lourdes of Windsor, NY | |
| Our Lady of Hope | |
| Christ the Good Shepard | |
| | |
| St. Marianne Cope Church | |
| St. Michaels Church | |
| St. Anthony of Padua Church | |
| St. John's Church and Roman Catholic Society in the City of Utica a/k/a Historic Old St. John | |
| St. Mary Mt. Carmel- Blessed Sacrament Church | |

21870816.v4

| | |
|---|---|
| Mary, Mother of Our Savior Church - new name for OLL | |
| St. Vincent de Paul Church | |
| | |

## Schools

| | |
|---|---|
| | |
| All Saints Catholic School | Woods Oviatt Gilman LLP |
| Bishop Cunningham High School | 1900 Bausch & Lomb Place |
| Bishop Grimes Jr./Sr. High School | Rochester, New York 14604 |
| Bishop Ludden Jr./Sr. High School | Attn: Timothy P. Lyster, Esq. |
| Cathedral Academy at Pompei | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street Syracuse, NY 13202 |
| Catholic Schools of Broome County | Woods Oviatt Gilman LLP 1900 Bausch & Lomb Place Rochester, New York 14604 Attn: Timothy P. Lyster, Esq. |
| Holy Family | |
| Notre Dame Elementary School | |
| Notre Dame Jr. / Sr. High | |
| Oswego Catholic High School | |
| Rome Catholic School | |
| Seton Catholic Central | |
| Seton Catholic High School | |
| Trinity Catholic School | |
| Utica Catholic Academy | |

## Other Catholic Organization

| | |
|---|---|
| | |
| Associated Catholic Charities for Community Development at Broome Co., Inc. | Woods Oviatt Gilman LLP 1900 Bausch & Lomb Place Rochester, New York 14604 Attn: Timothy P. Lyster, Esq. |
| Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc. | |
| Catholic Charities of the Roman Catholic Diocese of Syracuse | |
| Christopher Community, Inc. | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street Syracuse, NY 13202 |
| Encompass Health Home, LLC | Woods Oviatt Gilman LLP 1900 Bausch & Lomb Place Rochester, New York 14604 Attn: Timothy P. Lyster, Esq. |
| Heritage Campaign, Inc. | |
| Jail Ministry of Onondaga County, Inc. | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse |

21870816.v4

| | |
|---|---|
| | 240 East Onondaga Street<br>Syracuse, NY 13202 |
| Joseph and Elaine Scuderi Foundation, Inc. | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| The Clerical Fund of the Roman Catholic Diocese of Syracuse | |
| The Diocese of Syracuse Lay Pension Plan | |
| The Foundation of the Roman Catholic Diocese of Syracuse, Inc. | |
| The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H. McDevitt, L.C.H.S. Foundation Inc. | |
| The Syracuse Catholic Press Association, Inc. | |
| The Syracuse Diocesan Investment Fund | |
| The Syracuse House of Retreats | |
| The St. Thomas Aquinas Fund, Inc. | |
| Camp Nazareth | |
| Lourdes Camp | |
| Brady Faith Center | |
| Brady Farm | |
| Brady Market | |
| Joseph and Elaine Scuderi Foundation, Inc. | |
| Joseph T. O'Keefe Corporation | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Newman Foundation of Binghamton | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Newman Foundation of Cortland | |
| Project Joseph | |
| Propagation of Faith | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Spiritual Renewal Center | |
| St. Thomas More Catholic Campus Ministry | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| The Guardian Angel Society | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. James Church of Lestershire, NY | |
| The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Patrick's Church of Binghamton, NY | |
| The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Thomas Aquinas Church | |

325

| | |
|---|---|
| Holy Name Society, St. Margaret's Church. Mattydale, NY | Woods Oviatt Gilman LLP |
| St. Vincent DePaul Church Daycare | 1900 Bausch & Lomb Place<br>Rochester, New York 14604 |
| Windsor Human Development | Attn: Timothy P. Lyster, Esq. |

21870816.v4

**ATTACHMENT F**

**NOTICE NAMES AND ADDRESSES**

DOS:                                    The Roman Catholic Diocese of Syracuse, New York
                                        240 East Onondaga Street
                                        Syracuse, NY 13202
                                        Attention:  Stephen Breen, Chief Financial Officer
                                        With copies to:        Bond, Schoeneck & King, PLLC
                                        One Lincoln Center
                                        Syracuse, New York 13202
                                        Attn:        Stephen A. Donato
                                                     Charles J. Sullivan
                                                     Grayson T. Walter
                                        -and-

                                        Blank Rome LLP 1825 Eye Street NW
                                        Washington, D.C. 20006
                                        Attn:        James R. Murray
                                                     James S. Carter

DOS Parishes:
                                        Woods Oviatt Gillman, LLP
                                        1900 Bausch & Lomb Place
                                        Rochester, NY 14604
                                        Attention:     Timothy P. Lyster

327

21870816.v4

LONDON MARKET INSURERS

For Resolute Management Services Limited:

Martin Futter, Esq. LLB (Hons)  PGDip (LPC)
Account Manager
Resolute Management Services Ltd. London
Underwriting Centre
4th Floor, 8 Fenchurch Place
London EC3M 4AJ England
Tel: +44 (0) 207 342 2455

For Company Leader:

Mr. Steve Dodson Head of Claims
Catalina Worthing Insurance Ltd *f/k/a* HFPI (as Part VII transferee of Excess Insurance Company Ltd and/or London & Edinburgh Insurance Company Ltd (as successor to London & Edinburgh General Insurance Company Ltd))
1 Alie St. London E1 8DE England
Tel: +44 (0) 207 265 5031

With copies to:

Catalina J. Sugayan, Esq.
Clyde & Co US LLP 55 West Monroe Street Suite 3000
Chicago, IL 60603
Tel: 312.635.6917

And

Russell W. Roten, .
Jeff D. Kahane
Skarzynski Marick & Black LLP
633 West Fifth St, Fl. 26
Los Angeles, CA 90071
Tel: 213.721.0650

328

## ATTACHMENT G

### Cancellation Endorsement

Effective [_____], all Coverages provided for under this Policy are hereby cancelled and terminated.

This endorsement forms part of the following policies:

| L/C 73-05-17-01 | April 16, 1973 to April 16, 1976 |
|---|---|
| SL 3107/ SLC 5115 | April 16, 1976 to July 1, 1979 |
| SL 3551/SLC 5577 | July 1, 1979 to July 1, 1982 |
| SL 4008/SLC 5995 | July 1, 1982 to July 1, 1985 |
| ISL 3352/ICO 5202 | July 1, 1985 to July 1, 1986 |
| ISL 3564/ICO 5300 | July 1, 1986 to July 1, 1987 |
| ISL 3873/ICO 5538 | July 1, 1987 to July 1, 1988 |
| ISL 4091/ICO 6632 | July 1, 1988 to July 1, 1989 |
| SL 3578/SLC 5603 | July 1, 1979 to July 1, 1982 |
| SL 3579/SLC 5604 | July 1, 1979 to July 1, 1980 |
| SL 3710/SLC 5731 | July 1, 1980 to July 1, 1981 |
| SL 3844/SLC 5855 | July 1, 1981 to July 1, 1982 |
| SL 4010/SLC 5997 | July 1, 1982 to July 1, 1985 |
| SL 4011/SLC 5998 | July 1, 1982 to July 1, 1985 |
| L/C 73051701E (unconfirmed) | April 16, 1973 to April 16, 1975 |

The Debtor Parties shall not object if the Lead Underwriter wishes to have the London Broker place the above endorsement on the Subject Insurance Policies.

## ATTACHMENT H

## SEXUAL MISCONDUCT EXCLUSION

Effective [_____], the policies listed below are endorsed with the following Sexual Misconduct Exclusion, which will be deemed to have been part of each of the listed policies on their inception date.

## SEXUAL MISCONDUCT EXCLUSION

Sexual or physical abuse or molestation of any person by the Assured, any employee of the Assured or any volunteer worker does not constitute personal injury within the terms of this policy and as such any claim arising, directly or indirectly, from the aforementioned is excluded.

This endorsement forms part of the following policies:

| | |
|---|---|
| L/C 73-05-17-01 | April 16, 1973 to April 16, 1976 |
| SL 3107/ SLC 5115 | April 16, 1976 to July 1, 1979 |
| SL 3551/SLC 5577 | July 1, 1979 to July 1, 1982 |
| SL 4008/SLC 5995 | July 1, 1982 to July 1, 1985 |
| ISL 3352/ICO 5202 | July 1, 1985 to July 1, 1986 |
| ISL 3564/ICO 5300 | July 1, 1986 to July 1, 1987 |
| ISL 3873/ICO 5538 | July 1, 1987 to July 1, 1988 |
| ISL 4091/ICO 6632 | July 1, 1988 to July 1, 1989 |
| SL 3578/SLC 5603 | July 1, 1979 to July 1, 1982 |
| SL 3579/SLC 5604 | July 1, 1979 to July 1, 1980 |
| SL 3710/SLC 5731 | July 1, 1980 to July 1, 1981 |
| SL 3844/SLC 5855 | July 1, 1981 to July 1, 1982 |
| SL 4010/SLC 5997 | July 1, 1982 to July 1, 1985 |
| SL 4011/SLC 5998 | July 1, 1982 to July 1, 1985 |
| L/C 73051701E (unconfirmed) | April 16, 1973 to April 16, 1975 |

The Debtor Parties shall not object if the Lead Underwriter wishes to have the London Broker place the above endorsement on the Subject Insurance Policies.

21870816.v4

## ATTACHMENT I

## CHANNELING INJUNCTION

## CHANNELING INJUNCTION PREVENTING PROSECUTION OF CHANNELED CLAIMS AGAINST PROTECTED PARTIES.

IN CONSIDERATION OF THE UNDERTAKINGS OF THE PROTECTED PARTIES HEREIN, THEIR CONTRIBUTIONS TO THE TRUST, AND OTHER CONSIDERATION GIVEN, AND, WHERE APPLICABLE, PURSUANT TO THEIR RESPECTIVE SETTLEMENTS WITH THE DIOCESE AND TO FURTHER PRESERVE AND PROMOTE THE AGREEMENTS BETWEEN AND AMONG THE PROTECTED PARTIES, AND TO SUPPLEMENT WHERE NECESSARY THE INJUNCTIVE EFFECT OF THE DISCHARGE AS PROVIDED IN SECTIONS 524 AND 1141 OF THE BANKRUPTCY CODE, AND PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE:

A.    ANY AND ALL CHANNELED CLAIMS ARE CHANNELED INTO THE TRUST AND SHALL BE TREATED, ADMINISTERED, DETERMINED, AND RESOLVED UNDER THE PROCEDURES AND PROTOCOLS AND IN THE AMOUNTS ESTABLISHED UNDER THIS PLAN, THE ALLOCATION PROTOCOL, AND THE TRUST AGREEMENT AS THE SOLE AND EXCLUSIVE REMEDY FOR ALL HOLDERS OF CHANNELED CLAIMS.

B.    ALL PERSONS WHO HAVE HELD OR ASSERTED, HOLD OR ASSERT, OR MAY IN THE FUTURE HOLD OR ASSERT, ANY CHANNELED CLAIMS, ARE HEREBY PERMANENTLY STAYED, ENJOINED, BARRED, AND RESTRAINED FROM TAKING ANY ACTION, DIRECTLY OR INDIRECTLY, FOR THE PURPOSES OF ASSERTING, ENFORCING OR ATTEMPTING TO ASSERT OR ENFORCE ANY CHANNELED CLAIMS AGAINST THE PROTECTED PARTIES, INCLUDING:

(I)    COMMENCING OR CONTINUING IN ANY MANNER ANY ACTION OR OTHER PROCEEDING OF ANY KIND WITH RESPECT TO ANY CHANNELED CLAIM AGAINST ANY OF THE PROTECTED PARTIES OR AGAINST THE PROPERTY OF ANY OF THE PROTECTED PARTIES;

(II)    ENFORCING, ATTACHING, COLLECTING, OR RECOVERING, OR SEEKING TO ACCOMPLISH ANY OF THE PRECEDING, BY ANY MANNER OR MEANS, ANY JUDGMENT, AWARD, DECREE, OR ORDER WITH RESPECT TO ANY CHANNELED CLAIM AGAINST ANY OF THE PROTECTED PARTIES OR THE PROPERTY OF ANY OF THE PROTECTED PARTIES;

(III)    CREATING, PERFECTING, OR ENFORCING, OR SEEKING TO ACCOMPLISH ANY OF THE PRECEDING, ANY LIEN OF ANY KIND RELATING TO ANY CHANNELED CLAIM AGAINST ANY OF THE PROTECTED PARTIES, OR THE PROPERTY OF THE PROTECTED PARTIES;

(IV)    ASSERTING, IMPLEMENTING, OR EFFECTUATING ANY CHANNELED CLAIM OF ANY KIND AGAINST:

(A)    ANY OBLIGATION DUE ANY OF THE PROTECTED PARTIES;

    **(B)**  ANY OF THE PROTECTED PARTIES; OR

    **(C)**  THE PROPERTY OF ANY OF THE PROTECTED PARTIES.

    **(V)**  TAKING ANY ACT, IN ANY MANNER, IN ANY PLACE WHATSOEVER, THAT DOES NOT CONFORM TO, OR COMPLY WITH, THE PROVISIONS OF THIS PLAN; AND

    **(VI)**  ASSERTING OR ACCOMPLISHING ANY SETOFF, RIGHT OF INDEMNITY, SUBROGATION, CONTRIBUTION, OR RECOUPMENT OF ANY KIND AGAINST AN OBLIGATION DUE TO ANY OF THE PROTECTED PARTIES, OR THE PROPERTY OF ANY OF THE PROTECTED PARTIES.

THE CHANNELING INJUNCTION IS AN INTEGRAL PART OF THIS PLAN AND IS ESSENTIAL TO THE PLAN'S CONSUMMATION AND IMPLEMENTATION. IT IS INTENDED THAT THE CHANNELING OF THE CHANNELED CLAIMS AS PROVIDED IN THIS SECTION 12.3 OF THE PLAN SHALL INURE TO THE BENEFIT OF THE PROTECTED PARTIES. IN A SUCCESSFUL ACTION TO ENFORCE THE INJUNCTIVE PROVISIONS OF THIS SECTION IN RESPONSE TO A WILLFUL VIOLATION THEREOF, THE MOVING PARTY MAY SEEK AN AWARD OF COSTS (INCLUDING REASONABLE ATTORNEYS' FEES) AGAINST THE NON-MOVING PARTY, AND SUCH OTHER LEGAL OR EQUITABLE REMEDIES AS ARE JUST AND PROPER, AFTER NOTICE AND A HEARING.

**ATTACHMENT J**

**GATEKEEPER INJUNCTION**

To the extent permitted by law, and subject in all respects to Section 12 of the Plan, no Enjoined Party may commence or pursue against any Protected Party (a) an Abuse Claim or (b) any other Claim or cause of action that arose, arises from, or is related to an Abuse Claim, the Chapter 11 Case, the negotiation of the Plan, the administration of the Plan or property to be distributed under the Plan, the wind-down or reorganization of the business of the Diocese, the Reorganized Diocese, the administration of the Trust, or the transactions in furtherance of the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or cause of action represents a colorable Claim against a Protected Party and (ii) subject in all respects to the Channeling Injunction and Settling Insurer Injunction, specifically authorizing such Enjoined Party to bring such Claim or cause of action against any such Protected Party. The Bankruptcy Court will have jurisdiction to determine whether a Claim or cause of action is colorable and, to the extent legally permissible and as provided for in Section 14 of the Plan, have jurisdiction to adjudicate the underlying colorable Claim or cause of action.

For the avoidance of doubt, the Gatekeeper Injunction does not apply to Claims seeking recovery from Non-Settling Insurers.

21870816.v4

333

## ATTACHMENT K

### Participating Parties

# Parishes

| Parish Corporation Name: | City - Zip |
|---|---|
| St. Agnes Mission | Afton, NY 13730 |
| St. John the Evangelist | Bainbridge, NY 13733 |
| St. Augustine Roman Catholic Church, Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Elizabeth Ann Seton Church of the Town of Clay, NY | Baldwinsville, NY 13027 |
| St. Marys Church of Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St. Christopher and St. Rita | Binghamton, NY 13901 |
| *St. Christopher Roman Catholic Church [Town of Chenango, Broome County]* | *Binghamton, NY 13901* |
| *St. Catherine of Siena Roman Catholic Church* | *Binghamton,13901* |
| St. Mary of the Assumption (combined with St. Mary's Church) | Binghamton, NY 13901 |
| St. Paul's Church, Binghamton, NY | Binghamton, NY 13901 |
| *St. Andrew's Church of Binghamton* | *Binghamton, NY 13903* |
| The Church of Saints John & Andrew | Binghamton, NY 13903 |
| *St. John the Evangelist Church* | *Binghamton,13903* |
| Church of the Holy Trinity | Binghamton, NY 13905 |
| *Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St. Stanislaus Kostka Church* | *Binghamton, NY 13905* |
| *St. Joseph's Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann)* | *Binghamton, NY 13905* |
| *St. Ann Catholic Church (renamed church of the Holy Trinity)* | *Binghamton13905* |
| Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Patrick's Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Thomas Aquinas Church | Binghamton, NY 13905 |
| Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission a/k/a St. Mary of The Snows Oratory | Boonville, NY 13309 |
| St. Agnes Church | Brewerton, NY 13029 |
| Church of St. Francis of Assisi of Bridgeport, NY | Bridgeport, NY 13030 |
| St. John The Evangelist a/k/a St. Mary Devotional Chapel and St. Paul (Redfield) | Camden, NY 13316 |
| St. Joseph's Church of Camillus,NY | Camillus, NY 13031 |
| St. Agatha's Church | Canastota, NY 13032 |
| St. James | Cazenovia, NY 13035 |
| Divine Mercy Parish Roman Catholic Church | Central Square, NY 13036 |
| *Saint Michael's Roman Catholic Church* | *Central Square, NY 13036* |
| *St. Anthony of Padua's Church of Willowvale and Chadwicks* | *Chadwicks, NY 13319* |
| St. Patrick-St. Anthony Church of Chadwicks, New York | Chadwicks, NY 13319 |
| *St. Rita's Roman Catholic Church* | *Chenango Forks, NY 13746* |
| St. Patrick | Chittenango, NY 13037 |
| Our Lady of Perpetual Help Roman Catholic Church of Cincinnatus, NY | Cincinnatus, NY 13040 |
| The Church of the Sacred Heart | Cicero, NY 13039 |
| *St. Patrick's Church* | *Clayville, NY 13322* |
| *St. Mary of The Assumption a/k/a St. Mary's Oratory* | *Cleveland, NY 13042* |
| St. Mary's Roman Catholic Church, Clinton | Clinton, NY 13323 |
| The Church of Annunciation | Clinton, NY 13323 |

| | |
|---|---|
| Mission of St. Bernadette | Constantia, NY 13044 |
| St. Anthony of Padua | Cortland, NY 13045 |
| St. Mary's Church of Cortland | Cortland, NY 13045 |
| St. Joseph's Church, Deposit, NY | Deposit, NY 13754 |
| St. Lawrence Mission | *DeRuyter, NY* |
| Holy Cross Church, DeWitt, NY | DeWitt, NY 13214 |
| *St. Francis Church of Durhamville, NY* | *Durhamville, NY 13054* |
| St. Matthew's Church | E. Syracuse, NY 13057 |
| Our Lady of Good Counsel Church, Endicott, NY | Endicott, NY 13760 |
| St. Ambrose | Endicott, NY 13760 |
| St. Anthony of Padua Church | Endicott, NY 13760 |
| *St. Casimir Roman Catholic (Polish) Church of Endicott* | *Endicott, NY 13760* |
| *St. Joseph's Roman Catholic Church, Endicott, NY* | *Endicott, NY 13760* |
| *Church of Christ The King, Endwell , NY* | *Endwell, NY 13760* |
| *Our Lady of Angels Church of Endwell, NY* | *Endwell, NY 13760* |
| Church of the Holy Family | Endwell, NY 13760 |
| *St. Paul's Mission (mission of I.C. Pomep)Unincororated, closed* | Fabius |
| Immaculate Conception | Fayetteville, Ny 13066 |
| St. Mary's Church, Florence, Oneida Co. | Florence, NY |
| St. Patrick Mission | Forestport, NY |
| St.Patrick's Church of Forestport | Forestport, NY 13338 |
| *The Holy Family Church of Fulton* | *Fulton, NY 13069* |
| *St. Michael 's Roman Catholic Polish Church* | *Fulton, NY 13069* |
| *Church of the Immaculate Conception of Fulton,NY* | *Fulton, NY 13069* |
| Church of the Holy Trinity | Fulton, NY 13069 |
| Church of the Immaculate Conception | Greene, NY 13778 |
| St. Mary | Hamilton, NY 13346 |
| Our Lady of The Rosary  Church, Hannibal   NY | Oswego, NY 13126 |
| St. John Chrysostom Mission [served area near Forestport] | Hawkinsville, NY |
| *St. Ann Church of Hinckley, NY* | *Hinckley, NY 13352* |
| The Parish Community of St. Leo & St. Ann | Holland Patent, NY 13354 |
| St. Margaret's Catholic Church | Homer, NY 13077 |
| *St Mary's Devotional Chapel-[never inc]* | *Irish Ridge* |
| *St. Mary's Church, Jamesville, NY* | *Jamesville, NY 13078* |
| St. James Roman Catholic Church Lestershire, NY | Johnson City, NY 13790 |
| *The Church of the Blessed Sacrament* | *Johnson City, NY 13790* |
| St. Patrick | Jordan, NY 13080 |
| St. Mary's Church, Kirkwood | Kirkwood, NY 13795 |
| *Church of St. Frances Xavier Cabrini* | *Lacona [Pulaski, NY 13142]* |
| Church of the Nativity at St. Joseph's | LaFayette, NY 13084 |
| St. Joseph's Church | Lee Center, NY 13363 |
| *Our Lady of the Valley Mission* | *Leonardsville, NY,13364* |
| *St. Francis of Assisi Mission as The Trustees of St. Mary's Church of West Monroe* | *Little France, NY* |
| Epiphany | Liverpool, NY 13088 |
| Church of Immaculate Heart of Mary | Liverpool, NY 13088 |
| St. Joseph the Worker Liverpool, Onondaga Co. | Liverpool, NY 13088 |

| | |
|---|---|
| Christ the King Church, Liverpool, NY | Liverpool, NY 13090 |
| Pope John XXIII Roman Catholic Church | Liverpool, NY 13090 |
| *St. John Roman Catholic Church of Clay, NY* | *Liverpool, NY 13090* |
| Most Holy Rosary Roman Catholic Church of Maine, NY | Maine, NY 13802 |
| St. Ann's  Church | Manlius, NY 13104 |
| St. Stephen's Church | Marathon, NY 13803 |
| St. Francis Xavier's Church | Marcellus, NY 13108 |
| St. Margaret's Church | Mattydale, NY 13211 |
| St. Jospeh's Church of McGraw, NY- originally titled to St. Mary-Corland | McGraw, NY |
| *St.Mary, Star of the Sea* | *Mexico, NY 13114* |
| St. Anne, Mother of Mary | Mexico, NY 13114 |
| Our Lady of Perpetual Help | Miinetto |
| St. Mary of the Assumption | Minoa, NY 13116 |
| St. Joan of Arc Church of Morrisville, NY | Morrisville, NY 13408 |
| *St. Theresa of the Infant Jesus* | *Munnsville, NY 13409* |
| Church of St. Theresa of the Infant Jesus, New Berlin, NY | New Berlin, NY 13411 |
| Church of Our Lady of the Rosary, New Hartford, NY | New Hartford, NY 13413 |
| St. John the Evangelist Church | New Hartford, NY 13413 |
| St. Thomas | New Hartford, NY 13413 |
| *Holy Cross Church* | *New London* |
| Church of the Sacred Heart a/k/a St. Mary Our Lady | New York Mills, NY 13417 |
| *St. Mary's Church of Our Lady of Czestochowa* | *New York Mills, NY 13417* |
| *St. John Oratory and Cemetery* | *North Bay, NY* |
| *St. Mary' s Mission* | *North Brookfield,NY* |
| St. Rose of Lima Church | N. Syracuse, NY 13212 |
| St. Paul | Norwich, NY 13815 |
| St. Bartholomew | Norwich, NY 13815 |
| St. Joseph's German Catholic Church of Oneida | Oneida, NY 13421 |
| St. Patrick | Oneida, NY 13421 |
| St. Joseph | Oriskany Falls, NY 13425 |
| *Church of St. Stephen, Protomartyr* | *Oriskany, NY 13424* |
| *St. Louis* | *Oswego, NY 13126* |
| *St. Joseph Mission* | *Oswego, NY* |
| *St. Joseph's Church* | *Oswego, NY 13126* |
| *St. John The Evangelist* | *Oswego, NY 13126* |
| *St. Mary of the Assumption* | Oswego, NY 13126 |
| St. Paul | Oswego, NY 13126 |
| St. Peter's Church, Oswego | Oswego, NY 13126 |
| *St. Stephen Roman Catholic Church* | *Oswego, NY 13126* |
| St. Patrick's  Church of Otisco, NY | Otisco, NY 13159 |
| Church of St. Mary of the Snows | Otter Lake, NY 13338 |
| St. Joseph's Church | Oxford, NY 13830 |
| *St. Anne's Church of Parish, NY a/k/a St. Anne Mother of Mary (Mexico)* | *Parish, NY 13131* |
| St. Stephen | Phoenix, NY 13135 |
| Church of The Nativity at Immaculate Conception | Pompey, NY 13138 |
| Christ Our Light a/k/a St. John The Evangelist | Pulaski, NY 13142 |

| | |
|---|---|
| *St. John the Evangelist Church Pulaski* | *Pulaski, NY 13142* |
| *St. Paul's Mission (mission of I.C. Pomep)Unincororated, closed* | *Redfield* |
| St. John the Baptist | Rome, NY 13440 |
| *St. Mary's Church, Rome, NY* | *Rome, NY 13442* |
| St. Paul | Rome, NY 13440 |
| St.  Peter's Church, Rome | Rome, NY 13440 |
| Transfiguration | Rome, NY 13440 |
| St. Joseph | Sanitaria Springs, 13833 |
| Sacred Heart Church of Town of Scriba, Oswego | Scriba, NY 13126 |
| St. Malachy | Sherburne, NY 13460 |
| St. Helena | Sherrill, NY 13461 |
| St. Mary of the Lake Roman Catholic Church,Skaneateles,NY | Skaneateles, NY13152 |
| *St. Bridget Roman Catholic Church of Skaneateles Falls, NY* | *Skaneateles Falls, NY* |
| *St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton]* | *Solon, NY* |
| *St. Peter's Church of Split Rock* | *Syracuse, NY* |
| St. Cecilia's Church, Solvay, NY | Solvay, NY 13209 |
| *Corpus Christi Church of S. Onondaga County of Onondaga, State of NY* | *Syracuse, NY 13159* |
| St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception | Syracuse, NY 13202 |
| *St. John's Church, Syracuse, NY* | *Syracuse, NY 13202* |
| *Holy Trinity Church, Syracuse* | *Syracuse, NY 13203* |
| *St. Peter* | *Syracuse, NY 13203* |
| St. Vincent DePaul's Church | Syracuse, NY 13203 |
| Basilica of the Sacred Heart of Jesus, Syracuse, NY | Syracuse, NY 13204 |
| *St. Brigid & St. Joseph Church of Syracuse* | *Syracuse, NY 13204* |
| St. Lucy | Syracuse, NY 13204 |
| St. Patrick' s Church, Geddes | Syracuse, NY 13204 |
| *St. Stephen* | *Syracuse, NY 13204* |
| St. Anthony of Padua | Syracuse, NY 13205 |
| Our Lady of Hope f/k/a St. James | Syracuse, NY 13205 |
| Blessed Sacrament Church, Eastwood, NY | Syracuse, NY 13206 |
| Transfiguration Roman Catholic Church | Syracuse, NY 13206 |
| Most Holy Rosary | Syracuse, NY 13207 |
| *Our Lady of Lourdes Church Syracuse, NY* | *Syracuse, NY 13207* |
| Franciscan Church of the Assumption | Syracuse, NY 13208 |
| Church of Our Lady of Pompei - St. Peter | Syracuse, NY 13208 |
| St. Daniel | Syracuse, NY 13208 |
| St. John the Baptist | Syracuse, NY 13208 |
| St. Joseph (German) Church [FAD 1882] | Syracuse, NY |
| Church of Our Lady of Peace [ merged into St. Cecilia's Solvay as St. Marianne Cope] | Syracuse, NY 13209 |
| *Church of St. Andrew the Apostle of Syracuse, NY* | *Syracuse, NY 13210* |
| All Saints Church, Syracuse, NY [new name for St. Therese @ merger with OL Solace] | Syracuse, NY 13210 |
| Church of St. Therese The Little Flower of Jesus, Syracuse | Syracuse, NY 13210 |
| St. Michael's & St. Peter Church, Onondaga Hill | Syracuse, NY 13215 |
| Holy Family | Syracuse, NY 13219 |
| St. Ann's Church Syracuse, NY [name changed to St. Charles-St. Ann] | Syracuse, NY 13219 |
| St. Charles Borromeo Church | Syracuse, NY 13219 |

| | |
|---|---|
| *The Church of Our Lady of Solace [merged into St. Therese to become All Saints]* | *Syracuse, NY 13224* |
| *St. Anne -Glenmore [never inc]* | *Taberg, NY 13471* |
| St. Patrick's Church Taberg, NY | Taberg, NY 13471 |
| St. Patrick | Truxton,13158 |
| Church of the Nativity at St. Leo's | Tully, NY 13159 |
| *St. Agnes Church* | *Utica, NY 13501* |
| Historic Old St. John | Utica, NY 13501 |
| St. Francis de Sales | Utica, NY 13501 |
| St.Mary's Church  Utica    (South St.) | Utica, NY 13501 |
| Church of the Blessed Sacrament | Utica, NY 13501 |
| St. Maria di Monte Carmelo | Utica, NY 13501 |
| St. Stanislaus Roman Catholic Church | Utica, NY 13501 |
| Holy Trinity Church of Utica, NY | Utica, NY 13502 |
| Church of Our Lady of Lourdes | Utica, NY 13502 |
| Church of The Sacred Heart | Utica, NY 13502 |
| St. Joseph | Utica, NY 13502 |
| St. Patrick Church | Utica, NY 13502 |
| St. George Roman Catholic Church | Utica, NY 13502 |
| St. Mark | Utica, NY 13502 |
| St. Peter | Utica, NY 13502 |
| St. Anthony & St. Agnes Church, Utica, NY | Utica, NY 13504 |
| St. Mary of the Lake Mission | Verona Beach, NY 13162 |
| Holy Family | Vernon, NY 13476 |
| Our Lady of Good Counsel | Verona, NY 13478 |
| Our Lady of Sorrows | Vestal, NY 13851 |
| St. Vincent DePaul-Blessed Sacrament Church | Vestal, NY 13850 |
| Our Lady of Good Counsel | Warners, NY 13164 |
| St. Bernard's Catholic Church of Waterville, Oneida Co. | Waterville, NY 13480 |
| St. Anne's Roman Catholic Church, Whitesboro, NY | Whitesboro, NY 13492 |
| St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro | Whitesboro, NY 13492 |
| The Catholic Community of St. Stephen-St. Patrick [merged into St. Patraick-Whitney Pt. | Whitney Point,  13862 |
| St. Patrick 's Church Williamstown [originally a mission of Parish, later Camden] | Williamstown,NY  13493 |
| Church of Our Lady of Lourdes of Windsor,NY | Windsor,NY 13865 |
| Our Lady of Hope | Syracuse, NY |
| Christ the Good Shepard | Oswego, NY |
| | |
| St. Marianne Cope Church | Solvay, NY 13209 |
| St. Michaels Church | Syracuse NY 13215 |
| St. Anthony of Padua Church | Utica NY 13501 |
| St. John's Church and Roman Catholic Society in the City of Utica a/k/a Historic Old St. John | Utica, NY 13501 |
| St. Mary Mt. Carmel- Blessed Sacrament Church | Utica, NY 13501 |
| Mary, Mother of Our Savior Church - new name for OLL | Utica, NY 13502 |
| St. Vincent de Paul Church | Vestal, NY 13850 |

# Schools

| | |
|---|---|
| All Saints Catholic School | Endicott |
| Bishop Cunningham High School | Oswego |
| Bishop Grimes Jr./Sr. High School | East Syracuse |
| Bishop Ludden Jr./Sr. High School | Syracuse |
| Cathedral Academy at Pompei | Syracuse |
| Catholic Schools of Broome County | Binghamton |
| Holy Family | Norwich |
| Notre Dame Elementary School | Utica |
| Notre Dame Jr. / Sr. High | Utica |
| Oswego Catholic High School | Oswego |
| Rome Catholic School | Rome |
| Seton Catholic Central | Binghamton |
| Seton Catholic High School | Endicott |
| Trinity Catholic School | Oswego |
| Utica Catholic Academy | |

# Other Catholic Entities

Associated Catholic Charities for Community Development at Broome Co., Inc.

Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc.

Catholic Charities of the Roman Catholic Diocese of Syracuse

Christopher Community, Inc.

Encompass Health Home, LLC

Heritage Campaign, Inc.

Jail Ministry of Onondaga County, Inc.

Joseph and Elaine Scuderi Foundation, Inc.

The Clerical Fund of the Roman Catholic Diocese of Syracuse

The Diocese of Syracuse Lay Pension Plan

The Foundation of the Roman Catholic Diocese of Syracuse, Inc.

The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H. McDevitt, L.C.H.S. Foundation Inc.

The Syracuse Catholic Press Association, Inc.

The Syracuse Diocesan Investment Fund

The Syracuse House of Retreats

The St. Thomas Aquinas Fund, Inc.

Camp Nazareth

Lourdes Camp

Brady Faith Center

Brady Farm

Brady Market

Joseph and Elaine Scuderi Foundation, Inc.

Joseph T. O'Keefe Corporation

Newman Foundation of Binghamton

Newman Foundation of Cortland

Project Joseph

Propagation of Faith

Spirtual Renewal Center

St. Thomas More Catholic Campus Ministry

The Guardian Angel Society

The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of
St. James Church of Lestershire, NY

The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of
St. Patrick's Church of Binghamton, NY

The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of
St. Thomas Aquinas Church

Holy Name Society, St. Margaret's Church. Mattydale, NY

St. Vincent DePaul Church Daycare

Windsor Human Development

# Parishes

| Parish Corporation Name: | City - Zip |
| --- | --- |
| St. Agnes Mission | Afton, NY 13730 |
| St. John the Evangelist | Bainbridge, NY 13733 |
| St. Augustine Roman Catholic Church, Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Elizabeth Ann Seton Church of the Town of Clay, NY | Baldwinsville, NY 13027 |
| St. Marys Church  of  Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St. Christopher and St. Rita | Binghamton, NY 13901 |
| *St. Christopher Roman Catholic Church [Town of Chenango, Broome County]* | *Binghamton, NY 13901* |
| *St. Catherine of Siena Roman Catholic Church* | *Binghamton,13901* |
| St. Mary of the Assumption (combined with St. Mary's Church) | Binghamton, NY 13901 |
| St. Paul's Church, Binghamton, NY | Binghamton, NY 13901 |
| *St. Andrew's Church of Binghamton* | *Binghamton, NY 13903* |
| The Church of Saints John & Andrew | Binghamton, NY 13903 |
| *St. John the Evangelist Church* | *Binghamton,13903* |
| Church of the Holy Trinity | Binghamton, NY 13905 |
| *Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St. Stanislaus Kostka Church* | *Binghamton, NY 13905* |
| *St. Joseph's  Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann)* | *Binghamton, NY 13905* |
| *St. Ann Catholic Church (renamed church of the Holy Trinity)* | *Binghamton13905* |
| Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Patrick's Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Thomas Aquinas Church | Binghamton, NY 13905 |
| Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission a/k/a St. Mary of The Snows Oratory | Boonville, NY 13309 |
| St. Agnes Church | Brewerton, NY 13029 |
| Church of St. Francis of Assisi of Bridgeport, NY | Bridgeport, NY 13030 |
| St. John The Evangelist a/k/a St. Mary Devotional Chapel and St. Paul (Redfield) | Camden, NY 13316 |
| St. Joseph's Church of Camillus,NY | Camillus, NY 13031 |
| St. Agatha's Church | Canastota, NY 13032 |
| St. James | Cazenovia, NY 13035 |
| Divine Mercy Parish Roman Catholic Church | Central Square, NY 13036 |

| | |
|---|---|
| *Saint Michael's Roman Catholic Church* | *Central Square, NY 13036* |
| *St. Anthony of Padua's Church of Willowvale and Chadwicks* | *Chadwicks, NY 13319* |
| St. Patrick-St. Anthony Church of Chadwicks, New York | Chadwicks, NY 13319 |
| *St. Rita's Roman Catholic Church* | *Chenango Forks, NY 13746* |
| St. Patrick | Chittenango, NY 13037 |
| Our Lady of Perpetual Help Roman Catholic Church of Cincinnatus, NY | Cincinnatus, NY 13040 |
| The Church of the Sacred Heart | Cicero, NY 13039 |
| *St. Patrick's Church* | *Clayville, NY 13322* |
| *St. Mary of The Assumption a/k/a St. Mary's Oratory* | *Cleveland, NY 13042* |
| St. Mary's Roman Catholic Church, Clinton | Clinton, NY 13323 |
| The Church of Annunciation | Clinton, NY 13323 |
| Mission of St. Bernadette | Constantia, NY 13044 |
| St. Anthony of Padua | Cortland, NY 13045 |
| St. Mary's Church of Cortland | Cortland, NY 13045 |
| St. Joseph's Church, Deposit, NY | Deposit, NY 13754 |
| St. Lawrence Mission | *DeRuyter, NY* |
| Holy Cross Church, DeWitt, NY | DeWitt, NY 13214 |
| *St. Francis Church of Durhamville, NY* | *Durhamville, NY 13054* |
| St. Matthew's Church | E. Syracuse, NY 13057 |
| Our Lady of Good Counsel Church, Endicott, NY | Endicott, NY 13760 |
| St. Ambrose | Endicott, NY 13760 |
| St. Anthony of Padua Church | Endicott, NY 13760 |
| *St. Casimir Roman Catholic (Polish) Church of Endicott* | *Endicott, NY 13760* |
| *St. Joseph's Roman Catholic Church, Endicott, NY* | *Endicott, NY 13760* |
| *Church of Christ The King, Endwell , NY* | *Endwell, NY 13760* |
| *Our Lady of Angels Church of Endwell, NY* | *Endwell, NY 13760* |
| Church of the Holy Family | Endwell, NY 13760 |
| *St. Paul's Mission (mission of I.C. Pomep)Unincororated, closed* | Fabius |
| Immaculate Conception | Fayetteville, Ny 13066 |
| St. Mary's Church, Florence, Oneida Co. | Florence, NY |
| St. Patrick Mission | Forestport, NY |
| St.Patrick's Church of Forestport | Forestport, NY 13338 |
| *The Holy Family Church of Fulton* | *Fulton, NY 13069* |
| *St. Michael 's Roman Catholic Polish Church* | *Fulton, NY 13069* |
| *Church of the Immaculate Conception of Fulton,NY* | *Fulton, NY 13069* |
| Church of the Holy Trinity | Fulton, NY 13069 |
| Church of the Immaculate Conception | Greene, NY 13778 |
| St. Mary | Hamilton, NY 13346 |
| Our Lady of The Rosary  Church, Hannibal   NY | Oswego, NY 13126 |
| St. John Chrysostom Mission [served area near Forestport] | Hawkinsville, NY |
| *St. Ann Church of Hinckley, NY* | *Hinckley, NY 13352* |
| The Parish Community of St. Leo & St. Ann | Holland Patent, NY 13354 |
| St. Margaret's Catholic Church | Homer, NY 13077 |
| *St Mary's Devotional Chapel-[never inc]* | *Irish Ridge* |
| *St. Mary's Church, Jamesville, NY* | *Jamesville, NY 13078* |
| St. James Roman Catholic Church Lestershire, NY | Johnson City, NY 13790 |

| | |
|---|---|
| *The Church of the Blessed Sacrament* | *Johnson City, NY 13790* |
| St. Patrick | Jordan, NY 13080 |
| St. Mary's Church, Kirkwood | Kirkwood, NY 13795 |
| *Church of St. Frances Xavier Cabrini* | *Lacona [Pulaski, NY 13142]* |
| Church of the Nativity at St. Joseph's | LaFayette, NY 13084 |
| St. Joseph's Church | Lee Center, NY 13363 |
| *Our Lady of the Valley Mission* | *Leonardsville, NY,13364* |
| *St. Francis of Assisi Mission as The Trustees of St. Mary's Church of West Monroe* | *Little France, NY* |
| Epiphany | Liverpool, NY 13088 |
| Church of Immaculate Heart of Mary | Liverpool, NY 13088 |
| St. Joseph the Worker Liverpool, Onondaga Co. | Liverpool, NY 13088 |
| Christ the King Church, Liverpool, NY | Liverpool, NY 13090 |
| Pope John XXIII Roman Catholic Church | Liverpool, NY 13090 |
| *St. John Roman Catholic Church of Clay, NY* | *Liverpool, NY 13090* |
| Most Holy Rosary Roman Catholic Church of Maine, NY | Maine, NY 13802 |
| St. Ann's  Church | Manlius, NY 13104 |
| St. Stephen's Church | Marathon, NY 13803 |
| St. Francis Xavier's Church | Marcellus, NY 13108 |
| St. Margaret's Church | Mattydale, NY 13211 |
| St. Jospeh's Church of McGraw, NY- originally titled to St. Mary-Corland | McGraw, NY |
| *St.Mary, Star of the Sea* | *Mexico, NY 13114* |
| St. Anne, Mother of Mary | Mexico, NY 13114 |
| Our Lady of Perpetual Help | Miinetto |
| St. Mary of the Assumption | Minoa, NY 13116 |
| St. Joan of Arc Church of Morrisville, NY | Morrisville, NY 13408 |
| *St. Theresa of the Infant Jesus* | *Munnsville, NY 13409* |
| Church of St. Theresa of the Infant Jesus, New Berlin, NY | New Berlin, NY 13411 |
| Church of Our Lady of the Rosary, New Hartford, NY | New Hartford, NY 13413 |
| St. John the Evangelist Church | New Hartford, NY 13413 |
| St. Thomas | New Hartford, NY 13413 |
| *Holy Cross Church* | *New London* |
| Church of the Sacred Heart a/k/a St. Mary Our Lady | New York Mills, NY 13417 |
| *St. Mary's Church of Our Lady of Czestochowa* | *New York Mills, NY 13417* |
| *St. John Oratory and Cemetery* | *North Bay, NY* |
| *St. Mary' s Mission* | *North Brookfield,NY* |
| St. Rose of Lima Church | N. Syracuse, NY 13212 |
| St. Paul | Norwich, NY 13815 |
| St. Bartholomew | Norwich, NY 13815 |
| St. Joseph's German Catholic Church of Oneida | Oneida, NY 13421 |
| St. Patrick | Oneida, NY 13421 |
|  St. Joseph | Oriskany Falls, NY 13425 |
| *Church of St. Stephen, Protomartyr* | *Oriskany, NY 13424* |
| *St. Louis* | *Oswego, NY 13126* |
| *St. Joseph Mission* | *Oswego, NY* |
| *St. Joseph's Church* | *Oswego, NY 13126* |
| *St. John The Evangelist* | *Oswego, NY 13126* |

| | |
|---|---|
| *St. Mary of the Assumption* | Oswego, NY 13126 |
| St. Paul | Oswego, NY 13126 |
| St. Peter's Church, Oswego | Oswego, NY 13126 |
| *St. Stephen Roman Catholic Church* | *Oswego, NY 13126* |
| St. Patrick's  Church of Otisco, NY | Otisco, NY 13159 |
| Church of St. Mary of the Snows | Otter Lake, NY 13338 |
| St. Joseph's Church | Oxford, NY 13830 |
| *St. Anne's Church of Parish, NY a/k/a St. Anne Mother of Mary (Mexico)* | *Parish, NY 13131* |
| St. Stephen | Phoenix, NY 13135 |
| Church of The Nativity at Immaculate Conception | Pompey, NY 13138 |
| Christ Our Light a/k/a St. John The Evangelist | Pulaski, NY 13142 |
| *St. John the Evangelist Church Pulaski* | *Pulaski, NY 13142* |
| *St. Paul's Mission (mission of I.C. Pomep)Unincororated, closed* | *Redfield* |
| St. John the Baptist | Rome, NY 13440 |
| *St. Mary's Church, Rome, NY* | *Rome, NY 13442* |
| St. Paul | Rome, NY 13440 |
| St.  Peter's Church, Rome | Rome, NY 13440 |
| Transfiguration | Rome, NY 13440 |
| St. Joseph | Sanitaria Springs, 13833 |
| Sacred Heart Church of Town of Scriba, Oswego | Scriba, NY 13126 |
| St. Malachy | Sherburne, NY 13460 |
| St. Helena | Sherrill, NY 13461 |
| St. Mary of the Lake Roman Catholic Church,Skaneateles,NY | Skaneateles, NY13152 |
| *St. Bridget Roman Catholic Church of Skaneateles Falls, NY* | *Skaneateles Falls, NY* |
| *St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton]* | *Solon, NY* |
| *St. Peter's Church of Split Rock* | *Syracuse, NY* |
| St. Cecilia's Church, Solvay, NY | Solvay, NY 13209 |
| *Corpus Christi Church of S. Onondaga County of Onondaga, State of  NY* | Syracuse, NY 13159 |
| St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception | Syracuse, NY 13202 |
| *St. John's Church, Syracuse, NY* | *Syracuse, NY 13202* |
| *Holy Trinity Church, Syracuse* | *Syracuse, NY 13203* |
| *St. Peter* | *Syracuse, NY 13203* |
| St. Vincent DePaul's Church | Syracuse, NY 13203 |
| Basilica of the Sacred Heart of Jesus, Syracuse, NY | Syracuse, NY 13204 |
| *St. Brigid & St. Joseph Church of Syracuse* | *Syracuse, NY 13204* |
| St. Lucy | Syracuse, NY 13204 |
| St. Patrick' s Church, Geddes | Syracuse, NY 13204 |
| *St. Stephen* | *Syracuse, NY 13204* |
| St. Anthony of Padua | Syracuse, NY 13205 |
| Our Lady of Hope f/k/a St. James | Syracuse, NY 13205 |
| Blessed Sacrament Church, Eastwood, NY | Syracuse, NY 13206 |
| Transfiguration Roman Catholic Church | Syracuse, NY 13206 |
| Most Holy Rosary | Syracuse, NY 13207 |
| *Our Lady of Lourdes Church Syracuse, NY* | *Syracuse, NY 13207* |
| Franciscan Church of the Assumption | Syracuse, NY 13208 |
| Church of Our Lady of Pompei - St. Peter | Syracuse, NY 13208 |

| | |
|---|---|
| St. Daniel | Syracuse, NY 13208 |
| St. John the Baptist | Syracuse, NY 13208 |
| St. Joseph (German) Church [FAD 1882] | Syracuse, NY |
| Church of Our Lady of Peace [ merged into St. Cecilia's Solvay as St. Marianne Cope] | Syracuse, NY 13209 |
| *Church of St. Andrew the Apostle of Syracuse, NY* | *Syracuse, NY 13210* |
| All Saints Church, Syracuse, NY [new name for St. Therese @ merger with OL Solace] | Syracuse, NY 13210 |
| Church of St. Therese The Little Flower of Jesus, Syracuse | Syracuse, NY 13210 |
| St. Michael's & St. Peter Church, Onondaga Hill | Syracuse, NY 13215 |
| Holy Family | Syracuse, NY 13219 |
| St. Ann's Church Syracuse, NY [name changed to St. Charles-St. Ann] | Syracuse, NY 13219 |
| St. Charles Borromeo Church | Syracuse, NY 13219 |
| *The Church of Our Lady of Solace [merged into St. Therese to become All Saints]* | *Syracuse, NY 13224* |
| *St. Anne -Glenmore [never inc]* | *Taberg, NY 13471* |
| St. Patrick's Church Taberg, NY | Taberg, NY 13471 |
| St. Patrick | Truxton,13158 |
| Church of the Nativity at St. Leo's | Tully, NY 13159 |
| *St. Agnes Church* | *Utica, NY 13501* |
| Historic Old St. John | Utica, NY 13501 |
| St. Francis de Sales | Utica, NY 13501 |
| St.Mary's Church  Utica    (South St.) | Utica, NY 13501 |
| Church of the Blessed Sacrament | Utica, NY 13501 |
| St. Maria di Monte Carmelo | Utica, NY 13501 |
| St. Stanislaus Roman Catholic Church | Utica, NY 13501 |
| Holy Trinity Church of Utica, NY | Utica, NY 13502 |
| Church of Our Lady of Lourdes | Utica, NY 13502 |
| Church of The Sacred Heart | Utica, NY 13502 |
| St. Joseph | Utica, NY 13502 |
| St. Patrick Church | Utica, NY 13502 |
| St. George Roman Catholic Church | Utica, NY 13502 |
| St. Mark | Utica, NY 13502 |
| St. Peter | Utica, NY 13502 |
| St. Anthony & St. Agnes Church, Utica, NY | Utica, NY 13504 |
| St. Mary of the Lake Mission | Verona Beach, NY 13162 |
| Holy Family | Vernon, NY 13476 |
| Our Lady of Good Counsel | Verona, NY 13478 |
| Our Lady of Sorrows | Vestal, NY 13851 |
| St. Vincent DePaul-Blessed Sacrament Church | Vestal, NY 13850 |
| Our Lady of Good Counsel | Warners, NY 13164 |
| St. Bernard's Catholic Church of Waterville, Oneida Co. | Waterville, NY 13480 |
| St. Anne's Roman Catholic Church, Whitesboro, NY | Whitesboro, NY 13492 |
| St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro | Whitesboro, NY 13492 |
| The Catholic Community of St. Stephen-St. Patrick [merged into St. Patraick-Whitney Pt. | Whitney Point,  13862 |
| St. Patrick 's Church Williamstown [originally a mission of Parish, later Camden] | Williamstown,NY  13493 |
| Church of Our Lady of Lourdes of Windsor,NY | Windsor,NY 13865 |
| Our Lady of Hope | Syracuse, NY |
| Christ the Good Shepard | Oswego, NY |

| | |
|---|---|
| St. Marianne Cope Church | Solvay, NY 13209 |
| St. Michaels Church | Syracuse NY 13215 |
| St. Anthony of Padua Church | Utica NY 13501 |
| St. John's Church and Roman Catholic Society in the City of Utica a/k/a Historic Old St. John | Utica, NY 13501 |
| St. Mary Mt. Carmel- Blessed Sacrament Church | Utica, NY 13501 |
| Mary, Mother of Our Savior Church - new name for OLL | Utica, NY 13502 |
| St. Vincent de Paul Church | Vestal, NY 13850 |

# Schools

| | |
|---|---|
| All Saints Catholic School | Endicott |
| Bishop Cunningham High School | Oswego |
| Bishop Grimes Jr./Sr. High School | East Syracuse |
| Bishop Ludden Jr./Sr. High School | Syracuse |
| Cathedral Academy at Pompei | Syracuse |
| Catholic Schools of Broome County | Binghamton |
| Holy Family | Norwich |
| Notre Dame Elementary School | Utica |
| Notre Dame Jr. / Sr. High | Utica |
| Oswego Catholic High School | Oswego |
| Rome Catholic School | Rome |
| Seton Catholic Central | Binghamton |
| Seton Catholic High School | Endicott |
| Trinity Catholic School | Oswego |
| Utica Catholic Academy | |

# Other Catholic Entities

Associated Catholic Charities for Community Development at Broome Co., Inc.

Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc.

Catholic Charities of the Roman Catholic Diocese of Syracuse

Christopher Community, Inc.

Encompass Health Home, LLC

Heritage Campaign, Inc.

Jail Ministry of Onondaga County, Inc.

Joseph and Elaine Scuderi Foundation, Inc.

The Clerical Fund of the Roman Catholic Diocese of Syracuse

The Diocese of Syracuse Lay Pension Plan

The Foundation of the Roman Catholic Diocese of Syracuse, Inc.

The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H. McDevitt, L.C.H.S. Foundation Inc.

The Syracuse Catholic Press Association, Inc.

The Syracuse Diocesan Investment Fund

The Syracuse House of Retreats

The St. Thomas Aquinas Fund, Inc.

Camp Nazareth

Lourdes Camp

Brady Faith Center

Brady Farm

Brady Market

Joseph and Elaine Scuderi Foundation, Inc.

Joseph T. O'Keefe Corporation

Newman Foundation of Binghamton

Newman Foundation of Cortland

Project Joseph

Propagation of Faith

Spirtual Renewal Center

St. Thomas More Catholic Campus Ministry

The Guardian Angel Society

The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of
St. James Church of Lestershire, NY

The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of
St. Patrick's Church of Binghamton, NY

The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of
St. Thomas Aquinas Church

Holy Name Society, St. Margaret's Church. Mattydale, NY

St. Vincent DePaul Church Daycare

Windsor Human Development

## ATTACHMENT L

## TIME-BAR EXCLUSION

Effective [_____], no suit to recover on account of loss under this insurance shall be brought unless commenced within two years from the date when the occurrence giving rise to the loss began; regardless of the insured's knowledge of such occurrence.

| L/C 73-05-17-01 | April 16, 1973 to April 16, 1976 |
| SL 3107/ SLC 5115 | April 16, 1976 to July 1, 1979 |
| SL 3551/SLC 5577 | July 1, 1979 to July 1, 1982 |
| SL 4008/SLC 5995 | July 1, 1982 to July 1, 1985 |
| ISL 3352/ICO 5202 | July 1, 1985 to July 1, 1986 |
| ISL 3564/ICO 5300 | July 1, 1986 to July 1, 1987 |
| ISL 3873/ICO 5538 | July 1, 1987 to July 1, 1988 |
| ISL 4091/ICO 6632 | July 1, 1988 to July 1, 1989 |
| SL 3578/SLC 5603 | July 1, 1979 to July 1, 1982 |
| SL 3579/SLC 5604 | July 1, 1979 to July 1, 1980 |
| SL 3710/SLC 5731 | July 1, 1980 to July 1, 1981 |
| SL 3844/SLC 5855 | July 1, 1981 to July 1, 1982 |
| SL 4010/SLC 5997 | July 1, 1982 to July 1, 1985 |
| SL 4011/SLC 5998 | July 1, 1982 to July 1, 1985 |
| L/C 73051701E (unconfirmed) | April 16, 1973 to April 16, 1975 |

The Debtor Parties shall not object if the Lead Underwriter wishes to have the London Broker place the above endorsement on the Subject Insurance Policies.

## ATTACHMENT M

### Catholic Directory

**Catholic Directory Notice Parties**

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **City of Syracuse – Oneida County** | | |
| Cathedral of the Immaculate Conception | 259 E. Onondaga St., Syracuse, NY 13202 | |
| Cathedral of the Immaculate Conception – School | 420 Montgomery St., Syracuse, NY 13202 | Closed |
| Assumption B.V.M. (German) | 812 North Salina St., Syracuse, NY 13208 | |
| Assumption Cemetery Corporation | 2401 Court St., Syracuse, NY 13208 | |
| Blessed Sacrament | 3127 James St., Syracuse, NY 13206 | |
| Blessed Sacrament – School | 3131 James St., Syracuse, NY 13206 | 3129 James St., Syracuse, NY 13206 |
| Holy Trinity (German) | 501 Park St., Syracuse, NY 13203 | Closed |
| Holy Trinity – School | 125 Jasper St., Syracuse, NY 13203 | Closed |
| Most Holy Rosary | 111 Roberts Ave., Syracuse, NY 13207 | |
| Most Holy Rosary – School | 1031 Bellevue Ave., Syracuse, NY 13207 | |
| Our Lady of Lourdes | 300 Valley Dr., Syracuse, NY 13207 | |
| Our Lady of Lourdes – School | 301 Valley Dr., Syracuse, NY 13207 | Closed |
| Our Lady of Pompei (Italian) | 301 Ash. St., Syracuse, NY 13208 | |
| Our Lady of Pompei – Convent | 920  North McBride St., Syracuse, NY 13208 | |
| Our Lady of Pompei – School | 915-197 N. McBride St., Syracuse, NY 13208 | 923 N. Mcbride St., Syracuse, NY 13208 |
| Our Lady of Solace | 516 Salt Springs Rd., Syracuse, NY 13225 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Our Lady of Solace – School | 704 Salt Springs Rd., Syracuse, NY 13224 | Closed |
| Sacred Heart (Polish) | 927 Park Ave., Syracuse, NY 13204 | |
| Sacred Heart – School | 1001 Park Ave., Syracuse, NY 13204 | Closed |
| St. Andrew the Apostle | 124 Alden St., Syracuse, NY 13210 | Closed |
| St. Ann | 4461 Onondaga Blvd., Syracuse, NY 13219 | St. Charles – St. Ann Parish Office 501 S. Orchard Rd., Syracuse, NY 13219 |
| St. Ann – School | 4461 Onondaga Blvd., Syracuse, NY 13219 | Closed |
| St. Anthony of Padua | 1515 Midland Ave., Syracuse, NY 13205 | |
| St. Anthony of Padua – School | 417 W. Colvin St., Syracuse, NY 13205 | Anthony's Pre-K 417 W. Colvin St., Syracuse, NY 13205 |
| St. Brigid and St. Joseph | 318 Herkimer St., Syracuse, NY 13204 | Closed |
| St. Brigid and St. Joseph – School | 318 Herkimer St., Syracuse, NY 13204 | Closed |
| St. Charles | 417 S. Orchard Rd., Syracuse, NY 13219 | St. Charles – St. Ann Parish Office 501 S. Orchard Rd., Syracuse, NY 13219 |
| St. Charles – School | 200 W. High Terrace, Syracuse, NY 13219 | |
| St. Charles – Convent | 401 E. Corey Rd., Syracuse, NY 13219 | |
| St. Daniel | 3004 Court St., Syracuse, NY 13208 | |
| St. Daniel – School | 3004 Court St., Syracuse, NY 13208 | St Daniels Chapel and Religious Ed. School 611 Roxford Rd S., Syracuse, NY 13208 |
| St. James | 4845 S. Salina St., Syracuse, NY 13205 | |

| **Entity / Office Name** | **Address From Catholic Directory** | **Address as Currently Publicly Available (if different)** |
|---|---|---|
| St. James – School | 111 Munson Dr., Syracuse, NY 13205 | Closed |
| St. James – Convent | 111 Munson Dr., Syracuse, NY 13205 | |
| St. John the Baptist | 406 Court St., Syracuse, NY 13208 | |
| St. John the Baptist – School | 1406 Park St., Syracuse, NY 13208 | |
| St. John the Evangelist | 214 N. State St., Syracuse, NY 13203 | Closed |
| St. Lucy | 432 Gifford St., Syracuse, NY 13204 | |
| West Side Catholic at St. Lucy's – School | 422 Gifford St., Syracuse, NY 13204 | West side Learning Center, 422 Gifford St., Syracuse, NY 13204 |
| St. Patrick | 216 N. Lowell Ave., Syracuse, NY 13204 | |
| St. Patrick – School | 2066 Schuyler St., Syracuse, NY 13204 | Closed |
| St. Peter (Italian) | 709 James St., Syracuse, NY 13203 | Our Lady of Pompei/St. Peter 301 Ash St., Syracuse, NY 13208 |
| St. Stephen (Slovak) | 305 N. Geddes St., Syracuse, NY 13204 | Closed |
| St. Therese the Little Flower of Jesus | 112 Lancaster Pl., Syracuse, NY 13210 | All Saints Church 1340 Lancaster Ave., Syracuse, NY 13210 |
| St. Therese the Little Flower of Jesus – Parish Helpers | 1226 Lancaster Ave., Syracuse, NY 13210 | |
| St. Vincent de Paul | 342 Vine St., Syracuse, NY 13203 | |
| St. Vincent de Paul – School | 1101 Burnet St., Syracuse, NY 13203 | Closed |
| St. Vincent de Paul – Convent | 1101 Burnet St., Syracuse, NY 13203 | |
| Transfiguration (Polish) | 740 Teall Ave., Syracuse, NY 13206 | |
| **OUTSIDE THE CITY OF SYRACUSE** | | |
| **Bainbridge – Chenango County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. John the Evangelist | 34 S. Main St., Bainbridge, NY 13733 | |
| St. John the Evangelist – Mission – St. Agnes | St. Agnes Afton, NY 13730 | St. Agnes Spring St., Afton, NY 13730 |
| **Baldwinsville – Onondaga County** | | |
| St. Augustine | 7333 O'Brien Rd., Baldwinsville, NY 13027 | 7499-7301 Obrien Rd., Baldwinsville, NY 13027 |
| St. Elizabeth Ann Seton | 3494 NYS Rte. 31, Baldwinsville, NY 13027 | 3494 NY-31, Baldwinsville, NY 13027 |
| St. Mary | 47 Syracuse St., Baldwinsville, NY 13027 | St. Mary of the Assumption 47 Syracuse St., Baldwinsville, NY 13027 |
| St. Mary – School | 50 Syracuse St., Baldwinsville, NY 13027 | St. Mary's Academy 49 Syracuse St., Baldwinsville, NY 13027 |
| **Binghamton – Broome County** | | |
| St. Andrew | 354 Conklin Ave., Binghamton, NY 13903 | Closed |
| St. Andrew – Parish Center | 356 Conklin Ave., Binghamton, NY 13903 | Closed |
| St. Ann | 346 Prospect St., Binghamton, NY 13905 | Closed |
| St. Ann – Convent | 340 Prospect St., Binghamton, NY 13905 | Closed |
| Diocese of Syracuse – Religious Ed Office | 340 Prospect St., Binghamton, NY 13905 | Closed |
| St. Catherine | 1031 Chenango St., Binghamton, NY13901 | Closed |
| St. Catherine – School | 1031 Chenango St., Binghamton, NY13901 | Closed |
| St. Christopher | 103 Castle Creek Rd., Binghamton, NY 13901 | Closed |
| SS. Cyril and Method (Slovak) | 148 Clinton St., Binghamton, NY 13905 | |
| St. John the Evangelist | 1263 Vestal Ave., Binghamton, NY 13903 | Closed |
| St. John the Evangelist – School | 7 Livingston, St., Binghamton, NY 13903 | 9 Livingston St., Binghamton, NY 13901 |

| **Entity / Office Name** | **Address From Catholic Directory** | **Address as Currently Publicly Available (if different)** |
|---|---|---|
| St. Joseph (Lithuanian) | 1 Judson Ave., Binghamton, NY 13905 | Closed |
| St. Mary of the Assumption | 37 Fayette St., Binghamton, NY 13901 | |
| St. Patrick | 9 Leroy St., Binghamton, NY 13905 | |
| St. Patrick – School | 31 Front St., Binghamton, NY 13905 | Closed |
| St. Patrick – Convent | 46 Oak St., Binghamton, NY 13905 | Closed |
| St. Paul | 15 Doubleday St., Binghamton, NY 13901 | |
| St. Stanislaus Kostka | 368 Prospect St., Binghamton, NY 13905 | Closed |
| St. Stanislaus Kostka – School | 372 Prospect St., Binghamton, NY 13905 | Closed |
| St. Thomas Aquinas | 1 Aquinas St., Binghamton, NY 13905 | |
| St. Thomas Aquinas – School | 4 Aquinas St., Binghamton, NY 13905 | Closed |
| **Vestal – Broome County** | | |
| St. Vincent de Paul | 165 Clifton Blvd., Vestal, NY 13850 | |
| St. Vincent de Paul – Catechetical Center | 465 Clubhouse Rd., Vestal, NY 13850 | Closed |
| **Boonville – Oneida County** | | |
| St. Joseph | 110 Charles St., Boonville, NY 13309 | Christ our Hope at St. Joseph 108 Charles St., Boonville, NY 13309 |
| St. Joseph – Catechetical School | 106 Charles St., Boonville, NY 13309 | Closed |
| St. Joseph – Convent | 108 Charles St., Boonville, NY 13309 | Closed |
| St. Joseph – School | 372 Prospect St., Binghamton, NY 13309 | Closed |
| **Brewerton – Onondaga County** | | |
| St. Agnes | 5472 Bartell Rd., Brewerton, NY 13029 | Closed |
| **Bridgeport – Onondaga County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Francis of Assisi | Bridgeport, NY 13030-0550 | 7820 Bridgeport-Minoa Road, Brifgeport, NY 13030<br><br>229 W. Yates St. East, Syracuse, NY 13057 |
| St. Francis of Assisi – Parish Center | Bridgeport, NY 13030-0550 | Closed |
| **Camden – Onondaga County** | | |
| St. John the Evangelist | 22 Church St., Camden, NY 13316 | |
| **Camillus – Onondaga County** | | |
| St. Joseph | 5600 W. Genesee St., Camillus, NY 13031 | |
| **Canastota – Madison County** | | |
| St. Agatha | 329 N. Peterboro St., Canastota, NY 13032 | Sprit of Hope at St. Agatha 329 N. Peterboro St., Canastota, NY 13032 |
| St. Agatha – Religious Education Center and Convent | 406 Spencer St., Canastota, NY 13032 | |
| **Cazenovia – Madison County** | | |
| St. James | 6 Green St., Cazenovia, NY 13035 | |
| St. James – Religious Education Center | 15 Sullivan St., Cazenovia, NY 13035 | Closed |
| **Central Square – Oswego County** | | |
| St. Michael | 249 S. Main St.,  P.O. Box 514, Central Square, NY 13036 | Closed |
| **Chadwicks – Oneida Co.** | | |
| St. Anthony of Padua | 3364 Oneida St., Chadwicks, NY 13319 | Closed |
| St. Anthony of Padua – Catechetical School | 3368 Oneida St., Chadwicks, NY 13319 | Closed |
| **Chenango Forks – Broome County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Rita | R.D. No. 2, Box 498, Chenango Forks, NY 13746<br><br>2530 NYS Rt. 12, Chenango Forks, NY 13746 | Closed |
| **Chittenango – Madison County** | | |
| St. Patrick | Murray Dr., R.D. 1, Chittenango, NY 13037 | 1341 Murray Drive, Chittenango, NY 13037 |
| **Cicero – Onondaga County** | | |
| Sacred Heart | 8229 S. Main St., Cicero, NY 13039 | 8229 Brewerton Rd., Cicero, NY 13039 |
| **Clark Mills – Oneida County** | | |
| Church of the Annunciation | Box 396, 25 South St., Clark Mills, NY 13321<br><br>R.R. 1, Box 228 G Clinton, NY 13323 | 7616 E. South St., Clinton, NY 13323 |
| **Clayville – Oneida County** | | |
| St. Patrick | 8 Rose St., Clayville, NY 13322 | Closed |
| **Cleveland – Oswego County** | | |
| St. Mary of the Assumption | Lake St., Cleveland, NY 13042 | Closed |
| St. Mary of the Assumption – Mission – Constantia | St. Bernadette, Constantia, NY 13044 | Closed |
| **Clinton – Oneida County** | | |
| St. Mary | 13 Marvin St., Clinton, NY 13323 | |
| St. Mary – School | 11 Marvin St., Clinton, NY 13323 | 13 Marvin St., Clinton, NY 13323 |
| **Cortland – Cortland County** | | |
| St. Anthony (Italian) | 45 Crandall St., Cortland, NY 13045 | St. Anthony of Padua 50 Pomeroy St., Cortland, NY 13045 |
| St. Mary | 44 N. Main St, Cortland, NY 13045 | 46 N. Main St., Cortland, NY 13045 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Mary – School | 61 N. Main St., Cortland, NY 13045 | |
| St. Mary – Mission – McGRaw | St. Joseph, McGraw, NY | Closed |
| St. Mary – Mission – Virgil | St. Joseph, Virgil, NY | Closed |
| **Deposit- Broome County** | | |
| St. Joseph | 98 Second St., Deposit, NY 13754 | |
| St. Joseph – Parish Center | 74 Second St., Deposit, NY 13754 | |
| **Dewitt – Onondaga County** | | |
| Holy Cross | 4112 E. Genessee St., Dewitt, NY 13214 | |
| Holy Cross – School | 4250 E. Genesee St., Dewitt, NY 13214 | 4200 E. Genesee St., Syracuse, NY 13214 |
| **Durhamville – Oneida County** | | |
| St. Francis | 5334 Foster St., Durhamville, NY 13054 | Closed |
| St. Francis – Mission – Irish Ridge | St. Mary, Irish Ridge, NY | Spirit of Hope at St. Mary Devotional Chapel 6148 Irish Ridge Rd., Irish Rdige, NY 13054  P.O. Box 189, Irish Ridge, NY 13054 |
| **East Syracuse – Onondaga County** | | |
| St. Matthew | 229 W. Yates St., East Syracuse, NY 13057 | |
| St. Matthew – School | 226 W. Heman St., East Syracuse, NY 13057 | Closed |
| **Endicott – Broome County** | | |
| Our Lady of Good Counsel | 701 W. Main St., Endicott, NY 13760 | |
| Our Lady of Good Counsel – School | 705 W. Main St., Endicott, NY 13760 | Closed |
| St. Ambrose | 203 Washington Ave., Endicott, NY 13760 | |
| Endicott Religious Education Center | St. Anthony's Rectory 306 Odell Ave., Endicott, NY 13760 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Anthony of Padua (Italian) | 306 Odell Ave., Endicott, NY 13760 | 300 Odell Ave., Endicott, NY 13760 |
| St. Anthony of Padua Consolidated – School | 906 Jenkins St., Endicott, NY 13760 | St. Anthony's Learning Center 906 Jenkins St., Endicott, NY 13760 |
| St. Casimir | 212 N. Mckinley St., Endicott, NY 13760 | Closed |
| St. Joseph (Slovak) | 207 Hayes Ave., Endicott, NY 13760 | |
| St. Joseph – School | 210 N. Jackson Ave., Endicott, NY 13760 | |
| **Endwell – Broome County** | | |
| Christ the King | 501 Davis Ave., Endwell, NY 13760 | Closed |
| Our Lady of Angels | 3011 Phyllis St., Endwell, NY 13760 | c/o Church of the Holy Family 3600 Phyllis St., Endwell, NY 13760 |
| **Fairmount – Onondaga County** | | |
| Holy Family | 119 Chapel Dr., Syracuse, NY 13219 | 3600 Phyllis St., Endwell, NY 13760 |
| Holy Family – School | 123 Chapel Dr., Syracuse, NY 13219 | 130 Chapel Dr., Syracuse, NY 13219 |
| **Fayetteville – Onondaga County** | | |
| Immaculate Conception | 400 Salt Springs St., Fayetteville, NY 13066 | |
| Immaculate Conception – School | 400 Salt Springs St., Fayetteville, NY 13066 | |
| **Florence – Oneida County** | | |
| St. Mary | R.D. No. 3, Camden, NY 13316 | Closed |
| St. Mary – Mission – St. Paul | St. Paul Redfield, NY 13437 | |
| **Forestport – Oneida County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Patrick | Forestport, NY 13338 | Christ our Hope at St. Patrick Mission 12000 River St., Forestport, NY 13338<br><br>c/o St. Joseph Church Boonville 108 Charles St., Boonville, NY 13309 |
| St. Patrick – Mission – St. Mary of the Snows | St. Mary of the Snows Otter Lake, NY 13338 | 14040 NY 28, Otter Lake, NY 13338<br><br>c/o St. Joseph Church Boonville 108 Charles St., Boonville, NY 13309 |
| **Fulton – Oswego County** | | |
| Holy Family | 45 W. 4th St., Fulton, NY 13069 | Closed |
| Immaculate Conception | 57 S. Third St., Fulton, NY 13069 | Closed |
| St. Michael | 301 Beech St., Fulton, NY 13069 | Closed |
| **Greene – Chenango County** | | |
| Immaculate Conception | 20 Coventry Rd., Greene, NY 13778 | 1180 State Highway 206, Greene, NY 13778 |
| **Hamilton – Madison County** | | |
| St. Mary | 16 Wylie St., Hamilton, NY 13346 | |
| **Hannibal – Oswego County** | | |
| Our Lady of the Rosary | Cayuga St., Hannibal, NY 13074 | 931 Cayuga St., Hannibal, NY 13074<br><br>50 E. Mohawk St., Oswego, NY 13126 |
| Our Lady of the Rosary – Mission – St. Joseph | St. Joseph, Oswego, NY 13126 | Closed |
| **Hinckley – Oneida County** | | |
| St. Ann | St. Ann, Hinckley, NY 13352 | Closed |
| **Holland Patent – Oneida County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Leo | Elm St., Holland Patent, NY 13354 | The Parish Community of St. Leo & St. Ann 7937 Elm St., Holland Patent, NY 13354<br><br>P.O. Box 185, Holland Patent, NY 13354 |
| **Homer – Cortland County** | | |
| St. Margaret | 14 Copeland Ave., P.O. Box 367, Homer, NY 13077 | 14 Copeland Ave., Homer, NY 13077 |
| **Jamesville – Onondaga County** | | |
| St. Mary | 6437 E. Seneca Tpke., Jamesville, NY 13078 | Closed |
| **Johnson City – Broome County** | | |
| Blessed Sacrament | Cenacle Plaza, Johnson City, NY 13790 | Closed |
| Blessed Sacrament – School | Cenacle Plaza, Johnson City, NY 13790 | Closed |
| St. James | 155 Main St., Johnson City, NY 13790 | 147 Main St., Johnson City, NY 13790 |
| St. James – School | 147 Main St., Johnson City, NY 13790 | 143 Main St., Johnson City, NY 13790 |
| St. James – Convent | 147 Main St., Johnson City, NY 13790 | |
| **Jordan – Onondaga County** | | |
| St. Patrick | 28 N. Main St., Jordan, NY 13080 | |
| St. Patrick – CCD Center | 28 N. Main St., Jordan, NY 13080 | Closed |
| **Kirkwood – Broome County** | | |
| St. Mary | Box 382, R.D.2., Kirkwood, NY 13795 | 975 State Rte. 11, Kirkwood, NY 13795 |
| **Lacona – Oswego County** | | |
| St. Frances Xavier Cabrini | 9106 Salina St., Lacona, NY 13083<br><br>3825 Tifft St., Lacona, NY 13083 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Frances Xavier Cabrini – Mission – St. Mary | St. Mary<br>P.O. Box H, Altmar, NY 13083 | Closed |
| **Lafayette – Onondaga County** | | |
| St. Joseph | 6104 Cherry Valley Rd., Box 169, Lafayette, NY 13084 | Church of the Nativity at St. Joseph<br>6104 US Route 20, Lafayete NY 13084<br><br>P.O. Box 169, Lafayette, NY 13084 |
| **Lakeland – Onondaga County** | | |
| Our Lady of Peace | 203 Halcomb St., Syracuse, NY 13209 | St. Marianne Cope Parish at Our Lady of Peace<br>203 Halcomb St., Lakeland, NY 13209<br><br>105 Stanton Ave., Solvay, NY 13209 |
| **Lee Center – Oneida County** | | |
| St. Joseph | St. Peter's Convent, Lee Center, NY 13363 | 5748 Stokes Lee Center Road, Lee Center, NY 13363 |
| **Liverpool – Onondaga County** | | |
| Christ the King | 26 Cherry Tree Circle., Liverpool, NY 13088 | 21 Cherry Tree Circle., Liverpool, NY 13090 |
| Christ the King – Parish Center | 21 Cherry Tree Cir., Liverpool, NY 13088 | |
| Immaculate Heart of Mary | 425 Beechwood Ave., Liverpool, NY 13088 | Closed |
| Immaculate Heart of Mary – Catechetical Center | 427 Beechwood Ave., Liverpool, NY 13088 | Closed |
| St. John | 8290 Soule Rd., Liverpool, NY 13088 | Pope John XXIII Roman Catholic Church<br>8290 Soule Rd., Liverpool, NY 13090 |
| St. Joseph the Worker | 1001 Tulip St., Liverpool, NY 13088 | Epiphany Parish<br>1001 Tulip St., Liverpool, NY 13088 |
| **Maine – Broome County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Holy Rosary | 36 Main St., Box 248, Maine, NY 13802 | Most Holy Rosary 2596 Main St., Maine, NY 13802 |
| **Manlius – Onondaga County** | | |
| St. Ann | 104 Academy St., Manlius, NY 13104 | |
| **Marathon – Cortland County** | | |
| St. Stephen | 12 Academy St., P.O. Box 475, Marathon, NY 13803 | Catholic Community of St. Stephen – St. Patrick 16 Academy St., Marathon, NY 13803<br><br>59 Keibel Road, P.O. Box 711, Whitney Point, NY 13862 |
| St. Stephen – Mission – Our Lady of Perpetual Help | Our Lady of Perpetual Help Cincinnatus, NY 13040 | Our Lady of Perpetual Help Mission 2708 Lower Cincinnatus Rd., Cincinnatus, NY 13040<br><br>P.O. Box 310, Cincinnatus, NY 13040 |
| **Marcellus – Onondaga County** | | |
| St. Francis Xavier | 1 W. Main St., P.O. Box 177, Marcellus, NY 13108 | |
| **Mattydale – Onondaga County** | | |
| St. Margaret | 203 Roxboro Rd., Syracuse, NY 13211 | |
| St. Margaret – School | 201 Roxboro Rd., Mattydale, NY 13211 | Closed |
| **Mexico – Oswego County** | | |
| St. Mary Star of the Sea | P.O. Box 487, 5785 Main St., Mexico, NY 13114 | 3352 Main St., Mexico, NY 13114<br><br>P.O. Box 487, Mexico, NY 13114 |
| **Minetto – Oswego County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Our Lady of Perpetual Help | West River Rd., P.O. Box 236, Minetto, NY 13115 | 2912 NY-48, Minetto, NY 13115<br><br>50 East Mohawk St., Oswego, NY 13126 |
| **Minoa – Onondaga County** | | |
| St. Mary | 401 N. Main St., Minoa, NY 13116 | St. Mary of the Assumption, 401 N. Main St., Minoa, NY 13116<br><br>229 W. Yates St., East, Syracuse, NY 13057 |
| St. Mary – School | N. Main St., R.D. 1, Kirkville, NY 13082 | Closed |
| **Morrisville – Madison County** | | |
| St. Joan of Arc | Union St., Box A, Morrisville, NY 13408<br><br>P.O. Box 16, 28 Union St., Morrisville, NY 13408 | St. Joan of Arc Mission 6 Brookside Dr., P.O. Box 1087, Morrisville, NY 13408<br><br>16 Wylie St., Hamilton, NY 13346 |
| **Munnsville – Madison County** | | |
| St. Therese of the Infant Jesus | 28 P.O. Box Ay, Morrisville, NY 1340 | Closed<br><br>c/o St. Patrick Church 347 Main St., Oneida, NY 13421 |
| **New Berlin – Chenango County** | | |
| St. Theresa of the Infant Jesus | 24 N. Main St., P.O. Box 780, New Berlin, NY 13411 | |
| St. Theresa of the Infant Jesus – Mission – Our Lady of the Valley | Our Lady of the Valley, Leonardsville, NY 13364 | Closed |
| **New Hartford – Oneida County** | | |
| Our Lady of the Rosary | 1736 Burrstone Rd., New Hartford, NY 13413 | Mary, Mother of Our Savior at Our Lady of the Rosary 1736 Burrstone Rd., New Hartford, NY 13413 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. John the Evangelist | 66 Oxford Rd., New Hartford, NY 13413 | |
| St. John the Evangelist – School | 66 Oxford Rd., New Hartford, NY 13413 | Closed |
| St. Thomas | 150 Clinton Rd., New Hartford, NY 13413 | 66 Oxford Rd., New Hartford, NY 13413 |
| **New London – Oneida County** | | |
| Holy Cross | 5334 Foster St., Durhamville, NY 13054 | Closed |
| **New York Mills – Oneida County** | | |
| St. Mary | 201 Main St., New York Mills, NY 13417 | Church of the Sacred Heart & St. Mary, Our Lady of Czestochowa 201 Main St., New York Mills, NY 13417 |
| St. Mary – School | 24 St. Stanislaus St., New York Mills, NY 13417 | |
| **North Bay – Oneida County** | | |
| St. John | P.O. Box 63, North Bay, NY 13123 | Spirit of Hope at St. John Oratory 2191 State Route 49, North Bay, NY 13123 c/o St. Mary of the Lake Mission 6735 Route 13 P.O. Box 240, Verona Beach, NY 13162 |
| St. John – Mission – St. Mary | St. Mary, Verona Beach, NY 13162 | St. Mary of the Lake Mission 6735 Route 13 P.O. Box 240, Verona Beach, NY 13162 |
| **North Syracuse – Onondaga County** | | |
| St. Rose of Lima | 407 S. Main St., Box 314, North Syracuse, NY 13212 409 S. Main St., North Syracuse, NY 13212 | 409 S. Main St., North Syracuse, NY 13212 |
| St. Rose of Lima – School | 407 S. Main St., Box 314, North Syracuse, NY 13212 | 411 S. Main St., North Syracuse, NY 13212 |
| **Norwich – Chenango County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Bartholomew | 8 Silver St., Norwich, NY 13815 | 73 East Main St., Norwich, NY 13815<br><br>30 Pleasant St., Norwich, NY 13815 |
| St. Bartholomew's Convent | 79 E. Main St., Norwich, NY 13815 | 73 East Main St., Norwich, NY 13815 |
| St. Bartholomew – CCD Center | 79 E. Main St., Norwich, NY 13815 | Closed |
| St. Paul | 30 Pleasant St., Norwich, NY 13815 | |
| St. Paul – School | 17 Prospect St., Norwich, NY 13815 | Closed |
| St. Paul – Convent | 79 E. Main St., Norwich, NY 13815 | |
| **Oneida – Madison County** | | |
| St. Joseph | 121 St. Joseph Pl., Oneida, NY 13421 | |
| St. Joseph – CCD School | 111 St. Joseph Pl., Oneida, NY 13421 | Closed |
| St. Joseph – Parish Center | 111 St. Joseph Pl., Oneida, NY 13421 | |
| St. Patrick | 347 Main St., Oneida, NY 13421 | |
| St. Patrick – School | 354 Elizabeth St., Oneida, NY 13421 | |
| **Onondaga Hill – Onondaga County** | | |
| St. Michael | 4782 W. Seneca Tpke., Syracuse, NY 13215 | St. Michael – St. Peter Parish Church 4791 W. Seneca Tpke., Syracuse, NY 13215 |
| St. Michael Mission – St. Peter | St. Peter Split Rock, NY 13031 | St. Michael – St. Peter Parish Church 4791 W. Seneca Tpke., Syracuse, NY 13215 |
| St. Michael – CCD Center | 4782 W. Seneca Tpke., Syracuse, NY 13215 | Closed |
| **Oriskany – Oneida County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Stephen, Protomartyr | 120 Dexter Ave., Oriskany, NY 13424 | Closed |
| **Oriskany Falls – Oneida County** | | |
| St. Joseph | 219 Main St., Oriskany Falls, NY 13425 | 229 Main St., Oriskany Falls, NY 13425<br><br>199 Stafford Ave., Waterville, NY 13480 |
| **Oswego – Oswego County** | | |
| St. John the Evangelist | 38 Erie St., Oswego, NY 13126 | Closed |
| St. Joseph | 178 W. 2nd St., Oswego, NY 13126 | Closed |
| St. Louis | 81 E. 4th St., Oswego, NY 13126 | Closed |
| St. Mary | 103 W. 7th St., Oswego, NY 13126 | |
| St. Mary – School | 76 W. Sixth St., Oswego, NY 13126 | Closed |
| St. Paul | 134 E. Fifth St., Oswego, NY 13126<br><br>50 E. Mohawk St., Oswego, NY 13126 | Closed |
| St. Paul – School | 115 E. 5th St., Oswego, NY 13126 | Closed |
| St. Paul – Convent | 108 E. 6th St., Oswego, NY 13126 | Closed |
| St. Paul – Convent | 42 E. 7th St., Oswego, NY 13126 | Closed |
| St. Paul – Convent | 49 E. 7th St., Oswego, NY 13126 | Closed |
| St. Paul - Convent | 42 E. Albany St., Oswego, NY 13126 | Closed |
| St. Peter – Mission – Sacred Heart | Sacred Heart Scriba, NY | Closed |
| St. Peter | 83 E. Albany St., Oswego, NY 13126 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Stephen the King (Polish) | 138 Niagara St., Oswego, NY 13126 | Closed |
| **Oxford – Chenango County** | | |
| St. Joseph | 3 Scott St., Oxford, NY 13830 | 3 Scott St., P.O. Box 352, Oxford, NY 13830 |
| **Parish – Oswego County** | | |
| St. Anne | P.O. Box 27, Parish, NY 13131 | Closed |
| St. Anne – Mission – St. Patrick's | St. Patrick's, Williamstown, NY 13493 | Closed |
| **Phoenix – Oswego County** | | |
| St. Stephen | 721 Main St., Phoenix, NY 13135 | 469 Main St., Phoenix, NY 13135 |
| **Pompey – Onondaga County** | | |
| Immaculate Conception | 7386 Academy St., Pompey, NY 13138 | Church of the Nativity at Immaculate Conception 7386 Academy St., Pompey, NY 13138<br><br>P.O. Box 79, Pompey, NY 13138 |
| Immaculate Conception – Mission – St. Paul | St. Paul Fabius, NY 13063 | Closed |
| **Pulaski – Oswego County** | | |
| St. John the Evangelist | 7367 Park St., Pulaski, NY 13142 | Closed |
| **Rome – Oneida County** | | |
| St. John the Baptist (Italian) | 210 E. Dominick St., Rome, NY 13440 | |
| St. John the Baptist – CCD Center | 146 Stanwix St., Rome, NY 13440 | Closed |
| St. Mary of the Assumption | 210 W. Liberty St., Rome, NY 13440 | St. Mary – St. Peter 200 N. James St., Rome, NY 13440 |
| St. Paul | 1807 Bedford St., Rome, NY 13440 | |
| St. Peter | 105 E. Liberty St., Rome, NY 13440 | St. Mary – St. Peter 200 N. James St., Rome, NY 13440 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Transfiguration (Polish) | 111 Ridge St., Rome, NY 13440 | Transfiguration Oratory 111 Ridge St., Rome, NY 13440<br><br>210 E. Dominick St., Rome, NY 13440 |
| Transfiguration – School | 404 S. George St., Rome, NY 13440 | Closed |
| **Sanitaria Springs – Broome County** | | |
| St. Joseph | P.O. Box 429, Port Crane, NY 13833 | 659 Statea Route 7B, Port Crane, NY 13833<br><br>975 N.Y. Route 11, Kirkwood, NY 13795 |
| **Sherburne – Chenango County** | | |
| St. Malachy | 31 E. State St., Sherburne, NY 13460 | 31 E. State St., Sherburne, NY 13460<br><br>P.O. Box 722, Sherburne, NY 13460 |
| **Sherrill – Oneida County** | | |
| St. Helena | 210 Primo Ave., Sherill, NY 13461 | Spirit of Hope at St. Helena, 202 Primo Ave., Sherrill, NY 13461 |
| **Skaneatles – Onondaga County** | | |
| St. Mary of the Lake | 81 Jordan St., Skaneatles, NY 13152 | 10 W. Austin St., Skaneatles, NY 13152 |
| St. Mary of the Lake – Mission – St. Bridget | St. Bridget Skaneatles, NY 13153 | Closed |
| **Solvay – Onondaga County** | | |
| St. Cecilia | 1001 Woods Rd., Solvay, NY 13209 | St. Marianne Cope Parish at St. Cecelia 1001 Woods Rd., Solvay, NY 13209<br><br>105 Stanton Ave., Solvay, NY 13209 |
| St. Cecelia – School | 101 Stanton Ave., Solvay, NY 13209 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Cecelia – Convent | 502 Gertrude Ave., Solvay, NY 13209 | |
| **South Onondaga – Onondaga County** | | |
| Corpus Christi | 3126 Cedarvale Rd., R.D. 1, Nedrow, NY 13120<br><br>4466 S. Onondaga Rd., Nedrow, NY 13120<br><br>229 W. Yates St., East Syracuse, NY 13057 | Corpus Christi Oratory 3120 Cedarville Rd., Nedrow, NY 13120<br><br>P.O. Box 574, Tully, NY 13159 |
| Corpus Christi – Mission – St. Patrick | St. Patrick, Otisco, NY 13159 | St. Patrick Mission 1865 Route 80, Otisco, NY 13159<br><br>P.O. Box 574, Tully, NY 13159 |
| **Taberg – Oneida County** | | |
| St. Patrick | 9170 Main St., Taberg, NY 13471 | 9168 Main St., Taberg, NY 13471 |
| St. Patrick – Mission | St. Anne Glenmore, NY 13471 | Closed |
| **Truxton – Cortland County** | | |
| St. Patrick | 3656 Rt. 13, Box 15, Truxton, NY 13158 | St. Patrick Oratory 3656 State Rte., 13, P.O. Box 15, Truxton, NY 13158 |
| St. Patrick – Mission – St. Lawrence | St. Lawrence DeRuyster, NY 13052 | St. Lawrence Mission 1672 Cortland St., DeRuyter, NY 13052<br><br>P.O. Box 15, Truxton, NY 13158 |
| St. Patrick – Chapel – Camp Georgetown | Camp Georgetown, Georgetown, NY 13072 | Closed |
| **Tully – Onondaga County** | | |
| St. Leo | 10 Onondaga St., Tully, NY 13159 | Church of the Nativity at St. Leo 10 Onondaga St., Tully, NY 13159<br><br>P.O. Box 574, Tully, NY 13159 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Leo – Mission | St. Patrick, Otisco, NY | St. Patrick Mission<br>1865 Rte. 80, Otisco, NY 13159<br><br>P.O. Box 574, Tully, NY 13159 |
| **Utica – Oneida Count** | | |
| Blessed Sacrament | 1603 St. Agnes Ave., Utica, NY 13501 | St. Mary of Mount Carmel/Blessed Sacrament Parish<br>648 Jay St., Utica, NY 13501 |
| Blessed Sacrament – School | 1627 St. Agnes Ave., Utica, NY 13501 | 3129 James St., Syracuse, NY |
| Holy Trinity (Polish) | 1206 Lincoln Ave., Utica, NY 13502 | |
| Holy Trinity – School | 1214 Lincoln Ave., Utica, NY 13502 | Closed |
| Holy Trinity – Convent | 1218 Lincoln Ave., Utica, NY 13502 | Closed |
| Our Lady of Lourdes | 2 Barton Ave., Utica, NY 13502 | |
| Our Lady of Lourdes – School | 10 Barton Ave., Utica, NY 13502 | Notre Dame Elementary<br>11 Barton Ave., Utica, NY 13502 |
| Sacred Heart | 2115 Caroline St., Utica, NY 13502 | Closed |
| Sacred Heart – School | 1109 Ney Ave., Utica, NY 13502 | Closed |
| Sacred Heart – Convent | 1109 Ney Ave., Utica, NY 13502 | Closed |
| St. Agnes | 700 Kossuth Ave., Utica, NY 13501 | Closed |
| St. Agnes – School | 783 Blandina St., Utica, NY 13501 | Closed |
| St. Agnes – Convent | 783 Blandina St., Utica, NY 13501 | Closed |
| St. Anthony of Padua (Italian) | 422 Tilden Ave., Utica, NY 13501 | Closed |
| St. Francis de Sales | 129 Eagle St., Utica, NY 13501 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Francis de Sales – School | 1119 Elm St., Utica, NY 13501 | Closed |
| St. George (Lithuanian) | 425 Lafayette St., Utica, NY 13502 | Closed |
| St. John | 240 Bleecker St., Utica, NY 13501 | Historic Old St. John's Church 240 Bleecker St. (at the corner of John and Bleecker Streets), Utica, NY 13501 |
| St. John – Parish Apostolate Center | 520 John St., Utica, NY 13501 | |
| St. Joseph and St. Patrick | 702 Columbia St., Utica, NY 13502 | |
| St. Joseph and St. Patrick – School | 530 Varick St., Utica, NY 13501 | Closed |
| St. Joseph and St. Patrick – Convent | 731 Lafayette St., Utica, NY 13501 | |
| St. Mark | 440 Keyes Rd., Utica, NY 13502 | |
| St. Mary (German) | 421 South St., Utica, NY 13501 | Closed |
| St. Mary of Mt. Carmel (Italian) | 648 Jay St., Utica, NY 13501 | St Mary of Mount Carmel – Blessed Sacrament Parish 648 Jay St., Utica, NY 13501 |
| St. Mary of Mt. Carmel – School | 668 Catherine St., Utica, NY 13501 | Closed |
| St. Peter | 422 Coventry Ave., Utica, NY 13502 | |
| St. Peter – School | 19 Herkimer Rd., Utica, NY 13502 | Closed |
| St. Peter – Convent | 19 Herkimer Rd., Utica, NY 13502 | |
| St. Stanislaus (Polish) | 19 Herkimer Rd., Utica, NY 13502 | Closed |
| **Vernon – Oneida County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Holy Family | 47 Peterboro St., Box 382, Vernon, NY 13476 | Sprit of Hope a Church of the Holy Family 4352 Peterboro St., Vernon, NY 13476 <br><br> P.O. Box 988, Vernon, NY 13476 |
| **Verona – Oneida County** | | |
| Our Lady of Good Counsel | 5265 Beacon Rd., P.O. Box 135, Verona, NY 13478 | 5652 East Main St., Verona, NY 13478 <br><br> P.O. Box 135, Verona, NY 13478 |
| **Vestal – Broome County** | | |
| Our Lady of Sorrows | 157 Clark St., Vestal, NY 13850 | 801 Main St., Vestal, NY 13850 |
| Our Lady of Sorrows – School | 148 Charles St., Vestal, NY 13850 | Closed |
| **Warners – Onondaga County** | | |
| Our Lady of Good Counsel | Newport Rd., Box 86, Warners, NY 13164 | Closed |
| **Waterville – Oneida County** | | |
| St. Bernard | 199 Stafford Ave., Waterville, NY 13480 | |
| St. Bernard – Mission – St. Mary | St. Mary, North Brookfield, NY 13418 | Closed |
| **Whitesboro – Oneida County** | | |
| St. Anne | Clark Mills Rd., Whitesboro, NY 13492 | Closed |
| St. Paul | 16 Park Ave., Whitesboro, NY 13492 | |
| St. Paul – School | 12 Park Ave., Whitesboro, NY 13492 | St. Paul's Church Nazareth Pre-K & Day Care Center 16 Park Ave., Whitesboro, NY 13492 |
| **Whitney Point – Broome County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Patrick | Box 711, Whitney Point, NY 13862 | Catholic Community of St. Stephen – St. Patrick 59 Keibel Rd., Whitney Point, NY 13862 <br><br> P.O. Box 711, Whitney Point, NY 13862 |
| **Windsor – Broome County** | | |
| Our Lady of Lourdes | P.O. Box 361, Windsor, NY 13865 | 594 Kent St., Windsor, NY 13865 <br><br> 975 N.Y. Rte. 11, Kirkwood, NY 13795 |
| **CHAPLAINS OF PUBLIC INSTITUTIONS** | | |
| **Syracuse** | | |
| Developmental Center | 6655 Kirkville Rd., East Syracuse, NY 13057 | 2306 Euclid Ave., Syracuse, NY 13224 |
| Crouse Irving Memorial Hospital | 432 Gifford St., Syracuse, NY 13204 | Crouse Hospital, 736 Irving Ave., Syracuse, NY 13210 |
| Community General Hospital | 300 Valley Dr., Syracuse, NY 13207 | Upstate Community Hospital 4900 Broad Rd., Syracuse, NY 13215 |
| Upstate Medical Center | 4845 S. Salina St., Syracuse, NY 13205 | 4900 Broad Rd., Syracuse, NY 13215 |
| University Hospital | 750 E. Adams St., Syracuse, NY 13210 | SUNY Upstate Medical University Hospital 750 E. Adams St., Syracuse, NY 13210 |
| Loretto Geriatric Center | 700 E. Brighton Ave., Syracuse, NY 13205 | Loretto Health & Rehabilitation 700 E. Brighton Ave., Syracuse, NY 13205 |
| Hutchings Psychiatric Center | 301 Ash St., Syracuse, NY 13208 | 620 Madison St., Syracuse, NY 13210 |
| Veterans Admin. Hospital | 800 Irving Ave., Syracuse, NY 13210 | Syracuse VA Medical Center 800 Irving Ave., Syracuse, NY 13210 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
| --- | --- | --- |
| St. Joseph Hospital & Health Center | N/A | St. Joseph's Health 301 Prospect Ave., Syracuse, NY 13203 |
| James Square Nursing Home | N/A | Bishop Nursing and Rehabilitation Center 918 James St., Syracuse, NY 13203 |
| Plaza Extended Care Facility | N/A | 700 E. Brighton Ave., Syracuse, NY 13205 |
| Van Duyn Home & Hospital | N/A | Van Duyn Center for Rehabilitation and Nursing 5075 W. Seneca Tpke., Syracuse, NY 13215 |
| Onondaga County Hospital and Home | 4791 W. Seneca Tpke, Syracuse, NY13215 | Closed |
| Onondaga County Penitentiary | St. Pius X Home, Syracuse, NY 13025 | 6660 E. Seneca Tpke., Jamesville, NY 13078 |
| Hancock Field U.S. Air Force Base | 6655 Kirkville Rd., E. Syracuse, NY 13057 | 6001 E. Molloy Rd., Syracuse, NY 13211 |
| **Binghamton** | | |
| Binghamton Psychiatric Hospital | Box 312, Sanitaria Springs, NY 13833 | Greater Binghamton Health Center 425 Robinson St., Binghamton, NY 13904 |
| Binghamton Falls State Hospital | 425 Robinson St., Binghamton, NY 13901 | Greater Binghamton Health Center 425 Robinson St., Binghamton, NY 13904 |
| Binghamton General and Wilson Memorial Hospital | 155 Main St., Johnson City, NY 13790 | UHS Wilson Medical Center 33-57 Harrison St., Johnson City, NY 13790 |
| Binghamton Nursing Homes | St. Vincent de Paul Rectory, 165 Clifton Blvd., Binghamton, NY 13903 | |
| Broome Developmental Center | | 249 Glenwood Rd., Binghamton, NY 13905 |
| Our Lady of Lourdes Hospital | | Guthrie Lourdes Hospital, 169 Riverside Dr., Binghamton, NY 13905 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Willow Point, River Mead, Susquehanna and Chenango Bridge Nursing Facilities | 37 Fayette St., Binghamton, NY 13901 | 3700 Vestal Rd., Vestal, NY 13850 |
| Broome County Jails | 37 Fayette St., Binghamton, NY 13901 | 155 Lt. Vanwinkle Dr., Binghamton, NY 13905 |
| **Johnson City** | | |
| Wilson Memorial Hospital | 33 Harrison St., John City, NY 13905 | UHS Wilson Medical Center 33-57 Harrison St., Johnson City, NY 13790 |
| **Marcy** | | |
| Mohawk Valley Psychiatric Center | P.O. Box 143, Marcy, NY 13403 | 1400 Noyes St., Utica, NY 13502 |
| **Rome** | | |
| State School | Rome State School Box 550, Rome, NY 13440 | New York State School for the Deaf 401 Turin St., Rome, NY 13440 |
| Developmental Center | P.O. Box 550, Lower South James, NY 13440 | Closed |
| **Utica** | | |
| Oneida County Jail | 120 Dexter Ave., Oriskany, NY 13424 | 6075 Judd Rd., Oriskany, NY 13424 |
| Faxton Hospital | 1736 Burrstone Rd., New Hartford, NY 13413 | 1675 Bennett St., Utica, NY 13502 |
| St. Luke | Champlin Ave., New Hartford, NY 13413 | 1656 Champlin Ave., Utica, NY 13502 |
| Faxton Health Center | 1676 Sunset Ave., Utica, NY 13502 | 1675 Bennett St., Utica, NY 13502 |
| Utica Psychiatric Center | 1213 Court St., Utica, NY 13502 | 1213 Court St., Utica, NY 13502 |
| St. Elizabeth Hospital | 2209 Genesee St., Utica, NY 13501 | |
| **Wampsville** | | |
| Madison County Jail | 229 W. Yates St., East Syracuse, NY 13507 | 138 N. Court St., Wampsville, NY 13163 |
| **JAILS** | | |
| Hillbrook Juvenile Detention Center | 4949 Velasko Rd., Syracuse, NY 13215 | |
| Jamesville Penitentiary | P.O. Box 143, Jamesville, NY 13078 | 6660 E. Seneca Tpke., Jamesville, NY 13078 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Public Safety Building | 342 Vine St., Syracuse, NY 13203 | 511 S. State St. Syracuse, NY 13202 |
| Jail Ministry Office | 208 Slocum Ave., Syracuse, NY 13905 | P.O. Box 1174, Syracuse, NY 13218 |
| Broome County Jail | 1 Judson Ave., Binghamton, NY 13905 | Broome County Sheriff's Correctional Facility P.O. Box 2047 Binghamton, NY 13902-2047 |
| Cortland County Jail | Cortland, NY | 54 Greenbush St., Cortland, NY 13045 |
| Camp Georgetown | 31 East State St., Sherburne, NY 13346 | Closed |
| Camp Pharsalia | South Plymouth, NY | Closed |
| Norwich County Jail | 8 Silver St., Norwich, NY 13815 | 279 County Road 46, Norwich, NY 13815 |
| Oneida County Jail | 120 Dexter Ave., Oriskany, NY 13424 | 6075 Judd Rd., Oriskany, NY 13424 |
| Oswego County Jail | 178 W. Second St., Oswego, NY 13126 | Oswego County Correctional Facility, 39 Churchill Rd., Oswego, NY 13126 |
| Oneida Correctional Facility I | 6100 School Rd., Rome, NY 13440 | 6075 Judd Rd., Oriskany, NY 13424 |
| Oneida Correctional Facility II | 578 Main St., Oneida, NY 13421 | 6075 Judd Rd., Oriskany, NY 13424 |
| Mid-State Correctional Facility | 210 W. Liberty St., Rome, NY | 9005 Old River Road, P. O. Box 216, Marcy, NY 13403-0216 |
| **INSTITUTIONS LOCATED IN THE DIOCESE** | | |
| **Seminaries, Religious or Scholaticates** | | |
| St. Thomas Aquinas House of Studies | 702 Danforth St., Syracuse, NY 13208 | St. Thomas Aquinas Fund Diocese of Syracuse 240 E. Onondaga Street Syracuse, NY 13202 |
| Saint Andrew Hall | 420 Demong Dr., Syracuse, NY 13214 | |
| Roosevelt Hall | 83 West Lake St., Skaneatles, NY 13152 | Closed |
| **Colleges and Universities** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Le Moyne College | Syracuse, NY 13214 | 1331 Salt Springs Rd., Syracuse, NY 13214 |
| Maria Regina College | 1024 Court St., Syracuse, NY 13208 | Closed |
| **High School, Diocesan** | | |
| Bishop Ludden High School | 815 Fay Rd., Syracuse, NY 13219 | |
| Bishop Grimes High School | 6653 Kirkville Rd., East Syracuse, NY 13057 | |
| Seton Catholic Central High School of Broome County | 70 Seminary Ave., Binghamton, NY 13790 | |
| Bishop Cunningham Catholic Junior-Senior High School | East River Rd. ,Oswego, NY 13126 | Closed |
| Rome Catholic Junior-Senior High School | 800 Cypress St., Rome, NY 13440 | Closed |
| Notre Dame High School | Burrstone Rd., Utica, NY 13502 | Notre Dame Junior Senior High School 2 Notre Dame Ln, Utica, NY 13502 |
| **Junior High School – Diocesan** | | |
| All Saints Junior High School | 301 Valley Dr., Syracuse, NY 13207 | Closed |
| Bishop Ludden Junior High School | 815 Fay Rd., Syracuse, NY 13219 | |
| Northside Catholic Junior High School | 923 N. McBride St., Syracuse, NY 13208 | Our Lady of Pompei School 923 N. Mcbride St., Syracuse, NY 13208 |
| Bishop Grimes Junior High School | 6653 Kirkville Ave., East Syracuse, NY 13057 | |
| Notre Dame Junior High School – North | 309 Genesee St., Utica, NY 13501 | Thea Bowman House 309 Genesee St., 2nd Fl., Utica, NY 13501 |
| Notre Dame Junior High School – South | 13 Barton Ave., Utica, NY 13502 | Notre Dame Schools 11 Barton Ave., Utica, NY 13502 |
| **Middle School, Diocesan** | | |
| Seton Catholic Middle School | 1112 Broad St., Endicott, NY 13760 | |
| **High Schools Private** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| The Franciscan Academy | 2500 Grant Blvd., Syracuse, NY 13208 | Closed |
| The Franciscan Academy – Convent | 1024 Court St., Syracuse, NY 13208 | Closed |
| Christian Brothers Academy | 6245 Randall Rd., Syracuse, NY 13214 | |
| **Junior High Schools, Private** | | |
| Christian Brothers Academy | 6245 Randall Rd., Syracuse, NY 13214 | |
| **Elementary Schools, Private** | | |
| The Franciscan Academy | 2500 Grant Blvd., Syracuse, NY 13208 | Closed |
| **Consolidated Schools** | | |
| St. Catherine | 1051 Chenango St., Binghamton, NY 13901 | |
| St. John the Evangelist | 9 Livingston St., Binghamton, NY 13903 | |
| St. Patrick Middle School | 58 Oak St., Binghamton, NY 13905 | |
| St. Thomas | 3 Aquinas St., Binghamton, NY 13905 | |
| St. Anthony | 906 Jenkins St., Endicott, NY 13760 | |
| Seton Catholic Middle School | 1112 Broad St., Endicott, NY 13760 | |
| Fulton Catholic | 309 Buffalo St., Fulton, NY 13069 | |
| Blessed Sacrament | Cenacle Plaza, Johnson City, NY 13790 | |
| St. James Middle School | 143 Main St. Johnson City, NY 13790 | |
| Holy Family School | 17 Prospect St., Norwich, NY 13815 | |
| Our Lady of Sorrows | 801 Main St., Vestal, NY 13850 | |
| Christian Brothers Academy | 6245 Randall Rd., Syracuse, NY 13214 | |
| Fulton Catholic – Franciscan Residence | 300 Hart St., Fulton, NY 13069 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Rome Catholic Junior High School | 214 West Liberty St., Rome, NY 13440 | Closed |
| **THE CATHOLIC CHARITIES OF SYRACUSE** | | |
| **Syracuse** | | |
| Catholic Charities of the Roman Catholic Diocese of Syracuse | 240 East Onondaga St., Syracuse, NY 13202<br><br>1654 West Onondaga St., Syracuse, NY 13204 | |
| Keener Seniors Nutrition Program for the Elderly | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Jail Ministry | 208 Slocum Ave., Syracuse, NY 13204 | |
| **Binghamton** | | |
| Associated Catholic Charities | 232 Main St., Binghamton, NY 13905 | |
| The Catholic Foundation of Broome County – (Legal Title – The Bishops Catholic Education and Charities Foundation, Inc.) | 232 Main St., Binghamton, NY 13905 | |
| Catholic Charities Adolescent Group Home | 57 Chestnut St., Binghamton, NY 13905 | |
| Catholic Social Services of Broome County | 232 Main St., Binghamton, NY 13905 | |
| Secretariat for Education and Project Planning, Inc. | 232 Main St., Binghamton, NY 13905 | |
| **Cortland** | | |
| Catholic Charities of Cortland County | 46 Clinton Ave., Cortland, NY 13045 | 33-35 Central Avenue, Cortland, New York 13045<br><br>10 Kennedy Parkway, Cortland, New York 13045 |
| STEPS – (Supportive Teen Education-Parents Services), TASA; Case Management Men's Support Group; Life Skills Education | 33-35 Central Ave., Binghamton, NY 13045 | |
| **Norwich** | | |

| **Entity / Office Name** | **Address From Catholic Directory** | **Address as Currently Publicly Available (if different)** |
|---|---|---|
| Chenango County Catholic Charities | 19 Prospect St., Norwich, NY 13815 | 3 0'Hara Drive, Norwich NY 13815 |
| The Counseling Program | 19 Prospect St., Norwich, NY 13815 | |
| Crime Victims-Witness Assistance Program, Catholic Charities of Chenango County | 19 Prospect St., Norwich, NY 13825 | |
| Community Residence Program, Catholic Charities of Chenango County | 19 Prospect St., Norwich, NY 13825 | |
| Community Residence Program | 19 Prospect St., Norwich, NY 13825 | |
| Chenango House Supervised by Community Residence | 49 Fair St., Norwich, NY 13815 | |
| Intensive Supportive Apartment Program | 49 Fair St., Norwich, NY 13815 | |
| Supported Housing Program | 49 Fair St., Norwich, NY 13815 | |
| The Counseling Program, Catholic Charities of Chenango County | 19 Prospect St., Norwich, NY 13825 | |
| **Oneida** | | |
| Madison County Catholic Charities | 119 E. Walnut St., Oneida, NY 13421 | Oneida/Madison Catholic Charities 1408 Genesee Street Utica, NY 13502 |
| **Oswego** | | |
| Catholic Charities of Oswego County | 26 W. Bridge St., Oswego, NY 13126<br><br>57 S. Third St., Fulton, NY 13069<br><br>365 W. First St., Fulton, NY 13069 | 808 W Broadway, Fulton, NY 13069 |
| **Rome** | | |
| Catholic Charities of Rome | 212 W. Liberty St., Rome, NY 13440 | 199 W Dominick St, Rome, NY 13440 |
| **Utica** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Rome Area Catholic Charities (Including Chenango County) | 1408 Genesee St., Utica, NY 13502 | 199 W Dominick St, Rome, NY 13440 |
| Catholic Charities, Eastern Region | 1408 Genesee St., Utica, NY 13502 | |
| Catholic Social Services of Utica | 1408 Genesee St., Utica, NY 13502 | |
| Catholic Social Services of Rome | 227 On the Mall, Rome, NY 13440 | |
| Madison County Catholic Charities | Box 134 Morrisville, NY 13408 | Oneida/Madison Catholic Charities 1408 Genesee Street Utica, NY 13502 |
| Chenango County Catholic Charities | 14 South Broad St., Norwich, NY 13815 | 3 0'Hara Drive, Norwich NY 13815 |
| **Office of Human Development** | | |
| Syracuse Central Office | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Bishop Foery Foundation | 401 South Ave., Syracuse, NY 13204 | 100 Edmund Ave, Syracuse, NY 13205 |
| Broome County Human Development | 232 Main St., Binghamton, NY 13905 | |
| Rome NY Human Development Office | 1177 Erie Blvd., W., Rome, NY 13905 | |
| **Spanish Apostolate** | | |
| Spanish Apostolate of Syracuse NY | 170 Seymour St., Syracuse, NY 13202 | |
| Ladies of Charity | 232 Main St., Binghamton, NY 13905 | 331 Main Street, Binghamton, NY 13905 |
| **St. Vincent de Paul Society** | | |
| St. Vincent de Paul | 240 East Onondaga St., Syracuse, NY 13202 | |
| St. Vincent de Paul Society | 500 Seymour St., Syracuse, NY 13202 | Vincent House 500 Seymour St., Syracuse, NY 13202 |
| St. Vincent de Paul Furniture and Clothing Inc. | 500 Seymour St., Syracuse, NY 13202 | |
| St. Vincent de Paul Thrift Shop | 365-369 West First St., Fulton, NY 13069 | |
| **Catholic Youth Organizations** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Catholic Charities | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Neighborhood Division, Catholic Charities | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Toomey Residential and Community Services | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Alliance Division | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Family Division | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Central Office | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Neighborhood Centers | 1654 West Onondaga St., Syracuse, NY 13204 | |
| Brighton Family Center | 100 Edmund Ave., Syracuse, NY 13205 | |
| Near East Side Adventures Program | c/o E. Genesee Presbyterian Church 1700 East Genesee St., Syracuse, NY 13210 | |
| Salina Civic Center | 2826 Lemoyne Ave., Mattydale, NY | |
| Northside CYO | 527 North Salina St., Syracuse, NY 13208 | |
| Bishop Foery Foundation | 401 South Ave., Syracuse, NY 13204 | 100 Edmund Ave, Syracuse, NY 13205 |
| Vincent House | 514 Seymour St., Syracuse, NY 13204 | Vincent House 500 Seymour St., Syracuse, NY 13202 |
| Hawley Youth Program | 615 Hawley Ave., Syracuse, NY 13202 | 716 Hawley Ave., Syracuse, NY 13203 |
| CYO Fulton | 365-369 West First St., Fulton, NY 13069 | |
| Rome Area C.Y.O., St. John and St. Joseph Program | 1408 Genesee St., Utica, NY 13502 | |
| Catholic Charities, Youth Services Division | 1408 Genesee St., Utica, NY 13502 | Oneida/Madison Catholic Charities 1408 Genesee Street Utica, NY 13502 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Broome County CYO | 232 Main St., Binghamton, NY 13905 | |
| **Children's Institutions and Services** | | |
| House of Providence | 1654 West Onondaga St., Syracuse, NY 13204 | Providence House Apartments 1700 W Onondaga St, Syracuse, NY 13204 |
| **Day Care** | | |
| DePaul day Care Corporation | 1654 W. Onondaga St., Syracuse, NY 13204 | St. Vincent de Paul Day Care Center 1103 Burnet Ave, Syracuse, NY 13203 |
| St. Vincent Day Care Center | 401 South Ave., Syracuse, NY 13202 | |
| Cooperative Day Care Center | 1658 West Onondaga St., Syracuse, NY 13204 | 1654 West Onondaga St., Syracuse, NY 13204 |
| **Diocesan Summer Camps** | | |
| Lourdes Camp | 10 Mile Point, Skaneatles, NY 13152  1654 W. Onondaga St. Syracuse, NY 13204 | 11150 10 Mile Point Rd, Skaneateles, NY 13152 |
| Camp Nazareth | Woodgate, NY 13494  1408 Genesee St., Utica, NY 13502 | |
| **Family Life Bureau** | | |
| Family Life Education | 1342 Lancaster Ave., Syracuse, NY 13210 | Family/Respect Life Ministry 240 East Onondaga Street Syracuse, NY 13202-2608 |
| Southern Region | 400 Corey Ave., Endicott, NY 13760 | Family/Respect Life Ministry 240 East Onondaga Street Syracuse, NY 13202-2608 |
| Eastern Region | Box 843, Brimfield St., Clinton, NY 13323 | |
| Northern Region | 108 E. Sixth St., Oswego, NY 13126 | |
| Northern Region Religious Education Office | 108 E. Sixth St., Oswego, NY 13126 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Family Life Bureau of Broome County | 232 Main St., Binghamton, NY 13905 | |
| Family Life Bureau of Madison and Oneida Counties | 1408 Genesee St., Utica, NY 13502 | |
| **Division of Health and Hospitals** | | |
| Diocesan Director of Catholic Hospitals | 240 East Onondaga St., Syracuse, NY 13202 | |
| **General Hospitals** | | |
| St. Joseph's Hospital Health Center | 301 Prospect Ave., Syracuse, NY 13203 | |
| St. Mary's Hospital | 1654 W. Onondaga St., Syracuse, NY | Closed |
| Our Lady of Lourdes Memorial Hospital | 169 Riverside Dr., Binghamton, NY 13905 | |
| St. Elizabeth Hospital | 2209 Genesee St., Utica, NY 13501 | Closed |
| **Facilities for the Aged** | | |
| Loretto Rest Nursing Home Company, Inc. | 700 E. Brighton Ave., Syracuse, NY 13205 | |
| Loretto Rest, Inc. & Child Day Care Center | 750 E. Brighton Ave., Syracuse, NY 13205 | |
| Loretto Geriatric Community Residences, Inc. | 5018 S. Salina St., Syracuse, NY 13205 | Loretto Community Residences 4810 S. Salina St., Syracuse, NY 13205 |
| Bernardine Apartments, Inc. | 417 Churchill Ave., Syracuse, NY 13205 | |
| St. Camillus Health & Rehabilitation Center | 813 Fay Rd., Syracuse, NY 13219 | |
| **Nursing Homes** | | |
| St. Camillus Extended Care Facility | 813 Fay Rd., Syracuse, NY 13219 | |
| St. Camillus Foundation | 813 Fay Rd., Syracuse, NY 13219 | |
| St. Luke's Nursing Home | East River Rd., R.D. 4, Oswego, NY 13126 | 299 E. River Rd., Oswego, NY 13126 |
| St. Joseph Nursing Home | 2535 Genesee St., Utica, NY 13501 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Bethany House (Health Related Facilities and Nursing Home Company of Rome, Inc.) | 800 Est Chestnut St., Rome, NY 13440 | Bethany Gardens 800 W. Chestnut St., Rome, NY 13440 |
| **Specialty Housing** | | |
| Christopher Community, Inc. | 1654 W. Onondaga St., Syracuse, NY 13204 | 990 James St #100, Syracuse, NY 13203 |
| Churchill Manor, Inc. | 240 East Onondaga St., Syracuse, NY 13202 | c/o C T Corporation System 28 Liberty St., New York, NY 10005 |
| 420 Gifford St. | 420 Gifford St., Syracuse, NY 13204 | |
| Hawley Winton Housing Development Fund, Inc. | Attn. Peter White, Exec. Director 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Ludden Housing Development Fund Company, Inc. | Ludden Apartments, c/o Robert D. McAuliffe, 224 Harrison St., Syracuse, NY 13202  Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Mount St. James Corporation | 1654 W. Onondaga St., Syracuse, NY 13204  Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Mercy Hospital Housing Development Fund Co. Inc. | c/o Sr. Mary Aquin McKenzie 100 Thornton St., Auburn, NY 13021  Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Providence House Apartments | 1700 West Onondaga St., Syracuse, NY 13204<br><br>Christopher Community Inc., Managing Agent Peter White, Exec. Dir. 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Pompei Housing Development Fund Company, Inc. c/o Christopher Community, Inc. | 1654 W. Onondaga St., Syracuse, NY 13204<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Pond St. Housing Development Fund, Co., Inc. | Bishop Harrison Apartments, Pond St., Syracuse, NY 13208 | 300 Pond St., Syracuse, NY 13208 |
| Mount St. James Corporation (Incorporated: New York State, 1962) | 1654 W. Onondaga St., Syracuse, NY 13204<br><br>338 Jamesville Ave., Syracuse, NY 13204 | |
| St. Peter's Italian Church Housing Development Fund Co., Inc. | 709 James St., Syracuse, NY 13203<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| St. Luke's Housing Development Fund Co., Inc. | Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Pitcher Hill-Christopher Housing Development Fund Co., Inc. | 114 Elbow Rd., North Syracuse, NY 13212<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Stoneleigh Housing Development Fund Co., Inc. | 400 Lamb Ave., Canastota, NY 13032<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| SEPP | 139  Main St., Binghamton, NY 13901<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Bartell Rd. Housing Development Fund Company, Inc. | Bartell Rd., Brewerton, NY 13029<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Cicero Housing Development Fund Company, Inc. | 224 Harrison St., Syracuse, NY 13202<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| C.N.C. Inc. | West Thomas St., Rome, NY 13440 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Rome Mall Housing Development Fund Company | c/o Mall Apts. 240 East Onondaga St., Syracuse, NY 13202<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Redfield South Housing Development Fund Co., Inc. | Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| **Programs for the Handicapped** | | |
| L'Arche | 1701 James St., Syracuse, NY 13206<br><br>1226 Butternut St., Syracuse, NY 13208 | L'Arche Syracuse 920 Spencer St., Syracuse, NY 13204 |
| The Heenan Spiritual Program, Inc. | 1629 Genesee St., Utica, NY 13501 | |
| St. John and Joseph Home, Inc. | 1408 Genesee St., Utica, NY 13502 | |
| **Monasteries and Residences of Priests and Brothers** | | |
| Provincial Home of the Immaculate Conception Province of the Order of Friars Minor Conventual. St. Francis Friary | Assumption Parish 812 No. Salina St., P.O. Box 1387, Syracuse, NY 13201 | Friars Minor of the Order of St. Francis 125 Thompson Street New York, NY 10012-3110 |
| Bishop Grimes Priests Residence | 6655 Kirkville Rd., East Syracuse, NY 13057 | |
| Bethany House | 806 Court St., Syracuse, NY 13201 | 5583 S. Salina St., Syracuse, NY 13205 |
| St. Pius X Home, Inc. | 714 E. Brighton Ave., Syracuse, NY 13205 | |
| Bishop Grimes Faculty House | 6655 Kirkville Rd., East Syracuse, 13057 | |
| Bishop Ludden Faculty House | 600 West Manchester Rd., Syracuse, NY 13219 | 815 Fay Rd, Syracuse, NY 13219 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Jesuits at LeMoyne, Inc. | 1419 Salt Springs Rd., Syracuse, NY 13214 | |
| Bishop Grimes Priests Residence | 6655 Kirkville Rd., East Syracuse, NY 13057 | |
| St. Vincent's Mission House | 10475 Cosby Manor Rd., Utica, NY 13502 | |
| **Convents and Residences for Sisters** | | |
| Dominican Monastery of the Perpetual Rosary | 802 Court St., Syracuse, NY 13208 | |
| Convent of St. Anthony and Motherhouse and Novitiate of the sisters of the Third Franciscan Order M.C. | 1024 Court St., Syracuse, NY 13208 | |
| Franciscan Formation House | 1001 Court St., Syracuse, NY 13208 | |
| St. Clare Convent | 1001 Court St., Syracuse, NY 13208 | |
| Transfiguration Monastery | R.D. 2, Box 2612, Windsor, NY 13865 | 701 NY-79, Windsor, NY 13865 |
| Diocesan Sisters of Syracuse | 468 Woodruff Ave., Syracuse, NY 13208 | |
| Sisters of St. Joseph of Carondelet | 811 Milton Ave., Syracuse, NY 13204

921 Milton Ave., Syracuse, NY 13204

1323 Vestal Ave., Binghamton, NY 13903

R.D. No. 2, Box 403, Windsor, NY 13865 | 10777 Sunset Office Drive, Ste. 10 St. Louis, MO 63127 |
| Daughters of Charity | 57 Chestnut St., Binghamton, NY 13905

12 Ballantyne Brae, Utica, NY 13501 | 96 Menand Road Albany, New York 12204-1499 |
| St. Francis Convent | Alverna Heights, Green Lakes Rd., Fayetteville, NY 13066 | 7770 Green Lakes Rd., Fayetteville, NY 13066 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Sisters of the Third Franciscan Order, M.C. | O.S.F. Faculty Residence 300 Hart St., Fulton, NY 13069 | 225 Greenfield Parkway Suite 208 Liverpool, NY 13088 |
| **Retreat House** | | |
| Christ the King Retreat House | 500 Brookford Rd., Syracuse, NY 13224 | Closed |
| Stella Maris Retreat House and Center for Renewal | 130 E. Genese St., Skaneatles, NY 13152 | Closed |
| **Campus Ministry/Newman Centers** | | |
| Syracuse University, St. Thomas More Foundation, Inc. | 112 Walnut Pl., Syracuse, NY 13210 | 110 Walnut Pl., Syracuse, NY 13210 |
| St. John fisher House of Studies | 110 Walnut Pl., Syracuse, NY 13210 | |
| LeMoyne College | LeMoyne College, Syracuse, NY 13214 | 1331 Salt Springs Rd., Syracuse, NY 13214 |
| Maria Regina College | 812 N. Salina St., Syracuse, NY | Closed |
| Onondaga Community College | 4791 W. Seneca Tpke., Syracuse, NY 13219 | 4585 W. Seneca Tpke., Syracuse, NY 13215 |
| Broome Community College | P.O. Box 248, Maine, NY 13802 | 907 Front St., Binghamton, NY 13905 |
| Powelson Business Institute | 259 E. Onondaga St., Syracuse, NY 13202 | Closed |
| State University of New York at Binghamton | 400 Murray Hill Rd., Binghamton, NY 13903 | 4400 Vestal Pkwy E., Binghamton, NY 13902 |
| Cazenovia College | 6 Green St., Cazenovia, NY 13035 | Closed |
| Hamilton College | 13 Marvin St., Clinton, NY 13323 | 198 College Hill Rd, Clinton, NY 13323 |
| Newman Foundation of Cortland, Inc. At the State University College of Cortland | 8 Calvert St., Cortland, NY 13045 | |
| Colgate University | 16 Wylie St., Hamilton, NY 13346 | 13 Oak Dr. E Ext., Hamilton, NY 13346 |
| St. Joan of Arc Newman Associ. At State University of New York (SUNY) Morrisville Agricultural and Technical College | St. Joan of Arc, P.O. Box A 28 Union St., Morrisville, NY 13408 | 80 Eaton St, Morrisville, NY 13408 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Newman Foundation, Inc., State University of New York | Hall Newman Center, New St., P.O. Box 207, Oswego, NY 13126 | 36 New St, Oswego, NY 13126 |
| Mohawk Valley Community College, Newman Apostolate | 1204 Sherman Dr., Utica, NY 13501 | 1101 Sherman Dr, Utica, NY 13501 |
| Utica College of Syracuse University | 1433 Burrstone Rd., Utica, NY 13502 | 1600 Burrstone Rd, Utica, NY 13502 |
| State University of New York Institute of Technology at Utica/Rome | 1433 Burrstone Rd., Utica, NY 13502 | 100 Seymour Rd, Utica, NY 13502 |
| Upper Utica College | 1204 Sherman Dr., Utica, NY 13501 | 1600 Burrstone Rd, Utica, NY 13502 |
| **Miscellaneous Listings** | | |
| Grimes Foundation | 240 E. Onondaga St., Syracuse, NY 13202 | |
| ONE (Opportunity Network in Economics) | 1101 Burnet Ave., Syracuse, NY 13203 | |
| St. Francis Social Adult Day Service | 1108 Court St., Syracuse, NY 13208 | Closed |
| Saint Thomas Preparatory Seminary Fund | P.O. Box 511, Syracuse, NY 13201 | |
| Spiritual Renewal Center | 1118 Court St., Syracuse, NY 13208 | 1342 Lancaster Ave, Syracuse, NY 13210 |
| Ladies of Charity | 232 Main St., Binghamton, NY 13905 | 331 Main St., Binghamton, NY 13905 |
| Mount St. Francis Hermitage | P.O. Box 276, Maine, NY 13802 | 120 Edson Rd, Endicott, NY 13760 |
| Bishop Harrison Education Foundation | P.O. Box 7158, Endicott, NY 13760 | |
| Calvert Court, Inc. | 672 W. Onondaga St., Syracuse, NY 13204 | |
| Monsignor David C. Gildea foundation for Bishop Ludden High School, Inc. | | |
| Catholic Information Center | 91 Court St., P.O. Box 1562, Binghamton, NY 13902 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Bergamo-East, Ecumenical Conference, Educational, and Spiritual Renewal Center | Chaminade Rd., Marcy, NY 13403 | |
| Matthew Carton Foundation | First National Bank Bldg., Utica, NY 13501 | |

## ATTACHMENT N

### Co-Defendants

| Entity | Address |
|---|---|
| Unnamed Catholic School | 1031 Bellevue Ave., Syracuse, NY 13207 |
| Assumption of the Blessed Virgin Mary | 37 Fayette St, Binghamton, NY |
| Basilica of the Sacred Heart | 927 Park Ave, Syracuse, NY 13204 |
| Binghamton YMCA | 61 Susquehanna St, Binghamton, NY 13901 |
| Bishop Grimes High School | 6653 Kirkville Rd, East Syracuse, NY 13057 |
| Bishop Ludden Highschool | 815 Fay Rd, Syracuse, NY 13219 |
| Brothers of the Christian Schools District of Eastern North America Inc | 444 Highway 35, Eatontown, NJ 07724 |
| Camp Stella Maris | 4395 E Lake Rd, Livonia, NY 14487 |
| Cathedral of the Immaculate Conception | 259 E Onondaga St, Syracuse, NY 13202 |
| Cathedral School | 240 E Onondaga St, Syracuse, NY 13202-2608 |
| Catholic Charities | 100 Main St, Binghamton, NY 13905 |
| Catholic Charities of the Roman Catholic Diocese of Syracuse | 1654 West Onondaga Street, Syracuse, NY 13204 |
| Christ the Good Shepherd Parish | 50 E Mohawk St., Oswego NY 13126 |
| Christ the King Church | 21 Cherry Tree Cir, Liverpool, NY 13090 |
| Christ the King Church | 3600 Phyllis St, Endicott, NY 13760 |
| Christian Brothers Academy | 6245 Randall Rd, Syracuse, NY 13214 |
| Church of the Holy Trinity | 4876 Onondaga Rd, Syracuse, NY 13215 |
| Diocese of Syracuse | 240 E Onondaga St, Syracuse, NY 13202 |
| Faculty Home | 81 E Albany St., Oswego, NY 13126 |
| First United Church | 823 Franklin Park Dr, East Syracuse, NY 13057 |
| Gethsemane United Methodist Church | 1700 Butternut St, Syracuse, NY 13208 |
| Holy Family Church | 127 Chapel Dr, Syracuse, NY 13219 |
| Holy Family Church | 45 W 4th St., Fulton, NY 13069 |
| Holy Trinity Church | 1206 Lincoln Ave, Utica, NY 13502 |
| Holy Trinity Church | 309 Buffalo St, Fulton, NY 13069 |
| House of Providence | 1700 W. Onondaga Street Syracuse, NY 13204 |
| Immaculate Conception Cathedral | 400 Salt Springs St, Fayetteville, NY 13066 |
| Knights of Columbus | 201 Main St, New York Mills, NY 13417 |
| Lourdes Camp | 1150 Ten Mile Point Rd, Skaneateles, NY 13152 |
| Most Holy Rosary | 111 Roberts Avenue, Syracuse, NY 13207 |
| Most Holy Rosary | 111 Roberts Ave, Syracuse, NY 13207 |

| | |
|---|---|
| Most Holy Rosary | 111 Roberts Ave., Syracuse, NY 13207 |
| Nazareth Farm | 665 Nazareth Farm Rd, Salem, WV 26426 |
| Notre Dame Elementary School | 11 Barton Ave., Utica, NY 13502 |
| Notre Dame High School | 2 Notre Dame Ln, Utica, NY 13502 |
| Our Lady of Angels Church | 3600 Phyllis St, Endicott, NY 13760 |
| Our Lady of Good Counsel | 701 W Main St, Endicott, NY 13760 |
| Our Lady of Hope | 4845 S Salina St, Syracuse, NY 13205 |
| Our Lady of Lourdes Church | 300 Valley Dr, Syracuse, NY 13207-2237 |
| Our Lady of Lourdes Church | 2 Barton Ave., Utica, NY 13502 |
| Our Lady of Peace | 203 Halcomb St, Syracuse, Ny 13209 |
| Our Lady of Pompei | 920 N McBride St, Syracuse, NY 13208 |
| Our Lady of Pompeo Church and School | 301 Ash St, Syracuse, NY 13208 |
| Our Lady of the Rosary | 931 Cayuga St, Hannibal, NY 13074 |
| Parish of St. John and Andrew Catholic Church | 1263 Vestal Ave., Binghamton, NY 13903 |
| Proctor House | 1246 Hilton Ave, Utica, Ny 13501 NY |
| Rome State School | 401 Turin St, Rome, NY 13440 |
| Sacred Heart | 206 Main St, New York Mills, NY 13417 |
| Sacred Heart | 3974 County Rte 176, Oswego, NY 13126 |
| Saint Francis de Sales Church | 219 N Bellinger St., Hekimer, New York 13350 |
| Saint John the Baptist | 210 E Dominick St., Rome, NY 13440 |
| Saint Marianne Cope | 1001 Woods Rd., Syracuse, NY 13209 |
| Seton Catholic Central High School | 70 Seminary Ave, Binghamton, NY 13905 |
| Seton Catholic Central High School | 68 Seminary Ave Binghamton, NY 13905 |
| St. Agatha Church | 329 North Peterboro Street, Canastota, NY 13032 |
| St. Agnes | 422 Tilden Ave, Utica, NY 13501 |
| St. Alban's Church | 1308 Meadowbrook Dr, Syracuse, NY 13224 |
| St. Ann's Church | 104 Academy St, Manlius, NY 13104 |
| St. Anthony | 422 Tilden Ave, Utica, NY 13501-1034 |
| St. Anthony of Padua | 1515 Midland Ave., Syracuse, NY 13205 |
| St. Anthony of Padua | 306 Odell Ave, Endicott, NY 13760 |
| St. Anthony of Padua School | 1515 Midland Ave, Syracuse, NY 13205 |
| St. Augustine | 7333 Obrien Rd, Baldwinsville, NY 13027 |
| St. Bartholomew's Church | 81 E Main St, Norwich, NY 13815 |
| St. Bernard's | 199 Stafford Ave., Waterville, NY 13480 |
| St. Brigid | 320 Herkimer St, Syracuse, NY 13204 |
| St. Brigid and St. Joseph | 318 Herkimer St, Syracuse, NY 13204-1610 |
| St. Catherine's Parish | 1031 Chenango St. Binghamton, NY 13901 |
| St. Charles | 501 S Orchard Rd, Syracuse, NY 13219 |
| St. Cyril and Methodius | 148 Clinton St., Binghampton, NY 13905 |

| | |
|---|---|
| St. Daniels School | 611 Roxford Rd S, Syracuse, NY 13208 |
| St. Edwards | 108 St. Edwards St., Brooklyn, NY 12205 |
| St. Francis | 121 Saint Joseph Pl, Oneida, NY 13421 |
| St. Francis | 812 N Salina St, Syracuse, NY 13208-2513 |
| St. Francis of Assisi Church | 7820 Ny-298, Bridgeport, Ny 13030 |
| St. Francis Xavier Church | 1 W Main St, Marcellus, NY 13108 |
| St. James | 47 Main St, Johnson City, NY 13790 |
| St. James Church | 4845 S Salina St, Syracuse, NY 13205 |
| St. James Church | 147 Main St, Johnson City, NY 13790 |
| St. James Rectory | 6 Green St, Cazenovia, NY 13035 |
| St. James School | 4837 S Salina St, Syracuse, NY 13205 |
| St. John | 2191 NY-49, North Bay, NY 13123 |
| St. John | 35 3rd St, Camden, NY 13316 |
| St. John | 240 Bleecker St, Utica, NY 13501 |
| St. John the Baptist Church | 406 Court St, Syracuse, NY 13208 |
| St. John the Baptist Church | 210 E Dominick St, Rome, NY 13440 |
| St. John the Evangelist | 9 Livingston St, Binghamton, NY 13903 |
| St. John the Evangelist | 22 Church St, Camden, NY 13316-1428 |
| St. John the Evangelist School | 1 Sherman St., New Hartford, NY 13413 |
| St. John the Evangelist | 66 Oxford Rd., New Hartford NY 13413 |
| St. John's Church | 38 Erie St. Oswego, NY 13126 |
| St. Joseph | 5600 Genesee St, Camillus, NY 13031 |
| St. Joseph | 240 W 1st St, Oswego, NY 13126 |
| St. Joseph Patron Saint of the Universal Church | 185 Suydam St, Brooklyn, NY 11221-3308 |
| St. Joseph the Worker Church | 1001 Tulip St, Liverpool, NY 13088 |
| St. Joseph the Worker Church | 1001 Tulip St., Liverpool, NY |
| St. Joseph's | 702 Columbia St, Utica, NY 13502 |
| St. Joseph's Church | 178 West 2nd St., Oswego, NY 13126 |
| St. Lucy's Church | 432 Gifford St, Syracuse, NY 13204 |
| St. Margaret | 200 Roxboro Rd, Syracuse, NY 13211 |
| St. Mark | 440 Keyes Rd, Utica, NY 13502 |
| St. Mary | 201 Main St #1, New York Mills, NY 13417 |
| St. Mary | 107 W 7th St, Oswego, NY 13126 |
| St. Mary | 12 Marvin St., Clinton, NY |
| St. Mary | 59 N Main St, Cortland, NY 13045 |
| St. Mary | 47 Syracuse St, Baldwinsville, NY 13027 |
| St. Mary | 2 Prospect St, Clinton, NY 13323 |
| St. Mary of Assumption | 37 Fayette St., Binghamton, NY 13901 |
| St. Mary of Mt. Carmel Church | 648 Jay St, Utica, NY 13501-1308 |
| St. Mary of the Assumption | 148 State Route 49, Cleveland, NY 13042 |
| St. Mary of the Lake | 10 W Austin St, Skaneateles, NY 13152 |

| | |
|---|---|
| St. Mary of the Lake | 6735 Route 13, Verona Beach, NY 13162 |
| St. Mary, Star of the Sea | 3354 Main St, Mexico, NY 13114 |
| St. Mary's | 13 Marvin St., Clinton, NY 13323 |
| St. Mary's Assumption of the Blessed Virgin | 812 N Salina St, Syracuse, NY 13208 |
| St. Mary's Catholic School | 61 N Main St, Cortland, NY 13045 |
| St. Mathew's Roman Catholic Church | 229 W Yates St, East Syracuse, NY 13057 |
| St. Michael & St. Peter | 4791 W Seneca Turnpike, Syracuse, NY 13215 |
| St. Patrick | 9168 Main St, Taberg, NY 13471-1848 |
| St. Patrick | 3656 State Route 13, Truxton, NY 13158 |
| St. Patrick | 354 Elizabeth St, Oneida, NY 13421 |
| St. Patrick | 9 Leroy St, Binghamton, NY 13905 |
| St. Patrick's | 9168 Main St., Taberg, NY 13471 |
| St. Patrick's /St. Brigid's | 216 North Lowell Ave., Syracuse, NY |
| St. Paul | 16 Park Ave, Whitesboro, NY 13492 |
| St. Paul | 30 Pleasant St., Norwich, NY 13815 |
| St. Paul's Church | 15 Doubleday St, Binghamton, NY 13901-2501 |
| St. Peter's | 200 N James St, Rome, NY 13440 |
| St. Peters Church | 83 E Albany St, Oswego, NY 13126 |
| St. Peters Church | 422 Coventry Ave., Utica, NY 13502 |
| St. Stephens Church | 873 Dewitt St, Syracuse, NY 13203 |
| St. Vincent De Paul Blessed Sacrament Church | 165 Clifton Blvd., Vestal, NY 13850 |
| St. Vincent De Paul Blessed Sacrament Church | 342 Vine St., Syracuse, NY 13202 |
| The Church of the Annunciation | 7616 E South St, Clinton, NY 13323 |
| The Church of the Blessed Sacrament | 648 Jay St, Utica, NY 13501 |
| Transfiguration Church | 111 Ridge St, Rome, NY 13440 |
| Wilson Memorial Hospital | 33-57 Harrison St, Johnson City, NY 13790 |

## ATTACHMENT O

### Reduction Clause

12.5.2    If, for any reason any court does not recognize the channeling of the Insurer Contribution Claims of any Non-Settling Insurers to the Trust, or such Insurer Contribution Claims are not channeled for any reason, then the following shall apply:

a.    Settling Insurers shall retain their Insurer Contribution Claims; *provided*, *however*, that:

(i)    Settling Insurers shall not pursue any Insurer Contribution Claim against any Non-Settling Insurer: (A) that asserts an Insurer Contribution Claim solely against the Trust; (B) whose Insurer Contribution Claim is satisfied and extinguished entirely by the application of this Section 12.5; or (C) that does not assert an Insurer Contribution Claim against them;

(ii)    If a Non-Settling Insurer asserts its Insurer Contribution Claim only against the Trust, then Settling Insurers shall assign any Insurer Contribution Claims they may hold against such Non-Settling Insurer to the Trust, and the Trust shall be free to assert such Insurer Contribution Claims against such Non-Settling Insurer;

(iii)    If a Non-Settling Insurer releases its Insurer Contribution Claims, if any such exist, that it may have against Settling Insurers, then such released Settling Insurers shall release their Insurer Contribution Claims against such releasing Non-Settling Insurer.

(b)    In any Action, including the Insurance Coverage Adversary Proceeding, involving the Diocese, a Participating Party, or the Trust (collectively, the "Alleged Insured") or an Abuse Claimant, as applicable, and one or more Non-Settling Insurers, where such Non-Settling Insurer could assert any Insurer Contribution Claim against any Settling Insurers, then any judgment or award obtained by such Alleged Insured or Abuse Claimant against such Non-Settling Insurer shall be automatically reduced by the amount, if any, that such Settling Insurer would be liable to pay such Non-Settling Insurer as a result of the Non-Settling Insurer's Insurer Contribution Claim (the "Reduction Amount"), so that the Non-Settling Insurer's Insurer Contribution Claim is thereby satisfied and extinguished entirely. To accomplish this reduction, the Alleged Insured or Abuse Claimant shall obtain a finding from that court or arbitrator(s), as applicable, establishing the Reduction Amount before obtaining an entry of judgment against such Non-Settling Insurer. The Settling Insurer(s) allegedly responsible for the Non-Settling Insurer's Insurer Contribution Claim shall upon request and at the sole expense of the Trust cooperate in good faith with the Alleged Insured to take reasonable steps to aid the Alleged Insured in defending against the Insurer Contribution Claim or to otherwise establish the Reduction Amount contemplated in this paragraph.

(c)    If an Alleged Insured or Abuse Claimant and a Non-Settling Insurer enter into an agreement settling one or more Abuse Claims, such agreement shall include a provision whereby such Non-Settling Insurer releases its Insurer

Contribution Claims against Settling Insurers so long as Settling Insurers release their Insurer Contribution Claims against such Non-Settling Insurer.

(d)      Nothing contained in this Section 12.5.2 shall be interpreted to require the Trust to maintain or allocate a specific reserve for the costs set forth in this Section 12.5.2.

(e)      The above procedures shall bind, and inure to the benefit of, all Settling Insurers.

(f)      The Trust shall be solely responsible for the payment of all costs and expenses incurred by the Protected Parties in complying with their obligations under this Section 12.5.2.

## ATTACHMENT P

## Claimants Who Filed Abuse Actions
## with No Corresponding Proof of Claims

| No. | Index Number (if available) | Attorney Address |
|---|---|---|
| 1 | 007143/2021 | Andreozzi + Foote<br>4503 N Front St<br>Harrisburg, PA 17110 |
| 2 | 007156/2021 | Marc J Bern & Partners, LLP<br>60 East 42nd Street, Suite 950<br>New York, NY 10165 |
| 3 | 007493/2019 | Merson Law, PLLC<br>150 East 58th Street 34th Floor<br>New York, NY 10155 |
| 4 | 951246/2021 | Mansell Law LLC<br>85 8th Avenue, 6M<br>New York, NY 10011 |
| 5 | 007101/2021 | Law Offices of Ronald J. Kim, P.C.<br>PO Box 318<br>Saratoga Springs, NY 12866 |
| 6 | Unassigned (Plaintiff John Doe 28 J.N.) | Law Offices of Ronald J. Kim, P.C.<br>PO Box 318<br>Saratoga Springs, NY 12866 |
| 7 | Unassigned (Plaintiff LG 44 Doe) | Slater Slater Schulman LLP<br>488 Madison Avenue, 20th Floor<br>New York, NY 10022 |
| 8 | 007222/2021 | Schroeder Law Office, PLLC<br>P.O. Box 131747<br>The Woodlands, TX 77393 |

**<u>Exhibit 2</u>**

Redline

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (hereinafter the "**Agreement**") is made this __th day of ____, 2025, by and between The Roman Catholic Diocese of Syracuse, New York ("**Diocese**")[1] and the "**DOS Signatories**" on the one hand, and certain Underwriters at Lloyd's, London, and certain London Market Insurance Companies (collectively, "**London Market Insurers**"), on the other hand. (The aforementioned parties are referred to hereinafter collectively as the "**Parties**" or individually as a "**Party**").

## WITNESSETH THAT:

WHEREAS, the "**CVA**" and the "**ASA**" opened a window for individuals to file civil claims for injury suffered as a result of sexual conduct, which were otherwise time-barred;

WHEREAS, as a result of revival, pursuant to the CVA and the ASA, certain sexual abuse claims that were otherwise time-barred by the statute of limitations were brought against the Diocese and the DOS Signatories;

WHEREAS, the Diocese and certain DOS Signatories incurred, and may in the future incur liabilities, expenses, and losses arising out of the sexual abuse claims;

WHEREAS, each London Market Insurer subscribed severally, not jointly, the "**Subject Insurance Policies**";

WHEREAS, the Subject Insurance Policies provide various forms of coverage including Property Insurance, Casualty Insurance, and Crime Insurance;

WHEREAS, the Subject Insurance Policies are property of the Diocese's bankruptcy estate;

WHEREAS, the Diocese and certain DOS Signatories tendered "**Coverage Claims**" to London Market Insurers to seek insurance coverage for the Abuse Claims;

WHEREAS, London Market Insurers dispute the Coverage Claims;

WHEREAS, to address its liabilities for the Abuse Claims, on the "**Petition Date**," the Diocese filed the "**Bankruptcy Case**" in the "**Bankruptcy Court**";

WHEREAS, on January 15, 2021, the Diocese and DOS Signatories filed the "**Insurance Coverage Action**" as an adversary proceeding in the Bankruptcy Court;

WHEREAS, several London Market Insurers are named defendants in the Insurance Coverage Action, and dispute the substantive allegations and Coverage Claims asserted against them in the Insurance Coverage Action;

WHEREAS, on February 4, 2021, the Diocese filed the "**Mediation Motion**";

---

[1]      Terms in bold, inside quotation marks, are defined in Section 1, Definitions.

1

WHEREAS, the Bankruptcy Court: (i) on April 12, 2021, entered the "**Mediation Order**" approving the Mediation Motion, authorizing the selection of a mediator and directing the "**Mediation Parties**" to mediate the sexual abuse claims and the Coverage Claims; (ii) entered a text order appointing Judge Judith K. Fitzgerald (Ret.) as mediator; (iii) on June 7, 2022, entered an order concluding Judge Judith K. Fitzgerald's role as mediator and appointing Paul Van Osselaer as the new mediator; and (iv) on October 22, 2024, entered an order appointing Judge Shelley C. Chapman (Ret.) and Mr. Paul A. Finn as additional mediators;

WHEREAS, on February 20, 2024, the London Market Insurers filed an Answer in the Insurance Coverage Action;

WHEREAS, on April 25, 2025, the Parties, with the support of the "**Committee**", agreed to resolve their issues amicably;

WHEREAS, whether or not they (i) were subject to the **"Abuse Claims"**; or (ii) asserted Coverage Claims against the London Market Insurers, the Diocese and the DOS Signatories are settling with and releasing the "**LMI Entities**" pursuant to this Agreement;

WHEREAS, it is the intention of the Parties that the Diocese and the DOS Signatories shall sell, assign, and transfer the **"Purchased Property"** to the London Market Insurers, and the London Market Insurers shall buy the Purchased Property free and clear of any **"Interests"** of any **"Person"** and pay the "**Settlement Amount**" to the "**Trust**" no later than the "**Settlement Payment Date**" for the benefit of the "**Abuse Claimants**";

WHEREAS, notice of this Agreement shall be provided to all Persons who have alleged or may allege an Interest in the **"Purchased Property"**;

WHEREAS, the buyback of the Purchased Property is conditioned upon the satisfaction of the **"Conditions Precedent to Settlement Payment";**

WHEREAS, the Subject Insurance Policies will be endorsed with the **"Sexual Misconduct Exclusion"**, **"Cancellation Endorsement"**, and **"Time-Bar Exclusion",** effective upon the **Actual Payment Date**;

WHEREAS, it is the intention of the Parties that any and all Interests in or to the Purchased Property be extinguished, ended, and forever terminated;

WHEREAS, in **Attachment E**, the Diocese and the DOS Signatories have identified Persons covered or allegedly covered under the Subject Insurance Policies;

WHEREAS, it is the intention of the Parties that (i) the Diocese and the DOS Signatories shall (a) not retain any right, title, or Interest in or to the Purchased Property; and (b) release the LMI Entities from all "**Related Insurance Claims**"; and (ii) none of the LMI Entities shall have any remaining duty or obligation of any nature whatsoever to the Diocese or any DOS Signatory;

WHEREAS, subject to the Court entering the orders contemplated by this Agreement, each of the LMI Entities will be protected by the "**Settling Insurer Injunction**", the **"Gatekeeper Injunction"**, and the "**Channeling Injunction**";

WHEREAS, upon the **"Plan Effective Date"**, the Trust shall indemnify and hold harmless the LMI Entities and **"Underwriter Third-Party Beneficiaries"** as set forth below;

WHEREAS, the Diocese shall request the Settling Insurer Injunction, for the benefit of the **"Settling Insurers"** pursuant to the **"Approval Order"**, entry of which shall be a condition precedent to the **"Agreement Effective Date"**; and

WHEREAS, by this Agreement, the Parties intend to adopt, by way of compromise, and without prejudice to or waiver of their respective positions in other matters, without further trial or adjudication of any issues of fact or law, and without the London Market Insurers' admission of liability or responsibility under the Subject Insurance Policies, a full and final settlement that releases and terminates all Interests of Persons, including the LMI Entities, the Diocese, and the DOS Signatories relating to the Purchased Property, including all Interests relating to the "**Related Insurance Claims**", without prejudice to their respective positions on policy wordings or any other issues relating to the Insurance Coverage Action, the Related Insurance Claims, or otherwise.

## AGREEMENTS:

NOW, THEREFORE, in full consideration of the foregoing and of the mutual agreements herein contained, and intending to be legally bound, the Parties agree as follows:

**1.**   **Definitions**

The following definitions and the definitions used above apply to this Agreement as well as any exhibits or attachments hereto.  Where the listed terms are further defined in the body of this Agreement, the definitions listed here nonetheless apply and shall serve to further explain the meaning of those terms.  Each defined term stated in a singular form shall include the plural form, each defined term stated in plural form shall include the singular form, and each defined term stated in the masculine form or in the feminine form shall include the other.  The words "include," "includes," or "including" shall be deemed to be followed by the words "without limitation," and the phrase "relating to" or "relate to" means "in any way, directly or indirectly, with regard to, by reason of, based on, arising from, arising out of, relating to, or connected with".  (The words "include", "includes", and "including", and the phrase "relating to" are not capitalized herein.) This Agreement incorporates all attachments hereto to the same extent as if fully set forth herein. All references to "Sections" are references to sections of this Agreement unless otherwise specified.  Unless the context of this Agreement otherwise requires, the terms "hereto," "herein," "hereby," and derivatives of similar words refer to this entire Agreement.  References to statutes include all regulations promulgated thereunder and references to statutes or regulations include all statutory and regulatory provisions regardless of whether specifically referenced in this Agreement. The use of the terms "intend," "intended," or "intent," when describing the intention of the Parties, as the case may be, shall not be construed to create a breach of this Agreement when the stated intent is not achieved.

**a.**   **Abuse**

The term **"Abuse"** means any actual or alleged:

i.      sexual conduct or misconduct, sexual abuse or molestation, indecent  assault and/or battery,  rape,  pedophilia, hebephilia,  ephebophilia, lascivious behavior, undue

familiarity, or sexually-related physical, psychological, or emotional harm, or contacts, or interactions of a sexual nature between a child and an adult, or a nonconsenting adult and another adult, sexual assault, sexual battery, sexual psychological or emotional abuse, humiliation, or intimidation, any other sexual misconduct, or any conduct constituting a sexual offense, incest, or use of a child in a sexual performance (as such terms are defined in the New York Penal Law); or

ii.    non-sexual assault, battery, corporal punishment and other non-sexual nonsexual acts of physical, psychological, mental or emotional abuse, humiliation or intimidation (including physical abuse or bullying without regard to whether such physical abuse or bullying is of a sexual nature), and all other non-sexual tortious behavior of any type whatsoever.

For the avoidance of doubt, "Abuse" also includes (a) any conduct which would constitute a sexual offense as defined in article one hundred thirty of the New York Penal Law, incest as defined in section 255.27, 255.26 or 255.25 of the New York Penal Law, or the use of such Person in a sexual performance as defined in section 263.05 of the New York Penal Law, or a predecessor statute that prohibited such conduct at the time of the act; and (b) sexually-related injuries, including those stemming from the use of photography, video, or digital media.

b.    **Abuse Action**

The term "**Abuse Action**" means an Action asserting an Abuse Claim against the Diocese or any "**Participating Party**".

c.    **Action**

The term "**Action**" means any lawsuit, proceeding, or other action in a court, or any arbitration.

d.    **Actual Payment Date**

The term "**Actual Payment Date**" means, with respect to each paying London Market Insurer, and each of its respective "**LMI Related Persons**", in their capacities as such, the date following the Agreement Effective Date on which that London Market Insurer has transferred its respective, several, allocated share of the Settlement Amount to the Trust and the Trust has received such payment. The term "**Full Payment Date**" shall mean the date that all London Market Insurers have paid their respective, several, allocated shares of the Settlement Amount to the Trust and the Trust has received the full Settlement Amount.

e.    **Affiliates**

The term "**Affiliates**" means all past and present Persons that control, are controlled by, or are under the control of, another Person, including parents, subsidiaries, merged Persons, holding Persons, and acquired Persons, or any predecessor to such Person, and their successors and assigns, in their capacities as such.

**f.**      **Agents**

The term "**Agents**" means all past and present employees, officers, directors, agents, shareholders, principals, teachers, staff, members, board members, administrators, trustees, members, partners, managers, officials, advisory board members, advisory committee members, financial advisors, investment bankers, representatives, brokers, adjusters, managing agents, underwriting agents, other professionals, priests, deacons, brothers, sisters, nuns, other clergy, Persons bound by monastic vows, volunteers, attorneys, claims handling administrators, and representatives of a Person, in their capacities as such.

**g.**      **Agreement Effective Date**

The term "**Agreement Effective Date**" means the date on which all the following have occurred: (a) all Parties have executed this Agreement; (b) the Approval Order, including the Settling Insurer Injunction, becomes a Final Order; (c) the Confirmation Order becomes a Final Order; and (d) the Plan Effective Date has occurred.

**h.**      **Allocation Protocol**

The term "**Allocation Protocol**" means the protocol for allocation of funds to the Abuse Claims, developed by the Committee, which is attached as Exhibit 1 to the Plan Supplement.

**i.**      **Approval Order**

The term "**Approval Order**" means an order entered by the Court, upon a hearing following **"Bankruptcy Notice"**, which has become a "**Final Order**", containing all of the following provisions but no provision that is contrary to or inconsistent with the following provisions.  The wording of the Approval Order shall be mutually acceptable to the Diocese, the Parishes, the London Market Insurers, and the Committee.  The Approval Order shall contain provisions:

      **(i)**      Finding that the Bankruptcy Notice described in Section 1.n of this Agreement is reasonable and provides due and adequate notice of the Diocese's request for approval of this Agreement to all known and unknown Claimants and parties in interest in the Bankruptcy Case;

      **(ii)**      Approving this Agreement in its entirety, pursuant to Bankruptcy Code §§ 363(b), (f), and (m) and, if applicable, 105(a), and **"Bankruptcy Rules"** 6004 and 9019;

      **(iii)**      Authorizing, as of the Full Payment Date, the sale of the Purchased Property to London Market Insurers, free and clear of all Interests of all Persons, including all Interests, if any, arising under New York insurance law or any other applicable law, if any, with all Interests in and to, and **"Claims"** against, the Purchased Property being fully extinguished without reservation as to the LMI Entities, the Diocese, and the DOS Signatories;

21870816.v321870816.v4

(iv)    Ordering that all **"Claims"** and other Interests that any Person, including **"CMS"**, might have in, or against, the Purchased Property, attach to the Settlement Amount;

(v)    Ordering that, without further action of any Person, the Subject Insurance Policies shall be endorsed with the Sexual Misconduct Exclusion, Cancellation Endorsement, and Time-Bar Exclusion on the Full Payment Date;

(vi)    Ordering the Diocese to dismiss, with prejudice, all Claims against the London Market Insurers in the Insurance Coverage Action, within ten (10) Business Days after the Settlement Payment Date;

(vii)    Authorizing and directing the Parties to perform their respective obligations under this Agreement; and

(viii)    Issuing the **"Settling Insurer Injunction"**, subject to, and to become effective upon, the occurrence of the Actual Payment Date.

The Approval Order shall be accompanied by the **"Settlement Approval Findings and Conclusions"**.

**j.    ASA**

The term **"ASA"** means the New York Adult Survivors Act, which was codified in the New York Civil Practice Law & Rules 214-j.  The Adult Survivors Act created a one-year window from November 24, 2022, to November 23, 2023, for the revival of previously time-barred civil claims concerning Abuse that occurred after the Claimant reached eighteen years of age.

**k.    Bankruptcy Case**

The term "**Bankruptcy Case**" means the bankruptcy case filed by the Diocese in the Bankruptcy Court, entitled *In re The Roman Catholic Diocese of Syracuse, New York*, Case Number 20-30663.

**l.    Bankruptcy Code**

The term "**Bankruptcy Code**" means Title 11 of the United States Code, 11 U.S.C. § 101, *et seq.*

**m.    Bankruptcy Court**

The term "**Bankruptcy Court**" means the United States Bankruptcy Court for the Northern District of New York (Syracuse Division).

**n.    Bankruptcy Notice**

The term "**Bankruptcy Notice**" means notice as required under Bankruptcy Rules 2002, 6004(a) and (c), and applicable local rules, sent to (i) all Claimants, including Abuse Claimants, against the Diocese, any DOS Signatory, or any Participating Party, or their attorneys, if any, who are known to the Diocese or any DOS Signatory, including Claimants and co-defendants named in

any proof of claim filed in the Bankruptcy Case or any Abuse Action, as set forth on **Attachment N,** and **Attachment P** hereto; (ii) the Committee; (iii) the "**Unknown Claimants Representative**"; (iv) each DOS Signatory and each Participating Party; (v) all Persons listed in the Catholic Directory, as set forth on **Attachment M,** hereto; (vi) each Insurer; (vii) the Secretary of the Department of Health and Human Services; (viii) "**CMS**"; (ix) the United States Attorney for the Northern District of New York; (x) each Person who, in the opinion of any Party, might reasonably be expected to be affected by the transactions contemplated herein; (xi) all other Persons as directed by the Court; and (xii) all other Persons that must be served with written notice under Bankruptcy Rule 2002, including all Persons who have filed notices of appearance in the Bankruptcy Case.  Notice shall also be given by publication in the national edition of either *The New York Times* or *USA Today*, and in each of  The Post Standard, *The Rochester Democrat & Chronicle*, *The Observer-Dispatch*, *The Press & Sun Bulletin*, *The Albany Times Union*, *The Catholic Sun*, *North Country Catholic*, and *The Evangelist*.

o.      **Bankruptcy Rules**

The term **"Bankruptcy Rules"** means the Federal Rules of Bankruptcy Procedure, as such may be amended from time to time

p.      **Bar Date**

The term **"Bar Date"** means April 15, 2021, at 11:59 p.m. (Eastern time), the deadline by which Claimants were required to file proof of claim forms for prepetition Claims, including Abuse Claims, against the Diocese.

q.      **Business Day**

The term **"Business Day"** means any day that is not a Saturday, Sunday, or legal holiday, in the State of New York or the United Kingdom.

r.      **Cancellation Endorsement**

The term "**Cancellation Endorsement**" means the wording, set forth verbatim in **Attachment G**, with which the Subject Insurance Policies shall be endorsed on the Full Payment Date, effective as set forth in Section 1.i(v).

s.      **Channeling Injunction,**

The term "**Channeling Injunction**" means an order of the Court requiring all Channeled Claimants to assert their Channeled Claims against the Trust, and barring and permanently enjoining such Claims against the **Protected Parties**", pursuant to § 105 of the Bankruptcy Code, substantially in the form set forth in **Attachment H,** unless the London Market Insurers,  the Diocese, and the Committee agree otherwise in writing.

t.      **Claim**

The term "**Claim**" means a "claim," as that term is defined in section 101(5) of the Bankruptcy Code, and includes: any claim, Action, assertion of right, complaint, cross-complaint, counterclaim, liabilities, obligations, rights, request, allegation, mediation, litigation, direct action, administrative proceeding, cause of action, lien, encumbrances, indemnity, equitable indemnity,

21870816.v321870816.v4

right of subrogation, equitable subrogation, defense, injunctive relief, controversy, contribution, exoneration, covenant, agreement, promise, act, omission, trespass, variance, damages, judgment, compensation, set-off, reimbursement, restitution, cost, expense, loss, exposure, execution, attorney's fee, obligation, order, affirmative defense, writ, demand, inquiry, request, directive, obligation, proof of claim in a bankruptcy proceeding or submitted to a trust established pursuant to the Bankruptcy Code, government claim or Action, settlement, and/or any liability whatsoever, whether past, present, or (to the extent it arises prior to the Plan Effective Date) future, known or unknown, asserted or unasserted, foreseen or unforeseen, fixed or contingent, matured or unmatured, liquidated or unliquidated, direct, indirect or otherwise consequential, whether in law, equity, admiralty, under the Bankruptcy Code, or otherwise, whether currently known or unknown, whether compromised, settled or reduced to a consent judgment, that may exist now or hereinafter for property damages, compensatory damages (such as loss of consortium, wrongful death, survivorship, proximate, consequential, general and special damages), punitive damages, bodily injury, personal injury, public and private claims, or any other right to relief whether sounding in tort, contract, extra-contractual or bad faith, statute, strict liability, equity, nuisance, trespass, statutory violation, wrongful entry or eviction or other eviction or other invasion of the right of private occupancy, and any amounts paid in respect of any judgment, order, decree, settlement, contract, or otherwise.

### (i)  Abuse Claim

(A) The term "**Abuse Claim**" means any Claim that has been or could be asserted against the Diocese or any Participating Party that is attributable to, arises from, is based upon, or results from Abuse that occurred prior to the Petition Date, including any such Claim that seeks monetary damages or any other relief under any theory of liability, law, or equity whatsoever, including contribution, indemnity, vicarious liability, *respondeat superior*, conspiracy, fraud (including fraud in the inducement), any negligence-based or employment-based theory (including negligent hiring, supervision, retention, or misrepresentation), any other theory based upon misrepresentation, concealment, or unfair practice, public or private nuisance, or any other theory (including any theory based upon public policy) or any act or failure to act by the Diocese or any Participating Party, or any other Person for whose acts, or failures to act, the Diocese or any Participating Party is or was alleged to be responsible. For the avoidance of doubt, "Abuse Claim" includes (a) all Unknown Abuse Claims, Child Abuse Claims (or any other Claim or cause of action described in the CVA) and Adult Abuse Claims (or any other Claim or cause of action described in the ASA) against the Diocese or any Participating Party and (b) any Claim against the Diocese or any Participating Party that is attributable to, arises from, is based upon, relates to, or results from Abuse that, as of the Petition Date is barred by any applicable statute of limitations, and in each case, irrespective of whether (x) such Claims also involve the conduct of Joint Tortfeasors, (y) such Claims arise under, or were revived pursuant to, the CVA or ASA, or any future reviver law, statute, or binding precedential decision passed or issued on or after the **"Plan Effective Date"**, or (z) a proof of claim has been filed or an Abuse Action has been commenced with respect to such Claim.

21870816.v3 21870816.v4

(B) The term "**Unknown Abuse Claim**" means any Abuse Claim asserted against the Diocese, the Reorganized Diocese, and/or a Participating Party, or otherwise presented to the Trust, that alleges Abuse that occurred prior to the Petition Date, and which is not (i) filed on or before the Plan Effective Date; or (ii) the subject of a Timely Abuse Action commenced on or before the Plan Effective Date.

(C) The term "**Adult Abuse Claim**" means any Claim alleging Abuse that occurred at a time when the Abuse Claimant was 18 years of age or older.

(D) The term "**Child Abuse Claim**" means any Claim alleging Abuse that occurred at a time when the Abuse Claimant was less than 18 years of age.

**(ii)      Barred Claims**

The term "**Barred Claims**" means any and all Channeled Claims (specifically including all Abuse Claims, Medicare Claims, Extra-Contractual Claims), Non-Consenting Class 4 Claims, Coverage Claims, Tort Actions, Unknown Abuse Claims, Related Insurance Claims, Insurer Contribution Claims, Inbound Contribution Claims, Direct Action Claims, and every other Claim that (a) relates to (directly or indirectly), or connects in any way with an Abuse Claim or any of the Subject Insurance Policies; or (b) is otherwise released herein.  For the avoidance of doubt, "Barred Claims" include all Claims exempted from the injunctions (including the Channeling Injunction) set forth in the Plan.

**(iii)      Channeled Claims**

21870816.v3 21870816.v4

The term "**Channeled Claims**" means any and all Abuse Claims, Inbound Contribution Claims, Medicare Claims, Extra-Contractual Claims, or any other Claim against any Protected Party arising from or related in any way to an Abuse Claim or any of the Settling Insurer Policies, whenever and wherever arising or asserted, whether sounding in tort, contract, warranty, or any other theory of law, equity, or admiralty, including all Claims by way of direct action, subrogation, contribution, indemnity, alter ego, statutory or regulatory action, or otherwise; Claims for exemplary or punitive damages; Claims for attorneys' fees and other expenses, or Claims for any equitable remedy, *provided, however,* that "Channeled Claims" shall not include any Claim exempted from the injunctions set forth in the Plan.  For the avoidance of doubt (i) a Channeled Claim includes any Claim against a Protected Party based on allegations that it is an alter ego of a Person that is not a Protected Party, that the Protected Party's corporate veil should be pierced on account of Claims against a Person that is not a Protected Party, or based on any other theory under which the legal separateness of any Person and any other Person may be disregarded to impose liability for a Claim on either such Person, and (ii) notwithstanding anything to the contrary herein, Channeled Claims do not include any Claims to the extent they are asserted against Excluded Parties or Non-Settling Insurers; *provided, however*, any Claims that assert liability against an Excluded Party or Non-Settling Insurer in conjunction with a Protected Party shall be Channeled Claims as to such Protected Party. Solely for purposes of this definition of Channeled Claims, an "Excluded Party" is (1) any individual who personally committed an act of Abuse that resulted or would result in an Abuse Claim against any Protected Party, but solely in his or her capacity as an abuser; (2) the Holy See; and/or (3) any religious order or other Person that is an Affiliate of, or associated with the Roman Catholic Church (other than the Diocese, the Reorganized Diocese, the Participating Parties and their respective Related Persons; *provided, however*, that any Person who has actually or allegedly acquired or been assigned the right to make a Coverage Claim is not an "Excluded Party".

### (iv)    Consenting Class 5 Claims

The term "**Consenting Class 5 Claims***"* means all Abuse Claims held by Consenting Class 5 Claimants.  The term "**Consenting Class 5 Claimants***"* means all holders of Abuse Claims who have consented to having their Claim(s) against the Protected Parties released and enjoined under the Channeling Injunction, as contemplated in the Plan.

### (v)    Coverage Claims

The term "**Coverage Claims**" means all Claims under or relating to the Subject Insurance Policies or the rights and obligations thereunder, or the breach thereof, including Claims seeking insurance coverage.

### (vi)    Direct Action Claims

The term "**Direct Action Claims**" means all Claims against any LMI Entity that are identical or similar to, or relating to, any Abuse Claim, in that they seek to recover from any LMI Entity damages based on actual or alleged Abuse by a Person affiliated with or under the control and supervision of the Diocese or a Participating Party, whether arising by

21870816.v4

contract, in tort or under the laws of any jurisdiction, including any statute that gives a third party a direct cause of action against an insurer.

### (vii)    Extra-Contractual Claims

The term **"Extra-Contractual Claims"** means all Claims against the LMI Entities seeking any type of relief, other than coverage or benefits, under or with respect to the Subject Insurance Policies. Extra-Contractual Claims include Claims for compensatory, exemplary, or punitive damages, or attorneys' fees, interests, costs, or any other type of relief, alleging any of the following with respect to (a) any Subject Insurance Policies; (b) any Claim allegedly or actually covered under a Subject Insurance Policies; or (c) the conduct of any LMI Entity with respect to (a) or (b): (i) bad faith; (ii) failure or refusal to provide insurance coverage under any Subject Insurance Policy, including any failure or refusal to investigate or to provide a defense or adequate defense; (iii) failure or refusal to compromise and reasonably settle any Claim insured under any Subject Insurance Policy; (iv) failure to act in good faith; (v) violation or breach of any covenant or duty of good faith and fair dealing, whether express, implied,  or otherwise; (vi) violation of any state insurance codes, state surplus lines statutes or similar codes or statutes; (vii) violation of any unfair claims practices act or similar statute, regulation, or code, including any statute, regulation, or code relating to  unlawful, unfair, or fraudulent competition, business, or trade practices, and/or untrue or misleading advertising; (viii) any type of misconduct; or (ix) any other act or omission of any type by any LMI Entity for which the Claimant seeks relief other than coverage or benefits under a Subject Insurance Policy. "Extra-Contractual Claims" further include all Claims relating to any LMI Entity's (x) handling of any Claims under the Subject Insurance Policies, (y) conduct in negotiating this Agreement and/or the Plan, and (z) conduct in the settlement of any Claims.  For the avoidance of doubt, Extra-Contractual Claims of the Diocese and the DOS Signatories are included within the property the London Market Insurers are purchasing hereunder.

### (viii)    Inbound Contribution Claims

The term **"Inbound Contribution Claims"** means all Claims against the Diocese or any Participating Party, by a Person that is liable for, allegedly liable for, or that has paid, a Claim relating to Abuse and is asserting rights to contribution, indemnity, equitable indemnity, subrogation, or equitable subrogation, allocation or reallocation, or reimbursement, or any other  indirect or derivative recovery.  Inbound Contribution Claims include all Insurer Contribution Claims.

### (ix)    Insurer Contribution Claims

The term **"Insurer Contribution Claims"** means all Claims, most commonly expressed in terms of contribution, indemnity, equitable indemnity, subrogation, equitable subrogation, allocation, reallocation, reimbursement, or any other indirect or derivative recovery against a Settling Insurer, by an Insurer (including any Non-Settling Insurer) for the payment of money, where such Insurer contends that it has paid more than its equitable or proportionate share of a Claim against the Diocese and/or a DOS Signatory.

### (x)    Medicare Claims

21870816.v3 21870816.v4

The term **"Medicare Claims"** means all Claims relating to Abuse Claims by **"CMS"** and/or any other Agent or successor Person charged with responsibility for monitoring, assessing, or receiving reports made under **"MMSEA"** and pursuing Claims under MSPA, relating to any payments in respect of any Abuse Claims, including Claims for reimbursement of payments made to Abuse Claimants who recover or receive any Distribution from the Trust, **"Conditional Payments"**, and Claims relating to reporting obligations.

### (xi)    Non-Consenting Class 5 Claims

The term "**Non-Consenting Class 5 Claim**" means all Abuse Claims held by Non-Consenting Class 5 Claimants.  "**Non-Consenting Class 5 Claimants**" means the holders of Abuse Claims who affirmatively withhold consent to having their Claim(s) enjoined under the Channeling Injunction and/or released in the manner contemplated in the Plan, and who have not, prior to entry of the Confirmation Order, agreed in writing to provide such consent, to grant such releases, and to be treated as Consenting Class 5 Claimants for all purposes.

### (xii)    Related Insurance Claim

The term **"Related Insurance Claim"** means:

(A)    all Claims against any LMI Entity, held by the Diocese, any Participating Party, or any Abuse Claimant related to any Abuse Claim, including those for (i) indemnity and payment of any Abuse Claim; (ii) any LMI Entity's failure or refusal to provide insurance coverage for any Abuse Claim under any Subject Insurance Policy; (iii) any LMI Entity's tortious or wrongful claims handling including the failure or refusal of any LMI Entity to timely compromise and settle any Abuse Claims against the Diocese or any Participating Party pursuant to any Subject Insurance Policy; (iv) to the extent not otherwise encompassed by section (iii) above, any LMI Entity's failure or refusal to reasonably settle Abuse Claims; and (v) the interpretation or enforcement of the terms of any Subject Insurance Policy;

(B)    all Extra-Contractual Claims against any LMI Entity not included in the foregoing section (A); and

(C)    all other Claims against any LMI Entity that are under or relate to the Subject Insurance Policies.

### (xiii)    Settling Insurer Claim

The term **"Settling Insurer Claim"** means any Claim by a Settling Insurer for contribution, indemnity, equitable indemnity, subrogation, equitable subrogation, allocation, reallocation, reimbursement, or any other indirect or derivative recovery against a Non-Settling Insurer arising from the payment of the Settlement Amount.

**u.    <u>CMS</u>**

21870816.v3 21870816.v4

The term **"CMS"** means the Centers for Medicare and Medicaid Services of the United States Department of Health and Human Services, located at 7500 Security Boulevard, Baltimore, MD 21244-1850, and/or any other Agent or successor Person charged with responsibility for (i) monitoring, assessing, or receiving reports made under MMSEA for reimbursement of Medicare Claims; or (ii) receiving such reimbursement.

v.    **Committee**

The term **"Committee"** means the Official Committee of Unsecured Creditors appointed in the Bankruptcy Case, by the United States Trustee, pursuant to section 1102 of the Bankruptcy Code, as constituted from time to time, but does not mean the members of the Committee in their individual capacities.

w.    **Conditional Payment**

The term **"Conditional Payment"** means any payment by CMS, before the Plan Effective Date, in respect of any Abuse Claims, which is subject to potential recovery under the MSPA by CMS.

x.    **Conditions Precedent to Settlement Payment**

The term "**Conditions Precedent to Settlement Payment**" means all of the following:

(i)    This Agreement shall have been executed by all Parties;

(ii)    This Agreement shall have been approved by the Court;

(iii)    The Court shall have entered the Approval Order, including the **"Settlement Approval Findings and Conclusions"**, which shall be a Final Order;

(iv)    The "Confirmation Order" shall have been entered by the Court and the Court shall have issued the **"Confirmation Findings and Conclusions"**;

(v)    The Confirmation Order shall have become a Final Order;

(vi)    The Plan Effective Date shall have occurred; and

(vii)    The Agreement Effective Date shall have occurred.

y.    **Confirmation Findings and Conclusions**

The term "**Confirmation Findings and Conclusions**" means the findings of fact and conclusions of law required under Bankruptcy Code §§ 1129(a), and, if applicable, 105(a) and 1129(b), which are to be entered concurrently with the Confirmation Order, as necessary to confirm the Plan, including:

(i)    The Settlement Amount provides good and valuable consideration to the Diocese's bankruptcy estate and enables distributions to the Abuse Claimants;

13

(ii)     The DOS Signatories would not release their Interests in the Subject Insurance Policies unless they obtained the benefits of the Channeling Injunction, because to do so would have left them exposed to Abuse Claims, whether or not such Claims be valid, and whether or not coverage exists for such Claims;

(iii)    Therefore, the Channeling Injunction is necessary to the Agreement;

(iv)    The Channeling Injunction is narrowly tailored because it requires that only Channeled Claims against the Protected Parties be brought against the Trust; and

(v)     Therefore, the Channeling Injunction is necessary to the Plan;

**z.     Confirmation Order**

The term "**Confirmation Order**" means an order confirming the Plan entered by the Court, after a confirmation hearing upon Bankruptcy Notice, in a form and substance as required by this Agreement, which order has become a Final Order. The wording of the Confirmation Order shall be mutually acceptable to the Diocese, London Market Insurers, the Parishes, and the Committee. The Confirmation Order shall contain all of the following provisions, but no provision that is contrary to or inconsistent with this Agreement:

(i)     Confirming the Plan;

(ii)    Specifically, and individually, ordering all Persons, as set forth in the Plan, to act or refrain from acting as specified in the Plan;

(iii)   Incorporating the terms and provisions of this Agreement as though fully set forth therein;

(iv)    Ordering the Trustee to perform the obligations, if any, imposed upon the Trustee by this Agreement;

(v)     Issuing the Channeling Injunction;

(vi)    Issuing the Gatekeeper Injunction;

(vii)   Ratifying and incorporating the Settling Insurer Injunction;

(viii)  Ordering all Channeled Claimants to dismiss, with prejudice, any pending Actions against the Diocese and the Participating Parties based on Channeled Claims to the extent a Settling Insurer provides, or is alleged to provide, insurance coverage for such Claims, provided that a Non-Settling Insurer does not also provide, or is alleged to provide, insurance coverage for such Claims, and instead to assert such dismissed Claims against the Trust for resolution pursuant to the **"Trust Agreement"**;

(ix)    Including the Reduction Clause; and

(x)     Ordering that the Court shall (i) not grant stay relief for Claims actually, allegedly, or potentially implicating the Settling Insurer Policies; and (ii) reinstate the automatic stay if it had previously been lifted for Claims that actually, allegedly, or

14

potentially implicate any of the Settling Insurers Policies, unless and until the Confirmation Order is reversed, and such reversal becomes a Final Order.

The Confirmation Order shall be accompanied by the Confirmation Findings and Conclusions.

**aa.**  **Court**

The term "**Court**" means the Bankruptcy Court, the District Court, or any court with appellate jurisdiction over any order entered by the Bankruptcy Court and/or the District Court in the Bankruptcy Case, as applicable.

**bb.**  **CVA**

The term "**CVA**" means New York Child Victim's Act, which was codified in the New York Civil Practice Law & Rules 214-g.  The CVA created a one-year window from August 14, 2019, to August 13, 2020, for the revival of previously time-barred civil claims related to childhood sexual abuse, which was subsequently extended to August 13, 2021.

**cc.**  **District Court**

The term "**District Court**" means the United States District Court for the Northern District of New York.

**dd.**  **Diocese**

The term "**Diocese**" means The Roman Catholic Diocese of Syracuse, New York, the debtor and debtor in possession in the Bankruptcy Case.

**ee.**  **DOS Signatories**

The term "**DOS Signatories**" means the Persons, other than the Diocese, signing this Agreement, as set forth on **Attachment E**, hereto.

**ff.**  **Enjoined Party**

The term "**Enjoined Parties**" means all Persons who have held, hold, or may hold Claims that have been released, discharged, or are subject to exculpation, the Channeling Injunction or the Settling Insurer Injunction, pursuant to the Plan, the Confirmation Order, or the Approval Order.

**gg.**  **Entities' Release**

The term "**Entities' Release**" means the following:

**(i)**     The remising, release, covenant not to sue, and permanent discharge by the Diocese and the DOS Signatories and any subsequently appointed trustee or representative acting for any of the Diocese or any DOS Signatory, without further act by any Person, from and against all Related Insurance Claims that the Diocese or any DOS Signatory ever had, now has, or hereafter may have, from the beginning of time to the Actual Payment Date, of: (1) the LMI Entities; and (2) the respective heirs, executors, administrators, and

15

reinsurers (as such) of any of the Persons identified in clause (1) hereof, in their capacities as such.

(ii)    Except as set forth in Section 4.a.(i), the Entities' Release shall not release or discharge any obligations of any LMI Entity or its respective heirs, executors, administrators, and reinsurers (as such), if such LMI Entity's respective full allocable share of the Settlement Amount has not been paid pursuant to the terms herein.

**hh.    Equitas Entities**

The term "**Equitas Entities**" means Equitas Limited, Equitas Reinsurance Limited, Equitas Holdings Limited, Equitas Policyholders Trustee Limited, and any other Person from time to time in the Equitas Group.

**ii.    Excluded Party**

The term "**Excluded Party**" means (a) any individual who personally committed an act of Abuse that resulted or would result in an Abuse Claim against the Diocese or a Participating Party, but solely in his or her capacity as an abuser; (b) the Holy See; and (c) any religious order or other Person that is an Affiliate of or associated with the Roman Catholic Church (other than the Parties and their respective Related Persons); *provided, however,* that neither of the following is an "Excluded Party": (y) any Person claiming to be an insured (as a named insured, additional insured, or otherwise) under any of the Subject Insurance Policies; and/or (z) any Person who has actually or allegedly acquired or been assigned the right to make a claim for coverage under any of the Subject Insurance Policies.

**jj.    Final Order**

The term **"Final Order"** means an order or judgment that has not been reversed, vacated or stayed and as to which (a) the time to appeal, petition for *certiorari*, or move for a new trial, reargument or rehearing has expired and as to which no appeal, petition for *certiorari*, or other proceedings for a new trial, reargument or rehearing shall be pending or (b) if an appeal, *writ of certiorari*, petition for review, or reargument or rehearing thereof has been sought, such order shall have been affirmed by the highest court to which such order was appealed, or *certiorari* or review has been denied or from which reargument or rehearing was sought, and the time to take any further appeal, petition for *certiorari,* petition for review, or move for reargument or rehearing shall have expired; *provided, however,* that the possibility that a motion pursuant to Bankruptcy Code § 502(j) or 1144, or Federal Rules of Civil Procedure 59 or 60 or Bankruptcy Rules 9023 or 9024 may be filed with respect to such order shall not cause such order not to be a Final Order. For the avoidance of doubt, if the Plan is substantially consummated as defined in Bankruptcy Code § 1101(2) ("**Substantial Consummation**"), and any appeal of the Confirmation Order becomes equitably moot due to Substantial Consummation, the Confirmation Order shall be considered a Final Order as of the date that the order determining such appeal to be moot has become a Final Order.

**kk.    Gatekeeper Injunction**

16

21870816.v321870816.v4

The term **"Gatekeeper Injunction"** means the injunction set forth on **Attachment J** hereto.

**ll.**     **HHS**

The term "**HHS**" means the United States Department of Health and Human Services.

**mm.**     **Insurance Coverage Action**

The term "**Insurance Coverage Action**" means the adversary proceeding commenced by the Diocese in the Bankruptcy Court, on January 15, 2021, captioned as *The Roman Catholic Diocese of Syracuse, New York et al. v. Arrowpoint Capital et al.*, Adv. Pro. No. 21-50002.

**nn.**     **Insurance Policy**

The term "**Insurance Policy***"* means any known or unknown contract, binder, certificate, or policy of insurance or certificate of liability coverage issued to, subscribed any interest in, or underwrote any risk in, in effect on or before the Plan Effective Date, which actually, allegedly, or potentially provides liability coverage for the Diocese, any Participating Party, or any of their respective Related Persons.

**oo.**     **Insurance Settlement Agreement**

The term **"Insurance Settlement Agreement"** means a settlement agreement between the Diocese and the applicable Participating Parties, on the one hand, and one or more Settling Insurers, on the other hand, with the Committee's written consent. For the avoidance of doubt, this Agreement is an Insurance Settlement Agreement.

**pp.**     **Insurer**

The term **"Insurer"** means a Person (including its Affiliates, successors, and assigns) that has, or is alleged to have, issued, subscribed any interest in, assumed any liability for, or underwritten any risk in an Insurance Policy.

**qq.**     **Interests**

The term "**Interests**" means all Claims and all "interests" as that term is used in Bankruptcy Code § 363, and other rights of any nature, whether at law or in equity, including all interests or other rights under New York or any other applicable law.

**rr.**     **Joint Tortfeasor**

The term **"Joint Tortfeasor"** means any Person, other than the Diocese or a Participating Party, who is alleged to be a joint tortfeasor with the Diocese and/or any Participating Party in connection with the Abuse or alleged Abuse giving rise to an Abuse Claim.

**ss.**     **Lloyd's Underwriters**

The term "**Lloyd's Underwriters**" means:

17

(i)      All underwriters, members, or Names at Lloyds, London (including former underwriters, members, or Names) who through their participation in syndicates (including those identified on **Attachment B**) severally subscribed, each in his or her own proportionate share, one or more of the Subject Insurance Policies. "Lloyd's Underwriters" shall also include all Underwriters, members, or Names at Lloyd's, London (including former underwriters, members, and Names), whether or not they participated in the syndicates identified in Attachment B, who, through their participation in syndicates (including those identified on Attachment B) severally subscribed any of the Subject Insurance Policies in favor of the Diocese or any DOS Signatory: (a) the existence of which has not presently been established; or (b) the existence of which has been established but as to which identities of Names, members, or syndicates are not presently known.  Further, it is expressly understood that Persons are Lloyd's Underwriters only in their capacity as subscribers of the Subject Insurance Policies obtained through a London broker;

(ii)      All of the Related Persons of the Persons set forth in Section 1.ss.(i), and their respective predecessors and successors, if any, solely in such capacity; and

(iii)      All the respective heirs, executors, successors (including Equitas Insurance Limited ("**EIL**") to the extent EIL is a successor to any of the Persons identified in Section 1.tt.(i) with respect to the subject matter of this Agreement), assigns (including any administrator, receiver, trustee, personal representative, or equivalent appointee/s under relevant insolvency law), reinsurers, and retrocessionaries (as such) of any of the Persons identified in Section 1.ss.(i), if any, solely in their capacity as such.

(iv)      For the avoidance of doubt, the Underwriter Third-Party Beneficiaries, who receive certain specified benefits under this Agreement, are not Lloyd's Underwriters for the purpose of this definition.

### tt.      LMI Entities

The term "**LMI Entities**" means the London Market Insurers, and the "**LMI Related Persons**".

### uu.      LMI Related Persons

The term "**LMI Related Persons**" means, with respect to any London Market Insurer, such Person's heirs, executors, receivers, trustees, liquidators (provisional or otherwise) or equivalent appointee/s under relevant insolvency law, former shareholders, Affiliates and Agents, all solely in their capacities as such; *provided, however*, that no Person shall be an LMI Related Person if such Person is an Excluded Party.  "LMI Related Persons" also includes claims handling agents, service providers, trustees, reinsurers, retrocessionaires (with respect to the Equitas Entities, "retrocessionaires" includes National Indemnity Company and any other Person from time to time controlled (whether directly or indirectly) by Berkshire Hathaway, Inc., which provides retrocessional reinsurance to any one or more of the Equitas Entities), partners, financial advisors, accountants, and consultants, each of the foregoing Persons' respective predecessors, successors, assignors, and assigns, whether known or unknown, administrators, and all Persons acting on behalf of, by, through, or in concert with them, each in their capacities as such, with respect to the

21870816.v321870816.v4

Subject Insurance Policies.  For the avoidance of doubt, "LMI Related Persons" include the Underwriter Third-Party Beneficiaries.

### vv.   London Market Companies

The term **"London Market Companies"** means the companies doing business in the London insurance market, which severally subscribed, each in its own proportionate share, one or more of the Subject Insurance Policies (as identified in **Attachment A** to this Agreement). "London Market Companies" also include those companies doing business in the London insurance market who subscribed any Subject Insurance Policies (a) the existence of which has not presently been established but which provided insurance to the Diocese or a DOS Signatory; or (b) the existence of which has been established but the identity of such company as a subscribing Insurer is not presently known.  As used herein, London Market Companies shall mean, in their capacity as such, the named corporate Person, pool companies as such, and Related Persons.  A Person is a London Market Company only in its capacity as a subscriber of the Subject Insurance Policies (as opposed to other insurance policies) subscribed by them in the London insurance markets (as opposed to insurance markets located elsewhere).

### ww.   London Market Insurers

The term "**London Market Insurers**" means Lloyd's Underwriters and the London Market Companies listed in **Attachment B**.  London Market Insurers do not include any specific insurance company listed on Attachment C to this Agreement.

### xx.   Mediation

The term "**Mediation**" means the mediation by the Mediation Parties, as ordered by the Bankruptcy Court, on April 12, 2021 and on October 22, 2024.

### yy.   Mediation Motion

The term "**Mediation Motion**" means the Motion for Entry of an Order Referring the Insurance Coverage Action to Mediation, which was filed by the Diocese in the Insurance Coverage Action.

### zz.   Mediation Order

The term "**Mediation Order**" means the Order Directing Mediation and Appointing Mediator entered by the Bankruptcy Court in the Insurance Coverage Action.

### aaa.   Mediation Parties

The term "**Mediation Parties**" means, collectively: (a) the Diocese; (b) each of the plaintiff parishes in the Insurance Coverage Action; (c) each defendant made party to the Insurance Coverage Action; and (d) the Committee.

### bbb.   Mediators

21870816.v3 21870816.v4

The term "**Mediators**" means Judge Judith K. Fitzgerald (Ret.), Paul Van Osselaer, Judge Shelley C. Chapman (Ret.), and Mr. Paul A. Finn.

**ccc.**     **Medicare**

The term "**Medicare**" means Title XVIII of the Social Security Act, 42 U.S.C. § 1395, *et seq.*, enacted July 1, 1966, including all subsequent amendments thereto.

**ddd.**     **Medicare Beneficiary**

The term "**Medicare Beneficiary**" means any "**Medicare Eligible**" Abuse Claimant who has received a Conditional Payment.

**eee.**     **Medicare Eligible**

The term "**Medicare Eligible**" means an Abuse Claimant who is eligible to receive, is receiving, or has received Medicare benefits.

**fff.**     **MSPA or Medicare Secondary Payor Act**

The term "**Medicare Secondary Payor Act**" or "**MSPA**" means 42 U.S.C. §1395y *et seq.*, or any other similar statute or regulation, and any related rules, regulations, or guidance issued in connection therewith or amendments thereto, including the regulations promulgated thereunder, found at 42 C.F.R. §411.1 *et seq.*

**ggg.**     **MMSEA**

The term "**MMSEA**" means § 111 of the Medicare, Medicaid, and SCHIP Extension Act of 2007 (P.L.110-173), which imposes reporting obligations on those Persons with payment obligations under the MSPA.

**hhh.     Non-Settling Insurer**

The term "**Non-Settling Insurer**" means any Insurer that is not a Settling Insurer by the Plan Effective Date.

**iii.     Other Catholic Organization**

The term "**Other Catholic Organization**" means any Person (a) claiming to be an insured or assured (as a named insured, additional insured, or otherwise) under any of the Subject Insurance Policies and/or (b) who has actually or allegedly acquired or been assigned the right to make a Coverage Claim under any of the Settling Insurer Policies, excluding the Diocese, Parishes, Schools, Trust, and Abuse Claimants.

**jjj.     Parish**

The term "**Parish**" means any past or present Roman Catholic parish located within the geographical territory of the Diocese or subject to the canonical jurisdiction of the Bishop of

Syracuse, together with any corporation or other Person recognized under civil law that holds title to temporal property for, or on behalf of, any such parish.

**kkk.**   **Participating Parties**

The term "**Participating Parties**" means all Parishes, Schools, Other Catholic Organizations, and other Persons listed on **Exhibit A** to the Plan, and **Attachment K**, hereto.  The Diocese, Reorganized Diocese, and Settling Insurers shall not be Participating Parties.  For the avoidance of doubt, Excluded Parties are not Participating Parties.

**lll.**   **Person**

The term "**Person**" means an individual, corporation, corporation sole, partnership, association, limited liability company, joint stock company, proprietorship, unincorporated organization, joint venture, trust, estate, executor, legal representative, or organization, as well as any federal, international, foreign, state, or local governmental or quasi-governmental entity, body, or political subdivision or any agency, department, board or instrumentality thereof, any other entity, and any successor in interest, heir executor, administrator, trustee, trustee in bankruptcy, or receiver of any entity and also has the meanings set forth in Bankruptcy Code sections 101(15) and 101(41).

**mmm. Petition Date**

The term "**Petition Date**" means June 19, 2020.

**nnn.**   **Plan**

 The term "**Plan**" means the First Modified Fifth Amended Chapter 11 Plan of Reorganization for the Diocese, and all exhibits, Plan Supplements, and only the modifications or amendments thereto, which are accepted by the London Market Insurers, in writing, as approved and confirmed by Final Order of the Bankruptcy Court, and which resolves the Abuse Claims and is consistent with the terms and conditions of this Agreement.  Specifically, the Plan, which is currently filed at Docket No. [____], is acceptable to the London Market Insurers, shall include provisions:

>   **(i)**   Specifying the terms of this Agreement shall control in the event of any conflict with the Plan or the Confirmation Order;

>   **(ii)**   Setting forth the Channeling Injunction, Gatekeeper Injunction, and the Settling Insurer Injunction;

>   **(iii)**   Establishing the Trust, appointing the Trustee, and binding both of them to perform those requirements imposed upon them by this Agreement;

>   **(iv)**   Requiring the Trust to assume the Abuse Claims liability of the Diocese and the Participating Parties;

>   **(v)**   Channeling all Channeled Claims to the Trust, including all Claims against, and Interests in and to, the Purchased Property, upon the Plan Effective Date;

21870816.v321870816.v4

**(vi)**    Denominating each of the LMI Entities as a Settling Insurer;

**(vii)**    Requiring each Channeled Claimant receiving a payment from the Trust to sign a release of all Claims against the Protected Parties;

**(viii)**    Incorporating this Settlement Agreement and the releases and injunctions contained herein, by reference, and making the Settlement Agreement part of the Plan as if set forth fully within the Plan;

**(ix)**    Including the Reduction Clause;

**(x)**    Prohibiting the Diocese and the Trust from continuing to pursue the Insurance Coverage Action against London Market Insurers; requiring the Diocese and the Trust to dismiss the Claims against London Market Insurers in the Insurance Coverage Action, with prejudice, within ten (10) business days after the Settlement Payment Date, or if such Claims have already been dismissed without prejudice, deeming such dismissal to be with prejudice; and prohibiting any DOS Signatory from asserting any Coverage Claims against any LMI Entity;

**(xi)**    Describing the role of the Unknown Claimant Representative;

**(xii)**    Providing that none of the Protected Parties will have any reporting obligations in respect of their contributions to the Trust, or in respect of any payments, settlements, resolutions, awards, or other Claim liquidations by the Trust, under the reporting provisions of MSPA or MMSEA.  To that end, the following shall apply (and the Confirmation Order shall so provide):

A.    The Trust shall register as a "Responsible Reporting Entity" under the reporting provisions of MMSEA.

B.    With respect to all Abuse Claims, the Trust shall maintain sufficient funds to pay any Medicare Claims

C.    The Trust shall confirm whether the holder of any Abuse Claims that occurred after December 5, 1980, is enrolled in Medicare Parts A and B (fee-for-service), Part C (Medicare Advantage), or Medicare Part D (drug coverage).  This includes implementing an appropriate process to gather the necessary information for querying CMS on such determination, including, the Claimant's first and last name, date of birth, gender, address, and social security number or health insurance claim number.

D.    The Trust shall timely submit all reports required under MMSEA because of any Abuse Claims that occurred after December 5, 1980, settled, resolved, paid, or otherwise liquidated by the Trust.  The Trust, as a Responsible Reporting Entity, shall follow all applicable guidance published by the CMS and/or any other agency or successor Person charged with responsibility for tracking, assessing, or receiving reports made under MMSEA to determine whether, and, if so, how, to report to such agency or agencies under MMSEA.

21870816.v3 21870816.v4

E.      For Abuse Claims that occurred after December 5, 1980, before remitting funds to any Person on account of an Abuse Claim, the Trustee shall obtain (i) a certification that said Person (or such Person's authorized representative) has provided or will provide for the payment and/or resolution of any obligations owing or potentially owing under the MSP provisions, or any related rules, regulations, or guidance, in connection with, or relating to, such Abuse Claim, and (ii) an agreement that such Person indemnify the Trust for any such obligations.  The failure by one or more holders of Abuse Claims to follow these provisions shall not delay or impair the payment by the Trust to any other holder of an Abuse Claim following these provisions.

F.      Upon request, the Trust shall provide to a Settling Insurer or the Diocese information sufficient to perform their own queries to CMS, to the extent they wish to do so, including a report setting forth (I) each Abuse Claimant whom the Trustee has determined to be a Medicare Beneficiary; (II) the amount of (a) all Conditional Payments to each such Medicare Beneficiary, (b) the amount of the reserve maintained by the Trust for each Medicare Claim based upon such Conditional Payments.

G.      The Trust shall submit reimbursement to the CMS relating to Abuse Claims.

H.      With respect to all Abuse Claims, the Trust shall maintain sufficient funds to pay any potential reimbursements to the CMS in full and consider the potential future interests of the CMS.

I.      The Social Security Administration may change (or may have already changed) its processes and/or procedures in a manner that is inconsistent with the foregoing. The Trustee shall make best efforts to comply meaningfully with the foregoing while adhering to the Social Security Administration's most recent processes, procedures, and requirements.

J.      Nothing in the Plan shall imply, or constitute an admission, that the Protected Parties are "applicable plans" within the meaning of MMSEA, or that they have any legal obligation to report any actions undertaken by the Trust or contributions to the Trust under MMSEA or any other statute or regulation.

**ooo.    Plan Effective Date**

The term **"Plan Effective Date"** means the date on which the Plan, by its terms, becomes effective and binding upon the Diocese and all Persons asserting Claims against the Diocese, including the Abuse Claimants, as noticed on the Bankruptcy Case docket.

**ppp.    Plan Supplement**

The term **"Plan Supplement"** means one or more supplements to the Plan to be filed with the Bankruptcy Court in advance of the Confirmation Hearing which shall contain, among other things, the Allocation Protocol, the form of Trust Agreement, a list of known Insurance Policies,

21870816.v321870816.v4

the Diocese's non-monetary commitments, and each Insurance Settlement Agreement entered into prior to the Confirmation Date.

**qqq.    Protected Parties**

The term "**Protected Parties**" means the Diocese, the Reorganized Diocese, the Participating Parties, the Settling Insurers, and the Underwriter Third-Party Beneficiaries.

**rrr.    Purchased Property**

The term "**Purchased Property**" means the Subject Insurance Policies and the Related Insurance Claims**.**

**sss.    Reduction Clause**

The term "**Reduction Clause**" means Section 12.5.2 of the Plan, and Attachment O, hereto.

**ttt.    Related Person**

The term "**Related Person**" means, with respect to any Person, such Person's heirs, executors, receivers, trustees, liquidators (provisional or otherwise) or equivalent appointee/s under relevant insolvency law, former shareholders, Affiliates and Agents, all solely in their capacities as such; *provided, however*, that no Person shall be a Related Person if such Person is an Excluded Party.

**uuu.    Reorganized Diocese**

The term "**Reorganized Diocese**" means the Diocese, on and after the Plan Effective Date, after giving effect to the operative provisions of the Plan.

**vvv.    Resolute**

The term "**Resolute**" means Resolute Management Services Ltd. (formerly known as Equitas Management Services Limited).

**www.    School**

The term "**School**" means a past or present Catholic school owned by the Diocese or any Participating Party, including those identified as such on **Exhibit A** attached to the Plan, and **Attachment K** hereto, but does not include schools owned by any Excluded Party.

**xxx.    Settlement Amount**

The term "**Settlement Amount**" means the net sum of Twenty-Two Million, Five Hundred Thousand United States Dollars ($22,500,000.00).  Each London Market Insurer shall pay its several, respective, allocated share of the Settlement Amount pursuant to the terms of Section 2. Each London Market Insurer's respective, allocated, several share of the Settlement Amount is set forth on **Attachment D**.  The Settlement Amount is the consideration paid by London Market Insurers for (i) the purchase of the Purchased Property free and clear of the Interests of all Persons,

pursuant to section 363(b), (f) and (m), and Bankruptcy Rule 9019; (ii) the Settling Insurer Injunction; (iii) the Entities' Release; and (iv) the Channeling Injunction, Settling Insurer Injunction, and the Gatekeeper Injunction (collectively, "**Settlement Benefits**").

yyy.    <u>**Settlement Approval Findings and Conclusions**</u>

The term "**Settlement Approval Findings and Conclusions**" means findings of fact and conclusions of law pursuant to Bankruptcy Code §§ 363(b), (f), and (m) and Bankruptcy Rule 9019, entered concurrently with the Approval Order, as necessary for the Court to approve this Agreement, and to dismiss with prejudice the Insurance Coverage Action, as against the London Market Insurers including:

(i)    This Agreement is the result of long-term negotiations amongst the Parties, which began in April 2021, following the Bankruptcy Court's entry of the Mediation Order, and which ended in April 2025;

(ii)    The Purchased Property is property of the Diocese's bankruptcy estate and is therefore subject to the *in rem* jurisdiction of the Court;

(iii)    Because it would be impractical to divide the Purchased Property amongst the Diocese and the DOS Signatories, it was necessary for the Diocese to obtain the participation of the DOS Signatories in the Agreement;

(iv)    The Barred Claims are within the jurisdiction of the Bankruptcy Court;

(v)    The London Market Insurers required the Diocese to obtain the benefits of the Channeling Injunction, the Settling Insurer Injunction, and the Gatekeeper Injunction, for the LMI Entities and Underwriter Third Party Beneficiaries, as conditions precedent to entering into this Agreement and contributing the Settlement Amount;

(vi)    The London Market Insurers are purchasing the Purchased Property pursuant to this Agreement. The London Market Insurers are not purchasing any other assets of the Diocese or the DOS Signatories and are not a continuation of the Diocese or the DOS Signatories, nor engaging in a continuation of the Diocese's or the DOS Signatories' businesses. The London Market Insurers shall not have any responsibility or liability with respect to any of the Diocese's or the DOS Signatories' other assets;

(vii)    The London Market Insurers are not, and shall not be deemed to be, successors to the Diocese or any of the DOS Signatories, by reason of any theory of law or equity or as a result of the consummation of the transactions contemplated by this Agreement, or otherwise. The London Market Insurers shall not assume, or be deemed to have assumed, any liabilities or other obligations of the Diocese or any DOS Signatory;

(viii)    The Diocese demonstrated sound business reasons for the settlement of its Claims against the London Market Insurers in the Insurance Coverage Action and the implementation of such settlement through the sale of the Purchased Property to the London Market Insurers;

21870816.v321870816.v4

(ix)    The Parties mediated their disputes over the Abuse Claims and the Coverage Claims pursuant to the Mediation Order, beginning in April 2021;

(x)    In the Mediation, the Parties negotiated extensively, at arms-length, and in good faith.  Hence, London Market Insurers are purchasers in good faith of the Purchased Property, within the meaning of Bankruptcy Code section 363(m), and are entitled to all of the protections of that statute;

(xi)    The London Market Insurers are *bona fide* good faith purchasers of the Purchased Property, for value;

(xii)    The terms of the transactions contemplated by this Agreement, as well as the genesis and background of this Agreement, have been adequately disclosed to the Court;

(xiii)    The terms and conditions of this Agreement (including the consideration to be realized by the Diocese's bankruptcy estate) are fair and reasonable;

(xiv)    The transactions contemplated by this Agreement will benefit the Diocese's bankruptcy estate, its creditors and other stakeholders;

(xv)    The only potential holders of Interests in, to, or against the Purchased Property are the (a) Diocese; (b) the DOS Signatories; and (c) Persons who hold Claims against the Diocese and/or the DOS Signatories, which might be covered by the Subject Insurance Policies;

(xvi)    The Diocese and the DOS Signatories are Parties and hence are deemed to have consented to the sale within the meaning of Bankruptcy Code section 363(f)(2);

(xvii)    The Barred Claims are subject to *bona fide* dispute and hence the Purchased Property may be sold free and clear of such Claims pursuant to Bankruptcy Code section 363(f)(4);

(xviii)  All holders of Barred Claims could be compelled, in a legal or equitable Action, to accept a money satisfaction of such Claims, therefore the Purchased Property may be sold free and clear of such Claims pursuant to Bankruptcy Code section 363(f)(5);

(xix)    The compromises and settlements embodied in the Agreement have been negotiated in good faith, and are reasonable, fair, and equitable;

(xx)    In light of:

A.    The balance between the possible litigation success and the settlement's future benefits;

B.    The likelihood of complex and protracted litigation and the consequent inconvenience, expense, and delay;

C.    The interests of creditors, including the relative benefits to each class of creditors;

21870816.v321870816.v4

D.    Whether other parties in interest support the settlement;

E.    The competency and experience of counsel supporting the settlement;

F.    The experience and knowledge of the bankruptcy judge reviewing the settlement;

G.    The nature and breadth of releases to be obtained by officers and directors; and

H.    The extent to which the settlement is the product of arm's length bargaining.

this Agreement is fair and equitable and within the range of reasonable settlement terms, hence, it merits approval pursuant to Bankruptcy Rule 9019;

(xxi)    The Settlement Amount is fair, adequate, and reasonable consideration for (a) the sale by the Diocese and the DOS Signatories and the purchase by the London Market Insurers of the Purchased Property; (b) the Settling Insurer Injunction; (c) the Entities' Release; and (d) the protections afforded by the Channeling Injunction, and the Gatekeeper Injunction;

(xxii)    This Agreement is intended to be, and is, a compromise amongst the Parties and shall not be construed as: an admission of coverage under the Subject Insurance Policies; an admission concerning the amount of a reasonable settlement of any Claim; or an admission concerning the liability of, or damages caused by, the Diocese or any DOS Signatory with respect to any Abuse Claim, including the reasonableness of any such damages. Neither this Agreement nor any provision hereof shall be construed as a waiver, modification, or retraction of the Parties' positions on the interpretation and application of the Subject Insurance Policies. This Agreement does not reflect upon the Parties' views as to rights and obligations with respect to matters or Persons outside the scope of this Agreement. This Agreement is without prejudice to the positions taken by London Market Insurers with regard to other insureds, and without prejudice with regard to positions taken by the Diocese or the DOS Signatories with regard to other Insurers;

(xxiii)    The Diocese provided due and adequate notice of the (a) sale of the Purchased Property; (b) terms and conditions of this Agreement; and (c) the hearing before the Court to approve this Agreement and the sale of the Purchased Property, in accordance with Bankruptcy Rules 2002, 6004, and 9019 to all known and unknown Claimants, including by providing notice by publication to any Unknown Abuse Claimants;

(xxiv)    It would be impractical to divide the Purchased Property amongst the Diocese, DOS Signatories, and the holders of Abuse Claims; therefore, obtaining the value of the Purchased Property for the Diocese's bankruptcy estate and the Abuse Claimants requires the sale of the Purchased Property;

(xxv)    The sale of the Purchased Property outside the ordinary course of business satisfies the requirements of Bankruptcy Code section 363(b);

21870816.v321870816.v4

(xxvi)  To the extent any Claimant may have any legal or equitable right to assert a Claim either directly against the Subject Insurance Policies, which are being acquired by the London Market Insurers pursuant to this Agreement, or indirectly by asserting such Claim against the Diocese or any DOS Signatory, such Claims are deemed to be (a) "interests" as that term is used in Bankruptcy Code sections 363(f); and (b) "Interests" herein;

(xxvii) The sale of the Purchased Property free and clear of the Interests of all Persons satisfies the requirements of Bankruptcy Code section 363(f); and

(xxviii)                                    The Agreement may be approved pursuant to Bankruptcy Rule 9019(a).

### zzz.    Settlement Payment Date

The term "**Settlement Payment Date**" means the day sixty (60) days after the Conditions Precedent to Settlement Payment have all been satisfied, *provided, however*, that if such date is not a Business Day, the Settlement Payment Date shall be the next Business Day.

### aaaa.    Settling Insurers

The term "**Settling Insurers**" means the LMI Entities and any other Insurer, which is party to an Insurance Settlement Agreement that has been approved by the Court, and its Related Persons. A Settling Insurer's Related Persons shall receive the benefits and protections afforded to a Settling Insurer under the Plan; *provided, however*, that if such Related Person is a Related Person by virtue of being a predecessor, successor, or assign of a Settling Insurer, such Related Person shall only receive the benefits and protections afforded to a Settling Insurer under the Plan to the extent that: (i) such predecessor's liability was assumed by the Settling Insurer, and not independent of the liability of such Settling Insurer; and (ii) such successor's or assign's liability is derivative of the liability of the Settling Insurer and not independent of the liability of the Settling Insurer.

### bbbb.  Settling Insurer Policies

The term "**Settling Insurer Policies**" means, collectively, all Insurance Policies (or coverage parts of those policies) that are canceled, settled, or sold back to a Settling Insurer pursuant to one or more Insurance Settlement Agreements with the Settling Insurers.

### cccc.   Settling Insurer Injunction

The term "**Settling Insurer Injunction**" means an order of the Court enjoining all Barred Claims by all Persons who now, or in the future may, hold such Claims against the Settling Insurers, pursuant to Bankruptcy Code sections 363(f) and 105 or other provision of the Bankruptcy Code or applicable law, which states, *verbatim*, unless London Market Insurers, the Diocese, and the Committee agree otherwise in writing:

**PURSUANT TO SECTIONS 105(A), AND 363 OF THE BANKRUPTCY CODE, AND IN CONSIDERATION OF THE UNDERTAKINGS OF THE LONDON MARKET INSURERS PURSUANT TO THE SETTLEMENT AGREEMENT,**

21870816.v3 21870816.v4

**INCLUDING THE SETTLING LONDON MARKET INSURERS' PURCHASE OF THE SUBJECT INSURANCE POLICIES FREE AND CLEAR OF ALL CLAIMS AND INTERESTS PURSUANT TO SECTION 363(F) OF THE BANKRUPTCY CODE, ANY AND ALL PERSONS WHO HAVE HELD, NOW HOLD, OR WHO MAY IN THE FUTURE HOLD ANY CLAIMS OR INTERESTS (INCLUDING, WITHOUT LIMITATION, ALL DEBT HOLDERS, ALL EQUITY HOLDERS, GOVERNMENTAL, TAX AND REGULATORY AUTHORITIES, LENDERS, TRADE AND OTHER CREDITORS, ABUSE CLAIMANTS, HOLDERS OF UNKNOWN CLAIMS, PERPETRATORS, NON-SETTLING INSURERS, THE DIOCESE, THE PARTICIPATING PARTIES, AND ALL OTHERS HOLDING INTERESTS OF ANY KIND OR NATURE WHATSOEVER, INCLUDING, WITHOUT LIMITATION, THOSE CLAIMS RELEASED OR TO BE RELEASED PURSUANT TO THE SETTLEMENT AGREEMENT) AGAINST ANY OF THE PROTECTED PARTIES, WHICH CLAIMS ARISE UNDER OR RELATE (DIRECTLY OR INDIRECTLY) TO ANY OF THE SUBJECT INSURANCE POLICIES, INCLUDING, WITHOUT LIMITATION, (A) ABUSE CLAIMS, UNKNOWN CLAIMS, CLASS 5 CLAIMS, INBOUND CONTRIBUTION CLAIMS, ALL OTHER CHANNELED CLAIMS, AND RELATED INSURANCE CLAIMS, (B) THE PAYMENT OF ANY OF THE CLAIMS IDENTIFIED PREVIOUSLY INCLUDING, WITHOUT LIMITATION MEDICARE CLAIMS, AND (C) EXTRA-CONTRACTUAL CLAIMS, ARE HEREBY PERMANENTLY STAYED, ENJOINED, BARRED, AND RESTRAINED FROM TAKING ANY ACTION, DIRECTLY OR INDIRECTLY, TO ASSERT, ENFORCE OR ATTEMPT TO ASSERT OR ENFORCE ANY SUCH CLAIM OR INTEREST AGAINST THE LMI ENTITIES, ANY OF THE LMI ENTITIES' ASSETS, OR PROPERTY, OR ANY OF THE SUBJECT INSURANCE POLICIES, INCLUDING, WITHOUT LIMITATION, BY:**

> **(I)   COMMENCING OR CONTINUING IN ANY MANNER ANY ACTION OR OTHER PROCEEDING OF ANY KIND AGAINST ANY OF THE LMI ENTITIES OR AGAINST THE PROPERTY OF ANY OF THE LMI ENTITIES;**

> **(II)   ENFORCING, ATTACHING, COLLECTING, OR RECOVERING, OR SEEKING TO ACCOMPLISH ANY OF THE PRECEDING, BY ANY MANNER OR MEANS, ANY JUDGMENT, AWARD, DECREE, OR ORDER AGAINST ANY OF THE LMI ENTITIES OR THE PROPERTY OF ANY OF THE LMI ENTITIES;**

> **(III)   CREATING, PERFECTING, OR ENFORCING, OR SEEKING TO ACCOMPLISH ANY OF THE PRECEDING, ANY LIEN OF ANY KIND AGAINST ANY OF THE LMI ENTITIES, OR THE PROPERTY OF THE LMI ENTITIES;**

> **(IV)   ASSERTING, IMPLEMENTING, OR EFFECTUATING ANY SUCH CLAIM OF ANY KIND AGAINST:**

21870816.v3 21870816.v4

(A)      **ANY OBLIGATION DUE ANY OF THE LMI ENTITIES;**

(B)      **ANY OF THE LMI ENTITIES; OR**

(C)      **THE PROPERTY OF ANY OF THE LMI ENTITIES.**

(V)    **TAKING ANY ACT, IN ANY MANNER, IN ANY PLACE WHATSOEVER, THAT DOES NOT CONFORM TO, OR COMPLY WITH, THE PROVISIONS OF THE SETTLEMENT AGREEMENT; AND**

(VI)    **ASSERTING OR ACCOMPLISHING ANY SETOFF, RIGHT OF INDEMNITY, SUBROGATION, CONTRIBUTION, OR RECOUPMENT OF ANY KIND AGAINST AN OBLIGATION DUE TO ANY OF THE LMI ENTITIES, OR THE PROPERTY OF ANY OF THE LMI ENTITIES.**

**THE SETTLING INSURER INJUNCTION WILL BE EFFECTIVE WITH RESPECT TO THE LMI ENTITIES ONLY AS OF THE FULL PAYMENT DATE, PURSUANT TO THE TERMS OF THE SETTLEMENT AGREEMENT. THE SETTLING INSURER INJUNCTION BARS PURSUIT OF THE ABOVE-REFERENCED CLAIMS AND/OR INTERESTS AGAINST THE LMI ENTITIES, THE SUBJECT INSURANCE POLICIES, BUT AGAINST NO OTHER PERSON OR THING; PROVIDED, HOWEVER, NOTHING IN THIS SETTLING INSURER INJUNCTION SHALL LIMIT, OR BE DEEMED OR OTHERWISE INTERPRETED TO LIMIT, THE SCOPE OF THE DISCHARGE OR CHANNELING INJUNCTION IN FAVOR OF THE PROTECTED PARTIES.**

**THE FOREGOING INJUNCTIVE PROVISIONS ARE AN INTEGRAL PART OF THE PLAN AND ARE ESSENTIAL TO ITS IMPLEMENTATION. THE SETTLING INSURER INJUNCTION SHALL NOT APPLY TO A NON-SETTLING INSURER.**

**dddd.  Sexual Misconduct Exclusion**

The term "**Sexual Misconduct Exclusion**" means the wording, with which the Subject Insurance Policies shall be endorsed, as set forth, *verbatim*, in **Attachment H,** hereto**.**

**eeee.    Subject Insurance Policies**

The term "**Subject Insurance Policies**" means (i) all insurance policies listed in **Attachment A** hereto; and (ii) all known and unknown insurance policies to the extent subscribed by one or more London Market Insurers, on or before July 1, 1993, in their capacity as London Market Insurers and providing insurance to the Diocese or any DOS Signatory, *provided*, *however*, if a Subject Insurance Policy that is not listed in Attachment A was not subscribed on behalf of the Diocese or a DOS Signatory (or such Person's Affiliates) but provides coverage to the Diocese or a DOS Signatory, then it is a Subject Insurance Policy only to the extent it insures the Diocese or a DOS Signatory, *provided however,* that the Subject Insurance Policies shall not include any and all binders, certificates, or policies of insurance currently in effect to the extent they provide coverage

30

for claims other than Barred Claims.  The "Subject Insurance Policies" are all "Settling Insurer Policies".

### ffff.    Termination Event

The term "**Termination Event**" means that (i) the Court has entered an order that (A) is contrary to or inconsistent with the Approval Order, or that denies approval of this Agreement; (B) is contrary to or inconsistent with the Confirmation Order, or that denies confirmation of the Plan; or (C) confirms a plan of reorganization that is different than the Plan and inconsistent with the terms of this Agreement (an "**Inconsistent Order**"), and either (X) the Inconsistent Order has become a Final Order; (Y) there was an appeal of the Inconsistent Order and six (6) months have elapsed from the date of the appeal and the Inconsistent Order has not been reversed or overturned by the appellate court; or (Z) the London Market Insurers, the Diocese, and the Committee have not agreed to accept the Inconsistent Order; (ii) the Diocese or Committee withdraw the Plan prior to entry of the Confirmation Order; or (iii) any appellate court whose decisions are binding upon the Court issued a decision or order, before the Confirmation Order became a Final Order, that would prevent the entry or effectiveness of the Channeling Injunction, the Gatekeeper Injunction, or the Settling Insurer Injunction.  If the Parties disagree as to whether any such decision or order would prevent the entry or effectiveness of such injunctions, the Parties shall ask the Court to decide the issue.

### gggg.    Time-Bar Exclusion

The term "**Time-Bar Exclusion**" means the wording, with which the Subject Insurance Policies shall be endorsed, as set forth, verbatim, in **Attachment L** hereto.

### hhhh.    Timely Abuse Action

The term **"Timely Abuse Action"** means an Abuse Action that, at the time of its commencement, would not be subject to an affirmative defense by the Diocese or a DOS Signatory that such action (i) is barred by the provisions of the Plan, the Confirmation Order, or any other order of the Bankruptcy Court, or (ii) was untimely pursuant to N.Y. C.P.L.R. § 214 or any other statutes of limitation or repose under other applicable law.  For avoidance of doubt, the failure of any Abuse Claimant to name the Diocese as a defendant in an Abuse Action because of the application of any stay arising pursuant to Section 362 of the Bankruptcy Code shall not prevent any Abuse Action that would otherwise qualify under this definition from being a Timely Abuse Action.

### iiii.    Tort Action

The term "**Tort Action**" means any lawsuit brought by any Abuse Claimant as plaintiff against any Person seeking judgment and/or damages relating in any way to alleged Abuse, including any Abuse Action.

### jjjj.    Trust

The term **"Trust"** means the trust established under the Plan for the purposes set forth therein, including assuming liability for all Channeled Claims, holding and administering the relevant Trust Assets, enforcing the insurance rights, and making Trust Distributions to holders of

31

Abuse Claims from the Trust Assets, all in accordance with the terms of the Plan and its attached Allocation Protocol.

**kkkk.  Trust Agreement**

The term **"Trust Agreement"** means the agreement between the Diocese and the Trustee governing the Trust, dated as of the Agreement Effective Date.

**llll.    Trustee**

The term **"Trustee"** means the individual appointed to administer the Trust, in accordance with the terms of the Plan and any successor appointed therewith.

**mmmm.        Underwriter Third-Party Beneficiaries**

The term "**Underwriter Third-Party Beneficiaries**" means:

(i)      Resolute and the Equitas Entities;

(ii)      Equitas Insurance Limited to the extent it is not a successor to the Persons identified in Section 1.mmmm.(i) with respect to the subject matter of this Agreement;

(iii)      Any Person from time to time retained by or on behalf of Lloyd's Underwriters to act as their claims handling agent and/or service provider, solely in such capacity;

(iv)      The past, present, and future reinsurers and retrocessionaires of the Equitas Entities or any of them, including National Indemnity Company and any other Person from time to time controlled (whether directly or indirectly), by Berkshire Hathaway, Inc., which provides retrocessional reinsurance to any one or more of the Equitas Entities, solely in such capacity;

(v)      All past, present, and future Agents of the Persons set forth in Sections 1.mmmm.(i) to (iv), if any, solely in such capacity; and,

(vi)      The respective heirs, executors, successors and assigns (including any administrator, receiver, trustee, personal representative, liquidator (provisional or otherwise), or equivalent appointee/s under relevant insolvency law), of any of the Persons identified in Sections 1.mmmm.(i) through (v) above, solely in their capacity as such.

**nnnn.  Unknown Claimant Representative**

The term "**Unknown Claimant Representative**" means Michael R. Hogan, in his capacity as the "Unknown Claimant Representative" (as defined and set forth in the *Order Approving Employment and Retention of Michael R. Hogan as Unknown Claims Representative* [Dkt. No. 2565]), or any duly appointed successor.

2.      **Payment of the Settlement Amount**

      **a.**      The satisfaction of the Conditions Precedent to Settlement Payment are conditions precedent to each London Market Insurer's several, respective obligation under this Agreement.  No later than the Settlement Payment Date, each London Market Insurer shall transfer its respective, several, allocated share of the Settlement Amount to the Trust via wire transfer, using payment instructions provided to counsel for the London Market Insurers, in writing, by the Diocese, at least twenty-one (21) days prior to the Settlement Payment Date.  All payments shall be made in immediately available U.S. funds.

      **b.**      The foregoing payment is full and fair consideration for (i) the Settling Insurer Injunction, Channeling Injunction, and Gatekeeper Injunction; (ii) the purchase of the Purchased Property; and (iii) the Entities' Release by the Parties.

      **c.**      If the Diocese or the Trust later agrees that any individual London Market Insurer may make any payment on terms that differ from the foregoing, then the Diocese shall offer the same payment terms to all other London Market Insurers.  It is the purpose of this provision to ensure that all London Market Insurers have the same payment terms. Notwithstanding the foregoing, in the event of a payment default by any London Market Insurer, the Diocese or the Trust may pursue, or decline to pursue, enforcement of such payment obligation against the defaulting Party in its sole discretion.  No failure to pursue or collect such payment shall relieve any other Party of its respective, several payment obligation hereunder, or require such other Party to pay the respective, several share of the defaulting Party.

      **d.**      Upon the Full Payment Date, the sale of the Purchased Property shall automatically be effective, and binding, and the transfer of the Purchased Property shall be deemed for all purposes to have occurred on the Full Payment Date, with the intent that no Person other than London Market Insurers shall retain anything whatsoever with respect to the Purchased Property.

      **e.**      If, before the Actual Payment Date, a DOS Signatory becomes a debtor in a bankruptcy case or insolvency Action, under the Bankruptcy Code or otherwise, and any London Market Insurer has not satisfied its respective several payment obligation hereunder, then such London Market Insurer shall be excused from performance under this Agreement until such time as either (i) such DOS Signatory obtains, subject to the limitations imposed by the Bankruptcy Code, and the equitable powers of the court in which such Action is pending, an order from such court approving this Agreement under Bankruptcy Code § 363(b), (f), and (m) and Bankruptcy Rule 9019, authorizing the assumption by such DOS Signatory (or any successor thereto) of this Agreement under Bankruptcy Code § 365 ("Assumption"), or in the event the insolvency case is proceeding under other law, shall obtain a similar order from the court overseeing the insolvency case approving this Agreement and confirming the binding effect thereof; (ii) the Diocese obtains an order in the Action compelling the Assumption; or (iii) the Diocese obtains an order from the Court determining the equitable portion of the Settlement Amount allocable to any interest the DOS Signatory subject to such bankruptcy or insolvency Action may have in the Purchased Property.  Each DOS Signatory agrees that in the event it files a bankruptcy or other insolvency Action, it will not present any Claim for payment under this Agreement or the Subject Insurance Policies, or in respect of any other portion of the Purchased Property to

33

any London Market Insurer, until the Assumption has been approved by an order of the applicable court and such order has become a Final Order or until its equitable share in the Settlement Amount has been established by order of the Court pursuant to clause (iii) above and such order has become a Final Order. London Market Insurers agree to cooperate fully and provide commercially reasonable assistance to the Diocese and any DOS Signatory in obtaining any of the orders contemplated in this Section 2.e.

## 3.     **Several Liability**

The obligations of each London Market Insurer are several and not joint. The Diocese and the DOS Signatories agree that no London Market Insurer shall be liable for any settlement amount allocable to any other Person. Accordingly, each London Market Insurer listed in Attachment B agrees to pay only its individual, respective, allocated share of the Settlement Amount, which amount is set forth in Attachment D, as applicable. No Party shall seek to recover from any individual London Market Insurer an amount exceeding such stated, respective, allocated share of the Settlement Amount. Upon the Actual Payment Date, the Diocese and each DOS Signatory shall be deemed to have released each such London Market Insurer pursuant to Section 4 hereof.

## 4.     **Mutual Releases**

### a.     **By the Diocese and the DOS Signatories**

**(i)**     Upon the Actual Payment Date, the Entities' Release shall become immediately effective as to each paying London Market Insurer and its LMI Related Persons, without further act by any Person. Those London Market Insurers entitled to the Entities' Release but not identified on Attachment B to this Agreement, namely, those London Market Insurers that subscribed a Subject Insurance Policy either not presently known, or known, but to which the identity of the subscribers is not presently known, shall be entitled to all of the terms of the Entities' Release and to the Indemnity set forth in Section 5 upon the Settlement Payment Date.

**(ii)**     Upon the Actual Payment Date, any and all rights, duties, responsibilities, and obligations of the London Market Insurers created by or relating to the Purchased Property, are terminated. As of the Full Payment Date, the Diocese and the DOS Signatories shall have no insurance coverage under the Subject Insurance Policies. The Entities' Release shall operate as though the London Market Insurers had never subscribed the Subject Insurance Policies.

**(iii)**     It is the intention of the Diocese and the DOS Signatories to reserve no rights or benefits whatsoever under, or relating to, the Purchased Property other than the right to receive the Settlement Amount under this Agreement and to assure the LMI Entities their peace and freedom from such Interests and from all assertions of rights in connection with such Interests, *provided, however,* the Entities' Release does not release, and nothing in this Agreement shall affect the right of the Diocese, the DOS Signatories, or the Trust, as applicable, to assert and pursue Claims against and to collect from Insurers other than those released under the Entities' Release, and no Claims are released with respect to such Insurers.

21870816.v3 21870816.v4

**(iv)**     The Entities' Release extends to all (a) London Market Insurers that subscribed any of the Subject Insurance Policies; (b) Persons mentioned in Section 4.a.(i); and (c) Underwriter Third-Party Beneficiaries, all of which are third-party beneficiaries of the Entities' Release.

**(v)**     The Diocese and each DOS Signatory are, among other things (a) releasing all Related Insurance Claims, including Claims that it does not know or suspect to exist in its favor, which, if known by the Diocese or such DOS Signatory, might have materially affected its settlement with London Market Insurers, and (b) expressly waiving all rights it might have under any federal, state, local, or other law or statute that would in any way limit, restrict, or prohibit such general release.

**(vi)**     Except with respect to any material breach of any representation, warranty or covenant by London Market Insurers set forth in this Agreement, the Diocese and each DOS Signatory expressly assumes the risk that acts, omissions, matters, causes, or things may have occurred, which it does not know or does not suspect to exist.  To the fullest extent permitted by applicable law, the Diocese and each DOS Signatory hereby waives the terms and provisions of any statute, rule, or doctrine of common law that either: (a) narrowly construes releases purporting to release Claims, in whole or in part, related to such acts, omissions, matters, causes, or things; or (b) restricts or prohibits the releasing of such Claims.

**(vii)**     Nothing in the foregoing shall release the London Market Insurers from their obligations under this Agreement, including the obligation to pay the Settlement Amount.

**b.**     **By London Market Insurers**

**(i)**     Upon the Actual Payment Date, each London Market Insurer and any subsequently appointed trustee or representative acting for such London Market Insurer shall be deemed to remise, release, covenant not to sue, and forever discharge the Diocese and each DOS Signatory from and against all Claims relating to the Purchased Property, which each such London Market Insurer ever had, now has, or hereinafter may have, from the beginning of time to the Actual Payment Date.

**(ii)**     Each Person released under the Entities' Release shall reserve no rights or benefits whatsoever under or in connection with the Purchased Property.

**(iii)**     Except with respect to any material breach by the Diocese or any DOS Signatory of any representation, warranty, or covenant set forth in this Agreement, each London Market Insurer expressly assumes the risk that acts, omissions, matters, causes, or things may have occurred, which it does not know or does not suspect to exist.  To the fullest extent permitted by applicable law, each London Market Insurer hereby waives the terms and provisions of any statute, rule, or doctrine of common law which either: (a) narrowly construes releases purporting by their terms to release Claims, in whole or in part, relating to such acts, omissions, matters, causes or things; or (b) which restricts or prohibits the releasing of such Claims.

21870816.v3 21870816.v4

5.      **Indemnification**

      **a.**      From and after the Actual Payment Date, the Trust shall indemnify and hold harmless the London Market Insurers in respect of any and all Channeled Claims.  This indemnification includes Claims made by Persons over whom the Diocese, the Trust, and/or the Reorganized Diocese do not have control, including the DOS Signatories, former subsidiaries, predecessors in interest, sellers or purchasers of assets, or any other Person who asserts Claims against or under, or Interests in or to, the Purchased Property.

      **b.**      London Market Insurers shall have the right to defend, with counsel of their choice, all Claims indemnified under Section 5.a.  London Market Insurers may begin the defense of any Claim upon receipt of such a Claim.  London Market Insurers agree to notify, as soon as practicable, the Diocese, Reorganized Diocese, and the Trust of Claims indemnified under Section 5.a. and of their choice of counsel.

      **c.**      The Trust shall reimburse all reasonable and necessary attorneys' fees, expenses, costs, and amounts incurred by London Market Insurers in defending such Claims. London Market Insurers shall defend any such Claim in good faith.  In defense of any such Claim, London Market Insurers may settle or otherwise resolve a Claim with the prior consent of the Diocese, Reorganized Diocese, and the Trust, which consent shall not be unreasonably withheld.

      **d.**      This indemnification and hold harmless undertaking (Sections 5.a., b., and c.) also extend to the benefit of the Underwriter Third-Party Beneficiaries, in their capacity as such, all of which are third-party beneficiaries of the terms of this indemnification and hold harmless undertaking.

6.      **Bankruptcy Obligations**

      **a.**      The Diocese shall seek approval under Bankruptcy Rule 9019 and section 363 of the Bankruptcy Code, and entry of the Approval Order and the Settlement Approval Findings and Conclusions.  The Diocese shall provide to London Market Insurers an initial draft of the proposed form of Approval Order, Settlement Approval Findings and Conclusions, and Settling Insurer Injunction at least seven (7) days before the Diocese submits to the Court the foregoing for approval of this Agreement, so that the London Market Insurers may provide comments and suggestions.  If the Diocese makes material revisions to any of the foregoing documents, then, as soon as possible, the Diocese shall provide a copy of such material revisions to the London Market Insurers.  The London Market Insurers reserve the right to object to, *inter alia*, (i) any proposed order that does not satisfy all of the requirements of the definition of Approval Order set forth in Section 1.i., or (ii) any proposed findings and conclusions that do not satisfy all of the requirements of the definition of Settlement Approval Findings and Conclusions set forth in Section 1.yyy.

      **b.**      Unless the Court denies entry of the Approval Order or this Agreement is otherwise terminated pursuant to its terms, the Diocese shall seek to confirm the Plan and seek entry of the Confirmation Order and the Confirmation Findings and Conclusions.  The Diocese shall provide to London Market Insurers an initial draft of the proposed form of Confirmation Order, and Confirmation Findings and Conclusions, at least fourteen (14) days before the Diocese submits the foregoing to the Court, so that the London Market Insurers

21870816.v3 21870816.v4

may provide comments and suggestions.  If the Diocese makes material revisions to any of the foregoing documents, then, as soon as possible, the Diocese shall provide a copy of such material revisions to London Market Insurers.  To the extent that such proposed order, and proposed confirmation findings of fact and conclusions of law, do not meet the requirements set forth in the definition of "Confirmation Order" in Section 1.z, or "Confirmation Findings and Conclusions" set forth in Section 1.y., the Diocese shall modify such proposed confirmation order and proposed confirmation findings of fact and conclusions of law to assure that the filed confirmation order and confirmation findings of fact and conclusions of law submitted to the Bankruptcy Court for confirmation comports with the definitions of "Confirmation Order", and "Confirmation Findings and Conclusions" herein, and the London Market Insurers shall have the right to approve all modifications that affect their rights or obligations under this Agreement.  The London Market Insurers reserve the right to object to, *inter alia*, any proposed order that does not satisfy all of the requirements of the definition of Confirmation Order set forth in Section 1.z, or the definition of the Channeling Injunction set forth in Section 1.s and Attachment H herein, or any proposed findings of fact and conclusions of law that do not satisfy all the requirements of the definition of Confirmation Findings and Conclusions in Section 1.y. If the Diocese proposes a plan that is different than the Plan (the "**Non-Compliant Plan**") then the London Market Insurers may contest the Non-Compliant Plan, and the Diocese shall not request a hearing date on confirmation of a Non-Compliant Plan less than thirty (30) days after the date the Non-Complaint Plan is filed with the Court.

c.      The Diocese shall seek entry of the Confirmation Order, as set forth in Section 1.z., together with the Confirmation Findings and Conclusions, as set forth in Section 1.y., including any required findings and conclusions under the Bankruptcy Code.

d.      The Diocese shall serve Bankruptcy Notice of the initial hearing to approve this Agreement and of confirmation of the Plan and the time for filing objections thereto. The proposed form of notice shall be submitted to London Market Insurers for their review and comment no later than seven (7) days prior to the actual service of notice.  If the initial hearing to approve this Agreement or to confirm the Plan is adjourned, the Diocese shall not be required to provide Bankruptcy Notice of such adjourned hearing and shall only be required to file a notice of such adjournment on the docket in the Bankruptcy Case and provide such other and further notice as the Court may direct.

e.      Upon the occurrence of the Plan Effective Date, the Diocese shall file a notice thereof on the docket in the Bankruptcy Case and shall serve a copy of such notice upon counsel for London Market Insurers.

f.      In the event that any Person attempts to prosecute a Barred Claim or a Claim that, upon entry of the Approval Order, would be a Barred Claim, against London Market Insurers (or any of them) then promptly following notice from London Market Insurers, the Diocese shall file a motion and supporting papers seeking an order from the Court, pursuant to Bankruptcy Code §§ 105(a) and/or 362(b), as applicable, staying such Claims until the Settlement Payment Date, or, alternatively, this Agreement is terminated under Section 9. However, if the Diocese is unable to obtain a stay of such Claim, then the London Market Insurers shall, subject to the terms, conditions and any applicable limits and retentions of the Subject Insurance Policies, defend such Claims, and may either settle them (subject to the Diocese's prior written consent) or litigate them to judgment, and the Diocese and the

37

21870816.v321870816.v4

applicable DOS Signatories shall assist and cooperate fully with the London Market Insurers in such defense.

   **g.**  In the event that any Person attempts to prosecute a Barred Claim or a Claim that, upon entry of the Approval Order, would be a Barred Claim against any DOS Signatory, then promptly following notice from such DOS Signatory, the Diocese shall file a motion and supporting papers seeking an order from the Court, pursuant to Bankruptcy Code §§ 105(a) and/or 362(b), as applicable, staying such Claims until the Settlement Payment Date, or, alternatively, this Agreement is terminated under Section 9.  If the motion for the stay is not granted, the defendant DOS Signatories shall defend such Claims and use their best efforts to prevent the entry of a default and London Market Insurers shall assist and cooperate fully in such defense.  In such event, London Market Insurers' obligations relating to such litigation shall be determined by, and subject to, the terms, conditions and any applicable limits and retentions of the Subject Insurance Policies.

   **h.**  The Diocese (or any successor, including the Trust and the Reorganized Diocese) shall dismiss the Claims against the London Market Insurers, including all pending motions, in the Insurance Coverage Action, with prejudice, within ten (10) business days after the Settlement Payment Date.

**7.**  <u>**Representations and Warranties**</u>

   **a.**  The Diocese represents and warrants that it will undertake good faith efforts to provide actual Bankruptcy Notice of the motion to approve this Agreement.

   **b.**  The Diocese represents and warrants that the notice required under the definition of Bankruptcy Notice includes all DOS Signatories and all Claimants whose names and addresses are known to the Diocese.

   **c.**  The Diocese and each DOS Signatory represents and warrants that it has the authority to execute this Agreement as its binding and legal obligation, subject in the case of the Diocese, to Court approval of this Agreement.

   **d.**  Each London Market Insurer represents and warrants to the Diocese that (i) it has, and at all times prior to payment in full of its several respective allocated portion of the Settlement Amount, as reflected on Attachment D, will have sufficient assets to pay its allocated portion of the Settlement Amount, in full; and (ii) it is not now, nor has it ever been, the subject of any bankruptcy or insolvency proceeding in any jurisdiction.

   **e.**  Each Party represents and warrants that the Persons signing this Agreement on its behalf are authorized to execute this Agreement.

   **f.**  Each individual signing this Agreement on behalf of a Party represents and warrants that he or she has the right, power, legal capacity, and authority to enter into this Agreement on behalf of such Party and bind such Party to perform each obligation specified herein.

**8.      Reduction Clause.**

The Diocese and the Committee shall not modify the Reduction Clause set forth in Section 12.5.2 of the Plan, and in Attachment O, hereto, without the prior written approval of London Market Insurers, and the Confirmation Order shall include the Reduction Clause, unless modified upon consent of London Market Insurers.

**9.      Termination of Agreement**

**a.**      The Parties may terminate this Agreement in writing upon mutual assent.

**b.**      Upon the occurrence of a Termination Event, the Diocese and each London Market Insurers may terminate this Agreement upon thirty (30) days' written notice to the other Parties, *provided, however,* that (i) such notice must be provided no later than forty-five (45) days following the applicable Termination Event; (ii) any notice terminating this Agreement issued by any London Market Insurer as a result of a Termination Event shall, unless the Diocese agrees otherwise in writing, be effective to terminate this Agreement as to each and every London Market Insurer; and (iii) no Party shall have the right to terminate this Agreement on account of the occurrence (or alleged occurrence) of a Termination Event once the Actual Payment Date has occurred.

**c.**      In the event of termination pursuant to this Section 9, unless the Parties agree otherwise in writing, this Agreement shall be void *ab initio* and all Parties shall retain all of their Interests relating to the Subject Insurance Policies as if this Agreement never existed.

**10.      Treatment of Excluded Parties and Non-Settling Insurers**

Nothing in this Agreement overrides the treatment in the Plan of Excluded Parties and Non-Settling Insurers.  No Person other than the Parties and the Underwriter Third-Party Beneficiaries is entitled to any benefits under this Agreement or under the Subject Insurance Policies, except to the extent such Person is insured under the Subject Insurance Policies.

**11.      Reasonably Equivalent Value**

**a.**      This Agreement was bargained for and entered into in good faith and as the result of arms-length negotiations;

**b.**      Based on their respective independent assessments, with the assistance and advice of counsel, of the probability of success, the complexity, the delay in obtaining relief, and the expense of maintaining the Insurance Coverage Action, the payments received by the Diocese and the DOS Signatories pursuant to this Agreement constitute a fair and reasonable settlement of the Related Insurance Claims;

**c.**      The payments and other benefits received under this Agreement by the Diocese and the DOS Signatories constitute reasonably equivalent value for the Settlement Benefits received by the LMI Entities under this Agreement; and

**d.**      Subject to the occurrence of the Full Payment Date, this Agreement constitutes a full and final resolution of all issues in the Insurance Coverage Action.

39

12.    **Confidentiality**

The Parties agree that all matters relating to the negotiation and terms of this Settlement Agreement (including all prior drafts, exchanges of terms, and related discussions or correspondence) shall be confidential and are not to be disclosed except by order of court or consent of the Parties in writing.  This Section 12 does not prevent or prohibit the Parties from publicly filing on the Bankruptcy Case docket the final, executed copy of this Settlement Agreement.

13.    **Third-Party Beneficiaries**

The Underwriter Third-Party Beneficiaries, the Trust, and the Trustee are intended third-party beneficiaries of this Agreement.  Except as set forth in the preceding sentence, there are no third-party beneficiaries of this Agreement.

14.    **Co-operation**

a.    For a period of three (3) years following the Agreement Effective Date, the Diocese and the DOS Signatories will undertake commercially reasonable acts, at the sole cost and expense of London Market Insurers, to co-operate with London Market Insurers in connection with their respective reinsurers, including responding to reasonable requests for information and meeting with representatives of reinsurers, *provided, however*, that the foregoing shall not require the Diocese and the DOS Signatories to disclose any information that is subject to the attorney-client or other legally recognized privilege.  Furthermore, the Parties shall use their reasonable best efforts and cooperate as necessary or appropriate to effectuate the transactions contemplated by this Agreement.

b.    If any Action or proceeding of any type whatsoever is commenced or prosecuted by any Person not a Party to this Agreement to invalidate, interpret, or prevent the validation or enforcement, or carrying out, of all or any of the provisions of this Agreement, the Parties mutually agree, represent, warrant, and covenant to cooperate fully in opposing such action or proceeding.

15.    **Non-Prejudice and Construction of Agreement**

a.    This Agreement is intended to be, and is, a compromise among the Parties and shall not be construed as an admission of coverage under the Subject Insurance Policies; an admission concerning the amount of a reasonable settlement of any Claim; or an admission concerning the liability of, or damages allegedly caused by the Diocese or any DOS Signatory with respect to any Abuse Claim, including the reasonableness of any such alleged damages.  Neither this Agreement nor any provision hereof shall be construed as a waiver, modification, or retraction of the Parties' positions on the interpretation and application of the Subject Insurance Policies.  This Agreement is the product of informed negotiations and involves compromises of the Parties' previously stated legal positions, and does not reflect upon the Parties' views as to rights and obligations with respect to matters or Persons outside the scope of this Agreement. This Agreement is without prejudice to the positions taken by London Market Insurers with regard to other insureds, and without prejudice with regard to positions taken by any Party with regard to other Insurers, except

40

for the express reference to the Third Party Beneficiaries, the Parties specifically disavow any intention to create rights in third parties under or in relation to this Agreement;

   **b.** This Agreement is the jointly drafted product of arms'-length negotiations between the Parties with the benefit of advice from counsel, and the Parties agree that it shall be so construed.  As such, no Party will assert that any ambiguity in this Agreement shall be construed against another Party.

   **c.** If any provision of the Plan, the Trust Agreement, or Allocation Protocol conflicts with or is inconsistent with this Agreement in any way whatsoever, then the provisions of this Agreement shall control and take precedence.  Neither the Plan nor the Trust Agreement shall be construed or interpreted to modify or affect any rights or obligations of London Market Insurers under this Agreement.

**16.** **No Modification**

   No change or modification of this Agreement shall be valid unless it is made in writing and signed by the Parties.  Any change or modification of this Agreement that affects the rights of the Abuse Claimants or Trust shall require the consent of the Committee or Trustee, as applicable, which consent shall not be unreasonably withheld.  Any attempted change or modification in violation of this Section shall be void *ab initio*.

**17.** **Waiver**

   No waiver of any provision of this Agreement or of a breach thereof shall be valid unless it is made in writing and signed by the Parties.  The waiver by any Party of any of the provisions of this Agreement or of the breach thereof shall not operate or be construed as a waiver of any other provision or breach.

**18.** **Execution**

   This Agreement may be executed in multiple counterparts, all of which together shall constitute one and the same instrument. This Agreement may be executed and delivered by facsimile, e-mail, or other electronic image, which facsimile, e-mail, or other electronic image counterparts shall be deemed to be originals.

**19.** **Governing Law**

   This Agreement shall be governed by and shall be construed in accordance with the laws of New York.

**20.** **Notices**

   Unless another Person is designated, in writing, for receipt of notices hereunder, notices to the respective Parties shall be sent to the Persons listed on Attachment F.

**21.** **Integration**

   This Agreement, including the attachments, constitutes the entire Agreement amongst the Parties, with respect to the subject matter hereof, and supersedes all discussions, agreements and

21870816.v321870816.v4

understandings, both written and oral, amongst the Parties with respect thereto.  The Parties intend that this Agreement and the Plan shall be consistent in all respects, with no conflict or discrepancies between them.

**IN WITNESS WHEREOF**, the Parties have executed this Agreement by their duly authorized representatives.

London Market Insurers identified in Attachment B have respectively designated Clyde & Co US LLP, as their attorneys-in-fact for the limited purpose of executing this Agreement on their behalf with express authority to do so.

[Signature Pages Follow]

**IN WITNESS WHEREOF**, the Parties have executed this Agreement by their duly authorized representatives.

Signed: _____

The Roman Catholic Diocese of Syracuse, New York

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

London Market Insurers

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

London Market Insurers

Name Printed: _____

Title: _____

Date: _____ 2025

42

21870816.v3 21870816.v4

Signed: _____

St. Agnes Mission, Afton, NY 13730

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

St. John the Evangelist, Bainbridge, NY 13733

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Augustine Roman Catholic Church, Baldwinsville, NY,
Baldwinsville, NY 13027

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Elizabeth Ann Seton Church of the Town of Clay, NY,
Baldwinsville, NY 13027

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Marys Church of Baldwinsville, NY, Baldwinsville, NY 13027

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed:    _____

St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St.
Christopher and St. Rita, Binghamton, NY 13901

Name Printed: _____

Title:    _____

Date:    _____ 2025

49

21870816.v321870816.v4

Signed: _____

*St. Christopher Roman Catholic Church [Town of
Chenango, Broome County], Binghamton, NY 13901*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed:    _____

*St. Catherine of Siena Roman Catholic Church,*
*Binghamton, NY 13901*

Name Printed: _____

Title:    _____

Date:    _____ 2025

21870816.v321870816.v4

Signed: _____

St. Mary of the Assumption (combined with St. Mary's
Church), Binghamton, NY 13901

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Paul's Church, Binghamton, NY, Binghamton, NY
13901

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:      _____

*St. Andrew's Church of Binghamton, Binghamton, NY
13903*

Name Printed: _____

Title:        _____

Date:        _____ 2025

Signed: _____

The Church of Saints John & Andrew, Binghamton, NY 13903

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. John the Evangelist Church, Binghamton, NY 13903*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Church of the Holy Trinity, Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St.*
*Stanislaus Kostka Church, Binghamton, NY 13905*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

*St. Joseph's Lithuanian Roman Catholic Church of*
*Binghamton NY (merged in St. Ann), Binghamton, NY*
*13905*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Ann Catholic Church (renamed church of the Holy
Trinity), Binghamton, NY 13905*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Ss Cyril & Methodius Slovak Roman Catholic Church of
Binghamton, NY, Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

61

Signed: _____

St. Patrick's Catholic Church of Binghamton, NY,
Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Thomas Aquinas Church, Binghamton, NY 13905

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission
a/k/a St. Mary of The Snows Oratory, Boonville, NY 13309

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed:      _____

St. Agnes Church, Brewerton, NY 13029

Name Printed: _____

Title:       _____

Date:        _____ 2025

Signed: _____

Church of St. Francis of Assisi of Bridgeport, NY,
Bridgeport, NY 13030

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:    _____

St. John The Evangelist a/k/a St. Mary Devotional Chapel
and St. Paul (Redfield), Camden, NY 13316

Name Printed: _____

Title:    _____

Date:    _____ 2025

Signed: _____

St. Joseph's Church of Camillus, NY, Camillus, NY 13031

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:    _____

St. Agatha's Church, Canastota, NY 13032

Name Printed: _____

Title:    _____

Date:    _____ 2025

21870816.v321870816.v4

Signed: _____

St. James, Cazenovia, NY 13035

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Divine Mercy Parish Roman Catholic Church, Central
Square, NY 13036

Name Printed: _____

Title: _____

Date: _____ 2025

71

21870816.v321870816.v4

Signed: _____

*Saint Michael's Roman Catholic Church, Central Square,
NY 13036*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Anthony of Padua's Church of Willowvale and*
*Chadwicks, Chadwicks, NY 13319*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick-St. Anthony Church of Chadwicks, New York,
Chadwicks, NY 13319

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Rita's Roman Catholic Church, Chenango Forks, NY 13746*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick, Chittenango, NY 13037

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Perpetual Help Roman Catholic Church of
Cincinnatus, NY, Cincinnatus, NY 13040

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Church of the Sacred Heart, Cicero, NY 13039

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Patrick's Church, Clayville, NY 13322*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Mary of The Assumption a/k/a St. Mary's Oratory,*
*Cleveland, NY 13042*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary's Roman Catholic Church, Clinton, Clinton, NY
13323

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

The Church of Annunciation, Clinton, NY 13323

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Mission of St. Bernadette, Constantia, NY 13044

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Anthony of Padua, Cortland, NY 13045

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary's Church of Cortland, Cortland, NY 13045

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph's Church, Deposit, NY, Deposit, NY 13754

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Lawrence Mission, DeRuyter, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

Holy Cross Church, DeWitt, NY, DeWitt, NY 13214

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

*St. Francis Church of Durhamville, NY, Durhamville, NY 13054*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Matthew's Church, E. Syracuse, NY 13057

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Good Counsel Church, Endicott, NY,
Endicott, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Ambrose, Endicott, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Anthony of Padua Church, Endicott, NY 13760

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Casimir Roman Catholic (Polish) Church of Endicott,*
*Endicott, NY 13760*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*St. Joseph's Roman Catholic Church, Endicott, NY,*
*Endicott, NY 13760*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Church of Christ The King, Endwell, NY, Endwell, NY 13760*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Our Lady of Angels Church of Endwell, NY, Endwell, NY 13760*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:      _____

Church of the Holy Family, Endwell, NY 13760

Name Printed: _____

Title:        _____

Date:        _____ 2025

21870816.v321870816.v4

Signed: _____

*St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed,* Fabius

Name Printed: _____

Title: _____

Date: _____ 2025

99

Signed: _____

Immaculate Conception, Fayetteville, NY 13066

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary's Church, Florence, Oneida Co., Florence, NY

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick Mission, Forestport, NY

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:     _____

St. Patrick's Church of Forestport, Forestport, NY 13338

Name Printed: _____

Title:     _____

Date:     _____ 2025

Signed: _____

*The Holy Family Church of Fulton, Fulton, NY 13069*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Michael 's Roman Catholic Polish Church, Fulton, NY 13069*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*Church of the Immaculate Conception of Fulton, NY,*
*Fulton, NY 13069*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of the Holy Trinity, Fulton, NY 13069

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of the Immaculate Conception, Greene, NY 13778

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary, Hamilton, NY 13346

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

Our Lady of The Rosary Church, Hannibal, NY, Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. John Chrysostom Mission [served area near Forestport],
Hawkinsville, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*St. Ann Church of Hinckley, NY, Hinckley, NY 13352*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Parish Community of St. Leo & St. Ann, Holland
Patent, NY 13354

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Margaret's Catholic Church, Homer, NY 13077

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St Mary's Devotional Chapel-[never inc], Irish Ridge*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*St. Mary's Church, Jamesville, NY, Jamesville, NY 13078*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. James Roman Catholic Church Lestershire, NY,
Johnson City, NY 13790

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*The Church of the Blessed Sacrament, Johnson City, NY
13790*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick, Jordan, NY 13080

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary's Church, Kirkwood, Kirkwood, NY 13795

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*Church of St. Frances Xavier Cabrini, Lacona [Pulaski, NY 13142]*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of the Nativity at St. Joseph's, LaFayette, NY 13084

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph's Church, Lee Center, NY 13363

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Our Lady of the Valley Mission, Leonardsville, NY,13364*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Francis of Assisi Mission as The Trustees of St. Mary's*
*Church of West Monroe, Little France, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Epiphany, Liverpool, NY 13088

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Church of Immaculate Heart of Mary, Liverpool, NY
13088

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Joseph the Worker Liverpool, Onondaga Co., Liverpool,
NY 13088

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:    _____

Christ the King Church, Liverpool, NY, Liverpool, NY 13090

Name Printed: _____

Title:    _____

Date:    _____ 2025

21870816.v321870816.v4

Signed: _____

Pope John XXIII Roman Catholic Church, Liverpool, NY 13090

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*St. John Roman Catholic Church of Clay, NY, Liverpool,*
*NY 13090*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Most Holy Rosary Roman Catholic Church of Maine, NY,
Maine, NY 13802

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed:      _____

St. Ann's Church, Manlius, NY 13104

Name Printed: _____

Title:      _____

Date:      _____ 2025

Signed: _____

St. Stephen's Church, Marathon, NY 13803

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Francis Xavier's Church, Marcellus, NY 13108

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Margaret's Church, Mattydale, NY 13211

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Jospeh's Church of McGraw, NY- originally titled to St.
Mary-Corland, McGraw, NY

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Mary, Star of the Sea, Mexico, NY 13114*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Anne, Mother of Mary, Mexico, NY 13114

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Perpetual Help, Minetto, NY 13115

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary of the Assumption, Minoa, NY 13116

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Joan of Arc Church of Morrisville, NY, Morrisville, NY
13408

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Theresa of the Infant Jesus, Munnsville, NY 13409*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Church of St. Theresa of the Infant Jesus, New Berlin, NY,
New Berlin, NY 13411

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of Our Lady of the Rosary, New Hartford, NY,
New Hartford, NY 13413

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. John the Evangelist Church, New Hartford, NY 13413

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Thomas, New Hartford, NY 13413

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*Holy Cross Church, New London*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Church of the Sacred Heart a/k/a St. Mary Our Lady, New
York Mills, NY 13417

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*St. Mary's Church of Our Lady of Czestochowa, New York Mills, NY 13417*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. John Oratory and Cemetery, North Bay, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Mary's Mission, North Brookfield, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Rose of Lima Church, N. Syracuse, NY 13212

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Paul, Norwich, NY 13815

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Bartholomew, Norwich, NY 13815

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:    _____

St. Joseph's German Catholic Church of Oneida, Oneida,
NY 13421 St. Patrick

Name Printed: _____

Title:    _____

Date:    _____ 2025

21870816.v321870816.v4

Signed: _____

St. Patrick, Oneida, NY 13421

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph, Oriskany Falls, NY 13425

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*Church of St. Stephen, Protomartyr, Oriskany, NY 13424*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*St. Louis, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*St. Joseph Mission, Oswego, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:  _____

*St. Joseph's Church, Oswego, NY 13126*

Name Printed:  _____

Title:  _____

Date:  _____ 2025

Signed:    _____

*St. John The Evangelist, Oswego, NY 13126*

Name Printed:    _____

Title:    _____

Date:    _____ 2025

Signed: _____

*St. Mary of the Assumption,* Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Paul, Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Peter's Church, Oswego, Oswego, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*St. Stephen Roman Catholic Church, Oswego, NY 13126*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick's Church of Otisco, NY, Otisco, NY 13159

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of St. Mary of the Snows, Otter Lake, NY 13338

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph's Church, Oxford, NY 13830

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Anne's Church of Parish, NY a/k/a St. Anne Mother of*
*Mary (Mexico), Parish, NY 13131*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Stephen, Phoenix, NY 13135

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of The Nativity at Immaculate Conception,
Pompey, NY 13138

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed:       _____

Christ Our Light a/k/a St. John The Evangelist, Pulaski,
NY 13142

Name Printed: _____

Title:       _____

Date:       _____ 2025

Signed: _____

*St. John the Evangelist Church Pulaski, Pulaski, NY 13142*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Paul's Mission (mission of I.C. Pomep)Unincorporated,
closed, Redfield*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. John the Baptist, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*St. Mary's Church, Rome, NY, Rome, NY 13442*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Paul, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Peter's Church, Rome, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Transfiguration, Rome, NY 13440

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph, Sanitaria Springs, 13833

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Sacred Heart Church of Town of Scriba, Oswego, Scriba, NY 13126

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Malachy, Sherburne, NY 13460

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Helena, Sherrill, NY 13461

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed:      _____

St. Mary of the Lake Roman Catholic Church, Skaneateles,
NY, Skaneateles, NY 13152

Name Printed: _____

Title:      _____

Date:      _____ 2025

Signed: _____

*St. Bridget Roman Catholic Church of Skaneateles Falls,*
*NY, Skaneateles Falls, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Bridget's Church -[First a Mission of Oxford, then
Cortland, then Truxton], Solon, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Peter's Church of Split Rock, Syracuse, NY*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Cecilia's Church, Solvay, NY, Solvay, NY 13209

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:    _____

*Corpus Christi Church of S. Onondaga County of*
*Onondaga, State of NY, Syracuse, NY 13159*

Name Printed: _____

Title:    _____

Date:    _____ 2025

Signed:      _____

St. Mary's Church, Syracuse, NY d/b/a The Cathedral of
the Immaculate Conception, Syracuse, NY 13202

Name Printed: _____

Title:        _____

Date:         _____ 2025

192

Signed: _____

*St. John's Church, Syracuse, NY, Syracuse, NY 13202*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*Holy Trinity Church, Syracuse, Syracuse, NY 13203*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed:    _____

*St. Peter, Syracuse, NY 13203*

Name Printed:  _____

Title:      _____

Date:      _____ 2025

Signed: _____

St. Vincent DePaul's Church, Syracuse, NY 13203

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Basilica of the Sacred Heart of Jesus, Syracuse, NY,
Syracuse, NY 13204

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*St. Brigid & St. Joseph Church of Syracuse, Syracuse, NY 13204*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Lucy, Syracuse, NY 13204

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

St. Patrick' s Church, Geddes, Syracuse, NY 13204

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:      _____

*St. Stephen, Syracuse, NY 13204*

Name Printed: _____

Title:      _____

Date:      _____ 2025

Signed: _____

St. Anthony of Padua, Syracuse, NY 13205

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed:      _____

Our Lady of Hope f/k/a St. James, Syracuse, NY 13205

Name Printed:  _____

Title:      _____

Date:      _____ 2025

21870816.v321870816.v4

Signed: _____

Blessed Sacrament Church, Eastwood, NY, Syracuse, NY
13206

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Transfiguration Roman Catholic Church, Syracuse, NY
13206

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Most Holy Rosary, Syracuse, NY 13207

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Our Lady of Lourdes Church Syracuse, NY, Syracuse, NY 13207*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Franciscan Church of the Assumption, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of Our Lady of Pompei - St. Peter, Syracuse, NY
13208

Name Printed: _____

Title: _____

Date: _____ 2025

209

Signed: _____

St. Daniel, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. John the Baptist, Syracuse, NY 13208

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

St. Joseph (German) Church [FAD 1882], Syracuse, NY

Name Printed: _____

Title: _____

Date: _____ 2025

212

Signed: _____

Church of Our Lady of Peace [ merged into St. Cecilia's
Solvay as St. Marianne Cope], Syracuse, NY 13209

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

*Church of St. Andrew the Apostle of Syracuse, NY,*
*Syracuse, NY 13210*

Name Printed: _____

Title: _____

Date: _____ 2025

214

Signed: _____

All Saints Church, Syracuse, NY [new name for St.
Therese @ merger with OL Solace], Syracuse, NY 13210

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of St. Therese The Little Flower of Jesus, Syracuse,
Syracuse, NY 13210

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Michael's & St. Peter Church, Onondaga Hill, Syracuse, NY 13215

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Holy Family, Syracuse, NY 13219

Name Printed: _____

Title: _____

Date: _____ 2025

218

Signed: _____

St. Ann's Church Syracuse, NY [name changed to St.
Charles-St. Ann], Syracuse, NY 13219

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Charles Borromeo Church, Syracuse, NY 13219

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*The Church of Our Lady of Solace [merged into St. Therese to become All Saints], Syracuse, NY 13224*

Name Printed: _____

Title: _____

Date: _____ 2025

221

Signed: _____

*St. Anne -Glenmore [never inc], Taberg, NY 13471*

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick's Church Taberg, NY, Taberg, NY 13471

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Patrick, Truxton, NY 13158

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Church of the Nativity at St. Leo's, Tully, NY 13159

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

*St. Agnes Church, Utica, NY 13501*

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Historic Old St. John, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Francis de Sales, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Mary's Church Utica (South St.), Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of the Blessed Sacrament, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Maria di Monte Carmelo, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Stanislaus Roman Catholic Church, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Holy Trinity Church of Utica, NY, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of Our Lady of Lourdes, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Church of The Sacred Heart, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Joseph, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed:    _____

St. Patrick Church, Utica, NY 13502

Name Printed:    _____

Title:    _____

Date:    _____ 2025

Signed: _____

St. George Roman Catholic Church, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Mark, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Peter, Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

St. Anthony & St. Agnes Church, Utica, NY, Utica, NY
13504

Name Printed: _____

Title: _____

Date: _____ 2025

241

Signed:     _____

St. Mary of the Lake Mission, Verona Beach, NY 13162

Name Printed:  _____

Title:      _____

Date:      _____ 2025

Signed: _____

Holy Family, Vernon, NY 13476

Name Printed: _____

Title: _____

Date: _____ 2025

243

Signed: _____

Our Lady of Good Counsel, Verona, NY 13478

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Our Lady of Sorrows, Vestal, NY 13851

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Vincent DePaul-Blessed Sacrament Church, Vestal, NY
13850

Name Printed: _____

Title: _____

Date: _____ 2025

246

Signed: _____

Our Lady of Good Counsel, Warners, NY 13164

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

St. Bernard's Catholic Church of Waterville, Oneida Co.,
Waterville, NY 13480

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

St. Anne's Roman Catholic Church, Whitesboro, NY,
Whitesboro, NY 13492

Name Printed: _____

Title: _____

Date: _____ 2025

249

Signed: _____

St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro,
Whitesboro, NY 13492

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:      _____

The Catholic Community of St. Stephen-St. Patrick
[merged into St. Patrick-Whitney Pt.], Whitney Point, NY
13862

Name Printed: _____

Title:       _____

Date:        _____ 2025

21870816.v321870816.v4

Signed: _____

St. Patrick 's Church Williamstown [originally a mission of
Parish, later Camden], Williamstown, NY 13493

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:      _____

Church of Our Lady of Lourdes of Windsor, NY, Windsor,
NY 13865

Name Printed: _____

Title:      _____

Date:      _____ 2025

Signed: _____

Our Lady of Hope, Syracuse, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed:    _____

Christ the Good Shepard, Oswego, NY

Name Printed:  _____

Title:    _____

Date:    _____ 2025

21870816.v321870816.v4

Signed:  _____

St. Marianne Cope Church, Solvay, NY 13209

Name Printed: _____

Title:  _____

Date:  _____ 2025

Signed: _____

St. Michaels Church, Syracuse, NY 13215

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:    _____

St. Anthony of Padua Church, Utica, NY 13501

Name Printed: _____

Title:    _____

Date:    _____ 2025

Signed: _____

St. John's Church and Roman Catholic Society in the City
of Utica a/k/a Historic Old St. John, Utica, NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Mary Mt. Carmel- Blessed Sacrament Church, Utica,
NY 13501

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Mary, Mother of Our Savior Church - new name for OLL,
Utica, NY 13502

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

St. Vincent de Paul Church, Vestal, NY 13850

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:      _____

All Saints Catholic School, Endicott

Name Printed: _____

Title:      _____

Date:      _____ 2025

Signed: _____

Bishop Cunningham High School, Oswego

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Bishop Grimes Jr./Sr. High School, East Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Bishop Ludden Jr./Sr. High School, Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Cathedral Academy at Pompei, Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Catholic Schools of Broome County, Binghamton

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed:         _____

Holy Family, Norwich

Name Printed:  _____

Title:          _____

Date:           _____ 2025

Signed: _____

Notre Dame Elementary School, Utica

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Notre Dame Jr. / Sr. High, Utica

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:        _____

Oswego Catholic High School, Oswego

Name Printed: _____

Title:         _____

Date:          _____ 2025

21870816.v321870816.v4

Signed: _____

Rome Catholic School, Rome

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Seton Catholic Central, Binghamton

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Seton Catholic High School, Endicott

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Trinity Catholic School, Oswego

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Utica Catholic Academy

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Associated Catholic Charities for Community Development
at Broome Co., Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Catholic Cemeteries of the Roman Catholic Diocese of
Syracuse, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Catholic Charities of the Roman Catholic Diocese of
Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Christopher Community, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Encompass Health Home, LLC

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Heritage Campaign, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Jail Ministry of Onondaga County, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed:    _____

Joseph and Elaine Scuderi Foundation, Inc.

Name Printed:    _____

Title:    _____

Date:    _____ 2025

21870816.v321870816.v4

Signed: _____

The Clerical Fund of the Roman Catholic Diocese of
Syracuse

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

The Diocese of Syracuse Lay Pension Plan

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Foundation of the Roman Catholic Diocese of
Syracuse, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H.
McDevitt, L.C.H.S. Foundation Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

The Syracuse Catholic Press Association, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

The Syracuse Diocesan Investment Fund

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

The Syracuse House of Retreats

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

The St. Thomas Aquinas Fund, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Camp Nazareth

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:      _____

Lourdes Camp

Name Printed: _____

Title:      _____

Date:      _____ 2025

Signed: _____

Brady Faith Center

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Brady Farm

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

Brady Market

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Joseph and Elaine Scuderi Foundation, Inc.

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Joseph T. O'Keefe Corporation

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

Newman Foundation of Binghamton

Name Printed: _____

Title: _____

Date: _____ 2025

301

Signed: _____

Newman Foundation of Cortland

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Project Joseph

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

Signed: _____

Propagation of Faith

Name Printed: _____

Title: _____

Date: _____ 2025

Signed: _____

Spiritual Renewal Center

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Thomas More Catholic Campus Ministry

Name Printed: _____

Title: _____

Date: _____ 2025

Signed:       _____

The Guardian Angel Society

Name Printed: _____

Title:        _____

Date:         _____ 2025

Signed: _____

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. James Church of Lestershire, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H.
McDevitt L.C.H.S Fund of St. Patrick's Church of
Binghamton, NY

Name Printed: _____

Title: _____

Date: _____ 2025

309

Signed: _____

The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H.
McDevitt L.C.H.S Fund of St. Thomas Aquinas Church

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Holy Name Society, St. Margaret's Church. Mattydale, NY

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

St. Vincent DePaul Church Daycare

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v321870816.v4

Signed: _____

Windsor Human Development

Name Printed: _____

Title: _____

Date: _____ 2025

21870816.v3 21870816.v4

## SCHEDULE OF ATTACHMENTS TO

## SETTLEMENT AGREEMENT AND RELEASE

| | |
|---|---|
| **Attachment A** | **List of known Subject Insurance Policies** |
| **Attachment B** | **List of London Market Insurers** |
| **Attachment C** | **List of Insolvent Insurers** |
| **Attachment D** | **List of Solvent London Market Insurers allocated shares of the Settlement Amount** |
| **Attachment E** | **List of DOS Entities** |
| **Attachment F** | **Notice Names and Addresses** |
| **Attachment G** | **Cancellation Endorsement** |
| **Attachment H** | **Sexual Misconduct Exclusion** |
| **Attachment I** | **Channeling Injunction** |
| **Attachment J** | **Gatekeeper Injunction** |
| **Attachment K** | **List of Participating Parties** |
| **Attachment L** | **Time-Bar Exclusion** |
| **Attachment M** | **Catholic Directory and Co-Defendants** |
| **Attachment N** | **Co-Defendants** |
| **Attachment O** | **Reduction Clause** |
| **Attachment P** | **Claimants Who Filed Abuse Actions with No Corresponding Proof of Claim** |

21870816.v321870816.v4

# **ATTACHMENT A**

## **Known Subject Insurance Policies**

[To Be Filed]

Package Policies – April 16, 1973 to July 1, 1989
1. April 16, 1973 to April 16, 1976 L/C 73-05-17-01
2. April 16, 1976 to July 1, 1979 SL 3107/ SLC 5115
3. July 1, 1979 to July 1, 1982 SL 3551/SLC 5577
4. July 1, 1982 to July 1, 1985 SL 4008/SLC 5995
5. July 1, 1985 to July 1, 1986 ISL 3352/ICO 5202
6. July 1, 1986 to July 1, 1987 ISL 3564/ICO 5300
7. July 1, 1987 to July 1, 1988 ISL 3873/ICO 5538
8. July 1, 1988 to July 1, 1989 ISL 4091/ICO 6632

Excess Broad Form Liability Policies – July 1, 1979 to July 1, 1985
1. July 1, 1979 to July 1, 1982 SL 3578/SLC 5603
2. July 1, 1979 to July 1, 1980 SL 3579/SLC 5604
3. July 1, 1980 to July 1, 1981 SL 3710/SLC 5731
4. July 1, 1981 to July 1, 1982 SL 3844/SLC 5855
5. July 1, 1982 to July 1, 1985 SL 4010/SLC 5997
6. July 1, 1982 to July 1, 1985 SL 4011/SLC 5998
7. July 1, 1985 to July 1, 1986 ISL 3412
8. July 1, 1986 to July 1, 1987 ISL 3363/ICO 5205
9. July 1, 1988 to July 1, 1989 ISL 4092/ICO 5664

Disputed Excess Umbrella Policy
1. April 16, 1973 to April 16, 1975 L/C 73051701E

Also all other Policies subscribed by London Market Insurers issued to DOS and DOS Entities
issued prior to July 1, 1989 subscribed by the London Market Insurers including Excess Property
Only, Drop-Down and Other.

**ATTACHMENT B**

**List of Solvent London Market Insurers**

- Certain Underwriters at Lloyd's, London subscribing to Policy Nos. L/C 73-05-17-01, SL 3107/ SLC 5115, SL 3551/SLC 5577, SL 4008/SLC 5995, ISL 3352/ICO 5202, 3564/ICO 5300, ISL 3873/ICO 5538, ISL 4091/ICO 6632, SL 3578/SLC 5603, SL 3579/SLC 5604, SL 3710/SLC 5731, SL 3844/SLC 5855, SL 4010/SLC 5997, SL 4011/SLC 5998, ISL 3412, ISL 3363/ICO 5205, 4092/ICO 5664 L/C 73051701E and all others issued prior to July 1, 1989. [To Be Filed]

- Catalina Worthing Insurance Ltd f/k/a HFPI (as Part VII transferee of Excess Insurance Company Ltd)

- RiverStone Insurance (UK) Limited (as successor in interest to Terra Nova Insurance Company Ltd.).

- RiverStone Insurance (UK) Limited (as successor in interest to Sphere Drake Insurance Ltd.).

- Sompo Japan Nipponkoa Insurance Company of Europe Limited (formerly known as The Yasuda Fire & Marine Insurance Company).

- Dominion Insurance Company Ltd.

- Taisho Marine & Fire Insurance Company (U.K.) Ltd.

- Allianz International Insurance Company (U.K Ltd.)

21870816.v321870816.v4

# ATTACHMENT C

## Insolvent Insurers

~~[To Be Filed]~~

1. Bellafonte Insurance Company

2. Pine Top Insurance Company, Ltd.

3. CX Reinsurance Company Ltd. (formerly known as CNA Reinsurance of London, Ltd.)

4. Stronghold Insurance Company Ltd.

5. Sovereign Marine & General Insurance Company Limited

6. Tokio Marine & Fire Insurance Company (U.K.) Ltd

7. Storebrand Insurance Company (U.K. Ltd.)

~~21870816.v3~~21870816.v4

**ATTACHMENT D**

**Solvent London Market Insurer Shares of the Settlement Amount**

| London Market Insurer | Amount |
|---|---|
| Certain Underwriters at Lloyd's, London | $20,322,651.70 |
| Excess Insurance Company Ltd. | $1,463,549.54 |
| Terra Nova Insurance Company Ltd. | $465,517.17 |
| Sphere Drake Insurance Ltd) | $145,377.46 |
| The Yasuda Fire & Marine Insurance Company | $102,899.13 |
| Dominion Insurance Company Ltd. | $1.00 |
| St. Katherine Insurance Company PLC | $1.00 |
| Assicurazioni Generali, T.S. | $1.00 |
| Taisho Marine & Fire Insurance Co. (U.K.) Ltd. | $1.00 |
| Allianz International Insurance Co. (U.K Ltd.) | $1.00 |
| **Net to Solvent London Market Insurers** | **$ 22,500,000** |

[To Be Filed]

21870816.v321870816.v4

- **ATTACHMENT E**

**LIST OF DOS ENTITIES**

[To Be Filed]

| Parishes | |
|---|---|
| **Parish Corporation Name:** | **Notice Addresses for Participating Parties** |
| St. Agnes Mission | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. John the Evangelist | |
| St. Augustine Roman Catholic Church, Baldwinsville, NY | |
| St. Elizabeth Ann Seton Church of the Town of Clay, NY | |
| St. Marys Church of Baldwinsville, NY | |
| St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St. Christopher and St. Rita | |
| St. Christopher Roman Catholic Church [Town of Chenango, Broome County] | |
| St. Catherine of Siena Roman Catholic Church | |
| St. Mary of the Assumption (combined with St. Mary's Church) | |
| St. Paul's Church, Binghamton, NY | |
| St. Andrew's Church of Binghamton | |
| The Church of Saints John & Andrew | |
| St. John the Evangelist Church | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Church of the Holy Trinity | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St. Stanislaus Kostka Church | |
| St. Joseph's Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann) | |
| St. Ann Catholic Church (renamed church of the Holy Trinity) | |
| Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY | |
| St. Patrick's Catholic Church of Binghamton, NY | |
| St. Thomas Aquinas Church | |
| Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission a/k/a St. Mary of The Snows Oratory | |
| St. Agnes Church | |
| Church of St. Francis of Assisi of Bridgeport, NY | |
| St. John The Evangelist a/k/a St. Mary Devotional Chapel and St. Paul (Redfield) | |
| St. Joseph's Church of Camillus, NY | |
| St. Agatha's Church | |
| St. James | |

| | |
|---|---|
| Divine Mercy Parish Roman Catholic Church | |
| *Saint Michael's Roman Catholic Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Anthony of Padua's Church of Willowvale and Chadwicks* | |
| St. Patrick-St. Anthony Church of Chadwicks, New York | |
| *St. Rita's Roman Catholic Church* | |
| St. Patrick | |
| Our Lady of Perpetual Help Roman Catholic Church of Cincinnatus, NY | |
| The Church of the Sacred Heart | |
| *St. Patrick's Church* | |
| *St. Mary of The Assumption a/k/a St. Mary's Oratory* | |
| St. Mary's Roman Catholic Church, Clinton | |
| The Church of Annunciation | |
| Mission of St. Bernadette | |
| St. Anthony of Cortland | |
| St. Mary's Church of Cortland | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Joseph's Church, Deposit, NY | |
| St. Lawrence Mission | |
| Holy Cross Church, DeWitt, NY | |
| *St. Francis Church of Durhamville, NY* | |
| St. Matthew's Church | |
| Our Lady of Good Counsel Church, Endicott, NY | |
| St. Ambrose | |
| St. Anthony of Padua Church | |
| *St. Casimir Roman Catholic (Polish) Church of Endicott* | |
| *St. Joseph's Roman Catholic Church, Endicott, NY* | |
| *Church of Christ The King, Endwell , NY* | |
| *Our Lady of Angels Church of Endwell, NY* | |
| Church of the Holy Family | |
| *St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed* | |
| Immaculate Conception | |
| St. Mary's Church, Florence, Oneida Co. | |
| St. Patrick Mission | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St.Patrick's Church of Forestport | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *The Holy Family Church of Fulton* | |
| *St. Michael 's Roman Catholic Polish Church* | |

21870816.v321870816.v4

| | |
|---|---|
| *Church of the Immaculate Conception of Fulton, NY* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Church of the Holy Trinity | |
| Church of the Immaculate Conception | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Mary | |
| Our Lady of The Rosary Church, Hannibal   NY | |
| St. John Chrysostom Mission [served area near Forestport] | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Ann Church of Hinckley, NY* | |
| The Parish Community of St. Leo & St. Ann | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Margaret's Catholic Church | |
| *St Mary's Devotional Chapel-[never inc]* | |
| *St. Mary's Church, Jamesville, NY* | |
| St. James Roman Catholic Church Lestershire, NY | |
| *The Church of the Blessed Sacrament* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Patrick | |
| St. Mary's Church, Kirkwood | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *Church of St. Frances Xavier Cabrini* | |
| Church of the Nativity at St. Joseph's | |
| St. Joseph's Church | |
| *Our Lady of the Valley Mission* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| *St. Francis of Assisi Mission as The Trustees of St. Mary's Church of West Monroe* | |
| Epiphany | |
| Church of Immaculate Heart of Mary | |
| St. Joseph the Worker Liverpool, Onondaga Co. | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| Christ the King Church, Liverpool, NY | |
| Pope John XXIII Roman Catholic Church | |
| *St. John Roman Catholic Church of Clay, NY* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Most Holy Rosary Roman Catholic Church of Maine, NY | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place |

| | |
|---|---|
| St. Ann's Church | Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Stephen's Church | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Francis Xavier's Church | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place |
| St. Margaret's Church | Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| St. Jospeh's Church of McGraw, NY- originally titled to St. Mary-Corland<br><br>*St. Mary, Star of the Sea* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| St. Anne, Mother of Mary<br>Our Lady of Perpetual Help<br>St. Mary of the Assumption<br>St. Joan of Arc Church of Morrisville, NY<br>*St. Theresa of the Infant Jesus*<br>Church of St. Theresa of the Infant Jesus, New Berlin, NY<br>Church of Our Lady of the Rosary, New Hartford, NY<br>St. John the Evangelist Church<br>St. Thomas | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *Holy Cross Church* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |
| Church of the Sacred Heart a/k/a St. Mary Our Lady<br>*St. Mary's Church of Our Lady of Czestochowa*<br>*St. John Oratory and Cemetery*<br>*St. Mary' s Mission*<br>St. Rose of Lima Church<br>St. Paul<br>St. Bartholomew<br>St. Joseph's German Catholic Church of Oneida<br>St. Patrick<br>St. Joseph<br>*Church of St. Stephen, Protomartyr*<br>*St. Louis* | Woods Oviatt Gilman LLP<br>1900 Bausch & Lomb Place<br>Rochester, New York 14604<br>Attn: Timothy P. Lyster, Esq. |
| *St. Joseph Mission* | Reverend John Kurgan, Vicar General<br>The Roman Catholic Diocese of Syracuse<br>240 East Onondaga Street<br>Syracuse, NY 13202 |

| | |
|---|---|
| *St. Joseph's Church* | Woods Oviatt Gilman LLP |
| | 1900 Bausch & Lomb Place |
| *St. John The Evangelist* | Rochester, New York 14604 |
| | Attn: Timothy P. Lyster, Esq. |
| *St. Mary of the Assumption* | |
| St. Paul | Reverend John Kurgan, Vicar General |
| | The Roman Catholic Diocese of Syracuse |
| | 240 East Onondaga Street |
| | Syracuse, NY 13202 |
| St. Peter's Church, Oswego | |
| *St. Stephen Roman Catholic Church* | |
| St. Patrick's Church of Otisco, NY | Woods Oviatt Gilman LLP |
| Church of St. Mary of the Snows | 1900 Bausch & Lomb Place |
| St. Joseph's Church | Rochester, New York 14604 |
| *St. Anne's Church of Parish, NY a/k/a St. Anne Mother of Mary (Mexico)* | Attn: Timothy P. Lyster, Esq. |
| St. Stephen | |
| Church of The Nativity at Immaculate Conception | |
| Christ Our Light a/k/a St. John The Evangelist | |
| *St. John the Evangelist Church Pulaski* | Reverend John Kurgan, Vicar General |
| | The Roman Catholic Diocese of Syracuse |
| | 240 East Onondaga Street |
| | Syracuse, NY 13202 |
| *St. Paul's Mission (mission of I.C. Pomep)Unincorporated, closed* | |
| St. John the Baptist | |
| *St. Mary's Church, Rome, NY* | |
| St. Paul | |
| St. Peter's Church, Rome | Woods Oviatt Gilman LLP |
| Transfiguration | 1900 Bausch & Lomb Place |
| St. Joseph | Rochester, New York 14604 |
| Sacred Heart Church of Town of Scriba, Oswego | Attn: Timothy P. Lyster, Esq. |
| St. Malachy | |
| St. Helena | |
| St. Mary of the Lake Roman Catholic Church, Skaneateles, NY | |
| *St. Bridget Roman Catholic Church of Skaneateles Falls, NY* | |
| *St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton]* | Reverend John Kurgan, Vicar General |
| | The Roman Catholic Diocese of Syracuse |
| | 240 East Onondaga Street |
| | Syracuse, NY 13202 |
| *St. Peter's Church of Split Rock* | |
| | Woods Oviatt Gilman LLP |
| | 1900 Bausch & Lomb Place |
| | Rochester, New York 14604 |

21870816.v321870816.v4

| | |
|---|---|
| St. Cecilia's Church, Solvay, NY | Attn: Timothy P. Lyster, Esq. |
| *Corpus Christi Church of S. Onondaga County of Onondaga, State of NY* | |
| St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception | |
| *St. John's Church, Syracuse, NY* | |
| *Holy Trinity Church, Syracuse* | |
| *St. Peter* | |
| St. Vincent DePaul's Church | |
| Basilica of the Sacred Heart of Jesus, Syracuse, NY | |
| *St. Brigid & St. Joseph Church of Syracuse* | |
| St. Lucy | |
| St. Patrick' s Church, Geddes | |
| *St. Stephen* | |
| St. Anthony of Padua | |
| Our Lady of Hope f/k/a St. James | |
| Blessed Sacrament Church, Eastwood, NY | |
| Transfiguration Roman Catholic Church | |
| Most Holy Rosary | |
| *Our Lady of Lourdes Church Syracuse, NY* | |
| Franciscan Church of the Assumption | |
| Church of Our Lady of Pompei - St. Peter | |
| St. Daniel | |
| St. John the Baptist | |
| St. Joseph (German) Church [FAD 1882] | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street Syracuse, NY 13202 |
| Church of Our Lady of Peace [ merged into St. Cecilia's Solvay as St. Marianne Cope] | Woods Oviatt Gilman LLP 1900 Bausch & Lomb Place Rochester, New York 14604 Attn: Timothy P. Lyster, Esq. |
| *Church of St. Andrew the Apostle of Syracuse, NY* | |
| All Saints Church, Syracuse, NY [new name for St. Therese @ merger with OL Solace] | |
| Church of St. Therese The Little Flower of Jesus, Syracuse | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street Syracuse, NY 13202 |
| St. Michael's & St. Peter Church, Onondaga Hill | |
| Holy Family | Woods Oviatt Gilman LLP 1900 Bausch & Lomb Place Rochester, New York 14604 Attn: Timothy P. Lyster, Esq. |
| St. Ann's Church Syracuse, NY [name changed to St. Charles-St. Ann] | |
| St. Charles Borromeo Church | |
| *The Church of Our Lady of Solace [merged into St. Therese to become All Saints]* | |
| *St. Anne -Glenmore [never inc]* | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street |

21870816.v3 21870816.v4

| | Syracuse, NY 13202 |
|---|---|
| St. Patrick's Church Taberg, NY | |
| St. Patrick | |
| Church of the Nativity at St. Leo's | |
| *St. Agnes Church* | |
| Historic Old St. John | Woods Oviatt Gilman LLP |
| St. Francis de Sales | 1900 Bausch & Lomb Place |
| St. Mary's Church Utica (South St.) | Rochester, New York 14604 |
| Church of the Blessed Sacrament | Attn: Timothy P. Lyster, Esq. |
| St. Maria di Monte Carmelo | |
| St. Stanislaus Roman Catholic Church | |
| Holy Trinity Church of Utica, NY | |
| Church of Our Lady of Lourdes | |
| Church of The Sacred Heart | Reverend John Kurgan, Vicar General |
| | The Roman Catholic Diocese of Syracuse |
| | 240 East Onondaga Street |
| | Syracuse, NY 13202 |
| St. Joseph | |
| St. Patrick Church | |
| St. George Roman Catholic Church | |
| St. Mark | |
| St. Peter | |
| St. Anthony & St. Agnes Church, Utica, NY | |
| St. Mary of the Lake Mission | |
| Holy Family | |
| Our Lady of Good Counsel | |
| Our Lady of Sorrows | |
| St. Vincent DePaul-Blessed Sacrament Church | |
| Our Lady of Good Counsel | |
| St. Bernard's Catholic Church of Waterville, Oneida Co. | Woods Oviatt Gilman LLP |
| St. Anne's Roman Catholic Church, Whitesboro, NY | 1900 Bausch & Lomb Place |
| St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro | Rochester, New York 14604 |
| The Catholic Community of St. Stephen-St. Patrick [merged into St. Patrick-Whitney Pt. | Attn: Timothy P. Lyster, Esq. |
| St. Patrick 's Church Williamstown [originally a mission of Parish, later Camden] | |
| Church of Our Lady of Lourdes of Windsor, NY | |
| Our Lady of Hope | |
| Christ the Good Shepard | |
| | |
| St. Marianne Cope Church | |
| St. Michaels Church | |
| St. Anthony of Padua Church | |
| St. John's Church and Roman Catholic Society in the City of Utica a/k/a Historic Old St. John | |
| St. Mary Mt. Carmel- Blessed Sacrament Church | |

21870816.v321870816.v4

| | |
|---|---|
| Mary, Mother of Our Savior Church - new name for OLL | |
| St. Vincent de Paul Church | |
| | |

| Schools | |
|---|---|
| | |
| All Saints Catholic School | |
| Bishop Cunningham High School | Woods Oviatt Gilman LLP |
| | 1900 Bausch & Lomb Place |
| Bishop Grimes Jr./Sr. High School | Rochester, New York 14604 |
| | Attn: Timothy P. Lyster, Esq. |
| Bishop Ludden Jr./Sr. High School | |
| Cathedral Academy at Pompei | Reverend John Kurgan, Vicar General |
| | The Roman Catholic Diocese of Syracuse |
| | 240 East Onondaga Street |
| | Syracuse, NY 13202 |
| Catholic Schools of Broome County | |
| Holy Family | |
| Notre Dame Elementary School | |
| Notre Dame Jr. / Sr. High | Woods Oviatt Gilman LLP |
| Oswego Catholic High School | 1900 Bausch & Lomb Place |
| Rome Catholic School | Rochester, New York 14604 |
| Seton Catholic Central | Attn: Timothy P. Lyster, Esq. |
| Seton Catholic High School | |
| Trinity Catholic School | |
| Utica Catholic Academy | |

| Other Catholic Organization | |
|---|---|
| | |
| Associated Catholic Charities for Community Development at Broome Co., Inc. | Woods Oviatt Gilman LLP |
| | 1900 Bausch & Lomb Place |
| Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc. | Rochester, New York 14604 |
| | Attn: Timothy P. Lyster, Esq. |
| Catholic Charities of the Roman Catholic Diocese of Syracuse | |
| Christopher Community, Inc. | Reverend John Kurgan, Vicar General |
| | The Roman Catholic Diocese of Syracuse |
| | 240 East Onondaga Street |
| | Syracuse, NY 13202 |
| Encompass Health Home, LLC | Woods Oviatt Gilman LLP |
| | 1900 Bausch & Lomb Place |
| | Rochester, New York 14604 |
| Heritage Campaign, Inc. | Attn: Timothy P. Lyster, Esq. |
| Jail Ministry of Onondaga County, Inc. | Reverend John Kurgan, Vicar General |
| | The Roman Catholic Diocese of Syracuse |

21870816.v321870816.v4

| | 240 East Onondaga Street Syracuse, NY 13202 |
|---|---|
| Joseph and Elaine Scuderi Foundation, Inc. | |
| The Clerical Fund of the Roman Catholic Diocese of Syracuse | |
| The Diocese of Syracuse Lay Pension Plan | |
| The Foundation of the Roman Catholic Diocese of Syracuse, Inc. | |
| The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H. McDevitt, L.C.H.S. Foundation Inc. | |
| The Syracuse Catholic Press Association, Inc. | Woods Oviatt Gilman LLP |
| The Syracuse Diocesan Investment Fund | 1900 Bausch & Lomb Place |
| The Syracuse House of Retreats | Rochester, New York 14604 |
| The St. Thomas Aquinas Fund, Inc. | Attn: Timothy P. Lyster, Esq. |
| Camp Nazareth | |
| Lourdes Camp | |
| Brady Faith Center | |
| Brady Farm | |
| Brady Market | |
| Joseph and Elaine Scuderi Foundation, Inc. | |
| Joseph T. O'Keefe Corporation | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street Syracuse, NY 13202 |
| Newman Foundation of Binghamton | Woods Oviatt Gilman LLP 1900 Bausch & Lomb Place Rochester, New York 14604 Attn: Timothy P. Lyster, Esq. |
| Newman Foundation of Cortland | |
| Project Joseph | |
| Propagation of Faith | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street Syracuse, NY 13202 |
| Spiritual Renewal Center | |
| St. Thomas More Catholic Campus Ministry | Woods Oviatt Gilman LLP 1900 Bausch & Lomb Place Rochester, New York 14604 Attn: Timothy P. Lyster, Esq. |
| The Guardian Angel Society | |
| The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. James Church of Lestershire, NY | Reverend John Kurgan, Vicar General The Roman Catholic Diocese of Syracuse 240 East Onondaga Street Syracuse, NY 13202 |
| The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Patrick's Church of Binghamton, NY | |
| The Robert L. McDevitt K.S.G., K.C.H.S. and Catherine H. McDevitt | |

327

| | |
|---|---|
| L.C.H.S Fund of St. Thomas Aquinas Church | |
| Holy Name Society, St. Margaret's Church. Mattydale, NY | Woods Oviatt Gilman LLP |
| St. Vincent DePaul Church Daycare | 1900 Bausch & Lomb Place |
| | Rochester, New York 14604 |
| Windsor Human Development | Attn: Timothy P. Lyster, Esq. |

328

## ATTACHMENT F

## NOTICE NAMES AND ADDRESSES

DOS:

The Roman Catholic Diocese of Syracuse, New York
240 East Onondaga Street
Syracuse, NY 13202
Attention:  Stephen Breen, Chief Financial Officer
With copies to:      Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, New York 13202
Attn:          Stephen A. Donato
               Charles J. Sullivan
               Grayson T. Walter

-and-

Blank Rome LLP 1825 Eye Street NW
Washington, D.C. 20006
Attn:          James R. Murray
               James S. Carter

DOS Parishes:

Woods Oviatt Gillman, LLP
1900 Bausch & Lomb Place
Rochester, NY 14604
Attention:      Timothy P. Lyster

21870816.v321870816.v4

LONDON MARKET INSURERS

For Resolute Management Services Limited:

Martin Futter, Esq. LLB (Hons)  PGDip (LPC)
Account Manager
Resolute Management Services Ltd. London
Underwriting Centre
4th Floor, 8 Fenchurch Place
London EC3M 4AJ England
Tel: +44 (0) 207 342 2455

For Company Leader:

Mr. Steve Dodson Head of Claims
Catalina Worthing Insurance Ltd *f/k/a* HFPI
(as Part VII transferee of Excess Insurance
Company Ltd and/or London & Edinburgh
Insurance Company Ltd (as successor to
London & Edinburgh General Insurance
Company Ltd))
1 Alie St. London E1 8DE England
Tel: +44 (0) 207 265 5031

With copies to:

Catalina J. Sugayan, Esq.
Clyde & Co US LLP 55 West Monroe Street
Suite 3000
Chicago, IL 60603
Tel: 312.635.6917

And

Russell W. Roten, .
Jeff D. Kahane
Skarzynski Marick & Black LLP
633 West Fifth St, Fl. 26
Los Angeles, CA 90071
Tel: 213.721.0650

## ATTACHMENT G

## Cancellation Endorsement

Effective [_____], all Coverages provided for under this Policy are hereby cancelled and terminated.

This endorsement forms part of the following policies:

| | |
|---|---|
| L/C 73-05-17-01 | April 16, 1973 to April 16, 1976 |
| SL 3107/ SLC 5115 | April 16, 1976 to July 1, 1979 |
| SL 3551/SLC 5577 | July 1, 1979 to July 1, 1982 |
| SL 4008/SLC 5995 | July 1, 1982 to July 1, 1985 |
| ISL 3352/ICO 5202 | July 1, 1985 to July 1, 1986 |
| ISL 3564/ICO 5300 | July 1, 1986 to July 1, 1987 |
| ISL 3873/ICO 5538 | July 1, 1987 to July 1, 1988 |
| ISL 4091/ICO 6632 | July 1, 1988 to July 1, 1989 |
| SL 3578/SLC 5603 | July 1, 1979 to July 1, 1982 |
| SL 3579/SLC 5604 | July 1, 1979 to July 1, 1980 |
| SL 3710/SLC 5731 | July 1, 1980 to July 1, 1981 |
| SL 3844/SLC 5855 | July 1, 1981 to July 1, 1982 |
| SL 4010/SLC 5997 | July 1, 1982 to July 1, 1985 |
| SL 4011/SLC 5998 | July 1, 1982 to July 1, 1985 |
| L/C 73051701E (unconfirmed) | April 16, 1973 to April 16, 1975 |

The Debtor Parties shall not object if the Lead Underwriter wishes to have the London Broker place the above endorsement on the Subject Insurance Policies.

**ATTACHMENT H**

**SEXUAL MISCONDUCT EXCLUSION**

Effective [_____],  the policies listed below are endorsed with the following Sexual Misconduct Exclusion, which will be deemed to have been part of each of the listed policies on their inception date.

**SEXUAL MISCONDUCT EXCLUSION**

Sexual or physical abuse or molestation of any person by the Assured, any employee of the Assured or any volunteer worker does not constitute personal injury within the terms of this policy and as such any claim arising, directly or indirectly, from the aforementioned is excluded.

This endorsement forms part of the following policies:

| | |
|---|---|
| L/C 73-05-17-01 | April 16, 1973 to April 16, 1976 |
| SL 3107/ SLC 5115 | April 16, 1976 to July 1, 1979 |
| SL 3551/SLC 5577 | July 1, 1979 to July 1, 1982 |
| SL 4008/SLC 5995 | July 1, 1982 to July 1, 1985 |
| ISL 3352/ICO 5202 | July 1, 1985 to July 1, 1986 |
| ISL 3564/ICO 5300 | July 1, 1986 to July 1, 1987 |
| ISL 3873/ICO 5538 | July 1, 1987 to July 1, 1988 |
| ISL 4091/ICO 6632 | July 1, 1988 to July 1, 1989 |
| SL 3578/SLC 5603 | July 1, 1979 to July 1, 1982 |
| SL 3579/SLC 5604 | July 1, 1979 to July 1, 1980 |
| SL 3710/SLC 5731 | July 1, 1980 to July 1, 1981 |
| SL 3844/SLC 5855 | July 1, 1981 to July 1, 1982 |
| SL 4010/SLC 5997 | July 1, 1982 to July 1, 1985 |
| SL 4011/SLC 5998 | July 1, 1982 to July 1, 1985 |
| L/C 73051701E (unconfirmed) | April 16, 1973 to April 16, 1975 |

The Debtor Parties shall not object if the Lead Underwriter wishes to have the London Broker place the above endorsement on the Subject Insurance Policies.

## ATTACHMENT I

## CHANNELING INJUNCTION

## CHANNELING INJUNCTION PREVENTING PROSECUTION OF CHANNELED CLAIMS AGAINST PROTECTED PARTIES.

IN CONSIDERATION OF THE UNDERTAKINGS OF THE PROTECTED PARTIES HEREIN, THEIR CONTRIBUTIONS TO THE TRUST, AND OTHER CONSIDERATION GIVEN, AND, WHERE APPLICABLE, PURSUANT TO THEIR RESPECTIVE SETTLEMENTS WITH THE DIOCESE AND TO FURTHER PRESERVE AND PROMOTE THE AGREEMENTS BETWEEN AND AMONG THE PROTECTED PARTIES, AND TO SUPPLEMENT WHERE NECESSARY THE INJUNCTIVE EFFECT OF THE DISCHARGE AS PROVIDED IN SECTIONS 524 AND 1141 OF THE BANKRUPTCY CODE, AND PURSUANT TO SECTIONS 105 AND 363 OF THE BANKRUPTCY CODE:

A.      ANY AND ALL CHANNELED CLAIMS ARE CHANNELED INTO THE TRUST AND SHALL BE TREATED, ADMINISTERED, DETERMINED, AND RESOLVED UNDER THE PROCEDURES AND PROTOCOLS AND IN THE AMOUNTS ESTABLISHED UNDER THIS PLAN, THE ALLOCATION PROTOCOL, AND THE TRUST AGREEMENT AS THE SOLE AND EXCLUSIVE REMEDY FOR ALL HOLDERS OF CHANNELED CLAIMS.

B.      ALL PERSONS WHO HAVE HELD OR ASSERTED, HOLD OR ASSERT, OR MAY IN THE FUTURE HOLD OR ASSERT, ANY CHANNELED CLAIMS, ARE HEREBY PERMANENTLY STAYED, ENJOINED, BARRED, AND RESTRAINED FROM TAKING ANY ACTION, DIRECTLY OR INDIRECTLY, FOR THE PURPOSES OF ASSERTING, ENFORCING OR ATTEMPTING TO ASSERT OR ENFORCE ANY CHANNELED CLAIMS AGAINST THE PROTECTED PARTIES, INCLUDING:

(I)      COMMENCING OR CONTINUING IN ANY MANNER ANY ACTION OR OTHER PROCEEDING OF ANY KIND WITH RESPECT TO ANY CHANNELED CLAIM AGAINST ANY OF THE PROTECTED PARTIES OR AGAINST THE PROPERTY OF ANY OF THE PROTECTED PARTIES;

(II)     ENFORCING, ATTACHING, COLLECTING, OR RECOVERING, OR SEEKING TO ACCOMPLISH ANY OF THE PRECEDING, BY ANY MANNER OR MEANS, ANY JUDGMENT, AWARD, DECREE, OR ORDER WITH RESPECT TO ANY CHANNELED CLAIM AGAINST ANY OF THE PROTECTED PARTIES OR THE PROPERTY OF ANY OF THE PROTECTED PARTIES;

(III)    CREATING, PERFECTING, OR ENFORCING, OR SEEKING TO ACCOMPLISH ANY OF THE PRECEDING, ANY LIEN OF ANY KIND RELATING TO ANY CHANNELED CLAIM AGAINST ANY OF THE PROTECTED PARTIES, OR THE PROPERTY OF THE PROTECTED PARTIES;

(IV)     ASSERTING, IMPLEMENTING, OR EFFECTUATING ANY CHANNELED CLAIM OF ANY KIND AGAINST:

**(A)** ANY OBLIGATION DUE ANY OF THE PROTECTED PARTIES;

**(B)** ANY OF THE PROTECTED PARTIES; OR

**(C)** THE PROPERTY OF ANY OF THE PROTECTED PARTIES.

**(V)** TAKING ANY ACT, IN ANY MANNER, IN ANY PLACE WHATSOEVER, THAT DOES NOT CONFORM TO, OR COMPLY WITH, THE PROVISIONS OF THIS PLAN; AND

**(VI)** ASSERTING OR ACCOMPLISHING ANY SETOFF, RIGHT OF INDEMNITY, SUBROGATION, CONTRIBUTION, OR RECOUPMENT OF ANY KIND AGAINST AN OBLIGATION DUE TO ANY OF THE PROTECTED PARTIES, OR THE PROPERTY OF ANY OF THE PROTECTED PARTIES.

THE CHANNELING INJUNCTION IS AN INTEGRAL PART OF THIS PLAN AND IS ESSENTIAL TO THE PLAN'S CONSUMMATION AND IMPLEMENTATION. IT IS INTENDED THAT THE CHANNELING OF THE CHANNELED CLAIMS AS PROVIDED IN THIS SECTION 12.3 OF THE PLAN SHALL INURE TO THE BENEFIT OF THE PROTECTED PARTIES. IN A SUCCESSFUL ACTION TO ENFORCE THE INJUNCTIVE PROVISIONS OF THIS SECTION IN RESPONSE TO A WILLFUL VIOLATION THEREOF, THE MOVING PARTY MAY SEEK AN AWARD OF COSTS (INCLUDING REASONABLE ATTORNEYS' FEES) AGAINST THE NON-MOVING PARTY, AND SUCH OTHER LEGAL OR EQUITABLE REMEDIES AS ARE JUST AND PROPER, AFTER NOTICE AND A HEARING.

## ATTACHMENT J

## GATEKEEPER INJUNCTION

To the extent permitted by law, and subject in all respects to Section 12 of the Plan, no Enjoined Party may commence or pursue against any Protected Party (a) an Abuse Claim or (b) any other Claim or cause of action that arose, arises from, or is related to an Abuse Claim, the Chapter 11 Case, the negotiation of the Plan, the administration of the Plan or property to be distributed under the Plan, the wind-down or reorganization of the business of the Diocese, the Reorganized Diocese, the administration of the Trust, or the transactions in furtherance of the foregoing without the Bankruptcy Court (i) first determining, after notice and a hearing, that such Claim or cause of action represents a colorable Claim against a Protected Party and (ii) subject in all respects to the Channeling Injunction and Settling Insurer Injunction, specifically authorizing such Enjoined Party to bring such Claim or cause of action against any such Protected Party. The Bankruptcy Court will have jurisdiction to determine whether a Claim or cause of action is colorable and, to the extent legally permissible and as provided for in Section 14 of the Plan, have jurisdiction to adjudicate the underlying colorable Claim or cause of action.

For the avoidance of doubt, the Gatekeeper Injunction does not apply to Claims seeking recovery from Non-Settling Insurers.

**ATTACHMENT K**

**Participating Parties**

# Parishes

| Parish Corporation Name: | City - Zip |
|---|---|
| St. Agnes Mission | Afton, NY 13730 |
| St. John the Evangelist | Bainbridge, NY 13733 |
| St. Augustine Roman Catholic Church, Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Elizabeth Ann Seton Church of the Town of Clay, NY | Baldwinsville, NY 13027 |
| St. Marys Church  of  Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St. Christopher and St. Rita | Binghamton, NY 13901 |
| *St. Christopher Roman Catholic Church [Town of Chenango, Broome County]* | *Binghamton, NY 13901* |
| *St. Catherine of Siena Roman Catholic Church* | *Binghamton, 13901* |
| St. Mary of the Assumption (combined with St. Mary's Church) | Binghamton, NY 13901 |
| St. Paul's Church, Binghamton, NY | Binghamton, NY 13901 |
| *St. Andrew's Church of Binghamton* | *Binghamton, NY 13903* |
| The Church of Saints John & Andrew | Binghamton, NY 13903 |
| *St. John the Evangelist Church* | *Binghamton, 13903* |
| Church of the Holy Trinity | Binghamton, NY 13905 |
| *Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St. Stanislaus Kostka Church* | *Binghamton, NY 13905* |
| *St. Joseph's  Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann)* | *Binghamton, NY 13905* |
| *St. Ann Catholic Church (renamed church of the Holy Trinity)* | *Binghamton 13905* |
| Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Patrick's Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Thomas Aquinas Church | Binghamton, NY 13905 |
| Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission a/k/a St. Mary of The Snows Oratory | Boonville, NY 13309 |
| St. Agnes Church | Brewerton, NY 13029 |
| Church of St. Francis of Assisi of Bridgeport, NY | Bridgeport, NY 13030 |
| St. John The Evangelist a/k/a St. Mary Devotional Chapel and St. Paul (Redfield) | Camden, NY 13316 |
| St. Joseph's Church of Camillus,NY | Camillus, NY 13031 |
| St. Agatha's Church | Canastota, NY 13032 |
| St. James | Cazenovia, NY 13035 |
| Divine Mercy Parish Roman Catholic Church | Central Square, NY 13036 |
| *Saint Michael's Roman Catholic Church* | *Central Square, NY 13036* |
| *St. Anthony of Padua's Church of Willowvale and Chadwicks* | *Chadwicks, NY 13319* |
| St. Patrick-St. Anthony Church of Chadwicks, New York | Chadwicks, NY 13319 |
| *St. Rita's Roman Catholic Church* | *Chenango Forks, NY 13746* |
| St. Patrick | Chittenango, NY 13037 |
| Our Lady of Perpetual Help Roman Catholic Church of Cincinnatus, NY | Cincinnatus, NY 13040 |
| The Church of the Sacred Heart | Cicero, NY 13039 |
| *St. Patrick's  Church* | *Clayville, NY 13322* |
| *St. Mary of The Assumption a/k/a St. Mary's Oratory* | *Cleveland, NY 13042* |
| St. Mary's Roman Catholic Church, Clinton | Clinton, NY 13323 |
| The Church of Annunciation | Clinton, NY 13323 |
| Mission of St. Bernadette | Constantia, NY 13044 |

| | |
|---|---|
| St. Anthony of Padua | Cortland, NY 13045 |
| St. Mary's Church of Cortland | Cortland, NY 13045 |
| St. Joseph's Church, Deposit, NY | Deposit, NY 13754 |
| St. Lawrence Mission | *DeRuyter, NY* |
| Holy Cross Church, DeWitt, NY | DeWitt, NY 13214 |
| *St. Francis Church of Durhamville, NY* | *Durhamville, NY 13054* |
| St. Matthew's Church | E. Syracuse, NY 13057 |
| Our Lady of Good Counsel Church, Endicott, NY | Endicott, NY 13760 |
| St. Ambrose | Endicott, NY 13760 |
| St. Anthony of Padua Church | Endicott, NY 13760 |
| *St. Casimir Roman Catholic (Polish) Church of Endicott* | *Endicott, NY 13760* |
| *St. Joseph's Roman Catholic Church, Endicott, NY* | *Endicott, NY 13760* |
| *Church of Christ The King, Endwell , NY* | *Endwell, NY 13760* |
| *Our Lady of Angels Church of Endwell, NY* | *Endwell, NY 13760* |
| Church of the Holy Family | Endwell, NY 13760 |
| *St. Paul's Mission (mission of I.C. Pomep)Unincororated, closed* | Fabius |
| Immaculate Conception | Fayetteville, Ny 13066 |
| St. Mary's Church, Florence, Oneida Co. | Florence, NY |
| St. Patrick Mission | Forestport, NY |
| St.Patrick's Church of Forestport | Forestport, NY 13338 |
| *The Holy Family Church of Fulton* | *Fulton, NY 13069* |
| *St. Michael 's Roman Catholic Polish Church* | *Fulton, NY 13069* |
| *Church of the Immaculate Conception of Fulton,NY* | *Fulton, NY 13069* |
| Church of the Holy Trinity | Fulton, NY 13069 |
| Church of the Immaculate Conception | Greene, NY 13778 |
| St. Mary | Hamilton, NY 13346 |
| Our Lady of The Rosary  Church, Hannibal   NY | Oswego, NY 13126 |
| St. John Chrysostom Mission [served area near Forestport] | Hawkinsville, NY |
| *St. Ann Church of Hinckley, NY* | *Hinckley, NY 13352* |
| The Parish Community of St. Leo & St. Ann | Holland Patent, NY 13354 |
| St. Margaret's Catholic Church | Homer, NY 13077 |
| *St Mary's Devotional Chapel-[never inc]* | *Irish Ridge* |
| *St. Mary's Church, Jamesville, NY* | *Jamesville, NY 13078* |
| St. James Roman Catholic Church Lestershire, NY | Johnson City, NY 13790 |
| *The Church of the Blessed Sacrament* | *Johnson City, NY 13790* |
| St. Patrick | Jordan, NY 13080 |
| St. Mary's Church, Kirkwood | Kirkwood, NY 13795 |
| | *Lacona [Pulaski, NY 13142]* |
| *Church of St. Frances Xavier Cabrini* | |
| Church of the Nativity at St. Joseph's | LaFayette, NY 13084 |
| St. Joseph's Church | Lee Center, NY 13363 |
| *Our Lady of the Valley Mission* | *Leonardsville, NY,13364* |
| *St. Francis of Assisi Mission as The Trustees of St. Mary's Church of West Monroe* | *Little France, NY* |
| Epiphany | Liverpool, NY 13088 |
| Church of Immaculate Heart of Mary | Liverpool, NY 13088 |
| St. Joseph the Worker Liverpool, Onondaga Co. | Liverpool, NY 13088 |
| Christ the King Church, Liverpool, NY | Liverpool, NY 13090 |
| Pope John XXIII Roman Catholic Church | Liverpool, NY 13090 |
| *St. John Roman Catholic Church of Clay, NY* | *Liverpool, NY 13090* |

| | |
|---|---|
| Most Holy Rosary Roman Catholic Church of Maine, NY | Maine, NY 13802 |
| St. Ann's  Church | Manlius, NY 13104 |
| St. Stephen's Church | Marathon, NY 13803 |
| St. Francis Xavier's Church | Marcellus, NY 13108 |
| St. Margaret's Church | Mattydale, NY 13211 |
| St. Joseph's Church of McGraw, NY- originally titled to St. Mary-Corland | McGraw, NY |
| *St.Mary, Star of the Sea* | *Mexico, NY 13114* |
| St. Anne, Mother of Mary | Mexico, NY 13114 |
| Our Lady of Perpetual Help | Miinetto |
| St. Mary of the Assumption | Minoa, NY 13116 |
| St. Joan of Arc Church of Morrisville, NY | Morrisville, NY 13408 |
| *St. Theresa of the Infant Jesus* | *Munnsville, NY 13409* |
| Church of St. Theresa of the Infant Jesus, New Berlin, NY | New Berlin, NY 13411 |
| Church of Our Lady of the Rosary, New Hartford, NY | New Hartford, NY 13413 |
| St. John the Evangelist Church | New Hartford, NY 13413 |
| St. Thomas | New Hartford, NY 13413 |
| *Holy Cross Church* | *New London* |
| Church of the Sacred Heart a/k/a St. Mary Our Lady | New York Mills, NY 13417 |
| *St. Mary's Church of Our Lady of Czestochowa* | *New York Mills, NY 13417* |
| *St. John Oratory and Cemetery* | *North Bay, NY* |
| *St. Mary' s Mission* | *North Brookfield,NY* |
| St. Rose of Lima Church | N. Syracuse, NY 13212 |
| St. Paul | Norwich, NY 13815 |
| St. Bartholomew | Norwich, NY 13815 |
| St. Joseph's German Catholic Church of Oneida | Oneida, NY 13421 |
| St. Patrick | Oneida, NY 13421 |
| St. Joseph | Oriskany Falls, NY 13425 |
| *Church of St. Stephen, Protomartyr* | *Oriskany, NY 13424* |
| *St. Louis* | *Oswego, NY 13126* |
| *St. Joseph Mission* | *Oswego, NY* |
| *St. Joseph's Church* | *Oswego, NY 13126* |
| *St. John The Evangelist* | *Oswego, NY 13126* |
| *St. Mary of the Assumption* | Oswego, NY 13126 |
| St. Paul | Oswego, NY 13126 |
| St. Peter's Church, Oswego | Oswego, NY 13126 |
| *St. Stephen Roman Catholic Church* | *Oswego, NY 13126* |
| St. Patrick's  Church of Otisco, NY | Otisco, NY 13159 |
| Church of St. Mary of the Snows | Otter Lake, NY 13338 |
| St. Joseph's Church | Oxford, NY 13830 |
| *St. Anne's Church of Parish, NY a/k/a St. Anne Mother of Mary (Mexico)* | *Parish, NY 13131* |
| St. Stephen | Phoenix, NY 13135 |
| Church of The Nativity at Immaculate Conception | Pompey, NY 13138 |
| Christ Our Light a/k/a St. John The Evangelist | Pulaski, NY 13142 |
| *St. John the Evangelist Church Pulaski* | *Pulaski, NY 13142* |
| *St. Paul's Mission (mission of I.C. Pomep)Unincororated, closed* | *Redfield* |
| St. John the Baptist | Rome, NY 13440 |
| *St. Mary's Church, Rome, NY* | *Rome, NY 13442* |
| St. Paul | Rome, NY 13440 |
| St.  Peter's Church, Rome | Rome, NY 13440 |

| | |
|---|---|
| Transfiguration | Rome, NY 13440 |
| St. Joseph | Sanitaria Springs, 13833 |
| Sacred Heart Church of Town of Scriba, Oswego | Scriba, NY 13126 |
| St. Malachy | Sherburne, NY 13460 |
| St. Helena | Sherrill, NY 13461 |
| St. Mary of the Lake Roman Catholic Church,Skaneateles,NY | Skaneateles, NY13152 |
| *St. Bridget Roman Catholic Church of Skaneateles Falls, NY* | *Skaneateles Falls, NY* |
| *St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton]* | *Solon, NY* |
| *St. Peter's Church of Split Rock* | *Syracuse, NY* |
| St. Cecilia's Church, Solvay, NY | Solvay, NY 13209 |
| *Corpus Christi Church of S. Onondaga County of Onondaga, State of NY* | Syracuse, NY 13159 |
| St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception | Syracuse, NY 13202 |
| *St. John's Church, Syracuse, NY* | *Syracuse, NY 13202* |
| *Holy Trinity Church, Syracuse* | *Syracuse, NY 13203* |
| *St. Peter* | *Syracuse, NY 13203* |
| St. Vincent DePaul's Church | Syracuse, NY 13203 |
| Basilica of the Sacred Heart of Jesus, Syracuse, NY | Syracuse, NY 13204 |
| *St. Brigid & St. Joseph Church of Syracuse* | *Syracuse, NY 13204* |
| St. Lucy | Syracuse, NY 13204 |
| St. Patrick' s Church, Geddes | Syracuse, NY 13204 |
| *St. Stephen* | *Syracuse, NY 13204* |
| St. Anthony of Padua | Syracuse, NY 13205 |
| Our Lady of Hope f/k/a St. James | Syracuse, NY 13205 |
| Blessed Sacrament Church, Eastwood, NY | Syracuse, NY 13206 |
| Transfiguration Roman Catholic Church | Syracuse, NY 13206 |
| Most Holy Rosary | Syracuse, NY 13207 |
| *Our Lady of Lourdes Church Syracuse, NY* | *Syracuse, NY 13207* |
| Franciscan Church of the Assumption | Syracuse, NY 13208 |
| Church of Our Lady of Pompei - St. Peter | Syracuse, NY 13208 |
| St. Daniel | Syracuse, NY 13208 |
| St. John the Baptist | Syracuse, NY 13208 |
| St. Joseph (German) Church [FAD 1882] | Syracuse, NY |
| Church of Our Lady of Peace [ merged into St. Cecilia's Solvay as St. Marianne Cope] | Syracuse, NY 13209 |
| *Church of St. Andrew the Apostle of Syracuse, NY* | *Syracuse, NY 13210* |
| All Saints Church, Syracuse, NY [new name for St. Therese @ merger with OL Solace] | Syracuse, NY 13210 |
| Church of St. Therese The Little Flower of Jesus, Syracuse | Syracuse, NY 13210 |
| St. Michael's & St. Peter Church, Onondaga Hill | Syracuse, NY 13215 |
| Holy Family | Syracuse, NY 13219 |
| St. Ann's Church Syracuse, NY [name changed to St. Charles-St. Ann] | Syracuse, NY 13219 |
| St. Charles Borromeo Church | Syracuse, NY 13219 |
| *The Church of Our Lady of Solace [merged into St. Therese to become All Saints]* | *Syracuse, NY 13224* |
| *St. Anne -Glenmore [never inc]* | *Taberg, NY 13471* |
| St. Patrick's Church Taberg, NY | Taberg, NY 13471 |
| St. Patrick | Truxton,13158 |
| Church of the Nativity at St. Leo's | Tully, NY 13159 |
| *St. Agnes Church* | *Utica, NY 13501* |
| Historic Old St. John | Utica, NY 13501 |
| St. Francis de Sales | Utica, NY 13501 |
| St.Mary's Church  Utica    (South St.) | Utica, NY 13501 |

| | |
|---|---|
| Church of the Blessed Sacrament | Utica, NY 13501 |
| St. Maria di Monte Carmelo | Utica, NY 13501 |
| St. Stanislaus Roman Catholic Church | Utica, NY 13501 |
| Holy Trinity Church of Utica, NY | Utica, NY 13502 |
| Church of Our Lady of Lourdes | Utica, NY 13502 |
| Church of The Sacred Heart | Utica, NY 13502 |
| St. Joseph | Utica, NY 13502 |
| St. Patrick Church | Utica, NY 13502 |
| St. George Roman Catholic Church | Utica, NY 13502 |
| St. Mark | Utica, NY 13502 |
| St. Peter | Utica, NY 13502 |
| St. Anthony & St. Agnes Church, Utica, NY | Utica, NY 13504 |
| St. Mary of the Lake Mission | Verona Beach, NY 13162 |
| Holy Family | Vernon, NY 13476 |
| Our Lady of Good Counsel | Verona, NY 13478 |
| Our Lady of Sorrows | Vestal, NY 13851 |
| St. Vincent DePaul-Blessed Sacrament Church | Vestal, NY 13850 |
| Our Lady of Good Counsel | Warners, NY 13164 |
| St. Bernard's Catholic Church of Waterville, Oneida Co. | Waterville, NY 13480 |
| St. Anne's Roman Catholic Church, Whitesboro, NY | Whitesboro, NY 13492 |
| St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro | Whitesboro, NY 13492 |
| The Catholic Community of St. Stephen-St. Patrick [merged into St. Patraick-Whitney Pt. | Whitney Point,  13862 |
| St. Patrick 's Church Williamstown [originally a mission of Parish, later Camden] | Williamstown,NY  13493 |
| Church of Our Lady of Lourdes of Windsor,NY | Windsor,NY 13865 |
| Our Lady of Hope | Syracuse, NY |
| Christ the Good Shepard | Oswego, NY |
| | |
| St. Marianne Cope Church | Solvay, NY 13209 |
| St. Michaels Church | Syracuse NY 13215 |
| St. Anthony of Padua Church | Utica NY 13501 |
| St. John's Church and Roman Catholic Society in the City of Utica a/k/a Historic Old St. John | Utica, NY 13501 |
| St. Mary Mt. Carmel- Blessed Sacrament Church | Utica, NY 13501 |
| Mary, Mother of Our Savior Church - new name for OLL | Utica, NY 13502 |
| St. Vincent de Paul Church | Vestal, NY 13850 |

# Schools

| | |
|---|---|
| All Saints Catholic School | Endicott |
| Bishop Cunningham High School | Oswego |
| Bishop Grimes Jr./Sr. High School | East Syracuse |
| Bishop Ludden Jr./Sr. High School | Syracuse |
| Cathedral Academy at Pompei | Syracuse |
| Catholic Schools of Broome County | Binghamton |
| Holy Family | Norwich |
| Notre Dame Elementary School | Utica |
| Notre Dame Jr. / Sr. High | Utica |

| | |
|---|---|
| Oswego Catholic High School | Oswego |
| Rome Catholic School | Rome |
| Seton Catholic Central | Binghamton |
| Seton Catholic High School | Endicott |
| Trinity Catholic School | Oswego |
| Utica Catholic Academy | |

# Other Catholic Entities

Associated Catholic Charities for Community Development at Broome Co., Inc.

Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc.

Catholic Charities of the Roman Catholic Diocese of Syracuse

Christopher Community, Inc.

Encompass Health Home, LLC

Heritage Campaign, Inc.

Jail Ministry of Onondaga County, Inc.

Joseph and Elaine Scuderi Foundation, Inc.

The Clerical Fund of the Roman Catholic Diocese of Syracuse

The Diocese of Syracuse Lay Pension Plan

The Foundation of the Roman Catholic Diocese of Syracuse, Inc.

The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H. McDevitt, L.C.H.S. Foundation Inc.

The Syracuse Catholic Press Association, Inc.

The Syracuse Diocesan Investment Fund

The Syracuse House of Retreats

The St. Thomas Aquinas Fund, Inc.

Camp Nazareth

Lourdes Camp

Brady Faith Center

Brady Farm

Brady Market

Joseph and Elaine Scuderi Foundation, Inc.

Joseph T. O'Keefe Corporation

Newman Foundation of Binghamton

Newman Foundation of Cortland

Project Joseph

Propagation of Faith

Spirtual Renewal Center

St. Thomas More Catholic Campus Ministry

The Guardian Angel Society

The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. James Church of Lestershire, NY

The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Patrick's Church of Binghamton, NY

The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of St. Thomas Aquinas Church

Holy Name Society, St. Margaret's Church. Mattydale, NY

St. Vincent DePaul Church Daycare

Windsor Human Development

# Parishes

| Parish Corporation Name: | City - Zip |
| --- | --- |
| St. Agnes Mission | Afton, NY 13730 |
| St. John the Evangelist | Bainbridge, NY 13733 |
| St. Augustine Roman Catholic Church, Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Elizabeth Ann Seton Church of the Town of Clay, NY | Baldwinsville, NY 13027 |
| St. Marys Church of  Baldwinsville, NY | Baldwinsville, NY 13027 |
| St. Francis of Assisi a/k/a St. Catherine of Siena a/k/a St. Christopher and St. Rita | Binghamton, NY 13901 |
| *St. Christopher Roman Catholic Church [Town of Chenango, Broome County]* | *Binghamton, NY 13901* |
| *St. Catherine of Siena Roman Catholic Church* | *Binghamton,13901* |
| St. Mary of the Assumption (combined with St. Mary's Church) | Binghamton, NY 13901 |
| St. Paul's Church, Binghamton, NY | Binghamton, NY 13901 |
| *St. Andrew's Church of Binghamton* | *Binghamton, NY 13903* |
| The Church of Saints John & Andrew | Binghamton, NY 13903 |
| *St. John the Evangelist Church* | *Binghamton,13903* |
| Church of the Holy Trinity | Binghamton, NY 13905 |
| *Holy Trinity a/k/a St. Ann a/k/a St. Joseph and St. Stanislaus Kostka Church* | *Binghamton, NY 13905* |
| *St. Joseph's  Lithuanian Roman Catholic Church of Binghamton NY (merged in St. Ann)* | *Binghamton, NY 13905* |
| *St. Ann Catholic Church (renamed church of the Holy Trinity)* | *Binghamton13905* |
| Ss Cyril & Methodius Slovak Roman Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Patrick's Catholic Church of Binghamton, NY | Binghamton, NY 13905 |
| St. Thomas Aquinas Church | Binghamton, NY 13905 |
| Christ Our Hope a/k/a St. Joseph a/k/a St. Patrick Mission a/k/a St. Mary of The Snows Oratory | Boonville, NY 13309 |
| St. Agnes Church | Brewerton, NY 13029 |
| Church of St. Francis of Assisi of Bridgeport, NY | Bridgeport, NY 13030 |
| St. John The Evangelist a/k/a St. Mary Devotional Chapel and St. Paul (Redfield) | Camden, NY 13316 |
| St. Joseph's Church of Camillus,NY | Camillus, NY 13031 |
| St. Agatha's Church | Canastota, NY 13032 |
| St. James | Cazenovia, NY 13035 |
| Divine Mercy Parish Roman Catholic Church | Central Square, NY 13036 |
| *Saint Michael's Roman Catholic Church* | *Central Square, NY 13036* |
| *St. Anthony of Padua's Church of Willowvale and Chadwicks* | *Chadwicks, NY 13319* |
| St. Patrick-St. Anthony Church of Chadwicks, New York | Chadwicks, NY 13319 |
| *St. Rita's Roman Catholic Church* | *Chenango Forks, NY 13746* |
| St. Patrick | Chittenango, NY 13037 |
| Our Lady of Perpetual Help Roman Catholic Church of Cincinnatus, NY | Cincinnatus, NY 13040 |
| The Church of the Sacred Heart | Cicero, NY 13039 |
| *St. Patrick's  Church* | *Clayville, NY 13322* |
| *St. Mary of The Assumption a/k/a St. Mary's Oratory* | *Cleveland, NY 13042* |
| St. Mary's Roman Catholic Church, Clinton | Clinton, NY 13323 |
| The Church of Annunciation | Clinton, NY 13323 |
| Mission of St. Bernadette | Constantia, NY 13044 |
| St. Anthony of Padua | Cortland, NY 13045 |
| St. Mary's Church of Cortland | Cortland, NY 13045 |
| St. Joseph's Church, Deposit, NY | Deposit, NY 13754 |
| St. Lawrence Mission | *DeRuyter, NY* |

| | |
|---|---|
| Holy Cross Church, DeWitt, NY | DeWitt, NY 13214 |
| *St. Francis Church of Durhamville, NY* | *Durhamville, NY 13054* |
| St. Matthew's Church | E. Syracuse, NY 13057 |
| Our Lady of Good Counsel Church, Endicott, NY | Endicott, NY 13760 |
| St. Ambrose | Endicott, NY 13760 |
| St. Anthony of Padua Church | Endicott, NY 13760 |
| *St. Casimir Roman Catholic (Polish) Church of Endicott* | *Endicott, NY 13760* |
| *St. Joseph's Roman Catholic Church, Endicott, NY* | *Endicott, NY 13760* |
| *Church of Christ The King, Endwell , NY* | *Endwell, NY 13760* |
| *Our Lady of Angels Church of Endwell, NY* | *Endwell, NY 13760* |
| Church of the Holy Family | Endwell, NY 13760 |
| *St. Paul's Mission (mission of I.C. Pomep)Unincororated, closed* | Fabius |
| Immaculate Conception | Fayetteville, Ny 13066 |
| St. Mary's Church, Florence, Oneida Co. | Florence, NY |
| St. Patrick Mission | Forestport, NY |
| St.Patrick's Church of Forestport | Forestport, NY 13338 |
| *The Holy Family Church of Fulton* | *Fulton, NY 13069* |
| *St. Michael 's Roman Catholic Polish Church* | *Fulton, NY 13069* |
| *Church of the Immaculate Conception of Fulton,NY* | *Fulton, NY 13069* |
| Church of the Holy Trinity | Fulton, NY 13069 |
| Church of the Immaculate Conception | Greene, NY 13778 |
| St. Mary | Hamilton, NY 13346 |
| Our Lady of The Rosary  Church, Hannibal   NY | Oswego, NY 13126 |
| St. John Chrysostom Mission [served area near Forestport] | Hawkinsville, NY |
| *St. Ann Church of Hinckley, NY* | *Hinckley, NY 13352* |
| The Parish Community of St. Leo & St. Ann | Holland Patent, NY 13354 |
| St. Margaret's Catholic Church | Homer, NY 13077 |
| *St Mary's Devotional Chapel-[never inc]* | *Irish Ridge* |
| *St. Mary's Church, Jamesville, NY* | *Jamesville, NY 13078* |
| St. James Roman Catholic Church Lestershire, NY | Johnson City, NY 13790 |
| *The Church of the Blessed Sacrament* | *Johnson City, NY 13790* |
| St. Patrick | Jordan, NY 13080 |
| St. Mary's Church, Kirkwood | Kirkwood, NY 13795 |
| *Church of St. Frances Xavier Cabrini* | *Lacona [Pulaski, NY 13142]* |
| Church of the Nativity at St. Joseph's | LaFayette, NY 13084 |
| St. Joseph's Church | Lee Center, NY 13363 |
| *Our Lady of the Valley Mission* | *Leonardsville, NY,13364* |
| *St. Francis of Assisi Mission as The Trustees of St. Mary's Church of West Monroe* | *Little France, NY* |
| Epiphany | Liverpool, NY 13088 |
| Church of Immaculate Heart of Mary | Liverpool, NY 13088 |
| St. Joseph the Worker Liverpool, Onondaga Co. | Liverpool, NY 13088 |
| Christ the King Church, Liverpool, NY | Liverpool, NY 13090 |
| Pope John XXIII Roman Catholic Church | Liverpool, NY 13090 |
| *St. John Roman Catholic Church of Clay, NY* | *Liverpool, NY 13090* |
| Most Holy Rosary Roman Catholic Church of Maine, NY | Maine, NY 13802 |
| St. Ann's  Church | Manlius, NY 13104 |
| St. Stephen's Church | Marathon, NY 13803 |
| St. Francis Xavier's Church | Marcellus, NY 13108 |

| | |
|---|---|
| St. Margaret's Church | Mattydale, NY 13211 |
| St. Jospeh's Church of McGraw, NY- originally titled to St. Mary-Corland | McGraw, NY |
| *St.Mary, Star of the Sea* | *Mexico, NY 13114* |
| St. Anne, Mother of Mary | Mexico, NY 13114 |
| Our Lady of Perpetual Help | Miinetto |
| St. Mary of the Assumption | Minoa, NY 13116 |
| St. Joan of Arc Church of Morrisville, NY | Morrisville, NY 13408 |
| *St. Theresa of the Infant Jesus* | *Munnsville, NY 13409* |
| Church of St. Theresa of the Infant Jesus, New Berlin, NY | New Berlin, NY 13411 |
| Church of Our Lady of the Rosary, New Hartford, NY | New Hartford, NY 13413 |
| St. John the Evangelist Church | New Hartford, NY 13413 |
| St. Thomas | New Hartford, NY 13413 |
| *Holy Cross Church* | *New London* |
| Church of the Sacred Heart a/k/a St. Mary Our Lady | New York Mills, NY 13417 |
| *St. Mary's Church of Our Lady of Czestochowa* | *New York Mills, NY 13417* |
| *St. John Oratory and Cemetery* | *North Bay, NY* |
| *St. Mary' s Mission* | *North Brookfield,NY* |
| St. Rose of Lima Church | N. Syracuse, NY 13212 |
| St. Paul | Norwich, NY 13815 |
| St. Bartholomew | Norwich, NY 13815 |
| St. Joseph's German Catholic Church of Oneida | Oneida, NY 13421 |
| St. Patrick | Oneida, NY 13421 |
| St. Joseph | Oriskany Falls, NY 13425 |
| *Church of St. Stephen, Protomartyr* | *Oriskany, NY 13424* |
| *St. Louis* | *Oswego, NY 13126* |
| *St. Joseph Mission* | *Oswego, NY* |
| *St. Joseph's Church* | *Oswego, NY 13126* |
| *St. John The Evangelist* | *Oswego, NY 13126* |
| *St. Mary of the Assumption* | Oswego, NY 13126 |
| St. Paul | Oswego, NY 13126 |
| St. Peter's Church, Oswego | Oswego, NY 13126 |
| *St. Stephen Roman Catholic Church* | *Oswego, NY 13126* |
| St. Patrick's  Church of Otisco, NY | Otisco, NY 13159 |
| Church of St. Mary of the Snows | Otter Lake, NY 13338 |
| St. Joseph's Church | Oxford, NY 13830 |
| *St. Anne's Church of Parish, NY a/k/a St. Anne Mother of Mary (Mexico)* | *Parish, NY 13131* |
| St. Stephen | Phoenix, NY 13135 |
| Church of The Nativity at Immaculate Conception | Pompey, NY 13138 |
| Christ Our Light a/k/a St. John The Evangelist | Pulaski, NY 13142 |
| *St. John the Evangelist Church Pulaski* | *Pulaski, NY 13142* |
| *St. Paul's Mission (mission of I.C. Pomep)Unincororated, closed* | *Redfield* |
| St. John the Baptist | Rome, NY 13440 |
| *St. Mary's Church, Rome, NY* | *Rome, NY 13442* |
| St. Paul | Rome, NY 13440 |
| St.  Peter's Church, Rome | Rome, NY 13440 |
| Transfiguration | Rome, NY 13440 |
| St. Joseph | Sanitaria Springs, 13833 |
| Sacred Heart Church of Town of Scriba, Oswego | Scriba, NY 13126 |
| St. Malachy | Sherburne, NY 13460 |

| | |
|---|---|
| St. Helena | Sherrill, NY 13461 |
| St. Mary of the Lake Roman Catholic Church,Skaneateles,NY | Skaneateles, NY13152 |
| *St. Bridget Roman Catholic Church of Skaneateles Falls, NY* | *Skaneateles Falls, NY* |
| *St. Bridget's Church -[First a Mission of Oxford, then Cortland, then Truxton]* | *Solon, NY* |
| *St. Peter's Church of Split Rock* | *Syracuse, NY* |
| St. Cecilia's Church, Solvay, NY | Solvay, NY 13209 |
| *Corpus Christi Church of S. Onondaga County of Onondaga, State of NY* | Syracuse, NY 13159 |
| St. Mary's Church, Syracuse, NY d/b/a The Cathedral of the Immaculate Conception | Syracuse, NY 13202 |
| *St. John's Church, Syracuse, NY* | *Syracuse, NY 13202* |
| *Holy Trinity Church, Syracuse* | *Syracuse, NY 13203* |
| *St. Peter* | *Syracuse, NY 13203* |
| St. Vincent DePaul's Church | Syracuse, NY 13203 |
| Basilica of the Sacred Heart of Jesus, Syracuse, NY | Syracuse, NY 13204 |
| *St. Brigid & St. Joseph Church of Syracuse* | *Syracuse, NY 13204* |
| St. Lucy | Syracuse, NY 13204 |
| St. Patrick' s Church, Geddes | Syracuse, NY 13204 |
| *St. Stephen* | *Syracuse, NY 13204* |
| St. Anthony of Padua | Syracuse, NY 13205 |
| Our Lady of Hope f/k/a St. James | Syracuse, NY 13205 |
| Blessed Sacrament Church, Eastwood, NY | Syracuse, NY 13206 |
| Transfiguration Roman Catholic Church | Syracuse, NY 13206 |
| Most Holy Rosary | Syracuse, NY 13207 |
| *Our Lady of Lourdes Church Syracuse, NY* | *Syracuse, NY 13207* |
| Franciscan Church of the Assumption | Syracuse, NY 13208 |
| Church of Our Lady of Pompei - St. Peter | Syracuse, NY 13208 |
| St. Daniel | Syracuse, NY 13208 |
| St. John the Baptist | Syracuse, NY 13208 |
| St. Joseph (German) Church [FAD 1882] | Syracuse, NY |
| Church of Our Lady of Peace [ merged into St. Cecilia's Solvay as St. Marianne Cope] | Syracuse, NY 13209 |
| *Church of St. Andrew the Apostle of Syracuse, NY* | *Syracuse, NY 13210* |
| All Saints Church, Syracuse, NY [new name for St. Therese @ merger with OL Solace] | Syracuse, NY 13210 |
| Church of St. Therese The Little Flower of Jesus, Syracuse | Syracuse, NY 13210 |
| St. Michael's & St. Peter Church, Onondaga Hill | Syracuse, NY 13215 |
| Holy Family | Syracuse, NY 13219 |
| St. Ann's Church Syracuse, NY [name changed to St. Charles-St. Ann] | Syracuse, NY 13219 |
| St. Charles Borromeo Church | Syracuse, NY 13219 |
| *The Church of Our Lady of Solace [merged into St. Therese to become All Saints]* | *Syracuse, NY 13224* |
| *St. Anne -Glenmore [never inc]* | *Taberg, NY 13471* |
| St. Patrick's Church Taberg, NY | Taberg, NY 13471 |
| St. Patrick | Truxton,13158 |
| Church of the Nativity at St. Leo's | Tully, NY 13159 |
| *St. Agnes Church* | *Utica, NY 13501* |
| Historic Old St. John | Utica, NY 13501 |
| St. Francis de Sales | Utica, NY 13501 |
| St.Mary's Church  Utica    (South St.) | Utica, NY 13501 |
| Church of the Blessed Sacrament | Utica, NY 13501 |
| St. Maria di Monte Carmelo | Utica, NY 13501 |
| St. Stanislaus Roman Catholic Church | Utica, NY 13501 |
| Holy Trinity Church of Utica, NY | Utica, NY 13502 |

| | |
|---|---|
| Church of Our Lady of Lourdes | Utica, NY 13502 |
| Church of The Sacred Heart | Utica, NY 13502 |
| St. Joseph | Utica, NY 13502 |
| St. Patrick Church | Utica, NY 13502 |
| St. George Roman Catholic Church | Utica, NY 13502 |
| St. Mark | Utica, NY 13502 |
| St. Peter | Utica, NY 13502 |
| St. Anthony & St. Agnes Church, Utica, NY | Utica, NY 13504 |
| St. Mary of the Lake Mission | Verona Beach, NY 13162 |
| Holy Family | Vernon, NY 13476 |
| Our Lady of Good Counsel | Verona, NY 13478 |
| Our Lady of Sorrows | Vestal, NY 13851 |
| St. Vincent DePaul-Blessed Sacrament Church | Vestal, NY 13850 |
| Our Lady of Good Counsel | Warners, NY 13164 |
| St. Bernard's Catholic Church of Waterville, Oneida Co. | Waterville, NY 13480 |
| St. Anne's Roman Catholic Church, Whitesboro, NY | Whitesboro, NY 13492 |
| St. Paul's Church -St. Anne's-St. Stephen's, Whitesboro | Whitesboro, NY 13492 |
| The Catholic Community of St. Stephen-St. Patrick [merged into St. Patraick-Whitney Pt. | Whitney Point,  13862 |
| St. Patrick 's Church Williamstown [originally a mission of Parish, later Camden] | Williamstown,NY  13493 |
| Church of Our Lady of Lourdes of Windsor,NY | Windsor,NY 13865 |
| Our Lady of Hope | Syracuse, NY |
| Christ the Good Shepard | Oswego, NY |
| | |
| St. Marianne Cope Church | Solvay, NY 13209 |
| St. Michaels Church | Syracuse NY 13215 |
| St. Anthony of Padua Church | Utica NY 13501 |
| St. John's Church and Roman Catholic Society in the City of Utica a/k/a Historic Old St. John | Utica, NY 13501 |
| St. Mary Mt. Carmel- Blessed Sacrament Church | Utica, NY 13501 |
| Mary, Mother of Our Savior Church - new name for OLL | Utica, NY 13502 |
| St. Vincent de Paul Church | Vestal, NY 13850 |

# Schools

| | |
|---|---|
| All Saints Catholic School | Endicott |
| Bishop Cunningham High School | Oswego |
| Bishop Grimes Jr./Sr. High School | East Syracuse |
| Bishop Ludden Jr./Sr. High School | Syracuse |
| Cathedral Academy at Pompei | Syracuse |
| Catholic Schools of Broome County | Binghamton |
| Holy Family | Norwich |
| Notre Dame Elementary School | Utica |
| Notre Dame Jr. / Sr. High | Utica |
| Oswego Catholic High School | Oswego |
| Rome Catholic School | Rome |
| Seton Catholic Central | Binghamton |
| Seton Catholic High School | Endicott |

Trinity Catholic School                                           Oswego
Utica Catholic Academy

# Other Catholic Entities

Associated Catholic Charities for Community Development at Broome Co., Inc.
Catholic Cemeteries of the Roman Catholic Diocese of Syracuse, Inc.
Catholic Charities of the Roman Catholic Diocese of Syracuse
Christopher Community, Inc.
Encompass Health Home, LLC
Heritage Campaign, Inc.
Jail Ministry of Onondaga County, Inc.
Joseph and Elaine Scuderi Foundation, Inc.
The Clerical Fund of the Roman Catholic Diocese of Syracuse
The Diocese of Syracuse Lay Pension Plan
The Foundation of the Roman Catholic Diocese of Syracuse, Inc.
The Robert L. McDevitt, K.S.G.K.C.H.S. and Catherine H. McDevitt, L.C.H.S.
Foundation Inc.
The Syracuse Catholic Press Association, Inc.
The Syracuse Diocesan Investment Fund
The Syracuse House of Retreats
The St. Thomas Aquinas Fund, Inc.
Camp Nazareth
Lourdes Camp
Brady Faith Center
Brady Farm
Brady Market
Joseph and Elaine Scuderi Foundation, Inc.
Joseph T. O'Keefe Corporation
Newman Foundation of Binghamton
Newman Foundation of Cortland
Project Joseph
Propagation of Faith
Spirtual Renewal Center
St. Thomas More Catholic Campus Ministry
The Guardian Angel Society
The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of
St. James Church of Lestershire, NY
The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of
St. Patrick's Church of Binghamton, NY
The Robert L. McDevitt K.S.G. , K.C.H.S. and Catherine H. McDevitt L.C.H.S Fund of
St. Thomas Aquinas Church
Holy Name Society, St. Margaret's Church. Mattydale, NY
St. Vincent DePaul Church Daycare

Windsor Human Development

-

## ATTACHMENT L

## TIME-BAR EXCLUSION

Effective [_____], no suit to recover on account of loss under this insurance shall be brought unless commenced within two years from the date when the occurrence giving rise to the loss began; regardless of the insured's knowledge of such occurrence.

| | |
|---|---|
| L/C 73-05-17-01 | April 16, 1973 to April 16, 1976 |
| SL 3107/ SLC 5115 | April 16, 1976 to July 1, 1979 |
| SL 3551/SLC 5577 | July 1, 1979 to July 1, 1982 |
| SL 4008/SLC 5995 | July 1, 1982 to July 1, 1985 |
| ISL 3352/ICO 5202 | July 1, 1985 to July 1, 1986 |
| ISL 3564/ICO 5300 | July 1, 1986 to July 1, 1987 |
| ISL 3873/ICO 5538 | July 1, 1987 to July 1, 1988 |
| ISL 4091/ICO 6632 | July 1, 1988 to July 1, 1989 |
| SL 3578/SLC 5603 | July 1, 1979 to July 1, 1982 |
| SL 3579/SLC 5604 | July 1, 1979 to July 1, 1980 |
| SL 3710/SLC 5731 | July 1, 1980 to July 1, 1981 |
| SL 3844/SLC 5855 | July 1, 1981 to July 1, 1982 |
| SL 4010/SLC 5997 | July 1, 1982 to July 1, 1985 |
| SL 4011/SLC 5998 | July 1, 1982 to July 1, 1985 |
| L/C 73051701E (unconfirmed) | April 16, 1973 to April 16, 1975 |

The Debtor Parties shall not object if the Lead Underwriter wishes to have the London Broker place the above endorsement on the Subject Insurance Policies.

# ATTACHMENT M

## Catholic Directory

## Catholic Directory Notice Parties

[To Be Filed]

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| **City of Syracuse – Oneida County** | | |
| Cathedral of the Immaculate Conception | 259 E. Onondaga St., Syracuse, NY 13202 | |
| Cathedral of the Immaculate Conception – School | 420 Montgomery St., Syracuse, NY 13202 | Closed |
| Assumption B.V.M. (German) | 812 North Salina St., Syracuse, NY 13208 | |
| Assumption Cemetery Corporation | 2401 Court St., Syracuse, NY 13208 | |
| Blessed Sacrament | 3127 James St., Syracuse, NY 13206 | |
| Blessed Sacrament – School | 3131 James St., Syracuse, NY 13206 | 3129 James St., Syracuse, NY 13206 |
| Holy Trinity (German) | 501 Park St., Syracuse, NY 13203 | Closed |
| Holy Trinity – School | 125 Jasper St., Syracuse, NY 13203 | Closed |
| Most Holy Rosary | 111 Roberts Ave., Syracuse, NY 13207 | |
| Most Holy Rosary – School | 1031 Bellevue Ave., Syracuse, NY 13207 | |
| Our Lady of Lourdes | 300 Valley Dr., Syracuse, NY 13207 | |
| Our Lady of Lourdes – School | 301 Valley Dr., Syracuse, NY 13207 | Closed |
| Our Lady of Pompei (Italian) | 301 Ash. St., Syracuse, NY 13208 | |
| Our Lady of Pompei – Convent | 920  North McBride St., Syracuse, NY 13208 | |
| Our Lady of Pompei – School | 915-197 N. McBride St., Syracuse, NY 13208 | 923 N. Mcbride St., Syracuse, NY 13208 |
| Our Lady of Solace | 516 Salt Springs Rd., Syracuse, NY 13225 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Our Lady of Solace – School | 704 Salt Springs Rd., Syracuse, NY 13224 | Closed |
| Sacred Heart (Polish) | 927 Park Ave., Syracuse, NY 13204 | |
| Sacred Heart – School | 1001 Park Ave., Syracuse, NY 13204 | Closed |
| St. Andrew the Apostle | 124 Alden St., Syracuse, NY 13210 | Closed |
| St. Ann | 4461 Onondaga Blvd., Syracuse, NY 13219 | St. Charles – St. Ann Parish Office 501 S. Orchard Rd., Syracuse, NY 13219 |
| St. Ann – School | 4461 Onondaga Blvd., Syracuse, NY 13219 | Closed |
| St. Anthony of Padua | 1515 Midland Ave., Syracuse, NY 13205 | |
| St. Anthony of Padua – School | 417 W. Colvin St., Syracuse, NY 13205 | Anthony's Pre-K 417 W. Colvin St., Syracuse, NY 13205 |
| St. Brigid and St. Joseph | 318 Herkimer St., Syracuse, NY 13204 | Closed |
| St. Brigid and St. Joseph – School | 318 Herkimer St., Syracuse, NY 13204 | Closed |
| St. Charles | 417 S. Orchard Rd., Syracuse, NY 13219 | St. Charles – St. Ann Parish Office 501 S. Orchard Rd., Syracuse, NY 13219 |
| St. Charles – School | 200 W. High Terrace, Syracuse, NY 13219 | |
| St. Charles – Convent | 401 E. Corey Rd., Syracuse, NY 13219 | |
| St. Daniel | 3004 Court St., Syracuse, NY 13208 | |
| St. Daniel – School | 3004 Court St., Syracuse, NY 13208 | St Daniels Chapel and Religious Ed. School 611 Roxford Rd S., Syracuse, NY 13208 |
| St. James | 4845 S. Salina St., Syracuse, NY 13205 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. James – School | 111 Munson Dr., Syracuse, NY 13205 | Closed |
| St. James – Convent | 111 Munson Dr., Syracuse, NY 13205 | |
| St. John the Baptist | 406 Court St., Syracuse, NY 13208 | |
| St. John the Baptist – School | 1406 Park St., Syracuse, NY 13208 | |
| St. John the Evangelist | 214 N. State St., Syracuse, NY 13203 | Closed |
| St. Lucy | 432 Gifford St., Syracuse, NY 13204 | |
| West Side Catholic at St. Lucy's – School | 422 Gifford St., Syracuse, NY 13204 | West side Learning Center, 422 Gifford St., Syracuse, NY 13204 |
| St. Patrick | 216 N. Lowell Ave., Syracuse, NY 13204 | |
| St. Patrick – School | 2066 Schuyler St., Syracuse, NY 13204 | Closed |
| St. Peter (Italian) | 709 James St., Syracuse, NY 13203 | Our Lady of Pompei/St. Peter 301 Ash St., Syracuse, NY 13208 |
| St. Stephen (Slovak) | 305 N. Geddes St., Syracuse, NY 13204 | Closed |
| St. Therese the Little Flower of Jesus | 112 Lancaster Pl., Syracuse, NY 13210 | All Saints Church 1340 Lancaster Ave., Syracuse, NY 13210 |
| St. Therese the Little Flower of Jesus – Parish Helpers | 1226 Lancaster Ave., Syracuse, NY 13210 | |
| St. Vincent de Paul | 342 Vine St., Syracuse, NY 13203 | |
| St. Vincent de Paul – School | 1101 Burnet St., Syracuse, NY 13203 | Closed |
| St. Vincent de Paul – Convent | 1101 Burnet St., Syracuse, NY 13203 | |
| Transfiguration (Polish) | 740 Teall Ave., Syracuse, NY 13206 | |
| OUTSIDE THE CITY OF SYRACUSE | | |
| Bainbridge – Chenango County | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. John the Evangelist | 34 S. Main St., Bainbridge, NY 13733 | |
| St. John the Evangelist – Mission – St. Agnes | St. Agnes Afton, NY 13730 | St. Agnes Spring St., Afton, NY 13730 |
| **Baldwinsville – Onondaga County** | | |
| St. Augustine | 7333 O'Brien Rd., Baldwinsville, NY 13027 | 7499-7301 Obrien Rd., Baldwinsville, NY 13027 |
| St. Elizabeth Ann Seton | 3494 NYS Rte. 31, Baldwinsville, NY 13027 | 3494 NY-31, Baldwinsville, NY 13027 |
| St. Mary | 47 Syracuse St., Baldwinsville, NY 13027 | St. Mary of the Assumption 47 Syracuse St., Baldwinsville, NY 13027 |
| St. Mary – School | 50 Syracuse St., Baldwinsville, NY 13027 | St. Mary's Academy 49 Syracuse St., Baldwinsville, NY 13027 |
| **Binghamton – Broome County** | | |
| St. Andrew | 354 Conklin Ave., Binghamton, NY 13903 | Closed |
| St. Andrew – Parish Center | 356 Conklin Ave., Binghamton, NY 13903 | Closed |
| St. Ann | 346 Prospect St., Binghamton, NY 13905 | Closed |
| St. Ann – Convent | 340 Prospect St., Binghamton, NY 13905 | Closed |
| Diocese of Syracuse – Religious Ed Office | 340 Prospect St., Binghamton, NY 13905 | Closed |
| St. Catherine | 1031 Chenango St., Binghamton, NY13901 | Closed |
| St. Catherine – School | 1031 Chenango St., Binghamton, NY13901 | Closed |
| St. Christopher | 103 Castle Creek Rd., Binghamton, NY 13901 | Closed |
| SS. Cyril and Method (Slovak) | 148 Clinton St., Binghamton, NY 13905 | |
| St. John the Evangelist | 1263 Vestal Ave., Binghamton, NY 13903 | Closed |
| St. John the Evangelist – School | 7 Livingston, St., Binghamton, NY 13903 | 9 Livingston St., Binghamton, NY 13901 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Joseph (Lithuanian) | 1 Judson Ave., Binghamton, NY 13905 | Closed |
| St. Mary of the Assumption | 37 Fayette St., Binghamton, NY 13901 | |
| St. Patrick | 9 Leroy St., Binghamton, NY 13905 | |
| St. Patrick – School | 31 Front St., Binghamton, NY 13905 | Closed |
| St. Patrick – Convent | 46 Oak St., Binghamton, NY 13905 | Closed |
| St. Paul | 15 Doubleday St., Binghamton, NY 13901 | |
| St. Stanislaus Kostka | 368 Prospect St., Binghamton, NY 13905 | Closed |
| St. Stanislaus Kostka – School | 372 Prospect St., Binghamton, NY 13905 | Closed |
| St. Thomas Aquinas | 1 Aquinas St., Binghamton, NY 13905 | |
| St. Thomas Aquinas – School | 4 Aquinas St., Binghamton, NY 13905 | Closed |
| **Vestal – Broome County** | | |
| St. Vincent de Paul | 165 Clifton Blvd., Vestal, NY 13850 | |
| St. Vincent de Paul – Catechetical Center | 465 Clubhouse Rd., Vestal, NY 13850 | Closed |
| **Boonville – Oneida County** | | |
| St. Joseph | 110 Charles St., Boonville, NY 13309 | Christ our Hope at St. Joseph 108 Charles St., Boonville, NY 13309 |
| St. Joseph – Catechetical School | 106 Charles St., Boonville, NY 13309 | Closed |
| St. Joseph – Convent | 108 Charles St., Boonville, NY 13309 | Closed |
| St. Joseph – School | 372 Prospect St., Binghamton, NY 13309 | Closed |
| **Brewerton – Onondaga County** | | |
| St. Agnes | 5472 Bartell Rd., Brewerton, NY 13029 | Closed |
| **Bridgeport – Onondaga County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Francis of Assisi | Bridgeport, NY 13030-0550 | 7820 Bridgeport-Minoa Road, Brifgeport, NY 13030<br><br>229 W. Yates St. East, Syracuse, NY 13057 |
| St. Francis of Assisi – Parish Center | Bridgeport, NY 13030-0550 | Closed |
| **Camden – Onondaga County** | | |
| St. John the Evangelist | 22 Church St., Camden, NY 13316 | |
| **Camillus – Onondaga County** | | |
| St. Joseph | 5600 W. Genesee St., Camillus, NY 13031 | |
| **Canastota – Madison County** | | |
| St. Agatha | 329 N. Peterboro St., Canastota, NY 13032 | Sprit of Hope at St. Agatha 329 N. Peterboro St., Canastota, NY 13032 |
| St. Agatha – Religious Education Center and Convent | 406 Spencer St., Canastota, NY 13032 | |
| **Cazenovia – Madison County** | | |
| St. James | 6 Green St., Cazenovia, NY 13035 | |
| St. James – Religious Education Center | 15 Sullivan St., Cazenovia, NY 13035 | Closed |
| **Central Square – Oswego County** | | |
| St. Michael | 249 S. Main St.,  P.O. Box 514, Central Square, NY 13036 | Closed |
| **Chadwicks – Oneida Co.** | | |
| St. Anthony of Padua | 3364 Oneida St., Chadwicks, NY 13319 | Closed |
| St. Anthony of Padua – Catechetical School | 3368 Oneida St., Chadwicks, NY 13319 | Closed |
| **Chenango Forks – Broome County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Rita | R.D. No. 2, Box 498, Chenango Forks, NY 13746<br><br>2530 NYS Rt. 12, Chenango Forks, NY 13746 | Closed |
| **Chittenango – Madison County** | | |
| St. Patrick | Murray Dr., R.D. 1, Chittenango, NY 13037 | 1341 Murray Drive, Chittenango, NY 13037 |
| **Cicero – Onondaga County** | | |
| Sacred Heart | 8229 S. Main St., Cicero, NY 13039 | 8229 Brewerton Rd., Cicero, NY 13039 |
| **Clark Mills – Oneida County** | | |
| Church of the Annunciation | Box 396, 25 South St., Clark Mills, NY 13321<br><br>R.R. 1, Box 228 G Clinton, NY 13323 | 7616 E. South St., Clinton, NY 13323 |
| **Clayville – Oneida County** | | |
| St. Patrick | 8 Rose St., Clayville, NY 13322 | Closed |
| **Cleveland – Oswego County** | | |
| St. Mary of the Assumption | Lake St., Cleveland, NY 13042 | Closed |
| St. Mary of the Assumption – Mission – Constantia | St. Bernadette, Constantia, NY 13044 | Closed |
| **Clinton – Oneida County** | | |
| St. Mary | 13 Marvin St., Clinton, NY 13323 | |
| St. Mary – School | 11 Marvin St., Clinton, NY 13323 | 13 Marvin St., Clinton, NY 13323 |
| **Cortland – Cortland County** | | |
| St. Anthony (Italian) | 45 Crandall St., Cortland, NY 13045 | St. Anthony of Padua<br>50 Pomeroy St., Cortland, NY 13045 |
| St. Mary | 44 N. Main St, Cortland, NY 13045 | 46 N. Main St., Cortland, NY 13045 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Mary – School | 61 N. Main St., Cortland, NY 13045 | |
| St. Mary – Mission – McGraw | St. Joseph, McGraw, NY | Closed |
| St. Mary – Mission – Virgil | St. Joseph, Virgil, NY | Closed |
| **Deposit- Broome County** | | |
| St. Joseph | 98 Second St., Deposit, NY 13754 | |
| St. Joseph – Parish Center | 74 Second St., Deposit, NY 13754 | |
| **Dewitt – Onondaga County** | | |
| Holy Cross | 4112 E. Genessee St., Dewitt, NY 13214 | |
| Holy Cross – School | 4250 E. Genesee St., Dewitt, NY 13214 | 4200 E. Genesee St., Syracuse, NY 13214 |
| **Durhamville – Oneida County** | | |
| St. Francis | 5334 Foster St., Durhamville, NY 13054 | Closed |
| St. Francis – Mission – Irish Ridge | St. Mary, Irish Ridge, NY | Spirit of Hope at St. Mary Devotional Chapel 6148 Irish Ridge Rd., Irish Rdige, NY 13054  P.O. Box 189, Irish Ridge, NY 13054 |
| **East Syracuse – Onondaga County** | | |
| St. Matthew | 229 W. Yates St., East Syracuse, NY 13057 | |
| St. Matthew – School | 226 W. Heman St., East Syracuse, NY 13057 | Closed |
| **Endicott – Broome County** | | |
| Our Lady of Good Counsel | 701 W. Main St., Endicott, NY 13760 | |
| Our Lady of Good Counsel – School | 705 W. Main St., Endicott, NY 13760 | Closed |
| St. Ambrose | 203 Washington Ave., Endicott, NY 13760 | |
| Endicott Religious Education Center | St. Anthony's Rectory 306 Odell Ave., Endicott, NY 13760 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Anthony of Padua (Italian) | 306 Odell Ave., Endicott, NY 13760 | 300 Odell Ave., Endicott, NY 13760 |
| St. Anthony of Padua Consolidated – School | 906 Jenkins St., Endicott, NY 13760 | St. Anthony's Learning Center 906 Jenkins St., Endicott, NY 13760 |
| St. Casimir | 212 N. Mckinley St., Endicott, NY 13760 | Closed |
| St. Joseph (Slovak) | 207 Hayes Ave., Endicott, NY 13760 | |
| St. Joseph – School | 210 N. Jackson Ave., Endicott, NY 13760 | |
| **Endwell – Broome County** | | |
| Christ the King | 501 Davis Ave., Endwell, NY 13760 | Closed |
| Our Lady of Angels | 3011 Phyllis St., Endwell, NY 13760 | c/o Church of the Holy Family 3600 Phyllis St., Endwell, NY 13760 |
| **Fairmount – Onondaga County** | | |
| Holy Family | 119 Chapel Dr., Syracuse, NY 13219 | 3600 Phyllis St., Endwell, NY 13760 |
| Holy Family – School | 123 Chapel Dr., Syracuse, NY 13219 | 130 Chapel Dr., Syracuse, NY 13219 |
| **Fayetteville – Onondaga County** | | |
| Immaculate Conception | 400 Salt Springs St., Fayetteville, NY 13066 | |
| Immaculate Conception – School | 400 Salt Springs St., Fayetteville, NY 13066 | |
| **Florence – Oneida County** | | |
| St. Mary | R.D. No. 3, Camden, NY 13316 | Closed |
| St. Mary – Mission – St. Paul | St. Paul Redfield, NY 13437 | |
| **Forestport – Oneida County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Patrick | Forestport, NY 13338 | Christ our Hope at St. Patrick Mission 12000 River St., Forestport, NY 13338<br><br>c/o St. Joseph Church Boonville 108 Charles St., Boonville, NY 13309 |
| St. Patrick – Mission – St. Mary of the Snows | St. Mary of the Snows Otter Lake, NY 13338 | 14040 NY 28, Otter Lake, NY 13338<br><br>c/o St. Joseph Church Boonville 108 Charles St., Boonville, NY 13309 |
| **Fulton – Oswego County** | | |
| Holy Family | 45 W. 4th St., Fulton, NY 13069 | Closed |
| Immaculate Conception | 57 S. Third St., Fulton, NY 13069 | Closed |
| St. Michael | 301 Beech St., Fulton, NY 13069 | Closed |
| **Greene – Chenango County** | | |
| Immaculate Conception | 20 Coventry Rd., Greene, NY 13778 | 1180 State Highway 206, Greene, NY 13778 |
| **Hamilton – Madison County** | | |
| St. Mary | 16 Wylie St., Hamilton, NY 13346 | |
| **Hannibal – Oswego County** | | |
| Our Lady of the Rosary | Cayuga St., Hannibal, NY 13074 | 931 Cayuga St., Hannibal, NY 13074<br><br>50 E. Mohawk St., Oswego, NY 13126 |
| Our Lady of the Rosary – Mission – St. Joseph | St. Joseph, Oswego, NY 13126 | Closed |
| **Hinckley – Oneida County** | | |
| St. Ann | St. Ann, Hinckley, NY 13352 | Closed |
| **Holland Patent – Oneida County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Leo | Elm St., Holland Patent, NY 13354 | The Parish Community of St. Leo & St. Ann<br><br>7937 Elm St., Holland Patent, NY 13354<br><br>P.O. Box 185, Holland Patent, NY 13354 |
| **Homer – Cortland County** | | |
| St. Margaret | 14 Copeland Ave., P.O. Box 367, Homer, NY 13077 | 14 Copeland Ave., Homer, NY 13077 |
| **Jamesville – Onondaga County** | | |
| St. Mary | 6437 E. Seneca Tpke., Jamesville, NY 13078 | Closed |
| **Johnson City – Broome County** | | |
| Blessed Sacrament | Cenacle Plaza, Johnson City, NY 13790 | Closed |
| Blessed Sacrament – School | Cenacle Plaza, Johnson City, NY 13790 | Closed |
| St. James | 155 Main St., Johnson City, NY 13790 | 147 Main St., Johnson City, NY 13790 |
| St. James – School | 147 Main St., Johnson City, NY 13790 | 143 Main St., Johnson City, NY 13790 |
| St. James – Convent | 147 Main St., Johnson City, NY 13790 | |
| **Jordan – Onondaga County** | | |
| St. Patrick | 28 N. Main St., Jordan, NY 13080 | |
| St. Patrick – CCD Center | 28 N. Main St., Jordan, NY 13080 | Closed |
| **Kirkwood – Broome County** | | |
| St. Mary | Box 382, R.D.2., Kirkwood, NY 13795 | 975 State Rte. 11, Kirkwood, NY 13795 |
| **Lacona – Oswego County** | | |
| St. Frances Xavier Cabrini | 9106 Salina St., Lacona, NY 13083<br><br>3825 Tifft St., Lacona, NY 13083 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Frances Xavier Cabrini – Mission – St. Mary | St. Mary P.O. Box H, Altmar, NY 13083 | Closed |
| **Lafayette – Onondaga County** | | |
| St. Joseph | 6104 Cherry Valley Rd., Box 169, Lafayette, NY 13084 | Church of the Nativity at St. Joseph 6104 US Route 20, Lafayete NY 13084<br><br>P.O. Box 169, Lafayette, NY 13084 |
| **Lakeland – Onondaga County** | | |
| Our Lady of Peace | 203 Halcomb St., Syracuse, NY 13209 | St. Marianne Cope Parish at Our Lady of Peace 203 Halcomb St., Lakeland, NY 13209<br><br>105 Stanton Ave., Solvay, NY 13209 |
| **Lee Center – Oneida County** | | |
| St. Joseph | St. Peter's Convent, Lee Center, NY 13363 | 5748 Stokes Lee Center Road, Lee Center, NY 13363 |
| **Liverpool – Onondaga County** | | |
| Christ the King | 26 Cherry Tree Circle., Liverpool, NY 13088 | 21 Cherry Tree Circle., Liverpool, NY 13090 |
| Christ the King – Parish Center | 21 Cherry Tree Cir., Liverpool, NY 13088 | |
| Immaculate Heart of Mary | 425 Beechwood Ave., Liverpool, NY 13088 | Closed |
| Immaculate Heart of Mary – Catechetical Center | 427 Beechwood Ave., Liverpool, NY 13088 | Closed |
| St. John | 8290 Soule Rd., Liverpool, NY 13088 | Pope John XXIII Roman Catholic Church 8290 Soule Rd., Liverpool, NY 13090 |
| St. Joseph the Worker | 1001 Tulip St., Liverpool, NY 13088 | Epiphany Parish 1001 Tulip St., Liverpool, NY 13088 |
| **Maine – Broome County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Holy Rosary | 36 Main St., Box 248, Maine, NY 13802 | Most Holy Rosary 2596 Main St., Maine, NY 13802 |
| **Manlius – Onondaga County** | | |
| St. Ann | 104 Academy St., Manlius, NY 13104 | |
| **Marathon – Cortland County** | | |
| St. Stephen | 12 Academy St., P.O. Box 475, Marathon, NY 13803 | Catholic Community of St. Stephen – St. Patrick 16 Academy St., Marathon, NY 13803

59 Keibel Road, P.O. Box 711, Whitney Point, NY 13862 |
| St. Stephen – Mission – Our Lady of Perpetual Help | Our Lady of Perpetual Help Cincinnatus, NY 13040 | Our Lady of Perpetual Help Mission 2708 Lower Cincinnatus Rd., Cincinnatus, NY 13040

P.O. Box 310, Cincinnatus, NY 13040 |
| **Marcellus – Onondaga County** | | |
| St. Francis Xavier | 1 W. Main St., P.O. Box 177, Marcellus, NY 13108 | |
| **Mattydale – Onondaga County** | | |
| St. Margaret | 203 Roxboro Rd., Syracuse, NY 13211 | |
| St. Margaret – School | 201 Roxboro Rd., Mattydale, NY 13211 | Closed |
| **Mexico – Oswego County** | | |
| St. Mary Star of the Sea | P.O. Box 487, 5785 Main St., Mexico, NY 13114 | 3352 Main St., Mexico, NY 13114

P.O. Box 487, Mexico, NY 13114 |
| **Minetto – Oswego County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Our Lady of Perpetual Help | West River Rd., P.O. Box 236, Minetto, NY 13115 | 2912 NY-48, Minetto, NY 13115<br><br>50 East Mohawk St., Oswego, NY 13126 |
| **Minoa – Onondaga County** | | |
| St. Mary | 401 N. Main St., Minoa, NY 13116 | St. Mary of the Assumption, 401 N. Main St., Minoa, NY 13116<br><br>229 W. Yates St., East, Syracuse, NY 13057 |
| St. Mary – School | N. Main St., R.D. 1, Kirkville, NY 13082 | Closed |
| **Morrisville – Madison County** | | |
| St. Joan of Arc | Union St., Box A, Morrisville, NY 13408<br><br>P.O. Box 16, 28 Union St., Morrisville, NY 13408 | St. Joan of Arc Mission 6 Brookside Dr., P.O. Box 1087, Morrisville, NY 13408<br><br>16 Wylie St., Hamilton, NY 13346 |
| **Munnsville – Madison County** | | |
| St. Therese of the Infant Jesus | 28 P.O. Box Ay, Morrisville, NY 1340 | Closed<br><br>c/o St. Patrick Church 347 Main St., Oneida, NY 13421 |
| **New Berlin – Chenango County** | | |
| St. Theresa of the Infant Jesus | 24 N. Main St., P.O. Box 780, New Berlin, NY 13411 | |
| St. Theresa of the Infant Jesus – Mission – Our Lady of the Valley | Our Lady of the Valley, Leonardsville, NY 13364 | Closed |
| **New Hartford – Oneida County** | | |
| Our Lady of the Rosary | 1736 Burrstone Rd., New Hartford, NY 13413 | Mary, Mother of Our Savior at Our Lady of the Rosary 1736 Burrstone Rd., New Hartford, NY 13413 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. John the Evangelist | 66 Oxford Rd., New Hartford, NY 13413 | |
| St. John the Evangelist – School | 66 Oxford Rd., New Hartford, NY 13413 | Closed |
| St. Thomas | 150 Clinton Rd., New Hartford, NY 13413 | 66 Oxford Rd., New Hartford, NY 13413 |
| **New London – Oneida County** | | |
| Holy Cross | 5334 Foster St., Durhamville, NY 13054 | Closed |
| **New York Mills – Oneida County** | | |
| St. Mary | 201 Main St., New York Mills, NY 13417 | Church of the Sacred Heart & St. Mary, Our Lady of Czestochowa 201 Main St., New York Mills, NY 13417 |
| St. Mary – School | 24 St. Stanislaus St., New York Mills, NY 13417 | |
| **North Bay – Oneida County** | | |
| St. John | P.O. Box 63, North Bay, NY 13123 | Spirit of Hope at St. John Oratory 2191 State Route 49, North Bay, NY 13123<br><br>c/o St. Mary of the Lake Mission 6735 Route 13 P.O. Box 240, Verona Beach, NY 13162 |
| St. John – Mission – St. Mary | St. Mary, Verona Beach, NY 13162 | St. Mary of the Lake Mission 6735 Route 13 P.O. Box 240, Verona Beach, NY 13162 |
| **North Syracuse – Onondaga County** | | |
| St. Rose of Lima | 407 S. Main St., Box 314, North Syracuse, NY 13212<br><br>409 S. Main St., North Syracuse, NY 13212 | 409 S. Main St., North Syracuse, NY 13212 |
| St. Rose of Lima – School | 407 S. Main St., Box 314, North Syracuse, NY 13212 | 411 S. Main St., North Syracuse, NY 13212 |
| **Norwich – Chenango County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Bartholomew | 8 Silver St., Norwich, NY 13815 | 73 East Main St., Norwich, NY 13815<br><br>30 Pleasant St., Norwich, NY 13815 |
| St. Bartholomew's Convent | 79 E. Main St., Norwich, NY 13815 | 73 East Main St., Norwich, NY 13815 |
| St. Bartholomew – CCD Center | 79 E. Main St., Norwich, NY 13815 | Closed |
| St. Paul | 30 Pleasant St., Norwich, NY 13815 | |
| St. Paul – School | 17 Prospect St., Norwich, NY 13815 | Closed |
| St. Paul – Convent | 79 E. Main St., Norwich, NY 13815 | |
| **Oneida – Madison County** | | |
| St. Joseph | 121 St. Joseph Pl., Oneida, NY 13421 | |
| St. Joseph – CCD School | 111 St. Joseph Pl., Oneida, NY 13421 | Closed |
| St. Joseph – Parish Center | 111 St. Joseph Pl., Oneida, NY 13421 | |
| St. Patrick | 347 Main St., Oneida, NY 13421 | |
| St. Patrick – School | 354 Elizabeth St., Oneida, NY 13421 | |
| **Onondaga Hill – Onondaga County** | | |
| St. Michael | 4782 W. Seneca Tpke., Syracuse, NY 13215 | St. Michael – St. Peter Parish Church 4791 W. Seneca Tpke., Syracuse, NY 13215 |
| St. Michael Mission – St. Peter | St. Peter Split Rock, NY 13031 | St. Michael – St. Peter Parish Church 4791 W. Seneca Tpke., Syracuse, NY 13215 |
| St. Michael – CCD Center | 4782 W. Seneca Tpke., Syracuse, NY 13215 | Closed |
| **Oriskany – Oneida County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Stephen, Protomartyr | 120 Dexter Ave., Oriskany, NY 13424 | Closed |
| **Oriskany Falls – Oneida County** | | |
| St. Joseph | 219 Main St., Oriskany Falls, NY 13425 | 229 Main St., Oriskany Falls, NY 13425<br><br>199 Stafford Ave., Waterville, NY 13480 |
| **Oswego – Oswego County** | | |
| St. John the Evangelist | 38 Erie St., Oswego, NY 13126 | Closed |
| St. Joseph | 178 W. 2nd St., Oswego, NY 13126 | Closed |
| St. Louis | 81 E. 4th St., Oswego, NY 13126 | Closed |
| St. Mary | 103 W. 7th St., Oswego, NY 13126 | |
| St. Mary – School | 76 W. Sixth St., Oswego, NY 13126 | Closed |
| St. Paul | 134 E. Fifth St., Oswego, NY 13126<br><br>50 E. Mohawk St., Oswego, NY 13126 | Closed |
| St. Paul – School | 115 E. 5th St., Oswego, NY 13126 | Closed |
| St. Paul – Convent | 108 E. 6th St., Oswego, NY 13126 | Closed |
| St. Paul – Convent | 42 E. 7th St., Oswego, NY 13126 | Closed |
| St. Paul – Convent | 49 E. 7th St., Oswego, NY 13126 | Closed |
| St. Paul - Convent | 42 E. Albany St., Oswego, NY 13126 | Closed |
| St. Peter – Mission – Sacred Heart | Sacred Heart Scriba, NY | Closed |
| St. Peter | 83 E. Albany St., Oswego, NY 13126 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Stephen the King (Polish) | 138 Niagara St., Oswego, NY 13126 | Closed |
| **Oxford – Chenango County** | | |
| St. Joseph | 3 Scott St., Oxford, NY 13830 | 3 Scott St., P.O. Box 352, Oxford, NY 13830 |
| **Parish – Oswego County** | | |
| St. Anne | P.O. Box 27, Parish, NY 13131 | Closed |
| St. Anne – Mission – St. Patrick's | St. Patrick's, Williamstown, NY 13493 | Closed |
| **Phoenix – Oswego County** | | |
| St. Stephen | 721 Main St., Phoenix, NY 13135 | 469 Main St., Phoenix, NY 13135 |
| **Pompey – Onondaga County** | | |
| Immaculate Conception | 7386 Academy St., Pompey, NY 13138 | Church of the Nativity at Immaculate Conception 7386 Academy St., Pompey, NY 13138

P.O. Box 79, Pompey, NY 13138 |
| Immaculate Conception – Mission – St. Paul | St. Paul Fabius, NY 13063 | Closed |
| **Pulaski – Oswego County** | | |
| St. John the Evangelist | 7367 Park St., Pulaski, NY 13142 | Closed |
| **Rome – Oneida County** | | |
| St. John the Baptist (Italian) | 210 E. Dominick St., Rome, NY 13440 | |
| St. John the Baptist – CCD Center | 146 Stanwix St., Rome, NY 13440 | Closed |
| St. Mary of the Assumption | 210 W. Liberty St., Rome, NY 13440 | St. Mary – St. Peter 200 N. James St., Rome, NY 13440 |
| St. Paul | 1807 Bedford St., Rome, NY 13440 | |
| St. Peter | 105 E. Liberty St., Rome, NY 13440 | St. Mary – St. Peter 200 N. James St., Rome, NY 13440 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Transfiguration (Polish) | 111 Ridge St., Rome, NY 13440 | Transfiguration Oratory 111 Ridge St., Rome, NY 13440<br><br>210 E. Dominick St., Rome, NY 13440 |
| Transfiguration – School | 404 S. George St., Rome, NY 13440 | Closed |
| **Sanitaria Springs – Broome County** | | |
| St. Joseph | P.O. Box 429, Port Crane, NY 13833 | 659 Statea Route 7B, Port Crane, NY 13833<br><br>975 N.Y. Route 11, Kirkwood, NY 13795 |
| **Sherburne – Chenango County** | | |
| St. Malachy | 31 E. State St., Sherburne, NY 13460 | 31 E. State St., Sherburne, NY 13460<br><br>P.O. Box 722, Sherburne, NY 13460 |
| **Sherrill – Oneida County** | | |
| St. Helena | 210 Primo Ave., Sherill, NY 13461 | Spirit of Hope at St. Helena, 202 Primo Ave., Sherrill, NY 13461 |
| **Skaneatles – Onondaga County** | | |
| St. Mary of the Lake | 81 Jordan St., Skaneatles, NY 13152 | 10 W. Austin St., Skaneatles, NY 13152 |
| St. Mary of the Lake – Mission – St. Bridget | St. Bridget Skaneatles, NY 13153 | Closed |
| **Solvay – Onondaga County** | | |
| St. Cecilia | 1001 Woods Rd., Solvay, NY 13209 | St. Marianne Cope Parish at St. Cecelia 1001 Woods Rd., Solvay, NY 13209<br><br>105 Stanton Ave., Solvay, NY 13209 |
| St. Cecelia – School | 101 Stanton Ave., Solvay, NY 13209 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Cecelia – Convent | 502 Gertrude Ave., Solvay, NY 13209 | |
| **South Onondaga – Onondaga County** | | |
| Corpus Christi | 3126 Cedarvale Rd., R.D. 1, Nedrow, NY 13120<br><br>4466 S. Onondaga Rd., Nedrow, NY 13120<br><br>229 W. Yates St., East Syracuse, NY 13057 | Corpus Christi Oratory 3120 Cedarville Rd., Nedrow, NY 13120<br><br>P.O. Box 574, Tully, NY 13159 |
| Corpus Christi – Mission – St. Patrick | St. Patrick, Otisco, NY 13159 | St. Patrick Mission 1865 Route 80, Otisco, NY 13159<br><br>P.O. Box 574, Tully, NY 13159 |
| **Taberg – Oneida County** | | |
| St. Patrick | 9170 Main St., Taberg, NY 13471 | 9168 Main St., Taberg, NY 13471 |
| St. Patrick – Mission | St. Anne Glenmore, NY 13471 | Closed |
| **Truxton – Cortland County** | | |
| St. Patrick | 3656 Rt. 13, Box 15, Truxton, NY 13158 | St. Patrick Oratory 3656 State Rte., 13, P.O. Box 15, Truxton, NY 13158 |
| St. Patrick – Mission – St. Lawrence | St. Lawrence DeRuyster, NY 13052 | St. Lawrence Mission 1672 Cortland St., DeRuyter, NY 13052<br><br>P.O. Box 15, Truxton, NY 13158 |
| St. Patrick – Chapel – Camp Georgetown | Camp Georgetown, Georgetown, NY 13072 | Closed |
| **Tully – Onondaga County** | | |
| St. Leo | 10 Onondaga St., Tully, NY 13159 | Church of the Nativity at St. Leo 10 Onondaga St., Tully, NY 13159<br><br>P.O. Box 574, Tully, NY 13159 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Leo – Mission | St. Patrick, Otisco, NY | St. Patrick Mission<br>1865 Rte. 80, Otisco, NY 13159<br><br>P.O. Box 574, Tully, NY 13159 |
| **Utica – Oneida Count** | | |
| Blessed Sacrament | 1603 St. Agnes Ave., Utica, NY 13501 | St. Mary of Mount Carmel/Blessed Sacrament Parish<br>648 Jay St., Utica, NY 13501 |
| Blessed Sacrament – School | 1627 St. Agnes Ave., Utica, NY 13501 | 3129 James St., Syracuse, NY |
| Holy Trinity (Polish) | 1206 Lincoln Ave., Utica, NY 13502 | |
| Holy Trinity – School | 1214 Lincoln Ave., Utica, NY 13502 | Closed |
| Holy Trinity – Convent | 1218 Lincoln Ave., Utica, NY 13502 | Closed |
| Our Lady of Lourdes | 2 Barton Ave., Utica, NY 13502 | |
| Our Lady of Lourdes – School | 10 Barton Ave., Utica, NY 13502 | Notre Dame Elementary<br>11 Barton Ave., Utica, NY 13502 |
| Sacred Heart | 2115 Caroline St., Utica, NY 13502 | Closed |
| Sacred Heart – School | 1109 Ney Ave., Utica, NY 13502 | Closed |
| Sacred Heart – Convent | 1109 Ney Ave., Utica, NY 13502 | Closed |
| St. Agnes | 700 Kossuth Ave., Utica, NY 13501 | Closed |
| St. Agnes – School | 783 Blandina St., Utica, NY 13501 | Closed |
| St. Agnes – Convent | 783 Blandina St., Utica, NY 13501 | Closed |
| St. Anthony of Padua (Italian) | 422 Tilden Ave., Utica, NY 13501 | Closed |
| St. Francis de Sales | 129 Eagle St., Utica, NY 13501 | Closed |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Francis de Sales – School | 1119 Elm St., Utica, NY 13501 | Closed |
| St. George (Lithuanian) | 425 Lafayette St., Utica, NY 13502 | Closed |
| St. John | 240 Bleecker St., Utica, NY 13501 | Historic Old St. John's Church 240 Bleecker St. (at the corner of John and Bleecker Streets), Utica, NY 13501 |
| St. John – Parish Apostolate Center | 520 John St., Utica, NY 13501 | |
| St. Joseph and St. Patrick | 702 Columbia St., Utica, NY 13502 | |
| St. Joseph and St. Patrick – School | 530 Varick St., Utica, NY 13501 | Closed |
| St. Joseph and St. Patrick – Convent | 731 Lafayette St., Utica, NY 13501 | |
| St. Mark | 440 Keyes Rd., Utica, NY 13502 | |
| St. Mary (German) | 421 South St., Utica, NY 13501 | Closed |
| St. Mary of Mt. Carmel (Italian) | 648 Jay St., Utica, NY 13501 | St Mary of Mount Carmel – Blessed Sacrament Parish 648 Jay St., Utica, NY 13501 |
| St. Mary of Mt. Carmel – School | 668 Catherine St., Utica, NY 13501 | Closed |
| St. Peter | 422 Coventry Ave., Utica, NY 13502 | |
| St. Peter – School | 19 Herkimer Rd., Utica, NY 13502 | Closed |
| St. Peter – Convent | 19 Herkimer Rd., Utica, NY 13502 | |
| St. Stanislaus (Polish) | 19 Herkimer Rd., Utica, NY 13502 | Closed |
| **Vernon – Oneida County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Holy Family | 47 Peterboro St., Box 382, Vernon, NY 13476 | Sprit of Hope a Church of the Holy Family<br>4352 Peterboro St., Vernon, NY 13476<br><br>P.O. Box 988, Vernon, NY 13476 |
| **Verona – Oneida County** | | |
| Our Lady of Good Counsel | 5265 Beacon Rd., P.O. Box 135, Verona, NY 13478 | 5652 East Main St., Verona, NY 13478<br><br>P.O. Box 135, Verona, NY 13478 |
| **Vestal – Broome County** | | |
| Our Lady of Sorrows | 157 Clark St., Vestal, NY 13850 | 801 Main St., Vestal, NY 13850 |
| Our Lady of Sorrows – School | 148 Charles St., Vestal, NY 13850 | Closed |
| **Warners – Onondaga County** | | |
| Our Lady of Good Counsel | Newport Rd., Box 86, Warners, NY 13164 | Closed |
| **Waterville – Oneida County** | | |
| St. Bernard | 199 Stafford Ave., Waterville, NY 13480 | |
| St. Bernard – Mission – St. Mary | St. Mary, North Brookfield, NY 13418 | Closed |
| **Whitesboro – Oneida County** | | |
| St. Anne | Clark Mills Rd., Whitesboro, NY 13492 | Closed |
| St. Paul | 16 Park Ave., Whitesboro, NY 13492 | |
| St. Paul – School | 12 Park Ave., Whitesboro, NY 13492 | St. Paul's Church Nazareth Pre-K & Day Care Center<br>16 Park Ave., Whitesboro, NY 13492 |
| **Whitney Point – Broome County** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Patrick | Box 711, Whitney Point, NY 13862 | Catholic Community of St. Stephen – St. Patrick 59 Keibel Rd., Whitney Point, NY 13862<br><br>P.O. Box 711, Whitney Point, NY 13862 |
| **Windsor – Broome County** | | |
| Our Lady of Lourdes | P.O. Box 361, Windsor, NY 13865 | 594 Kent St., Windsor, NY 13865<br><br>975 N.Y. Rte. 11, Kirkwood, NY 13795 |
| **CHAPLAINS OF PUBLIC INSTITUTIONS** | | |
| **Syracuse** | | |
| Developmental Center | 6655 Kirkville Rd., East Syracuse, NY 13057 | 2306 Euclid Ave., Syracuse, NY 13224 |
| Crouse Irving Memorial Hospital | 432 Gifford St., Syracuse, NY 13204 | Crouse Hospital, 736 Irving Ave., Syracuse, NY 13210 |
| Community General Hospital | 300 Valley Dr., Syracuse, NY 13207 | Upstate Community Hospital 4900 Broad Rd., Syracuse, NY 13215 |
| Upstate Medical Center | 4845 S. Salina St., Syracuse, NY 13205 | 4900 Broad Rd., Syracuse, NY 13215 |
| University Hospital | 750 E. Adams St., Syracuse, NY 13210 | SUNY Upstate Medical University Hospital 750 E. Adams St., Syracuse, NY 13210 |
| Loretto Geriatric Center | 700 E. Brighton Ave., Syracuse, NY 13205 | Loretto Health & Rehabilitation 700 E. Brighton Ave., Syracuse, NY 13205 |
| Hutchings Psychiatric Center | 301 Ash St., Syracuse, NY 13208 | 620 Madison St., Syracuse, NY 13210 |
| Veterans Admin. Hospital | 800 Irving Ave., Syracuse, NY 13210 | Syracuse VA Medical Center 800 Irving Ave., Syracuse, NY 13210 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| St. Joseph Hospital & Health Center | N/A | St. Joseph's Health 301 Prospect Ave., Syracuse, NY 13203 |
| James Square Nursing Home | N/A | Bishop Nursing and Rehabilitation Center 918 James St., Syracuse, NY 13203 |
| Plaza Extended Care Facility | N/A | 700 E. Brighton Ave., Syracuse, NY 13205 |
| Van Duyn Home & Hospital | N/A | Van Duyn Center for Rehabilitation and Nursing 5075 W. Seneca Tpke., Syracuse, NY 13215 |
| Onondaga County Hospital and Home | 4791 W. Seneca Tpke, Syracuse, NY13215 | Closed |
| Onondaga County Penitentiary | St. Pius X Home, Syracuse, NY 13025 | 6660 E. Seneca Tpke., Jamesville, NY 13078 |
| Hancock Field U.S. Air Force Base | 6655 Kirkville Rd., E. Syracuse, NY 13057 | 6001 E. Molloy Rd., Syracuse, NY 13211 |
| **Binghamton** | | |
| Binghamton Psychiatric Hospital | Box 312, Sanitaria Springs, NY 13833 | Greater Binghamton Health Center 425 Robinson St., Binghamton, NY 13904 |
| Binghamton Falls State Hospital | 425 Robinson St., Binghamton, NY 13901 | Greater Binghamton Health Center 425 Robinson St., Binghamton, NY 13904 |
| Binghamton General and Wilson Memorial Hospital | 155 Main St., Johnson City, NY 13790 | UHS Wilson Medical Center 33-57 Harrison St., Johnson City, NY 13790 |
| Binghamton Nursing Homes | St. Vincent de Paul Rectory, 165 Clifton Blvd., Binghamton, NY 13903 | |
| Broome Developmental Center | | 249 Glenwood Rd., Binghamton, NY 13905 |
| Our Lady of Lourdes Hospital | | Guthrie Lourdes Hospital, 169 Riverside Dr., Binghamton, NY 13905 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Willow Point, River Mead, Susquehanna and Chenango Bridge Nursing Facilities | 37 Fayette St., Binghamton, NY 13901 | 3700 Vestal Rd., Vestal, NY 13850 |
| Broome County Jails | 37 Fayette St., Binghamton, NY 13901 | 155 Lt. Vanwinkle Dr., Binghamton, NY 13905 |
| **Johnson City** | | |
| Wilson Memorial Hospital | 33 Harrison St., John City, NY 13905 | UHS Wilson Medical Center 33-57 Harrison St., Johnson City, NY 13790 |
| **Marcy** | | |
| Mohawk Valley Psychiatric Center | P.O. Box 143, Marcy, NY 13403 | 1400 Noyes St., Utica, NY 13502 |
| **Rome** | | |
| State School | Rome State School Box 550, Rome, NY 13440 | New York State School for the Deaf 401 Turin St., Rome, NY 13440 |
| Developmental Center | P.O. Box 550, Lower South James, NY 13440 | Closed |
| **Utica** | | |
| Oneida County Jail | 120 Dexter Ave., Oriskany, NY 13424 | 6075 Judd Rd., Oriskany, NY 13424 |
| Faxton Hospital | 1736 Burrstone Rd., New Hartford, NY 13413 | 1675 Bennett St., Utica, NY 13502 |
| St. Luke | Champlin Ave., New Hartford, NY 13413 | 1656 Champlin Ave., Utica, NY 13502 |
| Faxton Health Center | 1676 Sunset Ave., Utica, NY 13502 | 1675 Bennett St., Utica, NY 13502 |
| Utica Psychiatric Center | 1213 Court St., Utica, NY 13502 | 1213 Court St., Utica, NY 13502 |
| St. Elizabeth Hospital | 2209 Genesee St., Utica, NY 13501 | |
| **Wampsville** | | |
| Madison County Jail | 229 W. Yates St., East Syracuse, NY 13507 | 138 N. Court St., Wampsville, NY 13163 |
| **JAILS** | | |
| Hillbrook Juvenile Detention Center | 4949 Velasko Rd., Syracuse, NY 13215 | |
| Jamesville Penitentiary | P.O. Box 143, Jamesville, NY 13078 | 6660 E. Seneca Tpke., Jamesville, NY 13078 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Public Safety Building | 342 Vine St., Syracuse, NY 13203 | 511 S. State St. Syracuse, NY 13202 |
| Jail Ministry Office | 208 Slocum Ave., Syracuse, NY 13905 | P.O. Box 1174, Syracuse, NY 13218 |
| Broome County Jail | 1 Judson Ave., Binghamton, NY 13905 | Broome County Sheriff's Correctional Facility P.O. Box 2047 Binghamton, NY 13902-2047 |
| Cortland County Jail | Cortland, NY | 54 Greenbush St., Cortland, NY 13045 |
| Camp Georgetown | 31 East State St., Sherburne, NY 13346 | Closed |
| Camp Pharsalia | South Plymouth, NY | Closed |
| Norwich County Jail | 8 Silver St., Norwich, NY 13815 | 279 County Road 46, Norwich, NY 13815 |
| Oneida County Jail | 120 Dexter Ave., Oriskany, NY 13424 | 6075 Judd Rd., Oriskany, NY 13424 |
| Oswego County Jail | 178 W. Second St., Oswego, NY 13126 | Oswego County Correctional Facility, 39 Churchill Rd., Oswego, NY 13126 |
| Oneida Correctional Facility I | 6100 School Rd., Rome, NY 13440 | 6075 Judd Rd., Oriskany, NY 13424 |
| Oneida Correctional Facility II | 578 Main St., Oneida, NY 13421 | 6075 Judd Rd., Oriskany, NY 13424 |
| Mid-State Correctional Facility | 210 W. Liberty St., Rome, NY | 9005 Old River Road, P. O. Box 216, Marcy, NY 13403-0216 |
| INSTITUTIONS LOCATED IN THE DIOCESE | | |
| Seminaries, Religious or Scholaticates | | |
| St. Thomas Aquinas House of Studies | 702 Danforth St., Syracuse, NY 13208 | St. Thomas Aquinas Fund Diocese of Syracuse 240 E. Onondaga Street Syracuse, NY 13202 |
| Saint Andrew Hall | 420 Demong Dr., Syracuse, NY 13214 | |
| Roosevelt Hall | 83 West Lake St., Skaneatles, NY 13152 | Closed |
| Colleges and Universities | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Le Moyne College | Syracuse, NY 13214 | 1331 Salt Springs Rd., Syracuse, NY 13214 |
| Maria Regina College | 1024 Court St., Syracuse, NY 13208 | Closed |
| **High School, Diocesan** | | |
| Bishop Ludden High School | 815 Fay Rd., Syracuse, NY 13219 | |
| Bishop Grimes High School | 6653 Kirkville Rd., East Syracuse, NY 13057 | |
| Seton Catholic Central High School of Broome County | 70 Seminary Ave., Binghamton, NY 13790 | |
| Bishop Cunningham Catholic Junior-Senior High School | East River Rd. ,Oswego, NY 13126 | Closed |
| Rome Catholic Junior-Senior High School | 800 Cypress St., Rome, NY 13440 | Closed |
| Notre Dame High School | Burrstone Rd., Utica, NY 13502 | Notre Dame Junior Senior High School 2 Notre Dame Ln, Utica, NY 13502 |
| **Junior High School – Diocesan** | | |
| All Saints Junior High School | 301 Valley Dr., Syracuse, NY 13207 | Closed |
| Bishop Ludden Junior High School | 815 Fay Rd., Syracuse, NY 13219 | |
| Northside Catholic Junior High School | 923 N. McBride St., Syracuse, NY 13208 | Our Lady of Pompei School 923 N. Mcbride St., Syracuse, NY 13208 |
| Bishop Grimes Junior High School | 6653 Kirkville Ave., East Syracuse, NY 13057 | |
| Notre Dame Junior High School – North | 309 Genesee St., Utica, NY 13501 | Thea Bowman House 309 Genesee St., 2nd Fl., Utica, NY 13501 |
| Notre Dame Junior High School – South | 13 Barton Ave., Utica, NY 13502 | Notre Dame Schools 11 Barton Ave., Utica, NY 13502 |
| **Middle School, Diocesan** | | |
| Seton Catholic Middle School | 1112 Broad St., Endicott, NY 13760 | |
| **High Schools Private** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| The Franciscan Academy | 2500 Grant Blvd., Syracuse, NY 13208 | Closed |
| The Franciscan Academy – Convent | 1024 Court St., Syracuse, NY 13208 | Closed |
| Christian Brothers Academy | 6245 Randall Rd., Syracuse, NY 13214 | |
| **Junior High Schools, Private** | | |
| Christian Brothers Academy | 6245 Randall Rd., Syracuse, NY 13214 | |
| **Elementary Schools, Private** | | |
| The Franciscan Academy | 2500 Grant Blvd., Syracuse, NY 13208 | Closed |
| **Consolidated Schools** | | |
| St. Catherine | 1051 Chenango St., Binghamton, NY 13901 | |
| St. John the Evangelist | 9 Livingston St., Binghamton, NY 13903 | |
| St. Patrick Middle School | 58 Oak St., Binghamton, NY 13905 | |
| St. Thomas | 3 Aquinas St., Binghamton, NY 13905 | |
| St. Anthony | 906 Jenkins St., Endicott, NY 13760 | |
| Seton Catholic Middle School | 1112 Broad St., Endicott, NY 13760 | |
| Fulton Catholic | 309 Buffalo St., Fulton, NY 13069 | |
| Blessed Sacrament | Cenacle Plaza, Johnson City, NY 13790 | |
| St. James Middle School | 143 Main St. Johnson City, NY 13790 | |
| Holy Family School | 17 Prospect St., Norwich, NY 13815 | |
| Our Lady of Sorrows | 801 Main St., Vestal, NY 13850 | |
| Christian Brothers Academy | 6245 Randall Rd., Syracuse, NY 13214 | |
| Fulton Catholic – Franciscan Residence | 300 Hart St., Fulton, NY 13069 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Rome Catholic Junior High School | 214 West Liberty St., Rome, NY 13440 | Closed |
| **THE CATHOLIC CHARITIES OF SYRACUSE** | | |
| **Syracuse** | | |
| Catholic Charities of the Roman Catholic Diocese of Syracuse | 240 East Onondaga St., Syracuse, NY 13202  1654 West Onondaga St., Syracuse, NY 13204 | |
| Keener Seniors Nutrition Program for the Elderly | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Jail Ministry | 208 Slocum Ave., Syracuse, NY 13204 | |
| **Binghamton** | | |
| Associated Catholic Charities | 232 Main St., Binghamton, NY 13905 | |
| The Catholic Foundation of Broome County – (Legal Title – The Bishops Catholic Education and Charities Foundation, Inc.) | 232 Main St., Binghamton, NY 13905 | |
| Catholic Charities Adolescent Group Home | 57 Chestnut St., Binghamton, NY 13905 | |
| Catholic Social Services of Broome County | 232 Main St., Binghamton, NY 13905 | |
| Secretariat for Education and Project Planning, Inc. | 232 Main St., Binghamton, NY 13905 | |
| **Cortland** | | |
| Catholic Charities of Cortland County | 46 Clinton Ave., Cortland, NY 13045 | 33-35 Central Avenue, Cortland, New York  13045  10 Kennedy Parkway, Cortland, New York  13045 |
| STEPS – (Supportive Teen Education-Parents Services), TASA; Case Management Men's Support Group; Life Skills Education | 33-35 Central Ave., Binghamton, NY 13045 | |
| **Norwich** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Chenango County Catholic Charities | 19 Prospect St., Norwich, NY 13815 | 3 0'Hara Drive, Norwich NY 13815 |
| The Counseling Program | 19 Prospect St., Norwich, NY 13815 | |
| Crime Victims-Witness Assistance Program, Catholic Charities of Chenango County | 19 Prospect St., Norwich, NY 13825 | |
| Community Residence Program, Catholic Charities of Chenango County | 19 Prospect St., Norwich, NY 13825 | |
| Community Residence Program | 19 Prospect St., Norwich, NY 13825 | |
| Chenango House Supervised by Community Residence | 49 Fair St., Norwich, NY 13815 | |
| Intensive Supportive Apartment Program | 49 Fair St., Norwich, NY 13815 | |
| Supported Housing Program | 49 Fair St., Norwich, NY 13815 | |
| The Counseling Program, Catholic Charities of Chenango County | 19 Prospect St., Norwich, NY 13825 | |
| **Oneida** | | |
| Madison County Catholic Charities | 119 E. Walnut St., Oneida, NY 13421 | Oneida/Madison Catholic Charities 1408 Genesee Street Utica, NY 13502 |
| **Oswego** | | |
| Catholic Charities of Oswego County | 26 W. Bridge St., Oswego, NY 13126 57 S. Third St., Fulton, NY 13069 365 W. First St., Fulton, NY 13069 | 808 W Broadway, Fulton, NY 13069 |
| **Rome** | | |
| Catholic Charities of Rome | 212 W. Liberty St., Rome, NY 13440 | 199 W Dominick St, Rome, NY 13440 |
| **Utica** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Rome Area Catholic Charities (Including Chenango County) | 1408 Genesee St., Utica, NY 13502 | 199 W Dominick St, Rome, NY 13440 |
| Catholic Charities, Eastern Region | 1408 Genesee St., Utica, NY 13502 | |
| Catholic Social Services of Utica | 1408 Genesee St., Utica, NY 13502 | |
| Catholic Social Services of Rome | 227 On the Mall, Rome, NY 13440 | |
| Madison County Catholic Charities | Box 134 Morrisville, NY 13408 | Oneida/Madison Catholic Charities 1408 Genesee Street Utica, NY 13502 |
| Chenango County Catholic Charities | 14 South Broad St., Norwich, NY 13815 | 3 0'Hara Drive, Norwich NY 13815 |
| **Office of Human Development** | | |
| Syracuse Central Office | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Bishop Foery Foundation | 401 South Ave., Syracuse, NY 13204 | 100 Edmund Ave, Syracuse, NY 13205 |
| Broome County Human Development | 232 Main St., Binghamton, NY 13905 | |
| Rome NY Human Development Office | 1177 Erie Blvd., W., Rome, NY 13905 | |
| **Spanish Apostolate** | | |
| Spanish Apostolate of Syracuse NY | 170 Seymour St., Syracuse, NY 13202 | |
| Ladies of Charity | 232 Main St., Binghamton, NY 13905 | 331 Main Street, Binghamton, NY 13905 |
| **St. Vincent de Paul Society** | | |
| St. Vincent de Paul | 240 East Onondaga St., Syracuse, NY 13202 | |
| St. Vincent de Paul Society | 500 Seymour St., Syracuse, NY 13202 | Vincent House 500 Seymour St., Syracuse, NY 13202 |
| St. Vincent de Paul Furniture and Clothing Inc. | 500 Seymour St., Syracuse, NY 13202 | |
| St. Vincent de Paul Thrift Shop | 365-369 West First St., Fulton, NY 13069 | |
| **Catholic Youth Organizations** | | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Catholic Charities | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Neighborhood Division, Catholic Charities | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Toomey Residential and Community Services | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Alliance Division | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Family Division | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Central Office | 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Neighborhood Centers | 1654 West Onondaga St., Syracuse, NY 13204 | |
| Brighton Family Center | 100 Edmund Ave., Syracuse, NY 13205 | |
| Near East Side Adventures Program | c/o E. Genesee Presbyterian Church 1700 East Genesee St., Syracuse, NY 13210 | |
| Salina Civic Center | 2826 Lemoyne Ave., Mattydale, NY | |
| Northside CYO | 527 North Salina St., Syracuse, NY 13208 | |
| Bishop Foery Foundation | 401 South Ave., Syracuse, NY 13204 | 100 Edmund Ave, Syracuse, NY 13205 |
| Vincent House | 514 Seymour St., Syracuse, NY 13204 | Vincent House 500 Seymour St., Syracuse, NY 13202 |
| Hawley Youth Program | 615 Hawley Ave., Syracuse, NY 13202 | 716 Hawley Ave., Syracuse, NY 13203 |
| CYO Fulton | 365-369 West First St., Fulton, NY 13069 | |
| Rome Area C.Y.O., St. John and St. Joseph Program | 1408 Genesee St., Utica, NY 13502 | |
| Catholic Charities, Youth Services Division | 1408 Genesee St., Utica, NY 13502 | Oneida/Madison Catholic Charities 1408 Genesee Street Utica, NY 13502 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Broome County CYO | 232 Main St., Binghamton, NY 13905 | |
| **Children's Institutions and Services** | | |
| House of Providence | 1654 West Onondaga St., Syracuse, NY 13204 | Providence House Apartments 1700 W Onondaga St, Syracuse, NY 13204 |
| **Day Care** | | |
| DePaul day Care Corporation | 1654 W. Onondaga St., Syracuse, NY 13204 | St. Vincent de Paul Day Care Center 1103 Burnet Ave, Syracuse, NY 13203 |
| St. Vincent Day Care Center | 401 South Ave., Syracuse, NY 13202 | |
| Cooperative Day Care Center | 1658 West Onondaga St., Syracuse, NY 13204 | 1654 West Onondaga St., Syracuse, NY 13204 |
| **Diocesan Summer Camps** | | |
| Lourdes Camp | 10 Mile Point, Skaneatles, NY 13152 <br><br> 1654 W. Onondaga St. Syracuse, NY 13204 | 11150 10 Mile Point Rd, Skaneateles, NY 13152 |
| Camp Nazareth | Woodgate, NY 13494 <br><br> 1408 Genesee St., Utica, NY 13502 | |
| **Family Life Bureau** | | |
| Family Life Education | 1342 Lancaster Ave., Syracuse, NY 13210 | Family/Respect Life Ministry 240 East Onondaga Street Syracuse, NY 13202-2608 |
| Southern Region | 400 Corey Ave., Endicott, NY 13760 | Family/Respect Life Ministry 240 East Onondaga Street Syracuse, NY 13202-2608 |
| Eastern Region | Box 843, Brimfield St., Clinton, NY 13323 | |
| Northern Region | 108 E. Sixth St., Oswego, NY 13126 | |
| Northern Region Religious Education Office | 108 E. Sixth St., Oswego, NY 13126 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Family Life Bureau of Broome County | 232 Main St., Binghamton, NY 13905 | |
| Family Life Bureau of Madison and Oneida Counties | 1408 Genesee St., Utica, NY 13502 | |
| **Division of Health and Hospitals** | | |
| Diocesan Director of Catholic Hospitals | 240 East Onondaga St., Syracuse, NY 13202 | |
| **General Hospitals** | | |
| St. Joseph's Hospital Health Center | 301 Prospect Ave., Syracuse, NY 13203 | |
| St. Mary's Hospital | 1654 W. Onondaga St., Syracuse, NY | Closed |
| Our Lady of Lourdes Memorial Hospital | 169 Riverside Dr., Binghamton, NY 13905 | |
| St. Elizabeth Hospital | 2209 Genesee St., Utica, NY 13501 | Closed |
| **Facilities for the Aged** | | |
| Loretto Rest Nursing Home Company, Inc. | 700 E. Brighton Ave., Syracuse, NY 13205 | |
| Loretto Rest, Inc. & Child Day Care Center | 750 E. Brighton Ave., Syracuse, NY 13205 | |
| Loretto Geriatric Community Residences, Inc. | 5018 S. Salina St., Syracuse, NY 13205 | Loretto Community Residences 4810 S. Salina St., Syracuse, NY 13205 |
| Bernardine Apartments, Inc. | 417 Churchill Ave., Syracuse, NY 13205 | |
| St. Camillus Health & Rehabilitation Center | 813 Fay Rd., Syracuse, NY 13219 | |
| **Nursing Homes** | | |
| St. Camillus Extended Care Facility | 813 Fay Rd., Syracuse, NY 13219 | |
| St. Camillus Foundation | 813 Fay Rd., Syracuse, NY 13219 | |
| St. Luke's Nursing Home | East River Rd., R.D. 4, Oswego, NY 13126 | 299 E. River Rd., Oswego, NY 13126 |
| St. Joseph Nursing Home | 2535 Genesee St., Utica, NY 13501 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Bethany House (Health Related Facilities and Nursing Home Company of Rome, Inc.) | 800 Est Chestnut St., Rome, NY 13440 | Bethany Gardens 800 W. Chestnut St., Rome, NY 13440 |
| **Specialty Housing** | | |
| Christopher Community, Inc. | 1654 W. Onondaga St., Syracuse, NY 13204 | 990 James St #100, Syracuse, NY 13203 |
| Churchill Manor, Inc. | 240 East Onondaga St., Syracuse, NY 13202 | c/o C T Corporation System 28 Liberty St., New York, NY 10005 |
| 420 Gifford St. | 420 Gifford St., Syracuse, NY 13204 | |
| Hawley Winton Housing Development Fund, Inc. | Attn. Peter White, Exec. Director 1654 W. Onondaga St., Syracuse, NY 13204 | |
| Ludden Housing Development Fund Company, Inc. | Ludden Apartments, c/o Robert D. McAuliffe, 224 Harrison St., Syracuse, NY 13202<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Mount St. James Corporation | 1654 W. Onondaga St., Syracuse, NY 13204<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Mercy Hospital Housing Development Fund Co. Inc. | c/o Sr. Mary Aquin McKenzie 100 Thornton St., Auburn, NY 13021<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Providence House Apartments | 1700 West Onondaga St., Syracuse, NY 13204<br><br>Christopher Community Inc., Managing Agent Peter White, Exec. Dir. 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Pompei Housing Development Fund Company, Inc. c/o Christopher Community, Inc. | 1654 W. Onondaga St., Syracuse, NY 13204<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Pond St. Housing Development Fund, Co., Inc. | Bishop Harrison Apartments, Pond St., Syracuse, NY 13208 | 300 Pond St., Syracuse, NY 13208 |
| Mount St. James Corporation (Incorporated: New York State, 1962) | 1654 W. Onondaga St., Syracuse, NY 13204<br><br>338 Jamesville Ave., Syracuse, NY 13204 | |
| St. Peter's Italian Church Housing Development Fund Co., Inc. | 709 James St., Syracuse, NY 13203<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| St. Luke's Housing Development Fund Co., Inc. | Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Pitcher Hill-Christopher Housing Development Fund Co., Inc. | 114 Elbow Rd., North Syracuse, NY 13212<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Stoneleigh Housing Development Fund Co., Inc. | 400 Lamb Ave., Canastota, NY 13032<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| SEPP | 139  Main St., Binghamton, NY 13901<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Bartell Rd. Housing Development Fund Company, Inc. | Bartell Rd., Brewerton, NY 13029<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Cicero Housing Development Fund Company, Inc. | 224 Harrison St., Syracuse, NY 13202<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| C.N.C. Inc. | West Thomas St., Rome, NY 13440 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Rome Mall Housing Development Fund Company | c/o Mall Apts. 240 East Onondaga St., Syracuse, NY 13202<br><br>Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| Redfield South Housing Development Fund Co., Inc. | Christopher Community Inc., Managing Agent 1654 W. Onondaga St., Syracuse, NY 13204 | Christopher Community, Inc. 990 James St #100, Syracuse, NY 13203 |
| **Programs for the Handicapped** | | |
| L'Arche | 1701 James St., Syracuse, NY 13206<br><br>1226 Butternut St., Syracuse, NY 13208 | L'Arche Syracuse 920 Spencer St., Syracuse, NY 13204 |
| The Heenan Spiritual Program, Inc. | 1629 Genesee St., Utica, NY 13501 | |
| St. John and Joseph Home, Inc. | 1408 Genesee St., Utica, NY 13502 | |
| **Monasteries and Residences of Priests and Brothers** | | |
| Provincial Home of the Immaculate Conception Province of the Order of Friars Minor Conventual. St. Francis Friary | Assumption Parish 812 No. Salina St., P.O. Box 1387, Syracuse, NY 13201 | Friars Minor of the Order of St. Francis 125 Thompson Street New York, NY 10012-3110 |
| Bishop Grimes Priests Residence | 6655 Kirkville Rd., East Syracuse, NY 13057 | |
| Bethany House | 806 Court St., Syracuse, NY 13201 | 5583 S. Salina St., Syracuse, NY 13205 |
| St. Pius X Home, Inc. | 714 E. Brighton Ave., Syracuse, NY 13205 | |
| Bishop Grimes Faculty House | 6655 Kirkville Rd., East Syracuse, 13057 | |
| Bishop Ludden Faculty House | 600 West Manchester Rd., Syracuse, NY 13219 | 815 Fay Rd, Syracuse, NY 13219 |
| Jesuits at LeMoyne, Inc. | 1419 Salt Springs Rd., Syracuse, NY 13214 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Bishop Grimes Priests Residence | 6655 Kirkville Rd., East Syracuse, NY 13057 | |
| St. Vincent's Mission House | 10475 Cosby Manor Rd., Utica, NY 13502 | |
| **Convents and Residences for Sisters** | | |
| Dominican Monastery of the Perpetual Rosary | 802 Court St., Syracuse, NY 13208 | |
| Convent of St. Anthony and Motherhouse and Novitiate of the sisters of the Third Franciscan Order M.C. | 1024 Court St., Syracuse, NY 13208 | |
| Franciscan Formation House | 1001 Court St., Syracuse, NY 13208 | |
| St. Clare Convent | 1001 Court St., Syracuse, NY 13208 | |
| Transfiguration Monastery | R.D. 2, Box 2612, Windsor, NY 13865 | 701 NY-79, Windsor, NY 13865 |
| Diocesan Sisters of Syracuse | 468 Woodruff Ave., Syracuse, NY 13208 | |
| Sisters of St. Joseph of Carondelet | 811 Milton Ave., Syracuse, NY 13204

921 Milton Ave., Syracuse, NY 13204

1323 Vestal Ave., Binghamton, NY 13903

R.D. No. 2, Box 403, Windsor, NY 13865 | 10777 Sunset Office Drive, Ste. 10
St. Louis, MO 63127 |
| Daughters of Charity | 57 Chestnut St., Binghamton, NY 13905

12 Ballantyne Brae, Utica, NY 13501 | 96 Menand Road
Albany, New York 12204-1499 |
| St. Francis Convent | Alverna Heights, Green Lakes Rd., Fayetteville, NY 13066 | 7770 Green Lakes Rd., Fayetteville, NY 13066 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Sisters of the Third Franciscan Order, M.C. | O.S.F. Faculty Residence 300 Hart St., Fulton, NY 13069 | 225 Greenfield Parkway Suite 208 Liverpool, NY 13088 |
| **Retreat House** | | |
| Christ the King Retreat House | 500 Brookford Rd., Syracuse, NY 13224 | Closed |
| Stella Maris Retreat House and Center for Renewal | 130 E. Genese St., Skaneatles, NY 13152 | Closed |
| **Campus Ministry/Newman Centers** | | |
| Syracuse University, St. Thomas More Foundation, Inc. | 112 Walnut Pl., Syracuse, NY 13210 | 110 Walnut Pl., Syracuse, NY 13210 |
| St. John fisher House of Studies | 110 Walnut Pl., Syracuse, NY 13210 | |
| LeMoyne College | LeMoyne College, Syracuse, NY 13214 | 1331 Salt Springs Rd., Syracuse, NY 13214 |
| Maria Regina College | 812 N. Salina St., Syracuse, NY | Closed |
| Onondaga Community College | 4791 W. Seneca Tpke., Syracuse, NY 13219 | 4585 W. Seneca Tpke., Syracuse, NY 13215 |
| Broome Community College | P.O. Box 248, Maine, NY 13802 | 907 Front St., Binghamton, NY 13905 |
| Powelson Business Institute | 259 E. Onondaga St., Syracuse, NY 13202 | Closed |
| State University of New York at Binghamton | 400 Murray Hill Rd., Binghamton, NY 13903 | 4400 Vestal Pkwy E., Binghamton, NY 13902 |
| Cazenovia College | 6 Green St., Cazenovia, NY 13035 | Closed |
| Hamilton College | 13 Marvin St., Clinton, NY 13323 | 198 College Hill Rd, Clinton, NY 13323 |
| Newman Foundation of Cortland, Inc. At the State University College of Cortland | 8 Calvert St., Cortland, NY 13045 | |
| Colgate University | 16 Wylie St., Hamilton, NY 13346 | 13 Oak Dr. E Ext., Hamilton, NY 13346 |
| St. Joan of Arc Newman Associ. At State University of New York (SUNY) Morrisville Agricultural and Technical College | St. Joan of Arc, P.O. Box A 28 Union St., Morrisville, NY 13408 | 80 Eaton St, Morrisville, NY 13408 |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Newman Foundation, Inc., State University of New York | Hall Newman Center, New St., P.O. Box 207, Oswego, NY 13126 | 36 New St, Oswego, NY 13126 |
| Mohawk Valley Community College, Newman Apostolate | 1204 Sherman Dr., Utica, NY 13501 | 1101 Sherman Dr, Utica, NY 13501 |
| Utica College of Syracuse University | 1433 Burrstone Rd., Utica, NY 13502 | 1600 Burrstone Rd, Utica, NY 13502 |
| State University of New York Institute of Technology at Utica/Rome | 1433 Burrstone Rd., Utica, NY 13502 | 100 Seymour Rd, Utica, NY 13502 |
| Upper Utica College | 1204 Sherman Dr., Utica, NY 13501 | 1600 Burrstone Rd, Utica, NY 13502 |
| **Miscellaneous Listings** | | |
| Grimes Foundation | 240 E. Onondaga St., Syracuse, NY 13202 | |
| ONE (Opportunity Network in Economics) | 1101 Burnet Ave., Syracuse, NY 13203 | |
| St. Francis Social Adult Day Service | 1108 Court St., Syracuse, NY 13208 | Closed |
| Saint Thomas Preparatory Seminary Fund | P.O. Box 511, Syracuse, NY 13201 | |
| Spiritual Renewal Center | 1118 Court St., Syracuse, NY 13208 | 1342 Lancaster Ave, Syracuse, NY 13210 |
| Ladies of Charity | 232 Main St., Binghamton, NY 13905 | 331 Main St., Binghamton, NY 13905 |
| Mount St. Francis Hermitage | P.O. Box 276, Maine, NY 13802 | 120 Edson Rd, Endicott, NY 13760 |
| Bishop Harrison Education Foundation | P.O. Box 7158, Endicott, NY 13760 | |
| Calvert Court, Inc. | 672 W. Onondaga St., Syracuse, NY 13204 | |
| Monsignor David C. Gildea foundation for Bishop Ludden High School, Inc. | | |
| Catholic Information Center | 91 Court St., P.O. Box 1562, Binghamton, NY 13902 | |

| Entity / Office Name | Address From Catholic Directory | Address as Currently Publicly Available (if different) |
|---|---|---|
| Bergamo-East, Ecumenical Conference, Educational, and Spiritual Renewal Center | Chaminade Rd., Marcy, NY 13403 | |
| Matthew Carton Foundation | First National Bank Bldg., Utica, NY 13501 | |

## ATTACHMENT N

## Co-Defendants

| Entity | Address |
|---|---|
| Unnamed Catholic School | 1031 Bellevue Ave., Syracuse, NY 13207 |
| Assumption of the Blessed Virgin Mary | 37 Fayette St, Binghamton, NY |
| Basilica of the Sacred Heart | 927 Park Ave, Syracuse, NY 13204 |
| Binghamton YMCA | 61 Susquehanna St, Binghamton, NY 13901 |
| Bishop Grimes High School | 6653 Kirkville Rd, East Syracuse, NY 13057 |
| Bishop Ludden Highschool | 815 Fay Rd, Syracuse, NY 13219 |
| Brothers of the Christian Schools District of Eastern North America Inc | 444 Highway 35, Eatontown, NJ 07724 |
| Camp Stella Maris | 4395 E Lake Rd, Livonia, NY 14487 |
| Cathedral of the Immaculate Conception | 259 E Onondaga St, Syracuse, NY 13202 |
| Cathedral School | 240 E Onondaga St, Syracuse, NY 13202-2608 |
| Catholic Charities | 100 Main St, Binghamton, NY 13905 |
| Catholic Charities of the Roman Catholic Diocese of Syracuse | 1654 West Onondaga Street, Syracuse, NY 13204 |
| Christ the Good Shepherd Parish | 50 E Mohawk St., Oswego NY 13126 |
| Christ the King Church | 21 Cherry Tree Cir, Liverpool, NY 13090 |
| Christ the King Church | 3600 Phyllis St, Endicott, NY 13760 |
| Christian Brothers Academy | 6245 Randall Rd, Syracuse, NY 13214 |
| Church of the Holy Trinity | 4876 Onondaga Rd, Syracuse, NY 13215 |
| Diocese of Syracuse | 240 E Onondaga St, Syracuse, NY 13202 |
| Faculty Home | 81 E Albany St., Oswego, NY 13126 |
| First United Church | 823 Franklin Park Dr, East Syracuse, NY 13057 |
| Gethsemane United Methodist Church | 1700 Butternut St, Syracuse, NY 13208 |
| Holy Family Church | 127 Chapel Dr, Syracuse, NY 13219 |
| Holy Family Church | 45 W 4th St., Fulton, NY 13069 |
| Holy Trinity Church | 1206 Lincoln Ave, Utica, NY 13502 |
| Holy Trinity Church | 309 Buffalo St, Fulton, NY 13069 |
| House of Providence | 1700 W. Onondaga Street Syracuse, NY 13204 |
| Immaculate Conception Cathedral | 400 Salt Springs St, Fayetteville, NY 13066 |
| Knights of Columbus | 201 Main St, New York Mills, NY 13417 |
| Lourdes Camp | 1150 Ten Mile Point Rd, Skaneateles, NY 13152 |
| Most Holy Rosary | 111 Roberts Avenue, Syracuse, NY 13207 |

| | |
|---|---|
| Most Holy Rosary | 111 Roberts Ave, Syracuse, NY 13207 |
| Most Holy Rosary | 111 Roberts Ave., Syracuse, NY 13207 |
| Nazareth Farm | 665 Nazareth Farm Rd, Salem, WV 26426 |
| Notre Dame Elementary School | 11 Barton Ave., Utica, NY 13502 |
| Notre Dame High School | 2 Notre Dame Ln, Utica, NY 13502 |
| Our Lady of Angels Church | 3600 Phyllis St, Endicott, NY 13760 |
| Our Lady of Good Counsel | 701 W Main St, Endicott, NY 13760 |
| Our Lady of Hope | 4845 S Salina St, Syracuse, NY 13205 |
| Our Lady of Lourdes Church | 300 Valley Dr, Syracuse, NY 13207-2237 |
| Our Lady of Lourdes Church | 2 Barton Ave., Utica, NY 13502 |
| Our Lady of Peace | 203 Halcomb St, Syracuse, Ny 13209 |
| Our Lady of Pompei | 920 N McBride St, Syracuse, NY 13208 |
| Our Lady of Pompeo Church and School | 301 Ash St, Syracuse, NY 13208 |
| Our Lady of the Rosary | 931 Cayuga St, Hannibal, NY 13074 |
| Parish of St. John and Andrew Catholic Church | 1263 Vestal Ave., Binghamton, NY 13903 |
| Proctor House | 1246 Hilton Ave, Utica, Ny 13501 NY |
| Rome State School | 401 Turin St, Rome, NY 13440 |
| Sacred Heart | 206 Main St, New York Mills, NY 13417 |
| Sacred Heart | 3974 County Rte 176, Oswego, NY 13126 |
| Saint Francis de Sales Church | 219 N Bellinger St., Hekimer, New York 13350 |
| Saint John the Baptist | 210 E Dominick St., Rome, NY 13440 |
| Saint Marianne Cope | 1001 Woods Rd., Syracuse, NY 13209 |
| Seton Catholic Central High School | 70 Seminary Ave, Binghamton, NY 13905 |
| Seton Catholic Central High School | 68 Seminary Ave Binghamton, NY 13905 |
| St. Agatha Church | 329 North Peterboro Street, Canastota, NY 13032 |
| St. Agnes | 422 Tilden Ave, Utica, NY 13501 |
| St. Alban's Church | 1308 Meadowbrook Dr, Syracuse, NY 13224 |
| St. Ann's Church | 104 Academy St, Manlius, NY 13104 |
| St. Anthony | 422 Tilden Ave, Utica, NY 13501-1034 |
| St. Anthony of Padua | 1515 Midland Ave., Syracuse, NY 13205 |
| St. Anthony of Padua | 306 Odell Ave, Endicott, NY 13760 |
| St. Anthony of Padua School | 1515 Midland Ave, Syracuse, NY 13205 |
| St. Augustine | 7333 Obrien Rd, Baldwinsville, NY 13027 |
| St. Bartholomew's Church | 81 E Main St, Norwich, NY 13815 |
| St. Bernard's | 199 Stafford Ave., Waterville, NY 13480 |
| St. Brigid | 320 Herkimer St, Syracuse, NY 13204 |
| St. Brigid and St. Joseph | 318 Herkimer St, Syracuse, NY 13204-1610 |
| St. Catherine's Parish | 1031 Chenango St. Binghamton, NY 13901 |
| St. Charles | 501 S Orchard Rd, Syracuse, NY 13219 |
| St. Cyril and Methodius | 148 Clinton St., Binghampton, NY 13905 |
| St. Daniels School | 611 Roxford Rd S, Syracuse, NY 13208 |

| | |
|---|---|
| St. Edwards | 108 St. Edwards St., Brooklyn, NY 12205 |
| St. Francis | 121 Saint Joseph Pl, Oneida, NY 13421 |
| St. Francis | 812 N Salina St, Syracuse, NY 13208-2513 |
| St. Francis of Assisi Church | 7820 Ny-298, Bridgeport, Ny 13030 |
| St. Francis Xavier Church | 1 W Main St, Marcellus, NY 13108 |
| St. James | 47 Main St, Johnson City, NY 13790 |
| St. James Church | 4845 S Salina St, Syracuse, NY 13205 |
| St. James Church | 147 Main St, Johnson City, NY 13790 |
| St. James Rectory | 6 Green St, Cazenovia, NY 13035 |
| St. James School | 4837 S Salina St, Syracuse, NY 13205 |
| St. John | 2191 NY-49, North Bay, NY 13123 |
| St. John | 35 3rd St, Camden, NY 13316 |
| St. John | 240 Bleecker St, Utica, NY 13501 |
| St. John the Baptist Church | 406 Court St, Syracuse, NY 13208 |
| St. John the Baptist Church | 210 E Dominick St, Rome, NY 13440 |
| St. John the Evangelist | 9 Livingston St, Binghamton, NY 13903 |
| St. John the Evangelist | 22 Church St, Camden, NY 13316-1428 |
| St. John the Evangelist School | 1 Sherman St., New Hartford, NY 13413 |
| St. John the Evangelist | 66 Oxford Rd., New Hartford NY 13413 |
| St. John's Church | 38 Erie St. Oswego, NY 13126 |
| St. Joseph | 5600 Genesee St, Camillus, NY 13031 |
| St. Joseph | 240 W 1st St, Oswego, NY 13126 |
| St. Joseph Patron Saint of the Universal Church | 185 Suydam St, Brooklyn, NY 11221-3308 |
| St. Joseph the Worker Church | 1001 Tulip St, Liverpool, NY 13088 |
| St. Joseph the Worker Church | 1001 Tulip St., Liverpool, NY |
| St. Joseph's | 702 Columbia St, Utica, NY 13502 |
| St. Joseph's Church | 178 West 2nd St., Oswego, NY 13126 |
| St. Lucy's Church | 432 Gifford St, Syracuse, NY 13204 |
| St. Margaret | 200 Roxboro Rd, Syracuse, NY 13211 |
| St. Mark | 440 Keyes Rd, Utica, NY 13502 |
| St. Mary | 201 Main St #1, New York Mills, NY 13417 |
| St. Mary | 107 W 7th St, Oswego, NY 13126 |
| St. Mary | 12 Marvin St., Clinton, NY |
| St. Mary | 59 N Main St, Cortland, NY 13045 |
| St. Mary | 47 Syracuse St, Baldwinsville, NY 13027 |
| St. Mary | 2 Prospect St, Clinton, NY 13323 |
| St. Mary of Assumption | 37 Fayette St., Binghamton, NY 13901 |
| St. Mary of Mt. Carmel Church | 648 Jay St, Utica, NY 13501-1308 |
| St. Mary of the Assumption | 148 State Route 49, Cleveland, NY 13042 |
| St. Mary of the Lake | 10 W Austin St, Skaneateles, NY 13152 |
| St. Mary of the Lake | 6735 Route 13, Verona Beach, NY 13162 |
| St. Mary, Star of the Sea | 3354 Main St, Mexico, NY 13114 |

| | |
|---|---|
| St. Mary's | 13 Marvin St., Clinton, NY 13323 |
| St. Mary's Assumption of the Blessed Virgin | 812 N Salina St, Syracuse, NY 13208 |
| St. Mary's Catholic School | 61 N Main St, Cortland, NY 13045 |
| St. Mathew's Roman Catholic Church | 229 W Yates St, East Syracuse, NY 13057 |
| St. Michael & St. Peter | 4791 W Seneca Turnpike, Syracuse, NY 13215 |
| St. Patrick | 9168 Main St, Taberg, NY 13471-1848 |
| St. Patrick | 3656 State Route 13, Truxton, NY 13158 |
| St. Patrick | 354 Elizabeth St, Oneida, NY 13421 |
| St. Patrick | 9 Leroy St, Binghamton, NY 13905 |
| St. Patrick's | 9168 Main St., Taberg, NY 13471 |
| St. Patrick's /St. Brigid's | 216 North Lowell Ave., Syracuse, NY |
| St. Paul | 16 Park Ave, Whitesboro, NY 13492 |
| St. Paul | 30 Pleasant St., Norwich, NY 13815 |
| St. Paul's Church | 15 Doubleday St, Binghamton, NY 13901-2501 |
| St. Peter's | 200 N James St, Rome, NY 13440 |
| St. Peters Church | 83 E Albany St, Oswego, NY 13126 |
| St. Peters Church | 422 Coventry Ave., Utica, NY 13502 |
| St. Stephens Church | 873 Dewitt St, Syracuse, NY 13203 |
| St. Vincent De Paul Blessed Sacrament Church | 165 Clifton Blvd., Vestal, NY 13850 |
| St. Vincent De Paul Blessed Sacrament Church | 342 Vine St., Syracuse, NY 13202 |
| The Church of the Annunciation | 7616 E South St, Clinton, NY 13323 |
| The Church of the Blessed Sacrament | 648 Jay St, Utica, NY 13501 |
| Transfiguration Church | 111 Ridge St, Rome, NY 13440 |
| Wilson Memorial Hospital | 33-57 Harrison St, Johnson City, NY 13790 |

[To Be Filed]

## ATTACHMENT O

## Reduction Clause

12.5.2    If, for any reason any court does not recognize the channeling of the Insurer Contribution Claims of any Non-Settling Insurers to the Trust, or such Insurer Contribution Claims are not channeled for any reason, then the following shall apply:

a.    Settling Insurers shall retain their Insurer Contribution Claims; *provided*, *however*, that:

(i)    Settling Insurers shall not pursue any Insurer Contribution Claim against any Non-Settling Insurer: (A) that asserts an Insurer Contribution Claim solely against the Trust; (B) whose Insurer Contribution Claim is satisfied and extinguished entirely by the application of this Section 12.5; or (C) that does not assert an Insurer Contribution Claim against them;

(ii)    If a Non-Settling Insurer asserts its Insurer Contribution Claim only against the Trust, then Settling Insurers shall assign any Insurer Contribution Claims they may hold against such Non-Settling Insurer to the Trust, and the Trust shall be free to assert such Insurer Contribution Claims against such Non-Settling Insurer;

(iii)    If a Non-Settling Insurer releases its Insurer Contribution Claims, if any such exist, that it may have against Settling Insurers, then such released Settling Insurers shall release their Insurer Contribution Claims against such releasing Non-Settling Insurer.

(b)    In any Action, including the Insurance Coverage Adversary Proceeding, involving the Diocese, a Participating Party, or the Trust (collectively, the "Alleged Insured") or an Abuse Claimant, as applicable, and one or more Non-Settling Insurers, where such Non-Settling Insurer could assert any Insurer Contribution Claim against any Settling Insurers, then any judgment or award obtained by such Alleged Insured or Abuse Claimant against such Non-Settling Insurer shall be automatically reduced by the amount, if any, that such Settling Insurer would be liable to pay such Non-Settling Insurer as a result of the Non-Settling Insurer's Insurer Contribution Claim (the "Reduction Amount"), so that the Non-Settling Insurer's Insurer Contribution Claim is thereby satisfied and extinguished entirely. To accomplish this reduction, the Alleged Insured or Abuse Claimant shall obtain a finding from that court or arbitrator(s), as applicable, establishing the Reduction Amount before obtaining an entry of judgment against such Non-Settling Insurer. The Settling Insurer(s) allegedly responsible for the Non-Settling Insurer's Insurer Contribution Claim shall upon request and at the sole expense of the Trust cooperate in good faith with the Alleged Insured to take reasonable steps to aid the Alleged Insured in defending against the Insurer Contribution Claim or to otherwise establish the Reduction Amount contemplated in this paragraph.

(c)     If an Alleged Insured or Abuse Claimant and a Non-Settling Insurer enter into an agreement settling one or more Abuse Claims, such agreement shall include a provision whereby such Non-Settling Insurer releases its Insurer Contribution Claims against Settling Insurers so long as Settling Insurers release their Insurer Contribution Claims against such Non-Settling Insurer.

(d)     Nothing contained in this Section 12.5.2 shall be interpreted to require the Trust to maintain or allocate a specific reserve for the costs set forth in this Section 12.5.2.

(e)     The above procedures shall bind, and inure to the benefit of, all Settling Insurers.

(f)     The Trust shall be solely responsible for the payment of all costs and expenses incurred by the Protected Parties in complying with their obligations under this Section 12.5.2.

**ATTACHMENT P**

**Claimants Who Filed Abuse Actions
with No Corresponding Proof of Claims**

[To Be Filed]

| No. | Index Number (if available) | Attorney Address |
|-----|-----------------------------|------------------|
| 1 | 007143/2021 | Andreozzi + Foote<br>4503 N Front St<br>Harrisburg, PA 17110 |
| 2 | 007156/2021 | Marc J Bern & Partners, LLP<br>60 East 42nd Street, Suite 950<br>New York, NY 10165 |
| 3 | 007493/2019 | Merson Law, PLLC<br>150 East 58th Street 34th Floor<br>New York, NY 10155 |
| 4 | 951246/2021 | Mansell Law LLC<br>85 8th Avenue, 6M<br>New York, NY 10011 |
| 5 | 007101/2021 | Law Offices of Ronald J. Kim, P.C.<br>PO Box 318<br>Saratoga Springs, NY 12866 |
| 6 | Unassigned (Plaintiff John Doe 28 J.N.) | Law Offices of Ronald J. Kim, P.C.<br>PO Box 318<br>Saratoga Springs, NY 12866 |
| 7 | Unassigned (Plaintiff LG 44 Doe) | Slater Slater Schulman LLP<br>488 Madison Avenue, 20th Floor<br>New York, NY 10022 |
| 8 | 007222/2021 | Schroeder Law Office, PLLC<br>P.O. Box 131747<br>The Woodlands, TX 77393 |

| Summary report: Litera Compare for Word 11.12.0.83 Document comparison done on 7/25/2025 1:47:08 PM | |
|---|---|
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://cloudimanage.com/bond/21870816/3 - DOS - LMI Settlement Agreement 29 May draft 4897-2774-0744 v (2025.06.16 Cmte Eds).docx | |
| **Modified DMS:** iw://cloudimanage.com/bond/21870816/4 - DOS - LMI Settlement Agreement 29 May draft 4897-2774-0744 v (2025.06.16 Cmte Eds).docx | |
| **Changes:** | |
| Add | 96 |
| Delete | 32 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 5 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 133 |