UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>The Roman Catholic Diocese of Syracuse, New York,<br><br>            Debtor. | Case No. 20-30663 (WAK)<br><br>Chapter 11 |
| The Roman Catholic Diocese of Syracuse, New York, *et al.*,[1]<br><br>            Plaintiff,<br><br>v.<br><br>Arrowpoint Capital, *et al.*,<br><br>            Defendants. | Adv. Proc. No. 21-50002 (WAK) |

**NINTH SUPPLEMENT TO MOTION FOR
ENTRY OF ORDERS PURSUANT TO SECTIONS 363 AND 105(A) OF
THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019 APPROVING
SETTLEMENT AGREEMENTS AND POLICY BUY-BACKS WITH
<u>CERTAIN INSURERS AND GRANTING RELATED RELIEF</u>**

The Roman Catholic Diocese of Syracuse, New York, by and through its undersigned counsel, hereby files this supplement to its *Motion for Entry of Orders Pursuant to Sections 363 and 105(a) of the Bankruptcy Code and Bankruptcy Rule 9019 Approving Settlement Agreements and Policy Buy-Backs With Certain Insurers and Granting Related Relief* [Docket No. 2946] (the "<u>Settlement Motion</u>")[2] in accordance with paragraph 7 of the Court's *Order Approving the Form and Manner of Notice of the Diocese's Motion to Approve Proposed Insurance Settlements* [Docket No. 2955].

---

[1] The caption of the adversary proceeding has been abbreviated pursuant to Federal Rule of Civil Procedure 10 and Federal Rule of Bankruptcy Procedure 7010. The full caption of this adversary proceeding is set forth in the Adversary Complaint found at Adv. Docket No. 1.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Settlement Motion.

1

Attached as *Exhibit 1* is a copy of the Settlement Agreement with Hanover Insurance Company.

| | |
|---|---|
| Dated: September 24, 2025 | BOND, SCHOENECK & KING, PLLC |

By */s/ Grayson T. Walter*
Stephen A. Donato (Bar Roll #101522)
Charles J. Sullivan (Bar Roll #507717)
Grayson T. Walter (Bar Roll #518237)
Sara C. Temes (Bar Roll #514148)
Justin S. Krell (Bar Roll #704364)
One Lincoln Center
Syracuse, NY 13202-1355
Telephone: (315) 218-8000
Fax: (315) 218-8100
Emails:　　sdonato@bsk.com
　　　　　　csullivan@bsk.com
　　　　　　gwalter@bsk.com
　　　　　　stemes@bsk.com
　　　　　　jkrell@bsk.com

*Attorneys for The Roman Catholic Diocese of Syracuse, New York*