UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, New York, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

## REPORT OF SUBSTANTIAL CONSUMMATION

The Roman Catholic Diocese of Syracuse, New York (the "Diocese") respectfully submits this Report of Substantial Consummation (this "Report"), and requests that the Court issue a Final Decree in the above-captioned chapter 11 case (this "Chapter 11 Case").

1.      On June 19, 2020, the Debtor filed a voluntary petition in the United States Bankruptcy Court for the Northern District of New York.

2.      The Debtor's *First Modified Fifth Amended Joint Chapter 11 Plan of Reorganization for the Roman Catholic Diocese of Syracuse* (the "Joint Plan")[1] was approved by the Court on September 26, 2025 by entry of an Order Confirming the Joint Plan (the "Confirmation Order") [Docket No. 3073].

3.      The Joint Plan has been substantially consummated in accordance with its terms, as defined in 11 U.S.C. § 1101(2), as set forth below:

A.      Substantially all the property proposed by the plan to be transferred has been transferred as of January 28, 2026.  *See* 11 U.S.C. § 1101(2)(A).

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Joint Plan and Confirmation Order.

22979656.v3

B.    Since commencement of this Chapter 11 Case, the Diocese has acted as a "Debtor-In-Possession" under the Bankruptcy Code and no trustee has been appointed in this case. *See* 11 U.S.C. § 1101(2)(B).

C.    The Diocese has commenced making the payments required under the Joint Plan as set forth herein. *See* 11 U.S.C. § 1101(2)(C).

4.    Furthermore, the Confirmation Order has become final and non-appealable as of October 10, 2025, and there are currently no appeals pending.

5.    All motions, contested matters, and adversary proceedings have been finally resolved.

6.    A summary of the Allowed Administrative and Professional Fee Claims payments required and made pursuant to the Joint Plan is as follows:

| Creditor | Amount of Claim |
|---|---|
| Bond, Schoeneck & King, PLLC<br>*Counsel for the Diocese* | Fees: $5,182,707.12<br>Expenses: $71,773.46<br>Total: $5,254,480.58 |
| Blank Rome, LLP<br>*Special Counsel for the Diocese* | Fees: $939,177.36<br>Expenses: $24,594.12<br>Total: $963,771.48 |
| Mackenzie Hughes, LLP<br>*Special Counsel for the Diocese* | Fees: $1,107,455.00<br>Expenses: $73,090.19<br>Total: $1,180,545.19 |
| Stinson LLP<br>*Counsel for the Committee* | Fees: $6,573,810.50<br>Expenses: $49,551.94<br>Total: $6,623,362.44 |
| Burns Bair LLP<br>*Special Insurance Counsel to Committee* | Fees: $1,119,895.60<br>Expenses: $29,903.47<br>Total: $1,149,799.07 |
| Berkeley Research Group, LLC<br>*Financial Advisors to Committee* | Fees: $401,101.34<br>Expenses: $500.00<br>Total: $401,601.34 |

2

| | |
|---|---|
| Stout Risius Ross, LLC (F/k/a The Claro Group, a Stout Business, f/k/a The Claro Group, LLC) *Valuation Expert for Committee* | Fees: $335,666.00<br>Expenses: $0.00<br>Total: $335,666.00 |
| Judge Michael R. Hogan *Unknown Claim Representative* | Fees: $50,500.00<br>Expenses: $0.00<br>Total: $50,500.00 |
| Gellert Scali Busenkell & Brown LLC *Special Counsel for the Diocese* | Fees: $3,338.40<br>Expenses: $0.52<br>Total: $3,338.92 |
| Cushman Wakefield, Inc. *Real Estate Appraiser for Committee* | Fees: $50,000.00<br>Expenses: $0.00<br>Total: $50,000.00 |
| Saunders Kahler, L.L.P. *Local Counsel for Committee* | Fees: $39,055.00<br>Expenses: $1,941.03<br>Total: $40,996.03 |
| Kevin Lawrence, *Committee Member* | Fees: $0.00<br>Expenses: $19,567.38<br>Total: $19,567.38 |
| Chris Simons, *Committee Member* | Fees: $0.00<br>Expenses: $14,850.07<br>Total: $14,850.07 |
| Kevin Braney, *Committee Member* | Fees: $0.00<br>Expenses: $16,405.42<br>Total: $16,405.42 |
| **Total** | **$16,104,883.92** |

7.      The Professional Fee Claims identified above have not been approved by the Court on a final basis, but a final hearing on the Professional Fee Claims is scheduled for February 25, 2026.  If approved, the unpaid portion of the Professional Fee Claims will be paid by the Diocese in the ordinary course of business.

8.      The DOS Entities' Cash Contribution was paid to the Trust in multiple transactions over the course of January 27, 2026 through January 28, 2026, as required by Section 8.2.1 of the Joint Plan.

22979656.v3

9.      Additionally, the Diocese has remitted payment towards all General Unsecured Claims, as required by Section 2.3.4 of the Joint Plan.

10.     A copy of a check register verifying distribution towards General Unsecured Claims is attached hereto as *Exhibit 1*.

11.     As demonstrated by the foregoing, there has been substantial consummation of the plan as that term is defined in 11 U.S.C. § 1101(2) and discussed in Local Bankruptcy Rule 3022-1.

**WHEREFORE,** based upon the foregoing, the Diocese respectfully requests that the Court (i) enter a Final Decree and Order closing the Chapter 11 Case and approving the Report of Substantial Consummation; and (ii) grant such other and further relief as the Court deems just and proper.

Dated: February 13, 2026

**BOND, SCHOENECK & KING, PLLC**

By:      /s/ *Sara C. Temes*
Stephen A. Donato (Bar Roll #101522)
Charles J. Sullivan (Bar Roll #507717)
Grayson T. Walter (Bar Roll #518237)
Sara C. Temes (Bar Roll #514148)
Andrew S. Rivera (Bar Roll #700712)
One Lincoln Center, 18th Floor
Syracuse, New York  13202-1355
Telephone:  (315) 218-8000
Facsimile: (315) 218-8100
Email: donatos@bsk.com
        sullivc@bsk.com
        walterg@bsk.com
        stemes@bsk.com
        arivera@bsk.com

*Counsel to The Roman Catholic Diocese of Syracuse, New York*

22979656.v3