So Ordered.

Signed this 26 day of March, 2026.



*Wendy A. Kinsella*

_____

Wendy A. Kinsella
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | |
| | ) | Case No. 20-30663 |
| The Roman Catholic Diocese of Syracuse, | ) | |
| New York, | ) | Chapter 11 |
| | ) | |
| Reorganized Debtor. | ) | |
| | ) | |

## FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE

The Roman Catholic Diocese of Syracuse, New York (the "Diocese"), having filed its

*Report of Substantial Consummation* (the "Report") and accompanying *Motion for Entry of a*

*Final Decree* (the "Motion", and together with the Report, the "Motion")[1] closing the above-

captioned Chapter 11 Case pursuant to section 350(a) of the Bankruptcy Code, Bankruptcy Rule

3022, and Local Bankruptcy Rule 3022-1; and this Court having jurisdiction over this matter

pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core

proceeding pursuant to 28 U.S.C. § 157(b), and that this Court may enter a final order consistent

---

[1] Capitalized terms used but not defined herein shall have the meaning ascribed to such terms in the Application.

22879859.v4

with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Application is in the best interests of the Diocese, its estate, creditors, and other parties in interest; and this Court having found that the Diocese's notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted in its entirety and the Report is approved.

2.      Pursuant to section 350(a) of the Bankruptcy Code, Rule 3022 of the Federal Rules of Bankruptcy Procedure, and Rule 3022-1 of the Local Bankruptcy Rules for the Northern District of New York, effective as of the date of entry of this Final Decree, the above-captioned Chapter 11 Case is hereby closed.  The entry of this Final Decree and approval of the Report is without prejudice to the rights of the Diocese, the Trust (as defined in the Joint Plan), or any party in interest to seek to reopen the Chapter 11 Case for good cause shown.

3.      The Diocese is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

4.      Nothing in this Final Decree shall change any substantive rights under the Joint Plan, the Confirmation Order, the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, or otherwise.

5.      Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

6.      Notwithstanding the entry of this Final Decree, this Court retains jurisdiction over the matters set forth in section 13 of the Joint Plan, as well as with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Final Decree.

###

22879859.v4