# UNITED STATES BANKRUPTCY COURT

_____Northern__ DISTRICT OF   New York_____

Syracuse

In re:  The Roman Catholic Diocese of Syracuse, New    §          Case No.   20-30663_____
York                                                   §
                                                       §
_____        §
            Debtor(s)                                  §          ☐ Jointly Administered

## Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2026_____          Petition Date: 06/19/2020_____

Plan Confirmed Date: 09/26/2025_____          Plan Effective Date: 01/26/2026_____

This Post-confirmation Report relates to:  ⦿ Reorganized Debtor

                                           ◯ Other Authorized Party or Entity: _____
                                                    Name of Authorized Party or
                                                    Entity

/s/Sara C. Temes                               Sara C. Temes
Signature of Responsible Party                 Printed Name of Responsible Party

04/23/2026                                     Bond Schoeneck & King, PLLC
Date                                           One Lincoln Center
                                               Syracuse, NY  13202
                                               Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)                        1

Debtor's Name The Roman Catholic Diocese of Syracuse, New York          Case No.  20-30663

## Part 1: Summary of Post-confirmation Transfers

| | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $5,782,251 | $208,867,955 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $5,782,251 | $208,867,955 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $588,185 | $20,118,531 | $588,185 | $20,118,531 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Berkeley Research | Other | $3,073 | $382,081 | $3,072 | $382,081 |
| ii | Blank Rome | Special Counsel | $7,142 | $1,014,511 | $7,142 | $1,014,511 |
| iii | Bond Schoeneck & King | Lead Counsel | $367,015 | $6,334,552 | $367,015 | $6,334,552 |
| iv | Burns Bowen Bair | Special Counsel | $438 | $1,130,573 | $438 | $1,130,573 |
| v | Claro Group | Other | $2,288 | $335,667 | $2,288 | $335,667 |
| vi | Commonwealth Mediation | Other | $0 | $102,131 | $0 | $102,131 |
| vii | Cushman Wakefield | Other | $0 | $50,000 | $0 | $50,000 |
| viii | Digital Campaign | Other | $0 | $31,514 | $0 | $31,514 |
| ix | Gellert Scali Busenkell | Other | $0 | $6,497 | $0 | $6,497 |
| x | MacKenzie Hughes | Special Counsel | $36,191 | $1,166,326 | $36,191 | $1,166,326 |
| xi | | | | | | |
| xii | Saunders, Kahler LLP | Other | $0 | $40,516 | $0 | $40,516 |
| xiii | Stinson LLP | Other | $152,106 | $6,359,266 | $152,106 | $6,359,266 |
| xiv | Stretto | Other | $19,933 | $1,145,670 | $19,933 | $1,145,670 |
| xv | VanOsselaer | Other | $0 | $278,661 | $0 | $278,661 |
| xvi | US Trustee Fees | Other | $0 | $1,657,715 | $0 | $1,657,715 |
| xvii | Wilkie Farr & Gallagher | Other | $0 | $82,851 | $0 | $82,851 |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

UST Form 11-PCR (12/01/2021)

Debtor's Name The Roman Catholic Diocese of Syracuse, New York          Case No.  20-30663

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

UST Form 11-PCR (12/01/2021)                    3

Debtor's Name The Roman Catholic Diocese of Syracuse, New York                     Case No.  20-30663

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor    *Aggregate Total* | | $0 | $1,045,840 | $0 | $1,045,840 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Barclay Damon | Special Counsel | $0 | $40,061 | $0 | $40,061 |
| ii | MacKenzie Hughes | Special Counsel | $0 | $510,891 | $0 | $510,891 |
| iii | Marsh | Other | $0 | $115,941 | $0 | $115,941 |
| iv | Thomas Baker | Other | $0 | $49,200 | $0 | $49,200 |
| v | | | | | | |
| vi | Tucker Arensburg | Other | $0 | $329,747 | $0 | $329,747 |

UST Form 11-PCR (12/01/2021)                     4

Debtor's Name The Roman Catholic Diocese of Syracuse, New York                Case No.  20-30663

| | | | | | |
|---|---|---|---|---|---|
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxviii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |

UST Form 11-PCR (12/01/2021)                          5

Debtor's Name The Roman Catholic Diocese of Syracuse, New York          Case No. 20-30663

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | The Roman Catholic Diocese of Syracuse, New York | | | | | |
| xc | | | | | | |

UST Form 11-PCR (12/01/2021)

Debtor's Name The Roman Catholic Diocese of Syracuse, New York          Case No.  20-30663

| | | | | | | |
|---|---|---|---|---|---|---|
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $588,185 | $21,164,371 | $588,185 | $21,164,371 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $38,404 | $38,404 | $38,404 | $38,404 | 100% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                               Yes ● No ○

   If yes, give date Final Decree was entered:                    03/26/2026

   If no, give date when the application for Final Decree is anticipated: _____

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ● No ○

UST Form 11-PCR (12/01/2021)                    7

Debtor's Name The Roman Catholic Diocese of Syracuse, New York          Case No. 20-30663

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/Stephen A. Breen
Signature of Responsible Party

Stephen A. Breen
Printed Name of Responsible Party

CFO
Title

04/23/2026
Date

Debtor's Name The Roman Catholic Diocese of Syracuse, New York                Case No.   20-30663



Page 1

Other Page 1



Page 2 Minus Tables

Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                9

Debtor's Name The Roman Catholic Diocese of Syracuse, New York                     Case No.   20-30663



Bankruptcy Table 51-100

Non-Bankruptcy Table 1-50

Non-Bankruptcy Table 51-100

Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                                                       10